MICHAEL P. LEHMANN (State Bar No. 77152)
BONNY E. SWEENEY (State Bar No. 176174)
CHRISTOPHER L. LEBSOCK (State Bar No. 184546)
HAUSFELD LLP
600 Montgomery St., Suite 3200
San Francisco, CA  94111
Telephone:  (415) 633-1908
Facsimile:   (415) 358-4980
mlehmann@hausfeldllp.com
bsweeney@hausfeldllp.com
clebsock@hausfeldllp.com

*Counsel for Plaintiff Rosalynn C. Krissman
and the Putative Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ANTHEM, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 5:15-md-02617-LHK<br><br>**DECLARATION OF CHRISTOPHER L. LEBSOCK IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

I, Christopher L. Lebsock., make the following declaration pursuant to 28 U.S.C. § 1746:

1. I make this declaration upon personal knowledge and am competent to testify to the facts set forth herein.

2. I am a partner with the law firm of Hausfeld LLP, counsel for plaintiff and putative class representative *Krissman v. Anthem, Inc. et al.* on June 18, 2015, Case No. 5:15-cv-02741 ("Krissman").

3. I submit this Declaration in support of Plaintiff's Administrative Motion to Consider Whether Cases Should Be Related.

4. Civil Local Rule 3-12 requires that an Administrative Motion to Consider Whether Cases Should Be Related be promptly filed. As no counsel has yet appeared for defendants in Krissman, a stipulation could not be obtained prior to filing of the Administrative Motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED this 18th day of June, 2015, at San Francisco, CA.

/s/ *Christopher L. Lebsock*
Christopher L. Lebsock