1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ANTHEM, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 5:15-md-02617-LHK<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVEMOTION TO RELATE CASES** |

On June 17, 2015, Plaintiff in *Krissman v. Anthem, Inc. et al.*, Case No. 5:15-cv-02741 ("*Krissman*"), filed an Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Local Rule 3-12.  The Court, having considered the papers and pleadings on file, and good cause appearing, HEREBY GRANTS the motion.

IT IS ORDERED that *Krissman* is related to the cases in *In Re Anthem, Inc., Customer Data Security Breach Litig.*, Case No. 5:15-md-02617-LHK.

These actions concern substantially the same parties, property, transactions or events, and it appears likely that there will be an unduly burdensome duplication of labor or expense or conflicting results if the cases are conducted before different judges.

*Krissman* shall be reassigned to the undersigned judge pursuant to local Rule 3-12(f).

IT IS SO ORDERED.


DATED: _____          _____
                                  HONORABLE LUCY H. KOH