Michael W. Sobol (State Bar No. 194857)
msobol@lchb.com
Nicole D. Sugnet (State Bar No. 246255)
nsugnet@lchb.com
RoseMarie Maliekel (State Bar No. 276036)
rmaliekel@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Nicholas Diamand
ndiamand@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: 212.355.9500
Facsimile: 212.355.9592

*Attorneys for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ANTHEM, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 5:15-md-02617-LHK<br><br>**NOTICE OF APPEARANCE** |

  PLEASE TAKE NOTICE THAT in the above-captioned litigation, Nicole D. Sugnet of the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, enters her appearance as counsel on behalf of plaintiff—Laura Fowles, on behalf of herself and all others similarly situated—and request that copies of all future notices, pleadings, and other documents filed in this action be provided to her.

| | | |
|---|---|---|
| 1 | Dated: June 19, 2015 | Respectfully submitted, |
| 2 | | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |

By: */s/ Nicole D. Sugnet*
    Nicole D. Sugnet

Nicole D. Sugnet
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

*Attorneys for Plaintiffs and the Proposed Class*