1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10

## SAN JOSE DIVISION

11

12 | ROSALYN. C. KRISSMAN,

Case No. 15-cv-02571  NC

13 | Plaintiff,

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

14 | v.

15 | ANTHEM, INC., BLUE CROSS OF CALIFORNIA,

16

17 | Defendant.

18

19      In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the

20 above captioned case is referred to Judge Lucy H. Koh to determine whether it is related to

21 *In re Anthem, Inc., Customer Data Security Breach Litigation* , Case No. 5:15-md-

02617 LHK.

22      IT IS SO ORDERED.

23
      Date: June 22, 2015

24
                                              _____
25                                            Nathanael M. Cousins
                                              United States Magistrate Judge
26

27

28

Case No. 15-cv-02571 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES