# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ROSALYN. C. KRISSMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHEM, INC., BLUE CROSS OF CALIFORNIA,<br><br>    Defendant. | Case No. 15-cv-02741 NC<br><br>**AMENDED SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Lucy H. Koh to determine whether it is related to *In re Anthem, Inc., Customer Data Security Breach Litigation*, Case No. 5:15-md-02617 LHK.

IT IS SO ORDERED.

Date: June 22, 2015

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 15-cv-02741 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES