Eve H. Cervantez (164709)
Jonathan Weissglass (185008)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANTHEM, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | Case No.: 5:15-MD-02617-lhk<br>**PROOF OF SERVICE** |

**PROOF OF SERVICE**

**Case:** *IN RE ANTHEM, INC., CUSTOMER DATA SECURITY BREACH LITIGATION*
Case No.: 5:15-MD-02617-lhk

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 177 Post Street, Suite 300, San Francisco, California 94108.

On June 30, 2015, I served the following document(s) as indicated below:

**PLAINTIFF KATHRYN LENISKI'S ADMINISTRATIVE MOTION TO RELATE CASES**

**DECLARATION OF EVE H. CERVANTEZ IN SUPPORT OF PLAINTIFF KATHRYN LENISKI'S ADMINISTRATIVE MOTION TO RELATE CASES**

**[PROPOSED] ORDER GRANTING PLAINTIFF KATHRYN LENISKI'S ADMINISTRATIVE MOTION TO RELATE CASES**

**PROOF OF SERVICE**

A By First Class Mail: I am readily familiar with the practice of Altshuler Berzon LLP for the collection and processing of correspondence for mailing with the United States Postal Service. I placed such envelope, with first-class postage thereon fully prepaid, to be deposited in a recognized place of deposit in the U.S. Mail in San Francisco, California, for collection and mailing to the office of the addressee on the date shown herein.

Ashlea Schwartz
Paul McInnes LLP
601 Walnut Street, Suite 300
Kansas City, MO 64106

David Berger
Berger & Montague, P.C.
1622 Locust St
Philadelphia, PA 19103

David R. Boyd
Comey & Boyd
1800 M St N.W.
Ste 575 South
Washington, DC 20036-5869

///

Donald W. Stewart
1021 Noble Street
Suite 110
Anniston, AL 36201

Gregory P. Hansel
Preti Flaherty Beliveau Pachios & Haley
One City Center
P.O. Box 9546
Portland, ME 04112-9546

Gregory W. Jones
SIPRUT PC
17 North State Street, Suite 1600
Chicago, IL 60602

Joel R. Rhine
Rhine Martin Law Firm, P.C.
Suite 300
1612 Military Cutoff
Wilmington, NC 28403

Steven W. Teppler
Abbott Law Group, P.A.
2929 Plummer Cove Road
Jacksonville, FL 32223

Thomas A. Withers
Oliver Maner & Gray
P.O. Box 10186
Savannah, GA 912-236-3311

Wesley K. Polischuk
Robinson Calcagnie Robinson Shapiro Davis, Inc.
19 Corporate Plaza Drive
Newport Beach, CA 92660

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this June 30, 2015, at San Francisco, California.

Paloma Nikolic