UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANTHEM, INC. DATA BREACH LITIGATION | Case No. 5:15-MD-02617-LHK <br><br> **RELATED CASE ORDER (*LENISKI*)** <br><br> ECF No. 9 |

    Before the Court is an administrative motion to consider whether *Leniski v. Anthem, Inc. et al.*, No. 5:15-CV-02992-HRL ("*Leniski*"), should be related to *In re Anthem, Inc., Data Breach Litigation*, No. 5:15-MD-02617-LHK ("*Anthem MDL*"). ECF No. 9. The time for filing an opposition or statement of support has passed. The Court **GRANTS** the motion to relate *Leniski* to the *Anthem MDL*.

    *Leniski* shall be reassigned to the undersigned judge. All future filings are to bear the initials "LHK." Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be renoticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge. A copy of this Order shall be filed in the *Leniski* docket.

1

Case No. 5:15-MD-02617-LHK
RELATED CASE ORDER (*LENISKI*)

**IT IS SO ORDERED.**

Dated: July 2, 2015

_____
LUCY H. KOH
United States District Judge