Robert C. Schubert (No. 62684)
Willem F. Jonckheer (No. 178748)
Noah M. Schubert (No. 278696)
**Schubert Jonckheer & Kolbe LLP**
Three Embarcadero Ctr Ste 1650
San Francisco, CA 94111-4018
Ph: 415-788-4220
Fx: 415-788-0161
rschubert@schubertlawfirm.com
wjonckheer@schubertlawfirm.com
nschubert@schubertlawfirm.com

Andy Katz (No. 264941)
**Law Offices of Andy Katz**
2150 Allston Way Ste 400
Berkeley, CA 94704
Ph: 510-985-9050
Fx: 510-900-6070
andykatzlaw@gmail.com

*Attorneys for Plaintiffs F. Matthew Hummel, Marissa Nasca, and the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **F. Matthew Hummel** and **Marissa Nasca**, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br><br>**Anthem, Inc.** and **Blue Cross of California**, d/b/a Anthem Blue Cross,<br><br>Defendants. | Case No. 5:15-CV-01027-LHK<br><br>**Response to Sua Sponte Referral Order Under Civ. L.R. 3-12(e)** |

Pursuant to Civ. L.R. 3-12(e), Plaintiffs F. Matthew Hummel and Marissa Nasca (collectively, "Plaintiffs") hereby respond to the the Court's *sua sponte* Referral Order, dated July 2, 2015. Dkt. No. 14. In its Referral Order, the Court states that it is prepared to relate this action to *In Re Anthem, Inc. Data Breach Litigation*, No. 5:15-MD-02617-LHK ("Anthem MDL").

Plaintiffs support relation of this action to the Anthem MDL. This action, like the Anthem MDL, concerns the data breach of Anthem's computer systems, resulting in the theft of approximately eighty million personal, health, and financial records of Anthem customers and employees. This action and the Anthem MDL share the same nexus of operative facts, including substantially the same parties, property, transactions, and events. Moreover, if the cases were conducted before different judges, there would undoubtedly be unduly burdensome duplication of labor and expenses. Therefore, relation to the Anthem MDL is proper here.

| | |
|---|---|
| Dated: July 2, 2015 | **Schubert Jonckheer & Kolbe LLP** |
| | By:   /s/ Noah M. Schubert |
| |        Noah M. Schubert (No. 278696) |
| | |
| | Robert C. Schubert (No. 62684) |
| | Willem F. Jonckheer (No. 178748) |
| | Noah M. Schubert (No. 278696) |
| | **Schubert Jonckheer & Kolbe LLP** |
| | Three Embarcadero Ctr Ste 1650 |
| | San Francisco, CA 94111-4018 |
| | Ph: 415-788-4220 |
| | Fx: 415-788-0161 |
| | rschubert@schubertlawfirm.com |
| | wjonckheer@schubertlawfirm.com |
| | nschubert@schubertlawfirm.com |
| | |
| | Andy Katz (No. 264941) |
| | **Law Offices of Andy Katz** |
| | 2150 Allston Way Ste 400 |
| | Berkeley, CA 94704 |
| | Ph: 510-985-9050 |
| | Fx: 510-900-6070 |
| | andykatzlaw@gmail.com |
| | |
| | *Attorneys for Plaintiffs F. Matthew Hummel, Marissa Nasca, and the Class* |