**FILED**

JUL 09 2015



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANTHEM, INC. DATA BREACH LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Myers v. Blue Cross of California, et al.*,<br>No. 5:15-CV-01766-LHK | Case No. 5:15-MD-02617-LHK<br><br>**ORDER RELATING CASE (*MYERS*)** |

*Myers v. Blue Cross of California, et al.*, No. 5:15-CV-01766-LHK ("*Myers*"), was filed on April 20, 2015. ECF No. 1 (in *Myers* docket). On May 7, 2015, *Myers* was reassigned to the Honorable Lucy H. Koh. ECF No. 6 (in *Myers* docket). On July 2, 2015, the Court ordered the parties to respond in opposition to or in support of relating *Myers* to *In re Anthem, Inc. Data Breach Litigation*, No. 5:15-MD-02617-LHK ("*Anthem MDL*"). ECF No. 9 (in *Myers* docket). On July 7, 2015, Plaintiff filed a response in support of relating *Myers* to the *Anthem MDL*. ECF No. 18. On July 8, 2015, Defendant filed a response in support of relating *Myers* to the *Anthem MDL*. ECF No. 19.

Pursuant to this Order, the Court relates *Myers* to the *Anthem MDL*. All existing deadlines in the *Myers* case are **VACATED**. The *Myers* parties are referred to this Court's Order re

Preliminary Case Management Conference. ECF No. 16. A copy of this Order and a copy of the Order re Preliminary Case Management Conference will be filed in the *Myers* docket.

**IT IS SO ORDERED.**

Dated: 7/9/2015

_____
LUCY H. KOH
United States District Judge