GLANCY PRONGAY & MURRAY LLP
Brian P. Murray (*admitted pro hac vice*)
122 East 42nd Street
Suite 2920
New York, NY 10168
Telephone: (212) 682-5340
Fax: (212) 884-0988
E-mail: bmurray@glancylaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANTHEM, INC. DATA BREACH LITIGATION | Case No. 15-MD-02617-LHK<br>Case No. 15-CV-2646<br><br>**NOTICE OF APPEARANCE** |

| | |
|---|---|
| 1 | Brian P. Murray, of the law firm of Glancy Prongay & Murray LLP, |
| 2 | hereby enters his Appearance on behalf of Plaintiff, Anthony Pantuso in the |
| 3 | above captioned matter. |

Respectfully submitted,

__/s/Brian P. Murray_____
Brian P. Murray (*admitted pro hac vice*)
GLANCY PRONGAY & MURRAY LLP
122 East 42nd Street
Suite 2920
New York, NY 10168
Telephone: (212) 682-5340
Fax: (212) 884-0988
Email: bmurray@glancylaw.com

*Attorneys for Anthony Pantuso*

NOTICE OF APPEARANCE
1

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 9th of July, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's ECF. Parties may access this filing through the Court's system:

                      __/s/Brian P. Murray_____
                      Brian P. Murray