COHEN MILSTEIN SELLERS & TOLL PLLC
Andrew N. Friedman (admitted *pro hac vice*)
Douglas J. McNamara (admitted *pro hac vice*)
Sally M. Handmaker (State Bar No. 281186)
1100 New York Ave. NW
Suite 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Attorneys for Plaintiff Nanette Douglass

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **IN RE ANTHEM, INC. DATA BREACH LITIGATION** | Case No. 15-MD-02617-LHK <br><br> **NOTICE OF APPEARANCE OF DOUGLAS J. MCNAMARA** |

1 | **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

2 |   **PLEASE TAKE NOTICE** that Douglas J. McNamara of Cohen Milstein Sellers & Toll

3 | PLLC hereby enters his appearance as counsel for Plaintiff Nanette Douglass in this action.

Dated: July 15, 2015

          COHEN MILSTEIN SELLERS & TOLL PLLC
          ANDREW N. FRIEDMAN
          DOUGLAS J. MCNAMARA
          SALLY M. HANDMAKER

     By: /s/ Douglas J. McNamara
        Douglas J. McNamara

     Attorneys for Plaintiff

---

**NOTICE OF APPEARANCE OF DOUGLAS J. MCNAMARA**
Case No. 15-MD-02617-LHK

| | |
|---|---|
| 1 | **<u>CERTIFICATION</u>** |
| 2 | I hereby certify that on July 15, 2015, a copy of the foregoing NOTICE OF APPEARANCE |
| 3 | OF DOUGLAS J. MCNAMARA was filed electronically and served by U.S. Mail on anyone unable |
| 4 | to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the |
| 5 | court's electronic filing system or by facsimile to anyone unable to accept electronic filing as |
| 6 | indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's |
| 7 | EM/ECF system. |

                                               /s/ Douglas J. McNamara
                                                 Douglas J. McNamara