United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANTHEM, INC. DATA BREACH LITIGATION | Case No. 15-MD-02617-LHK<br><br>**ORDER RE PLAINTIFFS' COUNSEL'S BILLING RECORDS AND BRIEFS IN OPPOSITION TO MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFFS' COUNSEL** |

The Court hereby ORDERS Plaintiffs' counsel and their staff, consultants, and experts to maintain contemporaneous billing records of all time spent litigating this case. By "contemporaneous," the Court means that an individual's time spent on a particular activity should be recorded no later than seven days after that activity occurred. When appointing lead Plaintiffs' counsel, the Court will designate one lead counsel to review all billing records each month to ensure compliance with this Order and to strike any duplicative or inefficient billing.

In addition, the Court's order regarding the preliminary case management conference (ECF No. 16) should not be taken as an invitation for firms to file oppositions to motions for appointment as lead Plaintiffs' counsel. The Court hopes not to receive any such oppositions. In

the unlikely event any such oppositions are filed, however, the Court wanted to provide the parties with a briefing schedule.

**IT IS SO ORDERED.**

Dated: July 16, 2015

_____
LUCY H. KOH
United States District Judge

Case No. 15-MD-02617-LHK
ORDER RE PLAINTIFFS' COUNSEL'S BILLING RECORDS AND BRIEFS IN OPPOSITION TO MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFFS' COUNSEL