**MILBERG LLP**
Ariana J. Tadler
Andrei V. Rado
One Pennsylvania Plaza
49th Floor
New York, New York  10119
Telephone:  (212) 594-5300
Facsimile:  (312) 346-0022
atadler@milberg.com
arado@milberg.com

*Attorneys for Plaintiffs Ralph Staffieri,
Elizabeth Ames, and Barbara Bader*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| **IN RE ANTHEM, INC. DATA BREACH LITIGATION** | Case No. 15-MD-02617-LHK<br><br>**MOTION TO APPEAR BY TELEPHONE** |

Pursuant to Civil Local Rule 16-10(a), Ariana J. Tadler and Andrei V. Rado ("Counsel") respectfully request permission to appear telephonically at the Case Management Conference ("CMC") scheduled for July 31, 2015.  (ECF No. 16.)  Counsel represent plaintiffs in *Staffieri v. Anthem Inc. et al*, No. 5:15-cv-2844 (N.D. Cal.) and *Ames et al v. Anthem Inc. et al*, No. 5:15-cv-2857 (N.D. Cal.), both of which were filed in the Southern District of Indiana and transferred to this Court by Order of the Judicial Panel on Multidistrict Litigation.  (ECF No. 8.)  Counsel's principal office is located in New York, and Ms. Tadler will be in Chicago on a pre-planned family trip at the time of the CMC.  Counsel will be able to address any of the issues unique to the *Staffieri* and *Ames* actions by telephone; however, at this time, they do not anticipate that such issues will arise at the CMC.  Counsel respectfully submit that traveling to San Jose to attend the CMC in person would be burdensome and unnecessary, and respectfully request that the Court grant Counsel's request to appear telephonically.

Dated: July 17, 2015

**MILBERG LLP**

By: *s/ Ariana J. Tadler*
Ariana J. Tadler
Andrei V. Rado
One Pennsylvania Plaza
49th Floor
New York, New York  10119
Telephone:  (212) 594-5300
Facsimile:  (312) 346-0022
atadler@milberg.com
arado@milberg.com

*Attorneys for Plaintiffs Ralph Staffieri, Elizabeth Ames, and Barbara Bader*

## CERTIFICATE OF SERVICE

I, Ariana J. Tadler, counsel for Plaintiffs Ralph Staffieri, Elizabeth Ames, and Barbara Bader, hereby certify that on July 17, 2015, I caused to be filed true and correct copies of the foregoing MOTION TO APPEAR BY TELEPHONE electronically using the Court's electronic case filing (CM/ECF) system, which automatically generated and sent a notice of the electronic filing to the email addresses of all counsel of record.

Dated: July 17, 2015

*s/ Ariana J. Tadler*
Ariana J. Tadler