Benjamin S. Thomassen
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff David Garson*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ANTHEM, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 5:15-MD-02617-LHK<br><br>Motion to Appear by Telephone at Case Management Conference |

Pursuant to Civil Local Rule 16-10(a), the undersigned counsel, Benjamin S. Thomassen ("Counsel"), respectfully requests leave to appear by telephone at the Preliminary Case Management Conference, scheduled by the Court for July 31, 2015 at 1:00 PM. Counsel represents David Garson, plaintiff in the case styled *Garson v. Anthem, Inc., et al.* and originally assigned Case No. 1:15-cv-00180-WTL-DKL (S.D. Ind.). The *Garson* matter was transferred to this District by the Judicial Panel on Multidistrict Litigation on June 12, 2015. (Dkt. 1.)

Given that Counsel's office is located in Chicago, Illinois, and that he does not anticipate any unique issues particular to the *Garson* matter to arise at the hearing, Counsel respectfully requests leave to appear by telephone at the July 31, 2015 Preliminary Case Management Conference.

A form of proposed order is attached hereto.

Dated: July 28, 2015                    Respectfully submitted,

                                            **EDELSON PC**

                                            By: /s/ Benjamin S. Thomassen

                                            Benjamin S. Thomassen
                                            bthomassen@edelson.com
                                            EDELSON PC
                                            350 North LaSalle Street, Suite 1300
                                            Chicago, Illinois 60654

Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff David Garson*