ALTSHULER BERZON LLP
EVE CERVANTEZ (SBN 164709)
ecervantez@altshulerberzon.com
JONATHAN WEISSGLASS (SBN 185008)
jweissglass@altshulerberzon.com
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

COHEN MILSTEIN SELLERS & TOLL PLLC
ANDREW N. FRIEDMAN (admitted *pro hac vice*)
afriedman@cohenmilstein.com
DOUGLAS J. MCNAMARA (admitted *pro hac vice*)
dmcnamara@cohenmilstein.com
SALLY M. HANDMAKER (SBN 281186)
shandmaker@cohenmilstein.com
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Telephone:  (202) 408-4600
Facsimile:   (202) 408-4699

*Attorneys for Plaintiffs*

HOGAN LOVELLS US LLP
Craig A. Hoover (SBN 113965)
craig.hoover@hoganlovells.com
E. Desmond Hogan (admitted *pro hac vice*)
desmond.hogan@hoganlovells.com
555 Thirteenth Street, NW
Washington, DC  20004-1109
Telephone:     (202) 637-5600
Facsimile:      (202) 637-5910

*Attorneys for Defendants Anthem, Inc. and related parties*
Additional Defendants' Counsel Listed on Signature Page

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **IN RE ANTHEM, INC. DATA BREACH LITIGATION** | Case No. 15-MD-02617-LHK<br><br>**PRELIMINARY JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |

The parties, Plaintiffs Nanette Douglass and Kathryn Leniski on behalf of themselves and the plaintiffs listed in the Table of Related Cases (Exhibit A hereto), along with Defendants Anthem, Inc., The Anthem Companies, Inc., The Anthem Companies of California, Inc., Anthem Blue Cross Life And Health Insurance Company, Blue Cross of California, doing business as Anthem Blue Cross, and their affiliates that have been named as defendants in the cases listed in the Table of Related Cases (collectively, "Anthem"), and Defendants Horizon Healthcare Services, Inc., Blue Cross and Blue Shield of Arizona, Inc., Highmark West Virginia, Inc., and  Blue Cross Blue Shield of Michigan (collectively, together with Anthem, the "Defendants"), having met and conferred regarding the matters set forth herein, hereby provide this Preliminary Joint Case Management Statement pursuant to the Court's Order re: Preliminary Case Management Conference (Dkt. No. 16) ("the July 6th Order").[1]

## I.      FACTUAL ISSUES.

Set forth below are the parties' respective statements of the factual issues pursuant to § 2.3 of the Court's Preliminary Case Management Conference Order.

### Plaintiffs' Statement of Factual Issues

#### A.      The Breach

Anthem is the second largest health insurer in the United States.  According to its own website, one-in-nine Americans receive their medical coverage through Anthem.  In early February 2015, Anthem disclosed that it had suffered a cyberattack, which it claimed had commenced on or about December 2014.[2]  According to Anthem, unidentified assailants "gained unauthorized access to Anthem's IT system, and [] obtained personal information from our current and former members such as their names, birthdays, medical IDs/social security numbers, street addresses, email

---

[1] This statement is being filed only in Case No. 15-MD-02617, the master docket, pursuant to the July 6th Order.  That Order instructed counsel to file a "preliminary joint case management statement" addressing specified topics, and also stated that "the Court will not set a case schedule at the preliminary CMC" but would "do so after lead plaintiffs' counsel has been appointed."  In light of this, this Preliminary Joint Case Management Statement addresses only the issues requested in the July 6th Order, rather than each item usually included in an Initial Joint Case Management Statement (as set forth in the Standing Order for All Judges of the Northern District of California).

[2] http://www.insurance.ca.gov/0400-news/0100-press-releases/anthemcyberattack.cfm.

addresses and employment information, including income data." The attack compromised information for up to 80 million customers, making it one of the largest data breaches ever recorded.

Plaintiffs allege that Anthem did not adequately safeguard and secure its customers' confidential and private data and information, and did not implement best practices to achieve cyber security despite prior data breaches of its system, its statutory obligations, and warnings from the FBI. Specifically, among other failures, Anthem did not encrypt the data in its database, nor use a multi-factor authorization protocol to access the unencrypted data (meaning that hackers could gain entry to Anthem's databases via a single password).[3] Anthem also continued using social security numbers (SSNs) to identify members even though other carriers switched to unique member identification numbers (MINS) as early as 2003, and also maintained information regarding former customers (as far back to 2004) on its databases and servers.[4] Had Anthem used MINS and/or put inactive members' information on backup servers or tapes, the scope of the breach would have been far smaller. Finally, Anthem failed to notify potentially affected customers for several weeks after discovering the breach, until in or about March 2015. Based upon repeated recent, high-profile cyberattacks on retail chains (which did not involve highly sensitive medical data and social security numbers), and a previous breach at Anthem (formerly WellPoint) itself, Anthem knew or should have known that its records were an enticing target for hackers, and extensive safeguards, including encryption, were needed immediately. As of today, Anthem still has not disclosed whether it has made any changes to its practices to prevent another incursion, and prevent another cyber breach of the valuable information entrusted to it by its premium-paying customers.

The Anthem data breach is noteworthy for both its size and severity. Unlike many other well-publicized data breaches involving credit card numbers and similar information that can be readily changed by targeted individuals, the Anthem breach revealed customers' underlying personal data that cannot be easily changed – items such as birthdates, social security numbers, home addresses, and employment information. This information forms the building blocks of customers'

---

[3] *See, e.g.*, http://www.eweek.com/security/anthem-data-breach-exposed-80-million-users-to-risk.html.

[4] *See, e.g.*, http://www.insurance.ca.gov/0400-news/0100-press-releases/anthemcyberattack.cfm.

2

identities for credit, banking, and employment purposes.  Victims of the Anthem data breach face a lifetime risk of interference with their business and financial affairs, never knowing when a criminal will file a false tax return,[5] or take other actions that will damage their credit worthiness,[6] or qualifications for employment.  This is a particular problem for government employees, who can lose security clearances and suffer severe reputational and professional damage if their identities are stolen.[7]  Anthem customers are thus being victimized right now, with no end date on this threat.

### B.      Plaintiffs' Summary of Their Claims

The main thrust of the many suits consolidated before this Court is that Anthem failed to 1) adequately protect its data systems; 2) disclose to its customers the material facts that it did not have adequate security practices to safeguard customers' financial account and personal data; and 3) timely notify its customers of the breach after it occurred.  The actions seek, among other things, to 1) compel Anthem to adopt the necessary best practices to protect consumers and comply with its legal obligations and duties; 2) recover for injuries suffered by Anthem's customers including theft of personal and financial information, and costs associated with the detection and prevention of identity theft; and 3) recover overcharges for insurance premiums that failed to fund adequate data security.

---

[5] Already, at least ten named plaintiffs have been victims of sophisticated scams in which thieves have filed fraudulent refund claims with state tax authorities.  *See, e.g.*, *Macros et al. v. Anthem, Inc.*, No. 15-cv-674 (N.D. Cal.) (Amend. Compl. ¶ 53, Pltf. Terrell Adamson); *Salerno et al. v. Anthem, Inc.*, No. 15-cv-1144 (C.D. Cal.) (Amend. Compl. ¶¶ 11, 13, 15-18, Pltfs. Troy Hobbs, Denise Medina-Alvero, Douglas Renzoni, Choua Vang, Rob Wengrzyn, and Ed Zane); *Keeton v. Anthem, Inc.*, No. 15-cv-00513 (E.D. Mo.) (Compl. ¶ 20, Pltf. Larry Keeton); *Leniski v. Anthem, Inc.*, No. 15-cv-2992 (N.D. Cal.) (Compl. ¶¶ 13, 15, Pltf. Kathryn Leniski); and *Scofield v. Anthem, Inc.*, No. 15-cv-00040-BO (S.D.N.C.) (Compl. ¶¶ 39-40, Pltf. Earl Scofield).

[6] At least eleven named plaintiffs have experienced other forms of identity theft.  *See D'Angelo et al. v. Anthem, Inc.*, No. 15-cv-371 (N.D. Ga.) (Amend. Compl. ¶ 48, Pltf. Lauren Roberts); *Salerno et al. v. Anthem, Inc.*, No. 15-cv-1144 (C.D. Cal.) (Amend. Compl. ¶ 16, Pltf. Choua Vang); *Bellegarde et al. v. Anthem, Inc.*, No. 15-cv-00587 (S.D. Ind.) (Compl. ¶¶ 23-25, 28-29, 32, 34, 36, 42, Pltfs. Gary Bellegarde, Catherine Bleyker, Lillian Brisko, Claudia Cass, Maryann Daigle, Matthew Gates, Brenda Harrington, Gerald Keaton, and Daniel Randrup).

[7] Indeed, the New York Times has reported on concerns that hackers will sell personal data to foreign actors for use in espionage.  Reed Abelson and Julie Creswell, "Data Breach at Anthem May Forecast a Trend," New York Times (Feb. 6, 2015).  Anthem derived over twenty percent (20%) of its consolidated revenues from government agencies during the years 2012 through 2014, so there is every reason to believe that a large number of individuals with sensitive government jobs may now find their finances, reputations and security clearance status are at permanent risk.

3

### C.    Plaintiffs' Statement of the Critical Factual Issues

Anthem does not dispute that there was a data breach and that customer information was accessed by third parties without authorization.  Therefore, the critical factual issues to be litigated include Anthem's knowledge of the risks to its customers' data; Anthem's decisions concerning reduction or avoidance of that risk; Anthem's network and data security budgeting, policies, and practices; the extent of the data breach, including the number of customers affected and the information compromised; the scope and timing of Anthem's awareness of the breach and its disclosures to consumers; the terms of documents that may give rise to contractual rights of Anthem customers to have their information safeguarded by Anthem and any disclosures by Anthem regarding the adequacy or inadequacy of its procedures for protecting confidential information; the identity of Anthem employees and consultants that provided Anthem advice regarding the risk of hacking; and the cost and technical challenges, if any, posed by encryption of customer data and multi-factor authorization.  Because these are common factual issues that affect all of the plaintiffs and similarly situated Anthem customers, Plaintiffs view this case as appropriate for classwide resolution.

### Anthem's Statement of Factual Issues

Anthem does not believe the purpose of this Preliminary Case Management Statement is to litigate the merits of the case or whether there will be any basis for certification of a class in this submission.  Accordingly, Anthem will not engage in a point-by-point rebuttal of Plaintiffs' conclusory allegations.  However, Anthem disputes Plaintiffs' conclusory characterizations of the crime against Anthem, Anthem's response, and the state of Anthem's data security systems at the time of the crime.  Anthem was the victim of a sophisticated criminal cyberattack perpetrated by an Advanced Persistent Threat ("APT") group that spent significant time and resources to illegally gain entry into Anthem's data systems.  As discussed below, Anthem discovered the attack and then immediately deployed significant resources to remove the APT attacker from its network.  Anthem also deployed substantial resources to inform consumers about the attack, to provide consumers with credit monitoring and identity protection services, and to harden its defenses to further protect its

network and its members' data from future attacks, engaging leading industry experts and working closely with federal and state regulators.

### A.    Anthem's Response to the Criminal APT Cyber Attack

In late January, 2015, Anthem discovered that APT criminal cyber attackers had gained unauthorized access to its network and infiltrated an internally hosted enterprise data warehouse.  In response, Anthem took immediate steps to shut off the attackers' access to Anthem's network and notify the Federal Bureau of Investigation ("FBI") in Indiana and Washington, D.C. of the crime.  Anthem also immediately engaged Mandiant, one of the world's leading cyber security firms, to assist in investigation and remediation efforts to ensure that the attackers' access to Anthem's network was terminated and that Anthem's network was secure.  In addition, Anthem immediately provided detailed information about the cyberattack to the HITRUST Cyber Threat Intelligence and Incident Coordination Center ("HITRUST") so that other companies and organizations could determine whether their systems had been compromised by the same APT attacker.

Anthem implemented one of the fastest and most transparent large breach responses on record.  The FBI stated publicly that "Anthem's initial response in promptly notifying the FBI after observing suspicious network activity is a model for other companies and organizations facing similar circumstances."[8]  Within a week of discovery of the breach, Anthem established a website where consumers could find details on the incident and information on how to protect themselves (www.AnthemFacts.com) and posted an open letter from the CEO stating that Anthem would individually notify individuals and provide credit monitoring and identity protection services free of charge.  Anthem emailed the letter from the CEO to current Anthem members for whom it had an email address, alerting them to the cyberattack and urging them to visit the site.  Anthem also trained more than 1,000 of its own employees to answer consumers' questions; between February 5 and February 12, 2015, those employees fielded over 200,000 calls regarding the cyberattack and Anthem's response.  Anthem also went on record with regulators, customers and business partners, providers, brokers, and the media to provide them with information in the early stages of the

---

[8] Los Angeles Times, Feb. 5, 2015, *available at* http://www.latimes.com/business/la-fi-anthem-hacked-20150204-story.html (last visited July 27, 2015).

investigation.  Following a U.S. Congressional briefing provided by Anthem regarding the cyberattack, U.S. Representative Michael McCaul, Chairman of the House Homeland Security Committee, stated that "[b]ecause of Anthem's swift response and transparency, I am hopeful that other companies can protect their consumers from similar attacks."[9]  A HITRUST report stated: "We believe that Anthem's adoption of strong information security controls, comprehensive assessment process, participation in cyber preparedness exercises and cyber threat information sharing were crucial in their ability to detect, analyze, remediate and collaborate swiftly and effectively."[10]

Anthem also promptly engaged AllClear ID ("AllClear"), a company experienced in handling large breach situations, to provide credit monitoring and identity protection services, hired leading communications and business services company RR Donnelly & Sons Company to establish a process capable of rapidly printing and mailing tens of millions of individual notices, and retained Teletech to enhance a national call center capable of handling extremely high volumes of individual consumer and group customer questions.  Anthem also committed publicly to providing identity repair services to all potentially impacted individuals without any need for registration, along with two years of premium credit monitoring for impacted individuals who enrolled in AllClear's credit monitoring program (which includes identity theft insurance).  Although many companies provide only one year of protection and require consumers to sign up for such protection within 30 or 60 days, Anthem provided for two years of protection without any such limitations.

**B.    Criminal Investigation by the FBI Into the Cyber Attack**

Since late January, Anthem has been working closely with the FBI on the investigation of the criminal cyberattack against Anthem.  Contrary to Plaintiffs' speculation about data resale, that investigation has provided no indication that any of the data stolen from Anthem has been sold or used to harm individuals.  Indeed, the FBI recently stated: "[W]e have not observed data stolen from

---

[9] Los Angeles Times, Feb. 6, 2015, *available at* http://www.latimes.com/business/la-fi-anthem-hack-20150206-story.html (last visited July 27, 2015).

[10] HITRUST News Alert, *available at* http://hitrust.cmail1.com/t/ViewEmail/d/1A40E7016BC3096D/0F8D0C3C9C074EBFC9C 291422E3DE149 (last visited July 27, 2015).

6

the Anthem breach being sold on online dark markets."[11]  There also is no indication that sensitive

medical information such as claims data, diagnostic codes, and test results were stolen during the

APT attack.  Further, the investigation has shown that the records stolen by the APT attackers were

not all the same.  For example, while the APT attackers stole data related to approximately 80

million people, the data elements stolen were not uniform, and for millions of people their social

security number was not among the data elements stolen.

### C.   Plaintiffs' Claims

Defendants note that the 116 complaints filed against Defendants assert a wide variety of

claims on behalf of a wide variety of named plaintiffs.  Defendants do not know what allegations

will be made in the Consolidated Amended Complaint, who the named plaintiffs will be, or what

causes of action will be asserted.  Thus, until that Complaint is filed, Defendants cannot determine

all of the legal issues that will be presented for decision by the Court.  Based on a review of the

claims asserted in the complaints filed to date, however, Defendants expect to bring motions under

Rule 12(b)(1) and (6).  By way of example, Anthem does not believe that that the named plaintiffs

can satisfy Article III standing requirements relating to, inter alia, allegations that Anthem failed to

disclose material facts regarding its security practices or failed to timely notify its customers of the

breach.  Likewise, Anthem believes that other causes of action likely to be asserted will be subject to

dismissal on a variety of grounds.   For example, a number of the complaints filed against Anthem

assert negligence claims, but such claims are barred in data breach cases by the economic loss

doctrine under the laws of many states.  A number of the complaints also assert statutory claims

based on statutes that have no private right of action.  In addition, the complaints in three cases assert

claims against non-Anthem entities.[12]  To the extent those claims are re-asserted in a Consolidated

---

[11] Indianapolis Business Journal, July 11, 2015 *available at* http://www.ibj.com/articles/53962-customers-of-anthem-say-id-theft-proliferating (last visited July 27, 2015).

[12] Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey and Blue Cross and Blue Shield of Arizona, Inc. are named as defendants in *Ames v. Anthem, Inc.*, Case No. 15-cv-2857 (N.D. Cal.).  Highmark West Virginia Inc. d/b/a Highmark Blue Cross Blue Shield of West Virginia is named as a defendant in *Shiltz v. Anthem, Inc.*, Case No. 15-cv-2892 (N.D. Cal.); and  Blue Cross Blue Shield of Michigan is named as a defendant in *McGill v. Anthem, Inc.*, Case No. 15-2863 (N.D. Cal.).

Amended Complaint, Defendants believe that Plaintiffs will not be able to establish that they have Article III standing to assert claims against those entities or allege facts that state a claim against those entities.

To the extent Plaintiffs survive a motion to dismiss and their Complaint remains at least in part, they would face significant hurdles at the class certification and summary judgment stages. Among other things, Defendants anticipate that plaintiffs will be unable to satisfy key requirements of either Rule 23(a) and Rule 23(b).  Defendants likewise believe that they will be able to show that there is no genuine issue of fact preventing the entry of summary judgment in Defendants' favor.

## II.      CRITICAL LEGAL ISSUES

The critical legal issues presented by these cases are likely to include at least the following:

- Whether Plaintiffs have standing under Article III of the United States Constitution and under various statutes, including those pertaining to consumer protection, data breach notification, data security, and confidentiality of medical information;

- Whether Plaintiffs have alleged facts that state a claim against (a) Anthem or (b) any other Defendant;

- Whether Anthem violated statutory and common law duties;

- Whether through terms or statements Anthem was contractually obligated to protect its customers' confidential information, and the extent of any such obligations;

- Whether a class or subclass(es) may be appropriately certified under Federal Rule of Civil Procedure 23;

- Whether there is any genuine issue of material fact as to whether any of the named Plaintiffs' claims or Defendants' affirmative defenses may be maintained.

- The appropriate amount (if any) of restitution and/or damages to be awarded the Plaintiffs and the Class (if any) if Plaintiffs prevail; and

- Whether there is a basis for injunctive or declaratory relief and the appropriate scope of injunctive and declaratory relief (if any) to be ordered if Plaintiffs prevail.

### III.    POTENTIALLY DISPOSITIVE ISSUES

**Plaintiffs' Position**

Plaintiffs see no legal issues that would dispose of the entire litigation.  Plaintiffs acknowledge that standing has been contested by defendants in some data breach cases.  However, that should not be an issue in this case.  Anthem has contractual relationships with class members under which money was paid by the class in exchange for data protection.  In addition, the nature of the data stolen, such as social security numbers, establishes a "credible threat of real and immediate harm" for all Plaintiffs and putative class members.  *In re Adobe Systems, Inc. Privacy Litigation*, 66 F.Supp.3d 1197, 1214-15 (N.D. Cal. 2014) (standing established even under "certainly impending" standard in case in which the data stolen – email addresses, phone numbers, mailing addresses, and credit card numbers and expiration dates – was much less sensitive than the data hacked here); *Remijas v. Neiman Marcus Group, LLC,* -- F.3d --, 2015 WL 4394814, *4 (7th Cir. July 20, 2015) (holding "customers should not have to wait until hackers commit identity theft or credit-card fraud in order to give the class standing, because there is an 'objectively reasonable likelihood' that such an injury will occur").  In fact, as noted above, numerous individuals have already suffered identity theft as a result of the breach.  As such, standing will not be a dispositive issue for the MDL.

In addition, the claims to be asserted in Plaintiffs' anticipated Consolidated Amended Complaint will not be subject to Rule 12(b)(6) dismissal.  For example, the economic loss doctrine will not bar negligence claims under the laws of those states where there is a fiduciary relationship, as alleged here  *See, e.g., In re Target Corp. Customer Data Sec. Breach Litig.*, 66 F.Supp.3d 1154, 1170-1175 (D. Minn. 2014).  Moreover, the doctrine would not apply to contract or consumer fraud claims.  Nor will Anthem prevail on its anticipated motion for summary judgment, as this case necessarily involves numerous disputed issues of material fact revolving around Anthem's failure to take adequate precautions to safeguard the information its customers entrusted to it.

**Defendants' Position**

Defendants intend to file motions to dismiss the Consolidated Amended Complaint after it is filed.  Defendants do not agree with Plaintiffs' approach of attempting to litigate the merits of any

9

motions to dismiss in this Preliminary Joint Case Management Conference Statement before a

Consolidated Amended Complaint has even been filed.  Rather, pursuant to the July 6th Order,

Defendants identify below issues they believe are potentially dispositive based on the various

allegations that have been made in the more than 100 complaints filed to date.

As a general matter, based on, among other things, allegations made in the underlying

complaints that make this case distinguishable from *Adobe* in certain respects, Defendants believe

that Plaintiffs will be unable to satisfy Article III standing requirements with respect to at least some,

if not all, of the three categories of allegations Plaintiffs set forth in their Section I.B. above.

Defendants also believe that, with respect to particular claims relating to each of these categories of

allegations that may be brought based on a variety of state laws, Plaintiffs will be unable to state a

claim as to some or all Plaintiffs on several additional grounds.  Defendants also believe that

Plaintiffs will be unable to satisfy Article III standing requirements and fail to state a claim with

respect to any of the non-Anthem entities who have been named as defendants in three actions.  To

the extent Plaintiffs' claims survive Defendants' motions to dismiss, Defendants anticipate that those

claims will be subject to summary judgment in favor of the Defendants.

## IV.    PROPOSED DISCOVERY PLAN

### A.    Document Preservation

Plaintiffs have requested that Defendants issue litigation hold notices to custodians of

potentially relevant documents, instructing them to preserve potentially relevant documents, and

Defendants represent that they have worked diligently to identify the locations of potentially relevant

documents and to preserve those documents.  Counsel for Plaintiffs have instructed their clients to

preserve any potentially relevant documents.

### B.    ESI/Protective Order

The parties anticipate that electronically stored information ("ESI") will be subject to

discovery and will meet and confer regarding the form and format of any ESI production.  Because

both protected health information and highly confidential information related to Anthem's network

and data security systems may be involved in this litigation, the parties will also meet and confer

regarding a mutually acceptable Protective Order that they will present to the Court after the selection of Plaintiffs' lead counsel.  Also, after selection of such counsel, the parties will meet and confer and determine an appropriate time for the service of initial disclosures.

### C.    Discovery Limits

Plaintiffs anticipate additional depositions beyond the ten (10) permitted in Federal Rule of Civil Procedure 30 may be necessary.  Additional interrogatories will also be needed.  Anthem does not believe that Plaintiffs have demonstrated good cause for departing from the discovery limits prescribed by the Federal Rules of Civil Procedure, but is prepared to meet and confer on these issues with the Plaintiffs at the appropriate time.

### D.    Timing of Discovery[13]

As to the timing of discovery, the parties do not believe that bifurcating class and merits discovery is appropriate. The parties also are in agreement regarding the sequencing of discovery, should any discovery go forward.  Subject to any targeted summary judgment motions or motions for preliminary injunctive relief that may be filed during the course of the case, the parties suggest the following sequence with respect to discovery: (1) fact discovery; (2) expert discovery; (3) motions for class certification and to exclude experts; and (4) motions for summary judgment.  The parties disagree, however, on when discovery should start.  The parties' respective positions are set out below.

#### Plaintiffs' Position

Plaintiffs believe discovery should proceed immediately as the threat posed by the Anthem breach is immediate, and its scope unknown.  Unlike other data breach cases where staying discovery may have been justified pending a court's determination of motions to dismiss (primarily on standing grounds), here, Plaintiffs already possess evidence that many Plaintiffs and class members have suffered identity theft in the form of false tax returns filed under their compromised social security numbers.  At least some of the causes of action will survive any motion to dismiss on

---

[13] Because the Court has stated that it is not seeking to set a case schedule at the preliminary CMC (July 6th Order at ¶1.2), the parties have not attempted here to devise a detailed calendar for discovery and motion scheduling.

standing grounds because Plaintiffs and all members of the Class are "immediately in danger of sustaining some direct injury" and there is a credible threat of real and immediate harm. *Krottner v. Starbucks Corp.,* 628 F.3d 1139, 1142-43 (9th Cir. 2010). *See also Remijas v. Neiman Marcus Group, LLC*, 2015 WL 4394814, at *4-5; *In re Adobe Systems,* 66 F.Supp.3d at1215.

In addition, because it remains unclear what, if any, steps Anthem has taken to correct its conduct and protect the data in its possession, any stay of discovery could harm the Class. Plaintiffs anticipate that they may need to seek preliminary injunctive relief via a Fed.R.Civ.P. 23(b)(2) class. Immediate discovery as to Anthem's current practices and response to the data breach is necessary to determine if millions of class members remain in jeopardy of another breach and, if so, what may be done to avoid that.

### Defendants' Position

Defendants disagree with Plaintiffs' position that discovery should proceed immediately in order to determine whether putative class members "remain in jeopardy of another breach" and also disagrees with any suggestion by Plaintiffs that there is any basis for Plaintiffs to seek preliminary injunctive relief. As discussed above, since the discovery of the cyberattack in January, Anthem has worked closely both with law enforcement and outside experts, including Mandiant, to address the issues raised by the cyberattack and to further strengthen Anthem's defenses. There also is no basis for a rule 23(b)(2) injunction class here because, among other things, the primary relief plaintiffs seek is monetary in nature. Further, it would be inefficient and multiply the proceedings needlessly to conduct discovery on an expedited basis for the purposes of filing a class certification motion on an incomplete record and then to file a second class certification motion after discovery is complete. The parties should litigate class certification at one time on a complete record.

Defendants are prepared to file their motion to dismiss 21 days after Plaintiffs' Consolidated Amended Complaint is served and to proceed quickly with briefing and argument of that motion. Defendants submit that discovery should be deferred until after the Court has ruled on the Rule 12 motion. At that point it will be clear what claims will or will not be in the case and the parties can then proceed with discovery on any remaining claims in an orderly fashion after the contours of the

case have been defined.  In the meantime, and as discussed above, the parties can agree on the form and format of any ESI production, a Protective Order, and a time for exchanging initial disclosures, all of which needs to be done before discovery can meaningfully begin in any event.

### E.    Topics of Discovery

**Plaintiffs' Position**

The following are appropriate subjects for discovery (without limitation as to additional topics):

- The structure of Anthem's computer networks and data security controls before the breach, currently, and those to be implemented in the future;
- Where, how, and when the breach occurred;
- The scope of customers affected by the breach;
- Anthem's knowledge of potential problems with its security before the breach;
- Anthem's discovery of the data breach, and its decision regarding when to notify the public of the breach; and
- The extent to which Anthem's practices adhere or divert from its publicly stated policies and representations, and from "best practices."

**Defendants' Position**

Defendants believe that the scope and specific topics of discovery should be determined after the Court rules on its motion to dismiss and it is clear what claims (if any) remain in the case and against which Defendants.  For example, to the extent that any of Plaintiffs' claims survive Defendants motions to dismiss, Defendants will seek discovery from each Plaintiff on (among other things) whether their alleged injury is causally connected to the APT cyberattack on Anthem.

### V.    PENDING CASES AND MOTIONS

All pending cases and the status of any motions in those cases are noted in the Table of Related Cases, and attached hereto at Exhibit A.  The parties know of at least one case in which a remand order was issued and that remand order has been appealed.  *See Wickens v. Blue Cross of California, Inc., et al.*, Case No. 3:15-cv-00834-GPC-JMA (S.D. Cal.); *see also* Table of Related

Cases, attached hereto at Exhibit A.[14]  Outside of three motions for remand and two class

certification motions (listed below and in Exhibit A), the parties are unaware of any other motions

pending before this Court.[15]

- *Meadows v. Anthem, Inc.*, Case No., 1:15-cv-000163-JMS-TAB (S.D. Ind.), Motion for Class Certification

- *Lesher, et al. v. Anthem, Inc., et al.*, Case No. 1:15-cv-00204 (S.D. Ind.), Motion for Class Certification

- *Gil v. Blue Cross of California*, Case No. 3:15-cv-00982-GPC-JMA (S.D. Cal.), Motion to Remand

- *Noble, et al. v. RightChoice Managed Care, Inc., et al.*, Case No. 4:15-cv-00626-CDP (E.D. Mo.), Motion to Remand

- *Sabatino v. HMO Missouri, Inc., et al.*, Case No. 4:15-cv-00575 (E.D. Mo.), Motion to Remand

When the motions to remand are decided, the scope of the cases before this Court will be

clear.  Consistent with the Manual for Complex Litigation, the Court may wish to communicate with

state court judges in any remanded cases to, *inter alia,* either stay, or coordinate the timing and

nature of state court pretrial proceedings, including discovery, in order to eliminate duplication of

effort and risk of inconsistent rulings.  Plaintiffs propose that motions for class certification be re-

noticed at a later date, in accordance with the schedule to be set by the Court in further proceedings.

The parties propose that the Court vacate all pending deadlines (such as ADR and Rule 26(f)

conference deadlines) in the actions currently before the Court.

---

[14] As noted in the table of cases, there are motions opposing transfer pending before the Joint Panel on Multidistrict Litigation with respect to three tag-along cases subject to conditional transfer. *Ross v. Blue Cross Blue Shield Association, et al.* Case No. 1:15-cv-2006 (N.D. Ill.); *Smilow v. Anthem Blue Cross Life and Health Ins. Co., et al.*, Case No. 2:15-cv-04556-MWF-AGR (C.D. Cal.); *Smilow, et al. v. Anthem Life & Disability Ins. Co., et al.*, Case No. 1:15-cv-02380 (E.D.N.Y.). Motions to Remand are pending in the latter two.

[15] In addition, there is also a "Motion to Relate Case" pending in *Giotta v. Anthem Inc. et al.,* Case No. 5:15-cv-000618 (N.D. Cal.), concerning whether *Benton v. Blue Cross of California, et al.*, Case No. 3:15:cv-02503 (N.D. Cal), is a related action.

14

## VI.    RELATED PARTIES

The parties have identified parents, subsidiaries, and companies affiliated with the corporate parties and all counsel to help the Court identify any problems of recusal or disqualification.  They are attached hereto at Exhibit B.

Dated:  July 28, 2015                        COHEN MILSTEIN SELLERS & TOLL PLLC
                                             ANDREW N. FRIEDMAN
                                             DOUGLAS J. MCNAMARA
                                             SALLY M. HANDMAKER


                                    By:    */s/Andrew N. Friedman*
                                             Andrew N. Friedman


Dated:  July 28, 2015                        ALTSHULER BERZON LLP
                                             EVE H. CERVANTEZ
                                             JONATHAN WEISSGLASS

                                    By:
                                           */s/Eve H. Cervantez*
                                             Eve H. Cervantez


Dated:  July 28, 2015                        HOGAN LOVELLS US LLP


                                    By:    */s/Craig A. Hoover*
                                             Craig A. Hoover

                                           Craig A. Hoover (SBN 113965)
                                           craig.hoover@hoganlovells.com
                                           E. Desmond Hogan (admitted *pro hac vice*)
                                           desmond.hogan@hoganlovells.com
                                           Peter R. Bisio (admitted *pro hac vice*)
                                           peter.bisio@hoganlovells.com
                                           Allison M. Holt (admitted *pro hac vice*)
                                           allison.holt@hoganlovells.com
                                           555 Thirteenth Street, NW
                                           Washington, DC  20004-1109
                                           Telephone:     (202) 637-5600
                                           Facsimile:     (202) 637-5910

                                           Michael Maddigan  (SBN 163450)
                                           michael.maddigan@hoganlovells.com
                                           1999 Avenue of the Stars, Suite 1400
                                           Los Angeles, CA  90067
                                           Telephone:     (310) 785-4600
                                           Facsimile:     (310) 785-4601

15

1

2
Maren J. Clouse (SBN 228726)
maren.clouse@hoganlovells.com
3
4085 Campbell Ave., Suite 100
Menlo Park, CA  94025
Telephone:      (650) 463-4000
4
Facsimile:      (650) 463-4199

5
*Attorneys for Defendants*
Anthem, Inc. and related parties
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
Case No. 15-MD-02617-LHK

**ATTESTATION**

I hereby attest that each of the other signatories concurs in the filing of this document.

Dated:  July 28, 2015                    */s/ Eve H. Cervantez*
                                          Eve H. Cervantez

17

# EXHIBIT A

MDL Docket No. 2617

U.S. District Court for the Northern District of California (San Jose) Case No. 5:15-md-02617-LHK

*In re Anthem Data Breach Litigation*

Pending Motions, Status, Affiliated Companies and Counsel for Related Cases

Last Updated:  July 28, 2015

| | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| 1. | *Ames, et al. v. Anthem, Inc., et al.* Case No. 1:15-cv-00465-SEB-TAB (S.D. Ind.) | Elizabeth Ames | Andrei Rado (arado@milberg.com) Ariana Tadler (atadler@milberg.com) MILBERG LLP One Pennsylvania Plaza, 49th Floor New York, NY 10119 Tel: (212) 946-9474 Fax: (212) 868-1229  Jasper Ward (jasper@jonesward.com) JONES WARD PLC 312 S. Fourth Street 6th Floor Louisville, KY 40202 Tel: (502) 882-6000 Fax: (502) 587-2006  Irwin B. Levin (ilevin@cohenandmalad.com) Richard E. Shevitz (rshevitz@cohenandmalad.com) Scott D. Gilchrist (sgilchrist@cohenandmalad.com) Vess A. Miller (vmiller@cohenandmalad.com) Lynn A. Toops  (ltoops@cohenmalad.com) COHEN & MALAD, LLP One Indiana Square, Suite 1400 Indianapolis, IN 46204 Tel: (317) 636-6481 | Transferred to MDL | No |

|   | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
|   |   |   | Fax: (317) 636-2593 |   |   |
| 2. | *Babbitt v. Anthem, Inc.* Case No. 1:15-cv-00394-RLY-MJD (S.D. Ind.) | Whitney Babbit | Irwin B. Levin (ilevin@cohenandmalad.com) Richard E. Shevitz (rshevitz@cohenandmalad.com) Scott D. Gilchrist (sgilchrist@cohenandmalad.com) Vess A. Miller (vmiller@cohenandmalad.com) Lynn A. Toops  (ltoops@cohenmalad.com) COHEN & MALAD, LLP One Indiana Square, Suite 1400 Indianapolis, IN 46204 Tel: (317) 636-6481 Fax: (317) 636-2593 | Transferred to MDL | No |
| 3. | *Bazley v. Anthem, Inc., et al.* Case No. 2:15-cv-00226-CB (W.D. Pa.) | David Bazley | David S. Senoff,  Esquire (dsenoff@cbmclaw.com) William R. Caroselli (wcaroselli@cbmclaw.com) CAROSELLI BEACHLER MCTIERNAN & COLEMAN LLC 1845 Walnut Street, Fifteenth Floor Philadelphia, Pennsylvania 19103 Tel: (215) 609-1350 x356 Fax: (215) 609-1351 | Transferred to MDL | No |

|   | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| 4. | *Becker et al. v. Anthem, Inc.* Case No. 1:15-cv-00230-TWP-DML (S.D. Ind.) | Christopher Hank Becker<br>John L. McAffry | Irwin B. Levin (ilevin@cohenandmalad.com)<br>Richard E. Shevitz (rshevitz@cohenandmalad.com)<br>Scott D. Gilchrist (sgilchrist@cohenandmalad.com)<br>Vess A. Miller (vmiller@cohenandmalad.com)<br>Lynn A. Toops  (ltoops@cohenmalad.com)<br>COHEN & MALAD, LLP<br>One Indiana Square, Suite 1400<br>Indianapolis, IN 46204<br>Tel: (317) 636-6481<br>Fax: (317) 636-2593<br><br>Sherrie R. Savett (ssavett@bm.net)<br>Shanon Carson (scarson@bm.net)<br>Eric Cramer (ecramer@bm.net)<br>Jon Lambiras (jlambiras@bm.net)<br>BERGER & MONTAGUE P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Tel: (215) 875-3036<br>Fax: (215) 875-4604<br><br>Michael F. Becker (mbecker@beckerlawlpa.com)<br>THE BECKER LAW FIRM<br>50 Public Square, Suite 3500<br>Cleveland, OH 44113<br>Tel: (440) 372-0810 | Transferred to MDL | No |

| | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| 5. | *Bell, et al. v. Anthem, Inc., et al.* Case No. 2:15-cv-01214-MWF-AGR (C.D. Cal.) | John Bell Lucia Bell | Brian D. Chase (bchase@bisnarchase.com) Jerusalem F. Beligan (jbeligan@bisnarchase.com) BISNAR\|CHASE LLP 1301 Dove Street, Suite 120 Newport Beach, CA 92626 Tel: (949) 752-2999 Fax: (949) 752-2777 <br><br> Isam C. Khoury (ikhoury@ckslaw.com) Michael D. Singer (msinger@ckslaw.com) Timothy D. Cohelan (tcohelan@ckslaw.com) Jason J. Hill (jhill@ckslaw.com) COHELAN KHOURY & SINGER 605 "C" Street, Suite 200 San Diego, CA 92101 Tel: (619) 595-3001 Fax: (619) 595-3000 | Transferred to MDL | No |
| 6. | *Bell v. Anthem, Inc., et al.* Case No. 4:15-cv-00067-JRH-GRS (S.D. Ga.) | Elizabeth Bell | Thomas A. Withers (twithers@gwllawfirm.com) GILLEN WITHERS & LAKE, LLC 8 East Liberty Street Savannah, GA 31401 Tel: (912) 447-8400 Fax: (912) 629-6347 <br><br> Bryan L. Bleichner (bbleichner@chestnutcambronne.com) Francis J. Rondoni (frondoni@chestnutcambronne.com) Jeffrey D. Bores (jbores@chestnutcambronne.com) CHESTNUT CAMBRONNE PA 17 Washington Avenue North Suite 300 | Transferred to MDL | No |

| | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| | | | Minneapolis, MN 55401<br>Tel: (612) 339-7300<br>Fax: (612) 336-2940<br><br>Gary F. Lynch (glynch@carlsonlynch.com)<br>Edwin J. Kilpela, Jr. (ekilpla@carlsonlynch.com)<br>Jamisen A. Etzel (jetzel@carlsonlynch.com)<br>CARLSON LYNCH SWEET & KILPELA, LLP<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>Tel: (412) 322-9243<br>Fax: (412) 231-0246<br><br>Karen Hanson Riebel (khriebel@locklaw.com)<br>Heidi M. Silton (hmsilton@locklaw.com)<br>Kate M. Baxter-Kauf (kmbaxter-kauf@locklaw.com)<br>LOCKRIDGE GRINDAL NAUEN PLLP<br>100 Washington Avenue South<br>Suite 2200<br>Minneapolis, MN 55401-2159<br>Tel: (612) 339-6900<br>Fax: (612) 339-0981<br><br>Jayne Arnold Goldstein (jagoldstein@pomlaw.com)<br>POMERANTZ LLP<br>1292 Bell Tower Lane<br>Weston, FL 33326<br>Tel: (954) 315-3454<br>Fax:  (954) 315-3455<br><br>Larry A. Golston (larry.golston@beasleyallen.com) | | |

| | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| | | | W. Daniel Miles III (dee.miles@beasleyallen.com)<br>Andrew E. Brashier<br>(andrew.brashier@beasleyallen.com)<br>BEASLEY ALLEN CROW METHVIN PORTIS & MILES<br>218 Commerce Street<br>P.O. Box 4160<br>Montgomery, AL 36103-4160<br>Tel: (334) 269-2343<br>Fax: (334) 954-7555<br><br>Joseph P. Guglielmo (jguglielmo@scott-scott.com)<br>SCOTT + SCOTT LLP<br>The Chrysler Building<br> 405 Lexington Ave<br>40th Floor<br>New York, NY 10174-4099<br>Tel: (212) 223-6444<br>Fax: (212) 223-6334<br><br>David R. Scott (david.scott@scott-scott.com)<br>Erin Green Comite (ecomite@scott-scott.com)<br>SCOTT + SCOTT, LLP<br>156 South Main Street<br>Colchester, CT 06415<br>Tel: (860) 537-3818<br>Fax: (860) 537-4432 | | |

|  | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| 7. | *Bellegarde, et al. v. Anthem, Inc.* Case No. 1:15cv-00587 TWP-TAB (S.D. Ind.) | Gary Bellegarde Catherine Den Bleyker Lillian Brisko Gregory Burke Rachel Calo Claudia Cass Maryann Daigle Thomas Dubyna Isabelle Freda Matthew Gates Barbara Gold Brenda Harrington Stephanie Kaufman Gerald Keaton Alvin Lawson Gary Mares Kevin Organ Ronald Percy Wanda Pratt Daniel Randrup Kenneth Solomon Martin Williams | Irwin B. Levin (ilevin@cohenandmalad.com) Richard E. Shevitz (rshevitz@cohenandmalad.com) Scott D. Gilchrist (sgilchrist@cohenandmalad.com) Vess A. Miller (vmiller@cohenandmalad.com) Lynn A. Toops (ltoops@cohenmalad.com) COHEN & MALAD, LLP One Indiana Square, Suite 1400 Indianapolis, IN 46204 Tel: (317) 636-6481 Fax: (317) 636-2593 <br><br> Mark S. Goldman (goldman@lawgsp.com) Brian D. Penny (penny@lawgsp.com) Paul J. Scarlato (scarlato@lawgsp.com) Douglas J. Bench (bench@lawgsp.com) GOLDMAN SCARLATO & PENNY, P.C. E. Lancaster Avenue, Suite 204 Wayne, PA 19087 Tel: (484) 342-0700 Fax: (484) 580-8747 <br><br> Vincent J. Esades (vesades@heinsmills.com) HEINS MILLS & OLSON, PLC 310 Clifton Avenue Minneapolis, MN 55403 Tel: (612) 338-4605 Fax: (612) 338-4692 <br><br> Joseph C. Peiffer (jpeiffer@prwlegal.com) Alan L. Rosca (arosca@prwlegal.com) PEIFFER ROSCA WOLF | Transferred to MDL | No |

| | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| | | | ABDULLAH CARR & KANE<br>1422 Euclid Ave., Suite 1610<br>Cleveland, Ohio 44115<br>Tel: (216) 589-9280<br>Fax: (888) 411-0038 | | |
| 8. | *Benton v. Blue Cross of California, et al.*<br>Case No. 5:15:cv-02403 (N.D. Cal) | Joyce Benton | Stephen Francis Yunker (sfy@yslaw.com)<br>YUNKER & SCHNEIDER<br>655 West Broadway, Suite 1400<br>San Diego, CA 92101<br>Tel: (619) 233-5500<br>Fax: (619) 233-5535<br><br>Wyatt A. Lison, Esquire (wlison@fdpklaw.com)<br>Joseph N. Kravec, Jr. (jkravec@fdpklaw.com)<br>FEINSTEIN DOYLE PAYNE & KRAVEC, LLC<br>Allegheny Building<br>429 Forbes Avenue<br>17th Floor<br>Pittsburgh, PA 15219-1639<br>Tel: (412) 281-8400<br>Fax: (412) 281-1007 | Pending before Judge W.H. Orrick in Northern District of California | Motion to Relate pending in *Giotta v. Anthem, Inc. et al.*<br>Case No. 5:15-cv-00618-LHK (N.D. Cal.) |

|   | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| 9. | *Blain, et al. v. Anthem, Inc.* Case No. 1:15-cv-00288-RLY-MJD (S.D. Ind.) | Francine Blain Nicholas Kalfa Corinne Bernstein Freda Bein Muldoon | Howard Longman (hlongman@ssbny.com) STULL STULL & BRODY 6 East 45th Street Fifth Floor New York, New York 10017 Tel: (212) 687-7230 Fax: (212) 490-2022 Gary S. Graifman (ggrafmaifman@kgglaw.com) KANTROWITZ GOLDHAMER & GRAIFMAN, P.C. 747 Chestnut Ridge Road Chestnut Ridge, New York 10977 Tel:  (845) 356-2570 Fax: (845) 356-4335 Irwin B.  Levin (ilevin@cohenandmalad.com) Richard E. Shevitz  (rshevitz@cohenandmalad.com) Scott D. Gilchrist (sgilchrist@cohenandmalad.com) Vess A. Miller (vmiller@cohenandmalad.com) Lynn A. Toops (ltoops@cohenmalad.com) COHEN & MALAD, LLP One Indiana Square, Suite 1400 Indianapolis, IN 46204 Tel: (317) 636-6481 Fax: (317) 636-2593 | Transferred to MDL | No |

| | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| 10. | *Brescia v. Anthem, Inc., et al.* Case No. 15-cv-00203 (S.D. Ind.) | Valerie Brescia | Cornelius P. Dukelow (cdukelow@abingtonlaw.com) ABINGTON COLE + ELLERY 320 South Boston Avenue Suite 1130 Tulsa, Oklahoma 74103 Tel:  (918) 588-3400<br><br>P. Gregory Cross (pgcross@thecrosslawfirm.com) Danyel Struble (dstruble@thecrosslawfirm.com) THE CROSS LAW FIRM Historic Riley-Jones House 315 East Charles Street Muncie, IN 47305 Tel: (765) 747-1953 Fax: (765) 747-1991 | Transferred to MDL | No |

|  | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| 11. | *Brock, et al.* v. *Anthem, Inc., et al.* Case No. 1:15-cv-00289-TWP-MJD (S.D. Ind.) | Debra Brock Frank Bailey Jr. Sam Nigliazzo Jerry Young Jamett Tillman Phyllis Davis | Nancy A. Kulesa (nkulesa@zlk.com) LEVI & KORSINSKYLLP 733 Summer Street, Suite 304 Stamford, CT 06901 Tel: (212) 363-7500 Fax: (212) 363-7171 Irwin B. Levin (ilevin@cohenandmalad.com) Richard E. Shevitz (rshevitz@cohenandmalad.com) Scott D. Gilchrist (sgilchrist@cohenandmalad.com) Vess A. Miller (vmiller@cohenandmalad.com) Lynn A. Toops (ltoops@cohenmalad.com) COHEN & MALAD, LLP One Indiana Square, Suite 1400 Indianapolis, IN 46204 Tel: (317) 636-6481 Fax: (317) 636-2593 | Transferred to MDL | No |
| 12. | *Brown v. Anthem, Inc.* Case No. 5:15-cv-00710-LHK (N.D. Cal.) | Alyce G. Brown | Gary F. Lynch (glynch@carlsonlynch.com) Edwin J. Kilpela, Jr. (ekilpla@carlsonlynch.com) Jamisen A. Etzel (jetzel@carlsonlynch.com) CARLSON LYNCH SWEET & KILPELA, LLP 1133 Penn Avenue, 5th Floor Pittsburgh, PA 15222 Tel: (412) 322-9243 Fax: (412) 231-0246 Karen Hanson Riebel (khriebel@locklaw.com) Heidi M. Silton (hmsilton@locklaw.com) Kate M. Baxter-Kauf (kmbaxter-kauf@locklaw.com) LOCKRIDGE GRINDAL NAUEN PLLP 100 Washington Avenue South | Transferred to MDL | No |

| | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| | | | Suite 2200<br>Minneapolis, MN 55401-2159<br>Tel: (612) 339-6900<br>Fax: (612) 339-0981<br><br>Todd David Carpenter (todd@carpenterlawyers.com)<br>CARPENTER LAW GROUP<br>402 West Broadway<br>Suite 2900<br>San Diego, CA 92101<br>Tel: (619) 756-6994<br>Fax: (619) 756-6991<br><br>Natalie Finkelman Bennett (nfinkelman@sfmslaw.com)<br>SHEPHERD, FINKELMAN, MILLER & SHAH, LLP<br>35 E. State Street<br>Media, PA 19063<br>Tel:  (610) 891-9880<br>Fax: (610) 891-9883<br><br>Jayne Arnold Goldstein (jagoldstein@pomlaw.com)<br>POMERANTZ LLP<br>1292 Bell Tower Lane<br>Weston, FL 33326<br>Tel: (954) 315-3454<br>Fax: (954) 315-3455 | | |

|  | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| 13. | *Cahill v. Anthem, Inc.* Case No. 1:15-cv-00214-SEB-DML (S.D. Ind.) | Thomas Cahill | William M. Sweetnam (wms@sweetnamllc.com) SWEETNAM LLC 100 North La Salle Street, Suite 1010 Chicago, Illinois 60602 Tel: (312) 757-1888 George Hoffman, III (george.hoffman@hanlawfirm.com) HOFFMAN & NEWCOMB 250 East Jefferson Street Franklin, IN 46131 Tel: (317) 736-1982 Fax: (317) 736-6979 Larry D. Drury (ldrurylaw@aol.com) LARRY D. DRURY, LTD. 100 North LaSalle Street, Suite 1010 Chicago, IL 60602 Tel: (312)346-7950 Fax: (312) 346-5777 | Transferred to MDL | No |

|  | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| 14. | *Chehrazi, et al. v. Anthem, Inc.* Case No. 1:15-cv-00326-TWP-DKL (S.D. Ind.) | Cameron Chehrazi Helen Braynis | Robert S. Green (cand.uscourts@classcounsel.com) GREEN WELLING, P.C. 595 Market Street Suite 2750 San Francisco, CA 94105 Tel: (415) 477-6700 Fax: (415) 477-6710 Irwin B. Levin (ilevin@cohenandmalad.com) Richard E. Shevitz (rshevitz@cohenandmalad.com) Scott D. Gilchrist (sgilchrist@cohenandmalad.com) Vess A. Miller (vmiller@cohenandmalad.com) Lynn A. Toops (ltoops@cohenmalad.com) COHEN & MALAD, LLP One Indiana Square, Suite 1400 Indianapolis, IN 46204 Tel: (317) 636-6481 Fax: (317) 636-2593 | Transferred to MDL | No |
| 15. | *Coler v. Anthem, Inc.* Case No. 1:15-cv-00090 (D.N.H.) | Garrett Coler | David W. Ruoff (druoff@howardruoff.com) HOWARD RUOFF PLLC 831 Union St. Manchester, NH 03104 Tel: (603) 625-1254 | Transferred to MDL | No |
| 16. | *Combs, et al. v. Anthem, Inc.* Case No. 1:15-cv-00544 (S.D. Ind.) | Daniel Combs Patricia Oskam-Combs | Betsy Katherine Greene (betsy@greeneschultz.com) Frederick William Schultz (fred@greeneschultz.com) GREENE & SCHULTZ 320 West 8th Street Suite 100 Bloomington, IN 47404 Tel: (812) 336-4357 Fax: (812) 336-5615 | Transferred to MDL | No |

| | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| 17. | *D'Angelo, et al. v. Anthem, Inc., et al.* Case No. 1:15-cv-00371-LMM (N.D. Ga.) | Joseph D'Angelo Shawn P. Haggerty Charity Latimer Kurt J. McGlaughlin Tamara Nedlouf John A. Thomas, II Richard Gillespie Lauren Roberts | Edward Adam Webb (adam@webbllc.com) G. Franklin Lemond , Jr. (flemond@webbllc.com) Matthew C. Klase (matt@webbllc.com) WEBB, KLASE & LEMOND, LLC Suite 480 1900 The Exchange, SE Atlanta, GA 30339 Tel: (770) 444-9325 Fax: (770) 217-9950 | Transferred to MDL | No |
| 18. | *Daniels v. Anthem, Inc.* Case No. 1:15-cv-10530-PBS (D. Mass.) | Lisa Diane Daniels | Lisa Lee, Esq. (llee@myadvocates.com) JANET, JENNER & SUGGS, LLC 31 St. James Avenue, Suite 365 Boston, MA 02216 Tel: (617) 933-1265 Fax: (410) 653-9030<br><br>Robert K. Jenner, Esq. (rjenner@myadvocates.com) Justin A. Browne, Esq. (jbrowne@myadvocates.com) JANET, JENNER & SUGGS, LLC Commerce Centre East 1777 Reisterstown Road, Suite 165 Baltimore, MD 21208 Tel: (410) 653-3200 Fax: (410) 653-9030 | Transferred to MDL | No |

|     | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|-----|----------------------|---------------------------|-------------------------------------------|-----------------|-----------------|
| 19. | *Devito-Jigarjian v. Anthem, Inc.* Case No. 3:15-cv-00316-GPC-JMA (S.D. Cal) | Jennifer DeVito Jigarjian | Stephen Richard Basser (sbasser@barrack.com) BARRACK RODOS AND BACINE One America Plaza 600 West Broadway Suite 900 San Diego, CA 92101 Tel: (619) 230-0800 Fax: (619) 230-1874 | Transferred to MDL | No |
| 20. | *Doe v. Anthem, Inc., et al.* Case No. 2:15-cv-00934-SVW-JPR (C.D. Cal.) | John Doe | Caleb Marker (clm@ridoutmarker.com) Christopher P Ridout (cpr@ridoutmarker.com) RIDOUT MARKER & OTTOSON LLP 555 East Ocean Boulevard Suite 500 Long Beach, CA 90802 Tel: 877-500-8780 Fax: 877-500-8781 | Transferred to MDL | No |

| | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| 21. | *Douglass v. Anthem, Inc., et al.* Case No. 1:15-cv-00307 (S.D. Ind.) | Nanette Douglass | Andrew N. Friedman (afriedman@cohenmilstein.com) Douglas McNamara (dmcnamara@cohenmilstein.com) Sally Handmaker (shandmaker@cohenmilstein.com) COHEN MILSTEIN SELLERS & TOLL PLLC 1100 New York Avenue Suite 500 Washington, DC 98104 Tel.: (202) 408-4600 Fax: (202) 408-4699<br><br>Irwin B. Levin (ilevin@cohenandmalad.com) Richard E. Shevitz (rshevitz@cohenandmalad.com) Scott D. Gilchrist (sgilchrist@cohenandmalad.com) Vess A. Miller (vmiller@cohenandmalad.com) Lynn A. Toops (ltoops@cohenmalad.com) COHEN & MALAD, LLP One Indiana Square, Suite 1400 Indianapolis, IN 46204 Tel: (317) 636-6481 Fax: (317) 636-2593 | Transferred to MDL | No |

| | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| 22. | *Edwards, et al. v. Anthem, Inc., et al.* Case No. 3:15-cv-00318-GPC-JMA (S.D. Cal.) | Kellen Edwards George Nicoud | Norman E. Siegel (siegel@stuevesiegel.com) Barrett J. Vahle (vahle@stuevesiegel.com) J. Austin Moore (moore@stuevesiegel.com) STUEVE SIEGEL HANSON LLP 460 Nichols Road, Suite 200 Kansas City, Missouri 64112 Tel: (816) 714-7100 Fax: (816) 714 7101<br><br>Jason S. Hartley (hartley@stuevesiegel.com) STUEVE SIEGEL HANSON LLP 550 West C Street, Suite 1750 San Diego, CA 92101 Tel:  (619) 400-5822 Fax: (619) 400-5832 | Transferred to MDL | No |
| 23. | *Farber v. Anthem, Inc., et al.* Case No. 4:15-cv-01308-LHK (N.D. Cal.) | Robert J. Farber | Daniel Timothy LeBel (danlebel@consumerlawpractice.com) Zachary R. Scribner (zach@consumerlawpractice.com) CONSUMER LAW PRACTICE OF DANIEL T. LEBEL 3 Embarcadero Center, Suite 1650 San Francisco, CA 94111 Tel: (415) 513-1414 Fax: (877) 563-7848 | Transferred to MDL | No |
| 24. | *Fessia v. Anthem, Inc., et al.* Case No. 3:15-cv-00431-GPC-JMA (N.D. Cal.) | Cynthia Fessia | Ari Basser (abasser@basserlaw.com) BASSER LAW 1875 Century Park East Suite 1000 Los Angeles, CA 90067 Tel: (858) 525-3660 | Transferred to MDL | No |

| | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| 25. | *Fisse, et al. v. Anthem, Inc., et al.* Case No. 2:15-cv-02189 (E.D La.) | Beryl Fisse Stephen Fisse | Arthur Mahony Murray (amurray@murray-lawfirm.com) Amanda K. Klevorn (aklevorn@murray-lawfirm.com) Stephen Barnett Murray (smurray@murray-lawfirm.com) MURRAY LAW FIRM Poydras Center 650 Poydras St. Suite 2150 New Orleans, LA 70130 Tel: (504) 525-8100 | Transferred to MDL | No |
| 26. | *Foley v. Anthem, Inc.* Case No. 1:15-cv-00330 (S.D. Ind.) | Maureen Foley | James Piatt (jpiatt@price-law.com) Joseph N. Williams (jwilliams@price-law.com) William N. Riley (wriley@price-law.com) PRICE WAICUKAUSKI & RILEY 301 Massachusetts Avenue Indianapolis, IN 46204 Tel: (317) 633-8787 Fax: (317) 633-8797 | Transferred to MDL | No |
| 27. | *Fowles v. The Anthem Companies, Inc. et. al.* Case No. 15-cv-02249 (N.D. Cal.) | Laura Fowles | Michael W. Sobol (msobol@lchb.com) Nicole D. Sugnet (nsugnet@lchb.com) RoseMarie Maliekel (rmaliekel@lchb.com) LIEFF, CABRASER, HEIMANN & BERNSTEIN 275 Battery Street, 29th Floor San Francisco, CA 94111-3339 Tel: (415) 956-1000 Fax: (415) 956-1008 | Transferred to MDL | No |

| | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| 28. | *Garson v. Anthem Inc., et al.* Case No.1:15-cv-00180 (S.D. Ind.) | David Garson | Ari J. Scharg (ascharg@edelson.com) Benjamin Thomassen (bthomassen@edelson.com) Rafey S. Balabanian (rbalabanian@edelson.com) EDELSON MCGUIRE, LLC 350 North LaSalle Street Suite 1300 Chicago, IL 60654 Tel: (312) 589-6370 <br><br> Robert E. Duff  (robert@robertdufflaw.com) INDIANA CONSUMER LAW GROUP The Law Office of Robert E. Duff P.O. Box 7251 Fishers, IN 46037 Tel: (800) 817-0461 | Transferred to MDL | No |
| 29. | *Gil v. Blue Cross of California*, Case No. 3:15-cv-00982-GPC-JMA (S.D. Cal.) | Marina Gil | Norman E. Siegel (siegel@stuevesiegel.com) Barrett J. Vahle (vahle@stuevesiegel.com) J. Austin Moore (moore@stuevesiegel.com) STUEVE SIEGEL HANSON LLP 460 Nichols Road, Suite 200 Kansas City, Missouri 64112 Tel: (816) 714-7100 Fax: (816) 714 7101 <br><br> Jason S. Hartley (hartley@stuevesiegel.com) STUEVE SIEGEL HANSON LLP 550 West C Street, Suite 1750 San Diego, CA 92101 Tel: (619) 400-5822 Fax: (619) 400-5832 | Transferred to MDL | Motion to Remand fully briefed |

| | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| 30. | *Giotta v. Anthem, Inc. et al.* Case No. 5:15-cv-00618-LHK (N.D. Cal.) | Loralee Giotta | Joseph N. Kravec , Jr. (jkravec@fdpklaw.com) Wyatt A. Lison (wlison@fdpklaw.com) William Thomas Payne (wpayne@fdpklaw.com) FEINSTEIN DOYLE PAYNE & KRAVEC, LLC Allegheny Building 429 Forbes Avenue, 17th Floor Pittsburgh, PA 15219-1639 Tel:  (412) 281-8400 Fax: (412) 281-1007 <br><br> Stephen Francis Yunker (sfy@yslaw.com) YUNKER & SCHNEIDER 655 West Broadway, Suite 1400 San Diego, CA 92101 Tel:  (619) 233-5500 Fax: (619) 233-5535 | Transferred to MDL | Motion to Relate *Benton v. Blue Cross of California, et al.*, Case No. 5:15:cv-02403 (N.D. Cal) |
| 31. | *Gnipp v. Anthem, Inc.* Case No. 4:15-cv-01031 (N.D. Ohio) | Raymond Gnipp | Gary F. Lynch (glynch@carlsonlynch.com) Edwin J. Kilpela, Jr. (ekilpla@carlsonlynch.com) Jamisen A. Etzel (jetzel@carlsonlynch.com) CARLSON LYNCH SWEET & KILPELA, LLP 1133 Penn Avenue, 5th Floor Pittsburgh, PA 15222 Tel:  (412) 322-9243 Fax:  (412) 231-0246 <br><br> Jayne Arnold Goldstein (jagoldstein@pomlaw.com) POMERANTZ LLP 1292 Bell Tower Lane Weston, FL 33326 Tel: (954) 315-3454 Fax: (954) 315-3455 | Transferred to MDL | No |

| | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| | | | Larry A. Golston (larry.goltson@beasleyallen.com)<br>W. Daniel Miles III (dee.miles@beasleyallen.com)<br>Andrew E. Brashier<br>(andrew.brashier@beasleyallen.com)<br>BEASLEY ALLEN CROW METHVIN PORTIS & MILES<br>218 Commerce Street<br>P.O. Box 4160<br>Montgomery, AL 36103-4160<br>Tel: (334) 269-2343<br>Fax: (334) 954-7555<br><br>Bryan L. Bleichner<br>(bbleichner@chestnutcambronne.com)<br>Francis J. Rondoni (frondoni@chestnutcambronne.com)<br>Jeffrey D. Bores (jbores@chestnutcambronne.com)<br>CHESTNUT CAMBRONNE PA<br>17 Washington Avenue North<br>Suite 300<br>Minneapolis, MN 55401<br>Tel: (612) 339-7300<br>Fax: (612) 336-2940<br><br>Joseph P. Guglielmo (jguglielmo@scott-scott.com)<br>SCOTT + SCOTT LLP<br>The Chrysler Building<br> 405 Lexington Ave<br>40th Floor<br>New York, NY 10174-4099<br>Tel: (212) 223-6444 | | |

| | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| | | | Fax: (212) 223-6334 <br><br> David R. Scott (david.scott@scott-scott.com) <br> Erin Green Comite (ecomite@scott-scott.com) <br> SCOTT + SCOTT, LLP <br> 156 South Main Street <br> Colchester, CT 06415 <br> Tel: (860) 537-3818 <br> Fax: (860) 537-4432 <br><br> Karen Hanson Riebel (khriebel@locklaw.com) <br> Heidi M. Silton (hmsilton@locklaw.com) <br> Kate M. Baxter-Kauf (kmbaxter-kauf@locklaw.com) <br> LOCKRIDGE GRINDAL NAUEN PLLP <br> 100 Washington Avenue South <br> Suite 2200 <br> Minneapolis, MN 55401-2159 <br> Tel: (612) 339-6900 <br> Fax: (612) 339-0981 | | |
| 32. | *Haag v. Anthem, Inc., et al.* Case No. 6:15-cv-00238 (M.D. Fla.) | David Haag <br> Maria Haag | John Allen Yanchunis, Sr. <br> (jyanchunis@forthepeople.com) <br> MORGAN & MORGAN, PA <br> 7th Floor <br> 201 N Franklin Street <br> Tampa, FL 33602 <br> Tel: (813) 223-5505 <br> Fax: (813) 223-5402 | Transferred to MDL | No |

| | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| 33. | *Haas v. Anthem, Inc.* Case No. 15-cv-0518 (S.D. Ind.) | Brad Haas | Kim D. Stephens (kstephens@tousley.com) Chase C. Alvord (calvord@tousley.com) Jason T. Dennett (jdennett@tousley.com) TOUSLEY BRAIN STEPHENS, PLLC 1700 Seventh Ave, Suite 2200 Seattle, WA 98101-4416 Tel: (206) 682-5600 Fax: (206) 682-2992<br><br>Irwin B. Levin (ilevin@cohenandmalad.com) Richard E. Shevitz (rshevitz@cohenandmalad.com) Scott D. Gilchrist (sgilchrist@cohenandmalad.com) Vess A. Miller (vmiller@cohenandmalad.com) Lynn A. Toops (ltoops@cohenmalad.com) COHEN & MALAD, LLP One Indiana Square, Suite 1400 Indianapolis, IN 46204 Tel: (317) 636-6481 Fax: (317) 636-2593 | Transferred to MDL | No |

| | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| 34. | *Hadley v. Anthem, Inc.*, Case No. 15-cv-0403-SEB-TAB (S.D. Ind.) | Amanda Hadley | Lynn Lincoln Sarko (lsarko@kellerrohrback.com) Gretchen Freeman Cappio (gcappio@kellerrohrback.com) Cari Campen Laufenberg (claufenberg@kellerrohrback.com) KELLER ROHRBACK L.L.P. 1201 Third Avenue, Suite 3200 Seattle, Washington 98101-3052 Tel: (206) 623-1900 Fax: (206) 623-3384  Hamish Cohen (Hamish.Cohen@MBCBLaw.com) Sean P. Burke (Sean.Burke@MBCBLaw.com) MATTINGLY BURKE COHEN BIDERMAN LLP 3646 N. Washington Blvd. Indianapolis, IN 46205 Tel: (317) 614-7320 | Transferred to MDL | No |

| | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| 35. | *Harker v. Anthem, Inc.* Case No. 1:15-cv-00223 (S.D. Ind.) | Jacob Harker | Bryan L. Clobes (bclobes@caffertyclobes.com) CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP 1101 Market Street Philadelphia, PA 19107 Tel: (215) 864-2800 Fax: (215) 864-2810 <br><br> Daniel O. Herrera (dherrera@caffertyclobes.com) CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP 150 S. Wacker Drive Suite 3000 Chicago, IL 60602 Tel: (312) 782-4880 Fax: (312) 782-7785 <br><br> Gene (Evgenii) Sverdlov (gene@szimmigration.com) LAW OFFICES OF GENE SVERDLOV 447 Sutter St., Suite 813 San Francisco, CA 94108 Tel: (415) 287-4333 Fax: (415) 329-1709 | Transferred to MDL | No |
| 36. | *Hayes v. Anthem, Inc., et al.* Case No. 1:15-cv-00526-WTL-TAB (S.D. Ind.) | Steven L. Hayes | Bryan L. Bleichner (bbleichner@chestnutcambronne.com) Francis J. Rondoni (frondoni@chestnutcambronne.com) Jeffrey D. Bores (jbores@chestnutcambronne.com) CHESTNUT CAMBRONNE PA 17 Washington Avenue North Suite 300 Minneapolis, MN 55401 | Transferred to MDL | No |

| Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|
| | | Tel: (612) 339-7300<br>Fax: (612) 336-2940<br><br>Francis J. Rondoni (frondoni@chestnutcambronne.com)<br>Jeffrey D. Bores (jbores@chestnutcambronne.com)<br>CHESTNUT CAMBRONNE PA<br>17 Washington Avenue North<br>Suite 300<br>Minneapolis, MN 55401<br>Tel: (612) 339-7300<br>Fax: (612) 336-2940<br><br>Edmond W. Foley (efoley@foleyandsmall.com)<br>FOLEY & SMALL<br>1002 E. Jefferson Blvd.<br>South Bend, IN 46617<br>Tel: (574) 288-7676<br>Fax: (574) 288-4939<br><br>Karen Hanson Riebel (khriebel@locklaw.com)<br>Heidi M. Silton (hmsilton@locklaw.com)<br>Kate M. Baxter-Kauf (kmbaxter-kauf@locklaw.com)<br>LOCKRIDGE GRINDAL NAUEN PLLP<br>100 Washington Avenue South<br>Suite 2200<br>Minneapolis, MN 55401-2159<br>Tel: (612) 339-6900<br>Fax: (612) 339-0981<br><br>Gary F. Lynch (glynch@carlsonlynch.com)<br>Edwin J. Kilpela, Jr. (ekilpla@carlsonlynch.com) | | |

| | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| | | | Jamisen A. Etzel (jetzel@carlsonlynch.com) CARLSON LYNCH SWEET & KILPELA, LLP 1133 Penn Avenue, 5th Floor Pittsburgh, PA 15222 Tel: (412) 322-9243 Fax: (412) 231-0246 | | |
| 37. | *Hayes, et al. v. Anthem, Inc., et al.* Case No. 1:15-cv-00284 (N.D. Ohio) | Cassandra Hayes Dale Alexander | Dennis R. Lansdowne (dlansdowne@spanglaw.com) Daniel Frech (dfrech@spanglaw.com) SPANGENBERG, SHIBLEY & LIBER Ste. 1700 1001 Lakeside Avenue, E Cleveland, OH 44114 Tel: (216) 696-3232 Fax: (216) 696-3924 | Transferred to MDL | No |
| 38. | *Heaton v. Anthem, Inc., et al.* Case No. 3:15-cv-00656 (N.D. Cal.) | Scott Heaton | Rosemary M. Rivas (rrivas@finkelsteinthompson.com) FINKELSTEIN THOMPSON LLP One California Street, Suite 900 San Francisco, CA 94111 Tel: (415) 398-8700 Fax: (415) 398-8704 | Transferred to MDL | No |
| 39. | *Hills v. Anthem, Inc.,et al.* Case No. 1:15-cv-00314-PAB-ME (D. Colo.) | Dana Hills | Seven Woodrow (swoodrow@woodrowpeluso.com) WOODROW & PELUSO, LLC 3900 East Mexico Avenue Suite 300 Denver, CO 80210 Tel: 720-213-0675 Fax: 303-927-0898 | Transferred to MDL | No |
| 40. | *Hodges v. Anthem, Inc., et al.* Case No. 4:15- | Kenneth A. Hodges | James A. Streett (james@streettlaw.com) Alex G. Streett (adria@streettlaw.com`) STREETT LAW FIRM, P.A. 107 West Main | Transferred to MDL | No |

| | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| | CV-83JM (E.D. Ark.) | | Russellville, AR 72801<br>Tel: 479-968-2030 | | |
| 41. | *Hood v. Anthem, Inc., et al.*<br>Case No. 2:15-cv-00918-CAS-PLA<br>(C.D. Cal.) | Aswad Hood | Daniel C. Girard (dcg@girardgibbs.com)<br>Eric H. Gibbs (ehg@classlawgroup.com)<br>David Berger (dmb@girardgibbs.com)<br>Scott M. Grzenczyk (smg@girardgibbs.com)<br>GIRARD GIBBS LLP<br>601 California Street 14th Floor<br>San Francisco, CA 94108<br>Tel: (415) 981-4800<br>Fax: (415) 981-4846<br><br>Steven Augustine Lopez<br>(stevelopez@classlawgroup.com)<br>GIBBS LAW GROUP LLLP<br>One Kaiser Plaza, Ste. 1125<br>Oakland, CA 94612<br>Tel: (510) 350-9700<br>Fax: (510) 350-9701 | Transferred to MDL | No |

|  | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| 42. | *Hudson v. Anthem, Inc., et al.* Case No. 8:15-cv-00296-MWF-AGR (C.D. Cal.) | Chris Hudson | Gregory Garth Brown (gbrown@bc-llp.com) BROWN AND CHARBONNEAU 420 Exchange, Suite 270 Irvine, CA 92602 Tel: (714) 505-3000 Mark A. Walsh (walshandwalsh@aol.com) Michael J. Walsh (walshandwalsh@gmail.com) WALSH AND WALSH PC 420 Exchange Suite 270 Irvine, CA 92602 Tel: (714) 544-6609 Fax: (714) 544-6621 | Transferred to MDL | No |
| 43. | *Hummel et. al. v. Anthem, Inc., et al.* Case No. 3:15-cv-01027 (N.D. Cal.) | Francis Matthew Hummel Marissa Nasca | Noah M. Schubert (nschubert@schubertlawfirm.com) Robert C. Schubert rschubert@schubertlawfirm.com Willem F. Jonckheer (wjonckheer@schubertlawfirm.com) SCHUBERT JONCKHEER & KOLBE LLP 3 Embarcadero Ctr, Ste 1650 San Francisco, CA 94111 Tel: (415) 788-4220 Fax: (415) 788-0161 Andy Katz (andykatzlaw@gmail.com) LAW OFFICES OF ANDY KATZ 2150 Allston Way Ste. 400 Berkeley, CA 94704 Tel: (510) 985-9050 | Transferred to MDL | No |

|  | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| 44. | *Hurley v. Anthem, Inc. et al.* Case No. 1:15-cv-00247 (S.D. Ind.) | John Thomas Hurley | Jay Kennedy (jkennedy@kgrlaw.com) KROGER, GARDIS & REGAS, LLP 111 Monument Circle, Suite 900 Indianapolis, IN  46204 Tel: (317) 692-9000 Fax: (317) 264-6832 Tom Glass (tglass@strausstroy.com) Robert R Sparks (rrsparks@strausstroy.com) STRAUSS TROY CO., LPA The Federal Reserve Building 150 East Fourth Street Cincinnati, OH 45202-4018 Tel: (513) 621-2120 Fax: (513) 241-8259 | Transferred to MDL | No |
| 45. | *Hyde v. Anthem, Inc., et al.* Case No. 1:15-cv-00319 (S.D. Ind.) | Kimberly T. Hyde | Mark S. Reich (mreich@rgrdlaw.com) ROBBINS GELLER RUDMAN & DOWD LLP 58 South Service Road,  Suite 200 Melville, NY  11747 Tel: (631) 367-7100 Fax: (631) 367-1173 | Transferred to MDL | No |

| | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| 46. | *Ifversen v. Anthem, Inc., et al.* Case No. 1:15-cv-0209-SEB-DML (S.D. Ind.) | David Ifversen | Gretchen Freeman Cappio (gcappio@kellerrohrback.com) Cari Campen Laufenberg (claufenberg@kellerrohrback.com) Amy N. L. Hanson (ahanson@kellerrohrback.com) KELLER ROHRBACK L.L.P. 1201 Third Avenue, Suite 3200 Seattle, Washington 98101-3052 Tel: (206) 623-1900 Fax: (206) 623-3384  Hamish Cohen (Hamish.Cohen@MBCBLaw.com) Sean P. Burke (Sean.Burke@MBCBLaw.com) MATTINGLY BURKE COHEN BIDERMAN LLP 3646 N. Washington Blvd. Indianapolis, IN 46205 Tel: (317) 614-7320 | Transferred to MDL | No |

|  | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| 47. | *Immerman, et al. v. Anthem, Inc., et al.* Case No. 1:15-cv-00208 (S.D. Ind.) | Richard Immerman Brian Weinstock | Robert J. Schuckit (rschuckit@schuckitlaw.com) SCHUCKIT & ASSOCIATES, P.C. 4545 Northwestern Drive Zionsville, IN 46077 Tel: (317) 363-2400 Fax: (317) 363-2257  Vincent J. Esades (vesades@heinsmills.com) David Woodward (dwoodward@heinsmills.com) Renae D. Steiner (rsteiner@heinsmills.com) HEINS MILLS & OLSON, P.L.C. 310 Clifton Avenue Minneapolis, MN 55403 Tel:  (612) 338-4605 Fax: (612) 338-4692  Daniel R. Karon (dkaron@karonllc.com) KARON, LLC 700 W. Saint Clair Avenue, Suite 200 Cleveland, OH 44113 Tel:  (216) 622-1851 Fax:  (216) 241-8175 | Transferred to MDL | No |

| | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| 48. | *Jones v. Anthem, Inc., et al.* Case No. 1:15-cv-00663 (N.D. Ga.) | Monica Jones | Everette L. Doffermyre , Jr. (edoffermyre@dsckd.com) DOFFERMYRE SHIELDS CANFIELD & KNOWLES, LLC 1355 Peachtree Street, N.E. Suite 1600 Atlanta, GA 30309 Tel: (404) 881-8900 Fax: (404) 881-3007 <br><br> Joel R. Rhine (jrr@rhinelawfirm.com) RHINE MARTIN LAW FIRM, P.C. Suite 300 1612 Military Cutoff Wilmington, NC 28403 Tel: (910) 772-9960 Fax: (910) 772-9062 <br><br> Steven W. Teppler (steppler@abbottlawpa.com) ABBOTT LAW GROUP, P.A. 2929 Plummer Cove Road Jacksonville, FL 32223 Tel: (904) 292-1111 Fax: (904) 292-1220 | Transferred to MDL | No |

|  | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| 49. | *Juliano v. Anthem, Inc., et al.* Case No. 2:15-cv-00219 (N.D. Ala.) | Danny Juliano | Donald W Stewart (donaldwstewart5354@yahoo.com) STEWART & STEWART PC 1000 Quintard Avenue Suite 500 P.O. Box 2274 Anniston, AL 36202 Tel: (256) 237-9311 Fax: (256) 237-0713 <br><br> Greg William Foster (greg@stewartandstewart.net) T. Dylan Reeves (dreeves@stewartandstewart.net) STEWART AND STEWART PC The Realty Building Suite 300 1826 3rd Avenue North Bessemer, AL 35020 Tel: (205) 425-1166 Fax: (205) 425-5959 | Transferred to MDL | No |
| 50. | *Kamal, et al. v. Anthem, Inc., et al.* Case No. 1:15-cv-00984 (S.D.N.Y) | Hany Kamal Annette Kamal | Gil Santamarina (gil@santamarinalaw.net) SANTAMARINA & ASSOCIATES 260 Madison Avenue New York, NY 10016 Tel: (212) 965-1678 Fax: (212) 297-0504 | Transferred to MDL | No |

| | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| 51. | *Kaslowitz v. Anthem, Inc., et al.* Case No. 1:15-cv-00188 (S.D. Ind.) | Jeffrey Kaslowitz | Laurence D. King (lking@kaplanfox.com) Linda M. Fong (lfong@kaplanfox.com) Matthew B. George( mgeorge@kaplanfox.com) KAPLAN FOX & KILSHEIMER LLP 350 Sansome Street, Suite 400 San Francisco, CA 94104 Tel: (415) 772-4700 Fax: (415) 772-4707 Robert N. Kaplan (rkaplan@kaplanfox.com) Lauren D. Dubick (ldubick@kaplanfox.com) KAPLAN FOX & KILSHEIMER LLP 850 Third Avenue New York, NY 10022 Tel: (212) 687-1980 Fax: (212) 687-7714 William R. Riley (wriley@price-law.com) Joseph N. Williams (jwilliams@price-law.com) James A. Piatt (jpiatt@price-law.com) PRICE LAW GROUP 301 Massachusetts Avenue Indianapolis, IN 46204 Tel: (317) 633-8787 Fax: (317) 633-8797 | Transferred to MDL | No |

| | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| 52. | *Keeton v. Anthem, Inc., et al.* Case No. 4:15-cv-00513 (E.D. Mo.) | Larry Keeton | John S. Steward (glaw123@aol.com) STEWARD LAW FIRM, LLC 1717 Park Avenue St. Louis, Missouri 63104 Tel: (314) 571-7134 Fax: (314) 594-5950 Ben Barnow (b.barnow@barnowlaw.com) BARNOW AND ASSOCIATES, P.C. 1 North LaSalle Street, Suite 4600 Chicago, Illinois 60602 Tel: (312) 621-2000 Fax: (312) 641-5504 Joseph V. Neill (Neill5300@aol.com) JOSEPH V. NEILL LAW OFFICE 5201 Hampton Avenue St. Louis, Missouri 63109 Tel: (314) 353-1001 Fax: (314) 353-0181 | Transferred to MDL | No |

| | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| 53. | *Keyser v. Anthem, Inc., et al.* Case No. 1:15-cv-00178-JMS-DML (S.D. Ind.) | John Keyser | David J. Hensel (dhensel@pencehensel.com) PENCE HENSEL LLC 135 N. Pennsylvania Street Suite 1600 Indianapolis, IN 46204 Tel: (317) 833-1111 Fax: (317) 833-1199 <br><br> Andrew W. Ferich (awf@chimicles.com) CHIMICLES & TIKELLIS LLP 361 West Lancaster Ave. One Haverford Centre Haverford, PA 19041 Tel: (610) 642-8500 | Transferred to MDL | No |

| | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| 54. | *Kirby v. Anthem, Inc, et al.* Case No. 2:15-cv-00820 (C.D. Cal.) | Samantha Kirby | Robert Ahdoot (rahdoot@ahdootwolfson.com) Bradley King (bking@ahdootwolfson.com) Theodore W Maya (tmaya@ahdootwolfson.com) Tina Wolfson (twolfson@ahdootwolfson.com) AHDOOT & WOLFSON, PC 1016 Palm Ave. West Hollywood, CA 90069 Tel: (310) 474-9111 Fax: (310) 474-8585  John A Yanchunis (jyanchunis@forthepeople.com) MORGAN AND MORGAN COMPLEX LITIGATION GROUP 201 North Franklin Street 7th Floor Tampa, FL 33602 Tel: (813) 233-5505 Fax: (813) 223-5402 | Transferred to MDL | No |

|   | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| 55. | *Krissman, et. Al v. Anthem* Case No. 5:15-cv-02741-LHK (N.D. Cal.) | Rosalynn C. Krissman | Swathi Bojedla (sbojedla@hausfeld.com) James J. Pizzirusso (jpizzirusso@hausfeld.com) HAUSFELD LLP 1700 K Street NW Suite 650 Washington, DC 20006 Tel: (202) 540-7200 Fax: (202) 540-7201 <br><br> Christopher L. Lebsock (clebsock@hausfeld.com) Michael P. Lehmann (mlehmann@hausfeld.com) Bonny E. Sweeney (bsweeney@hausfeld.com) HAUSFELD LLP 600 Montgomery Street, Suite 3200 San Francisco, CA 94111 Tel: (415) 633-1908 Fax: (415) 358-4980 | Transferred to MDL | No |
| 56. | *Leniski v. Anthem, Inc., et al.* Case No. 5:15cv-02992-LHK (N.D. Cal.) | Kathryn Leniski | J. Gerald Stranch, IV (gerards@bsjfirm.com) Michael G. Stewart (mikes@bsjfirm.com) Karla Campbell (karlac@bsjfirm.com) BRANSTETTER, STRANCH & JENNINGS, PLLC 227 Second Avenue Fourth Floor Nashville, TN 37201-1631 Tel: (615) 254-8801 Fax: (615) 250-3937 <br><br> Eve Hedy Cervantez (ecervantez@altshulerberzon.com) Jonathan David Weissglass (jweissglass@altshulerberzon.com) ALTSHULER BERZON LLP | Transferred to MDL | No |

| | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| | | | 177 Post Street, Suite 300<br>San Francisco, CA 94108<br>Tel: (415) 421-7151<br>Fax: (415) 362-8064<br><br>Lisa M. Port (lport@barrack.com)<br>BARRACK, RODOS & BACINE<br>3300 Two Commerce Square<br>2001 Market Streeet<br>Philadelphia, PA 19103<br>Tel: (215) 963-0600<br>Fax: (215) 963-0838<br><br>Stephen R. Basser (sbasser@barrack.com)<br>Samuel M. Ward (sward@barrack.com)<br>BARRACK, RODOS & BACINE<br>One America Plaza<br>600 West Broadway<br>Suite 900<br>San Diego, CA 92101<br>Tel.: (619) 230-0800<br>Fax:  (619) 230-1874 | | |
| 57. | *Lesher, et. al. v. Anthem, Inc. et. al.*<br>Case No. 1:15-cv-00204<br>(S.D. Ind.) | Colleen Lesher<br>Vince Kandis | Robert Ahdoot (rahdoot@ahdootwolfson.com)<br>Bradley King (bking@ahdootwolfson.com)<br>Theodore W Maya (tmaya@ahdootwolfson.com)<br>Tina Wolfson (twolfson@ahdootwolfson.com)<br>AHDOOT & WOLFSON, PC<br>1016 Palm Ave.<br>West Hollywood, CA 90069<br>Tel: (310) 474-9111<br>Fax: (310) 474-8585 | Transferred to MDL | Motion for Class certification filed |

|  | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| 58. | *Liu v. Anthem, Inc., et al.* Case No. 8:15-cv-00215) (C.D. Cal.) | David Liu | Daniel S. Robinson (drobinson@rcrlaw.net) Wesley Kaikaina Polischuk (wpolischuk@rcrsd.com) Daniel Stewart Robinson (drobinson@rcrsd.com) Mark P. Robinson, Jr.(mrobinson@rcrlaw.net) ROBINSON CALCAGNIE ROBINSON SHAPIRO DAVIS, INC. 19 Corporate Plaza Drive Newport Beach, CA  92660 Tel:  (949) 720-1288 Fax:  (949) 720-1292  Joseph J. Siprut (jsiprut@siprut.com) SIPRUT PC 17 North State Street, Suite 1600 Chicago, Illinois 60602 Tel: (312) 236-0000 Fax: (312) 267-1906  Steven L. Langer (slanger@langerandlanger.com) LANGER & LANGER 320 North Meridian Street, Suite 512 Indianapolis, Indiana 46204 Tel: (317) 635-5120 Fax: (219) 462-4198 | Transferred to MDL | No |

| | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| 59. | *Macros, et al. v Anthem, Inc., et al.* Case No. 4:15-cv-00674 (N.D. Cal.) | George Macros Steve Kawai Joseph Beckerman Tara Dozier Candyce Kelley James O'Toole Jack Wenglewick Cynthia Kelley Cary Kelley Cheri Williams David Williams Terrell Adamson | Daniel Stewart Robinson (drobinson@rcrsd.com) ROBINSON CALCAGNIE ROBINSON SHAPIRO DAVIS, INC. 19 Corporate Plaza Drive Newport Beach, CA  92660 Tel:  (949) 720-1288 Fax:  (949) 720-1292 | Transferred to MDL | No |
| 60. | *Maric v. Anthem Inc. et. al.* Case No. 3:15-cv-00134-DJH (W.D. Ky.) | Alenka Maric | Emily A. Faith (efaith@thebdfirm.com) BERNHEIM & DOLINSKY, PLLC 455 S. Fourth Street, Suite 1400 Louisville, KY 40202 Tel: (502) 625-1212 Fax: (502) 625-1720 Steven R. Jaffe (steve@pathtojustice.com) Seth M. Lehrman (seth@pathtojustice.com) FARMER, JAFFE, WEISSING, EDWARDS, FISTOS & LEHRMAN, PL 425 North Andrews Avenue, Suite 2 Ft. Lauderdale, FL 33301 Tel:  (954) 524-2820 Fax: (954) 524-2822 | Transferred to MDL | No |
| 61. | *Mason v. Anthem, Inc., et al.* Case No. 2:15- | Brian Mason | Benjamin K. Grant (bgrant@mcteaguehigbee.com) MCTEAGUE, HIGBEE, CASE, COHEN, WHITNEY & TOKER, P.A. Four Union Park | Transferred to MDL | No |

| | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| | cv-00086-JAW (D. Me.) | | P.O. Box 5000<br>Topsham, ME 04086-5000<br>Tel: 207-725-5581 | | |
| 62. | *McGill, et al. v. Anthem, inc., et al.*<br>Case No. 4:15-cv-00050<br>(S.D. Ind.) | Mathew McGill<br>Timothy Whalen | Alex Davis (alex@jonesward.com)<br>Jasper Ward (jasper@jonesward.com)<br>JONES WARD PLC<br>312 S. Fourth Street<br>6th Floor<br>Louisville, KY 40202<br>Tel: (502) 882-6000<br>Fax: (502) 587-2006 | Transferred to MDL | No |
| 63. | *McInnis v. Anthem, Inc., et al.*<br>Case No.  2:15-cv-02577-DDC-JPO<br>(D. Kan.) | Randi McInnis | Rick Paul (paul@paulmcinnes.com)<br>Ashlea Schwarz (ashlea@paulmcinnes.com)<br>PAUL MCINNES LLP<br>601 Walnut, Suite 300<br>Kansas City, MO 64106<br>Tel: (816) 984-8100<br><br>Syed Ali Saeed (ali@sllaw.com)<br>SAEED & LITTLE, LLP<br>1433 N. Meridian St. (Ste 202)<br>Indianapolis, IN  46202<br>Tel: (317) 721-9214<br>Fax: (888) 422-3151 | Transferred to MDL | No |

|  | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| 64. | *McKinley et. al. v. Anthem Inc., et al.* Case No. 1:15-cv-00096-TSB (S.D. Ohio) | Margaret McKinley Nicholas Bowes | Steven R. Jaffe (steve@pathtojustice.com) Seth M. Lehrman (seth@pathtojustice.com) FARMER, JAFFE, WEISSING, EDWARDS, FISTOS & LEHRMAN, PL 425 North Andrews Avenue, Suite 2 Ft. Lauderdale, FL 33301 Tel: (954) 524-2820 Fax: (954) 524-2822 | Transferred to MDL | No |
| 65. | *Meadows v. Anthem, Inc.* Case No. 1:15-cv-00163-JMS-TAB (S.D. Ind.) | Karen Meadows | Irwin B. Levin (ilevin@cohenandmalad.com) Richard E. Shevitz (rshevitz@cohenandmalad.com) Scott D. Gilchrist (sgilchrist@cohenandmalad.com) Vess A. Miller (vmiller@cohenandmalad.com) Lynn A. Toops (ltoops@cohenandmalad.com) COHEN & MALAD, LLP One Indiana Square, Suite 1400 Indianapolis, IN 46204 Tel: (317) 636-6481 Fax: (317) 636-2593 | Transferred to MDL | Motion for Class certification filed |
| 66. | *Meer, et al. v. Anthem, et al.* Case No. 3:15-cv-00289-GPC-JMA (S.D. Cal.) | Mary Jo Meer Sarah Shulman Dan Shulman | David S Casey, Jr. (dcasey@cglaw.com) Gayle M Blatt (gmb@cglaw.com) Jason C. Evans (jevans@cglaw.com) Wendy M. Behan (wbehan@cglaw.com) CASEY GERRY SCHENK FRANCAVILLA BLATT AND PENFIELD 110 Laurel Street San Diego, CA 92101-1419 Tel: (619) 238-1811 Fax: (619) 544-9232 | Transferred to MDL | No |

| | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| 67. | *Mellon v. Anthem, Inc., et al.* Case No. 1:15-cv-00323-REB-MJW (D. Colo.) | Mary Mellon | Rick Paul (paul@paulmcinnes.com) Ashlea Schwarz (ashlea@paulmcinnes.com) PAUL MCINNES LLP 601 Walnut, Suite 300 Kansas City, MO 64106 Tel: (816) 984-8100<br><br>Syed Ali Saeed (ali@sllawfirm.com) SAEED & LITTLE, LLP 1433 N. Meridian St., Suite 202 Indianapolis, IN 46202 Tel: (317) 721-9214 Fax: (888) 422-3151 | Transferred to MDL | No |
| 68. | *Mertz v. Anthem, Inc., et al.* Case No. 1:15-cv-00422-SEB-MJD (S.D. Ind.) | Caroline Mertz | Bryan L. Bleichner (bbleichner@chestnutcambronne.com) Francis J. Rondoni (frondoni@chestnutcambronne.com) Jeffrey D. Bores (jbores@chestnutcambronne.com) CHESTNUT CAMBRONNE PA 17 Washington Avenue North Suite 300 Minneapolis, MN 55401 Tel: (612) 339-7300 Fax: (612) 336-2940<br><br>Karen Hanson Riebel (khriebel@locklaw.com) Heidi M. Silton (hmsilton@locklaw.com) Kate M. Baxter-Kauf (kmbaxter-kauf@locklaw.com) LOCKRIDGE GRINDAL NAUEN PLLP 100 Washington Avenue South Suite 2200 Minneapolis, MN 55401-2159 | Transferred to MDL | No |

| Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|
| | | Tel: (612) 339-6900<br>Fax: (612) 339-0981<br><br>Gary F. Lynch (glynch@carlsonlynch.com)<br>Edwin J. Kilpela, Jr. (ekilpla@carlsonlynch.com)<br>Jamisen A. Etzel (jetzel@carlsonlynch.com)<br>CARLSON LYNCH SWEET & KILPELA, LLP<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>Tel: (412) 322-9243<br>Fax: (412) 231-0246<br><br>Jayne Arnold Goldstein (jagoldstein@pomlaw.com)<br>POMERANTZ LLP<br>1292 Bell Tower Lane<br>Weston, FL 33326<br>Tel: (954) 315-3454<br>Fax: (954) 315-3455<br><br>Larry A. Golston (larry.golston@beasleyallen.com)<br>W. Daniel Miles III (dee.miles@beasleyallen.com)<br>Andrew E. Brashier (andrew.brashier@beasleyallen.com)<br>BEASLEY ALLEN CROW METHVIN PORTIS & MILES<br>218 Commerce Street<br>P.O. Box 4160<br>Montgomery, AL 36103-4160<br>Tel: (334) 269-2343<br>Fax: (334) 954-7555 | | |

| | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| | | | Sean P. Burke (sean.burke@mbcblaw.com) Hamish S. Cohen (hamish.cohen@mbclaw.com) MATTINGLY BURKE COHEN & BIEDERMAN LLP 3646 N. Washington Blvd. Indianapolis, IN 46205 Tel: (317) 614-7320 <br><br> Joseph P. Guglielmo (jguglielmo@scott-scott.com) SCOTT + SCOTT LLP The Chrysler Building 405 Lexington Ave 40th Floor New York, NY 10174-4099 Tel: (212) 223-6444 Fax: (212) 223-6334 <br><br> David R. Scott (david.scott@scott-scott.com) Erin Green Comite (ecomite@scott-scott.com) SCOTT + SCOTT, LLP 156 South Main Street Colchester, CT 06415 Tel: (860) 537-3818 Fax: (860) 537-4432 | | |

|  | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| 69. | *Mitchel v. Anthe, Inc. et al.* Case No. 1:15-cv-00207-JMS-DML (S.D. Ind.) | Amy Mitchel | Rick Paul (paul@paulmcinnes.com) Ashlea Schwarz (ashlea@paulmcinnes.com) PAUL MCINNES LLP 601 Walnut, Suite 300 Kansas City, MO 64106 Tel: (816) 984-8100  Syed Ali Saeed (ali@sllawfirm.com) SAEED & LITTLE, LLP 1433 N. Meridian St. (Ste 202) Indianapolis, IN 46202 Tel: (317) 721-9214 Fax: (888) 422-3151 | Transferred to MDL | No |
| 70. | *Moran v. Anthem, Inc., et al.* Case No. 2:15:cv-00460-TLN-AC (E.D. Cal.) | Maureen Moran | Thomas H. Burt (burt@whafh.com) WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP 270 Madison Avenue New York NY 10016 Tel: (212) 545-4669 Fax: (212) 545-4653  Rachele Renee Rickert (rickert@whafh.com) WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP 750 B Street, Suite 2770 San Diego, CA 92101 Tel: (619) 239-4599 Fax: (619) 234-4599 | Transferred to MDL | No |

| | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| 71. | *Morris v. Anthem, Inc., et al.* Case No. 8:15-cv-00196 (C.D. Cal.) | Susan Morris | Maria Adrianne De Castro (adrianne@desai-law.com) Aashish Y Desai (aashish@desai-law.com) DESAI LAW FIRM PC 3200 Bristol Street Suite 650 Costa Mesa, CA 92626 Tel: (949) 614-5830 Fax: (949) 271-4190 | Transferred to MDL | No |
| 72. | *Myers v. Blue Cross of California, et al.* Case No. *3:15-cv-01766* (N.D. Cal.) | Sandy Myers | Dan Anthony Lawton (dan@lawtonlaw.com) LAWTON LAW FIRM Emerald Plaza 402 West Broadway Suite 1330 San Diego, CA 92101 Tel: (619) 595-1370 Fax: (619) 595-1520 | Transferred to MDL | No |
| 73. | *Napolean v. Anthem, Inc., et al.* Case No. 3:15-cv-00293- (S.D. Cal.) | Lisa Napolean | Thomas Glynn (tom@glynnlawgroup.com) GLYNN LAW GROUP 10200 Willow Creek Rd., Suite 170 San Diego, CA 92131 Tel: (858) 271-1100 Fax: (858) 876-1530 | Transferred to MDL | No |
| 74. | *New v. Anthem, Inc., et al.* Case No. 2:15-cv-04787 (C.D. Cal.) | Joseph New | Keith David Griffin (kgriffin@girardikeese.com) Thomas Vincent Girardi (tgirardi@girardikeese.com) GIRARDI KEESE 1126 Wilshire Boulevard Los Angeles, CA 90017-1904 Tel: (213) 977-0211 Fax: (213) 481-1554 | Transferred to MDL | No |

|   | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| 75. | *Nicoll v. Anthem, Inc., et al.* Case No. 2:15-cv-00704 (E.D.N.Y.) | Sean Nicoll | Paul C. Whalen (pcwhalen@gmail.com) LAW OFFICES OF PAUL C. WHALEN, P.C. 768 Plandome Road 3 Manhasset, NY 11030 Tel: (516) 426-6870 Fax: (212) 658-9685 | Transferred to MDL | No |
| 76. | *Noble, et al. v. RightChoice Managed Care, Inc., et al.* Case No. 4:15-cv-00626-CDP (E.D. Mo.) | Jill Noble Christina Novak Cherri Hawes Jim Gioia | Brennan Patrick Fagan (bfagan@fed-firm.com) Paul T. Davis (info@fed-firm.com) FAGAN EMERT AND DAVIS LLC 730 New Hampshire Suite 210 Lawrence, KS 66044 Tel: (785) 331-0300 Fax: (785) 331-0303  Frankie Joe Forbes (fforbes@forbeslawgroup.com) Michael J. Fleming (mfleming@forbeslawgroup.com) Quentin Marc Templeton (qtempleton@forbeslawgroup.com) FORBES LAW GROUP 6900 College Blvd. Suite 840 Overland Park, KS 66211 Tel: (913) 341-8600  William Skepnek (bskepnek@skepneklaw.com) SKEPNEK LAW FIRM, P.A. 900 Massachusetts St. # 601 Lawrence, KS 66044 Tel: (785) 856-3100 Fax: (785) 856-3099 | Transferred to MDL | Motion to Remand, fully briefed |
| 77. | *Ourth, et al. v.* | John Ourth | Evan D. Buxner (ebuxner@buxnerlaw.com) | Transferred to | No |

51

| | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| | *Anthem, Inc., et al.* Case No. 4:15-cv-00957 (E.D. Mo.) | Kelly Ourth | THE BUXNER LAW FIRM 230 S. Bemiston, Suite 500 St. Louis, MO 63105 Tel: (314) 863-6000 Fax: (888) 851-4940 Gary F. Lynch (glynch@carlsonlynch.com) Edwin J. Kilpela, Jr. (ekilpla@carlsonlynch.com) Jamisen A. Etzel (jetzel@carlsonlynch.com) CARLSON LYNCH SWEET & KILPELA, LLP 1133 Penn Avenue, 5th Floor Pittsburgh, PA 15222 Tel: (412) 322-9243 Fax: (412) 231-0246 Karen Hanson Riebel (khriebel@locklaw.com) Heidi M Silton (hmsilton@locklaw.com) Kate M. Baxter-Kauf (kmbaxter-kauf@locklaw.com) LOCKRIDGE GRINDAL NAUEN PLLP 100 Washington Avenue South Suite 2200 Minneapolis, MN 55401-2159 Tel: (612) 339-6900 Fax: (612) 339-0981 Bryan L. Bleichner (bbleichner@chestnutcambronne.com) Francis J. Rondoni (frondoni@chestnutcambronne.com) Jeffrey D. Bores (jbores@chestnutcambronne.com) CHESTNUT CAMBRONNE PA 17 Washington Avenue North | MDL | |

| | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| | | | Suite 300<br>Minneapolis, MN 55401<br>Tel: (612) 339-7300<br>Fax: (612) 336-2940<br><br>Jayne Arnold Goldstein (jagoldstein@pomlaw.com)<br>POMERANTZ LLP<br>1292 Bell Tower Lane<br>Weston, FL 33326<br>Tel: (954) 315-3454<br>Fax: (954) 315-3455<br><br>Larry A. Golston (larry.golston@beasleyallen.com)<br>W. Daniel Miles III (dee.miles@beasleyallen.com)<br>Andrew E. Brashier<br>(andrew.brashier@beasleyallen.com)<br>BEASLEY ALLEN CROW METHVIN PORTIS & MILES<br>218 Commerce Street<br>P.O. Box 4160<br>Montgomery, AL 36103-4160<br>Tel: (334) 269-2343<br>Fax: (334) 954-7555<br><br>Joseph P. Guglielmo (jguglielmo@scott-scott.com)<br>SCOTT + SCOTT LLP<br>The Chrysler Building<br> 405 Lexington Ave<br>40th Floor<br>New York, NY 10174-4099<br>Tel: (212) 223-6444 | | |

| | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| | | | Fax: (212) 223-6334 <br><br> David R. Scott (david.scott@scott-scott.com) <br> Erin Green Comite (ecomite@scott-scott.com) <br> SCOTT + SCOTT, LLP <br> 156 South Main Street <br> Colchester, CT 06415 <br> Tel: (860) 537-3818 <br> Fax: (860) 537-4432 | | |
| 78. | *Pantuso v. Anthem, Inc., et al.* <br> Case No. 1:15-cv-00181 <br> (S.D. Ind.) | Anthony Pantuso | Brian P. Murray (bmurray@glancylaw.com) <br> Lee Albert (LAlbert@glancylaw.com) <br> GLANCY PRONGAY & MURRAY LLP <br> 122 East 42nd Street <br> Suite 2920 <br> New York, NY 10168 <br> Tel: (212) 682-5340 <br> Fax: (212) 884-0988 <br><br> Syed Ali Saeed (ali@sllawfirm.com) <br> SAEED & LITTLE, LLP <br> 1433 N. Meridian St. (Ste 202) <br> Indianapolis, IN 46202 <br> Tel: (317) 721-9214 <br> Fax: (888) 422-3151 | Transferred to MDL | No |

| | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| 79. | *Paracha, et al. v. Anthem Inc., et al.* Case No. 1:15-cv-00349-JMS-TAB (S.D. Ind.) | Ibrar Paracha Mark Krack | Rick Paul (paul@paulmcinnes.com) Ashlea Schwarz (ashlea@paulmcinnes.com) PAUL MCINNES LLP 601 Walnut, Suite 300 Kansas City, MO 64106 Tel: (816) 984-8100<br><br>Syed Ali Saeed (ali@sllawfirm.com) Jonathan Charles Little (jon@sllawfirm.com) SAEED & LITTLE, LLP 1433 N. Meridian St., Suite 202 Indianapolis, IN 46202 Tel: (317) 721-9214 Fax: (888) 422-3151 | Transferred to MDL | No |
| 80. | *Park v. Anthem, Inc., et al.* Case No. 3:15-cv-00709-LHK (N.D. Cal.) | Gloria K. Park | Gordon M. Fauth, Jr. (gmf@classlitigation.com) Rosanne L. Mah (rlm@classlitigation.com) LITIGATION LAW GROUP 1801 Clement Avenue, Suite 101 Alameda, CA 94501 Tel: (510) 238-9610 Fax: (510) 337-1431 | Transferred to MDL | No |
| 81. | *Patrick v. Anthem, Inc.* Case No. 3:15-cv-00718 (N.D. Ohio) | Ryan Patrick | Ronald E. Johnson, Jr. (rjohnson@pschachter.com) Sarah N. Lynch (slynch@pschachter.com) SCHACHTER HENDY & JOHNSON 909 Wright's Summit Parkway, Suite 210 Fort Wright, KY 41011 Tel: (859) 578-4444 | Transferred to MDL | No |

| | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| 82. | *Peterman v. Anthem, Inc., et al.* Case No. 3:15-cv-00250 (D. Conn.) | Wilma J. Peterman | Samuel K. Rosen (srosen@hfesq.com) HARWOOD FEFFER LLP 488 Madison Avenue New York, NY 10022 Tel: (212) 935-7400  David A. Slossberg (dslossberg@hssklaw.com) HURWITZ SAGARIN SLOSSBERG & KNUFF LLC 147 North Broad St., PO Box 112 Milford, CT 06460-0112 Tel: (203) 877-8000 Fax: (203) 878-9800 | Transferred to MDL | No |
| 83. | *Petty v. Anthem, Inc.* Case No. 1:15-cv-01177 (S.D.N.Y.) | Katherine F. Petty | Anthony J. Bolognese (abolognese@bolognese-law.com) Joshua H. Grabar (jgrabar@bolognese-law.com) BOLOGNESE & ASSOCIATES LLC 1617 JFK Boulevard, Suite 650 Philadelphia, PA 19103 Tel: (215) 854-4057 Fax: (215) 564-2013  Marguerite R. Goodman THE LAW OFFICE OF MARGUERITE R. GOODMAN 780 Third Avenue 48th Floor New York, NY 10017  Richard David Greenfield (whitehatrdg@earthlink.net) Greenfield & Goodman LLC 250 Hudson Street | Transferred to MDL | No |

| | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| | | | 8th Floor<br>New York, NY 10013<br>Tel: (410) 320-5931<br>Fax: (410) 745-4149 | | |
| 84. | *Pierpoint v. Anthem, Inc., et al.*<br>Case No.  3:15-cv-00292<br>(D. Conn.) | Danielle Pierpoint | Gary F. Lynch (glynch@carlsonlynch.com)<br>Edwin J. Kilpela, Jr. (ekilpla@carlsonlynch.com)<br>Jamisen A. Etzel (jetzel@carlsonlynch.com)<br>CARLSON LYNCH SWEET & KILPELA, LLP<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>Tel: (412) 322-9243<br>Fax: (412) 231-0246<br><br>Joseph P. Guglielmo (jguglielmo@scott-scott.com)<br>SCOTT + SCOTT LLP<br>The Chrysler Building<br> 405 Lexington Ave<br>40th Floor<br>New York, NY 10174-4099<br>Tel: (212) 223-6444<br>Fax: (212) 223-6334<br><br>David R. Scott (david.scott@scott-scott.com)<br>Erin Green Comite (ecomite@scott-scott.com)<br>SCOTT + SCOTT, LLP<br>156 South Main Street<br>Colchester, CT 06415<br>Tel: (860) 537-3818<br>Fax: (860) 537-4432<br><br>Jayne Arnold Goldstein (jagoldstein@pomlaw.com) | Transferred to MDL | No |

| | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| | | | POMERANTZ LLP<br>1292 Bell Tower Lane<br>Weston, FL 33326<br>Tel: (954) 315-3454<br>Fax: (954) 315-3455 | | |
| 85. | *Powell et al. v. Anthem, Inc., et al.*<br>Case No. 2:15-cv-00314 (E.D. Cal.) | Susanne Pow<br>Casey Silva<br>Brent J. Gearhart | Clayeo C. Arnold (clay@justice4you.com)<br>CLAYEO C. ARNOLD, A PROFESSIONAL LAW CORPORATION<br>865 Howe Avenue<br>Sacramento, CA 95825<br>Tel: (916) 924-3100<br>Fax: (916) 924-1829 | Transferred to MDL | No |
| 86. | *Pratt, et al. v. Anthem Inc.*<br>Case No. 2:15-cv-00401<br>(D. Nev.) | Bobby Pratt<br>Renee Nelson Pratt<br>Jeri Hadel | Marc C. Naron (marc360@hotmail.com)<br>Ryan Andrew Hamilton (notices@hamlegal.com)<br>HAMILTON LAW<br>5125 S. Durango Drive, Suite C<br>Las Vegas, NV 89113<br>Tel: (702) 818-1818<br>Fax: (702) 974-1139 | Transferred to MDL | No |
| 87. | *Redhead, et al. v. Anthem, Inc., et al.*<br>Case No. 1:15-cv-01309-WFK-JOED<br>(E.D.N.Y.) | Roxanne Redhead<br>S.R., a minor child | Richard B. Brualdi (rbrualdi@brualdilawfirm.com)<br>David Michael Titus (dtitus@brualdilawfirm.com)<br>THE BRUALDI LAW FIRM<br>29 Broadway<br>Suite 1515<br>New York, NY 10006<br>Tel: (212) 952-0602<br>Fax: (212) 952-0608 | Transferred to MDL | No |
| 88. | *Renninger v. Anthem, Inc.*<br>Case No. 2:15-cv-00669-DSC | Michael Renninger, Sr. | Gary F. Lynch (glynch@carlsonlynch.com)<br>Edwin J. Kilpela, Jr. (ekilpela@carlsonlynch.com)<br>Jamisen A. Etzel (jetzel@carlsonlynch.com)<br>CARLSON LYNCH SWEET & KILPELA, LLP | Transferred to MDL | No |

| Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|
| (W.D. Pa.) | | 1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>Tel: (412) 322-9243<br>Fax: (412) 231-0246<br><br>Jayne Arnold Goldstein (jagoldstein@pomlaw.com)<br>POMERANTZ LLP<br>1292 Bell Tower Lane<br>Weston, FL 33326<br>Tel: (954) 315-3454<br>Fax: (954) 315-3455<br><br>Larry A. Golston (larry.golston@beasleyallen.com)<br>W. Daniel Miles III (dee.miles@beasleyallen.com)<br>Andrew E. Brashier (andrew.brashier@beasleyallen.com)<br>BEASLEY ALLEN CROW METHVIN PORTIS & MILES<br>218 Commerce Street<br>P.O. Box 4160<br>Montgomery, AL 36103-4160<br>Tel: (334) 269-2343<br>Fax: (334) 954-7555<br><br>Bryan L. Bleichner (bbleichner@chestnutcambronne.com)<br>Francis J. Rondoni (frondoni@chestnutcambronne.com)<br>Jeffrey D. Bores (jbores@chestnutcambronne.com)<br>CHESTNUT CAMBRONNE PA<br>17 Washington Avenue North<br>Suite 300 | | |

| | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| | | | Minneapolis, MN 55401<br>Tel: (612) 339-7300<br>Fax: (612) 336-2940<br><br>Karen Hanson Riebel (khriebel@locklaw.com)<br>Heidi M. Silton (hmsilton@locklaw.com)<br>Kate M. Baxter-Kauf (kmbaxter-kauf@locklaw.com)<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Avenue South<br>Suite 2200<br>Minneapolis, MN 55401<br>Tel: (612) 339-6900<br>Fax: (612) 339-0981<br><br>Joseph P. Guglielmo (jguglielmo@scott-scott.com)<br>SCOTT + SCOTT LLP<br>The Chrysler Building<br> 405 Lexington Ave<br>40th Floor<br>New York, NY 10174-4099<br>Tel: (212) 223-6444<br>Fax: (212) 223-6334<br><br>David R. Scott (david.scott@scott-scott.com)<br>Erin Green Comite (ecomite@scott-scott.com)<br>SCOTT + SCOTT, LLP<br>156 South Main Street<br>Colchester, CT 06415<br>Tel: (860) 537-3818<br>Fax: (860) 537-4432 | | |
| 89. | *Ross v. Blue* | Wendy Ross | Jay Edelson (jedelson@edelson.com) | CTO Issued; | No |

| | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| | *Cross Blue Shield Association, et al.* Case No. 1:15-cv-2006 (N.D. Ill.) | | Rafey S. Balabanian (rbalabanian@edelson.com) Ari J. Scharg (ascharg@edelson.com) Christopher L. Dore (cdore@edelson.com) Benjamin S. Thomassen (bthomassen@edelson.com) EDELSON PC 350 North LaSalle Street, Suite 1300 Chicago, Illinois 60654 Tel: (312) 589-6370 Adam J. Levitt (alevitt@gelaw.com) Edmund S. Aronowitz (earonowitz@gelaw.com) GRANT & EISENHOFER P.A. 30 North LaSalle Street, Suite 2350 Chicago, Illinois 60602 Tel: (312) 214-0000 David S. Senoff (dsenoff@cbmclaw.com) CAROSELLI BEACHLER MCTIERNAN & COLEMAN 1845 Walnut Street, Fifteenth Floor Philadelphia, Pennsylvania 19103 Tel: (215) 609-1350 | Motion to Vacate filed | |
| 90. | *Ruhlemann v. Anthem, Inc., et al.* Case No. 3:15-cv-00345-VLB (D. Conn.) | Frederick Ruhleman | David N. Rosen (drosen@davidrosenlaw.com) DAVID N. ROSEN & ASSOCIATES, P.C. 400 Orange St New Haven, CT 06511 Tel: (203) 787-3513 Fax: (203) 789-1605 | Transferred to MDL | No |

|  | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| 91. | *Sabatino, et al. v. HMO Missouri, Inc., et al.* Case No. 4:15-cv-00575 (E.D. Mo.) | Monica Sabatino Michael Sabatino | Matthew L. Dameron (matt@williamsdirks.com) Eric L. Dirks (dirks@williamsdirks.com) WILLIAMS DIRKS DAMERON LLC 1100 Main Street, Suite 2600 Kansas City, Missouri 64105 Tel: (816) 876-2600 <br><br> Maureen M. Brady (mbrady@mcshanebradylaw.com) Lucy McShane (lmcshane@mcshanebradylaw.com) MCSHANE AND BRADY LLC 1656 Washington Suite 140 Kansas City, MO 64108 Tel: (816) 888-8010 Fax: (816) 332-6295 | Transferred to MDL | Motion to Remand, fully briefed |
| 92. | *Salermo, et al. v. Anthem, Inc., et al.* Case No. 2:15-cv-01144 (C.D. Cal.) | Cathryn Salermo Denise Medina Alvero Ed Zane Sarah Pyle Troy Hobbs Choua Vang Patricia Mann Douglas Renzoni | Christopher Barton Dalbey (cdalbey@weitzlux.com) James J. Bilsborrow (jbilsborrow@weitzlux.com) Robin L. Greenwald (rgreenwald@weitzlux.com) WEITZ AND LUXENBERG PC 700 Broadway New York, NY 10003 Tel: (212) 558-5500 Fax: (212) 344-5461 <br><br> Benno B. Ashrafi (bashrafi@weitzlux.com) WEITZ AND LUXENBERG PC 1880 Century Park East Suite 700 Los Angeles, CA 90067 Tel: (310) 4247-0921 Fax: (310) 786-9927 | Transferred to MDL | No |

| | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| 93. | *Schneider, et al. v. Anthem, Inc., et al.* Case No. 1:15-cv-00920 (S.D.N.Y.) | Alex Schneider, Jr. Frank Pacilio | Joseph A. Fitapelli (jfitapelli@fslawfirm.com) Brian Scott Schaffer (bschaffer@fslawfirm.com) Nicholas Paul Melito (nmelito@fslawfirm.com) FITAPELLI & SCHAFFER LLP 475 Park Avenue South, 12th Floor New York, NY 10016 Tel: (212)-300-0375 Fax: (212) 481-1333 | Transferred to MDL | No |

| | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| 94. | *Scofield v. Anthem, Inc., et al.* Case No. 4:15-cv-00040 (E.D.N.C.) | Earl Edward Scofield, III | Joel R. Rhine (jrr@rhinelawfirm.com) RHINE MARTIN LAW FIRM, P.C. 1612 Military Cutoff Suite 300 Wilmington, NC 28403 Tel: (910) 772-9960 Fax: (910) 772-9062 | Transferred to MDL | No |
| 95. | *Shiltz, et al. v. Anthem, Inc., et al.* Case No. 2:15-cv-04083 (S.D. W. Va.) | Lisa Shiltz Rianna Ooten Jennifer Ooten | Troy N. Giatras (troy@thewvlawfirm.com) Matthew Stonestreet (matt@thewvlawfirm.com) THE GIATRAS LAW FIRM Suite 400 118 Capitol Street Charleston, WV 25301 Tel: (304) 343-2900 Fax: (304) 343-2942 | Transferred to MDL | No |
| 96. | *Sizemore v. Anthem, Inc., et al.* Case No. 2:15-cv-00897-TSB (S.D. Ohio) | Mary Ann Sizemore | Robert Armand Perez, Sr. (rperez@cinci.rr.com) THE PEREZ LAW FIRM CO., L.P.A. 7672 Montgomery Road #378 Cincinnati, OH 45236-4204 Tel: (513) 891-8777 | Transferred to MDL | No |
| 97. | *Slater v. Anthem, Inc., et al.* Case No. 3:15-cv-00279 (S.D. Cal.) | Brian Slater | Mark P. Robinson, Jr. (mrobinson@rcrlaw.net) Daniel S. Robinson (drobinson@rcrlaw.net) ROBINSON CALCAGNIE ROBINSON SHAPIRO DAVIS, INC. 19 Corporate Plaza Drive Newport Beach, CA  92660 Tel:  (949) 720-1288 Fax:  (949) 720-1292 | Transferred to MDL | No |

| | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| 98. | *Smilow v. Anthem Blue Cross Life and Health Ins. Co., et al.* Case No. 2:15-cv-04556-MWF-AGR (C.D. Cal.) | Debra Smilow | Leigh A Parker (lparker@weisslawllp.com) WEISSLAW LLP 1516 South Bundy Drive Suite 309 Los Angeles, CA 90025 Tel: (310) 208-2800 Fax: (310) 209-2348 | CTO Issued; Motion to Vacate Filed | Motion to remand fully briefed |
| 99. | *Smilow, et al. v. Anthem Life & Disability Ins. Co., et al.* Case No. 1:15-cv-02380 (E.D.N.Y.) | Y. Michael Smilow Jessica Katz | Joshua M. Rubin (jrubin@weisslawllp.com) WEISSLAW LLP 1500 Broadway 16th Floor New York, New York 10036 Tel: (212) 682-3025 Fax: (212) 682-3010 | CTO Issued; Motion to Vacate Filed | Motion to Remand fully briefed |
| 100. | *Smith v. Anthem, Inc., et al.* Case No. 2:15-cv-00508-JFC (W.D. Pa.) | David Smith | D. Aaron Rihn (arihn@peircelaw.com) PEIRCE LAW OFFICES 707 Grant Street 2500 Gulf Tower Pittsburgh, PA 15219 Tel: (412) 281-7229 Fax: (412) 281-4229 | Transferred to MDL | No |

| | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| 101. | *Soujourner v. Anthem, Inc.* Case No. 3:15-cv-00637 (N.D. Cal.) | Cliff Soujourner | Katrina Carroll (kcarroll@litedepalma.com) LITE DEPALMA GREENBERG, LLC 211 W. Wacker Drive, Suite 500 Chicago, IL 60606 Tel: (312) 750-1592<br><br>John Gomez (jgomez@gomeztrialattorneys.com) John Fiske (fiske@gomeztrialattorneys.com) Deborah Dixon (ddixon@gomeztrialattorneys.com) GOMEZ TRIAL ATTORNEYS 655 W. Broadway, Suite 1700 San Diego CA 92101 Tel: (619) 237-3490 | Transferred to MDL | No |
| 102. | *Spreter v. Anthem, Inc., et al.* Case No. 5:15-cv-02732 (W.D. Cal.) | Geoffrey Spreter | Enrique Elliot Adler (eadler@theadlerfirm.com) ADLER LAW GROUP, APLC Emerald Plaza Bldg 402 W Broadway Ste 860 San Diego, Ca 92101 Tel: (619) 531-8700 | Transferred to MDL | No |

| | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| 103. | *Staffieri v. Anthem, Inc., et al.* Case No. 1:15-cv-00287-JMS-TAB (S.D. Ind.) | Ralph Staffieri | Andrei Rado (arado@milberg.com) Ariana Tadler (atadler@milberg.com) MILBERG LLP One Pennsylvania Plaza, 49th Floor New York, NY 10119 Tel: (212) 946-9474 Fax: (212) 868-1229 Irwin B. Levin (ilevin@cohenandmalad.com) Richard E. Shevitz (rshevitz@cohenandmalad.com) Scott D. Gilchrist (sgilchrist@cohenandmalad.com) Vess A. Miller (vmiller@cohenandmalad.com) Lynn A. Toops (ltoops@cohenmalad.com) COHEN & MALAD, LLP One Indiana Square, Suite 1400 Indianapolis, IN 46204 Tel: (317) 636-6481 Fax: (317) 636-2593 | Transferred to MDL | No |

|  | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| 104. | *Stanturf v. Amerigroup Corporation, et al.* Case No. 2:15-cv-07933-JAR-TJJ (D. Kan.) | Julie Stanturf | Brennan Patrick Fagan (bfagan@fed-firm.com) Paul Davis (info@fed-firm.com) FAGAN EMERT AND DAVIS LLC 730 New Hampshire Suite 210 Lawrence, KS 66044 Tel: (785) 331-0300 Fax: (785) 331-0303<br><br>Frankie Joe Forbes (fforbes@forbeslawgroup.com) Michael J. Fleming (mfleming@forbeslawgroup.com) FORBES LAW GROUP 6900 College Blvd. Suite 840 Overland Park, KS 66211 913-341-8600 Tel: (913) 341-8612 | Transferred to MDL | No |
| 105. | *Swank v. Anthem, Inc., et al.* Case No. 1:15-cv-00480-JMS-DML (S.D. Ind.) | Alison Swank | Charles S. Zimmerman (charles.zimmerman@zimmreed.com) Brian C. Gudmundson (brian.gudmundson@zimmreed.com) ZIMMERMAN REED PLLP 1100 IDS Center 80 South 8th Street Minneapolis, MN 55402 Tel: (612) 341-0400 Fax: (612) 341-0844<br><br>Bradley C. Buhrow (brad.buhrow@zimmreed.com) ZIMMERMAN REED, PLLP 14646 N. Kierland Blvd., Suite 145 | Transferred to MDL | No |

| | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| | | | Scottsdale, AZ 85254<br>Tel: (480) 348-6400<br>Fax: (480) 348-6415<br><br>Irwin B. Levin (ilevin@cohenandmalad.com)<br>Richard E. Shevitz (rshevitz@cohenandmalad.com)<br>Scott D. Gilchrist (sgilchrist@cohenandmalad.com)<br>Vess A. Miller (vmiller@cohenandmalad.com)<br>Lynn A. Toops  (ltoops@cohenmalad.com)<br>COHEN & MALAD, LLP<br>One Indiana Square, Suite 1400<br>Indianapolis, IN 46204<br>Tel: (317) 636-6481<br>Fax: (317) 636-2593<br><br>Mike Roberts (mikeroberts@robertslawfirm.us)<br>Karen S. Halbert (karenhalbert@robertslawfirm.us)<br>ROBERTS LAW FIRM, P.A.<br>20 Rahling Circle<br>P.O. Box 241790<br>Little Rock, AR 72223-1790<br>Tel: (501) 821-5575 | | |

| | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| 106. | *Szalankiewicz, et al. v. Anthem, Inc.* Case No. 1:15-cv-00393 (S.D. Ind.) | Jillian J. Szalankiewicz Mark J. Plantan | Irwin B. Levin (ilevin@cohenandmalad.com) Richard E. Shevitz (rshevitz@cohenandmalad.com) Scott D. Gilchrist (sgilchrist@cohenandmalad.com) Vess A. Miller (vmiller@cohenandmalad.com) Lynn A. Toops  (ltoops@cohenmalad.com) COHEN & MALAD, LLP One Indiana Square, Suite 1400 Indianapolis, IN 46204 Tel: (317) 636-6481 Fax: (317) 636-2593 | Transferred to MDL | No |
| 107. | *T.C. v. Anthem, Inc., et al.* Case No. 5:15-cv-01106 (C.D. Cal.) | Mary Carter *T.C.*, a minor child | James J. Bilsborrow, Esq. (jbilsborrow@weitzlux.com) WEITZ & LUXENBERG, PC 700 Broadway  New York, NY 10003 Tel: (212) 558-5856 Fax: (646) 293-7937 | Transferred to MDL | No |

| | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| 108. | *Tharp, et al. v. Anthem, Inc., et al.*<br>Case No. 5:15-cv-01046-LHK<br>(C.D. Cal.) | Kelly Tharp<br>Daniel Tharp<br>Kenneth Coonce | Shehnaz M. Bhujwala (bhujwala@boucher.la)<br>Raymond P. Boucher (ray@boucher.la)<br>BOUCHER LL<br>21600 Oxnard St., Ste 600<br>Woodland Hills, CA  91367<br>Tel: (818) 340-5400<br>Fax: (818) 340-5401 | Transferred to MDL | No |
| 109. | *Trawick v. Anthem, Inc., et al.*<br>Case No.  3:15-cv-00321-GPC-JMA<br>(S.D. Cal.) | Tamara Trawick | Andrew S. Friedman (afriedman@bffb.com)<br>BONNETT, FAIRBOURN, FRIEDMAN & BALINT, PC<br>2325 East Camelback Road<br>Suite 300<br>Phoenix, AZ 85016<br>Tel: (602) 274-1100<br>Fax: (602) 274-1199<br><br>Manfred Patrick Muecke, Jr. (mmuecke@bffb.com)<br>BONNETT FAIRBOURN FRIEDMAN AND BALINT PC<br>600 West Broadway<br>Suite 900<br>San Diego, CA 92101<br>Tel: (619) 756-7748<br>Fax: (602) 274-1199 | Transferred to MDL | No |

| | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| 110. | *Vasquez, et al. v. Blue Cross of California, et al.* Case No. 1:15-02055-BRO (C.D. Cal) | Manuel Vasquez Bethany Noel | Ari Jacob Dybnis (adybnis@scottglovskylaw.com) Scott Charles Glovsky (sglovsky@scottglovskylaw.com) LAW OFFICES OF SCOTT GLOVSKY APC 100 E. Corson Street Suite 200 Pasadena, CA 91103 Tel: (626) 243-5598 Fax: (866) 243-2243 | Transferred to MDL | No |
| 111. | *Weinberger v. Anthem, Inc., et al.* Case No. 1:15-cv-00201-JMS-DKL (S.D. Ind.) | Michael S.Weinberger | P. Gregory Cross (pgcross@thecrosslawfirm.com) Danyel Struble (dstruble@thecrosslawfirm.com) THE CROSS LAW FIRM Historic Riley-Jones House 315 East Charles Street Muncie, IN 47305 Tel: (765) 747-1953 Fax: (765) 747-1991<br><br>William B. Federman (wbf@federmanlaw.com) Carin L. Marcussen (clm@federmanlaw.com) FEDERMAN & SHERWOOD 10205 N. Pennsylvania Oklahoma City, OK 73102 Tel: (405) 235-1560 Fax: (405) 239-2112    - and - 2926 Maple Avenue, Suite 200 Dallas, Texas 75201 | Transferred to MDL | No |

|  | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| 112. | *Whalen v. Anthem, Inc., et al.* Case No. 2:15-cv-02529-MMB (E.D. Pa.) | Mark Whalen | Eric H. Weitz, Esq. (eweitz@messalaw.com) MESSA & ASSOCIATES 123 S. 22nd Street Philadelphia, PA 19103 Tel: (215) 568.3500 Fax: (215) 568.3501 | Transferred to MDL | No |
| 113. | *Wickens v. Blue Cross of California, Inc., et al.* Case No. 3:15-cv-00834-GPC-JMA (S.D. Cal.) | Steve Wickens | Michael Klitzke (mklitzke13@gmail.com) 453 13th Street #130 San Diego, CA 92101 Tel: (619) 733-0569 | CTO Issued but Vacated when Matter Remanded to Superior Court of California, County of San Diego, North County on 7/14/15, Case No. 37-2015-00008775-CU-CO-NC Defendants' Petition for Permission to Appeal Order Remanding Class Action Under 28 U.S.C. § 1453(c) filed on 7/24/15, Case No. 15-80125 (9th Cir.) | No |

|  | Case Name and Number | Plaintiffs and Affiliates | Plaintiff Counsel and Contact Information | Transfer Status | Pending Motions |
|---|---|---|---|---|---|
| 114. | *Xides v. Anthem, Inc., et al.* Case No. 4:15-cv-00638 (N.D. Ohio) | Marnetta Xides | Michael Ben Pasternak (mpasternak1@msn.com) LAW OFFICES OF MICHAEL PASTERNAK Ste. 411 Park Place II 3681 South Green Road Beachwood, OH 44122 Tel: (216) 360-8500 Fax: (216) 360-8501 | Transferred to MDL | No |
| 115. | *Yarber v. Anthem, Inc.,* Case No. 1:15-cv-00947-TWP-DML (S.D. Ind.) | Andy Yarber | George Hoffman III (george.hoffman@hanlawfirm.com) HOFFMAN & NEWCOMB 250 East Jefferson Street Franklin, IN 46131 Tel: (317) 736-1982 Fax: (317) 736-6979<br><br>William M. Sweetnam (wms@sweetnamllc.com) SWEETNAM LLC 100 North La Salle Street, Suite 1010 Chicago, Illinois 60602 Tel: (312) 757-1888 | Transferred to MDL | No |
| 116. | *Zand v. Anthem, Inc.,* et al. Case No. 5:15-cv-00638 (N.D. Cal.) | Fazi Zand | Daniel S. Robinson  (drobinson@rcrsd.com) Mark P. Robinson , Jr (mrobinson@rcrlaw.net) Wesley Kaikaina Polischuk (wpolischuk@rcrsd.com) ROBINSON CALCAGNIE ROBINSON SHAPIRO DAVIS, INC. 19 Corporate Plaza Drive Newport Beach, CA  92660 Tel: (949) 720-1288 Fax:  (949) 720-1292 | Transferred to MDL | No |

# EXHIBIT B

MDL Docket No. 2617
U.S. District Court for the Northern District of California (San Jose)
Case No. 5:15-md-02617-LHK
*In re Anthem Data Breach Litigation*
Corporate Parties and Counsel for Related Cases

Below is a list of all parents, subsidiaries and companies affiliated with the corporate

parties associated with the litigation.

- Anthem, Inc. has no parent corporation.  It is a publicly-held corporation, and no corporation owns 10% or more of its stock.  Anthem, Inc. is the ultimate parent corporation of all of the entities identified below.
- The Anthem Companies, Inc. has parent corporations ATH Holding Company, LLC and Anthem, Inc.
- The Anthem Companies of California, Inc. has parent corporations ATH Holding Company LLC and Anthem Inc.
- Anthem Blue Cross Life and Health Insurance Company has parent corporations WellPoint California Services, Inc., Anthem Holding Corp, and Anthem Inc.
- Blue Cross of California, d/b/a Anthem Blue Cross has parent corporations WellPoint California Services, Inc., Anthem Holding Corp., and Anthem Inc.
- Blue Cross and Blue Shield of Georgia, Inc. has parent corporations Cerulean Companies, Inc., Anthem Holding Corp., and Anthem, Inc.
- Community Insurance Company, d/b/a Anthem Blue Cross and Blue Shield has parent corporations ATH Holding Company LLC and Anthem, Inc.
- Empire Healthchoice Assurance d/b/a Empire Blue Cross Blue Shield has parent corporations WellPoint Holding Corp. and Anthem, Inc.
- Empire Healthchoice HMO, Inc., d/b/a Empire Blue Cross Blue Shield has parent corporations Empire Health Choice Assurance, Inc., WellPoint Holding Corp., and Anthem, Inc.
- Anthem Health Plans of Kentucky, Inc., d/b/a Anthem Blue Cross and Blue Shield has parent corporations ATH Holding Company, LLC and Anthem, Inc.
- Anthem Health Plans of Virginia, Inc. d/b/a Anthem Blue Cross and Blue Shield has parent corporations Anthem Southeast, Inc. and Anthem, Inc.
- Rocky Mountain Hospital and Medical Service, Inc. d/b/a Anthem Blue Cross and Blue Shield has parent corporations ATH Holding Company, LLC and Anthem, Inc.
- Anthem Life Insurance Company has parent corporations Rocky Mountain Hospital and Medical Service, Inc., ATH Holding Company LLC, and Anthem Inc.
- Anthem Health Plans, Inc. d/b/a Anthem Blue Cross Blue Shield has parent corporations ATH Holding Company LLC, and Anthem Inc.
- Anthem Insurance Companies, Inc. has parent corporation Anthem, Inc.

- Anthem Health Plans of New Hampshire, Inc., d/b/a Anthem Blue Cross and Blue Shield has parent corporations ATH Holding Company, LLC and Anthem, Inc.
- Amerigroup Corporation has parent corporations ATH Holding Company, LLC and Anthem, Inc.
- Anthem Health Plans of Maine, Inc., d/b/a Anthem Blue Cross and Blue Shield has parent corporations ATH Holding Company, LLC and Anthem, Inc.
- RightCHOICE Managed Care, Inc. has parent corporations Anthem, Inc. and Anthem Holding Corp.
- HMO Missouri, Inc. has parent corporations Anthem, Inc., Anthem Holding Corp, and RightCHOICE Managed Care, Inc.
- Healthy Alliance Life Insurance Company has parent corporations Anthem, Inc., Anthem Holding Corp, and RightCHOICE Managed Care, Inc.
- Blue Cross Blue Shield of Wisconsin, d/b/a Anthem Blue Cross and Blue Shield has parent corporations Anthem Holding Corp, Crossroads Acquisition Corp., and Anthem, Inc.
- UNICARE Health Plan of West Virginia, Inc. has parent corporations UNICARE National Services, Inc., Anthem Holding Corp., and Anthem, Inc.
- Amerigroup Kansas, Inc. has parent corporations Amerigroup Corporation, ATH Holding Company LLC, and Anthem Inc.
- Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey has no corporate parent and no publicly-held corporation owns 10% or more of its stock.
- Highmark West Virginia Inc. d/b/a Highmark Blue Cross Blue Shield of West Virginia has parent corporation Highmark Inc.   No publicly-held corporation owns 10% or more of Highmark West Virginia Inc.
- Blue Cross and Blue Shield of Arizona, Inc. has no corporate parent and no publicly-held corporation owns 10% or more of its stock.
- Blue Cross Blue Shield of Michigan has no corporate parent and no publicly-held corporation owns 10% or more of its stock.

Below are the names and contact information for all counsel for Defendants in this action.

Craig A. Hoover
HOGAN LOVELLS US LLP
craig.hoover@hoganlovells.com
E. Desmond Hogan
desmond.hogan@hoganlovells.com
Peter R. Bisio
peter.bisio@hoganlovells.com
Allison M. Holt
allison.holt@hoganlovells.com
555 Thirteenth Street, NW
Washington, DC  20004-1109
Telephone:     (202) 637-5600
Facsimile:     (202) 637-5910

Michael Maddigan
HOGAN LOVELLS US LLP
michael.maddigan@hoganlovells.com
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
Telephone:     (310) 785-4600
Facsimile:     (310) 785-4601

Maren J. Clouse
HOGAN LOVELLS US LLP
maren.clouse@hoganlovells.com
4085 Campbell Ave., Suite 100
Menlo Park, CA  94025
Telephone:     (650) 463-4000

John D. Martin
NELSON MULLINS RILEY & SCARBOROUGH LLP
john.martin@nelsonmullins.com
Lucie H. Cohen
lucie.cohen@nelsonmullins.com
1320 Main Street / 17th Floor
Columbia, SC  29201
Telephone: 803-799-2000
Fax: 803-256-7500

Chad Fuller
TROUTMAN SANDERS
chad.fuller@troutmansanders.com
11682 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: 858-509-6000
Fax: 858-509-6040

Below are the names and contact information for all counsel for Plaintiffs in this action.

Andrei Rado (arado@milberg.com)
Ariana Tadler (atadler@milberg.com)
MILBERG LLP
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
Tel: (212) 946-9474
Fax: (212) 868-1229

Jasper Ward (jasper@jonesward.com)
JONES WARD PLC
312 S. Fourth Street
6th Floor
Louisville, KY 40202
Tel: (502) 882-6000
Fax: (502) 587-2006

Irwin B. Levin (ilevin@cohenandmalad.com)
Richard E. Shevitz (rshevitz@cohenandmalad.com)
Scott D. Gilchrist (sgilchrist@cohenandmalad.com)
Vess A. Miller (vmiller@cohenandmalad.com)
Lynn A. Toops  (ltoops@cohenmalad.com)
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel: (317) 636-6481
Fax: (317) 636-2593

David S. Senoff,  Esquire (dsenoff@cbmclaw.com)
William R. Caroselli (wcaroselli@cbmclaw.com)
CAROSELLI BEACHLER MCTIERNAN & COLEMAN LLC
1845 Walnut Street, Fifteenth Floor
Philadelphia, Pennsylvania 19103
Tel: (215) 609-1350 x356
Fax: (215) 609-1351

Sherrie R. Savett (ssavett@bm.net)
Shanon Carson (scarson@bm.net)
Eric Cramer (ecramer@bm.net)
Jon Lambiras (jlambiras@bm.net)
BERGER & MONTAGUE P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3036
Fax: (215) 875-4604

Michael F. Becker (mbecker@beckerlawlpa.com)
THE BECKER LAW FIRM
50 Public Square, Suite 3500
Cleveland, OH  44113
Tel:  (440) 372-0810

Brian D. Chase (bchase@bisnarchase.com)
Jerusalem F. Beligan (jbeligan@bisnarchase.com)
BISNAR CHASE
1301 Dove Street, Suite 120
Newport Beach, CA 92660
Tel: (949) 752-2999
Fax:  (949) 752-2777

Isam C. Khoury (ikhoury@ckslaw.com)
Michael D. Singer (msinger@ckslaw.com)
Timothy D. Cohelan (tcohelan@ckslaw.com)
Jason J. Hill (jhill@ckslaw.com)
COHELAN KHOURY & SINGER
605 C Street, Suite 200
San Diego, CA  92101
Tel:  (619) 595-3001
Fax:  (619) 595-3000

Thomas A. Withers (twithers@gwllawfirm.com)
GILLEN WITHERS & LAKE, LLC
8 East Liberty Street
Savannah, GA 31401
Tel:  (912) 447-8400
Fax:  (912) 629-6347

Bryan L. Bleichner (bbleichner@chestnutcambronne.com)
Jeffrey D. Bores (jbores@chestnutcambronne.com)
Francis J. Rondoni (frondoni@chestnutcambronne.com)
CHESTNUT CAMBRONNE
17 Washington Avenue North, Suite 300
Minneapolis, MN 55401-2048
Tel: (612) 336-7300
Fax: (612) 336-2921

Gary F. Lynch (glynch@carlsonlynch.com)
Edwin J. Kilpela, Jr. (ekilpla@carlsonlynch.com)
Jamisen A. Etzel (jetzel@carlsonlynch.com)
CARLSON LYNCH SWEET & KILPELA, LLP
1133 Penn Avenue, 5th Floor

Pittsburgh, PA 15222
Tel: 412-322-9243
Fax: 412-231-0246

Karen Hanson Riebel (Khriebel@locklaw.com)
Heidi M Silton (hmsilton@locklaw.com)
Kate M. Baxter-Kauf (kmbaxter-kauf@locklaw.com)
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2159
Tel: 612-339-6900
Fax: 612-339-0981

Jayne Arnold Goldstein (jagoldstein@pomlaw.com)
POMERANTZ LLP
1292 Bell Tower Lane
Weston, FL 33326
Tel: (954)315-3454
Fax:  (954)315-3455

Larry A. Golston (larry.golston@beasleyallen.com)
W. Daniel Miles III (dee.miles@beasleyallen.com)
Andrew E. Brashier (andrew.brashier@beasleyallen.com)
BEASLEY ALLEN CROW METHVIN PORTIS & MILES
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160
Tel: (334) 269-2343
Fax: (334) 954-7555

David R. Scott (david.scott@scott-scott.com)
Joseph P. Guglielmo (jguglielmo@scott-scott.com)
SCOTT + SCOTT LLP
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174
Tel:  (212) 223-4478
Fax:  (212) 223-6334

Erin Green Comite (ecomite@scott-scott.com )
SCOTT & SCOTT, LLP
156 South Main Street
Colchester, CT 06415
Tel:  (860) 537-3818
Fax:  (860) 537-4432

S. Goldman (goldman@lawgsp.com)
Brian D. Penny (penny@lawgsp.com)
Paul J. Scarlato (scarlato@lawgsp.com)
Douglas J. Bench (bench@lawgsp.com)
GOLDMAN SCARLATO & PENNY, P.C.
E. Lancaster Avenue, Suite 204
Wayne, PA 19087
Tel: (484) 342-0700
Fax: (484) 580-8747

Vincent J. Esades (vesades@heinsmills.com)
HEINS MILLS & OLSON, PLC
310 Clifton Avenue
Minneapolis, MN 55403
Tel: (612) 338-4605
Fax: (612) 338-4692

Joseph C. Peiffer (jpeiffer@prwlegal.com)
Alan L. Rosca (arosca@prwlegal.com)
PEIFFER ROSCA WOLF
ABDULLAH CARR & KANE
1422 Euclid Ave., Suite 1610
Cleveland, Ohio 44115
Tel: (216) 589-9280
Fax: (888) 411-0038

Stephen Francis Yunker (sfy@yslaw.com)
YUNKER & SCHNEIDER
655 West Broadway, Suite 1400
San Diego, CA 92101
Tel: (619) 233-5500
Fax: (619) 233-5535

Wyatt A. Lison, Esquire (wLison@fdpklaw.com)
Joseph N. Kravec , Jr. (jkravec@fdpklaw.com)
FEINSTEIN DOYLE PAYNE & KRAVEC, LLC
Allegheny Building
429 Forbes Avenue, 17th Floor
Pittsburgh, PA 15219-1639
Tel: 412-281-8400
Fax: 412-281-1007

Howard Longman (hlongman@ssbny.com)
STULL STULL & BRODY
6 East 45th Street

7

Fifth Floor
New York, New York 10017
Tel: (212) 687-7230
Fax: (212) 490-2022

Gary S. Graifman (ggraifmankgglaw.com)
KANTROWITZ GOLDHAMER & GRAIFMAN, P.C.
747 Chestnut Ridge Road
Chestnut Ridge, New York 10977
Tel:  (845) 356-2570
Fax: (845) 356-4335

Cornelius P. Dukelow (Cdukelow@abingtonlaw.com)
ABINGTON COLE + ELLERY
320 South Boston Avenue
Suite 1130
Tulsa, Oklahoma 74103
Tel:  (918) 588.3400
Fax:  (800) 969.6570

P. Gregory Cross (pgcross@thecrosslawfirm.com)
Danyel Struble (dstruble@thecrosslawfirm.com)
THE CROSS LAW FIRM
Historic Riley-Jones House
315 East Charles Street
Muncie, IN 47305
Tel: (765) 747-1953
Fax: (765) 747-1991

Nancy A. Kulesa (nkulesa@zlk.com)
LEVI & KORSINSKYLLP
733 Summer Street, Suite 304
Stamford, CT 06901
Tel. (212) 363-7500
Fax. (212) 363-7171

Todd David Carpenter (Todd@Carpenterlawyers.com)
CARPENTER LAW GROUP
402 West Broadway
Suite 2900
San Diego, CA 92101
Tel:  (619)756-6994
Fax: (619)756-6991

Natalie Finkelman Bennett (nfinkelman@sfmslaw.com)
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP

35 E. State Street s
Media, PA 19063
Tel:  (610)891-9880
Fax: (610)891-9883

William M. Sweetnam (wms@sweetnamllc.com)
Managing Member
100 North La Salle Street, Suite 1010
Chicago, Illinois 60602
Tel: (312-757-1888

George Hoffman , III (george.hoffman@hanlawfirm.com)
HOFFMAN & NEWCOMB
250 East Jefferson Street
Franklin, IN 46131
Tel: (317) 736-1982
Fax: (317) 736-6979

Larry D. Drury (ldrurylaw@aol.com)
LARRY D. DRURY, LTD.
100 North LaSalle Street, Suite 1010
Chicago, IL  60602
Tel: (312)346-7950
Fax: (312) 346-5777

Robert S Green (cand.uscourts@classcounsel.com)
GREEN WELLING, P.C.
595 Market Street
Suite 2750
San Francisco, CA 94105
Tel: 415-477-6700
Fax: 415-477-6710

David W. Ruoff  (druoff@howardruoff.com)
HOWARD RUOFF PLLC
831 Union St
Manchester, NH 03104
Tel: 603-625-1254

Betsy Katherine Greene (betsy@greeneschultz.com)
Frederick William Schultz (fred@greeneschultz.com)
GREENE & SCHULTZ
320 West 8th Street
Suite 100
Bloomington, IN 47404
Tel: (812) 336-4357

Fax: (812) 336-5615

Edward Adam Webb (eadamwebb@hotmail.com)
G. Franklin Lemond , Jr. (flemond@webbllc.com)
Matthew C. Klase (mattklase@bellsouth.net)
WEBB, KLASE & LEMOND, LLC
Suite 480
1900 The Exchange, SE
Atlanta, GA 30339
Tel: 770-444-0773
Fax:  770-444-0271

Lisa Lee  (llee@myadvocates.com)
JANET, JENNER & SUGGS, LLC
31 St. James Avenue, Suite 365
Boston, MA 02216
Tel: (617) 933-1265
Fax: (410) 653-9030

Robert K. Jenner  (rjenner@myadvocates.com)
Justin A. Browne  (jbrowne@myadvocates.com)
JANET, JENNER & SUGGS, LLC
Commerce Centre East
1777 Reisterstown Road, Suite 165
Baltimore, MD 21208
Tel: (410) 653-3200
Fax: (410) 653-9030

Stephen Richard Basser (sbasser@barrack.com)
Samuel M. Ward (sward@barrack.com)
BARRACK RODOS AND BACINE
One America Plaza
600 West Broadway
Suite 900
San Diego, CA 92101
Tel: (619) 230-0800
Fax: (619) 230-1874

Caleb Marker (clm@ridoutmarker.com)
Christopher P Ridout (cpr@ridoutmarker.com)
RIDOUT MARKER & OTTOSON LLP
555 East Ocean Boulevard Suite 500
Long Beach, CA 90802
Tel: (877)500-8780
Fax: (877)500-8781

Andrew N. Friedman (afriedman@cohenmilstein.com)
Douglas McNamara (dmcnamara@cohenmilstein.com)
Sally Handmaker (shandmaker@cohenmilstein.com)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue
Suite 500
Washington, DC 98104
Tel.: (202) 408-4600
Fax: (202) 408-4699

Norman E. Siegel (siegel@stuevesiegel.com)
Barrett J. Vahle (vahle@stuevesiegel.com)
J. Austin Moore (moore@stuevesiegel.com)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: (816) 714-7100
Fax: (816) 714 7101

Jason S. Hartley (hartley@stuevesiegel.com)
STUEVE SIEGEL HANSON LLP
550 West C Street, Suite 1750
San Diego, CA 92101
Tel:  (619) 400-5822
Fax: (619) 400-5832

Daniel Timothy LeBel (danlebel@consumerlawpractice.com)
Zachary R Scribner (zach@consumerlawpractice.com)
CONSUMER LAW PRACTICE OF DANIEL T. LEBEL
3 Embarcadero Center, Suite 1650
San Francisco, CA 94111
Tel:  (415) 513-1414
Fax: (877) 563-7848

Ari Basser (Abasser@basserlaw.com)
BASSER LAW
1875 Century Park East
Suite 1000
Los Angeles, CA 90067
Tel:  (858) 525-3660

Arthur Mahony Murray (amurray@murray-lawfirm.com)
Amanda K. Klevorn (aklevorn@murray-lawfirm.com)
Stephen Barnett Murray (smurray@murray-lawfirm.com)
MURRAY LAW FIRM
Poydras Center

650 Poydras St.
Suite 2150
New Orleans, LA 70130
Tel:  (504) 525-8100

James Piatt (jpiatt@price-law.com)
Joseph N. Williams (jwilliams@price-law.com)
William N. Riley (wriley@price-law.com)
PRICE WAICUKAUSKI & RILEY
301 Massachusetts Avenue
Indianapolis, IN 46204
Tel: (317) 633-8787
Fax: (317) 633-8797

Michael W. Sobol (msobol@lchb.com)
Nicole D. Sugnet (nsugnet@lchb.com)
RoseMarie Maliekel (rmaliekel@lchb.com)
LIEFF, CABRASER, HEIMANN & BERNSTEIN
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Tel:  (415) 956-1000
Fax:  (415) 956-1008

Ari J. Scharg (ascharg@edelson.com)
Benjamin Thomassen (bthomassen@edelson.com)
Rafey S. Balabanian (rbalabanian@edelson.com)
EDELSON MCGUIRE, LLC
350 North LaSalle Street
Suite 1300
Chicago, IL 60654
Tel:  (312) 589-6370

Robert E. Duff  (robert@robertdufflaw.com)
INDIANA CONSUMER LAW GROUP
The Law Office of Robert E. Duff
P.O. Box 7251
Fishers, IN 46037
Tel: 800- 817-0461
Fax: 800- 817-0461

Joseph N. Kravec , Jr. (jkravec@fdpklaw.com)
Wyatt A. Lison (wlison@fdpklaw.com)
William Thomas Payne (wpayne@fdpklaw.com)
FEINSTEIN DOYLE PAYNE & KRAVEC, LLC
Allegheny Building
429 Forbes Avenue, 17th Floor

Pittsburgh, PA 15219-1639
Tel:  412-281-8400
Fax: 412-281-1007

John Allen Yanchunis , Sr. (jyanchunis@forthepeople.com)
MORGAN & MORGAN, PA
201 N Franklin Street, 7th Floor
Tampa, FL 33602
Tel: (813) 223-5505
Fax: (813) 223-5402

Kim D. Stephens (kstephens@tousley.com)
Chase C. Alvord (calvord@tousley.com)
Jason T. Dennett (jdennett@tousley.com)
TOUSLEY BRAIN STEPHENS, PLLC
1700 Seventh Ave., Suite 2200
Seattle, WA 98101-4416
Tel: (206) 682-5600
Fax: (206) 682-2992

Lynn Lincoln Sarko (lsarko@kellerrohrback.com)
Gretchen Freeman Cappio (gcappio@kellerrohrback.com)
Cari Campen Laufenberg (claufenberg@kellerrohrback.com)
KELLER ROHRBACK L.L.P.
 Seattle, Washington 98101-3052
Tel: (206) 623-1900
Fax: (206) 623-3384

Hamish Cohen (Hamish.Cohen@MBCBLaw.com)
Sean P. Burke (Sean.Burke@MBCBLaw.com)
MATTINGLY BURKE COHEN
BIDERMAN LLP
3646 N. Washington Blvd.
Indianapolis, IN 46205
Tel: (317) 614-7320

Bryan L. Clobes (bclobes@caffertyclobes.com)
CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP
1101 Market Street
Philadelphia, PA 19107
Tel: (215) 864-2800
Fax: (215) 864-2810

Daniel O. Herrera (dherrera@caffertyclobes.com)
CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP
150 S. Wacker Drive

Suite 3000
Chicago, Illinois 60602
Tel: (312) 782-4880
Fax: (312) 782-7785

Gene (Evgenii) Sverdlov (gene@szimmigration.com)
LAW OFFICES OF GENE SVERDLOV
447 Sutter St., Suite 813
San Francisco, CA 94108
Tel: (415) 287-4333
Fax: (415) 329-1709

Bryan L Bleichner  (bbleichner@chestnutcambronne.com)
Francis J. Rondoni (frondoni@chestnutcambronne.com)
Jeffrey D. Bores (jbores@chestnutcambronne.com)
CHESTNUT CAMBRONNE PA
17 Washington Avenue North
Suite 300
Minneapolis, MN 55401
Tel: (612) 339-7300
Fax: (612) 336-2940

Edmond W. Foley (efoley@foleyandsmall.com)
FOLEY & SMALL
1002 E. Jefferson Blvd.
South Bend, IN 46617
Tel: (574)288-7676
Fax: (574) 288-4939

Dennis R. Lansdowne (dlansdowne@spanglaw.com)
Daniel Frech (dfrech@spanglaw.com)
SPANGENBERG, SHIBLEY & LIBER
Ste. 1700
1001 Lakeside Avenue, E
Cleveland, OH 44114
Tel: (216) 696-3232
Fax: (216) 696-3924

Rosemary M. Rivas (rrivas@finkelsteinthompson.com)
FINKELSTEIN THOMPSON LLP
One California Street, Suite 900
San Francisco, CA 94111
Tel: (415) 398-8700
Fax: (415) 398-8704

Seven Woodrow (swoodrow@woodrowpeluso.com)

14

WOODROW & PELUSO, LLC
3900 East Mexico Avenue
Suite 300
Denver, CO 80210
Tel: (720) 213-0675
Fax: (303) 927-0898

James A. Streett (james@streettlaw.com)
Alex G. Streett (adria@streettlaw.com`)
STREETT LAW FIRM, P.A.
107 West Main
Russellville, AR 72801
Tel: (479)968-2030

Daniel C Girard (dcg@girardgibbs.com)
Eric H Gibbs (ehg@classlawgroup.com)
David Berger (dmb@girardgibbs.com)
Scott M Grzenczyk (smg@girardgibbs.com)
GIRARD GIBBS LLP
601 California Street 14th Floor
San Francisco, CA 94108
Tel: (415) 9814800
Fax: (415) 9814846

Steven Augustine Lopez (stevelopez@classlawgroup.com)
GIBBS LAW GROUP LLP
One Kaiser Plaza, Suite 1125
Oakland, CA 94612
Tel: (510) 350-9700
Fax: (510) 350-9701

Gregory Garth Brown (gbrown@bc-llp.com)
BROWN AND CHARBONNEAU
420 Exchange, Suite 270
Irvine, CA 92602
Tel:  (714)505-3000

Mark A Walsh (walshandwalsh@aol.com)
Michael J Walsh (walshandwalsh@gmail.com)
WALSH AND WALSH PC
420 Exchange Suite 270
Irvine, CA 92602
Tel: (714)544-6609
Fax: (714)544-6621

Noah M. Schubert (nschubert@schubertlawfirm.com)

Robert C. Schubert rschubert@schubertlawfirm.com
Willem F. Jonckheer (wjonckheer@schubertlawfirm.com)
SCHUBERT JONCKHEER & KOLBE LLP
3 Embarcadero Ctr Ste 1650
San Francisco, CA 94111
Tel: (415) 788-4220
Fax: (415) 788-0161

Andy Katz (andykatzlaw@gmail.com)
LAW OFFICES OF ANDY KATZ
2150 Allston Way
Suite 400
Berkeley, CA 94704
Tel: 510-985-9050

Jay Kennedy (JKennedy@kgrlaw.com)
KROGER, GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, IN  46204
Tel: 317-692-9000

Tom Glass (tglass@strausstroy.com)
Robert R Sparks (rrsparks@strausstroy.com)
STRAUSS TROY CO., LPA
The Federal Reserve Building
150 East Fourth Street
Cincinnati, OH 45202-4018
Tel: (513) 621-2120
Fax: (513) 241-8259

Mark S. Reich (mreich@rgrdlaw.com)
ROBBINS GELLER RUDMAN & DOWD LLP
58 South Service Road,  Suite 200
Melville, NY  11747
Tel: (631) 367-7100
Fax (631) 367-1173

Robert J. Schuckit (rschuckit@schuckitlaw.com)
SCHUCKIT & ASSOCIATES, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Tel: 317-363-2400
Fax: 317-363-2257

Daniel R. Karon (dkaron@karonllc.com)
KARON, LLC

700 W. Saint Clair Avenue, Suite 200
Cleveland, OH 44113
Tel:  (216) 622-1851
Fax:  (216) 241-8175

Everette L. Doffermyre , Jr. (edoffermyre@dsckd.com)
DOFFERMYRE SHIELDS CANFIELD & KNOWLES, LLC
1355 Peachtree Street, N.E.
Suite 1600
Atlanta, GA 30309
Tel: (404)881-8900
Fax: (404)881-3007

Joel R. Rhine
RHINE MARTIN LAW FIRM, P.C.
Suite 300
1612 Military Cutoff
Wilmington, NC 28403
Tel: (910) 772-9960
Fax: (910) 772-9062

Steven W. Teppler (steppler@abbottlawpa.com)
ABBOTT LAW GROUP, P.A.
2929 Plummer Cove Road
Jacksonville, FL 32223
Tel: (904)292-1111
Fax: (904)292-1220

Donald W Stewart (donaldwstewart5354@yahoo.com)
STEWART & STEWART PC
1000 Quintard Avenue
Suite 500
P O Box 2274
Anniston, AL 36202
Tel: (256)237-9311
Fax: (256)237-0713

Greg William Foster (greg@stewartandstewart.net)
T Dylan Reeves (dreeves@stewartandstewart.net)
STEWART AND STEWART PC
The Realty Building Suite 300
1826 3rd Avenue North
Bessemer, AL 35020
Tel: (205)425-1166
Fax: (205)425-5959

Gil Santamarina (gil@santamarinalaw.net)
SANTAMARINA & ASSOCIATES
260 Madison Avenue
New York, NY 10016
Tel: (212) 965-1678
Fax: (212) 297-0504

Laurence D. King (lking@kaplanfox.com)
Linda M. Fong (lfong@kaplanfox.com)
Matthew B. George (mgeorge@kaplanfox.com)
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Tel: (415) 772-4700
Fax: (415) 772-4707

Robert N. Kaplan (rkaplan@kaplanfox.com)
Lauren D. Dubick (ldubick@kaplanfox.com)
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue
New York, NY 10022
Tel: (212) 687-1980

William R. Riley (wriley@price-law.com)
Joseph N. Williams (jwilliams@price-law.com)
James A. Piatt (jpiatt@price-law.com)
PRICE LAW GROUP
301 Massachusetts Avenue
Indianapolis, IN 46204
Tel: (317) 633-8787
Fax: (317) 633-8797

John S. Steward (glaw123@aol.com)
STEWARD LAW FIRM, LLC
1717 Park Avenue
St. Louis, Missouri 63104
Tel: (314) 571-7134
Fax: (314) 594-5950

Ben Barnow (b.barnow@barnowlaw.com)
BARNOW AND ASSOCIATES, P.C.
1 North LaSalle Street, Suite 4600
Chicago, Illinois 60602
Tel: (312) 621-2000
Fax: (312) 641-5504

Joseph V. Neill (Neill5300@aol.com)
JOSEPH V. NEILL LAW OFFICE
5201 Hampton Avenue
St. Louis, Missouri 63109
Tel: (314)353-1001
Fax: (314)353-0181

David J. Hensel ([dhensel@pencehensel.com](mailto:dhensel@pencehensel.com))
PENCE HENSEL LLC
135 N. Pennsylvania Street
Suite 1600
Indianapolis, IN 46204
Tel: (317) 833-1111
Fax: (317) 833-1199

Andrew W. Ferich ([awf@chimicles.com](mailto:awf@chimicles.com))
CHIMICLES & TIKELLIS LLP
361 West Lancaster Ave.
One Haverford Centre
Haverford, PA 19041
Tel: (610) 642-8500

Robert Ahdoot ([rahdoot@ahdootwolfson.com](mailto:rahdoot@ahdootwolfson.com))
Bradley King ([bking@ahdootwolfson.com](mailto:bking@ahdootwolfson.com))
Theodore W Maya ([tmaya@ahdootwolfson.com](mailto:tmaya@ahdootwolfson.com))
Tina Wolfson ([twolfson@ahdootwolfson.com](mailto:twolfson@ahdootwolfson.com))
AHDOOT & WOLFSON, PC
1016 Palm Ave.
West Hollywood, CA 90069
Tel: (310) 474-9111
Fax: (310) 474-8585

John A Yanchunis ([jyanchunis@forthepeople.com](mailto:jyanchunis@forthepeople.com))
MORGAN AND MORGAN COMPLEX LITIGATION GROUP
201 North Franklin Street 7th Floor
Tampa, FL 33602
Tel: (813) 233-5505
Fax: (813) 223-5402

Swathi Bojedla (sbojedla@hausfeld.com)
James J. Pizzirusso (jpizzirusso@hausfeld.com)
HAUSFELD LLP
1700 K Street NW
Suite 650
Washington, DC 20006
Tel: (202) 540-7200

Fax: (202) 540-7201

Christopher L. Lebsock (clebsock@hausfeld.com)
Michael P. Lehmann (mlehmann@hausfeld.com)
Bonny E. Sweeney (bsweeney@hausfeld.com)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980

J. Gerald Stranch , IV
Karla Campbell (karlac@bsjfirm.com)
Michael G. Stewart
BRANSTETTER, STRANCH & JENNINGS, PLLC
227 Second Avenue
Fourth Floor
Nashville, TN 37201-1631
Tel:  (615) 254-8801
Fax: (615) 250-3937

Lisa M Port (lport@barrack.com)
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Streeet
Philadelphia, PA 19103
Tel:  (215) 963-0600
Fax: (215) 963-0838

Eve Hedy Cervantez (ecervantez@altshulerberzon.com)
Jonathan Weissglass (jsw@altshulerberzon.com)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax: 415-362-8064

Emily A. Faith (efaith@thebdfirm.com)
BERNHEIM & DOLINSKY, PLLC
455 S. Fourth Street, Suite 1400
Louisville, KY 40202
Tel: (502) 625-1212
Fax: (502) 625-1720

Steven R. Jaffe (steve@pathtojustice.com)
Seth M. Lehrman (seth@pathtojustice.com)

FARMER, JAFFE, WEISSING, EDWARDS, FISTOS & LEHRMAN, PL
425 North Andrews Avenue, Suite 2
Ft. Lauderdale, FL 33301
Tel.: (954) 524-2820
Fax: (954) 524-2822

Benjamin K. Grant (bgrant@mcteaguehigbee.com)
MCTEAGUE, HIGBEE, CASE, COHEN, WHITNEY & TOKER, P.A.
Four Union Park
PO Box 5000
Topsham, ME 04086-5000
Tel: (207)725-5581

Jasper Ward (jasper@jonesward.com)
Alex Davis
JONES WARD PLC
Marion E. Taylor Building
312 South Fourth Street
Sixth Floor
Louisville, KY 40202
(502) 882-6000
Fax: (502) 587-2007

Rick Paul  ((ali@sllawfirm.com))
Ashlea Schwarz ashlea@paulmcinnes.com
PAUL MCINNES LLP
601 Walnut, Suite 300
Kansas City, MO 64106
Tel (816) 984-8100 (P)

Syed Ali Saeed
SAEED & LITTLE, LLP
1433 N. Meridian St. (Ste 202)
Indianapolis, IN  46202
Tel: (317) 721-9214
Fax: (888) 422-3151

David S Casey , Jr. (dcasey@cglaw.com)
Gayle M Blatt (gmb@cglaw.com
Jason C. Evans (jevans@cglaw.com)
Wendy M. Behan (wbehan@cglaw.com)
CASEY GERRY SCHENK FRANCAVILLA BLATT AND PENFIELD
110 Laurel Street
San Diego, CA 92101-1419
Tel (619) 238-1811
Fax: (619) 544-9232

Thomas H. Burt (burt@whafh.com)
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
270 Madison Avenue
New York NY 10016
Tel:  (212) 545-4669
Fax (212) 545-4653

Rachele Renee Rickert (rickert@whafh.com)
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA  92101
Tel:  (619) 239-4599
Fax: (619) 234-4599

Maria Adrianne De Castro (adrianne@desai-law.com)
Aashish Y Desai (aashish@desai-law.com)
DESAI LAW FIRM PC
3200 Bristol Street Suite 650
Costa Mesa, CA 92626
Tel: (949) 614-5830
Fax: (949) 271-4190

Dan Anthony Lawton (dan@lawtonlaw.com)
LAWTON LAW FIRM
Emerald Plaza
402 West Broadway
Suite 1330
San Diego, CA 92101
Tel: (619) 595-1370
Fax: (619) 595-1520

Thomas Glynn (tom@glynnlawgroup.com)
GLYNN LAW GROUP
10200 Willow Creek Rd., Suite 170
San Diego, CA 92131
Tel: (858) 271-1100
Fax: (858) 876-1530

Keith David Griffin (kgriffin@girardikeese.com)
Thomas Vincent Girardi (tgirardi@girardikeese.com)
GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
Tel: (213) 977-0211
Fax: (213)481-1554

Paul C. Whalen (pcwhalen@gmail.com)
LAW OFFICES OF PAUL C. WHALEN, P.C.
768 Plandome Road 3
Manhasset, NY 11030
Tel: 516-426-6870
Fax: 212-658-9685

Brennan Patrick Fagan (bfagan@fed-firm.com)
FAGAN EMERT AND DAVIS LLC
730 New Hampshire Suite 210
Lawrence, KS 66044
Tel:  (785)331-0300
Fax: (785)331-0303

Frankie Joe Forbes (fforbes@forbeslawgroup.com)
Michael J. Fleming (mfleming@forbeslawgroup.com)
Quentin Marc Templeton (qtempleton@forbeslawgroup.com)
William Skepnek (wskepnek@skepneklaw.com)
FORBES LAW GROUP
6900 College Blvd.
Suite 840
Overland Park, KS 66211
Tel: (913) 341-8600

William Skepnek (bskepnek@skepneklaw.com)
SKEPNEK LAW FIRM, P.A.
900 Massachusetts St. # 601
Lawrence, KS 66044
Tel: (785) 856-3100
Fax: (785) 856-3099

Evan D Buxner
WALTHER-GLENN LAW ASSOCIATES
230 S Bemiston, Ste 500
St Louis, MO 63105
Tel: 314-720-0623

Brian P. Murray (bmurray@glancylaw.com)
Lee Albert (LAlbert@glancylaw.com)
GLANCY PRONGAY & MURRAY LLP
122 East 42nd Street
Suite 2920
New York, NY 10168
Tel: (212) 682-5340
Fax: (212)884-0988

23

Gordon M. Fauth, Jr. (gmf@classlitigation.com)
Rosanne L. Mah (rlm@classlitigation.com)
LITIGATION LAW GROUP
1801 Clement Avenue, Suite 101
Alameda, CA 94501
Tel:  (510)238-9610
Fax:  (510)337-1431

Ronald E. Johnson , Jr. (rjohnson@pschachter.com)
Sarah N. Lynch (slynch@pschachter.com)
SCHACHTER HENDY & JOHNSON
909 Wright's Summit Parkway, Ste. 210
Fort Wright, KY 41011
Tel: (859-578-4444

Samuel K. Rosen
HARWOOD FEFFER LLP
488 Madison Avenue
New York, NY 10022
Tel:  (212)935-7400
Fax:  (212) 753-3630

David A. Slossberg (dslossberg@hssklaw.com)
HURWITZ SAGARIN SLOSSBERG & KNUFF LLC
147 North Broad St., PO Box 112
Milford, CT 06460-0112
Tel:  (203)877-8000
Fax: (203)878-9800

Anthony J. Bolognese (ablognese@bolognese-law.com)
Joshua H. Grabar (jgrabar@bolognese-law.com)
BOLOGNESE & ASSOCIATES LLC
1617 JFK Boulevard, Suite 650
Philadelphia, PA 19103
Tel: 215-854-4057
Fax: 215-564-2013

Richard David Greenfield
Greenfield & Goodman LLC
250 Hudson Street
8th Floor
New York, NY 10013
(410) 320-5931
Fax: (410) 745-4149
Email: whitehatrdg@earthlink.net

Clayeo C. Arnold (clay@justice4you.com)
CLAYEO C. ARNOLD, A PROFESSIONAL LAW CORPORATION
865 Howe Avenue
Sacramento, CA 95825
Tel: (916) 924-3100
Fax: (916) 924-1829

Marc C. Naron (marc360@hotmail.com)
Ryan Andrew Hamilton (notices@hamlegal.com)
HAMILTON LAW
5125 S. Durango Drive, Suite C
Las Vegas, NV 89113
Tel: (702)818-1818
Fax: (702)974-1139

Richard B. Brualdi (rbrualdi@brualdilawfirm.com)
David Michael Titus (dtitus@brualdilawfirm.com)
THE BRUALDI LAW FIRM
29 Broadway
Suite 1515
New York, NY 10006
Tel: (212) 952-0602
Fax: (212) 952-0608

Jay Edelson (jedelson@edelson.com)
Rafey S. Balabanian (rbalabanian@edelson.com)
Ari J. Scharg (ascharg@edelson.com)
Christopher L. Dore (cdore@edelson.com)
Benjamin S. Thomassen (bthomassen@edelson.com)
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370

Adam J. Levitt (alevitt@gelaw.com)
Edmund S. Aronowitz (earonowitz@gelaw.com)
GRANT & EISENHOFER P.A.
30 North LaSalle Street, Suite 2350
Chicago, Illinois 60602
Tel: (312) 214-0000

David S. Senoff (dsenoff@cbmclaw.com)
CAROSELLI BEACHLER MCTIERNAN
& COLEMAN
1845 Walnut Street, Fifteenth Floor

Philadelphia, Pennsylvania 19103
Tel: (215) 609-1350

David N. Rosen (drosen@davidrosenlaw.com)
DAVID N. ROSEN & ASSOCIATES, P.C.
400 Orange St
New Haven, CT 06511
Tel:  (203)787-3513
Fax: (203)789-1605

Matthew L. Dameron (matt@williamsdirks.com)
Eric L. Dirks (dirks@williamsdirks.com)
WILLIAMS DIRKS DAMERON LLC
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
Tel: (816) 876-2600

Maureen M. Brady (mbrady@mcshanebradylaw.com)
Lucy McSHane (lmcshane@mcshanebradylaw.com)
MCSHANE AND BRADY LLC
1656 Washington, Suite 140
Kansas City, MO 64108
Tel: (816)888-8010
Fax: (816)332-6295

Christopher Barton Dalbey (cdalbey@weitzlux.com)
James J Bilsborrow (jbilsborrow@weitzlux.com)
Robin L. Greenwald (rgreenwald@weitzlux.com)
WEITZ AND LUXENBERG PC
700 Broadway
New York, NY 10003
Tel: 212-558-5500
Fax: 212-344-5641

Benno B Ashrafi (bashrafi@weitzlux.com)
WEITZ AND LUXENBERG PC
1880 Century Park East Suite 700
Los Angeles, CA 90067
Tel: 310-4247-0921
Fax: 310-786-9927

Joseph A Fitapelli (jfitapelli@fslawfirm.com)
Brian Scott Schaffer (bschaffer@fslawfirm.com)
Nicholas Paul Melito (nmelito@fslawfirm.com)
FITAPELLI & SCHAFFER LLP
475 Park Avenue South, 12th Floor

New York, NY 10016
Tel: (212) 300-0375
Fax: (212) 481-1333

Joel R. Rhine (jrr@rhinelawfirm.com)
RHINE MARTIN LAW FIRM, P.C.
1612 Military Cutoff
Suite 300
Wilmington, NC 28403
Tel: (910) 772-9960
Fax: (910) 772-9062

Troy N. Giatras (troy@thewvlawfirm.com)
Matthew Stonestreet (matt@thewvlawfirm.com)
THE GIATRAS LAW FIRM
Suite 400
118 Capitol Street
Charleston, WV 25301
Tel: (304) 343-2900
Fax: (304) 343-2942

Robert Armand Perez , Sr. (rperez@cinci.rr.com)
THE PEREZ LAW FIRM CO., L.P.A.
7672 Montgomery Road #378
Cincinnati, OH 45236-4204
Tel: (513) 891-8777

Leigh A Parker (lparker@weisslawllp.com)
WEISSLAW LLP
1516 South Bundy Drive Suite 309
Los Angeles, CA 90025
Tel: (310) 208-2800
Fax: (310) 209-2348

Joshua M. Rubin (jrubin@weisslawllp.com)
WEISSLAW LLP
1500 Broadway
16th Floor
New York, New York  10036
Tel.:  (212) 682-3025
Fax:  (212) 682-3010

D. Aaron Rihn (arihn@peircelaw.com)
PEIRCE LAW OFFICES
707 Grant Street
2500 Gulf Tower

Pittsburgh, PA 15219
Tel: (412) 281-7229
Fax: (412) 281-4229

Katrina Carroll (KCarroll@litedepalma.com)
LITE DEPALMA GREENBERG, LLC
211 W. Wacker Drive, Suite 500
Chicago, IL 60606
Tel: (312) 750-1592

John Gomez (jgomez@gomeztrialattorneys.com)
John Fiske (fiske@gomeztrialattorneys.com)
Deborah Dixon ddixon@gomeztrialattorneys.com)
GOMEZ TRIAL ATTORNEYS
655 W. Broadway Suite 1700
San Diego CA 92101
Tel: 619-237-349

Enrique Elliot Adler (eadler@theadlerfirm.com)
ADLER LAW GROUP, APLC
Emerald Plaza Bldg
402 W Broadway Ste 860
San Diego, Ca 92101
Tel: (619) 531-8700

Brennan Patrick Fagan (bfagan@fed-firm.com)
FAGAN EMERT AND DAVIS LLC
730 New Hampshire Suite 210
Lawrence, KS 66044
Tel: 785-331-0300
Fax: 785-331-0303

Charles S. Zimmerman
(charles.zimmerman@zimmreed.com_
Brian C. Gudmundson (brian.gudmundson@zimmreed.com)
ZIMMERMAN REED PLLP
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel: (612)341-0400
Fax: (612)341-0844

Bradley C. Buhrow
(brad.buhrow@zimmreed.com)
ZIMMERMAN REED, PLLP
14646 N. Kierland Blvd., Suite 145

Scottsdale, AZ 85254
Tel: (480) 348.6400
Fax: (480) 348.6415

Mike Roberts (mikeroberts@robertslawfirm.us)
Karen S. Halbert (karenhalbert@robertslawfirm.us)
ROBERTS LAW FIRM, P.A.
20 Rahling Circle
P.O. Box 241790
Little Rock, AR 72223-1790
Tel: (501) 821-5575

James J. Bilsborrow  (JBilsborrow@weitzlux.com)
WEITZ & LUXENBERG, PC
700 Broadway
New York, NY 10003
Tel: (212) 558-5856
Fax: (646) 293-7937

Andrew S. Friedman (afriedman@bffb.com)
BONNETT, FAIRBOURN, FRIEDMAN & BALINT, PC
2325 East Camelback Road, Suite 300
Phoenix, AZ 85016
Tel: (602) 274-1100
Fax: (602) 274-1199

Manfred Patrick Muecke , Jr. (mmuecke@bffb.com)
BONNETT FAIRBOURN FRIEDMAN AND BALINT PC
600 West Broadway
Suite 900
San Diego, CA 92101
Tel: (619) 756-7748
Fax: (602) 274-1199

Ari Jacob Dybnis
Scott Charles Glovsky  (sglovsky@scottglovskylaw.com)
LAW OFFICES OF SCOTT GLOVSKY APC
100 E Corson Street Suite 200
Pasadena, CA 91103
Tel:  (626)243-5598
Fax: (866)243-2243

William B. Federman (wbf@federmanlaw.com
Carin L. Marcussen (clm@federmanlaw.com)
FEDERMAN & SHERWOOD
10205 N. Pennsylvania

Oklahoma City, OK 73102
Tel: (405) 235-1560
Fax: (405) 239-2112
    - and -
2926 Maple Avenue, Suite 200
Dallas, Texas  75201

Eric H. Weitz (eweitz@messalaw.com)
MESSA & ASSOCIATES
123 S. 22nd Street
Philadelphia, PA 19103
Tel: (215)568.3500
Fax: (215)568.3501

Michael Klitzke (Mklitzke13@gmail.com)
453 13th Street #130
San Diego, CA 92101
Tel: (619)733-0569

Michael Ben Pasternak (mpasternak1@msn.com)
LAW OFFICES OF MICHAEL PASTERNAK
Ste. 411
Park Place II
3681 South Green Road
Beachwood, OH 44122
Tel: (216)360-8500
Fax: (216)360-8501

George Hoffman III (george.hoffman@hanlawfirm.com)
HOFFMAN & NEWCOMB
250 East Jefferson Street
Franklin, IN 46131
Tel: (317) 736-1982
Fax: (317) 736-6979

William M. Sweetnam (wms@sweetnamllc.com)
SWEETNAM LLC
100 North La Salle Street, Suite 1010
Chicago, Illinois 60602
Tel: (312) 757-1888