United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE ANTHEM, INC. DATA BREACH LITIGATION | Case No. 5:15-MD-02617-LHK |
|---|---|
| | **ORDER ON MOTIONS TO APPEAR BY TELEPHONE FILED BY JULY 28, 2015** |

Before the Court are several motions to appear by telephone at the July 31, 2015

Preliminary Case Management Conference.  The Court **GRANTS** the following motions:

- ECF No. 71: Attorney **Jayne Goldstein** on behalf of Plaintiffs Mertz, Bell, Gnipp, Renninger, and Pierpont (filed on July 21, 2015)
- ECF No. 94: Attorney **Bradley C. Buhrow** on behalf of Plaintiff Swank (filed on July 24, 2015)
- ECF No. 95: Attorney **James J. Bilsborrow** on behalf of Plaintiffs Salerno and T.C. (filed July 25, 2015)
- ECF No. 99: Attorney **Lisa Lee** on behalf of Plaintiff Daniels (filed July 28, 2015)
- ECF No. 100: Attorney **John A. Yanchunis** on behalf of Plaintiff Haag (filed on July 28, 2015)
- ECF No. 102: Attorney **Benjamin S. Thomassen** on behalf of Plaintiff Garson (filed on July 28, 2015)

The above-listed counsel shall contact CourtCall (online at http://courtcall.com/ or by

phone at 888-882-6878) to finalize their telephonic appearances.

1

Case No. 5:15-MD-02617-LHK
ORDERS ON MOTIONS TO APPEAR BY TELEPHONE FILED BY JULY 28, 2015

**IT IS SO ORDERED.**

Dated: July 29, 2015

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No. 5:15-MD-02617-LHK
ORDERS ON MOTIONS TO APPEAR BY TELEPHONE FILED BY JULY 28, 2015

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28