John A. Yanchunis
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
201 N. Franklin Street, 7th FL
Tampa, Florida 33602
Tel.: 813.223.5505
Fax: 813.275.9295
Email: jyanchunis@forthepeople.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANTHEM, INC. DATA BREACH LITIGATION, | Case No.: 15-MD-2617-LHK<br><br>NOTICE OF APPEARANCE |

To:  The Clerk of Court and all parties of record:

The undersigned, Bruce Steckler, hereby appears in this case as counsel for Plaintiffs, David Haag and Maria Haag, Case No. 6:15-cv-238-ACC/TBS (M.D. Fla.) on behalf of themselves and all others similarly situated.  All further pleadings and notices should be served on the undersigned.

Date: July 30, 2015                               Respectfully submitted,

                                         */s/ Bruce W. Steckler*
                                         Bruce W. Steckler
                                         STECKLER LLP

12720 Hillcrest Road, Suite 1045
Dallas, TX 75230
Tel.: (972) 387-4040
Fax: (972) 387-4041
Email: bruce@stecklerlaw.com

*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of July, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the persons listed on the attached Service List.

Respectfully submitted,

/s/ John A. Yanchunis
John A. Yanchunis
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
201 N. Franklin Street, 7th FL
Tampa, Florida 33602
Tel.: 813.223.5505
Fax: 813.275.9295
Email: jyanchunis@forthepeople.com

*Counsel for Plaintiff*