UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ANTHEM, INC. DATA BREACH LITIGATION | Lead Case No. 5:15-md-02617-LHK<br><br>**NOTICE OF CHANGE OF ADDRESS** |

Please take notice of the following attorney information changes for the undersigned, Christopher B. Dalbey. The undersigned still practices with the same firm, and he has moved to the firm's Los Angeles office.

<u>Old Address</u>:	Firm Name:	Weitz & Luxenberg, P.C.
	Firm Address:	700 Broadway, New York, NY 10003
	Firm Telephone Number:	212-558-5500
	Firm Fax Number:	212-344-5461

<u>New Address</u>:	Firm Name:	Weitz & Luxenberg, P.C.
	Firm Address:	1880 Century Park East #700, Los Angeles, CA 90067
	Firm Telephone Number:	310-247-0921
	Firm Fax Number:	310-786-9927

Dated: August 11, 2015	Respectfully Submitted,


	/s/ Christopher B. Dalbey

	Christopher B. Dalbey
	cdalbey@weitzlux.com