Benjamin S. Thomassen
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff David Garson*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE ANTHEM, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 5:15-MD-02617-LHK<br><br>**This Document Relates Only to Case No. 15-cv-02645** |

**NOTICE OF RULE 41 VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff David Garson hereby voluntarily dismisses his action, Case No. 15-cv-02645-LHK, without prejudice.

Dated:  August 19, 2015                                       Respectfully submitted,

                                                                              DAVID GARSON,

                                                                              By: /s/ Benjamin S. Thomassen
                                                                              One of Mr. Garson's Attorneys

                                                                              Benjamin S. Thomassen
                                                                              bthomassen@edelson.com
                                                                              EDELSON PC
                                                                              350 North LaSalle Street, Suite 1300
                                                                              Chicago, Illinois 60654
                                                                              Tel: 312.589.6370
                                                                              Fax: 312.589.6378