UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ANTHEM, INC., CUSTOMER DATA
SECURITY BREACH LITIGATION

| | | |
|---|---|---|
| Wendy Ross v. Blue Cross Blue Shield Association, et al.,   ) | | |
| N.D. Illinois, C.A. No. 1:15-02006                                             ) | | MDL No. 2617 |

**ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in this action (*Ross*) on June 9, 2015.  Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Ross* filed a notice of opposition to the proposed transfer.  Plaintiff later filed a motion and brief to vacate the conditional transfer order. The Panel has now been advised that plaintiff has withdrawn her opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-1" filed on June 9, 2015, is LIFTED insofar as it relates to this action.  The action is transferred to the Northern District of California for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Luch H. Koh.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel