**MILBERG LLP**
Ariana J. Tadler (admitted *pro hac vice*)
Andrei V. Rado (admitted *pro hac vice*)
One Pennsylvania Plaza
49th Floor
New York, New York  10119
Telephone:  (212) 594-5300
Facsimile:  (312) 346-0022
atadler@milberg.com
arado@milberg.com

*Attorneys for Plaintiffs Ralph Staffieri,
Elizabeth Ames, and Barbara Bader*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| **IN RE ANTHEM, INC. DATA BREACH LITIGATION** | Case No. 15-MD-02617-LHK<br><br>**NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF ARIANA J. TADLER TO SERVE AMONG PLAINTIFFS' LEAD COUNSEL**<br><br>Date:   September 10, 2015<br>Time:   1:30 p.m.<br>Courtroom: 8 |

**NOTICE OF MOTION AND MOTION**

PLEASE TAKE NOTICE that on September 10, 2015, at 1:30 p.m. in Courtroom 8, 4th Floor of the United States District Court for the Northern District of California, San Jose Division, located at 280 South 1st Street, San Jose, California 95113, before the Honorable Lucy H. Koh, Plaintiffs Ralph Staffieri, Elizabeth Ames, and Barbara Bader (collectively, "Plaintiffs") will move the Court for the appointment of plaintiffs' lead counsel.

Pursuant to Rule 23(g) of the Federal Rules of Civil Procedure, Plaintiffs seek the appointment of Ariana J. Tadler of Milberg LLP ("Milberg") to serve among plaintiffs' lead counsel on behalf of the proposed class of millions of Anthem customers whose personal and financial information was exposed during the security breach announced on February 4, 2015. Plaintiffs' motion is based on this notice, the memorandum of points and authorities that follows, the accompanying declaration of Ariana J. Tadler, the attached proposed order, and such other matters as the Court may consider.

**MEMORANDUM OF POINTS & AUTHORITIES**

**I.     INTRODUCTION**

On February 4, 2015, Anthem, the second largest health insurer in the United States, announced that hackers had breached its computer systems and stolen personal and financial information belonging to up to 80 million Anthem customers, former customers, and employees. 116 cases are now pending before this Court asserting claims against Anthem for failing to protect its computer systems, failing to disclose to its customers the facts surrounding its inadequate security measures, and failing to timely notify customers that their data was compromised.  Ariana J. Tadler, a complex and class action litigator with nearly 25 years of experience, including in consumer data breach litigation, and renowned as one of the nation's leading authorities on e-discovery, represents plaintiffs in *Staffieri v. Anthem Inc. et al*, No. 5:15-cv-2844 (N.D. Cal.) and *Ames et al v. Anthem Inc. et al*, No. 5:15-cv-2857 (N.D. Cal.), both of which were filed in the Southern District of Indiana and transferred to this Court by Order of the Judicial Panel on Multidistrict Litigation.  (ECF No. 8.)

- 1 -
Case No. 15-MD-02617-LHK
MOTION FOR APPOINTMENT TO SERVE AMONG PLAINTIFFS' LEAD COUNSEL

As detailed herein, Ms. Tadler should be appointed to serve among plaintiffs' lead counsel for the following reasons:

(i) Ms. Tadler is widely regarded as one of the leading e-discovery authorities in the nation working on behalf of plaintiffs, serving as Chair Emeritus, former five-year Chair, and member of The Sedona Conference® Steering Committee for Working Group I on Electronic Document Retention and Production, the preeminent "think tank" on e-discovery. Ms. Tadler serves on several other relevant advisory boards, is an active observer of the Advisory Committee on the Federal Rules of Civil Procedure, and is a regular speaker and educator regarding e-discovery. She is also the original author of, among other works, "The Jumpstart Outline," published by The Sedona Conference®, which serves as a tool to facilitate meet and confer negotiations among counsel.

(ii) Ms. Tadler and Milberg have a decades-long history of successfully prosecuting consumer class actions, and Milberg has the resources and staying power required to obtain the best results for the proposed class.

(iii) Ms. Tadler and Milberg have substantial experience in the niche areas of consumer and privacy-related litigations such as this one. Most recently, Ms. Tadler served as one of the lead-counsel-selected and court-appointed members of the Steering Committee in *In re Target Corporation Customer Data Security Breach Litigation*, No. 14-md-02522-PAM (D. Minn.), in which she substantially contributed to overall case strategy, motion practice and settlement negotiations. Significantly, Ms. Tadler was personally responsible for leading discovery, which included targeted discovery requests, the establishment of a series of discovery protocols, and discovery motion practice that involved unique topics warranting special attention.

(iv) Ms. Tadler has extensive experience serving as lead counsel, including in large, complex class actions with numerous plaintiffs' counsel. She has earned a solid reputation for working collaboratively with co-counsel to optimize success. An early contributor to and proponent of The Sedona Conference's® Cooperation Proclamation, Ms. Tadler also strives to cooperate with defendants' counsel in the negotiation of discovery.

     (v)    Ms. Tadler has extensive experience litigating in California federal courts, and Milberg has several attorneys who are admitted to the California bar.

     (vi)    Ms. Tadler otherwise meets the criteria for Rule 23(g).

By appointing her to serve among plaintiffs' lead counsel, Ms. Tadler would foster the efficient and orderly handling of this litigation and secure the best possible representation for the proposed class.

## II.    LEGAL STANDARDS

Rule 23(g)(1)(A) provides that a court considering the appointment of plaintiffs' lead counsel must consider:

> (i) the work counsel has done in identifying or investigating potential claims in the action; (ii) counsel's experience in handling class actions, other complex litigation, and the types of claims asserted in the action; (iii) counsel's knowledge of the applicable law; and (iv) the resources that counsel will commit to representing the class.

Fed. R. Civ. P. 23(g)(1)(A).[1]  Rule 23(g)(1)(B) further provides that the Court "may consider any other matter pertinent to counsel's ability to fairly and adequately represent the interest of the class."  *Id.* at 23(g)(1)(B).  The Court has indicated that it will also consider, *inter alia*, counsel's willingness and ability to commit to a time-consuming process, and counsel's ability to work cooperatively with others.  Order re Preliminary Case Management Conference, dated July 6, 2015, at 3 (ECF No. 16).

---

[1] While neither Rule 23(g)(3) nor the Advisory Committee Notes to the Rule explicitly set forth the standards to be applied in choosing interim class counsel, "courts in this district typically consider the factors set forth in [Rule] 23(g)(1)." *Gallagher v. Bayer Ag*, No. 14-cv-04601-WHO, 2015 U.S. Dist. LEXIS 109807, at *23 (Aug. 18, 2015); *see also Four in One Co. v. SK Foods, L.P.*, No. 2:08-cv-03017, 2009 U.S. Dist. LEXIS 28657, at *7-8 (E.D. Cal. Mar. 19, 2009) ("Courts have held that the same standards applicable to choosing class counsel at the time of class certification apply in choosing interim class counsel.") (quoting *In re Air Cargo Shipping Servs. Antitrust Litig.*, 240 F.R.D. 56, 57 (E.D.N.Y. 2006)).

**III. ARGUMENT**

    **1. Ms. Tadler Possesses An Extensive Knowledge of e-Discovery Best Practices and Deep Experience Prosecuting Consumer and Privacy-Related Class Actions.**

Throughout her nearly 25 years of experience prosecuting complex consumer, securities, and privacy class actions, Ms. Tadler has distinguished herself as one of the preeminent e-discovery authorities in the nation, described by *Chambers USA* as "a leading light in the plaintiffs' Bar" and a "fearless and tenacious" advocate. For four years in a row, Lawdragon included Ms. Tadler in its select list of 500 Leading Lawyers in America, describing her as "one of the nation's most talented plaintiff-side securities litigators," and crediting her with building Milberg's "team of lawyers and technologists armed with the necessary hardware and software to provide a solid and reliable service." *Benchmark Litigation* included her in its 2014 Top 250 Women Litigators in the U.S., and Ms. Tadler was named in Super Lawyers 2014 "Top 50: Women Lawyers" in the New York Metro-area.

One of the most respected e-discovery practitioners in the field, Ms. Tadler served as Chair for five years and is now Chair Emeritus and an active member of The Sedona Conference® Steering Committee for Working Group I on Electronic Document Retention and Production, the preeminent "think tank" on e-discovery. She also serves on the Advisory Board of Georgetown University Law Center's Advanced E-Discovery Institute and Cardozo Law School's Data Law Initiative, and is an active observer of the Advisory Committee on the Federal Rules of Civil Procedure. She is a regularly featured speaker at e-discovery programs focused on educating the bench and bar.[2]

Most relevant to this case, Ms. Tadler was selected to serve on the Steering Committee guiding the landmark data breach case *In re Target Corporation Customer Data Security Breach Litigation*, No. 14-md-02522-PAM (D. Minn.). Ms. Tadler's selection by the appointed lead counsel was made on the basis of her more than two decades of experience as a class action and

---

[2] In October 2015, Ms. Tadler will serve as a featured speaker at "The Judicial Training Symposium: The Foundations of the Federal Rules: Proportionality, Scope, Cost & Reasonableness," sponsored by the Electronic Discovery Institute and the Federal Judicial Center.

complex litigation practitioner, and more specifically her knowledge and experience in the field of e-discovery. During the *Target* litigation, in addition to participating in overall case strategy, the drafting of pleadings and motions and settlement negotiation, Ms. Tadler was personally responsible for leading discovery, which included targeted discovery requests, the establishment of a series of discovery protocols, and discovery motion practice that involved unique topics warranting special attention. The case, which involved an estimated 110 million consumers whose personal information was compromised, recently settled for $10 million, entitling individual consumers to recover losses up to $10,000. Ms. Tadler will be leading the team of Milberg attorneys devoted to this litigation.

Ms. Tadler is also representing plaintiffs asserting claims in *Knoch v. Intuit, Inc.*, No. 15-CV-3650 (N.D. Ill.), which involves allegations that Intuit failed to properly safeguard its popular "Turbo Tax" system from cybercriminals, allowing the submission of false claims for refunds. Milberg is dedicated to pursuing meritorious cases involving data breaches, and is currently spearheading several Internet privacy cases alleging that defendants failed to safeguard or permitted improper access to consumer data.

### 2. Milberg Has the Willingness and Ability to Commit to a Time-Consuming Process, and Sufficient Resources to Prosecute This Litigation In a Timely Manner.

Ms. Tadler serves not just as one of the few female equity partners at a major plaintiffs' firm,[3] but in 2004, was appointed to Milberg's Management Committee, and since 2008, has served as an elected member of Milberg's Executive Committee.

---

[3] *See, e.g.*, Amanda Bronstad, In Mass Torts - Move Over, Mister, The National Law Journal, Feb. 16, 2015 ("The percentage of women lawyers in top positions in general is low - just 17 percent of partners are female at the nation's largest 200 firms, according to the National Association of Women Lawyers. And that data reflects mostly firms that serve as defense counsel. No statistics are available on the percentage of women on the plaintiffs side or specifically in mass torts, but lawyers in the practice area say that it has been overwhelmingly dominated by men."); *see also* Duke Law Center for Judicial Studies, Standards and Best Practices for Large and Mass-Tort MDLs 58 (2014) ("[H]istorically, women and minority lawyers have not been appointed to leadership positions at rates proportionate to their representation in the plaintiffs' bar generally. It cannot be said that there are not enough talented individuals with the education, background and experience to effectively lead MDL litigation to permit greater diversity.").

Since its inception, Milberg has recovered more than $55 *billion* for plaintiffs in class actions and other complex litigation in the fields of consumer protection, privacy, securities, and shareholder rights.  The firm and many of its lawyers have been recognized by a variety of organizations and publications for their skills and achievements.  The *National Law Journal* has lauded Milberg's "exemplary, cutting-edge work" by including the firm in its prestigious Plaintiffs' Hot List in 2009, 2010, 2011, and 2012.  Defendants, too, recognize Milberg as a worthy adversary.  In 2011, the BTI Consulting Group asked 240 corporate counsel which firms they would "least like to see as opposing counsel," and reported that corporate counsel view Milberg as an "awesome opponent."  Reporting on the survey, *Law360* recognized that defendants consider Milberg to be "[one of the law firms] they prefer to steer clear of in litigation."

Currently, Milberg represents consumers as lead or co-lead counsel in numerous class actions involving front-line legal issues, cutting edge discovery negotiations, and complex motion practice, including:

- *In re ConAgra Foods, Inc.*, No. 11-cv-05379 MMM (AGRx) (C.D. Cal.).  Ms. Tadler leads a team of Milberg attorneys serving as Co-Lead Class Counsel that recently won certification of eleven statewide classes challenging ConAgra's labeling of Wesson Oils as "100% Natural" despite the fact they are derived from GMOs.  In prevailing on class certification, the District Court approved Plaintiffs' novel hybrid damages model leveraging both hedonic regression and conjoint analysis.  Milberg is currently defending the class certification order before the Ninth Circuit Court of Appeals.

- *Frito-Lay North America, Inc. "All Natural" Litig.*, No. 12-md-2413-RRM-RLM (E.D.N.Y.).  Ms. Tadler leads a team of Milberg attorneys serving as Interim Co-Lead Class Counsel that defeated Frito-Lay's motion to dismiss and, after success on a hotly contested motion to compel, negotiated an in-depth ESI search protocol that led to the production of over 300,000 pages of documents.

- *In re General Mills Kix Cereal Litig.*, No. 2:12-cv-249-KM-JB (D.N.J.).  Ms. Tadler leads a team of Milberg attorneys serving as Interim Co-Lead Class Counsel that is currently briefing and defending against multiple motions for summary judgment.  The motions involve expert testimony regarding consumers' expectations of products labeled as "natural," and expert testimony regarding the manipulation of DNA needed to create GMOs.

- *In re Shop-Vac Marketing and Sales Practices Litigation*, MDL No. 2380, No. 12-md-02380 (M.D. Pa.).  A team of Milberg attorneys led by partner and chairman of the firm, Sanford P. Dumain, recently defeated Defendant's motion to dismiss.  In a related state case, *Palomino v. Shop-Vac Corporation*,

No. BER-L-1399-12 (N.J. Sup. Ct. Law Div.), Milberg defeated Defendant's motion to dismiss and motion for summary judgment, and successfully won a motion to certify a class of New Jersey consumers. The class case is scheduled to go to trial in September.

Milberg has the resources, willingness, and ability to timely prosecute this litigation.[4] Beyond Milberg's extensive experience working on behalf of consumers, Milberg has also been at the vanguard of e-discovery practice in complex litigation, which is likely to be important to this action. More than a decade ago, Milberg became one of the first plaintiffs' firms to assemble a dedicated team of lawyers and other professionals to meet the e-discovery demands of major litigation, and has developed e-discovery capabilities exceptional among U.S. law firms. Milberg's e-discovery team has proven experience and direct access to tools relating to discovery strategy, data preservation, data collection and storage, sophisticated data search and analysis (including the utilization of technology assisted review), depository and work-flow set-up and management and training on e-discovery issues. Milberg's e-discovery team has been retained even in actions in which Milberg is not directly involved as litigation counsel, including assisting in the management of international discovery in Colombia on behalf of many departments of the Colombian government.

Ms. Tadler leads Milberg's e-discovery practice, which includes a team of lawyers and litigation technology support specialists. Experience and acumen in e-discovery will be critically important in this litigation, which is premised on the improper safeguarding of digital data.

### 3. Ms. Tadler Has Extensive Experience Working Cooperatively With Other Attorneys and Other Firms.

Ms. Tadler takes great pride in her ability to work well with other firms and attorneys, and considers it a key reason that she has been repeatedly selected to serve as lead or co-lead counsel in actions requiring close cooperation with other lawyers. Most notable in this regard is her work in *In re Initial Public Offering Securities Litigation*, No. 1:21-mc-00092 (S.D.N.Y.), in which Ms. Tadler served as a Court-appointed Liaison Counsel, Lead Counsel and Executive

---

[4] Milberg's attorneys would bill at the prevailing local rates in the Northern District of California, subject to an appropriate multiplier if deemed appropriate by the Court, and would not seek more than 25% of any common fund created as a result of this litigation.

Committee member. That litigation was a consolidation of 300 class actions against separate issuers and a core of fifty-five investment banks. As Liaison Counsel, Ms. Tadler oversaw, and coordinated with, sixty plaintiffs' firms and dozens of defense firms. The litigation was so large and included such extensive discovery that it required its own off-site headquarters with 100 personnel from various firms supervised and managed, in substantial part, by Milberg personnel, including Ms. Tadler. The case settled for $586 million.

More recently, Ms. Tadler served on the Steering Committee in *In re Target Corporation Customer Data Security Breach Litigation*, No. 14-md-02522-PAM (D. Minn.). That Committee was comprised of six stellar attorneys and their respective firms who worked collaboratively throughout the litigation and capitalized on the strengths that each lawyer brought to the table.

Moreover, Ms. Tadler has an excellent working relationship with many of the attorneys and firms prosecuting cases currently pending before the Court. Ms. Tadler has known Andrew Friedman and other members of Cohen Milstein Sellers & Toll PLLC for nearly 20 years and has had many positive experiences working with him and his firm. Although Ms. Tadler submits this application to serve among plaintiffs' lead counsel on behalf of herself, in line with what she understood the Court's expectations to be as expressed during the July 31, 2015, Preliminary Case Management Conference, she welcomes the opportunity to work with other attorneys and firms as the Court sees fit, including as a member of a plaintiffs' executive or steering committee. With extensive experience and success as a class action litigator and e-discovery practitioner, and a recognized leader among practitioners nationwide, including having been selected among the top women litigators in the country, Ms. Tadler would bring certain unique perspectives to the table and no doubt complement any team of lawyers selected to serve in a leadership capacity.

IV. **CONCLUSION**

For the reasons set forth above, Plaintiffs respectfully requests that the Court appoint Ariana J. Tadler of Milberg LLP to serve among plaintiffs' lead counsel.

Dated:  August 20, 2015

**MILBERG LLP**

By: *s/ Ariana J. Tadler*
Ariana J. Tadler (admitted *pro hac vice*)
Andrei V. Rado (admitted *pro hac vice*)
One Pennsylvania Plaza
49th Floor
New York, New York  10119
Telephone:  (212) 594-5300
Facsimile:  (312) 346-0022
atadler@milberg.com
arado@milberg.com

*Attorneys for Plaintiffs Ralph Staffieri,
Elizabeth Ames, and Barbara Bader*

- 9 -
Case No. 15-MD-02617-LHK
MOTION FOR APPOINTMENT TO SERVE AMONG PLAINTIFFS' LEAD COUNSEL

## CERTIFICATE OF SERVICE

I, Ariana J. Tadler, counsel for Plaintiffs Ralph Staffieri, Elizabeth Ames, and Barbara Bader, hereby certify that on August 20, 2015, I caused to be filed true and correct copies of the foregoing MOTION FOR APPOINTMENT TO SERVE AMONG PLAINTIFFS' LEAD COUNSEL electronically using the Court's electronic case filing (CM/ECF) system, which automatically generated and sent a notice of the electronic filing to the email addresses of all counsel of record.

Dated: August 20, 2015

*s/ Ariana J. Tadler*
Ariana J. Tadler