Gretchen Freeman Cappio
Lynn Lincoln Sarko
Cari Campen Laufenberg
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
(206) 623-1900, Fax (206) 623-3384
*gcappio@kellerrohrback.com*
*lsarko@kellerrohrback.com*
*claufenberg@kellerrohrback.com*
*ahanson@kellerrohrback.com*

*Attorneys for Plaintiffs David Ifversen and Amanda Hadley*

Karen Hanson Riebel
Heidi M. Silton
Kate M. Baxter-Kauf
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South
Suite 2200
Minneapolis, MN  55401-2159
(612) 339-6900, Fax (612) 339-0981
*khriebel@locklaw.com*
*hmsilton@locklaw.com*
*kmbaxter-kauf@locklaw.com*

*Attorneys for Plaintiffs Elizabeth Bell, Alyce G. Brown, Raymond Gnipp, Steven L. Hayes, Caroline Mertz, Kelly Ourth, and Michael Renninger, Sr.*

*Additional Counsel on signature block*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: ANTHEM, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 15-MD-02617-LHK<br><br>**MOTION FOR APPOINTMENT OF KELLER/LOCKRIDGE GROUP AS LEAD PLAINTIFFS' COUNSEL**<br><br>Noticed Hearing Date: September 10, 2015<br>Time:                           1:30 p.m. |

## I. NOTICE OF MOTION

The Court has advised all counsel of record that it will hold a hearing on September 10, 2015, at 1:30 p.m. to appoint lead plaintiffs' counsel, and that it will consider motions from attorneys who have filed an action in this litigation and file a motion to serve as lead plaintiffs' counsel by August 20, 2015. Order Re Preliminary Case Management Conference, Dkt. No. 16 (July 6, 2015).

Plaintiffs David Ifversen, Amanda Hadley, Elizabeth Bell, Alyce G. Brown, Raymond Gnipp, Steven L. Hayes, Caroline Mertz, Kelly Ourth, Danielle Pierpont, and Michael Renninger, Sr. respectfully request that the Court approve a leadership structure of two co-lead counsel and a four-member executive committee as follows:

**Co-Lead Counsel**: Gretchen Freemen Cappio of Keller Rohrback L.L.P. and Karen Riebel of Lockridge Grindal Nauen P.L.L.P.

**Executive Committee**: Bryan L. Bleichner of Chestnut Cambronne, PA; Joseph P. Guglielmo of Scott+Scott, Attorneys at Law, LLP; Gary F. Lynch of Carlson Lynch Sweet & Kilpela, LLP; and W. Daniel Miles III of Beasley Allen Crow Methvin Portis & Miles, P.C.

The firms identified above (hereafter, the "Keller/Lockridge Group") are some of the nation's premier class action law firms and have a depth of data breach litigation expertise which allows them to propose a leadership structure that comports with the Court's instruction to establish an efficient and lean structure. Each firm is willing and able to commit the time, effort and resources needed to innovatively, effectively, and efficiently bring this matter to a successful resolution. Together, these firms are uniquely positioned to lead this litigation for plaintiffs based on the following:

- **Extensive expertise and leadership experience in data breach class action litigation, including**:
    - *In re Target Corporation Customer Data Security Breach Litigation*, MDL No. 14-2522 (D. Minn.) (Karen Riebel, Liaison Counsel for Financial Institutions and member, Financial Institution Plaintiffs' Steering Committee; Bryan Bleichner, representative of Coordinating Lead Counsel; Joseph Guglielmo, member, Financial Institution Plaintiffs' Steering Committee; Gary Lynch, member, All Plaintiffs' Executive Committee and Financial Institution Plaintiffs' Steering

1

Case No. 15-MD-02617-LHK                                                  MOTION FOR APPOINTMENT OF
                                                                          KELLER/LOCKRIDGE GROUP AS
                                                                          LEAD PLAINTIFFS' COUNSEL

- Committee; Dee Miles, member, Financial Institution Plaintiffs' Steering Committee) (the largest data breach multidistrict litigation to date);
  - *In Re: The Home Depot, Inc., Customer Data Security Breach Litigation*, MDL No. 2583 (N.D. Ga.) (Karen Riebel, member, Financial Institution Plaintiffs' Steering Committee; Bryan Bleichner, member, Financial Institution Plaintiffs' Steering Committee; Joseph Guglielmo, Co-Lead Counsel; Gary Lynch, Co-Lead Counsel; Dee Miles, member, Financial Institution Plaintiffs' Steering Committee) (the second largest data breach multidistrict litigation to date);
  - *Corona, et al. v. Sony Pictures Entertainment, Inc.*, No. 14-9600 (C.D. Cal.) (Keller Rohrback, Interim Co-Lead Counsel) (plaintiffs' consolidated amended complaint permitted to proceed on claims for negligence, the Unfair Competition Law, and violations of the California Confidentiality of Medical Information Act);
  - *Krottner v. Starbucks,* 628 F.3d 1139 (9th Cir. 2010) (Keller Rohrback, co-lead counsel) (securing precedential Ninth Circuit data breach standing decision which will be applied here); and
  - *In re Community Health Systems, Inc. Customer Security Data Breach Litigation*, MDL 2595 (N.D. Ala.) (Karen Riebel, co-lead counsel; Gary Lynch, member, Plaintiffs' Steering Committee; Beasley Allen, member, Plaintiffs' Steering Committee (MDL involving breach of 4.5 million patient records at one of the largest health care providers in the Southeast).

- **Prior experience litigating a class action lawsuit against Anthem, Inc.** – *Ormond v. Anthem, Inc*., No. 05-1908 (S.D. Ind.). Keller Rohrback represented more than 700,000 former members of Anthem Insurance who alleged defendants breached their fiduciary duties by providing inadequate cash compensation in the mutual company's conversion to a stock company. With its co-counsel, Keller Rohrback secured a $90 million settlement against Anthem Inc. which was represented by the same counsel who have appeared on its behalf in this matter.

- **Proven commitment of instituting efficient litigation management tools to ensure cost-savings for the class:**
  - *In re Target Corporation Customer Data Security Breach Litigation*, MDL No. 14-2522 (D. Minn.) (Karen Riebel, as Liaison Counsel for the financial institution plaintiffs, is responsible for collection, analysis and management of monthly time and expense reports from all counsel, including providing monthly reports to the court);
  - *In re the Exxon Valdez*, No. 89-95 (D. Alaska) (Keller Rohrback, as member of the Court-appointed Fee Committee, performed audits on expense and time data to ensure a maximized recovery for the class members); and
  - *In-House e-Discovery Team* (Keller Rohrback has its own in-house Legal Technology Group dedicated to supporting the legal technology and eDiscovery needs of the firm's matters and clients, which was recognized by web-based e-discovery application provider in October 2014 as a finalist in the category of delivering innovative cost-effective e-discovery workflow solutions).

2

Case No. 15-MD-02617-LHK

MOTION FOR APPOINTMENT OF KELLER/LOCKRIDGE GROUP AS LEAD PLAINTIFFS' COUNSEL

## II. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF KELLER/LOCKRIDGE GROUP'S APPOINTMENT AS LEAD PLAINTIFFS' COUNSEL

### A. Statement the Issue to Be Decided

Before this Court is the question of which firm(s) would serve the best interests of the Class as Lead Plaintiffs' Counsel.

### B. Statement of Facts

In its July 6, 2015 Order Re: Preliminary Case Management Conference (Dkt. No. 16), the Court listed its chief criteria in considering applications for lead plaintiffs' counsel in the litigation: (1) knowledge and experience in prosecuting complex litigation, including class actions; (2) willingness and ability to commit to a time-consuming process; (3) ability to work cooperatively with others; and (4) access to sufficient resources to prosecute the litigation in a timely manner. Dkt. No. 16 at 3. Other considerations in Fed. R. Civ. P. 23(g)(1)(A) include the work counsel has done in identifying or investigating potential claims in the action and counsel's knowledge of the applicable law. The Keller/Lockridge Group clearly meets these criteria.

#### 1. Proposed Leadership Counsel has Extensive Experience Prosecuting Class Actions and Other Complex Litigation, Including Actions Involving Data Breach, Consumer Protection and Employment Benefits

The Keller/Lockridge Group collectively has had extensive experience and success litigating complex class actions and multidistrict litigation, including data security breach actions. Keller Rohrback currently serves as Interim Co-Lead Counsel in the *Sony Pictures Entertainment, Inc.* data breach litigation and was responsible for the ground-breaking precedent in *Krottner v. Starbucks,* 628 F.3d 1139 (9th Cir. 2010), which held that plaintiffs' stolen personally identifying information established standing in the Ninth Circuit: "Plaintiffs-Appellants have alleged a credible threat of real and immediate harm[.]" *Id.* At 1143. Karen Riebel recently was appointed co-lead counsel in the *CHS, Inc. Data Breach Litigation*, and she serves as Liaison Counsel and a member of the Steering Committee in *Target Data*

*Breach* litigation, and as a member of the *Home Depot Data Breach Litigation* Steering Committee. In addition, three of the firms proposed to serve on the Executive Committee, Chestnut Cambronne, Scott+Scott and Carlson Lynch, serve as overall lead plaintiffs' counsel in the *Target* and *Home Depot* data breach litigation. Beasley Allen also serves in executive committee positions in *Target*, *Home Depot* and *CHS*. As a result, the group as a whole has incalculable experience in this area of law, as well as practical knowledge of the industry and information technology systems at issue. The experience and qualifications of the lawyers who seek appointment to leadership roles, including additional complex data breach litigation, are summarized below and set forth in detail in the firm and lawyer biographies attached to the Declaration of Gretchen Freeman Cappio as Exhibits 1-6.

### a.     Proposed Co-Lead Counsel

**Gretchen Freeman Cappio, Keller Rohrback L.L.P.**[1]

Gretchen Freeman Cappio has extensive experience serving in leadership roles in data breach cases and other complex consumer litigation. She led the litigation teams in *Krottner v. Starbucks,* 628 F.3d 1139 (9th Cir. 2010) and currently co-leads the plaintiffs' team in *Corona, et al. v. Sony Pictures Entertainment, Inc.,* No. 14-9600 (C.D. Cal.); she served as co-lead counsel in *In re JPMorgan Chase Mortgage Modification Litig.*, MDL No. 2290 (D. Mass.); and served as head of the Executive Committee in *In re Mattel, Inc. Toy Lead Paint Products Liability Litig.*, No. 07-01897 (C.D. Cal.). Ms. Cappio frequently speaks at national legal education conferences including on the legal ramifications of data breaches on consumer and employee privacy**.**

---

[1] Juli Farris, supervising attorney in Keller Rohrback L.L.P.'s California office, has more than 25 years of complex litigation experience and will serve as a resource to the Keller/Lockridge Group with regard to issues of California law as well as the Local Rules and practices in the Northern District of California as needed.

4

Case No. 15-MD-02617-LHK                    MOTION FOR APPOINTMENT OF
                                            KELLER/LOCKRIDGE GROUP AS
                                            LEAD PLAINTIFFS' COUNSEL

**Karen Riebel, Lockridge Grindal Nauen P.L.L.P.**

Karen Riebel has focused her practice on complex class actions for more than 20 years, and her practice is on the forefront of data breach and privacy litigation. She serves as liaison counsel for the financial institution plaintiffs and on the plaintiffs' leadership committee in *In re Target Corporation Customer Data Security Breach Litig.*, MDL No. 14-02522 (D. Minn.), as co-lead counsel in *In re Community Health Systems, Inc. Customer Security Data Breach Litig.*, MDL No. 2595 (N.D. Ala.), on the Financial Institutions Plaintiffs' Steering Committee in *In Re*: *Home Depot, Inc., Customer Data Security Breach Litig.*, MDL No. 2583 (N.D. Ga.), and as plaintiffs' counsel in *Greater Chautauqua Federal Credit Union v. Kmart Corp. et al*, No. 15- 02228 (N.D. Ill.) (data breach); *In re: Premera Blue Cross Customer Data Security Breach Litig.*, MDL No. 2633 (D. Or.) (data breach); *In re Supervalu, Inc., Customer Data Security Breach Litig.* MDL No. 2586 (D. Minn.); *Storm et al. v. Paytime, Inc.*, No. 14-01138 (M.D. Pa.) (data breach); *Dittman v. UPMC*, No. GD-14-003285 (Pa. Ct. Com. Pl.) (data breach); *In re iPhone Application Litig.*, MDL No. 2250 (N.D. Cal.) (data privacy); and *In re Google Android Consumer Privacy Litig.*, MDL No. 2264 (N.D. Cal.).

      b.      **Proposed Executive Committee**

**Bryan L. Bleichner, Chestnut Cambronne, PA**

Bryan Bleichner and his firm serve as Coordinating Lead Counsel, representing Financial Institutions in *In re Target Corporation Customer Data Security Breach Litig.*, MDL No. 14-02522 (D. Minn.), serves on the Financial Institutions Plaintiffs' Steering Committee in *In Re*: *Home Depot, Inc., Customer Data Security Breach Litig.*, MDL No. 02583 (N.D. Ga.); is on the executive committee in *Christian v. National Hockey League*, MDL No. 02551 (D. Minn.); and was co-lead counsel in *Lucas v. SCANA Energy Marketing, Inc.*, No. 12- 02356 (N.D. Ga.). His cases collectively have recovered in excess of $11 billion for consumers, shareholders, and others. He has also been a featured speaker at the

National ABA Institute on Class Actions and is an officer of the Antitrust Section of the National Federal Bar Association.

**Joseph P. Guglielmo, Scott+Scott, Attorneys at Law, LLP**

Mr. Guglielmo has significant experience in data breach litigation serving on the Financial Institutions Plaintiffs' Steering Committee in *In Re: The Home Depot, Inc., Customer Data Security Breach Litigation*, MDL No. 02583 (N.D. Ga.) and a member of the Plaintiffs' Steering Committee in the *In re Target Corporation Customer Data Security Breach Litigation*, MDL No. 14-2522 (D. Minn.). Moreover, Mr. Guglielmo has previously served in a leadership capacity in litigation against Anthem and the other defendants. *Love v. Blue Cross and Blue Shield Ass'n*, No. 03- 21296 (S.D. Fla.), *In re WellPoint, Inc. Out-of-Network "UCR" Rates Litigation*, MDL No. 2074 (C.D. Cal.).

**Gary F. Lynch, Carlson Lynch Sweet & Kilpela, LLP**

Mr. Lynch has more than twenty years' experience representing class plaintiffs in complex matters. Mr. Lynch has particular expertise in data breach cases. He currently serves as Co-lead counsel in *In Re: The Home Depot, Inc., Customer Data Security Breach Litig.,* MDL No. 02583 (N.D. Ga.); on the overall Executive Committee and the Financial Institution Plaintiffs' Steering Committee in *In re Target Corporation Customer Data Security Breach Litig.,* MDL No. 14-02522 (D. Minn.); as plaintiffs' counsel in *Greater Chautauqua Federal Credit Union v. Kmart Corp. et al*, No. 15- 02228 (N.D. Ill.); and as co-lead counsel in *Dittman v. UPMC*, (No. GD-14-003285 (Pa. Ct. Com. Pl.)). Additionally, Mr. Lynch is currently assisting the Massachusetts Bankers' Association in drafting proposed legislation setting standards for cyber security in the payment card industry.

**W. Daniel Miles III, Beasley Allen Crow Methvin Portis & Miles, P.C.**

Mr. Miles heads his firm's Consumer Fraud /Class Action/Commercial Litigation section. He has extensive experience with complex litigation, class action lawsuits, and MDLs involving consumer and commercial fraud, antitrust, healthcare, qui tam litigation, and class actions. Mr. Miles and/or his firm

have been selected as lead or co-lead counsel in four MDLs, including: *In re Vioxx Products Liability Litig.*, MDL No. 1657 (E.D. La.); and *In re Reciprocal of America (ROA) Sales Practices Litig.*, MDL No. 1551 (W.D. Tenn.). He also was recently appointed to the Financial Institutions Plaintiffs' Steering Committee in two separate data breach MDLs, *In Re: Target Corp. Customer Data Security Breach Litig.*, MDL No. 02522, (D. Minn.) and *In Re: The Home Depot, Inc., Customer Data Security Breach Litig.*, MDL No. 02583 (N.D. Ga.).

The Keller/Lockridge Group's extensive background in litigating complex cases, as well as the demonstrated ability of its members to work cooperatively in this case, will benefit all plaintiffs. As such, the knowledge and experience of the Keller/Lockridge Group weighs heavily in favor of appointing the group in leadership capacity, pursuant to Rule 23(g) and this Court's first criterion.

### 2. The Keller/Lockridge Group Has Committed, and Will Continue To Commit, Substantial Time and Resources to the Litigation

All members of the Keller/Lockridge Group are more than aware of the substantial time commitment required to prosecute complex data breach litigation, and are willing and able to commit to what will likely be a time-consuming process. Perhaps the best evidence of their commitment is the substantial time and resources that they have collectively already expended. Thus far, members of the Keller/Lockridge Group have performed the following specific tasks, among others: investigating the claims; conducting an exhaustive public records search; speaking with knowledgeable witnesses and potential experts; and researching potential causes of action and defenses. Further, group members have spent considerable time and effort organizing to prepare and file a joint preliminary statement, communicating and meeting with defense counsel, and otherwise complying with the directives of the Court. Moreover, as set forth in their respective firm resumes, the group members have experience taking cases to trial and will have the necessary resources and experience to obtain a favorable outcome.

Accordingly, the Keller/Lockridge Group satisfies the Court's second criteria.

7

Case No. 15-MD-02617-LHK

MOTION FOR APPOINTMENT OF KELLER/LOCKRIDGE GROUP AS LEAD PLAINTIFFS' COUNSEL

### 3. The Keller/Lockridge Group Has and Will Continue to Work Cooperatively To Achieve Success in this Litigation

The firms represented in the Keller/Lockridge Group have already shown their commitment to work cooperatively with each other, a commitment which they undertake to continue. Each of the firms in the Keller/Lockridge Group organized calls amongst all counsel in order to coordinate and prepare the materials necessary for the preliminary case management conference. Proposed co-leads Gretchen Freeman Cappio and Karen Riebel, along with other members of the Keller/Lockridge Group, worked with all counsel to assist in editing and approving the preliminary report.

Perhaps most significantly, the Keller/Lockridge Group's ability to work cooperatively is demonstrated by its members' ability to come together collegially and organize a leadership structure. The group includes many large, well-funded and well-staffed firms that have handled some of the largest class actions in the nation's history. These firms could have easily decided to contest the proposed leadership structure. Instead, the firms chose to work cooperatively and support the current proposal.

Further, counsel have a proven track-record of achieving success and ensuring cost-savings for the class through their cooperative efforts in other litigation. Keller Rohrback's collaborative work with co-counsel, opposing counsel, and various courts has been widely praised in a number of contexts. For example, in one case where Keller Rohrback served as lead counsel, Judge Cote found that:

> Lead Counsel has performed an important public service in this action and has done so efficiently and with integrity. It has cooperated completely and in novel ways with Lead Counsel for the Securities Litigation and in doing so all of them have worked to reduce legal expenses and maximize recovery for class members.

*In re WorldCom, Inc. ERISA Litig.*, No. 02-4816, 2004 WL 2338151 at *10 (S.D.N.Y. Oct. 18, 2004).

Of particular significance here is that Keller Rohrback has prior experience litigating a class action lawsuit against Anthem, who has chosen the same counsel, Hogan Lovells, US LLP, to represent it in this matter. The lawsuit in *Ormond, et al. v. Anthem Inc., et al.,* No. 05-01908 (S.D. Ind.) was certified as a class action in September 2009 and Keller Rohrback enjoyed a good, competitive

8

Case No. 15-MD-02617-LHK       MOTION FOR APPOINTMENT OF KELLER/LOCKRIDGE GROUP AS LEAD PLAINTIFFS' COUNSEL

adversarial relationship with opposing counsel that was ultimately resolved with a $90 million court-approved settlement in November 2012.

The ability to work cooperatively and efficiently is also evident from the collective, collaborative experience of Lockridge Grindal Nauen and the members of the proposed Executive Committee in the largest data breach cases pending in the country, *Target*, *Home Depot*, *CHS, Inc.*, among others.

Finally, proposed co-leads Gretchen Freeman Cappio and Karen Riebel, along with other members of the Keller/Lockridge Group stand ready, willing and able to work with the capable and well-respected counsel who are undoubtedly submitting applications for appointment to leadership positions.

For these reasons, the Court's third factor is thus also met.

### 4. The Keller/Lockridge Group Has Sufficient Resources to Prosecute the Litigation in a Timely Manner

As its members have repeatedly demonstrated by their success in the cases described above and in many other cases described in their accompanying firm resumes, the Keller/Lockridge Group has more than sufficient resources to prosecute this litigation in a timely manner.  The firms have the ability to devote the resources necessary to effectively and efficiently litigation this action.  Indeed, following appointment, co-lead counsel intend to establish time-keeping protocols and auditing procedures to ensure that the litigation is managed efficiently.  The group will also establish a litigation fund to pay the joint expenses needed to finance the case to which they and other group members will contribute.  Accordingly, the fourth and final of the Court's criteria is met.

### III.   CONCLUSION

For the foregoing reasons, the Keller/Lockridge Group requests that its application for appointment to leadership positions be granted.

9

Case No. 15-MD-02617-LHK

MOTION FOR APPOINTMENT OF
KELLER/LOCKRIDGE GROUP AS
LEAD PLAINTIFFS' COUNSEL

DATED this 20th day of August, 2015.

**KELLER ROHRBACK L.L.P.**

By */s/ Gretchen Freeman Cappio*
   Gretchen Freeman Cappio
   Lynn Lincoln Sarko
   Cari Campen Laufenberg
   1201 Third Avenue, Suite 3200
   Seattle, WA 98101-3052
   Tel: (206) 623-1900
   Fax: (206) 623-3384
   lsarko@kellerrohrback.com
   claufenberg@kellerrohrback.com
   ahanson@kellerrohrback.com

*Attorneys for Plaintiffs David Ifverson and Amanda Hadley*

Karen Hanson Riebel
Heidi M. Silton
Kate M. Baxter-Kauf
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN  55401-2159
(612) 339-6900, Fax (612) 339-0981
khriebel@locklaw.com
hmsilton@locklaw.com
kmbaxter-kauf@locklaw.com

*Attorneys for Plaintiffs Elizabeth Bell, Alyce G. Brown, Raymond Gnipp, Steven L. Hayes, Caroline Mertz, Kelly Ourth and Michael Renninger, Sr.*

Bryan L. Bleichner (CA 220340)
Francis J. Rondoni
Jeffrey D. Bores
**CHESTNUT CAMBRONNE PA**
17 Washington Avenue North
Suite 300
Minneapolis, MN  55401
(612) 339-7300, Fax: (612) 336-2940
bbleichner@chestnutcambronne.com
frondoni@chestnutcambronne.com
jbores@chestnutcambronne.com

*Attorneys for Plaintiffs Elizabeth Bell, Raymond Gnipp, Steven L. Hayes, Caroline Mertz, Kelly Ourth, and Michael Renninger, Sr.*

Gary F. Lynch
Edwin J. Kipela, Jr.
Jamisen A. Etzel
**CARLSON LYNCH SWEET & KIPELA, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA  15222
(412) 322-9243, Fax (412) 231-0246
glynch@carlsonlynch.com
ekipela@carlsonlynch.com
jetzel@carlsonlynch.com

*Attorneys for Plaintiffs Elizabeth Bell, Alyce G. Brown, Raymond Gnipp, Steven L. Hayes, Caroline Mertz, Kelly Ourth, Danielle Pierpont, and Michael Renninger, Sr.*

11

Case No. 15-MD-02617-LHK

MOTION FOR APPOINTMENT OF KELLER/LOCKRIDGE GROUP AS LEAD PLAINTIFFS' COUNSEL

Larry A. Golston
W. Daniel Miles III
Andrew E. Brashier
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES**
218 Commerce Street
P.O. Box 4160
Montgomery, AL  36103-4160
(334) 269-2343, Fax (334) 954-7555
larry.goldston@beasleyallen.com
dee.miles@beasleyallen.com
andrew.brashier@beasleyallen.com

*Attorneys for Plaintiffs Elizabeth Bell, Raymond Gnipp, Caroline Mertz, Kelly Ourth, and Michael Renninger, Sr.*

Joseph P. Guglielmo
**SCOTT + SCOTT LLP**
The Chrysler Building
405 Lexington Ave.
40th Floor
New York, NY  10174-4099
(212) 223-6444, Fax: (212) 223-6334
jguglielmo@scott-scott.com

*Attorneys for Plaintiffs Elizabeth Bell, Raymond Gnipp, Caroline Mertz, Kelly Ourth, Danielle Pierpont, and Michael Renninger, Sr.*

**CERTIFICATE OF SERVICE**

I, Gretchen Freeman Cappio, hereby certify that on this 20th day of August, 2015, I electronically filed MOTION FOR APPOINTMENT OF KELLER/LOCKRIDGE GROUP AS LEAD PLAINTIFFS' COUNSEL with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

> */s/ Gretchen Freeman Cappio*
> Gretchen Freeman Cappio