# Exhibit 2

**Attorneys' Fee Awards in Data Breach Class Actions with Fees Exceeding $1 Million**

| Case | Breach Type | Settlement Benefits | Attorneys' Fee Award | Basis for Attorneys' Fee Award |
|---|---|---|---|---|
| *In re TJX Cos. Retail Security Breach Litig.*, 584 F. Supp. 2d 395 (D. Ma. 2008) | Hackers stole credit card numbers, driver's license numbers, and Social Security numbers | **$18 million claims-made fund** to pay up to: (i) $10 million for class members who self-certify that they incurred out-of-pocket costs or lost time; (ii) $7 million for class members who submit documentary evidence of out-of-pocket costs or lost time; and (iii) $1 million for reimbursement of actual identity theft charges. *TJX*, 584 F. Supp. 2d at 400-01, 408-09. This benefit was offered to 45 million class members.<br><br>**Two years of credit monitoring** and identity theft insurance beyond TJX's original one year offer. This benefit was offered to 455,000 class members. *Id.* at 400.<br><br>Injunctive relief via enhanced data security. *Id.* at 401. | $6,500,000 | The fee award was based on lodestar and the percentage-of-fund method for credit monitoring only. The court declined to include the $18 million claims-made fund in its fee analysis. *Id.* at 401, 408-09.<br><br>"[T]he Court is comfortable categorizing this litigation as creating $177,000,000 in potential [credit monitoring] benefits for the class using this figure as a benchmark against which to measure the award of attorneys' fees." *Id.* at 409.<br><br>The $6.5 million fee represented **3.7% of the $177 million credit monitoring made available to the class.**<br><br>The court approved a **1.97 lodestar multiplier**. *Id.* at 408. |
| *In re Dept. of Veterans Affairs (VA) Data Theft Litig.*, 653 F. Supp. 2d 58 (D. D.C. 2009) | Thief stole hard drive from government employee's house. Hard drive contained | **$20 million common fund** to reimburse out-of-pocket costs for 26.5 million class members. *Dept. of Veterans Affairs*, 653 F. Supp. 2d at 59.<br><br>Non-reversionary fund with unclaimed funds donated to charity. | $3,600,000 | The fee award was based on the percentage-of-fund method with a lodestar cross-check. *Id.* at 60-61.<br><br>The fee award was approximately "**18 percent of the common fund**" and "about **two times the lodestar**." *Id.* at 61. |

1

| Case | Breach Type | Settlement Benefits | Attorneys' Fee Award | Basis for Attorneys' Fee Award |
|---|---|---|---|---|
| | Social Security numbers, dates of birth, and names. | | | |
| *In re Countrywide Fin. Corp. Customer Data Security Breach Litig.*, No. 3:08-MD-01998-TBR, 2010 WL 3341200 (W.D. Ky. Aug. 23, 2010) | Countrywide employee sold customers' Social Security numbers, bank account information, and other information to third parties | **$6.5 million claims-made fund** to reimburse up to: (i) $5 million in identity theft losses for 17 million class members; and (ii) $1.5 million in out-of-pocket costs for 2.4 million class members. *Countrywide*, 2010 WL 3341200, at *9 (final approval order); *In re Countrywide Fin. Corp. Customer Data Security Breach Litig.*, No. 3:08-MD-01998-TBR, 2009 WL 5184352, at *8 (W.D. Ky. Dec. 22, 2009) (preliminary approval order).<br><br>**Two years of credit monitoring** offered to 1.9 million class members. *Countrywide*, 2010 WL 3341200, at *9.<br><br>Injunctive relief via enhanced data security. *Countrywide*, 2009 WL 5184352, at *8. | $3,500,000 | The fee award was based on the percentage-of-fund method with a lodestar cross-check. *Countrywide*, 2010 WL 3341200, at *9-10.<br><br>The settlement was valued at $17 million, calculated as: (i) the $6.5 million claims-made fund, plus (ii) $7 million in anticipated credit monitoring claims using an estimated claims rate of 10% of 1.9 million class members, plus (iii) $3.5 million in attorney's fee paid separately by Countrywide. *Id*. at *9.<br><br>The $3.5 million fee award totaled approximately **20% of the $17 million aggregate settlement value**. *Id*. at *9. Alternatively stated, the $3.5 million fee totaled **50% of the anticipated credit monitoring claims** and **54% of the claims-made fund**.<br><br>The court approved a **1.2 lodestar multiplier**. *Id*. at *11. |
| *Sony Gaming Networks and Customer Data Security Breach Litig.*, No. 11-md- | Hackers stole credit card numbers and other accountholder information | **$15 million** in benefits for claims-made fund consisting of: (i) $14 million in non-cash games and services available to 60 million Sony PlayStation network users; and (ii) $1 million in cash to reimburse documented identity theft | $2,750,000 | The court did not explain its basis for the attorneys' fee award. *See Sony Gaming Networks and Customer Data Security Breach Litig.*, No. 11-md-2258, slip op. at ¶ 13 (S.D. Cal. May 4, 2015).<br><br>Per Plaintiffs' fee brief: |

2

| Case | Breach Type | Settlement Benefits | Attorneys' Fee Award | Basis for Attorneys' Fee Award |
|---|---|---|---|---|
| 2258, slip op. at ¶ 13 (S.D. Cal. May 4, 2015) | | losses. *See* Defs.' Final Approval Brf., Dkt. #208, at 7, 9.<br><br>Class members could choose from a mix of games or a 3-month subscription to the Sony PlayStation service. *Id*. at 16. | | • Plaintiffs sought a fee under the lodestar method only, not the percentage-of-fund method. *See* Pltfs.' Final Approval Brf., Dkt. #204-1, at 3, 22.<br>• The fee award represented a **.8 lodestar multiplier**. *Id*. at 3, 22. |
| *Lockwood v. Certegy Check Svcs., Inc.*, No. 07-cv-1434, slip op. at 9 n.4 (M.D. Fla. Sept. 3, 2008) | Certegy employee sold customers' checking account numbers, credit card numbers, dates of birth, and other information to third parties for marketing purposes | **$5 million** claims-made fund to reimburse up to: (i) $4 million in identity theft losses; and (ii) $1 million in other out-of-pocket costs. This benefit was available to 37 million class members. *See* Pltf.'s Final Approval Brf., Dkt. #88, at 1, 7-8.<br><br>**One year of credit monitoring** and **two years of bank account monitoring**. This benefit was available to 4.25 million class members. *Id*. at 4-6.<br><br>Injunctive relief via enhanced data security. *Id*. at 8-9. | $2,350,000 | The fee award was based on the percentage-of-fund method with a lodestar cross-check. *Lockwood v. Certegy Check Svcs., Inc.*, No. 07-cv-1434, slip op. at 9 n.4 (M.D. Fla. Sept. 3, 2008); *accord* Tr. of Final Approval Hearing, Dkt. #103, at 23:5-9.<br><br>The court analyzed the fee based on the amount of credit monitoring *actually claimed* by the class, not merely *made available* to the class. *Id*. slip op. at 9 n.4.<br>• Claims for credit monitoring totaled $4.4 million. *Id*.<br>• The $2.35 million attorneys' fee represented **53% of the $4.4 million credit monitoring benefit actually claimed by the class**.<br>• The court did not address whether the $5 million claims-made fund impacted the fee award.<br><br>The court approved a **1.86 lodestar multiplier**. *See* Tr. of Final Approval Hearing, Dkt. #103, at 23:5-9; *accord* Pltf.'s Final Approval Brf., Dkt. #88, at 22. |
| *In re Michaels Stores Pin Pad Litig.*, No. 11-cv-03350, slip op. ¶ 7 (N.D. | Hackers stole credit card numbers | **$600,000 settlement fund** to: (i) reimburse out-of-pocket costs, and (ii) fund 1-2 years of credit monitoring for 95,000 class members. *See* Pltfs.' Fee Brf., Dkt. #103, at 3. | $1,200,000 | The court did not explain its basis for the attorneys' fee award. *See In re Michaels Stores Pin Pad Litig.*, No. 11-cv-03350, slip op. ¶ 7 (N.D. Ill. Apr. 17, 2013).<br><br>Per Plaintiffs' fee brief: |

3

| Case | Breach Type | Settlement Benefits | Attorneys' Fee Award | Basis for Attorneys' Fee Award |
|---|---|---|---|---|
| Ill. Apr. 17, 2013) | | Non-reversionary fund where unclaimed funds were donated to charity.<br><br>Injunctive relief via enhanced data security. *Id*. at 4. | | • The $1.2 million attorneys' fee totaled **7.5% of the $16 million value of 1 yr. of credit monitoring made available** to the 95,000 class members. *See* Pltfs.' Fee Brf., Dkt. #103, at 6.<br>• The fee represented a **1.27 lodestar multiplier**. *Id*. at 15. |
| *In re: Adobe Systems, Inc. Privacy Litig.*, No. 13-cv-05226 (Koh, J.) | Hackers accessed login IDs, passwords, and credit card numbers for up to 38 million customers | **Injunctive-only settlement**. Adobe agreed to improve its data security systems. *See* Pltf.'s Prelim. Approval Brf., Dkt. #87, at 2-3. | $1,180,000 | The fee award was based on lodestar. *See* Fee Order, Dkt. #107, at ¶ 5.<br><br>The fee represented a **.88 lodestar multiplier**. *See* Pltf.'s Fee Brf., Dkt. #97, at 9. |

kal7028472