Ronald E. Johnson, Jr.
Sarah N. Lynch
Schachter Hendy & Johnson, PSC
909 Wright's Summit Parkway, Suite 210
Ft. Wright, KY 14011
Telephone: (859) 578-4444
Fax: (859) 578-4440
rjohnson@pschachter.com
slynch@pschachter.com

*Attorneys for Plaintiff Ryan Patrick*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **IN RE ANTHEM, INC. DATA BREACH LITIGATION** | Case No. 15-MD-02617-LHK<br><br>**NOTICE OF SUPPORT OF EVE CERVANTEZ AND ANDREW FRIEDMAN AS PLAINTIFFS' LEAD COUNSEL AND A STEERING COMMITTEE** |

Counsel for Plaintiff in the underlying action, *Patrick v. Anthem, Inc.,* Case No. 5:15-cv-02884 (N.D. California) supports the application of Eve Cervantez and Andrew Friedman as lead counsel for Plaintiffs and for appointment of their proposed steering committee. Ms. Cervantez and Mr. Friedman and their proposed team will best represent the interests of the class in this litigation.

Respectfully submitted,

Dated: August 21, 2015

/s/ Ronald E. Johnson, Jr.
Ronald E. Johnson, Jr.
Sarah N. Lynch
Schachter Hendy & Johnson, PSC
909 Wright's Summit Parkway, Suite 210
Ft. Wright, KY 14011
Telephone: (859) 578-4444

Fax: (859) 578-4440
rjohnson@pschachter.com
slynch@pschachter.com

*Attorneys for Plaintiff Ryan Patrick*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2015, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will automatically transmit a copy to registered CM/ECF users listed on the Notice of Electronic Filing.

/s/ Ronald E. Johnson, Jr.
*Counsel for Plaintiff Ryan Patrick*