Robert K. Jenner
Justin A. Browne
Lisa Lee
Janet, Jenner & Suggs, LLC
Commerce Centre East
1777 Reisterstown Road, Suite 165
Baltimore, Maryland 21208
Phone: (410) 653-3200
Fax: (410) 653-9030
Email: RJenner@MyAdvocates.com
Email: JBrowne@MyAdvocates.com
Email: LLee@MyAdvocates.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| **IN RE ANTHEM, INC. DATA BREACH LITIGATION** | Case No. 15-MD-02617-LHK<br><br>**BRIEF IN SUPPORT OF EVE H. CERVANTEZ AND ANDREW N. FRIEDMAN FOR PLAINTIFFS' LEAD COUNSEL** |

The undersigned, who are counsel for Plaintiff in the action entitled *Daniels v. Anthem, Inc.* (originally filed in the United States District Court for the District of Massachusetts) support the organizational structure proposed by Eve H. Cervantez and Andrew N. Friedman.[1] Nothing of value has been promised to us in exchange for expressing this support.

---

[1] *See In Re Anthem, Inc. Data Breach Litigation*, Case No. 5:15-MD-02617-LHK, Dkt. No. 190 (August 20, 2015).

-1-

| | |
|---|---|
| Date: August 21, 2015 | Respectfully submitted,<br><br>By:   */s/ Lisa Lee*<br>Lisa Lee<br>Robert K. Jenner<br>Justin A. Browne<br>Janet, Jenner & Suggs, LLC<br>Commerce Centre East<br>1777 Reisterstown Road, Suite 165<br>Baltimore, Maryland 21208<br>Phone: (410) 653-3200<br>Fax: (410) 653-9030<br>Email: RJenner@MyAdvocates.com<br>Email: JBrowne@MyAdvocates.com<br>Email: LLee@MyAdvocates.com<br><br>*Attorneys for Plaintiff* |

## **CERTIFICATE OF SERVICE**

I certify on August 21, 2015, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will automatically transmit a copy to registered CM/ECF users listed on the Notice of Electronic Filing.

By: _____*/s/ Lisa Lee*_____
      Lisa Lee