1 | Robert S. Green (CA Bar No. 136183)
**GREEN & NOBLIN, P.C.**
2200 Larkspur Landing Circle, Suite 101
Larkspur, CA 94939
Tel: (415) 477-6700
Fax: (415) 477-6710
Email: gnecf@classcounsel.com

*Attorney for Plaintiff Chehrazi
and Proposed Plaintiff Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| **IN RE ANTHEM, INC. DATA BREACH LITIGATION** | Case No. 15-MD-02617-LHK <br><br> **STATEMENT IN SUPPORT OF PROPOSED PLAINTIFFS' LEAD COUNSEL EVE CERVANTEZ AND ANDREW FRIEDMAN** <br><br> **Date: September 10, 2015** <br> **Time: 1:30 p.m.** <br> **Judge: Lucy H. Koh** <br> **Courtoom: 8, 4th Floor** |

Counsel for Plaintiffs in *Chehrazi v. Anthem, Inc.* file this statement in support of Eve Cervantez and Andrew Friedman as Plaintiffs' Co-Lead Counsel and their suggested Plaintiffs' Steering Committee.

Dated: August 21, 2015

Respectfully submitted,

/s/ Robert S. Green
Robert S. Green (CA Bar No. 136183)
**GREEN & NOBLIN, P.C.**
2200 Larkspur Landing Circle, Suite 101
Larkspur, CA 94939
Tel: (415) 477-6700
Email: gnecf@classcounsel.com

*Attorney for Plaintiff Chehrazi
and Proposed Plaintiff Class*

-1-

## CERTIFICATE OF SERVICE

I certify that on August 21, 2015, I filed this document electronically with the Clerk of the Court using the CM/ECF system, which will automatically transmit a copy to registered CM/ECF users listed on the Notice of Electronic Filing.

/s/ Robert S. Green
Robert S. Green