James A. Streett
STREETT LAW FIRM, P.A.
107 West Main Street
Russellville, AR 72801
Telephone: (479) 968-2030
Facsimile: (479) 968-6253
Email: James@StreettLaw.com

*Attorneys for Plaintiff Kenneth Hodges*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | | |
|---|---|---|
| **IN RE: ANTHEM, INC. DATA BREACH LITIGATION** | ) ) ) ) ) ) ) ) | Case No. 15-MD-02617-LHK<br><br>NOTICE OF SUPPORT OF EVE CERVANTEZ AND ANDREW FRIEDMAN AS PLAINTIFF'S LEAD COUNSEL AND A STEERING COMMITTEE |

Kenneth Hodges, individually and behalf of the putative class of Arkansans he seeks to represent in the underlying action, *Kenneth Hodges vs. Anthem, Inc., et al.* Case No.4:15-cv-83JM (E.D. Arkansas) supports the Motion of Eve Cervantez and Andrew Friedman as lead counsel during this MDL and for appointment of their proposed steering committee. [Doc. 190]. It is Mr. Hodges respectful submission that Ms. Cervantez and Mr. Friedman and their proposed steering committee best represent the interests of Anthem's insureds in this MDL, including but not limited to the underlying putative class of Arkansans whose rights are at issue in Case No.4:15-cv-83JM (E.D. Arkansas).

Dated: August 21st, 2015

Respectfully submitted,

/s/ James A. Streett
James A. Streett
Streett Law Firm, P.A.
107 West Main Street
Russellville, AR 72801
Telephone: (479) 968-2030
Facsimile: (479) 968-6253
Email: James@StreettLaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically transmit a copy to registered CM/ECF users listed on the Notice of Electronic Filing.

/s/ James A. Streett
James A. Streett