E. Adam Webb
Matthew C. Klase
G. Franklin Lemond, Jr.
WEBB, KLASE & LEMOND, LLC
1900 The Exchange, S.E., Suite 480
Atlanta, GA 30339
Tel: (770) 444-9325
Fax: (770) 217-9950
Adam@WebbLLC.com
Matt@WebbLLC.com
Franklin@WebbLLC.com

*Attorneys for Plaintiffs Joseph D'Angelo, III, Richard Gillespie, Shawn Haggerty, Charity Latimer, Kurt McLaughlin, Tamara Nedlouf, Lauren Roberts, and John Thomas, II*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **IN RE ANTHEM, INC. DATA BREACH LITIGATION** | Case No. 15-MD-02617-LHK<br><br>**NOTICE OF SUPPORT OF EVE CERVANTEZ AND ANDREW FRIEDMAN AS PLAINTIFFS' LEAD COUNSEL AND PROPOSED STEERING COMMITTEE** |

Plaintiffs Joseph D'Angelo, III, Richard Gillespie, Shawn Haggerty, Charity Latimer, Kurt McLaughlin, Tamara Nedlouf, Lauren Roberts, and John Thomas, II, in the underlying action *D'Angelo v. Anthem, Inc.*, Case No. 1:15-cv-00371-WSD (N.D. Ga.), support the application of Eve Cervantez and Andrew Friedman as co-lead counsel for Plaintiffs and the appointment of Stephen R. Basser, Eric Gibbs, Norman Siegel, Michael Sobol, J. Gerard Stranch, IV, and Lynn Toops as a steering committee for this litigation. *See* Dkt. No. 190. The leadership and organizational structure proposed by Ms. Cervantez and Mr. Friedman will best represent the interests of the class(es) and ensure that this complex case is managed in an efficient manner.

Dated: August 24, 2015.

Respectfully submitted,

/s/ G. Franklin Lemond, Jr.
E. Adam Webb
Matthew C. Klase
G. Franklin Lemond, Jr.
WEBB, KLASE & LEMOND, LLC
1900 The Exchange, S.E.
Suite 480
Atlanta, GA 30339
Telephone: (770) 444-9325
Fax: (770) 217-9950
Adam@WebbLLC.com
Matt@WebbLLC.com
Franklin@WebbLLC.com

*Attorneys for Plaintiffs Joseph D'Angelo, III, Richard Gillespie, Shawn Haggerty, Charity Latimer, Kurt McLaughlin, Tamara Nedlouf, Lauren Roberts, and John Thomas, II*

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2015, I electronically filed this document with the Clerk of Court using the CM/ECF system, which will automatically transmit a copy to all registered CM/ECF users listed on the Notice of Electronic Filing.

                                                                               */s/ G. Franklin Lemond, Jr.*