ANDREW S. FRIEDMAN
afriedman@bffb.com
FRANCIS J. BALINT, JR.
fbalint@bffb.com
**BONNETT FAIRBOURN FRIEDMAN & BALINT, P.C.**
2325 E. Camelback Road, Suite 300
Phoenix, AZ 85016
Telephone: 602.274.1100
Fax: 602.274.1199

MANFRED P. MUECKE
mmuecke@bffb.com
**BONNETT FAIRBOURN FRIEDMAN & BALINT, P.C.**
600 W. Broadway, Suite 900
San Diego, California 92101
Telephone: (619) 798-4292
Fax:     (619) 274-1199

*Attorneys for Plaintiff Tamara Trawick*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ANTHEM, INC. DATA BREACH LITIGATION | Case No. 15-MD-02617-LHK<br><br>**NOTICE OF SUPPORT OF EVE CERVANTEZ AND ANDREW FRIEDMAN AS PLAINTIFFS' LEAD COUNSEL AND A STEERING COMMITTEE** |

Through undersigned counsel Tamara Trawick ("Trawick"), named plaintiff in *Trawick v. Anthem, Inc.*, et al., No. 3:15-cv-00321 (S.D. Cal., filed February 13, 2015), hereby supports the motion of Eve H. Cervantez and Andrew N. Friedman ("Movants") as Plaintiffs' Lead Counsel and a Steering Committee [Doc. 190] filed in the above-captioned MDL proceedings to which Trawick's action has been transferred for pre-trial purposes by Order of the Judicial Panel on Multidistrict Litigation.  Movants have assembled a highly capable legal team with the talent and resources

necessary to handle pre-trial proceedings and discovery.  Trawick submits this endorsement freely, without any promise of work from the Movants.

Dated:  August 24, 2015.

/s/Manfred P. Muecke
MANFRED P. MUECKE
mmuecke@bffb.com
BONNETT FAIRBOURN FRIEDMAN & BALINT, P.C.
600 W. Broadway, Suite 900
San Diego, California 92101
Telephone:  (619) 798-4292
Fax: (619) 274-1199

FRANCIS J. BALINT, JR.
fbalint@bffb.com
ANDREW S. FRIEDMAN
afriedman@bffb.com
BONNETT FAIRBOURN FRIEDMAN & BALINT, P.C.
2325 E. Camelback Road, Suite 300
Phoenix, AZ 85016
Telephone: 602.274.1100
Fax: 602.274.1199

*Attorneys for Plaintiff Tamara Trawick*

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing through the Court's CM/ECF system upon all counsel registered with that system.

Dated:  August 24, 2015.

/s/Manfred P. Muecke
MANFRED P. MUECKE
*Attorneys for Plaintiff Tamara Trawick*