BRIAN D. CHASE (164109)
bchase@bisnarchase.com
JERUSALEM F. BELIGAN (211258)
jbeligan@bisnarchase.com
**BISNAR|CHASE LLP**
1301 Dove Street, Suite 120
Newport Beach, CA 92626
Telephone: 949/752-2999
Facsimile: 949/752-2777

TIMOTHY D. COHELAN (60827)
tcohelan@ckslaw.com
ISAM C. KHOURY (58759)
ikhoury@ckslaw.com
MICHAEL D. SINGER (179630)
msinger@ckslaw.com
J. JASON HILL (179630)
jhill@ckslaw.com
**COHELAN KHOURY & SINGER**
605 "C" Street, Suite 200
San Diego, CA 92101
Telephone: 619/595-3001
Facsimile: 619/595-3000

*Attorneys for Plaintiffs John Bell and Lucia Bell*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **IN RE ANTHEM, INC. DATA BREACH LITIGATION** | Case No. 15-MD-02617-LHK<br><br>**NOTICE OF SUPPORT OF DANIEL S. ROBINSON AND RCRSD AS PLAINTFFS' LEAD COUNSEL OR, ALTERNATIVELY, APPOINTMENT AS A MEMBER OF PLAINTIFFS' STEERING COMMITTEE** |

Plaintiffs John Bell and Lucia Bell, in the underlying action *Bell, et al. v. Anthem, Inc., et al.*, Case No. 2:15-cv-01214-DMG-SS (C.D. Cal. Feb. 19, 2015), support the appointment of Daniel S. Robinson and RCRSD as Plaintiffs' lead counsel or, alternatively, member of Plaintiffs' steering committee as their prior experience against WellPoint, Inc. (Defendant Anthem, Inc.'s predecessor), discovery obtained, and familiarity with Defendants will provide a substantial benefit to the class in that it will lead to an efficient resolution of this action.

DATED: August 25, 2015        **BISNAR | CHASE LLP**

By: *s/ Brian D. Chase*
BRIAN D. CHASE
JERUSALEM F. BELIGAN
*Attorneys for Plaintiffs John Bell and Lucia Bell*

**COHELAN KHOURY & SINGER**

By: *s/ Michael D. Singer*
TIMOTHY D. COHELAN
ISAM C. KHOURY
MICHAEL D. SINGER
J. JASON HILL
*Attorneys for Plaintiffs John Bell and Lucia Bell*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2015, I electronically filed the foregoing document through to the CM/ECF system of the United States District Court for the Northern District of California, which will automatically transmit a copy to registered CM/ECF users listed on the Notice of Electronic Filing.

DATED:  August 25, 2015

By: *s/ Cynthia Martinez*
CYNTHIA MARTINEZ