Robert C. Schubert (No. 62684)
Willem F. Jonckheer (No. 178748)
Noah M. Schubert (No. 278696)
**Schubert Jonckheer & Kolbe LLP**
Three Embarcadero Ctr Ste 1650
San Francisco, CA 94111-4018
Ph: 415-788-4220
Fx: 415-788-0161
rschubert@schubertlawfirm.com
wjonckheer@schubertlawfirm.com
nschubert@schubertlawfirm.com

Andy Katz (No. 264941)
**Law Offices of Andy Katz**
2150 Allston Way Ste 400
Berkeley, CA 94704
Ph: 510-985-9050
Fx: 510-900-6070
andykatzlaw@gmail.com

*Attorneys for Plaintiffs F. Matthew
Hummel and Marissa Nasca*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In Re Anthem, Inc. Data Breach Litigation** | Case No. 5:15-md-02617-LHK |
| | **Response in Support of Eve H. Cervantez and Andrew N. Friedman as Plaintiffs' Lead Counsel** |
| | Date: September 10, 2015<br>Time: 1:30 p.m.<br>Courtroom: 8, 4th Floor |

Counsel for Plaintiffs F. Matthew Hummel and Marissa Nasca in the underlying action, *Hummel et. al. v. Anthem, Inc. et. al.*, No. 5:15-CV-01027-LHK, support the motion of Eve H. Cervantez and Andrew N. Friedman as Plaintiffs' Co-Lead Counsel and the appointment of their proposed Steering Committee. Dkt. No. 190.

1    Since their appointment as temporary Plaintiffs' Co-Lead Counsel, Ms. Cervantez and

2    Mr. Friedman have effectively managed the litigation, coordinating a case management statement

3    with hundreds of plaintiffs' attorneys and working productively with counsel for Defendants on

4    scheduling and discovery matters. Given Ms. Cervantez's and Mr. Friedman's extensive

5    experience litigating complex consumer class actions, including data-breach cases, we believe Ms.

6    Cervantez and Mr. Friedman are best equipped to manage this multidistrict action and effectively

7    represent the interests of the Class.

8

9    DATED: August 26, 2015                    **SCHUBERT JONCKHEER & KOLBE LLP**

10                                             BY:      /s/ Noah M. Schubert
                                                        _____
11                                                      NOAH M. SCHUBERT (NO. 278696)

12                                             Robert C. Schubert (No. 62684)
                                               Willem F. Jonckheer (No. 178748)
13                                             Noah M. Schubert (No. 278696)
                                               **Schubert Jonckheer & Kolbe LLP**
14                                             Three Embarcadero Ctr Ste 1650
                                               San Francisco, CA 94111-4018
15                                             Ph: 415-788-4220
                                               Fx: 415-788-0161
16                                             rschubert@schubertlawfirm.com
                                               wjonckheer@schubertlawfirm.com
17                                             nschubert@schubertlawfirm.com

18                                             Andy Katz (No. 264941)
                                               **Law Offices of Andy Katz**
19                                             2150 Allston Way Ste 400
                                               Berkeley, CA 94704
20                                             Ph: 510-985-9050
                                               Fx: 510-900-6070
21                                             andykatzlaw@gmail.com

22                                             *Attorneys for Plaintiffs F. Matthew
                                               Hummel and Marissa Nasca*

23

24

25

26

27