**MILBERG LLP**
Ariana J. Tadler
Andrei V. Rado
One Pennsylvania Plaza
49th Floor
New York, New York 10119
Telephone: (212) 594-5300
Facsimile: (312) 346-0022
atadler@milberg.com
arado@milberg.com

*Attorneys for Plaintiffs Ralph Staffieri, Elizabeth Ames, and Barbara Bader*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| **IN RE ANTHEM, INC. DATA BREACH LITIGATION** | Case No. 15-MD-02617-LHK<br><br>**RESPONSE OF ARIANA J. TADLER/MILBERG LLP TO LEAD COUNSEL MOTIONS**<br><br>Date: September 10, 2015<br>Time: 1:30 p.m.<br>Courtroom: 8 |

Milberg LLP and Ariana J. Tadler, who have moved for appointment as lead counsel in this litigation, submit this brief in response to the various motions for appointment of lead counsel.

Having reviewed the submissions of the other firms, it is apparent that the Court is faced with an abundance of qualified lawyers and law firms. As noted in our opening brief, while we are ready to lead this ligation alone, should the Court wish to appoint more than one law firm, we are happy to work with any of the firms that have moved for appointment and that the Court deems appropriate.

We have worked successfully with most of the firms present in various class actions (including in data breach class actions), including Cohen Milstein Sellers & Toll PLLC, Stueve Siegel Hanson, Girard Gibbs LLP, Lieff Cabraser Heimann & Bernstein, LLP, and Ahdoot & Wolfson P.C., to name a few of the firms we believe are well qualified for this litigation.

One area in which we believe we stand out even in this esteemed crowd is in the area of e-discovery. As detailed in our opening brief, Ms. Tadler and Milberg LLP have been at the vanguard of the e-discovery movement, particularly from a plaintiff's perspective, and have the experience and acumen that will serve the litigation well.

Dated: August 27, 2015     **MILBERG LLP**

By: *s/* Andrei V. Rado
Ariana J. Tadler
Andrei V. Rado
One Pennsylvania Plaza
49th Floor
New York, New York 10119
Telephone: (212) 594-5300
Facsimile: (312) 346-0022
atadler@milberg.com

- 1 -
MOTION FOR APPOINTMENT TO SERVE AMONG PLAINTIFFS' LEAD COUNSEL
Case No. 15-md-02617-LHK

arado@milberg.com

*Attorneys for Plaintiffs Ralph Staffieri,
Elizabeth Ames, and Barbara Bader*

# **CERTIFICATE OF SERVICE**

I, Ariana J. Tadler, counsel for Plaintiffs Ralph Staffieri, Elizabeth Ames, and Barbara Bader, hereby certify that on August 20, 2015, I caused to be filed true and correct copies of the foregoing MOTION FOR APPOINTMENT TO SERVE AMONG PLAINTIFFS' LEAD COUNSEL electronically using the Court's electronic case filing (CM/ECF) system, which automatically generated and sent a notice of the electronic filing to the email addresses of all counsel of record.

Dated: August 27, 2015

*s/* Ariana J. Tadler
Ariana J. Tadler

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **IN RE ANTHEM, INC. DATA BREACH LITIGATION** | Case No. 15-MD-02617-LHK<br><br>**[PROPOSED] ORDER APPOINTING ARIANA J. TADLER AS PLAINTIFFS' LEAD COUNSEL** |

Having considered Plaintiffs Ralph Staffieri, Elizabeth Ames, and Barbara Bader's Motion for Appointment to Serve Among Plaintiffs' Lead Counsel, and having reviewed and considered the arguments and evidence submitted in support thereof, the Court orders as follows:

1. Pursuant to Federal Rule of Civil Procedure 23(g), the Court appoints Ariana J. Tadler of Milberg LLP as plaintiffs' lead counsel.

2. Plaintiffs' lead counsel shall have sole authority over Plaintiffs' participation in the following matters: (1) the initiation, response, scheduling, briefing, and argument related to all pleadings or motions; (2) the scope, order, and conduct of all discovery proceedings; (3) retaining common experts; (4) designating the appearance of Plaintiffs' counsel at hearings and conferences; (5) leading common settlement negotiations and entering into prospective agreements with Defendant; (6) receiving and distributing among Plaintiffs' counsel, as appropriate, notice of all Court orders and notices of pretrial conferences and acting as the primary contact between the Court and Plaintiffs' counsel; and (7) all other matters concerning the efficient and economical conduct of the litigation.

3. Plaintiffs' lead counsel shall also have authority and responsibility over the following matters as they relate to Plaintiffs and Plaintiffs' counsel in the prosecution of this case: (1) assigning work to other Plaintiffs' counsel, as may be appropriate and in the Class's best interest; (2) implementing time and expense record keeping policies; (3) collecting time and expense reports from all Plaintiffs' counsel on a monthly basis; (4) acting as the treasurer for any litigation fund assessments and expenses; and (5) otherwise ensuring that Plaintiffs' counsel not perform common benefit work or attend hearings or depositions or other events without plaintiffs' lead counsel's authorization.

**IT IS SO ORDERED.**

Dated: _____   _____
The Honorable Lucy H. Koh
United States District Judge

**MILBERG LLP**
Ariana J. Tadler
One Pennsylvania Plaza
49th Floor
New York, New York 10119
Telephone: (212) 594-5300
Facsimile: (312) 346-0022
atadler@milberg.com

*Attorney for Plaintiffs Ralph Staffieri,
Elizabeth Ames, and Barbara Bader*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANTHEM, INC. DATA BREACH LITIGATION | Case No. 15-MD-02617-LHK<br><br>**DECLARATION OF ARIANA J. TADLER IN SUPPORT OF MOTION FOR APPOINTMENT TO SERVE AMONG PLAINTIFFS' LEAD COUNSEL**<br><br>Date: September 10, 2015<br>Time: 1:30 p.m.<br>Courtroom: 8 |

I, Ariana J. Tadler, declare as follows:

1. I am a partner at Milberg LLP ("Milberg"), counsel for plaintiffs in *Staffieri v. Anthem Inc. et al*, No. 5:15-cv-2844 (N.D. Cal.) and *Ames et al v. Anthem Inc. et al*, No. 5:15-cv-2857 (N.D. Cal.), both of which were filed in the Southern District of Indiana and transferred to this Court by Order of the Judicial Panel on Multidistrict Litigation. (ECF No. 8.) I submit this declaration in support of the accompanying motion for appointment of myself to serve among plaintiffs' lead counsel. I have personal knowledge of the matters set forth herein, and could and would testify competently thereto if called upon to do so.

## BACKGROUND AND EXPERIENCE

2. I am a 1992 graduate of the Fordham University School of Law. I have practiced law in New York since 1992. From 1992 to 1997, I was associated with the firm Kaplan Kilsheimer & Fox. I joined Milberg in 1997 and since then I have almost exclusively represented plaintiffs in consumer protection, securities, and privacy class actions. I have been a partner with Milberg since 2001. In 2004, I was appointed to the firm's Management Committee. Since 2008, I have served as an elected member of Milberg's Executive Committee. I have served as plaintiffs' class counsel in numerous nationwide class action cases, often serving as lead, co-lead, or liaison counsel.

3. I have received numerous awards, honors, and accolades in recent years, including, among others:
- ALM: Women Leaders in the Law (2014)
- Benchmark Litigation: Star (2015-2016)
- Benchmark Plaintiffs' Litigation: New York Litigation Star (2011-2014)
- Benchmark Top 250 Women Litigator (2014)
- Chambers Global Guide: Leading Lawyers in E-Discovery (2015)
- Chambers USA 2015: Nationwide, Litigation: E-Discovery (2015)
- Chambers USA: America's Leading Lawyers for Business (2014)
- Super Lawyers (2010-2014)
- Super Lawyers "Top 50 Women Attorneys in New York Metro Area" (2014-2015)
- SuperLawyers "Top 100 Overall Lawyer in New York City" (2015)
- Women's Venture Fund Highest Leaf Award (2011)

- 1 -
DECLARATION OF ARIANA J. TADLER

4. Milberg is one of the nation's preeminent firms representing plaintiffs in class actions and other complex litigation in the fields of consumer protection, privacy, securities, and shareholder rights. The legal community has long recognized Milberg's outstanding track record of success on behalf of its clients. The National Law Journal has lauded Milberg's "exemplary, cutting-edge work" by repeatedly including the firm in its prestigious Plaintiffs' Hot List. *See, e.g.*, The Plaintiffs' Hot List, National Law Journal (2009, 2010, 2011 & 2012). Defendants, too, recognize Milberg as a worthy adversary. In 2011, the BTI Consulting Group asked 240 corporate counsel which firms they would "least like to see as opposing counsel," and reported that corporate counsel view Milberg as an "awesome opponent." The BTI Consulting Group, Lust for Litigation: Changes, Trends, and Opportunities 10 (Sept. 14, 2010), http://www.clientelligence.net/Downloads/Selected_Slides_from_BTIs_Lust_for_Litigation_09-14-10.pdf. Reporting on the survey, *Law360* recognized that defendants consider Milberg to be "[one of the law firms] they prefer to steer clear of in litigation." Ryan Davis, The 4 Firms In-House Counsel Fear the Most, Law360, Sept. 3, 2010, http://www.law360.com/articles/191345/.

5. Beyond Milberg's decades of experience working on behalf of consumers, Milberg, under my guidance and leadership, has also been at the vanguard of e-discovery practice in complex litigation. More than a decade ago, Milberg became one of the first plaintiffs' firms to assemble a dedicated team of lawyers and other professionals to meet the e-discovery demands of major litigation, and has developed e-discovery capabilities exceptional among U.S. law firms. Milberg's e-discovery team has proven experience and direct access to tools relating to discovery strategy, data preservation, data collection and storage, sophisticated data search and analysis (including the utilization of technology assisted review, depository and work-flow set-up and management and training on e-discovery issues. Milberg's e-discovery team has been retained even in actions in which Milberg is not directly involved as litigation counsel, including assisting in the management of international discovery in Colombia on behalf of many Departments of the Colombian government.

6. Over the last decade, I have had the privilege of not only honing my experience and knowledge in this every evolving area of law but also to educate the bench and bar. I served

- 2 -
DECLARATION OF ARIANA J. TADLER

as Chair for five years and am now Chair Emeritus and an active member of The Sedona Conference® Steering Committee for Working Group I on Electronic Document Retention and Production, the preeminent "think tank" on e-discovery. I also serve on the Advisory Board of Georgetown University Law Center's Advanced E-Discovery Institute, Cardozo Law School's Data Law Initiative, and am an active observer of the Advisory Committee on the Federal Rules of Civil Procedure. I am a regularly featured speaker at e-discovery programs focused on educating the bench and bar. In October 2015, I will serve as a featured speaker at "The Judicial Training Symposium: The Foundations of the Federal Rules: Proportionality, Scope, Cost & Reasonableness," sponsored by the Electronic Discovery Institute and the Federal Judicial Center.

7. I have known Andrew Friedman and other members of Cohen Milstein Sellers & Toll PLLC for nearly 20 years and have had many positive experiences working with him and his firm.

8. Attached hereto as **Exhibit A** is a true and correct copy of Milberg's firm resume, which describes the firm's experience in class actions and other complex litigation.

9. Milberg has litigated hundreds of class actions and has recovered over $55 billion dollars on behalf of plaintiffs since the firm's inception. Among other areas, Milberg has considerable experience prosecuting data privacy class actions. For example:

- *In re Target Corporation Customer Data Security Breach Litigation*, No. 14-md-02522-PAM (D. Minn.). I was selected by the appointed lead counsel to serve on the Steering Committee guiding the landmark data breach case on the basis of my more than two decades of experience as a class action and complex litigation practitioner, and more specifically my knowledge and experience in the field of e-discovery. During the *Target* litigation, in addition to participating in overall case strategy, the drafting of pleadings and motions and settlement negotiation, I was personally responsible for leading discovery, which included targeted discovery requests, the establishment of a series of discovery protocols, and discovery motion practice that involved unique topics warranting special attention. The case,

which involved an estimated 110 million consumers whose personal information was compromised, recently settled for $10 million, entitling individual consumers to recover losses up to $10,000.

- *Carandang v. Google, Inc.*, No. 12-cv-518415 (Cal. Super. Ct.). Milberg, along with co-counsel, represents plaintiffs who allege that Google secretly circumvented its users' default privacy settings to install cookies to harvest its users' personal information and track their Internet behavior.

10. Milberg is actively litigating numerous actions brought on behalf of consumers and other individuals, including the following consumer protection cases:

- *In re ConAgra Foods, Inc.*, No. 11-cv-05379 MMM (AGRx) (C.D. Cal.). I lead a team of Milberg attorneys serving as Co-Lead Class Counsel that recently won certification of eleven statewide classes challenging ConAgra's labeling of Wesson Oils as "100% Natural" despite the fact they are derived from GMOs. In prevailing on class certification, Plaintiffs proposed, and District Judge Margaret Morrow accepted, a novel hybrid damages model relying on two experts to leverage both hedonic regression and conjoint analysis. Milberg is currently defending the class certification order before the Ninth Circuit Court of Appeals.

- *Frito-Lay North America, Inc. "All Natural" Litig.*, No. 12-md-2413-RRM-RLM (E.D.N.Y.). I lead a team of Milberg attorneys serving as Interim Co-Lead Class Counsel that defeated Frito-Lay's motion to dismiss and, after success on a hotly contested motion to compel, negotiated an in-depth ESI search protocol that led to the production of over 300,000 pages of documents.

- *In re General Mills Kix Cereal Litig.*, No. 2:12-cv-249-KM-JB (D.N.J.). I lead a team of Milberg attorneys serving as Interim Co-Lead Class Counsel that is currently briefing and defending against multiple motions for summary judgment. The motions involve expert testimony regarding consumers' expectations of products labeled as "natural," and expert testimony regarding the manipulation of DNA needed to create GMOs.

- *In re Shop-Vac Marketing and Sales Practices Litigation*, MDL No. 2380, No. 12-md-02380 (M.D. Pa.). A team of Milberg attorneys led by partner and chairman of the firm, Sanford P. Dumain, recently defeated Defendant's motion to dismiss. In a related state case, *Palomino v. Shop-Vac Corporation*, No. BER-L-1399-12 (N.J. Sup. Ct. Law Div.), Milberg defeated Defendant's motion to dismiss and motion for summary judgment, and successfully won a motion to certify a class of New Jersey consumers. The class case is scheduled to go to trial in September.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of August, 2015 at New York, New York.

*s/*
Ariana J. Tadler
