Rosemary M. Rivas (State Bar No. 209147)
rrivas@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
One California Street, Suite 900
San Francisco, California 94111
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

*Counsel for Individual and Representative
Plaintiff Scott Heaton*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ANTHEM, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. Case No. 5:15-md-02617-LHK<br><br>**PLAINTIFF SCOTT HEATON'S RESPONSE IN SUPPORT OF MOTION FOR APPOINTMENT OF EVE H. CERVANTEZ AND ANDREW N. FRIEDMAN AS PLAINTIFFS' LEAD COUNSEL AND STEERING COMMITTEE**<br><br>Date: September 10, 2015<br>Time: 1:30 p.m.<br>Judge: Lucy H. Koh<br>Courtroom: 8, 4th Floor |

1  Plaintiff Scott Heaton, by and through his counsel of record, Finkelstein Thompson LLP, hereby
2  submits this response in support of the Motion for Appointment of Eve H. Cervantez and Andrew N.
3  Friedman As Plaintiffs' Lead Counsel and a Steering Committee ("Cervantez and Friedman Motion").
4  Finkelstein Thompson has a significant amount of experience litigating privacy and data breach
5  cases and therefore understands the work and extensive experience this litigation will necessitate to
6  achieve a successful result on behalf of the proposed Class members. While many of the firms that have
7  applied for lead counsel are qualified and experienced, Finkelstein Thompson LLP believes the
8  leadership structure proposed in the Cervantez and Friedman Motion is the best suited to lead the
9  litigation on behalf of the Class members.  Finkelstein Thompson has worked with a number of the
10 proposed firms and attorneys. The firm's opinion, based on its experience in working with the
11 individuals and firms proposed in the Cervantez and Friedman Motion, is that proposed lead counsel
12 have a tremendous amount of experience litigating all aspects of class action cases, including the privacy
13 claims at issue here.  They know how to coordinate multidistrict litigation efficiently and work
14 cooperatively without duplicative efforts.  In the face of extraordinary risks and against formidable
15 defendants, they have achieved excellent results for millions of consumers in numerous cases.

16  Plaintiff Heaton believes the Court should make its appointment of Ms. Cervantez and Mr.
17 Friedman as lead counsel permanent, as these attorneys have done a fine job to date representing the
18 interests of the Class. They effectively coordinated the plaintiffs' case management conference
19 statement and have begun to collect specific named plaintiff data for purposes of drafting any
20 consolidated amended complaint.

21  Finkelstein Thompson has not been promised any work by Ms. Cervantez or Mr. Friedman and
22 was not solicited by them to file this response.

23 DATED: August 27, 2015                    Respectfully submitted,

24                                           **FINKELSTEIN THOMPSON LLP**

25                                           By:   */s/Rosemary M. Rivas*
26                                                 Rosemary M. Rivas

27                                           One California Street, Suite 900

1

PLAINTIFF HEATON'S RESPONSE RE APPOINTMENT OF LEAD COUNSEL
CASE NO. 15-md-02617-LHK

1
2

San Francisco, California 94111
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

3
4

*Counsel for Individual and Representative Plaintiff Scott Heaton*

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

PLAINTIFF HEATON'S RESPONSE RE APPOINTMENT OF LEAD COUNSEL
CASE NO. 15-md-02617-LHK