ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
        – and –
PAUL J. GELLER
STUART A. DAVIDSON
MARK J. DEARMAN
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
sdavidson@rgrdlaw.com
mdearman@rgrdlaw.com
        – and –
SAMUEL H. RUDMAN
MARK S. REICH
WILLIAM J. GEDDISH
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
mreich@rgrdlaw.com
wgeddish@rgrdlaw.com

*Attorneys for Plaintiff Kimberly T. Hyde*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re ANTHEM, INC., DATA BREACH LITIGATION | Case No. 15-MD-02617-LHK<br><br>ROBBINS GELLER RUDMAN & DOWD LLP'S OPPOSITION TO COMPETING LEAD COUNSEL MOTIONS<br><br>DATE:     September 10, 2015<br>TIME:     1:30 p.m.<br>CTRM:   8, 4th Floor<br>JUDGE:  Hon. Lucy H. Koh |

1069928_1

Robbins Geller Rudman & Dowd LLP ("RGRD") is cognizant of this Court's preference for minimal response briefing in determining leadership in this action. This short response is filed in the hope that it aids the Court in wading through 18 competing motions for the critical Lead Counsel appointment. No time will be billed by RGRD in connection with the preparation or filing of this response.

## I. THE LEAD COUNSEL STRUCTURE SHOULD BE LEAN

### A. Interim Plaintiffs' Counsel's Suggested Structure Is Unnecessarily Large

With respect to the motion filed by Eve H. Cervantez and Andrew N. Friedman (Dkt. No. 190), who certainly are competent and experienced, we disagree strongly with the suggestion of an eight-firm leadership structure. Interim Plaintiffs' Counsel describe the group as "relatively small." *Id.* at 4. Despite the strategic use of the modifier "relatively," an eight-firm structure is not small, not efficient, and not necessary.[1] Moreover, while Interim Plaintiffs' Counsel state that, in compiling their mega-structure, they "carefully selected" experienced counsel (Dkt. No. 190 at 4), they omitted many firms that have achieved the most notable recoveries in data breach litigation, including RGRD, despite our record recoveries in class action settlements and trials, our ten geographically dispersed offices,[2] our unmatched human and financial resources, and, most

---

[1] Even if *ex ante* parameters are established in an effort to achieve efficiency, our experience, respectfully, is that a structure of the size proffered by Interim Plaintiffs' Counsel will inevitably contain inherent inefficiencies. *See Tetsuo Akaosugi v. Benihana Nat'l Corp.*, 282 F.R.D. 241, 254 (N.D. Cal. 2012) (Court concerned with "duplication of efforts and increased attorney's fees."); *In re Oclaro, Inc.*, No. C-11-3176 EMC, 2011 U.S. Dist. LEXIS 103967, at *10 (N.D. Cal. Sept. 14, 2011) (declining to appoint multiple counsel because "it could well drive up fees and costs as a result of duplication and thus defeat the purpose of appointing lead counsel in the first place."); *In re Hp Power Plug & Graphic Card Litig.*, No. C-06-02254 RMW, 2008 U.S. Dist. LEXIS 111427, at *10 (N.D. Cal. July 8, 2008) ("The court believes that dividing services among six law firms cannot have been efficient and undoubtedly resulted in duplication of effort. One reason for appointing lead counsel, preferably one or two firms, is to minimize coordination efforts and to create efficiencies."); *Schriver v. Impac Mortg. Holdings, Inc.*, No. SACV 06-31 CJC (RNBx), 2006 U.S. Dist. LEXIS 40607, at *27 (C.D. Cal. May 2, 2006) ("The Court is concerned that this multiplicity of counsel could impede the progress of the litigation, complicate discovery and communication among the parties, and increase the potential for conflict . . . ."); *Albright v. Bi-State Dev. Agency of the Missouri-Illinois Metro. Dist.*, No. 4:11CV01691 AGF, 2013 U.S. Dist. LEXIS 130024, at *13-*15 (E.D. Mo. Sept. 11, 2013) (finding that having multiple law firms actually participate in the litigation "led to redundancy and duplicative billing").

[2] Geographic reach is a factor stressed by Interim Plaintiffs' Counsel as justifying the appointment of numerous firms. Dkt. No. 190 at 4.

importantly, our demonstrated successes in data breach cases. If the Court agrees that a three-firm structure is sufficiently lean, Paul J. Geller, one of RGRD's named partners who has led many successful consumer class actions, including privacy and data breach cases that resulted in scores of millions of dollars and other benefits for aggrieved class members, would be honored to serve the class and the Court in working cooperatively with Ms. Cervantez and Mr. Friedman.

### B.     The Other Motions

Most of the motions suggesting leaner structures (three or fewer firms) were filed by qualified class action counsel demonstrating widely varying degrees of relevant experience with data and privacy breaches. In touting their experience, several cite to data breach cases that resulted in ***no or negligible financial recovery*** for the class,[3] that are in their nascent stage or have otherwise not yet resulted in any recovery,[4] or otherwise involve cases that counsel "worked on" but were not court appointed to "lead."[5]

While RGRD is certainly not the only firm capable of serving as sole Lead Counsel here, and while RGRD would be pleased to work cooperatively and efficiently with Interim Co-Lead Counsel

---

[3]     *See, e.g.*, *In re Sci. Applications Intel Corp. (SAIC) Backup Tape Data Theft Litig.*, No. 1:12-mc-00347-JER (D.D.C.) (case dismissed); *In re DoubleClick, Inc. Privacy Litig.*, No. 1:00-cv-00641-NRB (S.D.N.Y.) (settlement for non-monetary relief); *In re Heartland Payment Sys. Inc. Customer Data Sec. Breach Litig.*, No. 4:09-md-02046 (S.D. Tex.) (financial institutions case voluntarily dismissed).

[4]     *See, e.g.*, *In re Lenovo Adware Litig.*, No. 5:15-md-02624-RMW (N.D. Cal.); *In re The Home Depot, Inc., Customer Data Sec. Breach Litig.*, No. 1:14-md-02583-TWT (N.D. Ga.); *In re Google Inc. Street View Elec. Commc'ns Litig.*, No. 3:10-md-02184-CRB (N.D. Cal.).

[5]     *See, e.g.*, *In re Target Corp. Customer Data Sec. Breach Litig.*, No. 0:14-md-02522-PAM (D. Minn.) (appointing Chestnut Cambronne PA to serve as coordinating lead counsel for the consumer and bank cases, and Heins Mills & Olson, P.L.C. as lead counsel for the consumer case, yet cited to by at least six other moving law firms here as if they were lead counsel). In fact, RGRD was also involved in *Target*, although not in a manner that would cause us to trumpet our leadership there. To wit, following our precedent-setting defeat of the motion to dismiss in *In re Sony Gaming Networks & Customer Data Sec. Breach Litig.*, No. 3:11-md-02258-AJB-MDD (S.D. Cal.), lead counsel for consumers (Vince Esades of Heins Mills) specifically requested RGRD's assistance in drafting the opposition to Target's motion to dismiss, which assistance was provided, and which opposition was successful.

or any of the other qualified firms seeking a position,[6] RGRD believes it is the only movant that offers all of the following:

- an office in this District and other offices throughout the country to ensure efficiencies in covering depositions and hearings;
- the human and financial resources to prosecute this case effectively as sole Lead Counsel;[7]
- the qualitative and demonstrated expertise as *lead* counsel in privacy and data breach class actions that resulted in tangible and meaningful benefits for a class;
- the demonstrated willingness and ability to try cases to verdict, including complex class actions; and
- the demonstrated willingness and ability to appeal cases.[8]

In sum, while it is true that this case will take ample resources and multi-track litigating, RGRD has demonstrated the ability to handle very large, very complex cases *without* a multi-firm structure. Some movants tout the resources and expertise derived from a large combination of firms, while others suggest the efficiencies of a lean leadership structure. RGRD's motion offers the best of both.

### C.  Billing And Review

Finally, in its July 16, 2015 Order, the Court stated that it "will designate one lead counsel to review all billing records each month to ensure compliance with this Order and to strike any duplicative or inefficient billing." Dkt. No. 46 at 1. Mr. Geller, who would oversee the case for RGRD if RGRD is appointed as Lead or Co-Lead Counsel, has worked at large corporate defense

---

[6]  In *Sony*, Mr. Geller worked side-by-side with Ben Barnow of Barnow & Associates, P.C. and Adam J. Levitt of Grant & Eisenhofer P.A., both experienced, well-qualified lawyers who seek appointment here. In *Kehoe v. Fid. Fed. Bank & Trust*, Mr. Geller worked cooperatively with John A. Yanchunis of Morgan & Morgan, another excellent privacy lawyer who also seeks appointment here. Indeed, RGRD has worked over the years with most of the firms seeking the Court's appointment.

[7]  RGRD has served as sole lead counsel in some of the largest class actions ever to be tried to verdict or settled. *See Jaffe v. Household Int'l, Inc.*, No. 02-C-05893 (N.D. Ill.) ($2.46 billion trial verdict; remanded for new trial on very limited grounds); *In re Enron Corp. Sec. Litig.*, Civ. No. H-01-3624 (S.D. Tex.) ($7.3 billion settlement).

[8]  In addition to many circuit court victories, RGRD's Appellate Practice Group achieved a sweeping (and unanimous) victory for class members before the United States Supreme Court in *Matrixx Initiatives, Inc. v. Siracusano*, 563 U.S. 27 (2011), and more recently achieved notable success in *Omnicare, Inc. v. Laborers Dist. Council Constr. Indus. Pension Fund*, _U.S._, 135 S. Ct. 1318 (2015).

firms and understands the care and attention required when billing clients on a monthly basis. Moreover, on the plaintiffs' side, he has also taken on this important oversight responsibility in scores of cases, including most recently in the *Sony* litigation, to the ultimate satisfaction of the Honorable Anthony J. Battaglia, co-lead counsel, and the members of the class.  Finally, RGRD's accounting department consists of 5 Certified Public Accountants and 14 other employees who help coordinate all sorts of billing issues and litigation fund accounting.  RGRD has an accounting and record-keeping infrastructure in place and is extremely well qualified to serve this important role.

## II.  CONCLUSION

RGRD is passionate about protecting privacy rights in this growing age of technological advances, and we are hopeful that the Court will allow us to advance our advocacy and resources to the benefit of those whose data was breached.  We are confident in our ability to prosecute this case alone, or alongside any of the other qualified movants that the Court may appoint.

DATED:  August 27, 2015                    Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS


                                          *s/ Shawn A. Williams*
                                          SHAWN A. WILLIAMS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER
STUART A. DAVIDSON
MARK J. DEARMAN
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

|   |   |
|---|---|
| 1 | |
| 2 | ROBBINS GELLER RUDMAN |
|   |   & DOWD LLP |
|   | SAMUEL H. RUDMAN |
| 3 | MARK S. REICH |
|   | WILLIAM J. GEDDISH |
| 4 | 58 South Service Road, Suite 200 |
|   | Melville, NY  11747 |
| 5 | Telephone:  631/367-7100 |
|   | 631/367-1173 (fax) |

*Attorneys for Plaintiff Kimberly T. Hyde*

CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 27, 2015.

    *s/ Shawn A. Williams*
SHAWN A. WILLIAMS
ROBBINS GELLER RUDMAN
    & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: shawnw@rgrdlaw.com

1069928_1

# Mailing Information for a Case 5:15-md-02617-LHK In re Anthem, Inc. Data Breach Litigation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **ELLIOT ADLER**
  EAdler@TheAdlerFirm.com

- **Robert Ahdoot**
  rahdoot@ahdootwolfson.com,twolfson@ahdootwolfson.com,mlierz@ahdootwolfson.com,bking@ahdootwolfson.com,filings@ahdootwolfson.com

- **Lee Albert**
  lalbert@glancylaw.com

- **Chase C. Alvord**
  calvord@tousley.com,jmrozek@tousley.com

- **Clayeo C. Arnold**
  clay@justice4you.com,cdoyle@justice4you.com,jnorris@justice4you.com,JWatson@justice4you.com

- **Edmund S. Aronowitz**
  earonowitz@gelaw.com

- **Benno B Ashrafi**
  bashrafi@weitzlux.com

- **Rafey S. Balabanian**
  rbalabanian@edelson.com

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Ben Barnow**
  b.barnow@barnowlaw.com,s.harris@barnowlaw.com,j.blake@barnowlaw.com

- **Ari Basser**
  ABASSER@BASSERLAW.COM

- **Stephen R. Basser**
  sbasser@barrack.com,jmueller@barrack.com

- **Wendy M. Behan**
  wbehan@cglaw.com

- **Jerusalem Beligan**
  jbeligan@bisnarchase.com,jruiz@bisnarchase.com

- **Jerusalem F Beligan**
  jbeligan@bisnarchase.com

- **Natalie Finkelman Bennett**
  nfinkelman@sfmslaw.com,pleadings@sfmslaw.com,smoss@sfmslaw.com

- **David Michael Berger**
  davidberger@classlawgroup.com,deniseharmon@classlawgroup.com

- **Steve W. Berman**
  steve@hbsslaw.com,heatherw@hbsslaw.com,nicolleg@hbsslaw.com

- **Shehnaz M. Bhujwala**
  bhujwala@boucher.la,haro@boucher.la

- **James Bilsborrow**
  jbilsborrow@weitzlux.com

- **James J Bilsborrow**
  jbilsborrow@weitzlux.com

- **Patrice L. Bishop**
  service@ssbla.com

- **Peter R Bisio**
  peter.bisio@hoganlovells.com,allison.holt@hoganlovells.com,vassi.iliadis@hoganlovells.com,albert.hagovsky@hoganlovells.com,adam.a.cooke@hoganlovells.com

- **Gayle Meryl Blatt**
  gmb@cglaw.com,sheilah@cglaw.com,sleonard@cglaw.com

- **Bryan L. Bleichner**
  bbleichner@chestnutcambronne.com,dproulx@chestnutcambronne.com

- **Gaitri Boodhoo**
  gboodhoo@brualdilawfirm.com

- **Jeffrey D. Bores**
  jbores@chestnutcambronne.com

- **Raymond Paul Boucher**
  ray@boucher.la,haro@boucher.la

- **Maureen M. Brady**
  mbrady@mcshanebradylaw.com

- **Andrew England Brashier**
  Andrew.Brashier@BeasleyAllen.com,Whitney.Gagnon@BeasleyAllen.com

- **Christopher W. Brooker**
  cbrooker@wyattfirm.com

- **Gregory Garth Brown**
  gbrown@bc-llp.com

- **Richard B. Brualdi**
  rbrualdi@brualdilawfirm.com,gboodhoo@brualdilawfirm.com

- **Bradley Christopher Buhrow**
  brad.buhrow@zimmreed.com

- **Sean P. Burke**
  sean.burke@mbcblaw.com

- **Gretchen Freeman Cappio**
  gcappio@kellerrohrback.com,cbrewer@kellerrohrback.com

- **Todd David Carpenter**
  Todd@Carpenterlawyers.com

- **David S. Casey , Jr**
  dcasey@cglaw.com,sleonard@cglaw.com

- **Eve Hedy Cervantez**
  ecervantez@altshulerberzon.com,pnikolic@altber.com,mbroad@altber.com

- **Brian D Chase**
  bchase@bisnarchase.com

- **E. B. Chiles , IV**
  cchiles@qgtb.com

- **Mario Man-Lung Choi**
  mchoi@kaplanfox.com

- **Maren Jessica Clouse**
  maren.clouse@hoganlovells.com,michael.ewers@hoganlovells.com

- **Timothy Douglas Cohelan**
  tcohelan@ckslaw.com,matlas@ckslaw.com,aworden@ckslaw.com

- **Hamish S. Cohen**
  hamish.cohen@mbcblaw.com

- **Erin Green Comite**
  ecomite@scott-scott.com

- **Joseph W. Cotchett**
  jcotchett@cpmlegal.com

- **Cassandra Lauren Crawford**
  cassie.crawford@nelsonmullins.com

- **P. Gregory Cross**
  pgcross@thecrosslawfirm.com

- **Christopher Barton Dalbey**
  cdalbey@weitzlux.com

- **Matthew Dameron**
  matt@williamsdirks.com,rackers@williamsdirks.com,bstrickland@williamsdirks.com,emiller@williamsdirks.com

- **Paul Treanor Davis**
  pdavis@fed-firm.com,anelson@fed-firm.com

- **M. Adrianne De Castro**
  adrianne@desai-law.com,sonia@desai-law.com

- **Patrick Joseph Dempsey**
  patrick.dempsey@hoganlovells.com

- **Aashish Y Desai**
  aashish@desai-law.com

- **Eric L. Dirks**
  dirks@williamsdirks.com

- **Deborah Suzanne Dixon**
  Ddixon@gomeztrialattorneys.com,kmcdaniel@gomeztrialattorneys.com

- **Everette L. Doffermyre , Jr**
  edoffermyre@dsckd.com

- **Lauren I Dubick**
  ldubick@kaplanfox.com

- **Robert E. Duff**
  robert@robertdufflaw.com

- **Cornelius Pellman Dukelow**
  cdukelow@abingtonlaw.com

- **Michael G. Durham**
  mdurham@ddnctlaw.com

- **Ari Jacob Dybnis**
  ari.dybnis@gmail.com

- **Jay Edelson**
  jedelson@edelson.com

- **Matthew Kendall Edling**
  medling@cpmlegal.com,rbarghi@cpmlegal.com,obacigalupi@cpmlegal.com,jacosta@cpmlegal.com

- **Vincent J. Esades**
  vesades@heinsmills.com,lgehrking@heinsmills.com,ikovarik@heinsmills.com,rsteiner@heinsmills.com

- **Jamisen A. Etzel**
  jetzel@carlsonlynch.com

- **Jason C. Evans**
  jevans@cglaw.com,sleonard@cglaw.com

- **Brennan Patrick Fagan**
  bfagan@fed-firm.com,bkrabbenhoft@fed-firm.com

- **Emily A. Faith**
  efaith@thebdfirm.com

- **Rigel Caitlin Farr**
  rigel.farr@obermayer.com

- **Gordon M. Fauth , Jr**
  gmf@classlitigation.com

- **William B. Federman**
  wbf@federmanlaw.com,ngb@federmanlaw.com,law@federmanlaw.com

- **John Paul Fiske**
  fiske@gomeztrialattorneys.com,michelle@gomeztrialattorneys.com,jnard@gomeztrialattorneys.com

- **Mark S. Fistos**
  mark@pathtojustice.com

- **Michael J. Fleming**
  mfleming@forbeslawgroup.com

- **Edmond W. Foley**
  efoley@foleyandsmall.com

- **Linda M. Fong**
  lfong@kaplanfox.com

- **Frankie Joe Forbes**
  fforbes@forbeslawgroup.com

- **Greg William Foster**
  greg@stewartandstewart.net

- **Daniel Frech**
  dfrech@spanglaw.com,pfrietchen@spanglaw.com

- **Lisa Fried**
  lisa.fried@hoganlovells.com

- **Andrew N. Friedman**
  afriedman@cohenmilstein.com

- **Andrew S. Friedman**
  afriedman@bffb.com,paquilino@bffb.com,rcreech@bffb.com

- **Mark S. Fryman , Jr**
  fryman@starrausten.com

- **Chad R Fuller**
  chad.fuller@troutmansanders.com,ann.ridyard@troutmansanders.com,lori.dawson@troutmansanders.com

- **David W. Gearhart**
  dgearhart@lewisrice.com

- **Matthew H. Geelan**
  mgeelan@ddnctlaw.com

- **Paul J. Geller**
  pgeller@rgrdlaw.com,swinkles@rgrdlaw.com

- **Matthew B. George**
  mgeorge@kaplanfox.com

- **Troy N. Giatras**
  troy@thewvlawfirm.com,tracy@thewvlawfirm.com,pam@thewvlawfirm.com,matt@thewvlawfirm.com,missy@thewvlawfirm.com

- **Eric H. Gibbs**
  ehg@classlawgroup.com,stevelopez@classlawgroup.com,jat@girardgibbs.com,deniseharmon@classlawgroup.com,mls@classlawgroup.com,amv@girardgibbs.com,sal@classlawgroup.com,ecf

- **Scott D. Gilchrist**
  sgilchrist@cohenandmalad.com,jsmock@cohenandmalad.com

- **Daniel C. Girard**
  dcg@girardgibbs.com,mce@girardgibbs.com,amv@girardgibbs.com

- **Thomas V. Girardi**
  tgirardi@girardikeese.com

- **Scott Charles Glovsky**
  sglovsky@scottglovskylaw.com,aheath@scottglovskylaw.com,rliao@scottglovskylaw.com,adybnis@scottglovskylaw.com

- **Thomas Glynn**
  tom@glynnlawgroup.com

- **Mark S. Goldman**
  goldman@lawgsp.com

- **Jayne Arnold Goldstein**
  jagoldstein@pomlaw.com

- **Melissa McCoy Gormly**
  mmgormly@vorys.com

- **Gary S. Graifman**
  ggraifman@kgglaw.com,ccornfield@kgglaw.com

- **Benjamin K. Grant**
  bgrant@mcteaguehigbee.com,plkelly@mcteaguehigbee.com

- **Robert S. Green**
  gnecf@classcounsel.com

- **Betsy Katherine Greene**
  betsy@greeneschultz.com

- **Robin L. Greenwald**
  rgreenwald@weitzlux.com

- **Robin Lynn Greenwald**
  rgreenwald@weitzlux.com

- **Keith David Griffin**
  kgriffin@girardikeese.com,mrosadini@girardikeese.com,akurke@girardikeese.com

- **Scott M. Grzenczyk**
  smg@girardgibbs.com,jar@girardgibbs.com

- **Brian Gudmundson**
  bcg@zimmreed.com,heidi.cuppy@zimmreed.com,leslie.harms@zimmreed.com

- **Joseph P. Guglielmo**
  jguglielmo@scott-scott.com,edewan@scott-scott.com,tcrockett@scott-scott.com,kjager@scott-scott.com,efile@scott-scott.com

- **Sally Mae Handmaker**
  shandmaker@cohenmilstein.com

- **Jason S Hartley**
  hartley@stuevesiegel.com

- **Gregory Haynes**
  ghaynes@wyattfirm.com

- **David J. Hensel**
  dhensel@pencehensel.com

- **Daniel Oswaldo Herrera**
  dherrera@caffertyclobes.com,docket@caffertyclobes.com,snyland@caffertyclobes.com

- **James Jason Hill**
  jhill@ckslaw.com,matlas@ckslaw.com,aworden@ckslaw.com

- **George Hoffman , III**
  george.hoffman@hanlawfirm.com

- **E. Desmond Hogan**
  desmond.hogan@hoganlovells.com

- **Allison M Holt**
  allison.holt@hoganlovells.com

- **Craig A Hoover**
  craig.hoover@hoganlovells.com

- **Craig Alan Hoover**
  craig.hoover@hoganlovells.com

- **Shannon L Hopkins**
  shopkins@zlk.com

- **Steven R. Jaffe**
  steve@pathtojustice.com

- **Ronald E. Johnson , Jr**
  rjohnson@pschachter.com,amcmullen@pschachter.com

- **Willem F. Jonckheer**
  wjonckheer@schubertlawfirm.com,kmessinger@schubertlawfirm.com,jzaneri@schubertlawfirm.com,epawson@schubertlawfirm.com

- **Robert N. Kaplan**
  rkaplan@kaplanfox.com

- **Andy Katz**
  andykatzlaw@gmail.com

- **Brian Kavanaugh**
  brian.kavanaugh@kirkland.com

- **Jay P. Kennedy**
  jpk@kgrlaw.com

- **Edwin J. Kilpela , Jr**
  ekilpela@carlsonlynch.com

- **Cavender C Kimble**
  ckimble@balch.com

- **Bradley K King**
  bking@ahdootwolfson.com

- **Laurence D. King**
  lking@kaplanfox.com,spowley@kaplanfox.com

- **Matthew C. Klase**
  mattklase@bellsouth.net

- **Amanda K. Klevorn**
  aklevorn@murray-lawfirm.com

- **Joseph N. Kravec , Jr**
  jkravec@fdpklaw.com,jnk561@yahoo.com,filings@fdpklaw.com

- **Nancy A. Kulesa**
  nkulesa@zlk.com

- **Phillip A Kuri**
  pkuri@elkandelk.com

- **Jon Jason Lambiras**
  jlambiras@bm.net

- **Steven L. Langer**
  slanger@langerandlanger.com

- **Dennis R. Lansdowne**
  dlansdowne@spanglaw.com

- **Cari C. Laufenberg**
  claufenberg@kellerrohrback.com

- **Dan Anthony Lawton**
  dan@lawtonlaw.com,lee@lawtonlaw.com,joe@lawtonlaw.com

- **Daniel Timothy LeBel**
  danlebel@consumerlawpractice.com,danlebel@pacernotice.com

- **Christopher L. Lebsock**
  clebsock@hausfeldllp.com

- **Lisa S. Lee**
  llee@myadvocates.com,ocolonero@myadvocates.com

- **Seth Michael Lehrman**
  seth@pathtojustice.com,steve@pathtojustice.com,mark@pathtojustice.com,ecf@pathtojustice.com

- **G. Franklin Lemond , Jr**
  flemond@webbllc.com,franklin@webbllc.com

- **Irwin B. Levin**
  ilevin@cohenandmalad.com

- **Adam J. Levitt**
  alevitt@gelaw.com,kmcgee@gelaw.com,cnevers@gelaw.com,alebdjiri@gelaw.com,jtangren@gelaw.com,earonowitz@gelaw.com

- **Wyatt A. Lison**
  wlison@fdpklaw.com,filings@fdpklaw.com

- **Jonathan Charles Little**
  jon@sllawfirm.com

- **Thomas E Loeser**
  toml@hbsslaw.com

- **Thomas Eric Loeser**
  toml@hbsslaw.com,dawn@hbsslaw.com

- **Stephen A. Loney , Jr**
  stephen.loney@hoganlovells.com

- **Howard Theodore Longman**
  hlongman@ssbny.com

- **Steven Augustine Lopez**
  sal@classlawgroup.com

- **Gary F Lynch**
  glynch@carlsonlynch.com,nehrheart@carlsonlynch.com,jetzel@carlsonlynch.com,emcfarland@carlsonlynch.com,ecf@carlsonlynch.com

- **Sarah Nicole Lynch**
  slynch@pschachter.com

- **Michael M Maddigan**
  michael.maddigan@hoganlovells.com

- **Michael McDonald Maddigan**
  michael.maddigan@hoganlovells.com,vincent.cordi@hoganlovells.com,carmela.barrera@hoganlovells.com

- **Rosanne L. Mah**
  rosanne.mah@bingham.com

- **RoseMarie Maliekel**
  rmaliekel@lchb.com

- **Carin Leigh Marcussen**
  clm@federmanlaw.com

- **Caleb Marker**
  clm@ridoutmarker.com,ecf@ridoutmarker.com

- **Theodore W. Maya**
  tmaya@ahdootwolfson.com

- **Theodore Walter Maya**
  tmaya@ahdootwolfson.com,tmayalaw@gmail.com

- **Douglas James McNamara**
  dmcnamara@cohenmilstein.com,efilings@cohenmilstein.com

- **W. Daniel Miles , III**
  dee.miles@beasleyallen.com

- **Andrew B. Miller**
  miller@starrausten.com

- **Vess Allen Miller**
  vmiller@cohenandmalad.com,cmeadows@cohenandmalad.com,rshevitz@cohenandmalad.com

- **J. Austin Moore**
  moore@stuevesiegel.com

- **Manfred Patrick Muecke**
  mmuecke@bffb.com,paquilino@bffb.com,rcreech@bffb.com

- **Manfred Patrick Muecke , Jr**
  mmuecke@bffb.com

- **Arthur Mahony Murray**
  amurray@murray-lawfirm.com,jhenry@murray-lawfirm.com,cthomas@murray-lawfirm.com,cfitzgerald@murray-lawfirm.com,thorne@murray-lawfirm.com

- **Brian P. Murray**
  bmurray@glancylaw.com

- **Stephen Barnett Murray**
  smurray@murray-lawfirm.com

- **Ronald A. Norwood**
  rnorwood@lewisrice.com

- **Leigh Anne Parker**
  lparker@weisslawllp.com,infoca@weisslurie.com

- **Michael Ben Pasternak**
  mpasternak1@msn.com

- **Richard M. Paul , III**
  paul@paulmcinnes.com,mcinnes@paulmcinnes.com,kendra@paulmcinnes.com

- **William Thomas Payne**
  wpayne@fdpklaw.com,AAdoh@fdpklaw.com,filings@fdpklaw.com,gbrown@fdpklaw.com

- **Brian Douglas Penny**
  penny@gskplaw.com

- **Robert Armand Perez , Sr**
  rperez@cinci.rr.com

- **Neal F. Perryman**
  nperryman@lewisrice.com

- **James Piatt**
  jpiatt@price-law.com

- **Wesley Kaikaina Polischuk**
  wpolischuk@rcrsd.com

- **Andrei V. Rado**
  arado@milberg.com,maoffice@milberg.com

- **T Dylan Reeves**
  dreeves@stewartandstewart.net

- **Mark S. Reich**
  mreich@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Alexandria J. Reyes**
  alex.reyes@troutmansanders.com

- **Joel R Rhine**
  jrr@rhinelawfirm.com

- **Rachele R. Rickert**
  rickert@whafh.com,cabrera@whafh.com,burt@whafh.com,boyles@whafh.com

- **Rachele Renee Rickert**
  rickert@whafh.com

- **Christopher Paul Ridout**
  cpr@ridoutmarker.com,ecf@ridoutmarker.com

- **Karen Hanson Riebel**
  khriebel@locklaw.com,crjohnson@locklaw.com,arpederson@locklaw.com

- **Daniel Aaron Rihn**
  arihn@peircelaw.com,mrossi@peircelaw.com

- **William N Riley**
  wriley@price-law.com,eamos@price-law.com,mllewellyn@price-law.com

- **Rosemary M. Rivas**
  rrivas@finkelsteinthompson.com,rbcthomas@finkelsteinthompson.com,ksatterfield@finkelsteinthompson.com,adang@finkelsteinthompson.com,arivas@finkelsteinthompson.com

- **Daniel S Robinson**
  drobinson@rcrsd.com

- **Daniel Stewart Robinson**
  drobinson@rcrsd.com,ctakanabe@rcrlaw.net,cbregman@rcrlaw.net,lclark@rcrlaw.net,banderson@rcrlaw.net,lgould@rcrlaw.net,jrogers@rcrlaw.net,bzwirner@rcrsd.com

- **Mark P. Robinson , Jr**
  mrobinson@rcrlaw.net,ctakanabe@rcrlaw.net,cbregman@rcrlaw.net,lmoen@rcrlaw.net,bzwirner@rcrsd.com

- **Francis J. Rondoni**
  frondoni@chestnutcambronne.com

- **David N. Rosen**
  drosen@davidrosenlaw.com,airizarry@davidrosenlaw.com

- **David W. Ruoff**
  druoff@howardruoff.com,jdowaliby@howardruoff.com,mvincent@howardruoff.com

- **Syed Ali Saeed**
  ali@sllawfirm.com,betty@sllawfirm.com

- **Robin J. Samuel**
  robin.samuel@hoganlovells.com

- **Geraldine G. Sanchez**
  gsanchez@roachhewitt.com

- **Gil Santamarina**
  gil@santamarinalaw.net

- **Lynn L. Sarko**
  lsarko@kellerrohrback.com

- **Sherrie R Savett**
  ssavett@bm.net

- **Sherrie R. Savett**
  ssavett@bm.net

- **Ari Jonathan Scharg**
  ascharg@edelson.com

- **Noah M. Schubert**
  nschubert@schubertlawfirm.com,epawson@schubertlawfirm.com,ecf-b7507c9337a7@ecf.pacerpro.com

- **Robert C. Schubert**
  rschubert@schubertlawfirm.com,kmessinger@schubertlawfirm.com,epawson@schubertlawfirm.com

- **Robert J. Schuckit**
  rschuckit@schuckitlaw.com,rputerbaugh@schuckitlaw.com,mpate@schuckitlaw.com

- **Frederick Schultz**
  fred@greeneschultz.com

- **Frederick William Schultz**
  fred@greeneschultz.com

- **Ashlea G. Schwarz**
  ashlea@paulmcinnes.com

- **Zachary R Scribner**
  zach@consumerlawpractice.com,zachscribner@gmail.com

- **David Samuel Senoff**
  dsenoff@cbmclaw.com,cmcnally@cbmclaw.com

- **Mathieu Shapiro**
  mathieu.shapiro@obermayer.com

- **Richard E. Shevitz**
  rshevitz@cohenandmalad.com,cmeadows@cohenandmalad.com

- **Norman E. Siegel**
  siegel@stuevesiegel.com,marquart@stuevesiegel.com,perez@stuevesiegel.com

- **Heidi M Silton**
  hmsilton@locklaw.com,hnpotteiger@locklaw.com,arpederson@locklaw.com

- **Michael D Singer**
  msinger@ckslaw.com

- **Joseph J Siprut**
  jsiprut@siprut.com

- **William Joseph Skepnek , Jr**
  bskepnek@skepneklaw.com

- **David A. Slossberg**
  dslossberg@hssklaw.com

- **Craig H. Smith**
  craig.smith@hoganlovells.com

- **Michael W. Sobol**
  msobol@lchb.com,jrudnick@lchb.com

- **Robert Roth Sparks**
  rrsparks@strausstroy.com,ecf-33a7906f6707@ecf.pacerpro.com

- **Mark A. Stafford**
  Mark.Stafford@nelsonmullins.com

- **Scott L. Starr**
  starr@starrausten.com

- **Kim D. Stephens**
  kstephens@tousley.com,mandrzejewski@tousley.com,efile@tousley.com

- **John S. Steward**
  glaw123@aol.com

- **Michael Gilman Stewart**
  mikes@branstetterlaw.com,calebb@branstetterlaw.com,jeromem@branstterlaw.com,bethm@branstetterlaw.com

- **Matthew Stonestreet**
  matt@thewvlawfirm.com

- **James Gerard Stranch , IV**
  gerards@bsjfirm.com,lisam@bsjfirm.com,nickg@bsjfirm.com,jeromem@bsjfirm.com,michelled@bsjfirm.com,bethm@bsjfirm.com

- **James A. Streett**
  james@streettlaw.com

- **Danyel Struble**
  dstruble@thecrosslawfirm.com

- **Nicole Diane Sugnet**
  nsugnet@lchb.com

- **Bonny E. Sweeney**
  bsweeney@hausfeld.com,celder@hausfeld.com

- **Ariana J. Tadler**
  atadler@milberg.com,maoffice@milberg.com,calexander@milberg.com,mkeenan@milberg.com

- **Michael C. Theis**
  michael.theis@hoganlovells.com

- **Jaime L. Theriot**
  jaime.theriot@troutmansanders.com

- **Benjamin Thomassen**
  bthomassen@edelson.com

- **Benjamin Scott Thomassen**
  bthomassen@edelson.com,docket@edelson.com

- **Lynn A Toops**
  ltoops@cohenandmalad.com,cmeadows@cohenandmalad.com,jsmock@cohenandmalad.com

- **Michael J. Tuteur**
  mtuteur@foley.com

- **Barrett Jay Vahle**
  vahle@stuevesiegel.com,williams@stuevesiegel.com,perez@stuevesiegel.com

- **Michael J Walsh**
  walshandwalsh@gmail.com

- **Michael James Walsh**
  michaeljwalshesq@aol.com,walshandwalsh@aol.com

- **Jasper Ward**
  jasper@jonesward.com

- **Samuel M. Ward**
  sward@barrack.com,jmueller@barrack.com

- **Katherine Wheaton Warner**
  kate.warner@kirkland.com,benjamin.faheyburke@kirkland.com,meghan.guzaitis@kirkland.com

- **Joshua Haakon Watson**
  jwatson@justice4you.com

- **Edward Adam Webb**
  eadamwebb@hotmail.com

- **Robert Neal Webner**
  RNWebner@vssp.com

- **Jonathan David Weissglass**
  jweissglass@altshulerberzon.com,smendez@altshulerberzon.com

- **Eric H. Weitz**
  EWeitz@messalaw.com

- **Maria L. Weitz**
  weitz@boucher.la

- **Glenn Virgil Whitaker**
  gvwhitaker@vorys.com

- **Joseph N. Williams**
  jwilliams@price-law.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Scott A. Wissel**
  sawissel@lewisricekc.com

- **Tina Wolfson**
  twolfson@ahdootwolfson.com,mlierz@ahdootwolfson.com,tmaya@ahdootwolfson.com,rahdoot@ahdootwolfson.com,bking@ahdootwolfson.com,filings@ahdootwolfson.com

- **Tiffany Bernadette Wong**
  twong@cpmlegal.com

- **Steven Lezell Woodrow**
  swoodrow@woodrowpeluso.com

- **John A. Yanchunis**
  jyanchunis@forthepeople.com,elockwood@forthepeople.com,jcabezas@forthepeople.com

- **John Allen Yanchunis , Sr**
  jyanchunis@forthepeople.com

- **Kimberly C. Young**
  kyoung@elkandelk.com

- **Stephen Francis Yunker**
  sfy@yslaw.com,ewb@yslaw.com

- **Adam John Zapala**
  azapala@cpmlegal.com,jlein@cpmlegal.com

- **Sally F. Zweig**
  szweig@katzkorin.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Kate             M. Baxter-Kauf
Lockridge Grindal Nauen
Ste. 2200
100 Washington Avenue, S
Minneapolis, MN 55401

Bryan            L Bleichner
Chestnut Cambronne PA
17 Washington Avenue North
Suite 300
Minneapolis, MN 55401

David            R. Boyd
Comey & Boyd
1800 M St N.W.
Ste 575 South
Washington, DC 20036-5869

Evan             D Buxner
Walther-Glenn Law Associates
230 S Bemiston
Suite 500
St Louis, MO 63105

Karla            Campbell
Branstetter, Stranch & Jennings, PLLC
227 Second Avenue North
```

**Alex Davis**
Jones Ward PLC
Marion E. Taylor Building
312 South Fourth Street
Sixth Floor
Louisville, KY 40202

**Jason Dennett**
Tousley, Brain Stephens PLLC
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101

**Thomas P. Glass**
Strauss & Troy
Federal Reserve Building
150 E. Fourth St.
Cincinnati, OH 45202-4018

**Larry A. Golston**
Beasley Allen Crow Methvin Portis & Miles
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

**Gregory P. Hansel**
Preti Flaherty Beliveau Pachios & Haley
One City Center
P.O. Box 9546
Portland, ME 04112-9546

**Amy N.L. Hanson**
1201 Third Avenue
Suite 3200
Seattle, WA 98101

**Gregory W. Jones**
SIPRUT PC
17 North State Street, Suite 1600
Chicago, IL 60602

**Isam C. Khoury**
Cohelan Khoury & Singer
605 C Street, Suite 200
San Diego, CA 92101-5305

**Lisa M Port**
Barrack, Rodos & Bacine
3300 Two Commerce Square
2001 Market Streeet
Philadelphia, PA 19103

**Ashlea Schwartz**
Paul McInnes LLP
601 Walnut Street, Suite 300
Kansas City, MO 64106

**Donald W. Stewart**
1021 Noble Street
Suite 110
Anniston, AL 36201

**Alex G. Streett**
Streett Law Firm, P.A.
107 West Main
Russellville, AR 72801

**Steven W. Teppler**
Abbott Law Group, P.A.
2929 Plummer Cove Road
Jacksonville, FL 32223

**Mark A Walsh**
Attorney at Law
520 Jefferson St
Burlington, IA

**Paul C. Whalen**
Zwerling Schachter & Zwerling LLP
767 Third Avenue
New York, NY 10017-2023

**Thomas A. Withers**
Oliver Maner & Gray
P.O. Box 10186
Savannah, GA 912-236-3311

**Charles S Zimmerman**
Zimmerman Reed, PLLP
1100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402