| | |
|---|---|
| 1 | Eric H. Weitz |
| 2 | Thomas N. Sweeney<br>**MESSA & ASSOCIATES, P.C.** |
| 3 | 123 S. 22nd Street<br>Philadelphia, PA 19103 |
| 4 | Telephone:  (215) 568-3500<br>Facsimile:  (215) 568-3501 |
| 5 | Email: eweitz@messalaw.com<br>Email: tsweeney@messalaw.com |
| 6 | ***ATTORNEYS FOR PLAINTIFF*** |
| 7 | ***MARK WHALEN*** |

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE: ANTHEM, INC., CUSTOMER DATA SECURITY BREACH LITIGATION, | Case No.: 5:15-md-02617-LHK<br><br>**NOTICE OF JOINDER OF STATEMENT OF SUPPORT FOR HAUSFELD, LLP, ROBINSON CALCAGNIE ROBINSON SHAPIRO DAVIS, INC., AND ADHOOT & WOLFSON, PC AS INTERIM LEAD PLAINTIFFS' COUNSEL PURSUANT TO FED. R. CIV. P. 23(g)**<br><br>**Honorable Lucy H. Koh** |

Plaintiff Mark Whalen, through undersigned counsel, hereby submits this Notice of Joinder in the Statement of Support for Hausfeld, LLP, Robinson Calcagnie Robinson Shapiro Davis, Inc., and Adhoot & Wolfson, PC as Interim Lead Plaintiffs' Counsel Pursuant To Fed. R. Civ. P. 23(g) filed by Loralee Giotta and Joyce Benton.  ECF No. 213.

DATED:  September 1, 2015　　　　　　　　**MESSA & ASSOCIATES, P.C.**

By:  /s/ Eric H. Weitz
　　　Eric H. Weitz, Esquire

Thomas N. Sweeney
123 S. 22nd Street
Philadelphia, PA 19103
Telephone:  (215) 568-3500
Facsimile:  (215) 568-3501
Email:  eweitz@messalaw.com
Email:  tsweeney@messalaw.com

# PROOF OF SERVICE

STATE OF PENNSYLVANIA )
) ss.:
COUNTY OF PHILADELPHIA )

I am employed in the County of Philadelphia, State of Pennsylvania. I am over the age of 18 and not a party to the within action. My business address is 123 S. 22nd Street, Philadelphia, PA 19103.

On September, 1, 2015, using the Northern District of California's Electronic Case Filing System, with the ECF ID registered to Eric H. Weitz, I filed and served the document(s) described as:

**NOTICE OF JOINDER OF STATEMENT OF SUPPORT FOR HAUSFELD, LLP, ROBINSON CALCAGNIE ROBINSON SHAPIRO DAVIS, INC., AND ADHOOT & WOLFSON, PC AS INTERIM LEAD PLAINTIFFS' COUNSEL PURSUANT TO FED. R. CIV. P. 23(g)**

[X] **BY ELECTRONIC TRANSMISSION USING THE COURT'S ECF SYSTEM:** I caused the above document(s) to be transmitted by electronic mail to those ECF registered parties listed on the Notice of Electronic Filing (NEF) pursuant to Fed.R.Civ.P. 5(d)(1) and by first class mail to those non-ECF registered parties listed on the Notice of Electronic Filing (NEF). *"A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P. 5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."*

I declare that I am admitted *pro hac vice* in this action.

I declare, under penalty of perjury under the laws of the United States, that the above is true and correct.

Executed on September 1, 2015, at Philadelphia, Pennsylvania.

                                                  /s/ Eric H. Weitz
                                                    Eric H. Weitz