Allan Steyer (California Bar No. 100318)
Jill M. Manning (California Bar No. 178849)
D. Scott Macrae (California Bar No. 104663)
**STEYER LOWENTHAL BOODROOKAS**
 **ALVAREZ & SMITH LLP**
One California Street, Suite 300
San Francisco, CA  94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234
asteyer@steyerlaw.com
jmanning@steyerlaw.com
smacrae@steyerlaw.com

Attorneys for Thomas MacAusland,
individually and on behalf of all others
similarly situated.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: ANTHEM, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | CASE NO. 5:15-md-02617-LHK<br><br>**STATEMENT IN SUPPORT OF APPOINTMENT OF HAUSFELD LLP AS INTERIM LEAD COUNSEL FOR PLAINTIFFS PURSUANT TO FED. R. CIV. P. 23(g)** |

**INTRODUCTION**

Plaintiff Thomas MacAusland[1] submits the following statement in support of the appointment of Bonny E. Sweeney, Christopher L. Lebsock and James J. Pizzirusso of Hausfeld LLP ("Hausfeld") as Interim Lead Plaintiffs' Counsel pursuant to Fed. R. Civ. P. 23(g).

**ARGUMENT**

Pursuant to the Court's July 6, 2015 Preliminary Case Management Conference Order (Dkt. 16) ("CMO"), Plaintiff MacAusland submits that Hausfeld satisfies all of the criteria under Rule 23(g) as well as the criteria identified by the Court for appointment as interim lead counsel.

### 1. Counsel have extensive knowledge and experience prosecuting complex class actions.

Ms. Sweeney and Mssrs. Lebsock and Pizzirusso are eminently qualified and able to represent the interests of plaintiffs and putative class members in this multi-district litigation. Fed. R. Civ. P. 23(g). As detailed in their Motion (Dkt. 187), Hausfeld has extensive experience prosecuting complex class actions, including class action trial experience. Dkt. 187 at pp. 3-4. Hausfeld was trial counsel in two of the most closely watched recent trials, *O'Bannon v. NCAA*, No. 09-1967 (N.D. Cal.) and *In re Apple iPod iTunes Antitrust Litig.*, No. 05-0037 (N.D. Cal.). Dkt. 187 at pp. 3-4. In addition, counsel have significant relevant experience in pending data breach and privacy cases, including *Target, Home Depot*, *Premera* and *Kmart*. Dkt. 187 at pp. 4-5.

---

[1] MacAusland filed the related action, *MacAusland v. Anthem, Inc., et al.*, case no. 5:15-cv-03882-HRL on August 25, 2015. His Administrative Motion to Consider Whether Cases Should Be Related is pending before this Court.

STATEMENT IN SUPPORT OF APPOINTMENT OF HAUSFELD LLP
AS INTERIM LEAD COUNSEL FOR PLAINTIFFS PURSUANT TO FED. R. CIV. P. 23(g)

2

### 2. Counsel have demonstrated ability to work cooperatively with others in MDL cases.

Hausfeld counsel have proven their willingness to work cooperatively with others. Counsel for MacAusland have worked closely with Hausfeld counsel in many complex class action cases, including *O'Bannon*, *In re Fresh and Processed Potatoes Antitrust Litig.*, Case No. 10-md-2186 (D. Idaho) (with Mr. Pizzirusso), I*n re Processed Egg Products Antitrust Litig.*, Case No. 08-md-2002 (E.D. Pa.) (with Mr. Pizzirusso), *In re Transpacific Passenger Air Transportation Antitrust Litig.*, Case No. 07-md-5634 (N.D. Cal.) (with Mr. Lebsock) and *In re Municipal Derivatives Antitrust Litig.*, No. 08-md-02516 (S.D.N.Y.). Moreover, counsel for MacAusland worked closely with Ms. Sweeney (when she was at her former firm, Robbins Geller Rudman & Dowd) on *In re Foreign Currency Conversion Fee Antitrust Litig.*, Case No. 01-md-01409 (S.D.N.Y.) which settled in 2006 for $336 million. Therefore, counsel for MacAusland can personally attest to Hausfeld's ability to work cooperatively with other plaintiffs' counsel in a manner that places the interests of the plaintiffs and class members as the highest priority.

### 3. Counsel have the ability and willingness to devote the necessary time and resources to prosecute this action.

Hausfeld's work as lead or co-lead counsel in other cases demonstrates its willingness and ability to devote the necessary resources to advance the interests of the Class. Hausfeld has proposed a detailed plan to control litigation costs and avoid duplication of efforts by plaintiffs' counsel, thereby providing cost-effective and efficient leadership that would be inclusive of other firms who are willing to assist with this litigation. Dkt. 187 at pp. 8-10 (proposing maximum billable hours, auditing of attorneys' time and work, elimination of duplicate work, and submission of time to the Court on a quarterly basis for *in camera* review). Hausfeld's plan to manage the

STATEMENT IN SUPPORT OF APPOINTMENT OF HAUSFELD LLP
AS INTERIM LEAD COUNSEL FOR PLAINTIFFS PURSUANT TO FED. R. CIV. P. 23(g)

3

litigation will ensure that the case will proceed efficiently and in an expeditious fashion, all of which will benefit the Class.

## CONCLUSION

For the foregoing reasons, Plaintiff Thomas MacAusland, through his counsel, supports the appointment of Hausfeld as interim lead counsel for Plaintiffs.

DATED: September 1, 2015  **STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP**

By: /s/ *Jill M. Manning*
    Jill M. Manning

Allan Steyer (California Bar No. 100318)
Jill M. Manning (California Bar No. 178849)
D. Scott Macrae (California Bar No. 104663)
**STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP**
One California Street, Suite 300
San Francisco, CA  94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234
asteyer@steyerlaw.com
jmanning@steyerlaw.com
smacrae@steyerlaw.com

Attorneys for Thomas MacAusland, individually and on behalf of all others similarly situated.

STATEMENT IN SUPPORT OF APPOINTMENT OF HAUSFELD LLP
AS INTERIM LEAD COUNSEL FOR PLAINTIFFS PURSUANT TO FED. R. CIV. P. 23(g)

4

**CERTIFICATE OF SERVICE**

I, Linda Rorem, declare that I am over the age of eighteen (18) and not a party to the entitled action. I am employed by the law firm of Steyer Lowenthal Boodrookas Alvarez & Smith, LLP, and my office is located on One California Street, Suite 300, San Francisco, California 94111. On September 1, 2015, I caused to be filed the following:

**STATEMENT IN SUPPORT OF APPOINTMENT OF HAUSFELD LLP AS INTERIM LEAD COUNSEL FOR PLAINTIFFS PURSUANT TO FED. R. CIV. P. 23(g)**

with the Clerk of the Court using the Official Court Electronic Document Filing System which served copies on all interested parties registered for electronic filing.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Linda Rorem*
Linda Rorem

STATEMENT IN SUPPORT OF APPOINTMENT OF HAUSFELD LLP
AS INTERIM LEAD COUNSEL FOR PLAINTIFFS PURSUANT TO FED. R. CIV. P. 23(g)

5