William B. Federman (OK Bar No. 2853)
Carin L. Marcussen (OK Bar No. 19869)
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
-and-
2926 Maple Avenue, Suite 200
Dallas, Texas 75201
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
wbf@federmanlaw.com
clm@federmanlaw.com

*Attorneys for Plaintiff Weinberger*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ANTHEM, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br>**This filing relates to all cases.** | Case No. 5:15-md-02617-LHK<br>**NOTICE OF WITHDRAWAL OF PLAINTIFF WEINBERGER'S MOTION FOR APPOINTMENT OF LEAD PLAINTIFFS' COUNSEL, LEAD PLAINTIFF, AND BRIEF IN SUPPORT** |

COMES NOW the Plaintiff Michael S. Weinberger and, pursuant to L.Cv.R. 7-7(e) withdraws *Plaintiff Weinberger's Motion for Appointment of Lead Plaintiffs' Counsel, Lead Plaintiff, and Brief in Support*, [Dkt. No. 175].

DATED: September 3, 2015          Respectfully submitted,

                                  FEDERMAN & SHERWOOD

                                  */s/ William B. Federman*
                                  William B. Federman
                                  Carin L. Marcussen
                                  10205 N. Pennsylvania Avenue
                                  Oklahoma City, OK 73120
                                  -and-
                                  2926 Maple Avenue, Suite 200
                                  Dallas, Texas 75201
                                  Telephone: (405) 235-1560

1

Facsimile: (405) 239-2112
wbf@federmanlaw.com
clm@federmanlaw.com

*Attorney for Plaintiff Weinberger*

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically transmit a copy to registered CM/ECF users listed on the Notice of Electronic Filing.

*/s/ William B. Federman*