William B. Federman (OK Bar No. 2853)
Carin L. Marcussen (OK Bar No. 19869)
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
-and-
2926 Maple Avenue, Suite 200
Dallas, Texas  75201
Telephone: (405) 235-1560
Facsimile:  (405) 239-2112
wbf@federmanlaw.com
clm@federmanlaw.com

*Attorneys for Plaintiff Weinberger*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ANTHEM, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>**This filing relates to all cases.** | Case No. 5:15-md-02617-LHK<br><br>**PLAINTIFF WEINBERGER'S NOTICE OF SUPPORT FOR EVE H. CERVANTEZ AND ANDREW N. FRIEDMAN AS INTERIM LEAD PLAINTIFFS' COUNSEL** |

COMES NOW the Plaintiff Michael S. Weinberger through undersigned counsel, hereby submits this Notice of Support for the motion of Eve H. Cervantez and Andrew N. Friedman ("the Movants") as Plaintiffs' Lead Counsel and a Steering Committee [Dkt. No. 190].  Ms. Cervantez and Mr. Friedman have represented the interests of the class well since their temporary appointment by the Court and the class would be well-served by their continued representation.

DATED: September 3, 2015         Respectfully submitted,

                                 FEDERMAN & SHERWOOD

                                 */s/ William B. Federman*
                                 William B. Federman
                                 Carin L. Marcussen
                                 10205 N. Pennsylvania Avenue
                                 Oklahoma City, OK 73120
                                 -and-

2926 Maple Avenue, Suite 200
Dallas, Texas  75201
Telephone: (405) 235-1560
Facsimile:  (405) 239-2112
wbf@federmanlaw.com
clm@federmanlaw.com

*Attorney for Plaintiff Weinberger*

### CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically transmit a copy to registered CM/ECF users listed on the Notice of Electronic Filing.

*/s/ William B. Federman*