**EDELSON P.C.**
Jay Edelson
jedelson@edelson.com
Rafey S. Balabanian
rbalabanian@edelson.com
Ari J. Scharg
ascharg@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312-589-6370

**EDELSON P.C.**
Samuel Lasser (SBN - 252754)
slasser@edelson.com
1934 Divisadero Street
San Francisco, California 94115
Tel: 415-994-9930

**GRANT & EISENHOFER P.A.**
Adam J. Levitt
alevitt@gelaw.com
Edmund S. Aronowitz
earonowitz@gelaw.com
30 North LaSalle Street, Suite 2350
Chicago, Illinois 60602
Tel: 312-214-0000

*Counsel for Plaintiff Wendy Ross and Proposed Interim Class Counsel for Proposed BCBSA Track*
(Additional Counsel Appear on Signature Block)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **IN RE ANTHEM, INC. CUSTOMER DATA SECURITY BREACH LITIGATION** | Case No. 15-MD-02617-LHK <br><br> **JAY EDELSON'S AND ADAM J. LEVITT'S REPLY IN SUPPORT OF THEIR FED. R. CIV. P. 23(g) APPLICATION FOR DESIGNATION AS INTERIM CLASS COUNSEL FOR THE PROPOSED BLUE CROSS BLUE SHIELD ASSOCIATION COORDINATED LITIGATION TRACK** <br><br> Date: September 10, 2015 <br> Time: 1:30 p.m. <br> Judge: Lucy H. Koh |

Pursuant to the Court's Order re Preliminary Case Management Conference (Dkt. 16), the Case Management Order (Dkt. 153), and Federal Rule of Civil Procedure 23(g), Jay Edelson and Adam J. Levitt respectfully submit this statement in further support of their application for appointment as Interim Class Counsel with respect to the prosecution of claims against the Blue Cross Blue Shield Association ("BCBSA") and the thirty-six Blue Cross Blue Shield licensees *other than* Defendant Anthem, Inc. (together, the "BCBSA Defendants"). (*See* Dkt. 188 (the "Application").)

First, and of particular significance, is the fact that Edelson's and Levitt's application for their appointment as Interim Class Counsel over a separate, but coordinated, litigation track against BCBSA and non-Anthem Blue Cross Blue Shield licensees (the proposed "BCBSA Track") was neither criticized nor opposed in any of the leadership papers submitted in connection with this MDL. As set out in their Application, Edelson and Levitt emphasized that the proposed BCBSA Track is necessary to protect the interests of Dr. Ross – and other insureds like her – given that Dr. Ross's claims against the BCBSA Defendants arise from different facts and different conduct than the claims against Anthem.

Indeed, and by way of further example of why separate but coordinated BCBSA and Anthem Tracks are required here, the Court need look no further than Defendants' positions set forth in the Second Case Management Statement ("CMO2"), also filed this evening. In CMO2 – on which Edelson and Levitt extensively coordinated with Anthem Plaintiffs' counsel and met and conferred with Defendants' counsel – Defendants repeatedly try to prejudice the *Ross* action by demanding, among other things, that *Ross*-related disclosures and discovery should be stayed during the pendency of dismissal motion practice, while Anthem-related discovery should proceed. Significantly, Defendants' stated position disregards this Court's general rejection of discovery stay demands (*see, e.g., Philips v. Ford Motor Co.*, No. 5:14-cv-2989-LHK (N.D. Cal.), Nov. 29, 2014 Hr'g Tr. at 18:

> The Court: Because, you know, I don't bifurcate cases and ***I don't stay discovery unless – you know, if there's something really that deserves a stay, then the whole case should be gone***, and at that point the parties should just stipulate to dismissal without prejudice with a tolling agreement.
>
> Mr. Levitt: We agree entirely.

EDELSON'S AND LEVITT'S REPLY IN SUPPORT OF THEIR BCBSA TRACK
FED. R. CIV. P. 23(g) LEADERSHIP APPLICATION, No. 15-MD-02617-LHK

1

>The Court: *I don't believe that case should just sit on my docket just, you know, growing old*.

(emphasis added). Without separate protection and prosecution of the BCBSA Track's claims – as Edelson and Levitt propose – Dr. Ross and the other members of that proposed Class are at risk of Anthem's (and the other non-BCBSA Track Defendants') attempted interference with the *Ross* discovery for its own perceived strategic advantage. The Court should prospectively preclude such tactical meddling and permit these different claims to proceed on the proposed separate tracks – which will streamline this litigation and reduce burdens on this Court.

Second, since the JPML transferred the *Ross* action to this Court in mid-August, Edelson and Levitt have demonstrated that a coordinated BCBSA Track and leadership structure is feasible and efficient. Indeed, and demonstrating the power of action over words, over the past few weeks, Edelson and Levitt have coordinated their efforts with Eve Cervantez and Andrew Friedman (Plaintiffs' counsel temporarily designated in the Court's Order re Preliminary Case Management Conference) in several different ways. For example, and because the alleged claims against the BCBSA Defendants raise issues independent of every other case in this MDL, Edelson and Levitt have worked with Interim Lead counsel to, among other things, jointly draft and negotiate a second Case Management Statement (which, as drafted, now accounts for such independent issues), negotiate the terms of the proposed Protective Order, and engage in extensive written and telephonic meet and confer communications with Defendants' counsel. These efforts – coupled with Edelson's and Levitt's demonstrated ability to generally work cooperatively and to coordinate the above-referenced pretrial activities between the BCBSA Track and the Anthem track – confirms that Edelson's and Levitt's proposed approach here (coordinating pre-trial litigation between the Anthem track and BCBSA Track) is demonstrably viable and, indeed, necessary.

Third, Edelson and Levitt's proposed leadership structure with respect to the proposed BCBSA Track is not only streamlined, but is primed to work with any of the other attorneys who have applied to lead the Anthem track cases (*i.e.*, those cases in this MDL that assert claims directly against the Anthem defendants). It is worth emphasizing here that Edelson and Levitt have each recently worked

EDELSON'S AND LEVITT'S REPLY IN SUPPORT OF THEIR BCBSA TRACK
FED. R. CIV. P. 23(g) LEADERSHIP APPLICATION, No. 15-MD-02617-LHK
2

very well with Paul J. Geller, founding partner of Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), a strong candidate for Anthem track leadership (Dkt Nos. 181 and 217).  Mr. Geller and Mr. Levitt served together as Interim Class Counsel in *In re Sony Gaming Networks and Customer Data Security Breach Litigation*, No. 3:11-md-02258-AJB-MDD (S.D. Cal.), which not only involved a similar large-scale data breach of private information and a precedent-setting victory against Sony's dismissal motion, but was resolved successfully without a single objection from the class.  In addition, Mr. Geller and Mr. Edelson were recently appointed as Interim Class Counsel in a cutting-edge privacy case against Facebook pending in this District (*Licata v. Facebook, Inc.*, No. 3:15-cv-03748-MEJ) concerning Facebook's unlawful collection, use, and storage of sensitive biometric data.  In short, Edelson and Levitt have a demonstrated track record of working cooperatively with counsel from other firms in cases just like this one – experience that will be critical when coordinating the prosecution of the two litigation tracks at issue here.

For these reasons, along with those set forth in Edelson's and Levitt's Application, Ms. Ross respectfully requests that the Court enter an Order, pursuant to Fed. R. Civ. P. 23(g), appointing Jay Edelson and Adam Levitt as Interim Class Counsel for a separate, but coordinated, litigation track against the Blue Cross Blue Shield Association and a proposed defendant class of non-Anthem Blue Cross Blue Shield Licensees.

Dated:  September 3, 2015            Respectfully submitted,

/s/Adam J. Levitt
Adam J. Levitt
alevitt@gelaw.com
Edmund S. Aronowitz
earonowitz@gelaw.com
**GRANT & EISENHOFER P.A.**
30 North LaSalle Street, Suite 2350
Chicago, Illinois 60602
Tel: 312-214-0000

/s/Jay Edelson
Jay Edelson
jedelson@edelson.com
Rafey S. Balabanian
rbalabanian@edelson.com
Ari J. Scharg

EDELSON'S AND LEVITT'S REPLY IN SUPPORT OF THEIR BCBSA TRACK
FED. R. CIV. P. 23(g) LEADERSHIP APPLICATION, No. 15-MD-02617-LHK

3

ascharg@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com
**EDELSON PC**
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312-589-6370

Samuel Lasser (SBN - 252754)
slasser@edelson.com
**EDELSON PC**
1934 Divisadero Street
San Francisco, California 94115
Tel: 415-994-9930

*Counsel for Plaintiff Wendy Ross and Proposed Interim Class Counsel for Proposed BCBSA Track*

David S. Senoff
dsenoff@cbmclaw.com
**CAROSELLI BEACHLER MCTIERNAN & CONBOY**
1845 Walnut Street, Fifteenth Floor
Philadelphia, Pennsylvania 19103
Tel: 215-609-1350

*Additional Counsel for Plaintiff Wendy Ross*