UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE: ANTHEM, INC., DATA BREACH LITIGATION | Case No. 5:15-md-02617-LHK<br><br>**NOTICE OF CHANGE OF FIRM NAME AND CONTACT INFORMATION** |

Comes now the undersigned, on behalf of Plaintiff, Maureen Foley, an individual, on behalf of herself and all others similarly situated, and notifies the Court and the parties of a change of firm name and contact information. The updated contact information for Plaintiff's counsel is as follows:

> William N. Riley
> Joseph N. Williams
> James A. Piatt
> RILEY WILLIAMS & PIATT, LLC
> 301 Massachusetts Avenue
> Indianapolis, IN  46204
> (317) 633-5270
> Fax:  (317) 426-3348
> Email:       wriley@rwp-law.com
>                  jwilliams@rwp-law.com
>                  jpiatt@rwp-law.com

Respectfully submitted,

RILEY WILLIAMS & PIATT, LLC

_____
William N. Riley, Atty. No. 14941-49
Joseph N. Williams, Atty. No. 25874-49
James A. Piatt, Atty. No. 28320-49
301 Massachusetts Avenue
Indianapolis, IN  46204

(317) 633-5270  
Fax:  (317) 426-3348  
Email:    wriley@rwp-law.com  
jwilliams@rwp-law.com  
jpiatt@rwp-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of September, 2015, I caused to be filed a true and correct copy of the foregoing electronically using the Court's electronic case filing (CM/ECF), which automatically generated and sent notice of the electronic filing to the e-mail addresses of counsel of record in the action.

/s/ William N. Riley  
William N. Riley