1  Dan Lawton (SBN 127342)
   LAWTON LAW FIRM
2  Emerald Plaza
   402 West Broadway, Suite 1330
3  San Diego, California 92101
   619.595.1406 (telephone)
4  619.595.1520 (facsimile)
   619.459.2420 (mobile)
5  www.lawtonlaw.com

6

7

8

9

10

11

12              **IN THE UNITED STATES DISTRICT COURT**

13            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

14                          **SAN JOSE DIVISION**

15

| IN RE ANTHEM, INC. DATA BREACH LITIGATION | Case No.: 15-MD-02617-LHK |
|---|---|
| | **PLAINTIFF SANDY MYERS' WITHDRAWAL OF HER COUNSEL'S REQUEST FOR TELEPHONIC APPEARANCE AT HEARING** |
| | **Honorable Lucy H. Koh** |

1  Plaintiff Sandy Myers hereby withdraws her counsel's request to appear telephonically at the
2  hearing that the Court has scheduled for September 10, 2015.  Sandy Myers is the plaintiff in *Myers*
3  *v. Blue Cross of California, et al.*, No. 5:15-cv-01766-LHK (N.D. Cal. filed Apr. 20, 2015).

DATED:  September 10, 2015                             Respectfully Submitted,

                                                                              s/Dan Lawton
                                                                                Dan Lawton

Dan Lawton
**LAWTON LAW FIRM**
Emerald Plaza
402 West Broadway, Suite 1330
San Diego, California 92101
619.595.1406 (telephone)
619.595.1520 (facsimile)
619.459.2420 (mobile)
www.lawtonlaw.com

1

Case No.: 15-MD-02617-LHK   Withdrawal of Request for Telephonic Appearance at Case Management Conference

# PROOF OF SERVICE

STATE OF CALIFORNIA   )
                     ) ss.:
COUNTY OF SAN DIEGO  )

      I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is Emerald Plaza, 402 West Broadway, Suite 1330, San Diego, California 92101.

      On September 10, 2015, I served the document(s) described as:

**PLAINTIFF SANDY MYERS' WITHDRAWAL OF HER COUNSEL'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**

[X]    **BY ELECTRONIC TRANSMISSION USING THE COURT'S ECF SYSTEM:** I caused the above document(s) to be transmitted by electronic mail to those ECF registered parties listed on the Notice of Electronic Filing (NEF) pursuant to Fed.R.Civ.P. 5(d)(1) and by first class mail to those non-ECF registered parties listed on the Notice of Electronic Filing (NEF). *"A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P. 5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."*

      I declare, under penalty of perjury under the laws of the United States, that the above is true and correct.

      Executed on September 10, 2015, at San Diego, California.

                                                  s/Dan Lawton
                                                  Dan Lawton