UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANTHEM, INC. DATA BREACH LITIGATION | Case No. 15-MD-02617-LHK<br><br>**CASE MANAGEMENT ORDER** |

**Interim Plaintiffs' Counsel:** Eve Cervantez; Andrew Friedman
**Defendants' Counsel:** Craig Hoover; Desmond Hogan; Michael Maddigan; Maren Clouse; Chad Fuller

A case management conference was held on September 10, 2015. For a list of all counsel who appeared at the case management conference, see ECF No. 280.

A further case management conference is set for October 23, 2015, at 4:00 p.m. The parties shall file their joint case management statement by October 21, 2015, at 10:00 a.m. That joint statement shall propose the causes of action from the Consolidated Amended Complaint that will be the subject of the motion to dismiss. The Court is currently contemplating no more than a total of six causes of action in the motion to dismiss.

The Court will not stay discovery against any defendants, including the Blue Cross Blue Shield Association ("BCBSA") and non-Anthem BCBSA licensees. Nor will the Court divide the MDL into two tracks, as proposed by counsel for the plaintiff in *Ross v. Blue Cross Blue Shield Ass'n et al.* (Case No. 15-CV-03744-LHK).

1
Case No. 15-MD-02617-LHK
CASE MANAGEMENT ORDER

The page limits for the motion to dismiss and the motion for class certification shall be governed by the Court's Civil Local Rules: twenty-five (25) for the motion, twenty-five (25) for the opposition, and fifteen (15) for any reply. The Court is currently contemplating a total of no more than three causes of action in the motion for class certification. Each side is limited to three (3) *Daubert* motions in connection with class certification. The page limits are four (4) for the motions, four (4) for the oppositions, and three (3) for any replies.

The Court ruled on the motions for appointment of lead plaintiffs' counsel on September 11, 2015. ECF No. 284.

Accordingly, the case schedule is as follows:

| Scheduled Event | Date |
| --- | --- |
| Deadline to File Protective Order | September 18, 2015 |
| Start of Fact Discovery | September 21, 2015 |
| Deadline for Defendants to Produce Mandiant Forensic Report | September 25, 2015 |
| Deadline to File Consolidated Amended Complaint | October 19, 2015 |
| Further Case Management Conference | October 23, 2015, at 4:00 p.m. |
| Deadline to Exchange Initial Disclosures | November 2, 2015 |
| Deadline for Disclosures of Non-Party Interested Entities or Persons | November 2, 2015 |
| Briefing Schedule on Motion to Dismiss | Motion: November 16, 2015<br>Opp'n: December 14, 2015<br>Reply: January 11, 2016 |
| Hearing on Motion to Dismiss | February 4, 2016, at 1:30 p.m. |
| Deadline to File Second Consolidated Amended Complaint | 30 Days After Ruling on Motion to Dismiss |
| Deadline to File Second Round Motion to Dismiss, if any | 21 Days After Filing of Second Consolidated Amended Complaint |
| Deadline to File Opposition to Second Round Motion to Dismiss, if any | 21 Days After Filing of Second Round Motion to Dismiss |
| Deadline to File Reply in Support of Second Round Motion to Dismiss, if any | 14 Days After Filing of Opposition to Second Round Motion to Dismiss |
| Hearing on Second Round Motion to Dismiss, if any | May 26, 2016, at 1:30 p.m. |

| Scheduled Event | Date |
|---|---|
| Close of Fact Discovery | October 17, 2016<br>(July 25, 2016)[1] |
| Identification of Plaintiffs' Experts for Class Certification and Report | November 7, 2016<br>(August 15, 2016) |
| Identification of Defendants' Experts for Class Certification and Report | November 28, 2016<br>(September 6, 2016) |
| Identification of Plaintiffs' Rebuttal Witnesses for Class Certification and Report | December 19, 2016<br>(September 26, 2016) |
| Last Day to Depose Experts (i.e., Close of Expert Discovery) | January 23, 2017<br>(October 31, 2016) |
| Last Day to Amend Pleadings/Add Parties | February 3, 2017<br>(November 14, 2016) |
| Deadline to File Motion for Class Certification and Opening *Daubert* Motions | February 17, 2017<br>(November 30, 2016) |
| Deadline to File Opposition to Motion for Class Certification and Oppositions to *Daubert* Motions | March 17, 2017<br>(January 6, 2017) |
| Deadline to File Reply in Support of Motion for Class Certification and *Daubert* Replies | April 14, 2017<br>(February 3, 2017) |
| Hearing on Motion for Class Certification and *Daubert* Motions | May 4, 2017, at 1:30 p.m.<br>(February 23, 2017, at 1:30 p.m.) |

**IT IS SO ORDERED.**

Dated: September 11, 2015

_____
LUCY H. KOH
United States District Judge

---

[1] Dates in parentheses assume no second round motion to dismiss is filed.

Case No. 15-MD-02617-LHK
CASE MANAGEMENT ORDER
3