UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANTHEM, INC. DATA BREACH LITIGATION | Case No. 15-MD-02617-LHK<br><br>**ORDER RE ASSIGNMENT OF TASKS** |

The Court hereby clarifies its Order Appointing Lead Plaintiffs' Counsel. ECF No. 284. Co-Lead Plaintiffs' Counsel may assign discrete tasks to counsel for other plaintiffs in this MDL for resource-intensive tasks such as identifying plaintiffs for the Consolidated Amended Complaint and reviewing discovery. This augmentation of resources should be on an as needed basis and consistent with efficiency.

**IT IS SO ORDERED.**

Dated: September 14, 2015

_____
LUCY H. KOH
United States District Judge