ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
      – and –
PAUL J. GELLER
STUART A. DAVIDSON
MARK J. DEARMAN
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
sdavidson@rgrdlaw.com
mdearman@rgrdlaw.com
      – and –
SAMUEL H. RUDMAN
MARK S. REICH
WILLIAM J. GEDDISH
58 South Service Road, Suite 200
Melville, NY  11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
mreich@rgrdlaw.com
wgeddish@rgrdlaw.com

*Attorneys for Plaintiff Kimberly T. Hyde*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re ANTHEM, INC. DATA BREACH LITIGATION | Case No. 15-MD-02617-LHK<br><br>NOTICE OF REQUEST FOR WITHDRAWAL OF COUNSEL |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that former lead counsel movant Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), counsel for plaintiff Kimberly T. Hyde, and attorneys Shawn A. Williams, Paul J. Geller and Mark S. Reich hereby request to withdraw as counsel in this action. On September 11, 2015, this Court appointed Eve Cervantez of Altshuler Berzon LLP and Andrew Friedman of Cohen Milstein Sellers & Toll PLLC as Co-Lead Plaintiffs' Counsel in this case. Please remove Robbins Geller from the docket and from any service lists pertaining to this action as counsel of record, along with the above-named attorneys. A [Proposed] Order granting the withdrawal is submitted herewith as Exhibit A.

DATED: September 16, 2015

ROBBINS GELLER RUDMAN
 & DOWD LLP
SHAWN A. WILLIAMS


*s/ Shawn A. Williams*
SHAWN A. WILLIAMS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
 & DOWD LLP
PAUL J. GELLER
STUART A. DAVIDSON
MARK J. DEARMAN
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

ROBBINS GELLER RUDMAN
 & DOWD LLP
SAMUEL H. RUDMAN
MARK S. REICH
WILLIAM J. GEDDISH
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

*Attorneys for Plaintiff Kimberly T. Hyde*

NOTICE OF REQUEST FOR WITHDRAWAL OF COUNSEL - 15-MD-02617-LHK         - 1 -

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2015, I authorized the electronic filing of the foregoing NOTICE OF REQUEST FOR WITHDRAWAL OF COUNSEL with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of all counsel of record in this action.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 16, 2015.

                                            *s/ Shawn A. Williams*
                                        SHAWN A. WILLIAMS

ROBBINS GELLER RUDMAN
  & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: shawnw@rgrdlaw.com

**Mailing Information for a Case  5:15-md-02617-LHK In re Anthem, Inc. Data Breach Litigation**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **ELLIOT ADLER**
  EAdler@TheAdlerFirm.com

- **Robert Ahdoot**
  rahdoot@ahdootwolfson.com,twolfson@ahdootwolfson.com,mlierz@ahdootwolfson.com,bking@ahdootwolfson.com,filings@ahdootwolfson.com

- **Lee Albert**
  lalbert@glancylaw.com

- **Chase C. Alvord**
  calvord@tousley.com,jmrozek@tousley.com

- **Clayeo C. Arnold**
  clay@justice4you.com,cdoyle@justice4you.com,jnorris@justice4you.com,JWatson@justice4you.com

- **Edmund S. Aronowitz**
  earonowitz@gelaw.com

- **Benno B Ashrafi**
  bashrafi@weitzlux.com

- **Rafey S. Balabanian**
  rbalabanian@edelson.com

- **Francis Joseph Balint , Jr**
  fbalint@bffb.com

- **Ben Barnow**
  b.barnow@barnowlaw.com,s.harris@barnowlaw.com,j.blake@barnowlaw.com

- **Ari Basser**
  ABASSER@BASSERLAW.COM

- **Stephen R. Basser**
  sbasser@barrack.com,jmueller@barrack.com

- **Wendy M. Behan**
  wbehan@cglaw.com

- **Jerusalem Beligan**
  jbeligan@bisnarchase.com,jruiz@bisnarchase.com

- **Jerusalem F Beligan**
  jbeligan@bisnarchase.com

- **Natalie Finkelman Bennett**
  nfinkelman@sfmslaw.com,pleadings@sfmslaw.com,smoss@sfmslaw.com

- **David Michael Berger**
  davidberger@classlawgroup.com,deniseharmon@classlawgroup.com

- **Steve W. Berman**
  steve@hbsslaw.com,heatherw@hbsslaw.com,nicolleg@hbsslaw.com

- **Shehnaz M. Bhujwala**
  bhujwala@boucher.la,haro@boucher.la

- **James Bilsborrow**
  jbilsborrow@weitzlux.com

- **James J Bilsborrow**
  jbilsborrow@weitzlux.com

- **Patrice L. Bishop**
  service@ssbla.com

- **Peter R Bisio**
  peter.bisio@hoganlovells.com,allison.holt@hoganlovells.com,vassi.iliadis@hoganlovells.com,albert.hagovsky@hoganlovells.com,adam.a.cooke@hoganlovells.com

- **Gayle Meryl Blatt**
  gmb@cglaw.com,sheilah@cglaw.com,sleonard@cglaw.com

- **Bryan L. Bleichner**
  bbleichner@chestnutcambronne.com,dproulx@chestnutcambronne.com

- **Thomas Kay Boardman**
  tboardman@scott-scott.com

- **Gaitri Boodhoo**
  gboodhoo@brualdilawfirm.com

- **Jeffrey D. Bores**
  jbores@chestnutcambronne.com

- **Raymond Paul Boucher**
  ray@boucher.la,haro@boucher.la

- **Maureen M. Brady**
  mbrady@mcshanebradylaw.com

- **Andrew England Brashier**
  Andrew.Brashier@BeasleyAllen.com,Whitney.Gagnon@BeasleyAllen.com

- **Christopher W. Brooker**
  cbrooker@wyattfirm.com

- **Gregory Garth Brown**
  gbrown@bc-llp.com

- **Richard B. Brualdi**
  rbrualdi@brualdilawfirm.com,gboodhoo@brualdilawfirm.com

- **Bradley Christopher Buhrow**
  brad.buhrow@zimmreed.com,sabine.king@zimmreed.com

- **Sean P. Burke**
  sean.burke@mbcblaw.com

- **Thomas Hamilton Burt**
  burt@whafh.com

- **Gretchen Freeman Cappio**
  gcappio@kellerrohrback.com,cbrewer@kellerrohrback.com

- **Todd David Carpenter**
  Todd@Carpenterlawyers.com

- **David S. Casey , Jr**
  dcasey@cglaw.com,sleonard@cglaw.com

- **Eve Hedy Cervantez**
  ecervantez@altshulerberzon.com,pnikolic@altber.com,mbroad@altber.com

- **Brian D Chase**
  bchase@bisnarchase.com

- **E. B. Chiles , IV**
  cchiles@qgtb.com

- **Mario Man-Lung Choi**
  mchoi@kaplanfox.com

- **Maren Jessica Clouse**
  maren.clouse@hoganlovells.com,michael.ewers@hoganlovells.com

- **Timothy Douglas Cohelan**
  tcohelan@ckslaw.com,matlas@ckslaw.com,aworden@ckslaw.com,ccarvajal@ckslaw.com

- **Hamish S. Cohen**
  hamish.cohen@mbcblaw.com

- **Lucile Hartley Cohen**
  lucie.cohen@nelsonmullins.com

- **Erin Green Comite**
  ecomite@scott-scott.com

- **Joseph W. Cotchett**
  jcotchett@cpmlegal.com

- **Cassandra Lauren Crawford**
  cassie.crawford@nelsonmullins.com

- **P. Gregory Cross**
  pgcross@thecrosslawfirm.com

- **Christopher Barton Dalbey**

cdalbey@weitzlux.com

- **Matthew Dameron**
  matt@williamsdirks.com,rackers@williamsdirks.com,bstrickland@williamsdirks.com,emiller@williamsdirks.com

- **Paul Treanor Davis**
  pdavis@fed-firm.com,anelson@fed-firm.com

- **M. Adrianne De Castro**
  adrianne@desai-law.com,sonia@desai-law.com

- **Patrick Joseph Dempsey**
  patrick.dempsey@hoganlovells.com

- **Jason T Dennett**
  jdennett@tousley.com

- **Aashish Y Desai**
  aashish@desai-law.com

- **Ahmed S Diab**
  adiab@gomeztrialattorneys.com

- **Eric L. Dirks**
  dirks@williamsdirks.com

- **Deborah Suzanne Dixon**
  Ddixon@gomeztrialattorneys.com,kmcdaniel@gomeztrialattorneys.com

- **Everette L. Doffermyre , Jr**
  edoffermyre@dsckd.com

- **Lauren I Dubick**
  ldubick@kaplanfox.com

- **Robert E. Duff**
  robert@robertdufflaw.com

- **Cornelius Pellman Dukelow**
  cdukelow@abingtonlaw.com

- **Michael G. Durham**
  mdurham@ddnctlaw.com

- **Ari Jacob Dybnis**
  ari.dybnis@gmail.com

- **Jay Edelson**
  jedelson@edelson.com

- **Matthew Kendall Edling**
  medling@cpmlegal.com,rbarghi@cpmlegal.com,obacigalupi@cpmlegal.com,jacosta@cpmlegal.com

- **Vincent J. Esades**
  vesades@heinsmills.com,lgehrking@heinsmills.com,ikovarik@heinsmills.com,rsteiner@heinsmills.com

- **Jamisen A. Etzel**
  jetzel@carlsonlynch.com

- **Jason C. Evans**
  jevans@cglaw.com,sleonard@cglaw.com

- **Brennan Patrick Fagan**
  bfagan@fed-firm.com,bkrabbenhoft@fed-firm.com

- **Emily A. Faith**
  efaith@thebdfirm.com

- **Rigel Caitlin Farr**
  rigel.farr@obermayer.com

- **Gordon M. Fauth , Jr**
  gmf@classlitigation.com

- **William B. Federman**
  wbf@federmanlaw.com,ngb@federmanlaw.com,law@federmanlaw.com

- **John Paul Fiske**
  fiske@gomeztrialattorneys.com,michelle@gomeztrialattorneys.com,jnard@gomeztrialattorneys.com

- **Mark S. Fistos**
  mark@pathtojustice.com

- **Michael J. Fleming**
  mfleming@forbeslawgroup.com

- **Edmond W. Foley**
  efoley@foleyandsmall.com

- **Linda M. Fong**
  lfong@kaplanfox.com

- **Frankie Joe Forbes**
  fforbes@forbeslawgroup.com

- **Greg William Foster**
  greg@stewartandstewart.net

- **Daniel Frech**
  dfrech@spanglaw.com,pfrietchen@spanglaw.com

- **Lisa Fried**
  lisa.fried@hoganlovells.com

- **Andrew N. Friedman**
  afriedman@cohenmilstein.com

- **Andrew S. Friedman**
  afriedman@bffb.com,paquilino@bffb.com,rcreech@bffb.com

- **Mark S. Fryman , Jr**
  fryman@starrausten.com

- **Chad R Fuller**
  chad.fuller@troutmansanders.com,ann.ridyard@troutmansanders.com,lori.dawson@troutmansanders.com

- **David W. Gearhart**
  dgearhart@lewisrice.com

- **Matthew H. Geelan**
  mgeelan@ddnctlaw.com

- **Paul J. Geller**
  pgeller@rgrdlaw.com,swinkles@rgrdlaw.com

- **Matthew B. George**
  mgeorge@kaplanfox.com

- **Troy N. Giatras**
  troy@thewvlawfirm.com,tracy@thewvlawfirm.com,pam@thewvlawfirm.com,matt@thewvlawfirm.com,missy@thewvlawfirm.com

- **Eric H. Gibbs**
  ehg@classlawgroup.com,stevelopez@classlawgroup.com,jat@girardgibbs.com,deniseharmon@classlawgroup.com,mls@classlawgroup.com,amv@girardgibbs.com,sal

- **Scott D. Gilchrist**
  sgilchrist@cohenandmalad.com,jsmock@cohenandmalad.com

- **Daniel C. Girard**
  dcg@girardgibbs.com,mce@girardgibbs.com,amv@girardgibbs.com

- **Thomas V. Girardi**
  tgirardi@girardikeese.com

- **Scott Charles Glovsky**
  sglovsky@scottglovskylaw.com,aheath@scottglovskylaw.com,rliao@scottglovskylaw.com,adybnis@scottglovskylaw.com

- **Thomas Glynn**
  tom@glynnlawgroup.com

- **Mark S. Goldman**
  goldman@lawgsp.com

- **Jayne Arnold Goldstein**
  jagoldstein@pomlaw.com

- **Melissa McCoy Gormly**
  mmgormly@vorys.com

- **Gary S. Graifman**
  ggraifman@kgglaw.com,ccornfield@kgglaw.com

- **Benjamin K. Grant**
  bgrant@mcteaguehigbee.com,plkelly@mcteaguehigbee.com

- **Robert S. Green**

gnecf@classcounsel.com

- **Betsy Katherine Greene**
  betsy@greeneschultz.com

- **Robin L. Greenwald**
  rgreenwald@weitzlux.com

- **Robin Lynn Greenwald**
  rgreenwald@weitzlux.com

- **Keith David Griffin**
  kgriffin@girardikeese.com,mrosadini@girardikeese.com,akurke@girardikeese.com

- **Scott M. Grzenczyk**
  smg@girardgibbs.com,jar@girardgibbs.com

- **Brian Gudmundson**
  bcg@zimmreed.com,heidi.cuppy@zimmreed.com,leslie.harms@zimmreed.com

- **Joseph P. Guglielmo**
  jguglielmo@scott-scott.com,edewan@scott-scott.com,tcrockett@scott-scott.com,kjager@scott-scott.com,efile@scott-scott.com

- **Sally Mae Handmaker**
  shandmaker@cohenmilstein.com

- **Jason S Hartley**
  hartley@stuevesiegel.com

- **Gregory Haynes**
  ghaynes@wyattfirm.com

- **David J. Hensel**
  dhensel@pencehensel.com

- **Daniel Oswaldo Herrera**
  dherrera@caffertyclobes.com,docket@caffertyclobes.com,snyland@caffertyclobes.com

- **James Jason Hill**
  jhill@ckslaw.com,matlas@ckslaw.com,aworden@ckslaw.com,ccarvajal@ckslaw.com

- **George Hoffman , III**
  george.hoffman@hanlawfirm.com

- **E. Desmond Hogan**
  desmond.hogan@hoganlovells.com

- **Allison M Holt**
  allison.holt@hoganlovells.com

- **Craig A Hoover**
  craig.hoover@hoganlovells.com

- **Craig Alan Hoover**
  craig.hoover@hoganlovells.com

- **Shannon L Hopkins**
  shopkins@zlk.com

- **Steven R. Jaffe**
  steve@pathtojustice.com

- **Ronald E. Johnson , Jr**
  rjohnson@pschachter.com,amcmullen@pschachter.com

- **Willem F. Jonckheer**
  wjonckheer@schubertlawfirm.com,kmessinger@schubertlawfirm.com,jzaneri@schubertlawfirm.com,epawson@schubertlawfirm.com

- **Robert N. Kaplan**
  rkaplan@kaplanfox.com

- **Andy Katz**
  andykatzlaw@gmail.com

- **Brian Kavanaugh**
  brian.kavanaugh@kirkland.com

- **Jay P. Kennedy**
  jpk@kgrlaw.com

- **Edwin J. Kilpela , Jr**
  ekilpela@carlsonlynch.com

- **Cavender C Kimble**
  ckimble@balch.com

- **Bradley K King**
  bking@ahdootwolfson.com

- **Laurence D. King**
  lking@kaplanfox.com,spowley@kaplanfox.com

- **Matthew C. Klase**
  mattklase@bellsouth.net

- **Amanda K. Klevorn**
  aklevorn@murray-lawfirm.com

- **Joseph N. Kravec , Jr**
  jkravec@fdpklaw.com,jnk561@yahoo.com,filings@fdpklaw.com

- **Nancy A. Kulesa**
  nkulesa@zlk.com

- **Phillip A Kuri**
  pkuri@elkandelk.com

- **Jon Jason Lambiras**
  jlambiras@bm.net

- **Steven L. Langer**
  slanger@langerandlanger.com

- **Dennis R. Lansdowne**
  dlansdowne@spanglaw.com

- **Cari C. Laufenberg**
  claufenberg@kellerrohrback.com

- **Dan Anthony Lawton**
  dan@lawtonlaw.com,lee@lawtonlaw.com,joe@lawtonlaw.com

- **Daniel Timothy LeBel**
  danlebel@consumerlawpractice.com,danlebel@pacernotice.com

- **Christopher L. Lebsock**
  clebsock@hausfeldllp.com

- **Lisa S. Lee**
  llee@myadvocates.com,ocolonero@myadvocates.com

- **Seth Michael Lehrman**
  seth@pathtojustice.com,steve@pathtojustice.com,mark@pathtojustice.com,ecf@pathtojustice.com

- **G. Franklin Lemond , Jr**
  flemond@webbllc.com,franklin@webbllc.com

- **Irwin B. Levin**
  ilevin@cohenandmalad.com

- **Adam J. Levitt**
  alevitt@gelaw.com,kmcgee@gelaw.com,cnevers@gelaw.com,alebdjiri@gelaw.com,jtangren@gelaw.com,earonowitz@gelaw.com

- **Wyatt A. Lison**
  wlison@fdpklaw.com,filings@fdpklaw.com

- **Jonathan Charles Little**
  jon@sllawfirm.com

- **Thomas E Loeser**
  toml@hbsslaw.com

- **Thomas Eric Loeser**
  toml@hbsslaw.com,dawn@hbsslaw.com

- **Stephen A. Loney , Jr**
  stephen.loney@hoganlovells.com

- **Howard Theodore Longman**
  hlongman@ssbny.com

- **Steven Augustine Lopez**
  sal@classlawgroup.com

- **Gary F Lynch**

glynch@carlsonlynch.com,nehrheart@carlsonlynch.com,jetzel@carlsonlynch.com,emcfarland@carlsonlynch.com,ecf@carlsonlynch.com

- **Sarah Nicole Lynch**
  slynch@pschachter.com

- **Michael M Maddigan**
  michael.maddigan@hoganlovells.com

- **Michael McDonald Maddigan**
  michael.maddigan@hoganlovells.com,vincent.cordi@hoganlovells.com,carmela.barrera@hoganlovells.com

- **Rosanne L. Mah**
  rosanne.mah@bingham.com

- **RoseMarie Maliekel**
  rmaliekel@lchb.com

- **Jill Michelle Manning**
  jmanning@steyerlaw.com,lrorem@steyerlaw.com

- **Carin Leigh Marcussen**
  clm@federmanlaw.com

- **Caleb Marker**
  clm@ridoutmarker.com,sabine.king@zimmreed.com,ecf@ridoutmarker.com

- **John Derrick Martin**
  john.martin@nelsonmullins.com

- **Theodore W. Maya**
  tmaya@ahdootwolfson.com

- **Theodore Walter Maya**
  tmaya@ahdootwolfson.com,tmayalaw@gmail.com

- **Douglas James McNamara**
  dmcnamara@cohenmilstein.com,efilings@cohenmilstein.com

- **W. Daniel Miles , III**
  dee.miles@beasleyallen.com

- **Andrew B. Miller**
  miller@starrausten.com

- **Vess Allen Miller**
  vmiller@cohenandmalad.com,cmeadows@cohenandmalad.com,rshevitz@cohenandmalad.com

- **J. Austin Moore**
  moore@stuevesiegel.com

- **Manfred Patrick Muecke**
  mmuecke@bffb.com,paquilino@bffb.com,rcreech@bffb.com

- **Manfred Patrick Muecke , Jr**
  mmuecke@bffb.com

- **Arthur Mahony Murray**
  amurray@murray-lawfirm.com,jhenry@murray-lawfirm.com,cthomas@murray-lawfirm.com,cfitzgerald@murray-lawfirm.com,thorne@murray-lawfirm.com

- **Brian P. Murray**
  bmurray@glancylaw.com

- **Stephen Barnett Murray**
  smurray@murray-lawfirm.com

- **Ronald A. Norwood**
  rnorwood@lewisrice.com

- **Leigh Anne Parker**
  lparker@weisslawllp.com,infoca@weisslurie.com

- **Michael Ben Pasternak**
  mpasternak1@msn.com

- **Richard M. Paul , III**
  paul@paulmcinnes.com,mcinnes@paulmcinnes.com,kendra@paulmcinnes.com

- **William Thomas Payne**
  wpayne@fdpklaw.com,filings@fdpklaw.com,gbrown@fdpklaw.com

- **Brian Douglas Penny**
  penny@gskplaw.com

- **Robert Armand Perez , Sr**
  rperez@cinci.rr.com

- **Neal F. Perryman**
  nperryman@lewisrice.com

- **James Piatt**
  jpiatt@price-law.com

- **Wesley Kaikaina Polischuk**
  wpolischuk@rcrsd.com

- **Andrei V. Rado**
  arado@milberg.com,maoffice@milberg.com

- **T Dylan Reeves**
  dreeves@stewartandstewart.net

- **Mark S. Reich**
  mreich@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

- **Alexandria J. Reyes**
  alex.reyes@troutmansanders.com

- **Joel R Rhine**
  jrr@rhinelawfirm.com

- **Rachele R. Rickert**
  rickert@whafh.com,cabrera@whafh.com,burt@whafh.com,boyles@whafh.com

- **Rachele Renee Rickert**
  rickert@whafh.com

- **Christopher Paul Ridout**
  cpr@ridoutmarker.com,sabine.king@zimmreed.com,ecf@ridoutmarker.com

- **Karen Hanson Riebel**
  khriebel@locklaw.com,crjohnson@locklaw.com,arpederson@locklaw.com

- **Daniel Aaron Rihn**
  arihn@peircelaw.com,mrossi@peircelaw.com

- **William N Riley**
  wriley@rwp-law.com,eamos@rwp-law.com,mllewellyn@rwp-law.com

- **Rosemary M. Rivas**
  rrivas@finkelsteinthompson.com,rbcthomas@finkelsteinthompson.com,ksatterfield@finkelsteinthompson.com,adang@finkelsteinthompson.com,arivas@finkelsteinthor

- **Daniel S Robinson**
  drobinson@rcrsd.com

- **Daniel Stewart Robinson**
  drobinson@rcrsd.com,ctakanabe@rcrlaw.net,cbregman@rcrlaw.net,lclark@rcrlaw.net,banderson@rcrlaw.net,lgould@rcrlaw.net,jrogers@rcrlaw.net,bzwirner@rcrsd.co

- **Mark P. Robinson , Jr**
  mrobinson@rcrlaw.net,ctakanabe@rcrlaw.net,cbregman@rcrlaw.net,lmoen@rcrlaw.net,bzwirner@rcrsd.com

- **Francis J. Rondoni**
  frondoni@chestnutcambronne.com

- **David N. Rosen**
  drosen@davidrosenlaw.com,airizarry@davidrosenlaw.com

- **David W. Ruoff**
  druoff@howardruoff.com,jdowaliby@howardruoff.com,mvincent@howardruoff.com

- **Syed Ali Saeed**
  ali@sllawfirm.com,betty@sllawfirm.com

- **Robin J. Samuel**
  robin.samuel@hoganlovells.com

- **Geraldine G. Sanchez**
  gsanchez@roachhewitt.com

- **Gil Santamarina**
  gil@santamarinalaw.net

- **Lynn L. Sarko**
  lsarko@kellerrohrback.com

- **Sherrie R Savett**

ssavett@bm.net

- **Sherrie R. Savett**
  ssavett@bm.net

- **Ari Jonathan Scharg**
  ascharg@edelson.com

- **Noah M. Schubert**
  nschubert@schubertlawfirm.com,epawson@schubertlawfirm.com,ecf-b7507c9337a7@ecf.pacerpro.com

- **Robert C. Schubert**
  rschubert@schubertlawfirm.com,kmessinger@schubertlawfirm.com,epawson@schubertlawfirm.com

- **Robert J. Schuckit**
  rschuckit@schuckitlaw.com,rputerbaugh@schuckitlaw.com,mpate@schuckitlaw.com

- **Frederick Schultz**
  fred@greeneschultz.com

- **Frederick William Schultz**
  fred@greeneschultz.com

- **Ashlea G. Schwarz**
  ashlea@paulmcinnes.com

- **Zachary R Scribner**
  zach@consumerlawpractice.com,zachscribner@gmail.com

- **David Samuel Senoff**
  dsenoff@cbmclaw.com,cmcnally@cbmclaw.com

- **Mathieu Shapiro**
  mathieu.shapiro@obermayer.com

- **Richard E. Shevitz**
  rshevitz@cohenandmalad.com,cmeadows@cohenandmalad.com

- **Norman E. Siegel**
  siegel@stuevesiegel.com,marquart@stuevesiegel.com,perez@stuevesiegel.com

- **Heidi M Silton**
  hmsilton@locklaw.com,hnpotteiger@locklaw.com,arpederson@locklaw.com

- **Michael D Singer**
  msinger@ckslaw.com

- **Joseph J Siprut**
  jsiprut@siprut.com

- **William Joseph Skepnek , Jr**
  bskepnek@skepneklaw.com

- **David A. Slossberg**
  dslossberg@hssklaw.com

- **Craig H. Smith**
  craig.smith@hoganlovells.com

- **Michael W. Sobol**
  msobol@lchb.com,jrudnick@lchb.com

- **Robert Roth Sparks**
  rrsparks@strausstroy.com,ecf-33a7906f6707@ecf.pacerpro.com

- **Mark A. Stafford**
  Mark.Stafford@nelsonmullins.com

- **Scott L. Starr**
  starr@starrausten.com

- **Kim D. Stephens**
  kstephens@tousley.com,mandrzejewski@tousley.com,efile@tousley.com

- **John S. Steward**
  glaw123@aol.com

- **Michael Gilman Stewart**
  mikes@branstetterlaw.com,calebb@branstetterlaw.com,jeromem@branstterlaw.com,bethm@branstetterlaw.com

- **Matthew Stonestreet**
  matt@thewvlawfirm.com

- **James Gerard Stranch , IV**
  gerards@bsjfirm.com,lisam@bsjfirm.com,nickg@bsjfirm.com,jeromem@bsjfirm.com,michelled@bsjfirm.com,bethm@bsjfirm.com

- **James A. Streett**
  james@streettlaw.com

- **Danyel Struble**
  dstruble@thecrosslawfirm.com

- **Nicole Diane Sugnet**
  nsugnet@lchb.com

- **Bonny E. Sweeney**
  bsweeney@hausfeld.com,celder@hausfeld.com

- **Ariana J. Tadler**
  atadler@milberg.com,maoffice@milberg.com,calexander@milberg.com,mkeenan@milberg.com

- **Michael C. Theis**
  michael.theis@hoganlovells.com

- **Jaime L. Theriot**
  jaime.theriot@troutmansanders.com

- **Benjamin Thomassen**
  bthomassen@edelson.com

- **Benjamin Scott Thomassen**
  bthomassen@edelson.com,docket@edelson.com

- **Lynn A Toops**
  ltoops@cohenandmalad.com,cmeadows@cohenandmalad.com,jsmock@cohenandmalad.com

- **Michael J. Tuteur**
  mtuteur@foley.com

- **Barrett Jay Vahle**
  vahle@stuevesiegel.com,williams@stuevesiegel.com,perez@stuevesiegel.com

- **Michael J Walsh**
  walshandwalsh@gmail.com

- **Michael James Walsh**
  michaeljwalshesq@aol.com,walshandwalsh@aol.com

- **Jasper Ward**
  jasper@jonesward.com

- **Samuel M. Ward**
  sward@barrack.com,jmueller@barrack.com

- **Katherine Wheaton Warner**
  kate.warner@kirkland.com,benjamin.faheyburke@kirkland.com,meghan.guzaitis@kirkland.com

- **Joshua Haakon Watson**
  jwatson@justice4you.com

- **Edward Adam Webb**
  eadamwebb@hotmail.com

- **Robert Neal Webner**
  RNWebner@vssp.com

- **Jonathan David Weissglass**
  jweissglass@altshulerberzon.com,smendez@altshulerberzon.com

- **Eric H. Weitz**
  EWeitz@messalaw.com

- **Maria L. Weitz**
  weitz@boucher.la

- **Glenn Virgil Whitaker**
  gvwhitaker@vorys.com

- **Joseph N. Williams**
  jwilliams@price-law.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Scott A. Wissel**

sawissel@lewisricekc.com

- **Tina Wolfson**
  twolfson@ahdootwolfson.com,mlierz@ahdootwolfson.com,tmaya@ahdootwolfson.com,rahdoot@ahdootwolfson.com,bking@ahdootwolfson.com,filings@ahdootwolfs

- **Tiffany Bernadette Wong**
  twong@cpmlegal.com

- **Steven Lezell Woodrow**
  swoodrow@woodrowpeluso.com

- **John A. Yanchunis**
  jyanchunis@forthepeople.com,elockwood@forthepeople.com,jcabezas@forthepeople.com

- **John Allen Yanchunis , Sr**
  jyanchunis@forthepeople.com

- **Kimberly C. Young**
  kyoung@elkandelk.com

- **Stephen Francis Yunker**
  sfy@yslaw.com,ewb@yslaw.com

- **Adam John Zapala**
  azapala@cpmlegal.com,jlein@cpmlegal.com

- **Sally F. Zweig**
  szweig@katzkorin.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Kate            M. Baxter-Kauf
Lockridge Grindal Nauen
Ste. 2200
100 Washington Avenue, S
Minneapolis, MN 55401

Bryan           L Bleichner
Chestnut Cambronne PA
17 Washington Avenue North
Suite 300
Minneapolis, MN 55401

David           R. Boyd
Comey & Boyd
1800 M St N.W.
Ste 575 South
Washington, DC 20036-5869

Evan            D Buxner
Walther-Glenn Law Associates
230 S Bemiston
Suite 500
St Louis, MO 63105

Karla           Campbell
Branstetter, Stranch & Jennings, PLLC
227 Second Avenue North
Nashville, TN 37201

Alex            Davis
Jones Ward PLC
Marion E. Taylor Building
312 South Fourth Street
Sixth Floor
Louisville, KY 40202

Thomas          P. Glass
Strauss & Troy
Federal Reserve Building
150 E. Fourth St.
Cincinnati, OH 45202-4018

Larry           A. Golston
Beasley Allen Crow Methvin Portis & Miles
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

Gregory         P. Hansel
Preti Flaherty Beliveau Pachios & Haley
One City Center
P.O. Box 9546
Portland, ME 04112-9546

Amy             N.L. Hanson
1201 Third Avenue
Suite 3200
Seattle, WA 98101
```

**Gregory W. Jones**
SIPRUT PC
17 North State Street, Suite 1600
Chicago, IL 60602

**Isam C. Khoury**
Cohelan Khoury & Singer
605 C Street, Suite 200
San Diego, CA 92101-5305

**Lisa M Port**
Barrack, Rodos & Bacine
3300 Two Commerce Square
2001 Market Streeet
Philadelphia, PA 19103

**Ashlea Schwartz**
Paul McInnes LLP
601 Walnut Street, Suite 300
Kansas City, MO 64106

**Donald W. Stewart**
1021 Noble Street
Suite 110
Anniston, AL 36201

**Alex G. Streett**
Streett Law Firm, P.A.
107 West Main
Russellville, AR 72801

**Steven W. Teppler**
Abbott Law Group, P.A.
2929 Plummer Cove Road
Jacksonville, FL 32223

**Mark A Walsh**
Attorney at Law
520 Jefferson St
Burlington, IA

**Paul C. Whalen**
Zwerling Schachter & Zwerling LLP
767 Third Avenue
New York, NY 10017-2023

**Thomas A. Withers**
Oliver Maner & Gray
P.O. Box 10186
Savannah, GA 912-236-3311

**Charles S Zimmerman**
Zimmerman Reed, PLLP
1100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402