1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **NORTHERN DISTRICT OF CALIFORNIA**

10  | In re ANTHEM, INC. DATA BREACH LITIGATION | Case No.:   15-MD-02617-LHK |
    |---|---|
    |  | [~~PROPOSED~~] **ORDER GRANTING WITHDRAWAL OF COUNSEL** |

1   Upon consideration of the Notice of Request for Withdrawal of Counsel of Frank J.
2   Johnson and Michael I. Fistel, Jr. of Johnson & Weaver, LLP, and David M. Cohen of
3   Complex Law Group, LLC, and for good cause shown, it is HEREBY ORDERED THAT
4   Frank J. Johnson and Michael I. Fistel, Jr. of Johnson & Weaver, LLP, and David M. Cohen of
5   Complex Law Group, LLC are hereby withdrawn as counsel of record.
6       IT IS SO ORDERED
7   DATED: October 9, 2015                    *Lucy H. Koh*
                                            _____
8                                           THE HONORABLE LUCY H. KOH
                                            UNITED STATES DISTRICT JUDGE