1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re ANTHEM, INC. DATA BREACH LITIGATION | ) ) ) ) ) | Case No. 15-MD-02617-LHK<br><br>[PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL |
|---|---|---|

Upon consideration of former lead counsel movant's Notice of Request for Withdrawal of Counsel, and for good cause shown, it is HEREBY ORDERED THAT Shawn A. Williams, Paul J. Geller and Mark S. Reich of Robbins Geller Rudman & Dowd LLP are hereby withdrawn as counsel of record.

IT IS SO ORDERED.

DATED:   October 23, 2015

_____
THE HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE

Submitted by:

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS

      *s/ Shawn A. Williams*
SHAWN A. WILLIAMS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER
STUART A. DAVIDSON
MARK J. DEARMAN
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
MARK S. REICH
WILLIAM J. GEDDISH
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

*Attorneys for Plaintiff Kimberly T. Hyde*

[~~PROPOSED~~] ORDER GRANTING WITHDRAWAL OF COUNSEL - 15-MD-02617-LHK          - 1 -