*In re Anthem, Inc. Data Breach Litigation*
5:15-MD-02617-LHK

Clerk's List of Attendees at the October 23, 2015 Case Management Conference
Courtroom Deputy Clerk: Stacy Sakamoto

Co-Lead Counsel for Plaintiffs:
- **Eve Cervantez** from Altshuler Berzon, LLP (in-person)
- **Andrew Friedman** from Cohen Milstein Sellers & Toll PLLC (in-person)
- **Meredith Johnson** from Altshuler Berzon, LLP (in-person)

On behalf of individual Plaintiffs:
- **Deborah Dixon** from Gomez Trial Attorneys in the *Sojourner* case (by phone)
- **Wyatt Lyson** specially appearing for Joseph N. Kravec, Jr. from Feinstein Doyle Payne & Kravec, LLP in the *Giotta* and *Benton* cases (by phone)
- **Claus Mory** from Girardi & Keese in the *New* case (in-person)
- **Leigh A. Parker** from Weiss Law in the *Smilow* case (EDNY) (by phone)
- **Daniel Robinson** from Robinson Calcagnie Robinson Shapiro Davis, Inc. in the *Liu*, *Macros*, *Slater*, and *Zand* cases (by phone)
- **Norman Siegel** from Stueve Siegel Hanson, LLP in the *Edwards* and *Gils* cases (by phone)

On behalf of Defendant Anthem:
- **Chad Fuller** from Troutman Sanders, LLP (in-person)

On behalf of Defendants Anthem, Inc., and certain of its affiliates that have been named as defendants in the Consolidated Amended Complaint (collectively, "Anthem") and Defendants Horizon Healthcare Services, Inc., Blue Cross and Blue Shield of Arizona, Inc., Highmark West Virginia, Inc., and Blue Cross Blue Shield of Michigan:
- **Peter R. Bisio** from Hogans Lovells, LLP (in-person)
- **Maren Clouse** from Hogans Lovells, LLP (in-person)
- **Desmond Hogan** from Hogans Lovells, LLP (in-person)
- **Craig Hoover** from Hogans Lovells, LLP (in-person)

On behalf of Defendant Blue Cross Blue Shield Association:
- **Brian Kavanaugh** from Kirkland and Ellis (by phone)