UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANTHEM, INC. DATA BREACH LITIGATION | Case No. 15-MD-02617-LHK<br><br>**CASE MANAGEMENT ORDER AND ORDER DENYING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 315 |

**Lead Plaintiffs' Counsel:** Eve Cervantez; Andrew Friedman; Meredith Johnson
**Anthem Defendants' Counsel:** Craig Hoover; Desmond Hogan; Peter Bisio; Maren Clouse; Chad Fuller
**Defendant Blue Cross Blue Shield Association's Counsel:** Brian Kavanaugh

A case management conference was held on October 23, 2015. For a list of all counsel who appeared at the case management conference, see ECF No. 322. A further case management conference is set for November 10, 2015, at 3 p.m. or 11 a.m. if the Court's criminal trial resolves by way of a plea. The parties shall file their joint case management statement by November 6, 2015.

At the case management conference, the Court made the following rulings:
**MOTION TO FILE UNDER SEAL (ECF No. 315)**
For the reasons stated on the record, the Court DENIED without prejudice Plaintiffs' Administrative Motion to File Under Seal Portions of the Consolidated Amended Class Action Complaint. The parties shall file a renewed motion no later than October 30, 2015. The parties shall follow the applicable procedures for filing under seal set out in ECF No. 325.

1
Case No. 15-MD-02617-LHK
CASE MANAGEMENT ORDER AND ORDER DENYING MOTION TO FILE UNDER SEAL

**SERVICE**
Plaintiffs shall serve all Defendants named in the Consolidated Amended Class Action Complaint that have not yet been served by October 29, 2015.

**INDIVIDUAL CASE UPDATES**
In *Smilow, et al. v. Anthem Life & Disability Insurance Company, et al.*, No. 15-CV-4739-LHK (N.D. Cal.), the parties shall file by November 3, 2015 supplemental briefs not to exceed 10 pages in length which address the impact of relevant Ninth Circuit precedent on the pending motion to remand. This motion to remand is set for hearing on November 23, 2015, at 1 p.m.

With respect to *Smilow v. Anthem Blue Cross Life & Health Insurance Company, et al.*, a case that was originally filed in Los Angeles County Superior Court on February 17, 2015, Defendants shall file a statement by November 6, 2015 that updates the Court on the status of the case. Specifically, Defendants' statement shall apprise the Court of whether the case is in state or federal court and how the parties intend to proceed.

**NARROWING OF ISSUES ON MOTION TO DISMISS**
Anthem, Inc., and the 25 Anthem affiliates named in the Consolidated Amended Class Action Complaint[1] (collectively, the "Anthem Defendants") shall file one motion to dismiss not to exceed 25 pages in length. Plaintiffs shall file an opposition not to exceed 25 pages in length, and the Anthem Defendants shall file a reply not to exceed 15 pages in length.

Blue Cross Blue Shield Association, and the 17 non-Anthem Blue Cross Blue Shield companies named in the Consolidated Amended Class Action Complaint[2] (collectively, the "Blue Cross Blue Shield Defendants") shall file one motion to dismiss not to exceed 20 pages in length. Plaintiffs shall file an opposition not to exceed 20 pages in length, and the Blue Cross Blue Shield Defendants shall file a reply not to exceed 10 pages in length.

Both motions shall be limited to a combined total of 10 claims, with 5 claims selected by Plaintiffs, 3 claims selected by the Anthem Defendants, and 2 claims selected by the Blue Cross

---

[1] Blue Cross and Blue Shield of Georgia; Blue Cross Blue Shield Healthcare Plan of Georgia; Anthem Blue Cross and Blue Shield of Indiana; Anthem Blue Cross of California; Anthem Blue Cross Life and Health Insurance Company; Rocky Mountain Hospital and Medical Service; Anthem Blue Cross and Blue Shield of Connecticut; Anthem Blue Cross and Blue Shield of Kentucky; Anthem Blue Cross and Blue Shield of Maine; Anthem Blue Cross and Blue Shield of Missouri; Anthem Blue Cross and Blue Shield of Missouri (RightChoice Managed Care, Inc. & Healthy Alliance Life Insurance Company); Anthem Blue Cross and Blue Shield of New Hampshire; Empire Blue Cross and Blue Shield; Anthem Blue Cross and Blue Shield of Ohio; Anthem Blue Cross and Blue Shield of Virginia (Anthem Health Plans of Virginia & HMO HealthKeepers); Anthem Blue Cross and Blue Shield of Wisconsin (Blue Cross Blue Shield of Wisconsin & Compcare Health Services Insurance Corporation); Amerigroup Services; HealthLink; Unicare Life & Health Insurance Company; CareMore Health Plan; the Anthem Companies; the Anthem Companies of California.

[2] Blue Cross and Blue Shield of Alabama; Blue Cross Blue Shield of Arizona; Arkansas Blue Cross and Blue Shield; Blue Shield of California; Blue Cross and Blue Shield of Illinois; Blue Cross and Blue Shield of Florida; CareFirst BlueCross BlueShield; Blue Cross and Blue Shield of Massachusetts; Blue Cross and Blue Shield of Michigan; Blue Cross and Blue Shield of Minnesota; Horizon Blue Cross and Blue Shield of New Jersey; Blue Cross and Blue Shield of North Carolina; Highmark Blue Shield; Highmark Blue Cross Blue Shield West Virginia; BlueCross BlueShield of Tennessee; Blue Cross and Blue Shield of Texas; Blue Cross and Blue Shield of Vermont.

Blue Shield Defendants. Any subsequent motions to dismiss and motions for class certification shall be limited to these 10 claims. The briefing schedule for these motions to dismiss is set forth in the case schedule below.

**DISCOVERY**

The parties shall file a Joint Coordination Order by November 13, 2015. This Order shall help coordinate discovery between this case and any related state court cases.

**CASE SCHEDULE**

For reasons stated on the record, the Court has amended the case schedule in a number of respects. The updated case schedule is as follows:

| Scheduled Event | Date |
| --- | --- |
| Deadline to Serve Remaining Defendants | October 29, 2015 |
| Deadline to File Renewed Motion to Seal | October 30, 2015 |
| Deadline to Exchange Initial Disclosures & to Disclose Non-Party Interested Entities or Persons (for Defendants already served) | November 2, 2015 |
| Deadline to File Joint Coordination Order | November 13, 2015 |
| Deadline to Exchange Initial Disclosures & to Disclose Non-Party Interested Entities or Persons (for Defendants not already served) | November 20, 2015 |
| Hearing on Motion to Remand in *Smilow* | November 23, 2015, at 1 p.m. |
| Briefing Schedule on Motion to Dismiss | **Motion:** November 23, 2015<br>**Opp'n:** December 21, 2015<br>**Reply:** January 19, 2016 |
| Hearing on Motion to Dismiss | February 4, 2016, at 1:30 p.m. |
| Deadline to File Second Consolidated Amended Complaint, if any | 30 Days After Ruling on Motion to Dismiss |
| Deadline to File Second Round Motion to Dismiss, if any | 21 Days After Filing of Second Consolidated Amended Complaint |
| Deadline to File Opposition to Second Round Motion to Dismiss, if any | 21 Days After Filing of Second Round Motion to Dismiss |
| Deadline to File Reply in Support of Second Round Motion to Dismiss, if any | 14 Days After Filing of Opposition to Second Round Motion to Dismiss |
| Hearing on Second Round Motion to Dismiss, if any | May 26, 2016, at 1:30 p.m. |

3

Case No. 15-MD-02617-LHK
CASE MANAGEMENT ORDER AND ORDER DENYING MOTION TO FILE UNDER SEAL

| Close of Fact Discovery | October 17, 2016 (July 25, 2016)[3] |
|---|---|
| Identification of Plaintiffs' Experts for Class Certification and Report | November 7, 2016 (August 15, 2016) |
| Identification of Defendants' Experts for Class Certification and Report | November 28, 2016 (September 6, 2016) |
| Identification of Plaintiffs' Rebuttal Witnesses for Class Certification and Report | December 19, 2016 (September 26, 2016) |
| Last Day to Depose Experts (i.e., Close of Expert Discovery) | January 23, 2017 (October 31, 2016) |
| Last Day to Amend Pleadings/Add Parties | February 3, 2017 (November 14, 2016) |
| Deadline to File Motion for Class Certification | **Motion:** February 17, 2017 (November 30, 2016) <br> **Opp'n:** March 17, 2017 (January 13, 2017) <br> **Reply:** April 14, 2017 (February 13, 2017) |
| Deadline for Defendants to File *Daubert* Motions | **Motion:** March 17, 2017 (January 13, 2017) <br> **Opp'n:** April 14, 2017 (February 13, 2017) <br> **Reply:** April 28, 2017 (February 27, 2017) |
| Deadline for Plaintiffs to File *Daubert* Motions | **Motion:** April 14, 2017 (February 13, 2017) <br> **Opp'n:** April 28, 2017 (February 27, 2017) <br> **Reply:** May 12, 2017 (March 13, 2017) |
| Hearing on Motion for Class Certification and *Daubert* Motions | June 1, 2017, at 1:30 p.m. (April 6, 2017, at 1:30 p.m.) |

**IT IS SO ORDERED.**

Dated: October 25, 2015

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

---

[3] Dates in parentheses assume no second round motion to dismiss is filed.