UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANTHEM, INC. DATA BREACH LITIGATION | Case No. 15-MD-02617-LHK<br><br>**ORDER REGARDING NOVEMBER 10, 2015 CASE MANAGEMENT CONFERENCE** |

The Court anticipates that the case management conference currently scheduled for November 10, 2015 will likely take place at 11:00 a.m.  The Court will provide the parties with a definite answer on November 4, 2015, after a hearing in the Court's criminal case that is currently scheduled for trial on November 10, 2015.

**IT IS SO ORDERED.**

Dated:  October 29, 2015

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

1
Case No. 15-MD-02617-LHK
ORDER REGARDING NOVEMBER 10, 2015 CASE MANAGEMENT CONFERENCE