UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANTHEM, INC.<br>DATA BREACH LITIGATION | Case No. 15-md-02617 LHK (NC)<br>**ORDER SETTING DISCOVERY STATUS HEARING**<br>November 10, 2015, 1:30 p.m. |

PLEASE TAKE NOTICE that a discovery status conference will take place on November 10, 2015, at 1:30 p.m. before Magistrate Judge Nathanael Cousins in Courtroom 7, 4th Floor, San Jose Courthouse.

At the conference, the parties must be prepared to discuss:

1. The Joint Coordination Order. *See* CMC statement, Dkt. No. 317 at 27.
2. The ESI Protocol. Dkt. No. 317 at 23.
3. The distribution of discovery materials to firms that are not on the plaintiffs' steering committee. Dkt. No. 317 at 23-24.
4. The discovery plan. And,
5. Discovery progress.

By November 6, 2015, the parties must jointly submit a discovery status conference report and proposed order(s) addressing these topics.

**IT IS SO ORDERED.**

Dated: October 29, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 15-md-02617 LHK (NC)