| | |
|---|---|
| ALTSHULER BERZON LLP | COHEN MILSTEIN SELLERS & TOLL PLLC |
| EVE CERVANTEZ (SBN 164709) | ANDREW N. FRIEDMAN (admitted *pro hac vice*) |
| ecervantez@altshulerberzon.com | afriedman@cohenmilstein.com |
| JONATHAN WEISSGLASS (SBN 185008) | GEOFFREY GRABER (SBN 211547) |
| jweissglass@altshulerberzon.com | ggraber@cohenmilstein.com |
| DANIELLE E. LEONARD (SBN 218201) | SALLY M. HANDMAKER (SBN 281186) |
| dleonard@altshulerberzon.com | shandmaker@cohenmilstein.com |
| MEREDITH A. JOHNSON (SBN 291018) | ERIC KAFKA (admitted *pro hac vice*) |
| mjohnson@altshulerberzon.com | ekafka@cohenmilstein.com |
| 177 Post Street, Suite 300 | 1100 New York Ave. NW |
| San Francisco, CA 94108 | Suite 500, West Tower |
| Telephone: (415) 421-7151 | Washington, DC 20005 |
| Facsimile: (415) 362-8064 | Telephone: (202) 408-4600 |
| | Facsimile: (202) 408-4699 |

*Lead Plaintiffs' Counsel*

HOGAN LOVELLS US LLP
CRAIG A. HOOVER (SBN 113965)
craig.hoover@hoganlovells.com
E. DESMOND HOGAN (admitted pro hac vice)
desmond.hogan@hoganlovells.com
555 Thirteenth Street, NW
Washington, DC 20004-1109
Telephone:   (202) 637-5600
Facsimile:   (202) 637-5910

*Attorneys for Defendants Anthem, Inc. and related parties*
Additional Defendants and Defendants' Counsel Listed on Signature Page

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **IN RE ANTHEM, INC. DATA BREACH LITIGATION** | Case No. 15-md-02617-LHK (NC) <br><br> **FOURTH JOINT CASE MANAGEMENT STATEMENT** <br><br> Date: November 10, 2015 <br> Time: 11:00 a.m. <br> Judge: Lucy H. Koh |

Plaintiffs in the October 19, 2015 Consolidated Amended Complaint, along with Defendants Anthem, Inc. and certain of its affiliates that have been named as defendants in the Consolidated Amended Complaint, (collectively, "Anthem"); Defendants Horizon Healthcare Services, Inc., Blue Cross and Blue Shield of Arizona, Inc., Highmark West Virginia, Inc., and Blue Cross Blue Shield of Michigan, and Defendant Blue Cross Blue Shield Association ("BCBSA"), having met and conferred, hereby provide this Fourth Joint Case Management Statement pursuant to the Court's Case Management Order of October 25, 2015 (Dkt. No. 326) ("October 25 Order").

**I.　　SERVICE ON NEW DEFENDANTS AND NEW COUNSEL**

The Consolidated Amended Complaint names twenty (20) defendants for the first time. All defendants were served on or before October 29, 2015.

Seven of these defendants are Anthem, Inc. affiliates: HealthLink, Inc.; Blue Cross Blue Shield Healthcare Plan of Georgia, Inc.; HealthKeepers, Inc.; Compcare Health Services Insurance Corporation; Unicare Life & Health Insurance Company; Amerigroup Services, Inc.; and CareMore Health Plan. These defendants are all represented by Anthem's lead counsel, Craig Hoover of Hogan Lovells.

Thirteen (13) of these newly-named defendants are not Anthem affiliates. As identified in the Consolidated Amended Complaint, they are: Blue Cross and Blue Shield of Alabama; Blue Cross and Blue Shield of Massachusetts, Inc.; Highmark Health Services d/b/a Highmark Blue Shield; USAble Mutual Insurance Company d/b/a Arkansas Blue Cross and Blue Shield; California Physicians' Service, Inc. d/b/a Blue Shield of California; Blue Cross and Blue Shield of Illinois; Blue Cross and Blue Shield of Florida, Inc.; CareFirst of Maryland, Inc. d/b/a CareFirst BlueCross BlueShield; BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota; Blue Cross and Blue Shield of North Carolina, Inc.; BlueCross BlueShield of Tennessee, Inc.; Blue Cross and Blue Shield of Texas; Blue Cross and Blue Shield of Vermont. As of the date of this Case Management Statement, counsel for Anthem represents all but two of the newly-named non-Anthem affiliates.

Blue Cross and Blue Shield of Texas and Blue Cross and Blue Shield of Illinois, both of which are unincorporated divisions of Health Care Service Corporation, a Mutual Legal Reserve Company, have not yet finalized their retention of counsel.

1

Fourth Joint Case Management Statement,
Case No. 15-md-02617-LHK (NC)

Brian Kavanaugh of Kirkland & Ellis LLP in Chicago is counsel for Blue Cross Blue Shield Association ("BCBSA"). BCBSA was served through its counsel on or before October 29, 2015.

BCBSA and those Defendants who are not Anthem affiliates are referred to collectively as the Blue Cross Blue Shield Defendants.

Except as to arguments regarding the sufficiency of service of process, the parties agree that service on the Defendants above did not waive any rights, objections, and arguments such Defendants may have in response to the claims in the Consolidated Amended Complaint, including arguments relating to venue and personal jurisdiction.

## II. NARROWING ISSUES ON MOTION TO DISMISS AND CLASS CERTIFICATION

In accordance with the Court's October 25 Order, Defendants' motions to dismiss will address the following ten claims:

**Claims Chosen by Plaintiffs**

(1) the negligence claim on behalf of the Indiana Statewide Class (Count I);

(2) the breach of contract claim against Anthem and Anthem affiliates on behalf of the California Statewide Class (Count III);

(3) the California Unfair Competition Law (Cal. Bus. & Prof. Code § 17200, *et seq.*) (Count IX);

(4) New York's consumer protection law (N.Y. Gen. Bus. Law §349) (Count IX); and

(5) the Georgia Insurance Information and Privacy Protection Act (Ga. Code §33-39-14, 21(b)) (Count XI).

**Claims Chosen [1] by Anthem Defendants**

(1) the Kentucky Consumer Protection Act (KY. Rev. Stat. § 367.110, *et. seq*) (Count IX):

---

[1] The Anthem Defendants and those Blue Cross Blue Shield Defendants who were served in the underlying actions before the Consolidated Amended Complaint was filed select the claims to be litigated over their previously-stated and denied objections. They specifically preserve all objections and arguments that they have made on the record against this case proceeding forward to motion to dismiss, class certification, and summary judgment based on less than all of the causes of action asserted in the CAC. Those Defendants newly named in the Consolidated Amended Complaint join in the previously-stated and denied objections and the preservation of rights described in this footnote.

2

Fourth Joint Case Management Statement,
Case No. 15-md-02617-LHK (NC)

(2) the Kentucky Data Breach Statute (KY. Rev. Stat. § 365.732(2), *et. seq*)( (Count X); and

(3) the unjust enrichment claim on behalf of the New York Statewide Class (Count VIII).

**Claims Chosen by Blue Cross Blue Shield Defendants**

(1) the Third Party Beneficiary Claim for Breach of Contract under Federal Law on behalf of the federal employee class (Count VI);

(2) the breach of contract claim against Non-Anthem Defendants on behalf of the New Jersey Statewide Class (Count IV).

### III. RELATED CASES

- On October 27, 2015, Robert Grondona filed a related federal action in the Northern District of California. *See Grondona v. Anthem, Inc. et al.*, No. 3:15-cv-04940 (N.D. Cal.) On November 5, 2015, Anthem moved to relate this case to the MDL. *See* Dkt. 354.

- On October 29, 2015, the same plaintiff filed a nearly identical related federal action in the Eastern District of California. *See Grondona v. Anthem, Inc. et al.*, No. 2:15-cv-02251(E.D. Cal.). On November 4, 2015, Anthem noticed this action as a tag-along matter with Judicial Panel on Multidistrict Litigation.

- On November 2, 2015, Anthem filed a Petition for Coordination and Application for a Stay Order with the Judicial Council of the State of California seeking coordination of *Smilow v. Anthem Blue Cross Life and Health Insurance Company*, No. BC572741 (San Diego Sup. Ct.) and *Wickens v. Blue Cross of California, Inc. et al.*, No. 37-2015-00008775-CU-CO-NC (Los Angeles Sup. Ct.).

### IV. PENDING MOTIONS

- *Grondona v. Anthem, Inc. et al.*, No. 3:15-cv-04940 (N.D. Cal.), motion to relate filed November 5, 2015. (*See* Dkt.354).

### V. DISMISSED CASES

The following cases have been voluntarily dismissed:

- *Meer et al. v. Anthem, Inc. et al.,* No 15-cv-2821 (N.D. Cal.)

- *Liu v. Anthem, Inc., et al.,* No. 15-cv-2640 (N.D. Cal.)

### VI. COORDINATION WITH STATE COURT PROCEEDINGS

Plaintiffs request that the Court order Defendants to report to Plaintiffs' Co-Lead Counsel when any mediation or settlement conference is scheduled in any state court case related to the cyberattack on Anthem, unless the fact that a mediation or settlement conference has been scheduled

3

is confidential.  Plaintiffs are concerned that this MDL not be undermined by state court cases.

**COHEN MILSTEIN SELLERS & TOLL PLLC**
ANDREW N. FRIEDMAN
GEOFFFREY GRABER
SALLY M. HANDMAKER
ERIC KAFKA

Dated:  November 6, 2015     By: /s/ Andrew N. Friedman

**ALTSHULER BERZON LLP**
EVE H. CERVANTEZ
JONATHAN WEISSGLASS
DANIELLE E. LEONARD
MEREDITH A. JOHNSON

Dated:  November 6, 2015     By: /s/ Eve H. Cervantez

*Lead Plaintiffs' Counsel*

**GIRARD GIBBS LLP**
ERIC GIBBS
DAVID M. BERGER
1 Kaiser Plaza, Suite 1125
Oakland, California 94612
Telephone:  (510) 981-4800
Facsimile:  (415) 981-4846

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
MICHAEL W. SOBOL
NICOLE D. SUGNET
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339

*Plaintiffs' Steering Committee*

**HOGAN LOVELLS US LLP**
CRAIG A. HOOVER
E. DESMOND HOGAN
PETER R. BISIO
ALLISON M. HOLT

Dated: November 6, 2015     By: /s/ Craig A. Hoover

Craig A. Hoover (SBN 113965)
craig.hoover@hoganlovells.com
E. Desmond Hogan (admitted pro hac vice)

4

Fourth Joint Case Management Statement,
Case No. 15-md-02617-LHK (NC)

| | |
|---|---|
| 1 | desmond.hogan@hoganlovells.com |
| 2 | Peter R. Bisio (admitted pro hac vice) |
|   | peter.bisio@hoganlovells.com |
| 3 | Allison M. Holt (admitted pro hac vice) |
|   | allison.holt@hoganlovells.com |
| 4 | 555 Thirteenth Street, NW |
|   | Washington, DC 20004-1109 |
| 5 | Telephone: (202) 637-5600 |
|   | Facsimile: (202) 637-5910 |
| 6 | |
| 7 | Michael Maddigan (SBN 163450) |
|   | michael.maddigan@hoganlovells.com |
| 8 | 1999 Avenue of the Stars, Suite 1400 |
|   | Los Angeles, CA 90067 |
| 9 | Telephone: (310) 785-4600 |
|   | Facsimile: (310) 785-4601 |
| 10 | Maren J. Clouse (SBN 228726) |
|   | maren.clouse@hoganlovells.com |
| 11 | 4085 Campbell Ave., Suite 100 |
| 12 | Menlo Park, CA 94025 |
|   | Telephone: (650) 463-4000 |
| 13 | Facsimile: (650) 463-4199 |
| 14 | |
|   | *Attorneys for Defendants Anthem, Inc., and certain of* |
| 15 | *its affiliates that have been named as defendants in the* |
|   | *Consolidated Amended Complaint (collectively,* |
| 16 | *"Anthem") and Defendants Horizon Healthcare* |
|   | *Services, Inc., Blue Cross and Blue Shield of Arizona,* |
| 17 | *Inc., Highmark West Virginia, Inc., and Blue Cross* |
|   | *Blue Shield of Michigan* |
| 18 | |
| 19 | **TROUTMAN SANDERS LLP** |
|   | CHAD R. FULLER |
| 20 | |
|    Dated: November 6, 2015 | By: /s/ Chad R. Fuller |
| 21 | |
| 22 | Chad R. Fuller (SBN 190830) |
|   | chad.fuller@troutmansanders.com |
| 23 | 11682 El Camino Real, Suite 400 |
|   | San Diego, CA 92130 |
| 24 | Telephone: (858) 509-6056 |
|   | Facsimile: (858) 509-6040 |
| 25 | |
| 26 | *Attorney for Anthem* |
| 27 | **NELSON MULLINS RILEY & SCARBOROUGH LLP** |
| 28 | JOHN D. MARTIN |

|   |   |   |
|---|---|---|
| Dated: November 6, 2015 | | LUCILE H. COHEN<br>By: John D. Martin_____ |

John D. Martin (admitted pro hac vice)
john.martin@nelsonmullins.com
Lucile H. Cohen (admitted pro hac vice)
lucie.cohen@nelsonmullins.com
1320 Main Street, 17th Floor
Columbia, SC 29201
Telephone:   (803) 255-9241
Facsimile:   (858) 256-7500

*Attorneys for Anthem*

**KIRKLAND & ELLIS LLP**
BRIAN P. KAVANAUGH
KATHERINE WARNER

|   |   |   |
|---|---|---|
| Dated: November 6, 2015 | | By: /s/ Brian P. Kavanaugh_____ |

Brian Kavanaugh (admitted pro hac vice)
brian.kavanaugh@kirkland.com
Katherine Warner (admitted pro hac vice)
kate.warner@kirkland.com
300 N. LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Blue Cross Blue Shield Association*

## ECF CERTIFICATION

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to the document.

Dated:   November 6, 2015

                                 /s/ *Eve Cervantez*
                                 Eve Cervantez

                                 *Co-Lead Plaintiffs' Counsel*