UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANTHEM, INC. | Case No. 15-md-02617 LHK (NC) |
| DATA BREACH LITIGATION | **ORDER VACATING DISCOVERY STATUS HEARING** |
| | November 10, 2015, 1:30 p.m. |

The Court vacates the November 10 discovery hearing because the parties have already agreed to the ESI Protocol and have resolved their dispute over the distribution of discovery materials to firms that are not on the plaintiffs' steering committee.  *See* Dkt. Nos. 333 (order setting hearing), 357 (status report).  A proposed Joint Coordination Order remains due by November 13.

**IT IS SO ORDERED.**

Dated:  November 9, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

United States District Court
Northern District of California