United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANTHEM, INC. DATA BREACH LITIGATION | Case No. 15-MD-02617-LHK<br>**CASE MANAGEMENT ORDER**<br>Re: Dkt. No. 315 |

**Counsel on Behalf of Lead Plaintiffs:** Eve Cervantez; Andrew Friedman; Meredith Johnson; David Berger
**Counsel on Behalf of Defendants Anthem, Anthem affiliates, and non-Anthem affiliates:** Craig Hoover; Desmond Hogan; Peter Bisio; Maren Clouse; Chad Fuller; John D. Martin
**Counsel on Behalf of Defendant Blue Cross Blue Shield Association:**  Brian Kavanaugh

     A case management conference was held on November 10, 2015.  A further case management conference is set for February 4, 2016, at 1:30 p.m.  The parties shall file their joint case management statement by January 28, 2016.

     At the case management conference, the Court made the following rulings:
**SERVICE & COUNSEL**
     Defendants Blue Cross and Blue Shield of Texas and Blue Cross and Blue Shield of Illinois shall file a statement by November 16, 2015 identifying their counsel and their position on the current case schedule.

**COORDINATION WITH STATE COURT PROCEEDINGS**
     Defendants shall file by November 11, 2015 a copy of Defendants' Petition for

1
Case No. 15-MD-02617-LHK
CASE MANAGEMENT ORDER

Coordination and Application for a Stay that Defendants filed with the Judicial Council of California.

Pursuant to the parties' joint case management statement, Defendants shall "report to Plaintiffs' Co-Lead Counsel when any mediation or settlement conference is scheduled in any state court case related to the cyberattack on Anthem, unless the fact that a mediation or settlement conference has been scheduled is confidential." ECF No. 356 at 3–4.

**MOTIONS TO DISMISS AND MOTION FOR CLASS CERTIFICATION**

Pursuant to the parties' joint case management statement, the claims that shall be subject to the first and second round motions to dismiss and the motion for class certification are:

|  |  | **Plaintiffs** | **Anthem Defendants** | **Blue Cross Blue Shield Defendants** |
|---|---|---|---|---|
| **Common Law** | *Contract* | • CA Breach of Contract |  | • NJ Breach of Contract |
|  | *Tort* | • IN Negligence |  |  |
| **State Statute** | *Consumer Protection* | • CA UCL<br>• NY Consumer Protection | • KY Consumer Protection |  |
|  | *Privacy* | • GA Insurance Information & Privacy |  |  |
|  | *Data Breach* |  | • KY Data Breach |  |
| **Other** | *Unjust Enrichment* |  | • NY Unjust Enrichment |  |
|  | *Federal Common Law* |  |  | • 3rd Party Beneficiary |

Pursuant to the Court's previous case management order, ECF No. 326, Anthem and the Anthem affiliates shall file one motion to dismiss. Blue Cross Blue Shield Association and the non-Anthem Blue Cross Blue Shield companies shall also file one motion to dismiss.

Should an individual Defendant choose to file a separate motion to dismiss for lack of personal jurisdiction, any such motions shall be filed by November 23, 2015 and shall not exceed 10 pages in length. Plaintiffs' oppositions to these personal jurisdiction motions shall not exceed 15 pages in length, and Defendants' replies shall not exceed 8 pages in length.

The briefing and hearing schedule for all motions to dismiss is set forth in the case schedule below.

**CASE SCHEDULE**

The case schedule is as follows:

| Scheduled Event | Date |
|---|---|
| Deadline to File Joint Coordination Order | November 13, 2015 |
| Deadline to Exchange Initial Disclosures & | November 20, 2015 |

| | |
|---|---|
| to Disclose Non-Party Interested Entities or Persons (for Defendants not already served) | |
| Hearing on Motion to Remand in *Smilow* | November 23, 2015, at 1 p.m. |
| Briefing Schedule on Anthem and Blue Cross Blue Shield's Motions to Dismiss | **Motion:** November 23, 2015<br>**Opp'n:** December 21, 2015<br>**Reply:** January 19, 2016 |
| Briefing Schedule on Motions to Dismiss for Lack of Personal Jurisdiction | **Motion:** November 23, 2015<br>**Opp'n:** January 15, 2016<br>**Reply:** January 29, 2016 |
| Hearing on Anthem and Blue Cross Blue Shield's Motions to Dismiss and Further Case Management Conference | February 4, 2016, at 1:30 p.m. |
| Hearing on Motions to Dismiss for Lack of Personal Jurisdiction | March 17, 2016, at 1:30 p.m. |
| Deadline to File Second Consolidated Amended Complaint, if any | 30 Days After Ruling on Motion to Dismiss |
| Deadline to File Second Round Motion to Dismiss, if any | 21 Days After Filing of Second Consolidated Amended Complaint |
| Deadline to File Opposition to Second Round Motion to Dismiss, if any | 21 Days After Filing of Second Round Motion to Dismiss |
| Deadline to File Reply in Support of Second Round Motion to Dismiss, if any | 14 Days After Filing of Opposition to Second Round Motion to Dismiss |
| Hearing on Second Round Motion to Dismiss, if any | May 26, 2016, at 1:30 p.m. |
| Close of Fact Discovery | October 17, 2016<br>(July 25, 2016)[1] |
| Identification of Plaintiffs' Experts for Class Certification and Report | November 7, 2016<br>(August 15, 2016) |
| Identification of Defendants' Experts for Class Certification and Report | November 28, 2016<br>(September 6, 2016) |
| Identification of Plaintiffs' Rebuttal Witnesses for Class Certification and Report | December 19, 2016<br>(September 26, 2016) |
| Last Day to Depose Experts (i.e., Close of Expert Discovery) | January 23, 2017<br>(October 31, 2016) |
| Last Day to Amend Pleadings/Add Parties | February 3, 2017<br>(November 14, 2016) |

---

[1] Dates in parentheses assume no second round motion to dismiss is filed.

3

Case No. 15-MD-02617-LHK
CASE MANAGEMENT ORDER

| | |
|---|---|
| Deadline to File Motion for Class Certification | **Motion:** February 17, 2017 (November 30, 2016) <br> **Opp'n:** March 17, 2017 (January 13, 2017) <br> **Reply:** April 14, 2017 (February 13, 2017) |
| Deadline for Defendants to File *Daubert* Motions | **Motion:** March 17, 2017 (January 13, 2017) <br> **Opp'n:** April 14, 2017 (February 13, 2017) <br> **Reply:** April 28, 2017 (February 27, 2017) |
| Deadline for Plaintiffs to File *Daubert* Motions | **Motion:** April 14, 2017 (February 13, 2017) <br> **Opp'n:** April 28, 2017 (February 27, 2017) <br> **Reply:** May 12, 2017 (March 13, 2017) |
| Hearing on Motion for Class Certification and *Daubert* Motions | June 1, 2017, at 1:30 p.m. (April 6, 2017, at 1:30 p.m.) |

**IT IS SO ORDERED.**

Dated: November 10, 2015

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge