1    Craig A. Hoover, SBN 113965
     E. Desmond Hogan (admitted *pro hac vice*)
2    Peter R. Bisio (admitted *pro hac vice*)
     Allison M. Holt (admitted *pro hac vice*)
3    **HOGAN LOVELLS US LLP**
     555 Thirteenth Street, NW
4    Washington, DC 20004
     Tel:  (202) 637-5600
5    Fax:  (202) 637-5910
     craig.hoover@hoganlovells.com
6    desmond.hogan@hoganlovells.com
     peter.bisio@hoganlovells.com
7    allison.holt@hoganlovells.com

8    Michael M. Maddigan,  SBN 163450
     **HOGAN LOVELLS US LLP**
9    1999 Avenue of the Stars,  Suite 1400
     Los Angeles, CA 90067
10   Tel: (310) 785-4600
     Fax: (310) 785-4601
11   michael.maddigan@hoganlovells.com

12   *Attorneys for Defendants Anthem, Inc. and*
     *related parties*
13

14

15                UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                    SAN JOSE DIVISION

18

19   IN RE ANTHEM, INC. DATA          Case No.  5:15-MD-02617-LHK
     BREACH LITIGATION
20                                     **DECLARATION OF DAWN JOHNSON
                                       IN SUPPORT OF NON-ANTHEM
21                                     DEFENDANTS' NOTICE OF MOTION
                                       AND MOTION TO DISMISS
22                                     CONSOLIDATED AMENDED CLASS
                                       ACTION COMPLAINT**
23
                                       Hearing:  February 4, 2015
24
                                       Time: 1:30 p.m.
25
                                       The Honorable Lucy H. Koh
26

27

28

1   **DECLARATION OF DAWN JOHNSON**

2        I, Dawn Johnson, declare:

3        1.     I am employed by Blue Cross Blue Shield of Minnesota, Inc. d/b/a

4   Blue Cross Blue Shield of Minnesota ("BCBSMN"), an independent licensee of the

5   Blue Cross and Blue Shield Association, where I serve as Third Party Liability

6   Manager. I have personal knowledge of the facts stated in this declaration and

7   would, if called as a witness, competently testify to those facts.

8        2.     I am familiar with the Consolidated Amended Class Action Complaint

9   in the above-captioned case.

10       3.     Based on my review of the membership files of BCBSMN, which

11  BCBSMN makes and maintains in the course of its regularly conducted business

12  activities, I have determined that Plaintiff Frank Bailey was enrolled in a self-

13  insured health benefit plan that provided coverage for eligible retirees of General

14  Mills, Inc. ("General Mills") and their survivors.

15       4.     I have obtained a copy of the Summary Plan Description for that

16  health benefit plan from BCBSMN's customer files, which BCBSMN makes and

17  maintains in the course of its regularly conduced business activities. A true and

18  correct copy of that Summary Plan Description, effective January 1, 2007, is

19  attached hereto as Exhibit 1. The Summary Plan Description states that the health

20  benefit plan is subject to federal law under the Employee Retirement Income

21  Security Act of 1974. *See* Ex. 1, pg. 56.

22       5.     Based on my review of the membership files of BCBSMN, which

23  BCBSMN makes and maintains in the course of its regularly conducted business

24  activities, I also have determined that BCBSMN provided certain administrative

25  services with respect to this health benefit plan pursuant to a Service Agreement

26  between BCBSMN and General Mills. I have obtained a copy of that Service

27  Agreement from BCBSMN's customer files. A true and correct copy of that

28  Service Agreement (without exhibits), effective January 1, 2010, is attached hereto

as Exhibit 2.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 20th day of November, 2015 in Eagan, Minnesota.

_Dawn Johnson_
Dawn Johnson

HOGAN LOVELLS US
LLP
ATTORNEYS AT LAW
MENLO PARK

- 2 -