United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANTHEM, INC. DATA BREACH LITIGATION | Case No. 15-MD-02617-LHK<br><br>**ORDER REGARDING INDIVIDUAL CASE STATUS** |

For the parties' next joint case management statement, to be filed by January 28, 2016, the Court requests that the parties provide an update on the total number of individual cases in this multidistrict litigation ("MDL"). Specifically, the parties shall provide a comprehensive list of all cases that have been or were part of this MDL, and shall identify what cases are currently part of this MDL, what cases are pending transfer to the MDL, what cases have been voluntarily dismissed, and what cases have been remanded. In addition, the parties shall maintain this list and provide it to the Court on an ongoing basis in future joint case management statements. The Court believes that there are 111 active cases in the MDL, 3 cases pending transfer, 7 cases that have been voluntarily dismissed, and 1 case that has been remanded.

**IT IS SO ORDERED.**

Dated: January 26, 2016

_____
LUCY H. KOH
United States District Judge