UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANTHEM, INC. DATA BREACH LITIGATION | Case No. 15-MD-02617-LHK<br><br>**ORDER VACATING HEARING ON MOTIONS TO DISMISS** |

The Court hereby VACATES the February 4, 2016 hearing on the Anthem and Non-Anthem Defendants' motions to dismiss. The case management conference, currently scheduled for February 4, 2016, at 1:30 p.m., remains as set.

**IT IS SO ORDERED.**

Dated: February 3, 2016

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

1

Case No. 15-MD-02617-LHK
ORDER VACATING HEARING ON MOTIONS TO DISMISS