United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANTHEM, INC. DATA BREACH LITIGATION | Case No. 15-MD-02617-LHK<br><br>**CASE MANAGEMENT ORDER** |

**Counsel on Behalf of Lead Plaintiffs and Lead Plaintiffs' Steering Committee:** Eve Cervantez, Andrew Friedman, Meredith Johnson, Danielle Leonard, David Berger
**Counsel on Behalf of Defendants Anthem, Inc.; Anthem affiliates; and non-Anthem affiliates:** Craig Hoover, Desmond Hogan, Peter Bisio, Maren Clouse, Chad Fuller
**Counsel on Behalf of Defendant Blue Cross Blue Shield Association:** Brian Kavanaugh

A case management conference was held on February 4, 2016. For a list of all counsel who appeared at the case management conference, see ECF No. 461. A further case management conference is set for May 26, 2016, at 1:30 p.m. The parties shall file their joint case management statement by May 19, 2016.

At the case management conference, the Court made the following rulings:
**AMENDMENT OF PLEADINGS**
For the reasons stated on the record, Plaintiffs may amend the complaint to include four additional state law claims which required the filing of pre-suit notice.

**SECOND ROUND MOTIONS TO DISMISS**
For purposes of the second round motions to dismiss, Anthem, Inc. and Anthem's affiliates

1

(collectively, the "Anthem Defendants") shall file one motion to dismiss not to exceed 25 pages in length. Plaintiffs shall file an opposition not to exceed 25 pages in length, and the Anthem Defendants shall file a reply not to exceed 15 pages in length.

Blue Cross Blue Shield Association and the non-Anthem Blue Cross Blue Shield companies (collectively, the "Non-Anthem Defendants") shall also file one motion to dismiss not to exceed 20 pages in length. Plaintiffs shall file an opposition not to exceed 20 pages in length, and the Non-Anthem Defendants shall file a reply not to exceed 10 pages in length.

All issues regarding standing shall be included in the second round motions to dismiss.

**JOINT COORDINATION ORDER**

The Court has entered the parties' proposed joint coordination order. ECF No. 462. The parties shall inform the Court if and when Judge Earl Maas and Judge Bryan Hettenbach rule on the joint coordination order.

**PROCEDURES FOR ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL**

Pursuant to the parties' request, Plaintiffs shall file a provisional motion requesting leave to file under seal when Plaintiffs file a brief or motion referencing information marked "confidential" by Defendants pursuant to the stipulated protective order. The parties shall then meet and confer before filing a joint administrative motion to file under seal the week thereafter.

**CASE SCHEDULE**

The Court amended the case schedule at the case management conference. An updated case schedule is set forth below.

| Scheduled Event | Date |
| --- | --- |
| Deadline to File Second Consolidated Amended Complaint | 30 Days After Ruling on Motion to Dismiss |
| Deadline to File Second Round Motion to Dismiss | 21 Days After Filing of Second Consolidated Amended Complaint |
| Deadline to File Opposition to Second Round Motion to Dismiss | 21 Days After Filing of Second Round Motion to Dismiss |
| Deadline to File Reply in Support of Second Round Motion to Dismiss | 14 Days After Filing of Opposition to Second Round Motion to Dismiss |
| Hearing on Second Round Motion to Dismiss | May 26, 2016, at 1:30 p.m. |
| Last Day to Add Parties | July 11, 2016 |
| Close of Fact Discovery | October 17, 2016 |
| Identification of Plaintiffs' Experts for Class Certification and Report | November 7, 2016 |
| Identification of Defendants' Experts for Class Certification | November 28, 2016 |

2

Case No. 15-MD-02617-LHK
CASE MANAGEMENT ORDER

| | |
|---|---|
| and Report | |
| Identification of Plaintiffs' Rebuttal Witnesses for Class Certification and Report | December 19, 2016 |
| Last Day to Depose Experts (i.e., Close of Expert Discovery) | January 23, 2017 |
| Last Day to Amend Pleadings | February 3, 2017 |
| Deadline to File Motion for Class Certification | **Motion:** February 17, 2017<br>**Opp'n:** March 17, 2017<br>**Reply:** April 14, 2017 |
| Deadline for Defendants to File *Daubert* Motions | **Motion:** March 17, 2017<br>**Opp'n:** April 14, 2017<br>**Reply:** April 28, 2017 |
| Deadline for Plaintiffs to File *Daubert* Motions | **Motion:** April 14, 2017<br>**Opp'n:** April 28, 2017<br>**Reply:** May 12, 2017 |
| Hearing on Motion for Class Certification and *Daubert* Motions | June 1, 2017, at 1:30 p.m. |

**IT IS SO ORDERED.**

Dated:  February 4, 2016

_Lucy H. Koh_
LUCY H. KOH
United States District Judge