| | |
|---|---|
| ALTSHULER BERZON LLP | COHEN MILSTEIN SELLERS & TOLL PLLC |
| EVE CERVANTEZ (SBN 164709) | ANDREW N. FRIEDMAN (admitted *pro hac vice*) |
| ecervantez@altshulerberzon.com | afriedman@cohenmilstein.com |
| JONATHAN WEISSGLASS (SBN 185008) | GEOFFREY GRABER (SBN 211547) |
| jweissglass@altshulerberzon.com | ggraber@cohenmilstein.com |
| DANIELLE E. LEONARD (SBN 218201) | SALLY M. HANDMAKER (SBN 281186) |
| dleonard@altshulerberzon.com | shandmaker@cohenmilstein.com |
| MEREDITH A. JOHNSON (SBN 291018) | ERIC KAFKA (admitted *pro hac vice*) |
| mjohnson@altshulerberzon.com | ekafka@cohenmilstein.com |
| 177 Post Street, Suite 300 | 1100 New York Ave. NW |
| San Francisco, CA 94108 | Suite 500, West Tower |
| Telephone: (415) 421-7151 | Washington, DC 20005 |
| Facsimile: (415) 362-8064 | Telephone: (202) 408-4600 |
| | Facsimile: (202) 408-4699 |

*Lead Plaintiffs' Counsel*
Additional Plaintiffs' Counsel Listed on Signature Page

HOGAN LOVELLS US LLP
CRAIG A. HOOVER (SBN 113965)
craig.hoover@hoganlovells.com
E. DESMOND HOGAN (admitted *pro hac vice*)
desmond.hogan@hoganlovells.com
555 Thirteenth Street, NW
Washington, DC 20004-1109
Telephone:    (202) 637-5600
Facsimile:    (202) 637-5910

*Attorneys for Defendants Anthem, Inc. and related parties*
Additional Defendants and Defendants' Counsel Listed on Signature Page

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **IN RE ANTHEM, INC. DATA BREACH LITIGATION** | Case No. 15-md-02617-LHK (NC) |
| | **STIPULATION AND ~~PROPOSED~~ ORDER RE: SECOND CONSOLIDATED AMENDED COMPLAINT AND MOTION TO DISMISS BRIEFING** |
| | The Honorable Lucy H. Koh |

Stipulation Re: Second Consolidated Amended Complaint and Motion to Dismiss Briefing
Case No. 15-md-02617-LHK (NC)

WHEREAS, pursuant to the Court's February 4, 2016 Case Management Order, the deadline for Plaintiffs to file a Second Consolidated Amended Complaint is 30 days after the Court's ruling on the motions to dismiss the First Consolidated Amended Complaint;

WHEREAS, the Court issued its decision on the motions to dismiss the First Consolidated Amended Complaint on February 14, 2015, which means the deadline for Plaintiffs to file a Second Consolidated Amended Complaint is March 15, 2016;

WHEREAS, pursuant to the Court's Case Management Order, the deadline for Anthem, Inc. ("Anthem") and certain of its affiliates (collectively the "Anthem Defendants") and the Blue Cross Blue Shield Association and certain non-Anthem companies (collectively the "Non-Anthem Defendants") to file motions to dismiss is 21 days after the filing of the Second Consolidated Amended Complaint; with Plaintiffs then having 21 days to file oppositions to the motions to dismiss, and the Anthem Defendants and Non-Anthem Defendants having 14 days to file replies in support of their motions to dismiss;

WHEREAS, the parties have conferred about adjusting the aforementioned deadlines to accommodate the schedules of the Anthem Defendants' counsel; and

WHEREAS, the ~~proposed~~ change would provide for the filing of the Second Consolidated Complaint earlier than is required under the existing schedule and would result in additional time for Defendants to file their motions to dismiss thereafter;

WHEREAS, the ~~proposed~~ change will not delay adjudication of the motions to dismiss or interfere with other deadlines set by the Court and, specifically, the reply briefs will be filed on the same date as if the Second Consolidated Amended Complaint was going to be filed on its original due date of March 15, 2016 and Defendants did not have additional time to file their motion to dismiss;

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs and the Anthem Defendants and Non Anthem Defendants, subject to approval of the Court, that:

1. Plaintiffs will file their Second Consolidated Amended Complaint on March 11, 2016;

1

Stipulation Re: Second Consolidated Amended Complaint and Motion to Dismiss Briefing
Case No. 15-md-02617-LHK (NC)

2. The deadline for Anthem Defendants and Non-Anthem Defendants to file motions to dismiss is Noon Pacific Time on April 5, 2016;

3. The deadline for Plaintiffs to file oppositions to the motions to dismiss is April 26, 2016; and

4. The deadline for the Anthem Defendants and Non-Anthem Defendants to file replies in support of their motions to dismiss is May 10, 2016.

Respectfully submitted,

**COHEN MILSTEIN SELLERS & TOLL PLLC**
ANDREW N. FRIEDMAN
GEOFFREY GRABER
SALLY M. HANDMAKER
ERIC KAFKA

Dated: March 7, 2016

By: /s/ Andrew N. Friedman

**ALTSHULER BERZON LLP**
EVE H. CERVANTEZ
JONATHAN WEISSGLASS
DANIELLE E. LEONARD
MEREDITH A. JOHNSON

Dated: March 7, 2016

By: /s/ Eve H. Cervantez

*Lead Plaintiffs' Counsel*

**GIRARD GIBBS LLP**
ERIC GIBBS
DAVID M. BERGER
1 Kaiser Plaza, Suite 1125
Oakland, California 94612
Telephone: (510) 981-4800
Facsimile: (415) 981-4846

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
MICHAEL W. SOBOL
NICOLE D. SUGNET
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339

*Plaintiffs' Steering Committee*

**HOGAN LOVELLS US LLP**
CRAIG A. HOOVER
E. DESMOND HOGAN
PETER R. BISIO
ALLISON M. HOLT

Dated: March 7, 2016

By: /s/ Craig A. Hoover

Craig A. Hoover (SBN 113965)
craig.hoover@hoganlovells.com
E. Desmond Hogan (admitted *pro hac vice*)
desmond.hogan@hoganlovells.com
Peter R. Bisio (admitted *pro hac vice*)
peter.bisio@hoganlovells.com
Allison M. Holt (admitted *pro hac vice*)
allison.holt@hoganlovells.com
555 Thirteenth Street, NW
Washington, DC 20004-1109
Telephone:    (202) 637-5600
Facsimile:     (202) 637-5910

Michael Maddigan (SBN 163450)
michael.maddigan@hoganlovells.com
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone:    (310) 785-4600
Facsimile:     (310) 785-4601

Maren J. Clouse (SBN 228726)
maren.clouse@hoganlovells.com
4085 Campbell Ave., Suite 100
Menlo Park, CA 94025
Telephone:    (650) 463-4000
Facsimile:     (650) 463-4199

| | |
|---|---|
| | *Attorneys for Anthem, Inc., and certain of its affiliates named as defendants in the Consolidated Amended Complaint (collectively, "Anthem"), and Defendants Blue Cross and Blue Shield of Alabama, USAble Mutual Insurance Company d/b/a Arkansas Blue Cross and Blue Shield and and BlueAdvantage Administrators of Arkansas, California Physicians' Service d/b/a Blue Shield of California, Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue, CareFirst of Maryland, Blue Cross and Blue Shield of Massachusetts, Inc., Blue Cross and Blue Shield of Michigan, BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota, Horizon Healthcare Services, Inc., Blue Cross and Blue Shield of North Carolina, Highmark Inc. f/k/a Highmark Health Services, and Blue Cross and Blue Shield of Vermont* |
| | **TROUTMAN SANDERS LLP**<br>CHAD R. FULLER |
| Dated:  March 7, 2016 | By: /s/ Chad R. Fuller |
| | Chad R. Fuller (SBN 190830)<br>chad.fuller@troutmansanders.com<br>11682 El Camino Real, Suite 400<br>San Diego, CA 92130<br>Telephone:  (858) 509-6056<br>Facsimile:  (858) 509-6040 |
| | *Attorney for Anthem* |
| | **NELSON MULLINS RILEY & SCARBOROUGH LLP**<br>JOHN D. MARTIN<br>LUCILE H. COHEN |
| Dated:  March 7, 2016 | By: /s/ John D. Martin |
| | John D. Martin (admitted *pro hac vice*)<br>john.martin@nelsonmullins.com<br>Lucile H. Cohen (admitted *pro hac vice*)<br>lucie.cohen@nelsonmullins.com<br>1320 Main Street, 17th Floor<br>Columbia, SC 29201<br>Telephone:  (803) 255-9241<br>Facsimile:  (803) 256-7500 |

| | |
|---|---|
| | *Attorneys for Anthem* |
| | **KIRKLAND & ELLIS LLP** |
| | BRIAN P. KAVANAUGH |
| | KATHERINE WARNER |
| | LUKE C. RUSE |
| | TIM PICKERT |
| Dated:  March 7, 2016 | By: /s/ Brian P. Kavanaugh |
| | Brian Kavanaugh (admitted *pro hac vice*) |
| | brian.kavanaugh@kirkland.com |
| | Katherine Warner (admitted *pro hac vice*) |
| | kate.warner@kirkland.com |
| | 300 N. LaSalle |
| | Chicago, IL 60654 |
| | Telephone:  (312) 862-2000 |
| | Facsimile:  (312) 862-2200 |
| | *Attorneys for Blue Cross Blue Shield Association* |
| | Brian P. Kavanaugh (admitted *pro hac vice*) |
| | brian.kavanaugh@kirkland.com |
| | Luke C. Ruse (admitted *pro hac vice*) |
| | luke.ruse@kirkland.com |
| | Tim Pickert (admitted *pro hac vice*) |
| | tim.pickert@kirkland.com |
| | 300 North LaSalle Street |
| | Chicago, IL  60654 |
| | Tel:  (312) 862-2000 |
| | Fax:  (312) 862-2200 |
| | *Attorneys for Defendants* |
| | *Blue Cross and Blue Shield of Illinois* |
| | *and Blue Cross and Blue Shield of Texas,* |
| | *divisions of Health Care Service Corporation,* |
| | *A Mutual Legal Reserve Company* |

# [~~PROPOSED~~] ORDER

Pursuant to stipulation, and for good cause shown, it is hereby ordered that:

1. The deadline for Plaintiffs to file the Second Consolidated Amended Complaint is March 11, 2016;

2. The deadline for Anthem Defendants and Non-Anthem Defendants to file motions to dismiss is Noon Pacific Time on April 5, 2016; and

3. The deadline for Plaintiffs to file oppositions to the motions to dismiss is April 26, 2016; and

4. The deadline for the Anthem Defendants and Non-Anthem Defendants to file replies in support of their motions to dismiss is May 10, 2016.

IT IS SO ORDERED.

Dated:   March 8, 2016                                    *Lucy H. Koh*

                                                   Honorable Lucy H. Koh