United States District Court
Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

IN RE ANTHEM, INC. DATA BREACH
LITIGATION

Case No. 15-MD-02617-LHK

**ORDER REGARDING MOTION FOR CLARIFICATION**

Re: Dkt. No. 482, 483

On March 28, 2016, Defendants filed a motion for clarification regarding discovery as to ten Non-Anthem Defendants.  ECF No. 483.  On March 28, 2016, the parties also stipulated to an expedited briefing schedule on this motion for clarification and requested "a hearing on . . . [the] Motion for Clarification on the earliest date after April 4, 2016."  ECF No. 482 at 2.

The Court hereby APPROVES the parties' expedited briefing schedule.   Plaintiffs' opposition shall not exceed eight pages in length, and Defendants' reply shall not exceed three pages in length.  Pursuant to Civil Local Rule 7-1(b), this motion will be decided on the papers.

**IT IS SO ORDERED.**

Dated:  March 29, 2016

_____
LUCY H. KOH
United States District Judge

Case No. 15-MD-02617-LHK
ORDER REGARDING MOTION FOR CLARIFICATION

1