# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | | |
|---|---|---|
| IN RE ANTHEM INC. DATA BREACH LITIGATION | : : : : : | Case No. 5:15-MD-02617-LHK<br><br>[~~PROPOSED~~] **ORDER GRANTING WITHDRAWAL OF THE CROSS LAW FIRM** |

On May 24, 2016, P. Gregory Cross and Danyel Struble of The Cross Law firm, filed their Notice of Withdraw of The Cross Law Firm [Docket No. 517] as counsel for Plaintiff Michael Weinberger. The Court, having considered the pleading, HEREBY GRANTS the withdrawal.

IT IS ORDERED that P. Gregory Cross and Danyel Struble are hereby withdrawn as an attorney of record for Michael Weinberger, and counsel have no need to continue to receive electronic notices of activity.

DATED: May 25, 2016

_____
HONORABLE LUCY H. KOH