UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| IN RE ANTHEM INC. DATA BREACH LITIGATION | : : : : : : | Case No. 5:15-MD-02617-LHK<br><br>[PROPOSED] ORDER GRANTING WITHDRAWAL OF APPEARANCE OF P. GREGORY CROSS |

On May 24, 2016, P. Gregory Cross and Danyel Struble of The Cross Law Firm, filed their Notice of Withdraw of The Cross Law Firm as counsel for Plaintiff Valerie Brescia. The Court, having considered the pleading, HEREBY GRANTS the withdrawal.

IT IS ORDERED that P. Gregory Cross and Danyel Struble are hereby withdrawn as an attorney of record for Valerie Brescia, and counsel have no need to continue to receive electronic notices of activity.

DATED: May 26, 2016

*Lucy H. Koh*
HONORABLE LUCY H. KOH