UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANTHEM, INC. DATA BREACH LITIGATION | Case No. 15-MD-02617-LHK<br><br>**CASE MANAGEMENT ORDER** |

**Counsel on Behalf of Lead Plaintiffs and Lead Plaintiffs' Steering Committee:** Eve Cervantez, Geoffrey Graber, Meredith Johnson, David Berger
**Counsel on Behalf of Defendants Anthem, Inc.; Anthem affiliates; and various non-Anthem affiliates:** Craig Hoover, Desmond Hogan, Chad Fuller
**Counsel on Behalf of Defendants Blue Cross Blue Shield Association and Healthcare Services Corporation:** Brian Kavanaugh

A case management conference was held on May 26, 2016. For a list of all counsel who appeared at the case management conference, see ECF No. 521. A further case management conference is set for July 22, 2016, at 2:00 p.m. The parties shall file their joint case management statement by July 15, 2016.

As the Court stated at the case management conference, discovery should proceed as to all Plaintiffs and all Defendants, with a current fact discovery cutoff of October 17, 2016.

In addition, the Court encourages the parties to discuss options to narrow the issues presented for class certification, and to present these options in their next case management statement.

1

Case No. 15-MD-02617-LHK
CASE MANAGEMENT ORDER

**CASE SCHEDULE**

The case schedule remains as set, and is set forth below.

| Scheduled Event | Date |
| --- | --- |
| Last Day to Add Parties | July 11, 2016 |
| Close of Fact Discovery | October 17, 2016 |
| Identification of Plaintiffs' Experts for Class Certification and Report | November 7, 2016 |
| Identification of Defendants' Experts for Class Certification and Report | November 28, 2016 |
| Identification of Plaintiffs' Rebuttal Witnesses for Class Certification and Report | December 19, 2016 |
| Last Day to Depose Experts (i.e., Close of Expert Discovery) | January 23, 2017 |
| Last Day to Amend Pleadings | February 3, 2017 |
| Deadline to File Motion for Class Certification | **Motion:** February 17, 2017<br>**Opp'n:** March 17, 2017<br>**Reply:** April 14, 2017 |
| Deadline for Defendants to File *Daubert* Motions | **Motion:** March 17, 2017<br>**Opp'n:** April 14, 2017<br>**Reply:** April 28, 2017 |
| Deadline for Plaintiffs to File *Daubert* Motions | **Motion:** April 14, 2017<br>**Opp'n:** April 28, 2017<br>**Reply:** May 12, 2017 |
| Hearing on Motion for Class Certification and *Daubert* Motions | June 1, 2017, at 1:30 p.m. |

**IT IS SO ORDERED.**

Dated:  May 26, 2016

_____
LUCY H. KOH
United States District Judge

Case No. 15-MD-02617-LHK
CASE MANAGEMENT ORDER