# EXHIBIT N

| | |
|---|---|
| **From:** | Eric Kafka |
| **To:** | Warner, Kate; Ruse, Luke C.; Kavanaugh, Brian P.; Pickert, Tim; Lawrence, Ryan M. |
| **Cc:** | "Eve Cervantez"; Andrew N. Friedman ; Geoffrey Graber; "David Berger"; "msobol@lchb.com"; Shireen Hamdan |
| **Subject:** | RE: Letter regarding ESI Search Terms |
| **Date:** | Friday, June 10, 2016 6:46:06 PM |

Kate,

Thank you for your response. We would like to raise the following discovery disputes with Judge Cousins: (1) BCBSA's identification of data sources, (2) BCBSA's objection regarding only producing documents related to the FEP Program, and (3) BCBSA's objection to producing documents created after the Anthem Data Breach. We will send you our half of a joint discovery brief early next week.

Best,
Eric

---

**From:** Warner, Kate [mailto:kate.warner@kirkland.com]
**Sent:** Monday, June 06, 2016 6:07 PM
**To:** Eric Kafka; Ruse, Luke C.; Kavanaugh, Brian P.; Pickert, Tim; Lawrence, Ryan M.
**Cc:** 'Eve Cervantez'; Andrew N. Friedman ; Geoffrey Graber; 'David Berger'; 'msobol@lchb.com'; Shireen Hamdan
**Subject:** RE: Letter regarding ESI Search Terms

Eric,

Please see the attached correspondence.

**Kate Warner**

--------------------------------------------------

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 7454
**F** +1 312 862 2200

--------------------------------------------------

kate.warner@kirkland.com

---

**From:** Eric Kafka [mailto:EKafka@cohenmilstein.com]
**Sent:** Monday, June 06, 2016 2:13 PM
**To:** Warner, Kate; Ruse, Luke C.; Kavanaugh, Brian P.; Pickert, Tim; Lawrence, Ryan M.
**Cc:** 'Eve Cervantez'; Andrew N. Friedman ; Geoffrey Graber; 'David Berger'; 'msobol@lchb.com'; Shireen Hamdan
**Subject:** RE: Letter regarding ESI Search Terms

Kate,

We are still waiting for your response. We need your response as soon as possible so we know which issues, if any, need to be brought to the court's attention.

Thanks,
Eric

**From:** Warner, Kate [mailto:kate.warner@kirkland.com]
**Sent:** Tuesday, May 31, 2016 8:35 PM
**To:** Eric Kafka; Ruse, Luke C.; Kavanaugh, Brian P.; Pickert, Tim; Lawrence, Ryan M.
**Cc:** 'Eve Cervantez'; Andrew N. Friedman ; Geoffrey Graber; 'David Berger'; 'msobol@lchb.com'; Shireen Hamdan
**Subject:** RE: Letter regarding ESI Search Terms

Eric,

We received your letter after close of business on Friday, before the 3-day holiday weekend. Plaintiffs' demand for a response in one business day is unreasonable. We will provide a response by the end of the week.

**Kate Warner**
-----------------------------------------
**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 7454
**F** +1 312 862 2200
-----------------------------------------

kate.warner@kirkland.com

**From:** Eric Kafka [mailto:EKafka@cohenmilstein.com]
**Sent:** Friday, May 27, 2016 5:03 PM
**To:** Warner, Kate; Ruse, Luke C.; Kavanaugh, Brian P.; Pickert, Tim; Lawrence, Ryan M.
**Cc:** 'Eve Cervantez'; Andrew N. Friedman ; Geoffrey Graber; 'David Berger'; 'msobol@lchb.com'; Shireen Hamdan
**Subject:** RE: Letter regarding ESI Search Terms

Katherine,

Please see the attached correspondence.

Best,
Eric

**From:** Warner, Kate [mailto:kate.warner@kirkland.com]
**Sent:** Thursday, May 19, 2016 6:52 PM
**To:** Ruse, Luke C.; Eric Kafka; Kavanaugh, Brian P.; Pickert, Tim; Lawrence, Ryan M.
**Cc:** 'Eve Cervantez'; Andrew N. Friedman ; Geoffrey Graber; 'David Berger'; 'msobol@lchb.com'; Shireen Hamdan
**Subject:** RE: Letter regarding ESI Search Terms

Eric,

Please see the attached letter.

Thanks,
Kate

**Kate Warner**

---------------------------------------------------

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 7454
**F** +1 312 862 2200

---------------------------------------------------

kate.warner@kirkland.com

---

**From:** Ruse, Luke C.
**Sent:** Wednesday, May 18, 2016 4:50 PM
**To:** Eric Kafka; Warner, Kate; Kavanaugh, Brian P.; Pickert, Tim; Lawrence, Ryan M.
**Cc:** 'Eve Cervantez'; Andrew N. Friedman; Geoffrey Graber; 'David Berger'; 'msobol@lchb.com'; Shireen Hamdan
**Subject:** RE: Letter regarding ESI Search Terms

Eric,

Please see the attached correspondence.

Thanks,
Luke

**Luke C. Ruse**

---------------------------------------------------

**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 3094  **F** +1 312 862 2200

---------------------------------------------------

luke.ruse@kirkland.com

---

**From:** Eric Kafka [mailto:EKafka@cohenmilstein.com]
**Sent:** Tuesday, May 17, 2016 5:03 PM
**To:** Ruse, Luke C.; Warner, Kate; Kavanaugh, Brian P.; Pickert, Tim; Lawrence, Ryan M.
**Cc:** 'Eve Cervantez'; Andrew N. Friedman ; Geoffrey Graber; 'David Berger'; 'msobol@lchb.com'; Shireen Hamdan
**Subject:** RE: Letter regarding ESI Search Terms

Counsel: Please see the attached correspondence.

---

**From:** Eric Kafka
**Sent:** Wednesday, May 11, 2016 4:23 PM
**To:** 'Ruse, Luke C.'; Warner, Kate; Kavanaugh, Brian P.; Pickert, Tim; Lawrence, Ryan M.
**Cc:** 'Eve Cervantez'; Andrew N. Friedman ; Geoffrey Graber; 'David Berger'; 'msobol@lchb.com'
**Subject:** RE: Letter regarding ESI Search Terms

Luke,

4:00 pm Central on Friday works for us. We can use my conference call number: 888-433-2816, passcode: 202-408-3685.

Many documents provided by Anthem to the Plaintiffs demonstrate that BCBSA plays an important

role in standardizing cybersecurity for all BCBS entities, including Anthem BCBS Affiliates. Many of the documents refer to the Brand Enhancement and Protection Committee, the cybersecurity subcommittee, and the BluesNet Oversight Committee. Examples of such documents can be found at the following Bates ranges:

- ANTMMDL-00045184 - ANTMMDL-00045186
- ANTMMDL-00084434
- ANTMMDL-00083937
- ANTMMDL-00083939 - ANTMMDL-00083989
- ANTMMDL-00091822 - ANTMMDL-00091823
- ANTMMDL-00094246
- ANTMMDL-00094247 - ANTMMDL-00094249
- ANTMMDL-00094597
- ANTMMDL-00094598 - ANTMMDL-00094601
- ANTMMDL-00095066 - ANTMMDL-00095094
- ANTMMDL-00096816
- ANTMMDL-00171931 - ANTMMDL-00171933

Thanks,
Eric

**From:** Ruse, Luke C. [mailto:lruse@kirkland.com]
**Sent:** Wednesday, May 11, 2016 2:31 PM
**To:** Eric Kafka; Warner, Kate; Kavanaugh, Brian P.; Pickert, Tim; Lawrence, Ryan M.
**Cc:** 'Eve Cervantez'; Andrew N. Friedman ; Geoffrey Graber; 'David Berger'; 'msobol@lchb.com'
**Subject:** RE: Letter regarding ESI Search Terms

Eric,

We are fairly tied up this week. We could talk Friday at 4:00 Central or Monday anytime other than 1:30-3:30 Central. Please let us know your preference. A number of Plaintiffs' assertions in your May 9, 2016 letter are purportedly based on information Plaintiffs say is revealed in unspecified Anthem documents. In order to have a meaningful discussion, could you please provide us with copies of (or the Bates numbers for) the documents you are referring to? If they are voluminous, examples of the documents you contend support Plaintiffs' demands for expanded search terms and custodians would be sufficient.

Thanks,
Luke

**Luke C. Ruse**
------------------------------------------------
**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 3094 **F** +1 312 862 2200
------------------------------------------------
luke.ruse@kirkland.com

**From:** Eric Kafka [mailto:EKafka@cohenmilstein.com]
**Sent:** Wednesday, May 11, 2016 10:31 AM
**To:** Warner, Kate; Ruse, Luke C.; Kavanaugh, Brian P.; Pickert, Tim; Lawrence, Ryan M.
**Cc:** 'Eve Cervantez'; Andrew N. Friedman ; Geoffrey Graber; 'David Berger'; 'msobol@lchb.com'
**Subject:** RE: Letter regarding ESI Search Terms

Kate,

As I said during our brief phone call yesterday, I can make myself available to speak any time today or Friday, as well as Thursday afternoon. I can also make Thursday morning work if needed.

It's important that the parties meet-and-confer this week regarding our outstanding discovery disputes. Plaintiffs are hoping that we can find agreement, and if not, Plaintiffs need to ascertain as soon as possible which issues we will be bringing to Judge Cousins' attention.

Thanks,
Eric

---

**From:** Eric Kafka
**Sent:** Monday, May 09, 2016 5:20 PM
**To:** 'Warner, Kate'; Ruse, Luke C.; Kavanaugh, Brian P.; Pickert, Tim; Lawrence, Ryan M.
**Cc:** 'Eve Cervantez'; Andrew N. Friedman ; Geoffrey Graber; 'David Berger'; 'msobol@lchb.com'
**Subject:** RE: Letter regarding ESI Search Terms

Kate, attached is our response to your May 3, 2016 letter.

---

**From:** Warner, Kate [mailto:kate.warner@kirkland.com]
**Sent:** Tuesday, May 03, 2016 5:35 PM
**To:** Eric Kafka; Ruse, Luke C.; Kavanaugh, Brian P.; Pickert, Tim; Lawrence, Ryan M.
**Cc:** 'Eve Cervantez'; Andrew N. Friedman ; Geoffrey Graber; 'David Berger'; 'msobol@lchb.com'
**Subject:** RE: Letter regarding ESI Search Terms

Eric, attached is our response to your April 13, 2016 letter.

**Kate Warner**
------------------------------------------------------
**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 7454
**F** +1 312 862 2200
------------------------------------------------------
kate.warner@kirkland.com

---

**From:** Eric Kafka [mailto:EKafka@cohenmilstein.com]
**Sent:** Tuesday, May 03, 2016 8:19 AM
**To:** Warner, Kate; Ruse, Luke C.; Kavanaugh, Brian P.; Pickert, Tim; Lawrence, Ryan M.
**Cc:** 'Eve Cervantez'; Andrew N. Friedman ; Geoffrey Graber; 'David Berger'; 'msobol@lchb.com'
**Subject:** RE: Letter regarding ESI Search Terms

Kate,

Could you please provide a date certain for your response to our April 13th letter? We thought you were going to provide us with a response last week. Given that fact discovery ends in October, we will need your response as soon as possible.

Thanks,
Eric

---

**From:** Warner, Kate [mailto:kate.warner@kirkland.com]
**Sent:** Monday, April 25, 2016 5:37 PM
**To:** Kafka, Eric; Ruse, Luke C.; Kavanaugh, Brian P.; Pickert, Tim; Lawrence, Ryan M.
**Cc:** 'Eve Cervantez'; Friedman, Andrew; Graber, Geoffrey; 'David Berger'; 'msobol@lchb.com'
**Subject:** RE: Letter regarding ESI Search Terms

Eric,

Given client schedules, including spring break, we are working to provide a response by the end of the week, but will respond sooner if possible.

Thanks,
Kate

**Kate Warner**
------------------------------------------------------
**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 7454
**F** +1 312 862 2200
------------------------------------------------------
kate.warner@kirkland.com

---

**From:** Kafka, Eric [mailto:EKafka@cohenmilstein.com]
**Sent:** Thursday, April 21, 2016 12:18 PM
**To:** Ruse, Luke C.; Kavanaugh, Brian P.; Pickert, Tim; Warner, Kate; Lawrence, Ryan M.
**Cc:** 'Eve Cervantez'; Friedman, Andrew; Graber, Geoffrey; 'David Berger'; 'msobol@lchb.com'
**Subject:** RE: Letter regarding ESI Search Terms

Luke,

Thank you for your e-mail. We understand that you were not able to provide feedback to our letter by this Monday, April 18, but we would like to set a firm deadline for you to provide feedback. Do you believe that you will be able to respond to our letter by Monday, April 25? As we noted in our letter, Plaintiffs invested significant time reviewing defendants' documents so that we could hone

your previously suggested terms. While this task took Plaintiffs more than 3 weeks, it is an inherently easier task for BCBSA and HCSC because the search terms will be based upon what terms BCBSA and HCSC use within their own business operations.

Thanks,
Eric

---

**From:** Ruse, Luke C. [mailto:lruse@kirkland.com]
**Sent:** Friday, April 15, 2016 5:58 PM
**To:** Kafka, Eric; Kavanaugh, Brian P.; Pickert, Tim; Warner, Kate; Lawrence, Ryan M.
**Cc:** 'Eve Cervantez'; Friedman, Andrew; Graber, Geoffrey; 'David Berger'; 'msobol@lchb.com'
**Subject:** RE: Letter regarding ESI Search Terms

Eric,

Thank you for your letter of April 13. As noted, your letter summarizes your understanding of our meet-and-confer held on March 21, 2016 regarding HCSC's and BCBSA's ESI Search Protocols for Plaintiffs' Second Set of Requests for Production of Documents, which we originally provided to you on February 29. Your letter also raises new issues that you did not raise either in your March 14 letter requesting a meet-and-confer or during our March 21 meet-and-confer. During our call, we requested that you provide any specific feedback or requested modifications regarding the search terms so that we could use our clients' time efficiently. You indicated you would do so by the end of the week, which would have been March 25. You have now provided that feedback, but have requested that we respond within three business days to the feedback that took you three and one-half weeks to provide. We will consider the requests made in your letter, but it may take more than three days to respond.

Thanks for your understanding.

Luke


**Luke C. Ruse**
-----------------------------------------------------
**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 3094 **F** +1 312 862 2200
-----------------------------------------------------
luke.ruse@kirkland.com

---

**From:** Kafka, Eric [mailto:EKafka@cohenmilstein.com]
**Sent:** Wednesday, April 13, 2016 1:38 PM
**To:** Ruse, Luke C.; Kavanaugh, Brian P.; Pickert, Tim; Warner, Kate; Lawrence, Ryan M.
**Cc:** 'Eve Cervantez'; Friedman, Andrew; Graber, Geoffrey; 'David Berger'; 'msobol@lchb.com'
**Subject:** Letter regarding ESI Search Terms

Counsel: Please see the attached correspondence.

This transmission is intended for the exclusive use of the individual or entity that is the named addressee and may contain information that is privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee or an employee or agent responsible for delivering this message to the named addressee, you are not authorized to read, print, retain, copy or disseminate this transmission or any part of it. If you have received this message in error, please notify me immediately, discard all paper copies and delete any electronic files of this message. Thank you.


The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.


The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.


The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.


The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.


The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside

information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.


The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.