# EXHIBIT P

**EXHIBIT P**

**BCBSA's Reply to Plaintiffs' Exhibit C**

| Document Request | Summary of BCBSA's Response | Plaintiffs' June 24, 2016 Demand | BCBSA's Compromise Offers[1] | Plaintiffs' Response | BCBSA's Reply |
|---|---|---|---|---|---|
| **Request #8.** All documents and communications You provided to or received from any foreign or domestic government or governmental entity, such as the U.S. Federal Trade Commission, Federal Bureau of Investigation, Department of Homeland Security, Department of Health and Human Services, Office of Personnel Management, Office of the Inspector General, attorneys general, insurance commissioners, and the Irish Data Protection Commissioner, regarding the Data Breach. | BCBSA agreed to produce "formal submissions to and responses from governmental entities in their role as regulators regarding the Data Breach" created between January 1, 2014 and October 19, 2015. | Expand BCBSA's search to include documents created on or before July 31, 2016. | June 28, 2016 Offer: Offered to expand scope of search to include documents created between January 1, 2014 and July 31, 2016. | BCBSA made this offer for the first time in their July 6, 2016 letter. Nevertheless, Plaintiffs appreciate the offer, and would be willing to accept it provided that BCBSA withdraw General Objection No. 8 with respect to this RFP. | Again, Plaintiffs raise new issues. On June 24, Plaintiffs requested that BCBSA expand its search to include documents through July 31, 2016. BCBSA agreed. Now Plaintiffs make new demands. More importantly, Plaintiffs' new demand does not make sense because BCBSA made clear that it was searching for documents without any FEP restriction (as Plaintiffs' June 24 demand implicitly acknowledged). |

[1]Italicized text indicates BCBSA's proposal to expand the search parameters for custodial searches. All other compromise proposals refer to additional non-custodial searches.  On June 28, as a compromise, BCBSA offered to produce numerous categories of documents in response to Plaintiffs' Second Request for Production generally.  Given Plaintiffs' mischaracterizations in Mr. Kafka's June 29 correspondence, BCBSA wrote on July 6 to connect the dots between the categories offered on June 28 and the specific RFPs to which those categories would apply. All of the terms of the compromises contained in this column were conveyed on June 28, following Plaintiffs' June 24 demand which raised numerous new issues.

| Document Request | Summary of BCBSA's Response | Plaintiffs' June 24, 2016 Demand | BCBSA's Compromise Offers[1] | Plaintiffs' Response | BCBSA's Reply |
|---|---|---|---|---|---|
| **Request #9.** All policies and procedures to determine whether an entity receiving Your or Your licensees' members' PHI and/or PII provides adequate security for that information. | BCBSA agreed to produce "policies and procedures regarding the security of FEP Members' PII and/or PHI when transmitted to other entities" created between January 1, 2014 and February 3, 2015. | Expand BCBSA's search to include documents created on or before July 31, 2016.<br><br>Remove FEP-related limitation on the scope of BCBSA's search. | June 28, 2016 Offer: Offered to search for, and produce any responsive materials located, the following additional categories of documents: (i) BCBSA policies and procedures communicated to Anthem regarding compliance with the data security requirements of the OPM contract; (ii) BCBSA policies and procedures containing data security requirements applicable to Anthem's networks; (iii) any certification by Anthem to BCBSA regarding Anthem's network data security. All searches would be for documents created between January 1, 2014 and July 31, 2016. | BCBSA made this offer for the first time in their July 6, 2016 letter. Nevertheless, Plaintiffs appreciate the offer, and would be willing to accept it provided that (a) BCBSA withdraw General Objection No. 8, and (b) "produce any responsive materials located," notwithstanding whether BCBSA deems those documents related to the FEP program, or whether BCBSA deems those documents related to the categories identified in their compromise offer. | Plaintiffs' Response offers no compromise and does not explain why BCBSA's compromise offer is deficient or not appropriately tailored to the claims and needs of the case. |

| Document Request | Summary of BCBSA's Response | Plaintiffs' June 24, 2016 Demand | BCBSA's Compromise Offers[1] | Plaintiffs' Response | BCBSA's Reply |
|---|---|---|---|---|---|
| **Request #10.** All documents and communications regarding Anthem's security for Your or Your licensees' members' PHI and/or PII. | BCBSA agreed to produce responsive documents and communications from January 1, 2014 - February 3, 2015 located pursuant to a reasonable search in accordance with a reasonable ESI search protocol. | Expand BCBSA's search to include documents created on or before July 31, 2016.<br><br>Remove FEP-related limitation on the scope of BCBSA's search. | *June 6, 2016 Offer: Offered to expand the time period of its proposed search to include documents, if any, created after February 3, 2015, but no later than December 31, 2015, that relate to "Anthem 's [pre-February 3, 2015 security for [FEP] members' PHI and/or PII."* | This "compromise" offer is deficient because it (1) fails to search for "non- FEP" custodians or "non-FEP" documents; (2) fails to include documents about post-Feb. 3, 2015 conduct; and (3) fails to include documents created from Jan 1, 2016 to July 31,2016. BCBSA should be ordered to (a) withdraw Objection No. 8; (b) remove its specific FEP-only limitation for RFP No. 10; and (c) produce all responsive documents generated through July 31, 2016, regardless of whether those documents discuss pre-February 3, 2015 conduct. | Plaintiffs' Response offers no compromise and does not explain why BCBSA's compromise offer is deficient or not appropriately tailored to the claims and needs of the case.<br><br>Plaintiffs' proposed order would require BCBSA to search custodial documents far beyond the time period agreed to between Plaintiffs and any other defendant. |

| Document Request | Summary of BCBSA's Response | Plaintiffs' June 24, 2016 Demand | BCBSA's Compromise Offers[1] | Plaintiffs' Response | BCBSA's Reply |
|---|---|---|---|---|---|
| **Request #11.** All documents and communications regarding any attempt by You to verify that Anthem was adequately protecting the PHI or PII of Your or Your licensees' members. | BCBSA agreed to produce responsive documents and communications from January 1, 2014 - February 3, 2015 located pursuant to a reasonable search in accordance with a reasonable ESI search protocol. | Expand BCBSA's search to include documents created on or before July 31, 2016.<br><br>Remove FEP-related limitation on the scope of BCBSA's search. | *June 6. 2016 Offer: Offered to expand the time period of its proposed search to include documents, if any, created after February 3, 2015, but no later than December 31, 2015, that related to "any attempt by [BCBSA] to verify that Anthem was adequately protecting the HI or PII of [FEP] members [prior to February 3, 2015], "* | This "compromise" offer is deficient because it (1) fails to search for "non- FEP" custodians or "non-FEP" documents; (2) fails to include documents about post-Feb. 3, 2015 conduct; and (3) fails to include documents created from Jan 1, 2016 to July 31,2016. BCBSA should be ordered to (a) withdraw Objection No. 8; (b) remove its specific FEP-only limitation for RFP No. 11; and (c) produce all responsive documents generated through July 31, 2016, regardless of whether those documents discuss pre-February 3, 2015 conduct. | Plaintiffs' Response offers no compromise and does not explain why BCBSA's compromise offer is deficient or not appropriately tailored to the claims and needs of the case.<br><br>Plaintiffs' proposed order would require BCBSA to search custodial documents far beyond the time period agreed to between Plaintiffs and any other defendant. |

| Document Request | Summary of BCBSA's Response | Plaintiffs' June 24, 2016 Demand | BCBSA's Compromise Offers[1] | Plaintiffs' Response | BCBSA's Reply |
|---|---|---|---|---|---|
| **Request #12.** All documents reflecting Your assessment of the potential risks and vulnerabilities to the confidentiality, integrity, and availability of electronic PHI and PII held by Anthem. | BCBSA agreed to produce responsive documents dated January 1, 2014 - February 3, 2015 located pursuant to a reasonable search in accordance with a reasonable ESI search protocol. | Expand BCBSA's search to include documents created on or before July 31, 2016.<br><br>Remove FEP-related limitation on the scope of BCBSA's search. | *June 6, 2016 Offer: Offered to expand the time period of its proposed search to include documents, if any, created after February 3, 2015, but no later than December 31, 2015, that relate to "[BCBSA 's] assessment [prior to February 3, 2015] of the potential risks and vulnerabilities to the [security] of [FEP members ] electronic PHI and PII held by Anthem. "* | This "compromise" offer is deficient because it (1) fails to search for "non- FEP" custodians or "non-FEP" documents; (2) fails to include documents about post-Feb. 3, 2015 conduct; and (3) fails to include documents created from Jan 1, 2016 to July 31,2016. BCBSA should be ordered to (a) withdraw Objection No. 8; (b) remove its specific FEP-only limitation for RFP No. 12; and (c) produce all responsive documents generated through July 31, 2016, regardless of whether those documents discuss pre-February 3, 2015 conduct. | Plaintiffs' Response offers no compromise and does not explain why BCBSA's compromise offer is deficient or not appropriately tailored to the claims and needs of the case.<br><br>Plaintiffs' proposed order would require BCBSA to search custodial documents far beyond the time period agreed to between Plaintiffs and any other defendant. |

5

| *Document Request* | *Summary of BCBSA's Response* | *Plaintiffs' June 24, 2016 Demand* | *BCBSA's Compromise Offers[1]* | *Plaintiffs' Response* | *BCBSA's Reply* |
|---|---|---|---|---|---|
| **Request #13.** All documents, including but not limited to written contracts or agreements, reflecting assurance from Anthem that it would appropriately safeguard electronic PHI and/or PII. | BCBSA agreed to produce "documents sufficient to show written contracts or agreements relating to FEP members reflecting 'assurances from Anthem' that it would appropriately safeguard electronic PHI and/or PII" created between January 1, 2014 and February 3, 2015 | Expand BCBSA's search to include documents created on or before July 31, 2016. Remove FEP-related limitation on the scope of BCBSA's search. | June 28, 2016 Offer: Offered to search for, and produce any responsive material located, any certification by Anthem to BCBSA regarding Anthem's network data security between January 1, 2014 and July 31, 2016. Reminded Plaintiffs that BCBSA had already agreed to produce any data security requirements in its License Agreement with Anthem. | BCBSA made this offer for the first time in their July 6, 2016 letter. Nevertheless, Plaintiffs appreciate the offer, and would be willing to accept it provided that (a) BCBSA withdraw General Objection No. 8, and (b) "produce any responsive materials located," notwithstanding whether BCBSA deems those documents related to the FEP program, or whether BCBSA deems those documents related to the categories identified in their compromise offer. | Plaintiffs' Response offers no compromise and does not explain why BCBSA's compromise offer is deficient or not appropriately tailored to the claims and needs of the case. |
| **Request #14.** All documents and communications regarding Your licensees' security for Your or Your licensees' members' PHI and/or PII. | BCBSA directed Plaintiffs to BCBSA's response to Request No. 9. | Expand BCBSA's search to include documents created on or before July 31, 2016. Remove FEP-related limitation on the scope of BCBSA's search. | See BCBSA's offer for Request No. 9. | See Plaintiffs' response for Request No. 9. | See BCBSA's Reply for Request No. 9. |

| Document Request | Summary of BCBSA's Response | Plaintiffs' June 24, 2016 Demand | BCBSA's Compromise Offers[1] | Plaintiffs' Response | BCBSA's Reply |
|---|---|---|---|---|---|
| **Request #15.** All documents and communications regarding limitations to Blue Cross Blue Shield Licensees' retention, use, or disclosure of Your or Your licensees' members PHI and/or PII. | BCBSA agreed to produce "written policies and procedures in effect between January 1, 2014 and February 3, 2015 regarding the security of FEP Members' PH and/or PHI when transmitted to other entities." | Expand BCBSA's search to include documents created on or before July 31, 2016. Remove FEP-related limitation on the scope of BCBSA's search. | June 28, 2016 Offer: Offered to search for, and produce any responsive materials located, the following additional categories of documents: (i) BCBSA policies and procedures communicated to Anthem regarding compliance with the data security requirements of the OPM contract; (ii) BCBSA policies and procedures containing data security requirements applicable to Anthem's networks; and (iii) directives from OPM regarding the data security requirements of the OPM contract. All searches would be for documents create between January 1, 2014 and July 31, 2016. | BCBSA made this offer for the first time in their July 6, 2016 letter. Nevertheless, Plaintiffs appreciate the offer, and would be willing to accept it provided that (a) BCBSA withdraw General Objection no. 8, and (b) "produce any responsive materials located," notwithstanding whether BCBSA deems those documents related to the FEP program, or whether BCBSA deems those documents related to the categories identified in their compromise offer. | Plaintiffs' Response offers no compromise and does not explain why BCBSA's compromise offer is deficient or not appropriately tailored to the claims and needs of the case. |

7

| Document Request | Summary of BCBSA's Response | Plaintiffs' June 24, 2016 Demand | BCBSA's Compromise Offers[1] | Plaintiffs' Response | BCBSA's Reply |
|---|---|---|---|---|---|
| **Request #16.** All documents and communications regarding limitations to Anthem's retention, use, or disclosure of Your or Your licensees' members' PHI and/or PII. | BCBSA agreed to produce "written policies and procedures in effect between January 1, 2014 and February 3, 2015 regarding Anthem's security of FEP Members' PII and/or PHI when transmitted to other entities." | Expand BCBSA's search to include documents created on or before July 31, 2016. Remove FEP-related limitation on the scope of BCBSA's search. | June 28, 2016 Offer: Offered to search for, and produce any responsive materials located, the following additional categories of documents: (i) BCBSA policies and procedures communicated to Anthem regarding compliance with the data security requirements of the OPM contract; (ii) BCBSA policies and procedures containing data security requirements applicable to Anthem's networks; and (iii) directives from OPM regarding the data security requirements of the OPM contract. All searches would be for documents created between January 1, 2014 and July 31, 2016. | BCBSA made this offer for the first time in their July 6, 2016 letter. Nevertheless, Plaintiffs appreciate the offer, and would be willing to accept it provided that (a) BCBSA withdraw General Objection No. 8, and (b) "produce any responsive materials located," notwithstanding whether BCBSA deems those documents related to the FEP program, or whether BCBSA deems those documents related to the categories identified in their compromise offer. | Plaintiffs' Response offers no compromise and does not explain why BCBSA's compromise offer is deficient or not appropriately tailored to the claims and needs of the case. |

| Document Request | Summary of BCBSA's Response | Plaintiffs' June 24, 2016 Demand | BCBSA's Compromise Offers[1] | Plaintiffs' Response | BCBSA's Reply |
|---|---|---|---|---|---|
| **Request #17.** All presentations to members of Your Board of Directors regarding (a) possible cybersecurity threats, (b) Anthem's cybersecurity, (c) Anthem's information technology infrastructure, or (d) the security protection of Your or Your licensees' members' PHI and/or PII that was transmitted to Anthem. | BCBSA agreed to produce "any specific presentations to BCBSA's Board of Directors regarding Anthem's cybersecurity, technology infrastructure, or Anthem's security protection of PHI and/or PII transmitted to Anthem by Blue Cross Blue Shield licensees" created between January 1, 2014 and February 3, 2015. | Expand BCBSA's search to include documents created on or before July 31, 2016. | See BCBSA offers for Request #19, 20. | BCBSA made the offers referenced in response to Requests No. 19 and No. 20 for the first time in their July 6, 2016 letter. Nevertheless, Plaintiffs appreciate the offers, and would be willing to accept it provided that BCBSA withdraw General Objection No. 8 with respect to this RFP. | See BCBSA's Reply to Requests No. 19 and 20. Because BCBSA is not limiting its search in response to Requests No. 17-20 to documents related to the FEP (as Plaintiffs' June 24 demand implicitly acknowledged) Plaintiffs appear to have no dispute with respect to the substantive scope of BCBSA's Response to this Request. |

| Document Request | Summary of BCBSA's Response | Plaintiffs' June 24, 2016 Demand | BCBSA's Compromise Offers[1] | Plaintiffs' Response | BCBSA's Reply |
|---|---|---|---|---|---|
| **Request #18.** All documents memorializing or recording meetings in which members of Your Board of Directors were informed about (a) possible cybersecurity threats, (b) Anthem's cybersecurity, (c) Anthem's information technology infrastructure, or (d) the security protection of Your or Your licensees' members' PHI and/or PII that was transmitted to Anthem. | BCBSA agreed to produce "relevant portions of any BCBSA Board of Director meeting minutes regarding Anthem's cybersecurity, Anthem's information technology infrastructure, or Anthem's security protection of Pill and/or PIT transmitted to Anthem by Blue Cross Blue Shield licensees" created between January 1, 2014 and February 3, 2015. | Expand BCBSA's search to include documents created on or before July 31, 2016. | See BCBSA offers for Request #19, 20. | BCBSA made the offers referenced in response to Requests No. 19 and No. 20 for the first time in their July 6, 2016 letter. Nevertheless, Plaintiffs appreciate the offers, and would be willing to accept it provided that BCBSA withdraw General Objection No. 8 with respect to this RFP. | See BCBSA's Reply to Requests No. 19 and 20. Because BCBSA is not limiting its search in response to Requests No. 17-20 to documents related to the FEP (as Plaintiffs' June 24 demand implicitly acknowledged) Plaintiffs appear to have no dispute with respect to the substantive scope of BCBSA's Response to this Request. |

| Document Request | Summary of BCBSA's Response | Plaintiffs' June 24, 2016 Demand | BCBSA's Compromise Offers[1] | Plaintiffs' Response | BCBSA's Reply |
|---|---|---|---|---|---|
| **Request #19.** All memoranda, executive summaries, analyses, and reports directed to Your high-level executives, including but not limited to those written by or directed to Your Chief Information Officer, Your Chief information Security Officer, or similar executives, regarding the Data Breach. | BCBSA agreed to produce "formal memoranda prepared for BCBSA's executive leadership team regarding the Data Breach" created between January 1, 2014 and October 19, 2015. | Expand BCBSA's search to include documents created on or before July 31, 2016. | June 28, 2016 Offer: Agreed to expand scope of search to include documents created between January 1, 2014 and July 31, 2016. | BCBSA made this offer for the first time in their July 6, 2016 letter. Nevertheless, Plaintiffs appreciate the offer, and would be willing to accept it provided that BCBSA withdraw General Objection No. 8 with respect to this RFP. | Again, Plaintiffs raise new issues.  On June 24, Plaintiffs requested that BCBSA expand its search to include documents through July 31, 2016.  BCBSA agreed.  Now Plaintiffs make new demands. More importantly, Plaintiffs' new demand does not make sense because BCBSA made clear that it was searching for documents without any FEP restriction (as Plaintiffs' June 24 demand implicitly acknowledged). Plaintiffs appear to have no dispute with respect to the substantive scope of BCBSA's compromise offer to this Request. |

11

| Document Request | Summary of BCBSA's Response | Plaintiffs' June 24, 2016 Demand | BCBSA's Compromise Offers[1] | Plaintiffs' Response | BCBSA's Reply |
|---|---|---|---|---|---|
| **Request #20.** All memoranda, executive summaries, analyses, and reports directed to Your high-level executives, including but not limited to those written by or directed to your Chief Information Officer, Chief Information Security Officer, or equivalent personnel regarding: (a) Anthem's data security prior to discovery of the Data Breach, (b) Anthem's discovery of the Data Breach, (c) security flaws identified in the Data Breach, or(d)changes to Anthem's data security implemented after discovery of the data breach. | BCBSA agreed to produce "formal memoranda prepared for BCBSA's executive leadership team regarding Anthem's data security prior to discovery of the Data Breach, Anthem's discovery of the Data Breach, or security flaws identified in the Data Breach" created between January 1, 2014 and October 19, 2015. | Expand BCBSA's search to include documents created on or before July 31, 2016. | June 28, 2016 Offer: Agreed to expand scope of search to include documents created between January 1, 2014 and July 31, 2016. | BCBSA made this offer for the first time in their July 6, 2016 letter. Nevertheless, Plaintiffs appreciate the offer, and would be willing to accept it provided that BCBSA withdraw General Objection No. 8 with respect to this RFP. | Again, Plaintiffs raise new issues.  On June 24, Plaintiffs requested that BCBSA expand its search to include documents through July 31, 2016.  BCBSA agreed.  Now Plaintiffs make new demands.  More importantly, Plaintiffs' new demand does not make sense because BCBSA made clear that it was searching for documents without any FEP restriction (as Plaintiffs' June 24 demand implicitly acknowledged). Plaintiffs appear to have no dispute with respect to the substantive scope of BCBSA's compromise offer in response to this Request. |

| Document Request | Summary of BCBSA's Response | Plaintiffs' June 24, 2016 Demand | BCBSA's Compromise Offers[1] | Plaintiffs' Response | BCBSA's Reply |
|---|---|---|---|---|---|
| **Request #23.** All documents regarding any security audits or testing to evaluate the security of any parts of Anthem's networks. | BCBSA agreed to produce responsive documents dated January 1, 2014-February 3, 2015 located pursuant to a reasonable search in accordance with a reasonable ESI search protocol. | Expand BCBSA's search to include documents created on or before July 31, 2016.<br><br>Remove FEP-related limitation on the scope of BCBSA's search. | June 28, 2016 Offer: For the period January 1, 2014-July 31, 2016, offered to search for, and produce any responsive materials, the following categories of documents: (i) OPM or the Office of the Inspector General audit reports with respect to Anthem's network data security and responses thereto, and (ii) final reports of audits or assessments undertaken by BCBSA with respect to Anthem's network data security. | BCBSA made this offer for the first time in their July 6, 2016 letter. Furthermore, this "compromise" offer is deficient because it (1) fails to search any "non-FEP" custodians or conduct custodial searches for non "FEP-documents;" (2) fails to include any custodial searches for documents created after Feb. 3, 2015; and (3) limits its non- custodial searches of BCBSA's audits and assessments of Anthem's network data security to final reports. BCBSA should be ordered to (a) withdraw Objection No. 8; (b) remove its specific FEP-only limitations for RFP No. 23; and (c) produce all responsive documents generated through July 31, 2016, regardless of whether those documents discuss pre-February 3, 2015 conduct. | Plaintiffs' Response offers no compromise and does not explain why BCBSA's compromise offer is deficient or not appropriately tailored to the claims and needs of the case.<br><br>Plaintiffs' proposed order would require BCBSA to search custodial documents far beyond the time period agreed to between Plaintiffs and any other defendant. |

| Document Request | Summary of BCBSA's Response | Plaintiffs' June 24, 2016 Demand | BCBSA's Compromise Offers[1] | Plaintiffs' Response | BCBSA's Reply |
|---|---|---|---|---|---|
| **Request #24.** All documents regarding Anthem's compliance or noncompliance with any applicable network or data security guidelines or standards, such as NIST, COBIT 5, the HITECH Act, PCI DSS, ISO/TEC27001, and ISO/TEC27002. | BCBSA agreed to produce responsive documents dated January 1, 2014 - February 3, 2015 located pursuant to a reasonable search in accordance with a reasonable ESI search protocol. | Expand BCBSA's search to include documents created on or before October 19, 2015.\n\nRemove FEP-related limitation on the scope of BCBSA's search. | June 28, 2016 Offer: For the period January 1, 2014-July 31, 2016, offered to search for, and produce any responsive materials, the following categories of documents: (i) OPM or the Office of the Inspector General audit reports with respect to Anthem's network data security and responses thereto, and (ii) final reports of audits or assessments undertaken by BCBSA with respect to Anthem's network data security. | BCBSA made this offer for the first time in their July 6, 2016 letter. Furthermore, this "compromise" offer is deficient because it (1) fails to search any "non-FEP" custodians or conduct custodial searches for non "FEP-documents;" (2) fails to include any custodial searches for documents created after Feb. 3, 2015; and (3) limits its non-custodial searches of BCBSA's audits and assessments of Anthem's network data security to final reports. BCBSA should be ordered to (a) withdraw Objection No. 8; (b) remove its specific FEP-only limitations for RFP No. 23; and (c) produce all responsive documents generated through July 31, 2016, regardless of whether those documents discuss pre-February 3, 2015 conduct. | Plaintiffs' Response offers no compromise and does not explain why BCBSA's compromise offer is deficient or not appropriately tailored to the claims and needs of the case.\n\nPlaintiffs' proposed order would require BCBSA to search custodial documents far beyond the time period agreed to between Plaintiffs and any other defendant. |

| Document Request | Summary of BCBSA's Response | Plaintiffs' June 24, 2016 Demand | BCBSA's Compromise Offers[1] | Plaintiffs' Response | BCBSA's Reply |
|---|---|---|---|---|---|
| **Request #25.** Documents sufficient to identify all Your employees who, between October 1, 2011 and the present, were responsible for the development and implementation of policies and procedures aimed at protecting information provided to Your licensees, including Anthem. | BCBSA agreed to produce "documents sufficient to show or organizational charts of BCBSA's FEP Program, including the Program Assurance team and any Plan Management Team responsible for working with Anthem, created between January 1, 2014 and February 3, 2015." | Expand BCBSA's search to include documents created on or before October 19, 2015.  Remove FEP-related limitation on the scope of BCBSA's search. | Plaintiffs never met or conferred with BCBSA regarding this request. | The parties have met-and- conferred on multiple occasions regarding BCBSA's General Objection No. 8 and BCBSA's refusal to provide documents created after February 3, 2015. BCBSA should be ordered to (1) remove General Objection No. 8 with respect to this request; (2) remove its "FEP-only" limitation for this request; and (3) pursuant to Plaintiffs' June 24, 2016 compromise offer, produce documents created on or before October 19, 2015. | Plaintiffs' Response does not assert that the parties met and conferred about this Request.  Plaintiffs' Response offers no compromise and does not explain why BCBSA's Response is deficient or not appropriately tailored to the claims and needs of the case. |

| Document Request | Summary of BCBSA's Response | Plaintiffs' June 24, 2016 Demand | BCBSA's Compromise Offers[1] | Plaintiffs' Response | BCBSA's Reply |
|---|---|---|---|---|---|
| **Request #27.** All of Your policies, procedures, and protocols for mitigating the harmful effects on Your or Your licensees' members of cybersecurity incidents. | BCBSA agreed to produce "documents sufficient to show the policies and procedures utilized by BCBSA in advising or notifying FEP members of the Data Breach." | Expand BCBSA's search to include documents created on or before July 31, 2016.<br><br>Remove FEP-related limitation on the scope of BCBSA's search. | Plaintiffs never met or conferred with BCBSA regarding this request. | The parties have met-and- conferred on multiple occasions regarding BCBSA's General Objection No. 8 and BCBSA's refusal to provide documents created after October 19, 2015. BCBSA should be ordered to (1) remove General Objection No. 8 with respect to this request; and (2) pursuant to Plaintiffs' June 24, 2016 compromise offer, produce documents created on or before July 31.2016. [BCBSA has misstated Plaintiffs' June 24th compromise offer for this Request: Plaintiffs asked BCBSA to provide documents created on or before July 31.2016.] | Plaintiffs' Response does not assert that the parties met and conferred about this Request.<br><br>Plaintiffs' Response offers no compromise and does not explain why BCBSA's Response is deficient or not appropriately tailored to the claims and needs of the case. |

16

| Document Request | Summary of BCBSA's Response | Plaintiffs' June 24, 2016 Demand | BCBSA's Compromise Offers[1] | Plaintiffs' Response | BCBSA's Reply |
|---|---|---|---|---|---|
| **Request #28.** All documents and communications regarding Your policies, procedures, protocols, and practices concerning how to advise consumers whose PII and/or PHI was included in the Data Breach, including, but not limited to, what information You will provide to them, and when You will notify or respond to them regarding a data breach. | BCBSA agreed to produce "documents sufficient to show the policies and procedures utilized by BCBSA in advising or notifying FEP members of the Data Breach." | Expand BCBSA's search to include documents created on or before October 19, 2015.<br><br>Remove FEP-related limitation on the scope of BCBSA's search. | Plaintiffs never met or conferred with BCBSA regarding this request. | The parties have met- and- conferred on multiple occasions regarding BCBSA's General Objection No. 8. BCBSA should be ordered to (1) remove General Objection No. 8 with respect to this request; and (2) remove its "FEP- only" limitation for this request. [BCBSA misstates Plaintiffs' position regarding this Request: as part of Plaintiffs' June 24 offer, Plaintiffs did not ask BCBSA to expand the timeframe of its searches, but rather *accepted* that BCBSA would produce documents created on or before October 19, 2015.] | Plaintiffs' Response does not assert that the parties met and conferred about this Request.<br><br>Plaintiffs' Response offers no compromise and does not explain why BCBSA's Response is deficient or not appropriately tailored to the claims and needs of the case. |

17

| Document Request | Summary of BCBSA's Response | Plaintiffs' June 24, 2016 Demand | BCBSA's Compromise Offers[1] | Plaintiffs' Response | BCBSA's Reply |
|---|---|---|---|---|---|
| **Request #29.** All communications between or among You, Anthem, and/or Your licensees regarding the Data Breach. | BCBSA agreed to produce communications "between BCBSA and Anthem concerning Anthem's response to the Data Breach located pursuant to a reasonable search in accordance with a reasonable ESI search protocol" through October 19, 2015. | Expand BCBSA's search to include documents created on or before July 31, 2016.<br><br>Remove FEP-related limitation on the scope of BCBSA's search. | | BCBSA has never offered a compromise for this request. BCBSA should be ordered to (1) withdraw Objection No. 8; (2) remove its specific FEP-only limitation for RFP No. 29; and (c) produce all responsive documents generated through July 31, 2016. | Plaintiffs' Response offers no compromise and does not explain why BCBSA's Response is deficient or not appropriately tailored to the claims and needs of the case.<br><br>Plaintiffs' proposed order would require BCBSA to search custodial documents far beyond the time period agreed to between Plaintiffs and any other defendant. |

| Document Request | Summary of BCBSA's Response | Plaintiffs' June 24, 2016 Demand | BCBSA's Compromise Offers[1] | Plaintiffs' Response | BCBSA's Reply |
|---|---|---|---|---|---|
| **Request #34.** All insurance policies, including any declaration pages and riders that could be used to satisfy any claim in this action. | BCBSA agreed to produce the "declaration page of any primary insurance policy that it believes may be applicable to this matter." | Expand BCBSA's search to include documents created on or before October 19, 2015 | Plaintiffs never met or conferred with BCBSA regarding this request. | The parties have met-and- conferred on multiple occasions regarding BCBSA's General Objection No. 8. BCBSA should be ordered to remove General Objection No. 8 with respect to this request. [BCBSA misstates Plaintiffs' position regarding this Request: as part of Plaintiffs' June 24 offer, Plaintiffs did not ask BCBSA to expand the timeframe of its searches, but rather *accepted* that BCBSA would produce documents created on or before October 19, 2015.] | Plaintiffs' Response does not assert that the parties met and conferred about this Request.<br><br>The parties are in agreement regarding the time period for this Request.  Plaintiffs' Response  does not explain why BCBSA's Response is deficient or not appropriately tailored to the claims and needs of the case.<br><br>Plaintiffs' new demand (not raised in their June 24 demand) regarding General Objection No. 8 does not make sense. BCBSA's Response made clear that it will produce the declaration page of primary insurance policies that "may be applicable to this matter."  Since the only claim against BCBSA is the FEP third party beneficiary claim, relevant polices, if any, are those that may provide coverage to the FEP claim. |

| Document Request | Summary of BCBSA's Response | Plaintiffs' June 24, 2016 Demand | BCBSA's Compromise Offers[1] | Plaintiffs' Response | BCBSA's Reply |
|---|---|---|---|---|---|
| **Request #36.** All contracts between or among You, Anthem, and/or Your licensees that allocate costs associated with a data or privacy breach, including [through indemnification provisions]. | BCBSA agreed produce "any contracts between or among these parties that allocate costs associated with the claims made against BCBSA in this matter. BCBSA further directs Plaintiffs to BCBSA's Objections and Responses to Plaintiffs' Request for Production, Set One, Request Nos. 4- 5." | Expand BCBSA's search to include documents created on or before July 31, 2016. | Plaintiffs never met or conferred with BCBSA regarding this request. | The parties have met- and- conferred on multiple occasions regarding BCBSA's General Objection No. 8. and BCBSA's refusal to provide documents created after October 19, 2015.  BCBSA should be ordered to (1) remove General Objection No. 8 with respect to this request; and (2) pursuant to Plaintiffs' June 24, 2016 compromise offer, produce documents created on or before July 31, 2016. | Plaintiffs' Response does not assert that the parties met and conferred about this Request.

Plaintiffs' Response offers no compromise and does not explain why BCBSA's Response is deficient or not appropriately tailored to the claims and needs of the case. |
| **Request #37.**  Organization charts showing names, job titles, and working relationships for Your employees likely to be in possession of documents relevant to this litigation or responsive to these Requests for Production. | "BCBSA is willing to meet and confer on this Request." | Expand BCBSA's search to include documents created on or before October 19, 2015 | Plaintiffs have never responded to BCBSA's offer to meet and confer with respect to this Request. | See Plaintiffs' Response for Request No. 25. | Plaintiffs' Response does not assert that the parties met and conferred about this Request. |

| Document Request | Summary of BCBSA's Response | Plaintiffs' June 24, 2016 Demand | BCBSA's Compromise Offers[1] | Plaintiffs' Response | BCBSA's Reply |
|---|---|---|---|---|---|
| **Request #40.** All documents regarding Your assessment, evaluation, or estimate of the number of your members or other persons that have suffered, or are likely to suffer, fraud, identity theft, or other harm as a result of the Data Breach. | BCBSA agreed to produce "formal reports or assessments, evaluations or estimates of the number of FEP members who have suffered, or are likely to suffer fraud or other theft as a result of the Data Breach" created between January 1, 2014 and October 19, 2015. | Expand BCBSA's search to include documents created on or before July 31, 2016.

Remove FEP-related limitation on the scope of BCBSA's search. | Plaintiffs never met or conferred with BCBSA regarding this request. | The parties have met-and- conferred on multiple occasions regarding BCBSA's General Objection No. 8 and BCBSA's refusal to provide documents created after October 19, 2015. BCBSA should be ordered to (1) remove General Objection No. 8 with respect to this request; (2) remove its "FEP-only" limitation for this request; and (3) pursuant to Plaintiffs' June 24, 2016 compromise offer, produce documents created on or before July 31, 2016. | Plaintiffs' Response offers no compromise and does not explain why BCBSA's Response is deficient or not appropriately tailored to the claims and needs of the case.

Plaintiffs' proposed order would require BCBSA to search for this category of documents far beyond the time period agreed to between Plaintiffs and any other defendant. |

| Document Request | Summary of BCBSA's Response | Plaintiffs' June 24, 2016 Demand | BCBSA's Compromise Offers[1] | Plaintiffs' Response | BCBSA's Reply |
|---|---|---|---|---|---|
| **Request #41.** All documents regarding Anthem's assessment, evaluation, or estimate of the number of your members or other persons that have suffered, or are likely to suffer, fraud, identity theft, or other harm as a result of the Data Breach. | BCBSA agreed to produce responsive documents located pursuant to a reasonable search in accordance with a reasonable ESI search protocol through October 19, 2015. | Expand BCBSA's search to include documents created on or before July 31, 2016.<br><br>Remove FEP-related limitation on the scope of BCBSA's search. | Plaintiffs never met or conferred with BCBSA regarding this request. | The parties have met-and-conferred on multiple occasions regarding BCBSA's General Objection No. 8 and BCBSA's refusal to provide documents created after October 19, 2015. BCBSA should be ordered to (1) remove General Objection No. 8 with respect to this request; (2) remove its "FEP-only" limitation for this request; and (3) pursuant to Plaintiffs' June 24, 2016 compromise offer, produce documents created on or before July 31, 2016. | Plaintiffs' Response does not assert that the parties met and conferred about this Request.<br><br>Plaintiffs' Response offers no compromise and does not explain why BCBSA's Response is deficient or not appropriately tailored to the claims and needs of the case.<br><br>Plaintiffs' proposed order would require BCBSA to search custodial documents far beyond the time period agreed to between Plaintiffs and any other defendant. |

| Document Request | Summary of BCBSA's Response | Plaintiffs' June 24, 2016 Demand | BCBSA's Compromise Offers[1] | Plaintiffs' Response | BCBSA's Reply |
|---|---|---|---|---|---|
| **Request #43.** All analyses, studies, or reports regarding the importance of data security to Your or Your licensees' members or potential members. | BCBSA agreed to produce "documents sufficient to show formal reports or studies commissioned, conducted or prepared by BCBSA prior to the Data Breach regarding the importance of data security to its FEP members or potential FEP members" created between January 1, 2014 and February 3, 2015. | Expand BCBSA's search to include documents created on or before October 19, 2015<br><br>Remove FEP-related limitation on the scope of BCBSA's search. | Plaintiffs never met or conferred with BCBSA regarding this request. | The parties have met-and-conferred on multiple occasions regarding BCBSA's General Objection No. 8 and BCBSA's refusal to provide documents created after February 3, 2015. BCBSA should be ordered to (1) remove General Objection No. 8 with respect to this request; (2) remove its "FEP-only" limitation for this request; and (3) pursuant to Plaintiffs' June 24, 2016 compromise offer, produce documents created on or before October 19, 2015. | Plaintiffs' Response does not assert that the parties met and conferred about this Request.<br><br>Plaintiffs' Response offers no compromise and does not explain why BCBSA's Response is deficient or not appropriately tailored to the claims and needs of the case. |

23

| Document Request | Summary of BCBSA's Response | Plaintiffs' June 24, 2016 Demand | BCBSA's Compromise Offers[1] | Plaintiffs' Response | BCBSA's Reply |
|---|---|---|---|---|---|
| **Request #45.** All analyses, studies, or reports regarding the monetary value of data security to Your or Your licensees' members or potential members. | BCBSA agreed to produce "documents sufficient to show formal reports or studies commissioned, conducted or prepared by BCBSA prior to the Data Breach regarding the monetary value of data security to its FEP members or potential FEP members" created between January 1, 2014 and February 3, 2015. | Expand BCBSA's search to include documents created on or before October 19, 2015

Remove FEP-related limitation on the scope of BCBSA's search. | Plaintiffs never met or conferred with BCBSA regarding this request. | The parties have met-and- conferred on multiple occasions regarding BCBSA's General Objection No. 8 and BCBSA's refusal to provide documents created after February 3, 2015. BCBSA should be ordered to (1) remove General Objection No. 8 with respect to this request; (2) remove its "FEP-only" limitation for this request; and (3) pursuant to Plaintiffs' June 24, 2016 compromise offer, produce documents created on or before October 19, 2015. | Plaintiffs' Response does not assert that the parties met and conferred about this Request.

Plaintiffs' Response offers no compromise and does not explain why BCBSA's Response is deficient or not appropriately tailored to the claims and needs of the case. |