# EXHIBIT 1

**HOGAN LOVELLS US LLP**
Craig A. Hoover (SBN 113965)
craig.hoover@hoganlovells.com
E. Desmond Hogan (admitted *pro hac vice*)
desmond.hogan@hoganlovells.com
Peter R. Bisio (admitted *pro hac vice*)
peter.bisio@hoganlovells.com
Allison M. Holt (admitted *pro hac vice*)
allison.holt@hoganlovells.com
555 Thirteenth Street, NW
Washington, DC 20004-1109
Telephone:    (202) 637-5600
Facsimile:    (202) 637-5910

*Attorneys for Defendants Anthem, Inc. and related parties*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANTHEM, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>**THIS DOCUMENT RELATES TO ALL ACTIONS** | Case No. 15-MD-02617-LHK<br><br>**THE ANTHEM DEFENDANTS' SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFFS** |

PROPOUNDING PARTY:    THE ANTHEM DEFENDANTS

RESPONDING PARTY:    PLAINTIFFS

SET NUMBER:    TWO

The Anthem Defendants, by their undersigned counsel, request pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure and the Local Rules of this Court that each plaintiff in the above-styled action produce for inspection and copying within 30 days after service to the attention of E. Desmond Hogan, Hogan Lovells US LLP, 555 Thirteenth Street, NW, Washington, DC 20004, all documents and things described below in accordance with the definitions and instructions set forth hereinafter.

The definitions, instructions, and rules of construction set forth in Rule 34 of the Federal Rules of Civil Procedure and the Local Rules of this Court are hereby incorporated by reference into, and expressly made part of, each and every Request contained herein.

## I. **DEFINITIONS**

Each word or term used in this request is intended to have the broadest meaning permitted under the Federal Rules and Local Rules of this Court.  Furthermore, this request shall be interpreted by reference to the definitions set forth below.

1. "Plaintiffs" shall mean each plaintiff named in the Complaint filed in the above-captioned action, *In re Anthem, Inc. Customer Data Security Breach Litigation*, in the United States District Court for the Northern District of California, Case No. 15-MD-02617-LHK, individually and/or collectively.

2. "Anthem" or "Anthem Defendants" shall mean Anthem, Inc. and any and all corporate affiliates of Anthem, Inc. mentioned in Plaintiffs' Complaint.

3. "Complaint" shall mean Plaintiffs' Second Amended Consolidated Class Action Complaint, which is the operative compliant in *In re Anthem, Inc. Customer Data Security Breach Litigation*, Case No. 15-MD-02617-LHK.

4. "You" (including the possessive term "your) shall mean "Plaintiffs" as defined above.

5. "Document" is used in its broadest sense and is meant to include all items encompassed by Rule 34 of the Federal Rules of Civil Procedure, including all electronically stored information and electronic or computerized compilations, no matter how such documents are stored. As used herein, this term shall include all forms of electronic communications, including emails.

6. "Including" shall mean including, but not limited to.

## II. **INSTRUCTIONS**

1. This request calls for the production of all documents requested below that are in your possession, custody or control, regardless of location. If Plaintiffs cannot provide all documents and things requested, they shall provide all documents and things they can provide and identify the location or last-known custodian of the documents and things they cannot provide.

2. This request should be construed in the broadest possible manner consistent with the Federal Rules of Civil Procedure and the Local Civil Rules.

3. The past tense of any verb used herein includes the present tense, and the present tense includes the past tense.

4. The connectives "and" and "or" shall by construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside its scope.

5. The use of the singular form of any word includes the plural and vice versa.

6. No part of this request should be ignored merely because an objection is interposed to another part of the document request. If a partial or incomplete production is provided, state that the production is partial or incomplete and explain why.

7. If asserting an objection to this request based on privilege or work product protection, describe in detail the nature of the privilege or work product protection in a privilege log to be produced pursuant to the Stipulated Protective Order (Dkt. No. 293) in this action. The privilege log should include the information set forth in Federal Rule 26(b)(5) and meet the requirements of the Local Rules.

8. If any document is not produced in its entirety or is produced in redacted form, indicate any and all omissions or redactions on the document. State with particularity the reason or reasons the materials were omitted or redacted, and to the extent possible, describe the content of those materials. If privilege or work product protection is the basis for any redaction or omission, indicate, where applicable, all information requested in Instruction #7 above.

9. If Plaintiffs contend that they do not understand the definition of any term or phrase used in this request, Plaintiffs shall explain in detail what it is that they do not understand about the

1  phrase or term at issue and shall answer that part of the request that they do understand.

2       10.    Unless all parties agree otherwise, all electronically stored information shall be
3  produced consistent with the Stipulated Protective Order (Dkt. No. 293).

4       11.    This document request is continuing in nature, unless agreed otherwise by all the
5  parties.

### III.  DOCUMENT REQUESTS

**REQUEST FOR PRODUCTION NO. 33:**

The results of a forensic analysis of your desktop computers, laptop computers, and tablet computers that connect to the internet and contain electronically stored information relating to any Plaintiff, including a list of the indicators of compromise, to include malicious files, historical evidence of malicious files, and events logs of any anti-virus software that may have removed the malware prior to examination, as identified via a forensic examination conducted in accordance with industry standard best practices by an expert selected by Plaintiffs, and using a program to be agreed upon by Plaintiffs and the Anthem Defendants.

                                        **HOGAN LOVELLS US LLP**
                                        CRAIG A. HOOVER
                                        E. DESMOND HOGAN
                                        PETER R. BISIO
                                        ALLISON M. HOLT

Dated:  May 18, 2016                     By: /s/ Craig A. Hoover

                                        Craig A. Hoover, SBN 113965
                                        craig.hoover@hoganlovells.com
                                        E. Desmond Hogan (admitted *pro hac vice*)
                                        desmond.hogan@hoganlovells.com
                                        Peter R. Bisio (admitted *pro hac vice*)
                                        peter.bisio@hoganlovells.com
                                        Allison M. Holt (admitted *pro hac vice*)
                                        allison.holt@hoganlovells.com
                                        555 Thirteenth Street, NW
                                        Washington, DC 20004-1109
                                        Telephone:    (202) 637-5600
                                        Facsimile:     (202) 637-5910

                                        Michael Maddigan, SBN 163450
                                        michael.maddigan@hoganlovells.com
                                        1999 Avenue of the Stars, Suite 1400
                                        Los Angeles, CA 90067
                                        Telephone:    (310) 785-4600
                                        Facsimile:     (310) 785-4601

|  |  |
|---|---|
|  | *Attorneys for Defendants Anthem, Inc., Blue Cross and Blue Shield of Georgia, Inc., Blue Cross Blue Shield Healthcare Plan of Georgia, Inc., Anthem Insurance Companies, Inc., Blue Cross of California, Anthem Blue Cross Life and Health Insurance Company, Rocky Mountain Hospital and Medical Service, Inc., Anthem Health Plans, Inc., Anthem Health Plans of Kentucky, Inc., Anthem Health Plans of Maine, Inc., HMO Missouri, Inc., RightCHOICE Managed Care, Inc., Healthy Alliance Life Insurance Company, Anthem Health Plans of New Hampshire, Inc., Empire HealthChoice Assurance, Inc., Community Insurance Company, Anthem Health Plans of Virginia, Inc., HealthKeepers, Inc., Blue Cross Blue Shield of Wisconsin, Compcare Health Services Insurance Corporation, Amerigroup Corporation, Amerigroup Services, Inc., Amerigroup Kansas, Inc., HealthLink, Inc., UniCare Life & Health Insurance Company, Caremore Health Plan, The Anthem Companies, Inc., and The Anthem Companies of California, Inc. (collectively "The Anthem Defendants")* |
|  | **TROUTMAN SANDERS LLP**<br>CHAD R. FULLER |
| Dated: May 18, 2016 | By: /s/ Chad R. Fuller |
|  | Chad R. Fuller (SBN 190830)<br>chad.fuller@troutmansanders.com<br>11682 El Camino Real, Suite 400<br>San Diego, CA 92130<br>Telephone:  (858) 509-6056<br>Facsimile:   (858) 509-6040 |
|  | *Attorney for The Anthem Defendants* |
|  | **NELSON MULLINS RILEY & SCARBOROUGH LLP**<br>JOHN D. MARTIN<br>LUCILE H. COHEN |

5

| | | |
|---|---|---|
| 1 | Dated: May 18, 2016 | By: /s/ John D. Martin |

John D. Martin (admitted *pro hac vice*)
john.martin@nelsonmullins.com
Lucile H. Cohen (admitted *pro hac vice*)
lucie.cohen@nelsonmullins.com
1320 Main Street, 17th Floor
Columbia, SC 29201
Telephone:    (803) 255-9241
Facsimile:    (858) 256-7500

*Attorneys for The Anthem Defendants*

**PROOF OF SERVICE**

I, Carmela Barrera, declare that I am over the age of eighteen years and I am not a party to this action. My business address is 1999 Avenue of the Stars, Suite 1400, Los Angeles, CA 90067.

On May 18, 2016, I served the following documents:

**THE ANTHEM DEFENDANTS' SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFFS**

on the interested parties in this action by causing such documents to be delivered by U.S. mail and electronic mail using the addresses and electronic addresses of the addressees, as follows:

| | |
|---|---|
| *Lead Plaintiffs' Counsel* | COHEN MILSTEIN SELLERS & TOLL PLLC<br>Andrew Friedman<br>Douglas J. McNamara<br>Sally M. Handmaker<br>afriedman@cohenmilstein.com<br>dmcnamara@cohenmilstein.com<br>shandmaker@cohenmilstein.com<br>1100 New York Ave. NW<br>Suite 500, West Tower<br>Washington, DC 20005<br>Telephone: (202) 408-4600 |
| | ALTSHULER BERZON LLP<br>Eve Cervantez<br>Jonathan Weissglass<br>ecervantez@altshulerberzon.com<br>jweissglass@altshulerberzon.com<br>177 Post St., Suite 300<br>San Francisco, CA 94108<br>Telephone: (415) 421-7151 |
| *Plaintiffs' Steering Committee* | GIRARD GIBBS LLP<br>Eric H. Gibbs<br>David M. Berger<br>ehg@classlawgroup.com<br>dmb@classlawgroup.com<br>601 California St., 14th Floor<br>San Francisco, CA 94108<br>Telephone: (415) 981-4800 |
| | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>Michael W. Sobol<br>msobol@lchb.com<br>275 Battery St., 29th Floor<br>San Francisco, CA 94111<br>Telephone (415) 956-1000 |

7

| | | |
|---|---|---|
| 1 | *Attorneys for Defendant* | KIRKLAND & ELLIS LLP |
| 2 | *Blue Cross Blue Shield Association* | Brian Kavanaugh<br>brian.kavanaugh@kirkland.com |
| 3 | | 300 N. LaSalle<br>Chicago, IL 60654 |
| | | Telephone: (312) 862-2015 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, that this declaration is executed on May 18, 2016, at Los Angeles, California; and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

                                             */s/ Carmela Barrera*
                                               Carmela Barrera