UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANTHEM, INC. DATA BREACH LITIGATION | Case No. 15-MD-02617-LHK<br><br>**CASE MANAGEMENT ORDER** |

**Counsel on Behalf of Lead Plaintiffs and Lead Plaintiffs' Steering Committee:** Eve Cervantez, Danielle Leonard, Meredith Johnson, David Berger, Andrew Friedman
**Counsel on Behalf of Plaintiff Weinberger:**  Karen Marcussem
**Counsel on Behalf of Defendants Anthem, Inc.; Anthem affiliates; and various non-Anthem affiliates:** Craig Hoover, Desmond Hogan, Chad Fuller, Allison Holt, John Martin, Lucile Cohen
**Counsel on Behalf of Defendants Blue Cross Blue Shield Association and Healthcare Services Corporation:** Brian Kavanaugh

A case management conference was held on July 22, 2016.  A further case management conference is set for October 26, 2016, at 2:00 p.m.  The parties shall file their joint case management statement by October 19, 2016.

At the case management conference, the Court made the following rulings:
**PLEADINGS**
Defendants shall file an answer to the third consolidated amended complaint by August 4, 2016.

**CLASS CERTIFICATION**

In order to help streamline the motion for class certification, the parties will identify by September 1, 2016 the total number of California residents enrolled in individual plans, group plans, and Administrative Services Only ("ASO") agreements. The parties shall also provide enrollment numbers as to the ten ASO agreements with the largest number of California residents.

In addition, in the parties' October 19, 2016 joint case management statement, the parties shall propose specific approaches to class certification of the California breach of contract claim that will allow the Court to provide the parties a class certification ruling in an efficient and manageable manner.

**DISCOVERY**

For the reasons stated on the record, the parties' proposal to modify the discovery limits set forth in the Federal Rules of Procedure. Specifically:
- Defendants may depose all named Plaintiffs
- Plaintiffs may take 25 fact depositions of employees of Anthem Defendants
- Plaintiffs may take 25 fact depositions of employees of Non-Anthem Defendants
- Plaintiffs and Defendants may both take up to 5 third party depositions
- Plaintiffs may serve one 30(b)(6) deposition notice on the Anthem Defendants, instead of having to serve separate 30(b)(6) notices for each Anthem Defendant
- Plaintiffs may depose two Anthem 30(b)(6) witnesses for up to 12 hours

**CASE SCHEDULE**

The Court made changes to the case schedule, in light of the parties' need for additional time to complete fact discovery. Any further changes to the case schedule will be disfavored. The amended case schedule is as follows:

| Scheduled Event | Date |
| --- | --- |
| Close of Fact Discovery | December 1, 2016 |
| Identification of Plaintiffs' Experts for Class Certification and Report | December 2, 2016 |
| Identification of Defendants' Experts for Class Certification and Report | December 21, 2016 |
| Identification of Plaintiffs' Rebuttal Witnesses for Class Certification and Report | January 16, 2017 |
| Last Day to Depose Experts (i.e., Close of Expert Discovery) | February 13, 2017 |
| Last Day to Amend Pleadings | February 24, 2017 |
| Deadline to File Motion for Class Certification | **Motion:** March 10, 2017<br>**Opp'n:** April 7, 2017<br>**Reply:** May 5, 2017 |
| Deadline for Defendants to File *Daubert* Motions | **Motion:** April 7, 2017<br>**Opp'n:** May 5, 2017<br>**Reply:** May 19, 2017 |

2

Case No. 15-MD-02617-LHK
CASE MANAGEMENT ORDER

| Deadline for Plaintiffs to File *Daubert* Motions | **Motion:** May 5, 2017<br>**Opp'n:** May 19, 2017<br>**Reply:** June 2, 2017 |
|---|---|
| Hearing on Motion for Class Certification and *Daubert* Motions | June 29, 2017, at 1:30 p.m. |

**IT IS SO ORDERED.**

Dated: July 22, 2016

_____
LUCY H. KOH
United States District Judge