| | |
|---|---|
| ALTSHULER BERZON LLP | COHEN MILSTEIN SELLERS & TOLL PLLC |
| EVE CERVANTEZ (SBN 164709) | ANDREW N. FRIEDMAN (admitted *pro hac vice*) |
| ecervantez@altshulerberzon.com | afriedman@cohenmilstein.com |
| JONATHAN WEISSGLASS (SBN 185008) | GEOFFREY GRABER (SBN 211547) |
| jweissglass@altshulerberzon.com | ggraber@cohenmilstein.com |
| DANIELLE E. LEONARD (SBN 218201) | SALLY M. HANDMAKER (SBN 281186) |
| dleonard@altshulerberzon.com | shandmaker@cohenmilstein.com |
| MEREDITH A. JOHNSON (SBN 291018) | ERIC KAFKA (admitted *pro hac vice*) |
| mjohnson@altshulerberzon.com | ekafka@cohenmilstein.com |
| 177 Post Street, Suite 300 | 1100 New York Ave. NW |
| San Francisco, CA 94108 | Suite 500, West Tower |
| Telephone: (415) 421-7151 | Washington, DC 20005 |
| Facsimile: (415) 362-8064 | Telephone: (202) 408-4600 |
| | Facsimile: (202) 408-4699 |

*Lead Plaintiffs' Counsel*
Additional Plaintiffs' Counsel Listed on Signature Page

HOGAN LOVELLS US LLP
CRAIG A. HOOVER (SBN 113965)
craig.hoover@hoganlovells.com
E. DESMOND HOGAN (admitted *pro hac vice*)
desmond.hogan@hoganlovells.com
555 Thirteenth Street, NW
Washington, DC 20004-1109
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

*Attorneys for Defendants Anthem, Inc. and related parties*
Additional Defendants and Defendants' Counsel Listed on Signature Page

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ANTHEM, INC. DATA BREACH LITIGATION | Case No. 5:15-md-02617-LHK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: PARTIES TO THIRD CONSOLIDATED AMENDED COMPLAINT** |

WHEREAS, the Court's May 27, 2016 Order Granting in Part and Denying in Part Defendants' Motion to Dismiss stated that Plaintiffs may not add new parties without leave of the Court or stipulation of the parties pursuant to Federal Rule of Civil Procedure 15;

1    WHEREAS, the Court's May 26, 2016 Order setting Case Management Schedule (Dkt. No. 523) set July 11, 2016, as the deadline for adding parties;

WHEREAS, Plaintiffs desire to substitute in one new Named Plaintiff, Patrick Kimbrell, as a replacement for a Named Plaintiff who has been forced to withdraw for significant health reasons, Joseph Beckerman;

WHEREAS, Defendants do not oppose the substitution of this new Named Plaintiff;

WHEREAS, there exists good cause for the substitution of Patrick Kimbrell for Joseph Beckerman because Mr. Beckerman has been forced to withdraw for significant health reasons;

WHEREAS, pursuant to Fed. R. Civ. P. 41(a), Plaintiffs desire for the Court to dismiss without prejudice the claims of five Named Plaintiffs, who will remain unnamed putative class members in this litigation to the extent they fall within the class definition, but who agree not to seek appointment as class representatives or to seek to be added as named plaintiff to any further amended complaint or in any action underlying the complaint in the MDL in which their claims were or could have been asserted: Joseph Beckerman, Amanda Davis, Stephen Grose, Ted Hagen, and Kurt McLaughlin;

WHEREAS, Defendants do not oppose the dismissal without prejudice of these plaintiffs pursuant to Rule 41(a);

NOW THEREFORE, the Parties, by and through their undersigned counsel, stipulate and agree that:

1. Plaintiffs may substitute in one new Named Plaintiff, Patrick Kimbrell, subject to Mr. Kimbrell responding to all written discovery issued by the Defendants no later than October 31, 2016.

2. Pursuant to the stipulation of all parties under Rule 41(a), the claims of Joseph Beckerman, Amanda Davis, Stephen Grose, Ted Hagen, and Kurt McLaughlin are dismissed without prejudice and they remain unnamed putative class members in this litigation to the extent they fall within the class definition, but will not hereafter seek appointment as class representatives or seek to be added as named plaintiffs to any further amended complaint or in any action underlying the complaint in the MDL in which their claims were or could have been

asserted.

Respectfully submitted,

Dated: October 25, 2016

**COHEN MILSTEIN SELLERS & TOLL PLLC**
ANDREW N. FRIEDMAN
GEOFFREY GRABER
SALLY M. HANDMAKER
ERIC KAFKA

By: /s/ Andrew N. Friedman

Dated: October 25, 2016

**ALTSHULER BERZON LLP**
EVE H. CERVANTEZ
JONATHAN WEISSGLASS
DANIELLE E. LEONARD
MEREDITH A. JOHNSON

By: /s/ Eve H. Cervantez

*Lead Plaintiffs' Counsel*

**GIRARD GIBBS LLP**
ERIC GIBBS
DAVID M. BERGER
1 Kaiser Plaza, Suite 1125
Oakland, California 94612
Telephone: (510) 981-4800
Facsimile: (415) 981-4846

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
MICHAEL W. SOBOL
NICOLE D. SUGNET
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339

*Plaintiffs' Steering Committee*

| | | |
|---|---|---|
| 1 | Dated: October 25, 2016 | **HOGAN LOVELLS US LLP** |
| 2 | | CRAIG A. HOOVER |
| | | E. DESMOND HOGAN |
| 3 | | PETER R. BISIO |
| | | ALLISON M. HOLT |
| 4 | | By: /s/ Craig A. Hoover |

Craig A. Hoover (SBN 113965)
craig.hoover@hoganlovells.com
E. Desmond Hogan (admitted *pro hac vice*)
desmond.hogan@hoganlovells.com
Peter R. Bisio (admitted *pro hac vice*)
peter.bisio@hoganlovells.com
Allison M. Holt (admitted *pro hac vice*)
allison.holt@hoganlovells.com
555 Thirteenth Street, NW
Washington, DC 20004-1109
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

Michael Maddigan (SBN 163450)
michael.maddigan@hoganlovells.com
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601

*Attorneys for Anthem, Inc., and certain of its affiliates named as defendants in the Consolidated Amended Complaint (collectively, "Anthem"), and Defendants Blue Cross and Blue Shield of Alabama, USAble Mutual Insurance Company d/b/a Arkansas Blue Cross and Blue Shield and BlueAdvantage Administrators of Arkansas, California Physicians' Service d/b/a Blue Shield of California, Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue, CareFirst of Maryland, Blue Cross and Blue Shield of Massachusetts, Inc., Blue Cross and Blue Shield of Michigan, BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota, Horizon Healthcare Services, Inc., Blue Cross and Blue Shield of North Carolina, Highmark Inc. f/k/a Highmark Health Services, and Blue Cross and Blue Shield of Vermont*

| | | |
|---|---|---|
| 1 | Dated: October 25, 2016 | **TROUTMAN SANDERS LLP** |
| 2 | | CHAD R. FULLER |
| 3 | | By: /s/ Chad R. Fuller |
| 4 | | Chad R. Fuller (SBN 190830) |
| | | chad.fuller@troutmansanders.com |
| 5 | | 11682 El Camino Real, Suite 400 |
| | | San Diego, CA 92130 |
| 6 | | Telephone: (858) 509-6056 |
| | | Facsimile: (858) 509-6040 |
| 7 | | *Attorney for Anthem* |
| 8 | Dated: October 25, 2016 | **NELSON MULLINS RILEY &** |
| | | **SCARBOROUGH LLP** |
| 9 | | JOHN D. MARTIN |
| | | LUCILE H. COHEN |
| 10 | | |
| 11 | | By: /s/ John D. Martin |
| 12 | | John D. Martin (admitted *pro hac vice*) |
| | | john.martin@nelsonmullins.com |
| 13 | | Lucile H. Cohen (admitted *pro hac vice*) |
| | | lucie.cohen@nelsonmullins.com |
| 14 | | 1320 Main Street, 17th Floor |
| | | Columbia, SC 29201 |
| 15 | | Telephone: (803) 255-9241 |
| | | Facsimile: (803) 256-7500 |
| 16 | | *Attorneys for Anthem* |
| 17 | | **KIRKLAND & ELLIS LLP** |
| | | BRIAN P. KAVANAUGH |
| 18 | | KATHERINE WARNER |
| | | LUKE C. RUSE |
| 19 | | TIM PICKERT |
| 20 | | By: /s/ Brian P. Kavanaugh |
| 21 | | Brian Kavanaugh (admitted *pro hac vice*) |
| | | brian.kavanaugh@kirkland.com |
| 22 | | Katherine Warner (admitted *pro hac vice*) |
| | | kate.warner@kirkland.com |
| 23 | | 300 N. LaSalle |
| | | Chicago, IL 60654 |
| 24 | | Telephone: (312) 862-2000 |
| | | Facsimile: (312) 862-2200 |
| 25 | | |
| 26 | | *Attorneys for Blue Cross Blue Shield Association* |
| 27 | | |
| 28 | | |

Brian P. Kavanaugh (admitted *pro hac vice*)
brian.kavanaugh@kirkland.com
Luke C. Ruse (admitted *pro hac vice*)
luke.ruse@kirkland.com
Tim Pickert (admitted *pro hac vice*)
tim.pickert@kirkland.com
300 North LaSalle Street
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200

*Attorneys for Defendants*
*Blue Cross and Blue Shield of Illinois*
*and Blue Cross and Blue Shield of Texas, divisions*
*of Health Care Service Corporation, A Mutual*
*Legal Reserve Company*

## ATTESTATION

I, Eve H. Cervantez, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order. I hereby attest that all of the signatories to this Stipulation have concurred in this filing.

Dated: October 25, 2016

*/s/ Eve H. Cervantez*
Eve H. Cervantez

**[PROPOSED] ORDER APPROVING JOINT STIPULATION**

Based on the Stipulation of the Parties, and for good cause shown, it is so ordered.

Date: October ___, 2016                                         _____

                                                                District Judge Lucy H. Koh