ALTSHULER BERZON LLP
EVE CERVANTEZ (SBN 164709)
ecervantez@altshulerberzon.com
JONATHAN WEISSGLASS (SBN 185008)
jweissglass@altshulerberzon.com
DANIELLE E. LEONARD (SBN 218201)
dleonard@altshulerberzon.com
MEREDITH A. JOHNSON (SBN 291018)
mjohnson@altshulerberzon.com
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

COHEN MILSTEIN SELLERS & TOLL PLLC
ANDREW N. FRIEDMAN (admitted *pro hac vice*)
afriedman@cohenmilstein.com
GEOFFREY GRABER (SBN 211547)
ggraber@cohenmilstein.com
SALLY M. HANDMAKER (SBN 281186)
shandmaker@cohenmilstein.com
ERIC KAFKA (admitted *pro hac vice*)
ekafka@cohenmilstein.com
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Lead Plaintiffs' Counsel*
Additional Plaintiffs' Counsel Listed on Signature Page

HOGAN LOVELLS US LLP
CRAIG A. HOOVER (SBN 113965)
craig.hoover@hoganlovells.com
E. DESMOND HOGAN (admitted *pro hac vice*)
desmond.hogan@hoganlovells.com
555 Thirteenth Street, NW
Washington, DC 20004-1109
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

*Attorneys for Defendants Anthem, Inc. and related parties*
Additional Defendants and Defendants' Counsel Listed on Signature Page

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

IN RE ANTHEM, INC. DATA BREACH LITIGATION

Case No. 5:15-md-02617-LHK

**JOINT STIPULATION AND [PROPOSED] ORDER RE: LIMITED AMENDMENT TO CASE MANAGEMENT SCHEDULE**

WHEREAS, the Court's October 26, 2016 Case Management Order requires Defendants to identify their experts for class certification and report by December 21, 2016 (Dkt. No. 609);

WHEREAS, Magistrate Judge Cousins issued an Order Granting Anthem's Request to

Compel Discovery of Plaintiffs' Computer Systems, Subject to Protocol on October 31, 2016 (Dkt. No. 619);

WHEREAS, Magistrate Judge Cousins' Order compelled Plaintiffs to provide the results of a forensic analysis of certain devices that connect to the internet, pursuant to a protocol whereby an Independent Forensic Examiner will acquire and scan Plaintiffs' devices, and thereafter provide the Parties with a summary report regarding the results of those scans;

WHEREAS, this Court denied Plaintiffs' Motion for Relief from Magistrate Judge Cousins' Order on November 17, 2016 (Dkt. No. 635);

WHEREAS, the parties thereafter agreed to an Independent Forensic Examiner pursuant to Magistrate Judge Cousins' Order;

WHEREAS, the parties are meeting and conferring in good faith and have diligently sought to implement the forensic analysis protocol as described in Magistrate Judge Cousins' Order;

WHEREAS, notwithstanding these efforts, because of the logistics involved in coordinating with Plaintiffs from around the country, the Independent Forensic Examiner will not begin acquiring the information necessary for the forensic analysis until December 12, 2016;

WHEREAS, the Independent Forensic Examiner is not expected to complete its summary report regarding the results of the forensic analysis until February 3, 2016;

WHEREAS, Defendants' experts will therefore be unable to assess the Independent Forensic Examiner's report prior to the case management schedule's December 21, 2016 deadline for Defendants' expert reports;

WHEREAS, there exists good cause for slightly modifying the Court's case management schedule in a limited way to permit the Defendants' experts to assess the Independent Forensic Examiner's report;

WHEREAS, the proposed, limited modifications to the Court's case management schedule will have no impact on the current class certification briefing schedule, *Daubert* briefing schedule, or class certification hearing dates;

WHEREAS, pursuant to Fed. R. Civ. P. 16(b)(4), Defendants request the Court make

limited modifications to the Court's case management schedule to permit supplemental expert reports and depositions;

WHEREAS, Plaintiffs do not oppose the modification of the Court's case management schedule pursuant to Rule 16(b)(4);

NOW THEREFORE, the Parties, by and through their undersigned counsel, stipulate and agree that:

1. On February 16, 2017, Defendants may issue Supplemental Expert Reports for Class Certification limited to issues directly related to the Independent Forensic Examiner's analyses conducted pursuant to Court Order (Dkt. No. 619);

2. On February 24, 2017, Plaintiffs may issue Rebuttal Supplemental Expert Reports for Class Certification limited to issues directly related to Defendants' Supplemental Expert Reports and/or the Independent Forensic Examiner's analyses conducted pursuant to Court Order (Dkt. No. 619);

3. By March 6, 2017, Plaintiffs and Defendants may depose testifying experts on issues limited to the Supplemental Expert Reports for Class Certification related to the Independent Forensic Examiner's analyses conducted pursuant to Court Order (Dkt. No. 619);

4. All of the Court's existing deadlines related to the motion for class certification, *Daubert* motions, and the hearing on the motion for class certification and *Daubert* motions remain in force (Dkt. No. 609).

**IT IS SO STIPULATED**, through Counsel of Record.

Respectfully submitted,

Dated: December 7, 2016

**HOGAN LOVELLS US LLP**
CRAIG A. HOOVER
E. DESMOND HOGAN
PETER R. BISIO
ALLISON M. HOLT

By: /s/ Craig A. Hoover
Craig A. Hoover (SBN 113965)
craig.hoover@hoganlovells.com
E. Desmond Hogan (admitted *pro hac vice*)
desmond.hogan@hoganlovells.com
Peter R. Bisio (admitted *pro hac vice*)
peter.bisio@hoganlovells.com

Allison M. Holt (admitted *pro hac vice*)
allison.holt@hoganlovells.com
555 Thirteenth Street, NW
Washington, DC 20004-1109
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

Michael Maddigan (SBN 163450)
michael.maddigan@hoganlovells.com
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601

*Attorneys for Anthem, Inc., and certain of its affiliates named as defendants in the Consolidated Amended Complaint (collectively, "Anthem"), and Defendants Blue Cross and Blue Shield of Alabama, USAble Mutual Insurance Company d/b/a Arkansas Blue Cross and Blue Shield and BlueAdvantage Administrators of Arkansas, California Physicians' Service d/b/a Blue Shield of California, Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue, CareFirst of Maryland, Blue Cross and Blue Shield of Massachusetts, Inc., Blue Cross and Blue Shield of Michigan, BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota, Horizon Healthcare Services, Inc., Blue Cross and Blue Shield of North Carolina, Highmark Inc. f/k/a Highmark Health Services, and Blue Cross and Blue Shield of Vermont*

Dated: December 7, 2016

**TROUTMAN SANDERS LLP**
CHAD R. FULLER

By: /s/ Chad R. Fuller

Chad R. Fuller (SBN 190830)
chad.fuller@troutmansanders.com
11682 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 509-6056
Facsimile: (858) 509-6040

*Attorney for Anthem*

Dated: December 7, 2016

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
JOHN D. MARTIN
LUCILE H. COHEN

By: /s/ John D. Martin

John D. Martin (admitted *pro hac vice*)
john.martin@nelsonmullins.com
Lucile H. Cohen (admitted *pro hac vice*)
lucie.cohen@nelsonmullins.com
1320 Main Street, 17th Floor
Columbia, SC 29201
Telephone: (803) 255-9241
Facsimile: (803) 256-7500

*Attorneys for Anthem*

**KIRKLAND & ELLIS LLP**
BRIAN P. KAVANAUGH
JESSICA STAIGER
LUKE C. RUSE
TIM PICKERT

By: /s/ Brian P. Kavanaugh
Brian P. Kavanaugh (admitted *pro hac vice*)
brian.kavanaugh@kirkland.com
Jessica L. Staiger (admitted *pro hac vice*)
jessica.staiger@kirkland.com
Luke C. Ruse (admitted *pro hac vice*)
luke.ruse@kirkland.com
Tim Pickert (admitted *pro hac vice*)
tim.pickert@kirkland.com
300 North LaSalle Street
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200

*Attorneys for Defendants Blue Cross and Blue Shield of Illinois and Blue Cross and Blue Shield of Texas, divisions of Health Care Service Corporation, A Mutual Legal Reserve Company*

Dated: December 7, 2016

**COHEN MILSTEIN SELLERS & TOLL PLLC**
ANDREW N. FRIEDMAN
GEOFFREY GRABER
SALLY M. HANDMAKER
ERIC KAFKA

By: /s/ Andrew N. Friedman

Dated: December 7, 2016

**ALTSHULER BERZON LLP**
EVE H. CERVANTEZ
JONATHAN WEISSGLASS
DANIELLE E. LEONARD
MEREDITH A. JOHNSON

By: /s/ Eve H. Cervantez

*Lead Plaintiffs' Counsel*

**GIRARD GIBBS LLP**
ERIC GIBBS
DAVID M. BERGER
1 Kaiser Plaza, Suite 1125
Oakland, California 94612
Telephone: (510) 981-4800
Facsimile: (415) 981-4846

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
MICHAEL W. SOBOL
NICOLE D. SUGNET
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339

*Plaintiffs' Steering Committee*

**ECF CERTIFICATION**

I, Craig A. Hoover, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order. I hereby attest that all of the signatories to this Stipulation have concurred in this filing.

Dated: December 7, 2016

*/s/ Craig A. Hoover*
Craig A. Hoover

**[PROPOSED] ORDER APPROVING JOINT STIPULATION**

Pursuant to Stipulation, and for good cause shown,

**IT IS ORDERED** that the case management schedule be amended as follows:

| **Scheduled Event** | **Date** |
|---|---|
| Identification of Defendants' Experts for Class Certification and Report | December 21, 2016 |
| Identification of Plaintiffs' Rebuttal Witnesses for Class Certification and Report | January 16, 2017 |
| Last Day to Depose Experts (i.e., Close of Expert Discovery) | February 13, 2017 |
| Defendants' Supplemental Expert Reports for Class Certification limited to issues directly related to the Independent Forensic Examiner's analyses conducted pursuant to Court Order, ECF No. 619 | February 16, 2017 |
| Plaintiffs' Supplemental Expert Reports for Class Certification limited to issues directly related to Defendants' Supplemental Expert Reports and/or the Independent Forensic Examiner's analyses conducted pursuant to Court Order, ECF No. 619 | February 24, 2017 |
| Last Day to Amend Pleadings | February 24, 2017 |
| Last Day to Depose Experts on issues limited to the Supplemental Expert Reports regarding the Independent Forensic Examiner's analysis conducted pursuant to Court Order, ECF No. 619 | March 6, 2017 |
| Deadline to File Motion for Class Certification | **Motion:** March 10, 2017<br>**Opp'n:** April 7, 2017<br>**Reply:** May 5, 2017 |
| Deadline for Defendants to File *Daubert* Motions | **Motion:** April 7, 2017<br>**Opp'n:** May 5, 2017<br>**Reply:** May 19, 2017 |
| Deadline for Plaintiffs to File *Daubert* Motions | **Motion:** May 5, 2017<br>**Opp'n:** May 19, 2017<br>**Reply:** June 2, 2017 |
| Hearing on Motion for Class Certification and *Daubert* Motions | June 29, 2017, at 1:30 p.m. |

Dated: December ___, 2016

_______________________________

The Honorable Lucy H. Koh
UNITED STATES DISTRICT JUDGE