ALTSHULER BERZON LLP
EVE CERVANTEZ (SBN 164709)
ecervantez@altshulerberzon.com
JONATHAN WEISSGLASS (SBN 185008)
jweissglass@altshulerberzon.com
DANIELLE LEONARD (SBN 218201)
dleonard@altshulerberzon.com
MEREDITH JOHNSON (SBN 291018)
mjohnson@altshulerberzon.com
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

COHEN MILSTEIN SELLERS & TOLL PLLC
ANDREW N. FRIEDMAN (admitted *pro hac vice*)
afriedman@cohenmilstein.com
GEOFFREY GRABER (SBN 211547)
ggraber@cohenmilstein.com
SALLY M. HANDMAKER (SBN 281186)
shandmaker@cohenmilstein.com
ERIC KAFKA (admitted *pro hac vice*)
ekafka@cohenmilstein.com
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Telephone:  (202) 408-4600
Facsimile:   (202) 408-4699

*Lead Plaintiffs' Counsel*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| *In Re Anthem, Inc. Data Breach Litigation* | Case No. 15-MD-02617-LHK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO PROVISIONALLY FILE UNDER SEAL PORTIONS OF JOINT LETTER BRIEF REGARDING DISCOVERY DISPUTES PERTAINING TO MEMBER-LEVEL DATA**<br><br>Date: n/a<br>Time: n/a<br>Judge: Hon. Lucy H. Koh/Hon. Nathanael Cousins |

**NOTICE OF MOTION AND MOTION**

Pursuant to Civil Local Rule 79-5(e), as well the Court's Case Management Order dated February 4, 2016 (Dkt. No. 463) ("CMC Order"), Plaintiffs move for an order authorizing them to provisionally file under seal portions of exhibits to the Joint Letter Brief Regarding Discovery Disputes Pertaining to Member-Level Data. The CMC Order specifically modifies the procedures for filing under seal in this case to permit Plaintiffs to move provisionally to file under seal evidence designated as confidential in discovery by Defendants. For the filing that is the subject of this motion, Plaintiffs confirmed that Defendants have requested that Plaintiffs file the redacted information provisionally under seal pursuant to the procedures established by the Court for this case. Plaintiffs will further meet and confer with Defendants to determine which portions of this filing should remain under seal, and within one week the parties will file a Joint Administrative Motion to file those portions under seal, pursuant to the CMC Order (Dkt. No. 463), and the Court's Order on Procedures for Administrative Motions to File Under Seal (Dkt. No. 325).

Plaintiffs request that these portions of the exhibits to the Joint Discovery Letter and be provisionally filed under seal because they contain information that Defendants have designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" and "CONFIDENTIAL." (Leonard Decl. ¶ 3.)

Pursuant to Local Rule 79-5(d)(1)(C), a proposed redacted version of the exhibits to the Joint Discovery Letter is being e-filed publicly concurrently herewith. In addition, pursuant to Local Rule 79-5(d)(1)(D), a highlighted version of the exhibits to the Joint Discovery Letter has been provisionally filed under seal showing the portions of the Joint Discovery Letter and attached exhibits that the Plaintiffs hereby move to provisionally file under seal.

Respectfully submitted,

**COHEN MILSTEIN SELLERS & TOLL PLLC**
ANDREW N. FRIEDMAN
GEOFFREY GRABER
SALLY M. HANDMAKER
ERIC KAFKA

|  |  |
|---|---|
|  | **ALTSHULER BERZON LLP** |
|  | EVE H. CERVANTEZ |
|  | JONATHAN WEISSGLASS |
|  | DANIELLE LEONARD |
|  | MEREDITH JOHNSON |
| Dated:  December 8, 2016 | By: /s/ Danielle Leonard |
|  | *Lead Plaintiffs' Counsel* |
|  | **LIEFF CABASER HEIMANN & BERNSTEIN, LLP** |
|  | MICHEL SOBOL |
|  | **GIRARD GIBBS LLP** |
|  | ERIC GIBBS |
|  | *Plaintiffs' Steering Committee* |