# EXHIBIT E

Page 1

1      HIGHLY CONFIDENTIAL ** HIGHLY CONFIDENTIAL
2
              UNITED STATES DISTRICT COURT
3             NORTHERN DISTRICT OF CALIFORNIA
                   SAN JOSE DIVISION
4
5          CAUSE NO. 15-md-02617-LHK (NC)
6
7   IN RE ANTHEM, INC. DATA BREACH     )
    LITIGATION                         )
8
9
10     HIGHLY CONFIDENTIAL *** HIGHLY CONFIDENTIAL
11
12          VIDEO DEPOSITION OF PATRICK McINTYRE
13
14
15      The deposition upon oral examination of PATRICK
16   McINTYRE, a witness produced and sworn before me, Karen K.
17   Keim, CRR, RPR, CSR-IL, CCR-MO, Notary Public, taken at
18   Cohen & Malad, Suite 1400, One Indiana Square,
19   Indianapolis, Indiana, on September 22, 2016, and scheduled
20   to begin at 10:00 a.m.
21
22
23
24
25

Page 2

```
 1                         INDEX
    EXAMINATION
 2
    Witness Name                                          Page
 3  PATRICK ALLEN McINTYRE
        Direct By Ms. Nicole Sugnet ..................... 6
 4

 5

 6  EXHIBITS
 7  Exhibit     Description                        Identification
    Exhibit 1   Amended Notice of Plaintiffs' Rule 8
 8              (30)(b)(6) Deposition of Defendant
                Anthem, Inc. and Anthem Affiliate
 9              Defendants
    Exhibit 2   LinkedIn profile for Patrick McIntyre 15
10  Exhibit 3   Begins with 3/28/2015 email from Patrick .....27
                McIntyre to Jessica Newman and others;
11              Subject: Updated NAIC Briefing Materials
    Exhibit 4   Anthem Defendants' Responses to .. 30
12              Plaintiff's Second Set of Interrogatories
    Exhibit 5   Begins with March 20, 2015 email from 34
13              Tanya Rylee to Alvin Ventura; Subject:
                RE: Draft Response
14  Exhibit 6   HCA June & July 2015 New Hires Listing ..... 42
    Exhibit 7   May 7, 2015 email from Alvin Ventura to .....48
15              Robert Jusell and others; Subject:
                RE:5/7: HCE Cyber Attack ESR
16  Exhibit 8   October 7, 2015 email from Gerald Stoner ... 70
                to Jennifer Beers; Subject: Cyber Attack
17              Information for the 2015 Medicaid
                Compliance Effectiveness Review
18  Exhibit 9   March 24, 2015 email from Tanya Rylee to ... 73
                Patrick McIntyre and others; Subject:
19              Materials 4 or 4: NAIC Prep Session #1
    Exhibit 10  Report of Members by Residence State: 73
20              California
    Exhibit 11  Slip Sheet ...................... 81
21  Exhibit 12  ELT "Back Pocket" Materials 3/5/15 81
    Exhibit 13  Anthem Intrusion Investigation Report 91
22              Appendix C
    Exhibit 14  Begins with 3/13/2015 email from John 93
23              Steinbach to Venkat Kambalapally and
                others; Subject: Current Asks from FBI
24  Exhibit 15  Attachment to Exhibit 14 ......... 94
    Exhibit 16  Excel spreadsheet ............... 100
25  Exhibit 17  Edward Incident - HCA Summary .... 118
```

```
                                                              Page 3
 1   EXHIBITS (cont'd.)
 2
     Exhibit 18   Cyber Attack - OCR Reporting update . 121
 3                regarding impact of Third-Party Data
     Exhibit 19   Data Exposure tool .............. 125
 4   Exhibit 20   The Anthem Defendant's Responses to . 127
                  Plaintiffs' First Set of Interrogatories
 5   Exhibit 21   Spreadsheet ..................... 129
     Exhibit 22   August 4, 2016 letter from Hogan Lovells .. 137
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 111

| | | |
|---|---|---|
| 1 | | MR. HOOVER:  Same objection; beyond the scope. |
| 2 | A | Similarly, you'd have to know what the queries |
| 3 | | returned to know what's in the data set. |
| 4 | Q | Do you know whether that was queried? |
| 5 | | MR. HOOVER:  Same objection. |
| 6 | A | I do not. |
| 7 | Q | Do you know whether income or pay information is in |
| 8 | | the Impact Database? |
| 9 | A | I do not. |
| 10 | Q | Do you know whether it's in the full data set? |
| 11 | | MR. HOOVER:  Objection; beyond the scope. |
| 12 | A | Again, I don't know what was in the specific queries. |
| 13 | Q | Do you know whether employment status, meaning |
| 14 | | unemployed or employed, is in the Impact Database? |
| 15 | A | I don't know whether employed or unemployed.  I do |
| 16 | | know inactive versus active is in the database. |
| 17 | Q | So inactive versus active meaning an active Anthem |
| 18 | | member? |
| 19 | A | Correct. |
| 20 | Q | Do you know whether dates of coverage is in the Impact |
| 21 | | Database? |
| 22 | A | I do not. |
| 23 | Q | Do you know whether it's in the full data set? |
| 24 | | MR. HOOVER:  Objection; beyond the scope. |
| 25 | A | Same answer, unless you know what was queried and |

Page 112

1    returned from the query; which I don't.
2  Q  Have you ever looked at the full Impact Database?
3  A  No, I have not.
4  Q  Do you know whether any demographics data, such as sex
5     or race, is in the Impact Database?
6  A  I'm not certain, but --
7         MR. HOOVER:  If you're not, don't speculate.
8  A  No.
9  Q  Do you know whether it's in the full data set?
10        MR. HOOVER:  Objection; beyond the scope.
11 A  I do not.
12 Q  Is there any data that's in the Impact Database that
13    we haven't talked about?
14        MR. HOOVER:  Objection; vague.
15 A  The information that we put in the database was all of
16    the data that we needed to be able to break out the
17    members into the report categories that were requested
18    of us; so the things that we talked about earlier, the
19    line of business, the product, those types of
20    elements.  State elements were added to the database
21    so we could do the level of regulatory and
22    employer-level reporting.
23 Q  What about any personal information on members that
24    was extracted by the hackers?  Is there anything in
25    the Impact Database that we haven't discussed today?

Page 113

1       MR. HOOVER:  Objection; vague.
2   A   Not that I can think of.
3   Q   Is there any information on the characteristics of the
4       insurance plans or ASO plans in the Impact Database?
5       MR. HOOVER:  Characteristics?
6   Q   Such as co-pays or deductibles, that kind of thing?
7   A   I'm not familiar with those data elements being in the
8       Member Impact Database.
9   Q   Do you know whether those data elements are in EDWard?
10  A   Yes, those data elements are in EDWard.
11  Q   Is there any health information that's in the Impact
12      Database, such as medical records?
13  A   No.
14  Q   Any claims codes that are in the Impact Database?
15  A   No.
16  Q   Anything regarding claims at all in the Impact
17      Database?
18  A   No.
19  Q   Do you know whether the health plan or brand that the
20      member is on is in the Impact Database?
21      MR. HOOVER:  Brand?  Object to the compound
22      question.
23  Q   Do you know whether the health plan is in the Impact
24      Database?
25  A   Yes, it is in the database.

Page 114

1  Q    Do you know what an ASO Indicator is?
2  A    Yes.
3  Q    Is that in the Impact Database?
4  A    Yes, to my understanding that was in there as well.
5  Q    And what would the ASO Indicator reflect?
6  A    ASO Indicator identifies whether a health plan is
7       self-insured or fully insured.
8  Q    Do you know whether the product description -- in
9       other words, whether it's an HMO, PPO, Medicare -- is
10      in the Impact Database?
11 A    Yes, it is.
12 Q    What about the brand of the Plan?  And by that I mean
13      Anthem Blue Cross/Blue Shield.  Is that in the Impact
14      Database?
15           MR. HOOVER:  Object to the form.
16 A    I'm not certain as to whether that's in the database
17      or not.
18 Q    What about the company or entity that provides the
19      Plan?  For example, Anthem Health Plans of Kentucky
20      Inc., would that be in the Impact Database?
21 A    Yes.
22 Q    And I assume the Resident State is in the Impact
23      Database because of the addresses, but what about the
24      state of coverage for the member?
25           MR. HOOVER:  Object; foundation.  Can you just