# Exhibit F

# REDACTED VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

1    A.   Yeah.  So I have responsibility for a team

2  across the entire enterprise that support EDWard,

3  performing what we call data mapping, so talking

4  about how data moves from our -- what we consider

5  our source systems, such as a claims system or an

6  enrollment system, and how that data actually ends

7  up or is moved into EDWard.

8    Q.   That is your current responsibility in the

9  position that you've held since February of 2016?

10   A.   Yes.

11   Q.   And prior to February of 2016, was that

12  part of your responsibility?

13        MR. COOKE:  Object to the form.

14        You can answer.

15   A.   No.

16   Q.   Okay.  And in your prior roles as -- the

17  various roles that you've described from September

18  2012 through February 2016 as a director in, first,

19  information management and then healthcare

20  analytics, did your job involve using the EDWard

21  database in any way?

22   A.   By "using," can you define what you mean

23  by that?

24   Q.   Sure.  Did -- well, let me ask it in a

25  different way.

1   is archived and for what time periods.

2       Q.   Okay.  So you don't know whether personal

3   information and membership information is being

4   archived by Anthem?

5           MR. COOKE:  Same objection.

6       A.   As I answered, I know there's an archival

7   process, but I'm not involved in the specifics of

8   that exact data move-over.

9       Q.   Okay.  It's a yes-or-no question.

10          MR. COOKE:  Same objection.

11          Can we move on?  I think we've gotten an

12      answer here.

13          MS. LEONARD:  Nope.  No.  I'm going to get

14      the answer.

15      Q.   It's a yes-or-no question.

16          You don't have direct knowledge of whether

17  Anthem is archiving membership information.  Right?

18          MR. COOKE:  Object to the form.  Asked and

19      answered.

20      Q.   It's yes or no.

21          MR. COOKE:  Same objection.

22      A.   I do not have specific knowledge of what

23  exact data is archived over.

24      Q.   On your -- on the first bullet point of

25  your current job description, it refers to analytic

Page 32

1    data layer analysis results.  Could you explain to
2    me what you mean by that?
3         A.   So EDWard, as we talked about, is a data
4    warehouse that we use for reporting analytics.
5    Sometimes that -- EDWard contains many details of
6    data, many rows, many different data elements.  So
7    a lot of times we'll put what we consider an
8    analytic layer data on top of it, so it will
9    summarize the data to make it easier to pull
10   information to produce analytic metrics and
11   results.
12        Q.   An analytic data layer using the
13   information that's in the EDWard database.  Is that
14   right?
15             MR. COOKE:  Object to the form.
16             You can answer.
17        A.   Yes.  In some cases.
18        Q.   And who within healthcare analytics has
19   the capacity to do that?
20             MR. COOKE:  Object to the form.
21        A.   What do you mean by "capacity"?
22        Q.   How many people do that as part of their
23   job?
24        A.   Build the analytic data layers?
25        Q.   Or use them.

Page 33

1        A.   Oh, use them.

2             Many.  Many hundreds of people use those,

3    because we have many different ways of summarizing

4    the data depending on the business need.  So there

5    are many people that have access to that

6    information.

7        Q.   And are those applications -- are there

8    applications that permit you to access the data in

9    that way?  Does that make sense?

10            MR. COOKE:  Object to the form.

11            To the extent you understand, you can

12        answer.

13       A.   So any of our databases, any of our data,

14   we do have a process that people do need to request

15   access in order to do that.  I know that process

16   generally.

17       Q.   Okay.  And I'm just wondering, is there a

18   software or an app -- software application that

19   permits the individuals in healthcare analytics to

20   use these, I believe you said analytic data layers

21   that help them analyze the information?

22            MR. COOKE:  Object to the form.

23            You can answer.

24       A.   I'm not aware of the specifics like what

25   applications are used to grant access.  I generally

1  know how the process works, because in my role,

2  anyone that reports directly to me can request

3  access as well, as part of their job.  And I need

4  to approve that as a manager.

5       Q.   Access to the EDWard database?

6            MR. COOKE:  Object to the form.

7            You can answer.

8       A.   If a staff member of mine that reports

9  directly to me -- and I have six today -- if they

10  need to ask for access to EDWard or other databases

11  or any software, anything across the organization,

12  they do put in what we call a ticket to request

13  access.  And one of the first approvals in that

14  process is that person's direct manager.  So that

15  would be me, so for those six people.

16       Q.   Okay.  And is it your understanding that

17  this is the process -- a similar process occurs

18  throughout the healthcare analytics?

19            MR. COOKE:  Object to the form.

20            To the extent you know, you can answer.

21       A.   That is my understanding, yes.

22       Q.   If you look at the -- sorry.  It's the

23  first bullet point again.  It refers to a team of

24  technology subject matter experts and analysts.

25            Who are you referring to there?

Page 85

1              Does that make sense?

2         A.    Yes.

3         Q.    Okay.  Could you describe for me the

4    systems from which EDWard currently sources data?

5              MR. COOKE:  Object to the form.

6              You can answer.

7         A.    Yes.  There are many.  So at a high

8    level --

9         Q.    Let's start at the high -- sort of the

10   highest functional level.

11        A.    Sure.  The primary -- EDWard's very large,

12   and because of the way Anthem has grown through the

13   years through mergers and acquisitions, many

14   different sources feed into it.

15             At the highest level we do take enrollment

16   data from our source systems, which includes the

17   member information.  If they're tied to an employer

18   group so they're covered through their employer, we

19   do know what employer they are associated with.  We

20   also have claims data, and we'll have provider

21   data.  Not only from the provider of -- from the

22   claim aspect of who actually provided the service,

23   but also some provider demographic data to know

24   which provider that was.

25             And then we do have some other subject

Page 86

1   areas within EDWard that go beyond those areas,

2   such as utilization management or authorization

3   data is another larger area.  So those are some

4   examples, with many source systems feeding each of

5   them.

6        Q.   Sorry.  Utilization management, did you

7   just say?

8        A.   Yes.

9        Q.   And what is the source?  Is that a

10  description of the information that's in data or

11  the -- in EDWard or at the source?

12       A.   That's a description of the data that's in

13  EDWard.  There are many sources of that data.

14       Q.   Okay.  And generally, what is utilization

15  management data?

16       A.   So, as an example, a member needs a kidney

17  transplant and that needs to be authorized so that

18  the member can receive that service.  And this is

19  an example.  May not be every case.  It depends,

20  because there are certain regulations and rules and

21  different policies out there that vary.

22            But in this case, let's say that that

23  needed to be authorized.  The provider would call

24  Anthem care management and ask for approval to

25  provide that service to the member, and it would be

Page 120

1      A.    I'm not sure.

2      Q.    Anthem assigns each member an

3   identification number.  Is that right?

4      A.    When you say that, from the source system,

5   they identify healthcare, like a card, their ID on

6   their card.

7      Q.    Right.  Is that known as the health

8   identification number?

9      A.    I think we call it "healthcare ID."  But

10   it's generic.  Some people refer -- use terms

11   interchangeably.

12      Q.    Okay.  So I'll call it the healthcare ID.

13           And that number is also added -- did you

14   say that number comes from the source system?

15      A.    Yes.

16      Q.    Okay.  Is that number included in the

17   information that is then fed into EDWard?

18           MR. COOKE:  Object to the form.

19      A.    Yes.

20      Q.    The enrollment date, is that information

21   included -- enrollment dates for every specific

22   member, is that information included in the EDWard

23   database?

24           MR. COOKE:  Object to the form.

25           You can answer.

1      A.   There are many different enrollment dates.

2  It depends on which one you're referring to.

3      Q.   So EDWard contains information about when

4  members have been enrolled?

5           MR. COOKE:  Object to the form.

6      A.   Yes.

7      Q.   Okay.  Including the first -- the first

8  enrollment date, but there might be potentially

9  many first enrollment dates if people have enrolled

10  in different plans?

11          MR. COOKE:  Object to the form.

12     A.   That is correct.

13     Q.   Is it tracked within EDWard by plan of

14  enrollment?

15          MR. COOKE:  Object to the form.  Vague.

16     A.   Depends on your definition of "plan."  We

17  have varying levels of effective and term dates or

18  enrollment dates, based on what coverage a member

19  selects.

20     Q.   By "plan," I mean the specific bundle of

21  benefits that is sold by Anthem as a particular

22  health plan, such as in California, Blue Cross

23  sells different individual on exchange plans, PPOs,

24  HMOs, things like that, that have a particular

25  name.

Page 122

1          Is that -- is the type of plan that the

2    individual has been enrolled in, whether it's

3    individual or group, is that information tracked in

4    the EDWard database?

5          MR. COOKE:  Object to the form.

6          You can answer.

7    A.    Yes.

8    Q.    Okay.  So the name of the actual plan?

9          MR. COOKE:  Object to the form.

10         You can answer.

11   A.    I believe so.

12   Q.    Or do you use some nomenclature other than

13   the actual marketing name of the plan, like Gold

14   Benefit PPO, 1500/40/30, for example?  Which is a

15   name I've made up, but is a typical name -- typical

16   type of name.

17         Does that sound familiar?

18   A.    There are varying levels.  So, yes,

19   there's different names as far as we'll track if

20   they're PPO, HMO.  The part I'm not a hundred

21   percent sure is like -- is that legal entity name

22   that's on the card.  Sometimes that name is

23   different than what we refer to that product

24   internally.

25   Q.    Okay.  So there is a set of names that

1    about members."

2              So demographics, no.  But in the situation

3    I was describing earlier where we're trying to

4    identify diabetics, and if we say this member -- we

5    feel this member based on their claims experience

6    is a diabetic, then that could be a flag or a

7    category or some way that we've classified within

8    EDWard for analytic purposes.

9         Q.   And that classification, that would happen

10   in the EDWard database itself or in some system

11   that's accessing that information?

12        A.   Could be both.

13        Q.   Could you describe for me the systems that

14   the healthcare analytics division uses to access

15   the EDWard data, the database in the EDWard

16   warehouse?

17             MR. COOKE:  Objection to form.

18             You can answer.

19        A.   Are you referring to, like, tools, per se,

20   or --

21        Q.   Sure.

22        A.   Okay.  So there's different -- and this is

23   just a subset.  There could be more.  But there's

24   various tools that folks will use.  One would be

25   ██████████████████████████████████████████

Page 130

1  ████████████████████████████████.

2     ██      ████████████

3     ██      ████████████████████████████

██████████████████████████████████████

██  ██████████████████████

6     ██      ███████████████████████

██  ██████████████████████████

██     ██      ████████████████████████

██  ████████████████████████████████████

██  ████████████████████████████████████

██  ██████████████████████████████

██  ███████████████████████████

██  ████████████

14      Q.   Is that the software that allows them --

15  I'm sorry.  I guess I'm not understanding what the

16  software is used for.

17          Is it just for generating reports from

18  EDWard?

19          MR. COOKE:  I'm going to object again on

20     scope grounds here.

21          To the extent you know in your personal

22     capacity, you can answer.

23          MS. LEONARD:  Okay.  We obviously -- we'll

24     have standing objections and standing

25     disagreement with the objection.

1      Q.   So, go ahead.

2      A.   ███████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████████

████████████████████████████████████████

███████████████████████████████████████████

█████████████████████████████████████████████

█████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████████

███████████████        And they can either do that to

13   produce reports or just produce listing of data.

14      Q.   And is that generally used throughout the

15   healthcare analytics division, that software?

16      A.   It's --

17           MR. COOKE:  Same objections.

18      A.   It's one of.  ██████ is a little bit more

19   complex, so it's not -- it's more for folks that

20   are very -- more of our higher end, I'll say,

21   ██████████████████████

22      Q.   What products -- sorry.  You mentioned ██████

23   also?

24      A.   Yes.

25      Q.   Is that a different software?

1       A.   It is.   ███████████████████████████

2  is another what we call freehand SQL.  And that

3  one's another one that you really need -- you

4  couldn't -- it's a blank screen.  Like, you would

5  ████████████████████████████████████████████████

6  ████████████████████

7       Q.   And that is a software that you can use to

8  query and extract reports from the EDWard database?

9            MR. COOKE:  Same objections.

10       A.   Depends on the difference -- your

11  definition of "reports."  But data, let's say.

12       Q.   Data in some form?

13       A.   In form, yes.

14       Q.   Okay.  And then what other software do

15  people in the healthcare analytics division use to

16  extract data from the EDWard database?

17            MR. COOKE:  Same objections.

18       A.   ███████████████████████████████████████

19  ████████████████████████████████████████████

20  ████████████████████████████████████████████

■  ████████████████████████████████████████████████

■  ████████████████████████████████████████████

■  █████████████████████████████████████████████████

■  ████████████████████████████████████████████████

■  ████████████████████████████████████████████

10      MR. COOKE:  Same objections.

11   A.   That's correct.

12      MR. COOKE:  Counsel, we've been going over

13   an hour.  Is this an okay time for a break?

14      MS. LEONARD:  Sure.

15      THE VIDEOGRAPHER:  The time is 11:34 a.m.

16   We are going off the video record.

17      (Recess taken from 11:34 to 11:42 a.m.)

18      THE VIDEOGRAPHER:  The time is 10:42 a.m.

19   and we are back on the record.

20   BY MS. LEONARD:

21   Q.   Okay.  We've talked a little bit about the

22   source systems for enrollment data.  I'd like to

23   talk about the source systems for claims processing

24   data.  Some of those at the affiliate level are the

25   same as the systems that process enrollment data.

Page 134

1   Is that right?

2       A.   That is correct.

3       Q.   Okay.  So WGS or IGS, those do both

4   enrollment and claims processing?

5       A.   Yes.  ISG and WGS, yes.

6       Q.   Thank you.  ISG.  There are a lot of

7   acronyms here.

8       A.   There's a lot.

9       Q.   And is it true that, generally speaking,

10  the intent is for any claim made on behalf of a

11  member, that some standardized set of information

12  is transferred from the source system to the EDWard

13  database?

14      A.   That is correct.  So depending on the

15  need -- we don't take everything from the source

16  system, so there has to have been a clear business

17  need to have that information or data in EDWard,

18  and we would move it from the source into EDWard

19  for reporting and analytics.

20      Q.   And the business need that you're

21  referring to, who determines what those business

22  needs are in terms of moving information from a

23  source system into EDWard?

24          MR. COOKE:  Object to the form.

25          You can answer.