# TAB 168

Document Filed Entirely Under Seal