# TAB 21

Document Partially Redacted for Confidentiality

**Highly Confidential Pursuant to Protective Order**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANTHEM, INC. DATA BREACH LITIGATION | Case No.  15-md-02617-LHK (NC)<br><br>**Highly Confidential Pursuant to Protective Order** |

# Report of James Van Dyke

# December 2, 2016

I.      Introduction and Relevant Qualifications .......................................................................1

II.     Scope of Assignment and Compensation .......................................................................4

        A.      Topic 1: Do individuals whose personal data is compromised experience
                increased risk resulting from that compromise? .......................................5

        B.      Topic 2: What specific risks (if any) do individuals impacted by the
                Anthem data breach face given the particular nature of that breach?...................10

        C.      Topic 3: Are there any steps that victims of the Anthem breach should
                take in response to the communication of the Anthem breach, and what is
                the cost of those steps?........................................................................17

III.    Conclusions..............................................................................................32

Highly Confidential Pursuant to Protective Order

I.      <u>**Introduction and Relevant Qualifications**</u>

1.      My name is James Van Dyke. I am the Founder and CEO of Futurion.digital, Inc., a research-based consulting firm specializing in consumer fraud and security as well as financial and payments technology. I also serve on the Consumer Advisory Board of the Consumer Financial Protection Bureau.

2.      Prior to establishing Futurion, I founded and served as CEO of Javelin Strategy & Research, a leading provider of quantitative and qualitative research on subjects including consumer security, fraud, digital banking, and financial transaction systems. Prior to that, I started the financial services research unit of Jupiter Research, a New York company providing similar offerings to Javelin's.

3.      My pertinent qualifications include substantial research and leadership in the fields of fraud and security, particularly identity theft and fraud that results from data compromise. This expertise builds on over a decade of conducting and publishing primary research of consumers, banks, merchants and vendor-solutions directly concerned with the subject of consumer identity theft and the enabling act of personal data compromise. This research was primarily purchased by organizations that sought to mitigate or minimize the damage from identity crimes, such as financial institutions, merchants, government agencies and specialty vendors.

4.      I also have experience using quantitative marketing research to analyze, report, or project trends in consumer attitudes and behaviors. My skills span the areas of research design, analysis, reporting, and forecasting future trends. I sometimes incorporate qualitative research methods as well. I am also experienced in using mixed-mode research, where diverse types or collection methods are integrated in order to reach a breakthrough unified finding or position. These research and advisory skills incorporate a consulting element, to advise business leaders how to improve adoption, usage, customer service, safety, loyalty and profitability via unfolding digital technology. This expertise includes advising identity protection services firms on how to increase their consumer adoption.

5.      Directly or through my staff members, I have provided strategic and research-driven advice to many of the nation's large financial institutions, retail financial tech-sector vendors, and identity protection services vendors. My client relationships have traditionally been concentrated within large retail banks, industry-specific tech vendors, and identity protection services firms which specialize in creating services that empower or protect consumers.

6.      My expertise also includes marketing efforts to increase consumer adoption and ongoing usage for new or existing products. First as a product manager and later as a researcher, I am often given significant responsibility for increasing product sales, through efforts in areas such as marketing or educational content design and distribution, feature selection, and more.

7.      I have a Bachelor of Science degree from San Jose State University and a Master's of Business Administration from Golden Gate University–both earned with honors. During both my undergraduate and graduate work I was particularly drawn to opportunities to conduct statistical research, a focus which I continued in every professional position I subsequently held. I continue to take a very hands-on approach with primary research data sets today so that I may continue advising executives and businesses through a rigorously-derived approach.

8.      My former company, Javelin Strategy & Research, is the leading provider of research on the subject of consumers' experience in identity theft, along with other related topics, including financial services and financial transaction systems.[1] Javelin continues to be known for

---

[1] In 2012, I sold 100% of my interest in the company to Greenwich Associates, a privately-held research company focused on commercial financial institution operations. I concluded my post-sale relationship with Javelin on December 31, 2015.

Javelin's studies include the largest deployment of identity theft research with at least four major methodologies: 1) surveying over 5,000 consumers each year to assess the latest patterns of identity theft, along with the relationship to the enabling component of data compromise (such as data breaches); 2) Merchants' experiences with consumer identity theft; 3) Bank efforts to empower consumers to protect themselves against identity fraud and related security incidents; and 4) A comparison of identity protection service providers.

Because Javelin produces some of the most rigorous and widely-cited studies on identity theft, I cite them frequently. First created in 2005 to build on methodologies created by the Federal Trade Commission, Javelin's annual identity theft survey report asks consumers a wide variety

its industry-leading, rigorous, and annually-recurring research studies of consumer financial services behaviors, attitudes, industry practices, and technology trends, related to such topics as mobile banking, personal financial management, payments, security, cybercrime and identity fraud or theft. Original research from Javelin is used by the Federal Reserve Board of Governors, the Federal Deposit Insurance Corporation, the U.S. Department of the Treasury, all of the nation's largest banks and payments firms, and all leading financial technology vendors.

9.     I have given numerous public presentations, including to audiences ranging from the U.S. House of Representatives on the future of secure personal financial management; several Federal Reserve Bank gatherings on identity fraud, payments and security; the Federal Reserve Board of Governors on the impact of security issues on electronic commerce growth; the RSA Security Conference attendees (the security-technology industry's largest such event) on several aspects of data security and recommended solutions; and to several gatherings of banking executives on security, payments and financial services best practices.

10.     I have been interviewed for hundreds of news media articles or featured stories including in the likes of *Bloomberg*, *Financial Times*, Fox News live television, National Public Radio (NPR), the front page of *The New York Times*, *The Washington Post*, and *Wired*. The widest coverage has been on the subject of identity theft or fraud, and in particular in response to Javelin's annual studies that survey consumer fraud victims or benchmark bank and merchant's efforts to fight identity theft.

11.     Within the last four years, I testified as an expert witness in support of the Complaint in the administrative proceeding *In re LabMD*, *Inc.* (FTC No. 9357), which was decided by the Federal Trade Commission on July 28, 2016.  In the proceeding, I was deposed by counsel for LabMD on April 14, 2014.  I testified before the Administrative Law Judge on

---

of questions related to their experiences with identity fraud or other misuse, notifications of data breaches, and practices related to security, payments and other areas of financial services. Over the years, over 50,000 consumers have been cumulatively surveyed in the annual Javelin identity theft reports. Javelin's work was under my supervision through December 31, 2015, which includes the period of time during which many of this report's Javelin research studies were fielded or compiled and published. In Appendix A of this study, I have provided a methodology statement for Javelin's most significant report, the Identity Theft Survey Report.

May 22-23, 2014.  The Commission relied upon my testimony in its finding concerning the severity and magnitude of potential harm to consumers whose names, addresses, and social security numbers were exposed.

12.     Appendix C lists my publications for the last ten years.

## II.     Scope of Assignment and Compensation

13.     I was retained by Plaintiffs' counsel in June 2016.  They asked me whether the individuals whose information was compromised in the Anthem data breach suffered any economic damages because that information was compromised.[2]  In particular, they have asked me:

a.     Do individuals whose personal data is compromised experience increased risk resulting from that compromise?

b.     If the answer to the first question is "yes," what specific risks (if any) do individuals impacted by the Anthem data breach face given the particular nature of that breach?

c.     If individuals whose personal data was compromised in the Anthem data breach are at increased risk for certain harms as a result of the breach, are there any steps that victims of the Anthem breach should take in response to the communication of the Anthem breach, and what is the cost of those steps?

14.     It is my understanding that discovery is ongoing until at least December 1, 2016, with some limited discovery occurring after that date.  To the extent that documents or other discovery are produced near or after December 1, I reserve the right to amend this opinion to take such discovery into account.

15.     It is my understanding that this report may be used in conjunction with Plaintiffs' motion for class certification.  I may submit additional information and reports at any appropriate time.

---

[2] I am informed that Plaintiffs refer to this possibility as the possibility of "loss of value of PII."

16.     Plaintiffs are compensating me at my standard rate of $450 per hour. No aspect of my compensation depends upon my reaching any particular conclusions or on the outcome of this case.[3]

### A.     Topic 1: Do individuals whose personal data is compromised experience increased risk resulting from that compromise?

17.     Individuals whose personal data is compromised are subject to increased risk because of that compromise. Without a data breach or other compromise there is generally no identity theft or other PII misuse. This is so because unauthorized *access* to PII makes fraud possible. Furthermore, *increased* unauthorized access to PII–either in the form of repeated breaches or increased breadth of exposure-- increase the risk of harm to levels above what they otherwise would have been.[4]

18.     Some types of comparatively simple fraud result from unauthorized access to a single source and type of data. For example, breach of credit or other payment account data can be used to commit fraud in existing accounts. While these crimes are greatest in sheer quantity of incidents, they typically are the lowest in per-victim average impact.[5] Many well-known data breaches involved only card payment account data, such as those at a merchant or payment merchant-processor.[6]

19.     More damaging forms of misuse often result from criminals amassing more elements of any one consumer's data–akin to assembling all pieces of a puzzle, with the social security number being a key foundational element. As an example, one data breach may enable

---

[3] For purposes of completeness, I note that I received a letter from Anthem stating that my personal identifying information was exposed during the data breach. This does not impact any of my conclusions in this matter, and I understand that, in moving for class certification, Plaintiffs will specifically exclude retained experts from the proposed class.

[4] *Rising Number of Data Breaches Increases Threat of Identity Fraud* http://consumerfed.org/press_release/rising-number-data-breaches-increases-threat-identity-fraud/, September 6, 2016.

[5] *Victims of Identity Theft,* 2014, U.S. Department of Justice, pages 1, 2 and 16.

[6] *World's Biggest Data Breaches*, http://www.informationisbeautiful.net/visualizations/worlds-biggest-data-breaches-hacks, updated  October 15, 2016

criminals to identify particular victims by address and also providing a starting-point of PII that will eventually be used to successfully impersonate an individual. Along the way to a successful fraud incident, a second source of data may be used to integrate additional fields of data: for example, a mother's maiden name, pet's name, or high school. Information from one or more breaches can be used in highly-targeted efforts (such as phone-based social engineering or email spear-phishing) to gain a victim's confidence that the criminal is an authorized service provider and thus persuade the victim to reveal missing high-value data such as a password, financial account number, or bank routing number.

20.    Researchers know that PII has real monetary value in part because criminals continue their efforts to obtain this data.[7] In other words, if any additional breach of sensitive data would not have incremental value to criminals, one would expect to see a reduction in criminal efforts to obtain such additional data over time–yet the opposite has occurred. For example, the Identity Theft Resource Center reported 348 breaches through May 3, 2016 in comparison to the prior year, where 282 breaches were reported from the beginning of the year through May 6, 2015.[8]

21.    Consumer PII remains of high value to identity criminals, as evidenced by the prices criminals must pay through black-market sources. While costs are affected by quality and can range from under $10 to over $400, the Identity Theft Resource Center states "…on average a criminal can purchase PII from another criminal on the black market for somewhere between 12 and 16 bucks."[9,10] Estimates for health records range from $10 to $50 per individual, while a

---

[7] *Data Breaches Rise as Cybercriminals Continue to Outwit IT*, *CIO Magazine*, http://www.cio.com/article/2686167/data-breach/data-breaches-rise-as-cybercriminals-continue-to-outwit-it.html, October 2016

[8] Data Breaches Rise While Companies Struggle With Detection, http://blogs.wsj.com/cio/2016/05/05/data-breaches-rise-while-companies-struggle-to-detect-them/ Wall Street Journal, By Rachael King, May 5, 2016

[9]*Here's What Your Stolen Identity Is Worth On The Black Market*, Quartz, http://qz.com/460482/heres-what-your-stolen-identity-goes-for-on-the-internets-black-market/, accessed November 9, 2016

[10] *How much is your identity worth on the black market?*,  Identity Theft Resource Center, http://www.idtheftcenter.org/Identity-Theft/how-much-is-your-identity-worth-on-the-black-market.html, accessed November 26, 2016

complete set of bank account credentials can cost a thousand dollars or more (depending on the associated credit score or balance available to criminals).[11,12]

22.     An individual whose data is breached is more likely to encounter fraud: there is a significant correlation between the two.



23.     Multiple incidents of personal exposure via data breaches leads to an even greater risk of identity fraud (and other harms) when compared to the already increased risk suffered by those with one data breach.[15]

---

[11]*Your Medical Record Is Worth More To Hackers Than Your Credit Card*, Reuters, http://www.reuters.com/article/us-cybersecurity-hospitals-idUSKCN0HJ21I20140924, September 24, 2014

[12] *Here's How Much Thieves Make By Selling Your Personal Data Online, Business Insider,* http://www.businessinsider.com/heres-how-much-your-personal-data-costs-on-the-dark-web-2015-5, May 27, 2015.

[13] Note: individuals can be victimized by identity theft without awareness of a breach notification even if their data actually was compromised in a data breach:  For example, they may not recall receiving the breach notification or their data breach may have gone undetected or otherwise unreported.  In any scenario, the key to fraud is *some* exposure of PII that should have been kept confidential.

[14] *2016 Data Breach Fraud Impact Report,* Javelin Strategy & Research, June 2016

[15] Javelin defines identity fraud as "Unauthorized use of some portion of another's personal information to achieve illicit financial gain." This definition is generally comparable to the term *identity theft*, that used more frequently by the FTC or other law enforcement agencies.

24.   █████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

████████████████████ █ ███████████████████████

███████████████████████████████████████████

█████████████████████████████████████████████

██████████████████████████████

25.   Looking deeper into the nature of some specific categories of fraud for 2015 (from the Javelin study):[17]

a.   New account fraud ("NAF"), where criminals first use compromised data to establish a new account, and then conduct one or more fraudulent transactions using that new account, ████████████████████████████████████████ ██████████████████████████████████████████████ New account fraud is particularly pernicious because it may take the victim a very long time to even learn of the new account opened in his name, by which point debt collection efforts may have already begun (and credit scores lowered).

b.   ████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ █████████████████████ This increase in new account fraud is likely to be partly the result of a reported 64% increase in compromise of social security numbers through data breaches.[18]

---

[16] *2016 Identity Fraud: Fraud Hits an Inflection Point*, Javelin Strategy & Research.

[17] *2016 Identity Fraud: Fraud Hits an Inflection Point*, Javelin Strategy & Research

[18] *Interim Results of the 2016 Filing Season, Treasury Inspector General for Tax Administration*, https://www.treasury.gov/tigta/auditreports/2016reports/201640034fr.pdf, based on figures found on page 11.

     c.     Account takeover (ATO)–where the criminal compromises PII to change account settings and take control of an existing account– ███████████████████

████████████████████████████████████████████████

████████████████████████████████

     d.     Existing account non-card fraud ("ENCF") occurs when individuals suffer fraud within a non-card account that they legitimately opened, such as a depository bank account, investment account, Internet account (such as Amazon or PayPal), utility account, or medical account. ███████████████████████

████████████████████████████████████████████████

██████████████████████

26.     For tax (IRS) fraud, the GAO reports that there was $3.1B paid out in fraudulent tax returns in 2014.[19] Tax fraud occurs when criminals file fraudulent tax returns in another individual's name, in order to obtain a refund owing to that individual. This occurs after an identity criminal obtains necessary PII: name, SSN, DOB, employer name, and income, and uses it to create fake tax returns that appear convincing enough to result in distribution of the payment. Criminals cash the refund check before the authentic taxpayer has time to submit their own genuine version, which in turn would trigger detection that an identity crime has been committed. Tax fraud causes significant delays in receipt of funds owed to 'true name'[20] consumers. As stated by the IRS, "[i]nnocent taxpayers are victimized because their refunds are delayed."[21] A report from the Treasury Department confirms that "the IRS informs taxpayers who inquire about the status of their identity theft case that cases are resolved within 180 days," yet the report goes on to cite its own "statistically-valid sample" in finding that "Resolution averaged 312 days with tax accounts assigned to an average of 10 assistors during processing. In

---

[19] *IDENTITY THEFT AND TAX FRAUD,* GAO, http://www.gao.gov/assets/680/677405.pdf, May 2016

[20] 'True name' is a label used by fraud mitigation professionals to refer to the legitimate identity holder, in contrast to one or more 'fraudsters' who are impersonating them

[21] https://www.irs.gov/uac/newsroom/tips-for-taxpayers-victims-about-identity-theft-and-tax-returns-2014

addition, 25 percent (of) tax accounts were not correctly resolved, resulting in (further) delayed and incorrect refunds."[22]

27.     Consumers who are victims of fraud or other PII misuse encounter additional harms beyond near-term loss of time or money.[23] Worsened credit ratings can incur higher longer-term borrowing costs, time requirements to restore credit information, and outright denied access to credit or even simple utilities. Employment prospects can be worsened or outright eliminated, and victims can become subject to criminal proceedings. Among those ages 16 or older, two percent of existing account misuse victims have experienced problems with debt collectors and banking.[24]

28.     While the fraud reported through research to entities such as Javelin or the Federal Trade Commission are substantial, this should not be viewed as a complete picture. Breach victims may suffer material harms and never even become aware of the impact to their financial health and well-being. An independent financial services industry research study conducted for BillGuard–a private enterprise that automates the consumer task of finding unauthorized transactions that might otherwise go undetected–calculated the average per-consumer cost of all unauthorized transactions at $75 per year in 2012.[25]

**B.     Topic 2: What specific risks (if any) do individuals impacted by the Anthem data breach face given the particular nature of that breach?**

29.     The individuals whose personal data was compromised in the Anthem data breach face an increased risk of significant harm that consumers do not face in many other data

---

[22] Victims Of Identity Theft Continue To Experience Delays And Errors In Receiving Refunds, U.S. Treasury, https://www.treasury.gov/tigta/auditreports/2015reports/201540024fr.pdf, March 20, 2015.

[23] *Identity Theft: Coordination Can Defeat the Modern-Day "King" and "Duke"* by Rod J. Rosenstein, July 8, 2015, U.S. Attorney and Tamera Fine, Identity Fraud Coordinator for the District of Maryland.

[24] *Victims of Identity Theft*, 2014, U.S. Department of Justice, http://www.bjs.gov/content/pub/pdf/vit14.pdf, Pg 9.

[25] *The Economic Impact of Grey Charges on Debit and Credit Cardholders and Issuers–2013 Industry Report on Grey Charges,* https://s3.amazonaws.com/static.billguard.com/report/BillGuard_-_2013_Grey_Charge_Report.pdf, (research conducted for BillGuard by Aite group).

breaches, because of the specific types and combination of exposed PII.  In particular, Anthem notified affected consumers that their name, date of birth, social security number, health care ID number, home address, email address, and work information such as income might have been compromised in the data breach.[26] As one industry expert explained correctly, "[d]egree of risk gets stickier when data like Social Security numbers, birth dates, and addresses is stolen. It has a long shelf life and can be traded internationally among organized criminals."[27]

30.     PII valued by identity criminals is comprised of both *persistent* identifiers (data generally associated with an individual for life such as SSN, DOB, family names, and present or past addresses and employment information) and *transient* PII (such as payment card numbers– which can be reissued in the event of a data compromise, computer IP address, or details related to recent banking transactions).

31.     Persistent identifiers are useful to criminals for many damaging forms of identity misuse, including new account fraud, tax fraud, and the release of logins or passwords for individuals who claim to have lost them.[28] With forgotten logins and passwords being a top request to customer service desks, persistent identifiers are commonly used to grant access to bank, healthcare, or other sensitive accounts (which in turn can enable account take over or other fraud or harms).[29] As one expert explained: "You can close a credit card if it is compromised. But the problem is, you can't close your SSN."[30]

32.     Exposure of different types of PII are correlated with different forms of identity theft. In particular:

---

[26] ANTMMDL-00058472

[27] *What to do When You Get a Data Breach letter,* Eduard Goodman, Chief Privacy Officer, IDT911, http://idt911.com/education/blog/what-to-do-when-you-get-a-data-breach-letter, September 23, 2016.

[28] *5 Ways To Solve The Password Reset Problem*, Dark Reading, http://www.darkreading.com/attacks-and-breaches/5-ways-to-solve-the-password-reset-problem/d/d-id/1105781?piddl_msgid=324276#msg_324276,  Aug 14, 2016

[29] *The 10 Most Common IT Service Desk Requests*, https://blog.samanage.com/help-desk-software/the-10-most-common-service-desk-requests-2/, September 25, 2013.

[30] What to do if Your Social Security Number is Stolen, Tom's Guide, http://www.tomsguide.com/us/what-to-do-ssn-stolen,news-18742.html May 8, 2014

a. **SSN breaches** are most closely correlated with new account fraud, the identity theft method with the highest consumer cost and resolution hours in 2015 (as well as nearly every other year on record). ███████████████████████████

███████████████████████████████████████████████████████

█████████████████████████████████ ██ ██████████

██████████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████ ██

b. **Date of birth** is another persistent record that can enable identity fraud after compromise, because it is used by organizations to authenticate identity-holders. An article from the InfoSec Institute notes that "name, birth date and Social Security Number (SSN) are often termed 'The Holy Trinity.' The reason is that the combination of these three elements is sufficient to personally identify a person."[33]

c. **Income information compromise** serves as another form of persistent authentication data for tax or other forms of fraud (for analytic systems to compare the current year's stated income against that of prior years and thus assess the likelihood that reported information is valid). The particular PII records exposed in the Anthem data breach bring uniquely strong risk of income tax fraud. According to the Internal Revenue Service, "Your tax account is most at risk if the data breach involves both your SSN and financial data, such as wages.[34]

d. **Employment information compromise** can expose an individual to higher direct risk of tax and other fraud, privacy violations, or other harms. It also provides

---

[31] *2016 Identity Fraud: Fraud Hits an Inflection Point,* Javelin Strategy & Research, January 2016, page 16.

[32] *2016 Data Breach Fraud Impact Report,* Javelin Strategy & Research, page 15

[33] *My Identity Was Stolen. Here's How They Did It, by Phil McKenna,* http://www.pbs.org/wgbh/nova/next/tech/science-of-identity-theft/, Nov 20, 2013.

[34] *Data Breach: Tax-Related Information for Taxpayers,* Internal Revenue Service, Updated June 06, 2016

criminals further avenues to obtain additional PII that could result in worsened cases of fraud than what would normally be expected. Employment data and income is commonly requested on new account applications, to help potential creditors assess credit worthiness. Criminals can thus use this information in an attempt to authenticate or validate that the individual seeking a new account is who they claim to be. Employer and income fits the profile of persistent data because—unlike account numbers, log-ins or passwords—it will forever remain true that an individual worked for a particular organization at a given time, and in return was compensated with a particular amount of income. Criminals can use employer information to overcome knowledge-based authentication (also called shared-secret or challenge-and-response) systems. Knowledge-based authentication is used by financial services firms, call centers and other companies to verify a person's identity through a series of "secret" questions. Knowledge-based authentication is often used as a component in multifactor authentication (MFA) and for self-service password retrieval.[35]

    e.  **Street and email address compromise** can be valuable to criminals for gaining additional PII, in order to successfully commit identity fraud. Street addresses can allow criminals to pilfer PII found in sensitive documents such as financial statements or checks, from physical mailboxes. Identity criminals rely on a wide manner of interaction channels for communicating with victims, including telephone, email and physical mail.[36] Any communication channel—from door-to-door, phone and digital—may be used as an interaction method for social engineering that enables criminals to impersonate a trusted third party, gain additional PII, and thus commit fraud. For this reason, it is particularly dangerous when (as in the Anthem data breach) both contact-related PII and the most volatile PII (such as an SSN) are compromised. Moreover, when addresses are considered in terms of how such historical

---

[35] Knowledge-based Authentication, SearchSecurity.com, http://searchsecurity.techtarget.com/definition/knowledge-based-authentication, accessed December 01, 2016

[36] Consumer Sentinel Network Data Book for January-December 2015 2015, Federal Trade Commission, February 2016, page 3.

information is used by knowledge-based authentication systems to approve account applications or reset a password to an existing account, an address is persistent for the life of the individual.[37]

      f.    **Medical account number compromise** can put individuals at risk of medical identity theft.  This is particularly true for victims of the Anthem breach because the compromise of other PII—such as SSN or DOB for instance—can be used in association to impersonate the identity-holder.  According to the FTC, "A thief may use your name or health insurance numbers to see a doctor, get prescription drugs, file claims with your insurance provider, or get other care. If the thief's health information is mixed with yours, your treatment, insurance and payment records, and credit report may be affected."[38]

      g.    **Compromise of information about those under 18** leads to the risk of child identity theft.  The most current nationally-representative study–commissioned by the Financial Services Roundtable with the support of Intersections, Inc. and the Identity Theft Resource Center (and conducted by Javelin Strategy & Research)–found:

      i.    SSNs are the top compromised identifier. 56% of victims reported SSN theft or misuse.

      ii.    One in 40 (or 2.5%) of households with children under 18 had at least once victim of child ID theft.

      iii.    Criminals are most commonly combining a different birthdate with a real SSN to commit fraud, making the crimes even more difficult to detect.

      iv.    Crimes are more difficult to detect and resolve than adult ID fraud, at 334 days to detect and 44 hours to resolve, and 17% of children were victimized for a year or longer.[39]

---

[37] Even if an individual has moved, it remains forever true that they lived at a particular address at a particular point in time—and a correct answer to a question such as "which of the following was your address in the year 2001?" is among those used by knowledge-based authentication systems to confirm that the individual is who they claim to be.

[38] Medical Identity Theft, Federal Trade Commission, https://www.consumer.ftc.gov/articles/0171-medical-identity-theft, Aug 2012.

[39] *ITAC Child ID Fraud Survey Report*, http://fsroundtable.org/?p=1769, Announced December 4, 2012.

33.    As the above makes clear, identity-related harms are only possible following the compromise of identity data. This is important because we can extrapolate specific forms of risk based on the precise nature of what was reported to be exposed. Organizations now have well-defined use cases for specific identity records, from identifying individuals, authenticating (or confirming) that they are who they claim to be, and granting specific permissions such as releasing a payment or provisioning a password to a person who claims to have forgotten it.

34.    The Anthem data breach compromised several mostly persistent identifiers–SSNs, DOBs, street addresses and employment information including income data–as well as health care ID numbers and email addresses.  In addition to all the forms of fraud listed above, the combination of exposed persistent identifiers places Anthem breach places victims at particular risk of two highly-damaging forms of fraud: IRS tax refund fraud and new account fraud.[40,41] Misuse of any existing account (such as the Anthem healthcare account in order to receive unauthorized medical services in a breach victim's name) is also possible as a result of any data compromise of account numbers and other PII.[42]

35.    Another factor relating to the Anthem data breach that bears on the specific risks facing individuals whose data was compromised in the Anthem breach is the likely identity of the hackers.  I understand that Anthem has stated that this hack was likely the work of a Chinese hacking group (or multiple Chinese hacking groups) that have some affiliation with the Chinese government.[43] If the hack was indeed the work of a group working in affiliation with the Chinese government, it would be relevant to the risks facing people whose information was compromised because "[n]ation-state sponsored groups are more patient and may wait for the dust to settle and

---

[40] *Identity Theft Tax Refund Fraud*, Fraud Magazine, http://www.fraud-magazine.com/article.aspx?id=4294982014, March/April 2014

[41] *2016 Data Breach Fraud Impact Report,* Javelin Strategy & Research, page 15

[42] Existing card fraud–the category which is the most common overall while bringing the least-damaging personal costs– is comparatively less likely to occur as a result of the Anthem breach, because the breach was not reported to involve the release of financial account data.

[43] *See* ANTMMDL-01040457; ANTMMDL-00023258 – ANTMMDL-00023261.

complacency to set in" before using or selling the data from a hack.[44] A recent report concludes that the Chinese government is following through on its September 2016 commitment to end the hacking of U.S. companies, which in turn indicates that those who were once rewarded for this type of effort must now look elsewhere to profit from the fraud-ready data they possess.[45]

36.    One leading fraud specialist at Javelin discussed the long-term risks associated with likely state-sponsored hacking (at either Anthem or the OPM) as follows:



37.    Based on Anthem's public communication of the breach, Javelin Strategy & Research estimated the amount of identity fraud resulting from the Anthem breach if identity criminals were to dump all purloined data and thus make it accessible to all would-be identity fraudsters.[47]

---

[44] *Moving Forward: How Victims Can Regain Control & Mitigate Threats in the Wake of the OPM Breach*, The Institute for Critical Infrastructure Technology, August 2015.  The article noted that the "PII stolen [in the OPM breach] may have value for at least a decade because most of it relates directly to who an individual is rather than credit card accounts or other information that can be reissued." Alternately, an independent actor may "wait until the…years of credit monitoring ends before using the data""

[45] Chinese Economic Cyber-Espionage Plummets in U.S.: Experts, http://www.reuters.com/article/us-cyber-spying-china-idUSKCN0Z700D, June 21, 2016

[46] 2016 Identity Fraud: Fraud Hits an Inflection Point, Javelin Strategy & Research, January 2016

[47] 2016 Data Breach Fraud Impact Report, Javelin Strategy & Research, https://www.javelinstrategy.com/press-release/sale-anthem-ssn-data-could-result-nearly-10-million-fraud-victims, June 2016.

███████████████████████████████████████████████████

██████ The research firm also projected that ████████████████████████

███████████████████████████████████████████████████

█████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████

38.      Javelin created the estimate for out-of-pocket costs, quantities of victims and fraud-types based on applying the company's many prior annual, nationally-representative research surveys to the specific reported patterns of the Anthem breach. The projected potential losses were based on comparing the reported patterns of those who had received notification of breaches of similar nature in order to project the most likely occurrence of identity fraud and its associated costs and personal impacts.[49]

39.      Once individuals have had their PII exposed in a breach of vulnerable and persistent records, they will be at increased risk of harm indefinitely. In turn, this means that they must engage in additional protective steps for as long as the vulnerable data is found to be accurate by companies who use such information to grant credit, account access, or other such high-impact actions. Various forms of identity fraud can only be enabled by data compromise (such as a data breach) and exposed PII represents an enduring risk (as long as the information is accurate and available to criminals).

**C.      Topic 3: Are there any steps that victims of the Anthem breach should take in response to the communication of the Anthem breach, and what is the cost of those steps?**

40.      As explained above, individuals whose personal data was compromised in the Anthem data breach face an increased risk of certain harms.  In the Anthem breach, criminals

---

[48] *2016 Data Breach Fraud Impact Report,* Javelin Strategy & Research, page 19

[49] Sale of Anthem SSN Data Could Result in Nearly 10 Million Fraud Victims, Javelin Strategy & Research, https://www.javelinstrategy.com/press-release/sale-anthem-ssn-data-could-result-nearly-10-million-fraud-victims, June 23, 2016.

obtained PII that is useful for two significant criminal activities: 1) *targeting* individuals (based
on income, location, or employer information along with address and email address) and 2)
*victimizing* affected consumers with identity fraud or other harms.  For that reason, there are
several steps that individuals whose data was compromised in the Anthem data breach should
take (at a minimum) to protect themselves from these risks.  Below, I explain what these steps
are and why these steps are important.

41.     To best guard against fraud, breach victims must prioritize action steps in terms of
prevention first, detection second, and resolution third.  In its guide on how to reduce security
incidents in the first place, the National Institute of Standards and Technology states "Preventing
problems is often less costly and more effective than reacting to them after they occur."[50] When
fraud is *prevented*, detection and resolution become mere back-up or contingency plans–and
therefore stopping fraud or other harms must always be the primary priority. Detection is the
second-most important mitigation priority, representing more effective methods to spot misuse–
and hopefully as early and thoroughly as possible.  Faster detection isn't just about peace of
mind; those who catch fraud earlier encounter lower out-of-pocket losses and personal resolution
time.[51] Resolution, the third and final mitigation priority, is the least-important fraud-protection
area—and yet has a supporting reactive role within a complete fraud mitigation approach
because not all fraud can be prevented.

42.     For the approximately 78 million individuals with personal information exposed
in the Anthem data breach, identity criminals can build on two vital and persistent pieces of PII–
SSN and DOB– that are used to commit the most damaging of identity crimes: fraudulent filing
of tax returns, fraudulent establishment of new accounts, or complete account takeover.[52,53]

---

[50] *ITL Bulletin Revised Guide Helps Organizations Handle Security Related Incidents, National*
Institute of Standards and Technology,
http://csrc.nist.gov/publications/nistbul/itlbul2012_09.pdf, September 2012

[51] New Research Shows Identity Fraud Growth Is Contained and Consumers Have More Control
Than They Think, Better Business Bureau press release of Javelin Strategy & Research data,
https://www.student.cs.uwaterloo.ca/~cs492/09public_html/papers/idtheft.html January 31, 2006

[52] Data Breach: Tax-Related Information for Taxpayers, Internal Revenue Service, Updated June
06, 2016

Criminals also now have both electronic and traditional means to contact breach victims to pretend to be someone they trust and expand the starting-set of PII, or even convince them to immediately transfer funds offshore from an existing financial account. Anthem data breach victims therefore must take steps to guard against the risk of fraud that they would not have needed to take in the absence of the Anthem data breach.

43.     It is helpful to begin by discussing what Anthem itself offered to individuals whose PII was compromised in the breach, and why affected individuals must take additional steps beyond that. Anthem breach victims received notice from Anthem that they were pre-enrolled in AllClearID Secure, with the option to take additional steps to sign up for AllClearID Pro.[54] Neither of these services focus upon the most important task facing a consumer whose PII has been exposed in a data breach: *prevention* of fraud or other harms.

44.     **AllClearID Secure** is focused only on *resolution* after fraud has occurred, rather than on prevention or detection: It is a form of an "identity repair service."[55] The basic service provided by AllClearID Secure is to advise affected individuals who have *already* become fraud victims on how they can personally conduct their own resolution process to attempt to, for example, close a fraudulently opened account, or restore their credit rating.

45.     **AllClearID Pro** is primarily designed to assist with the second necessary step for individuals whose PII was compromised in the Anthem data breach: detection of fraud and other misuse of PII.  Anthem's offer of AllClearID Pro had two specific problems, however.  First, Anthem appears to have discouraged people from enrolling in AllClearID Pro.  A product cannot help people who do not enroll in it, or do not know how to obtain it or even know if they've fully obtained it..  Second, Anthem only offers AllClearID Pro for two years, which is not long enough given the circumstances of the breach.

---

[53] *2016 Data Breach Fraud Impact Report,* Javelin Strategy & Research, page 15, page 19, and page 20 (in discussion 'Partner with Accountholders after SSN Breaches')

[54] See ANTMMDL-0005872, How to Access & Sign Up For Identity Theft Repair & Credit Monitoring Services, https://www.anthemfacts.com/ (accessed Dec. 1, 2016).

[55] *See* ANTMMDL-0005872.

a.   <u>Anthem appears to discourage people from signing up for AllClearID Pro</u>.

Given the importance of proper fraud detection, it is my view that Anthem should have done everything possible to encourage those impacted by the breach to sign-up for all relevant aspects of an identity protection service. They appear to have done the opposite.

i.   The problematic language appears to begin in the initial letter to consumers (italics added)[56]

Anthem is working with AllClear ID, a leading and trusted identity protection provider, to offer 24 months of identity theft repair and credit monitoring services to impacted individuals.   .   .   . AllClear ID is ready and standing by to assist you if you need identity repair assistance. *This service is automatically available to you with no enrollment required.* If a problem arises, simply call and a dedicated investigator will do the work to recover financial losses, restore your credit, and make sure your identity is returned to its proper condition.

For *additional* protection, and at no cost, you may *also* enroll in the AllClear Pro service *at any time during the 24-month* coverage period. This service includes credit monitoring and an identity theft insurance policy. *To use the PRO service you'll need to provide your personal information to AllClearID.*

ii.   The pattern of dissuading consumers from using the full extent of offered services continues in this second online step of the online redemption process for breach victims to enroll in AllClearID PRO (italics added):[57]

Starting on February 13, 2015, the team at AllClear ID is ready and standing by to assist you if you need identity repair assistance during the next 24 months. This service is *automatically* available to you with *no enrollment required*. . . .

For *additional* protection, and at no cost, affected U.S. individuals may *also* enroll in the AllClear PRO service *at any time* during your coverage period. This service includes credit monitoring and an identity theft insurance policy. Please *follow the enrollment instructions below*…"

iii.   In this third step of the AllClear Pro fulfillment process, Anthem again appears to attempt to dissuade redemption (italics added):[58]

---

[56] *See, e.g.,*  ANTMMDL-00175821, ANTMMDL 00175832, 00175843, 00175854.

[57] Anthem: How Anthem is Protecting You, https://anthem.allclearid.com/ (last visited Dec. 1, 2016).

[58] PLTF00009058

*If* you need identity repair assistance during the next 24 months, the team at AllClear ID is ready and standing by to assist you. *There is no action required on your part to enroll* in this service. . . . For *additional protection*, and at no cost, affected U.S. individuals may also enroll in the AllClear Pro service *at any time* during the next 24 months.

      b.    **Anthem only provides AllClearID Pro for two years**.  Under the circumstances of the Anthem data breach, two years of identity theft monitoring and protection is insufficient for many reasons, including:

      i.    There can be a significant passage of time spanning the separate processes of criminal compromise (breach or other access) of PII; augmenting that data as necessary to successfully impersonate the victim; using PII to commit one or more cases of identity fraud or other harms; victim discovery of one or more cases of misuse; victim resolution of the misuse(s); and finally victim monitoring to ensure that misuse has indeed stopped. As has been noted, the Anthem breach represents the exposure of 78 million PII records, including persistent identifiers such as SSNs and DOBs as well as other PII useful for targeting, augmenting, and then finally impersonating breach victims via identity fraud or other harms. ███████████████████████████ █████████████████████████████████████████████ ███████████

      ii.    The quantity of exposed fields that includes *persistent* information—e.g., social security numbers, dates of birth, income, employer information, and addresses—that was accessed in this particular breach prolongs the duration of potential harms. The Anthem data breach clearly stands out in terms of the quality and quantity of persistent data identifiers that were compromised.[60] An analysis of the lifespan of the identifiers compromised in the Anthem data breach, set forth in Appendix B, suggests that consumers whose  PII was compromised in the Anthem data breach will

---

[59] *2016 Data Breach Fraud Impact Report,* Javelin Strategy & Research, page 19.

[60] *Biggest data breaches of 2015,* NetworkWorld, http://www.networkworld.com/article/3011103/security/biggest-data-breaches-of-2015.html, Dec 2, 2015

be at heightened risk as a result for far longer than two years, more likely exceeding five years. Thus, the Institute for Critical Infrastructure Technology, has noted that certain persistent forms of PII that relate directly to "who an individual is" may retain value for a decade.[61]

   iii. The exposure of children's SSNs and other PII, who may experience lasting periods of misuse before they reach adulthood and apply for their first legitimate financial account, only to discover their account has been misused for years or even decades, also prolongs the staying power of the Anthem data breach. Exposure can begin even in childhood and cause lasting damage decades later. Indeed, security and identity safety industry expert Tim Rohrbaugh said "… because the children's information was linked to their parents' data, it will make it much easier for cybercriminals to commit fraud against the parents as well.[62] A study conducted by Distinguished Fellow Richard Power of Carnegie-Mellon CyLab studied scans of over 400,000 IDs protected by Debix/AllClear ID and found examples of child ID theft that spanned decades.[63]

   iv. As discussed above, the fact that the hackers may have been working for a nation-state (China) greatly increases the period of risk for consumers affected by this breach. For example, the timing by which compromised data is used for financial gain could be subject to the strength or weakness of international nation-state relations, or even a foreign nation state's control over the hackers they used to compromise the data.

---

[61] Moving Forward: How Victims Can Regain Control & Mitigate Threats in the Wake of the OPM Breach, The Institute for Critical Infrastructure Technology, August 2015.

[62] *Millions of Children Exposed in ID theft Through Anthem Breach,* http://www.nbcnews.com/business/personal-finance/millions-children-exposed-id-theft-through-anthem-breach-n308116, NBC News, Feb 18, 2015

[63] *CHILD IDENTITY THEFT New Evidence Indicates Identity Thieves are Targeting Children for Unused Social Security Numbers,* Carnegie Mellon CyLab, Richard Power, https://www.cylab.cmu.edu/files/pdfs/reports/2011/child-identity-theft.pdf, accessed November 15, 2016

v.      The sheer size of the Anthem breach of persistent and other records, at 78 million, represents a significant trove of rich data that criminals may wish to get through at a steady pace–and possibly after an initial delay.

46.     While Anthem breach victims will be at higher risk of harms for the rest of their lives due to the exposure of their PII it is my considered opinion that the aforementioned nature of this breach places them at especially heightened risk for at least five years.

47.     Even assuming Anthem did everything possible to encourage people to sign up for AllClear ID Pro and provided it for five years, however, Anthem breach victims would still need to take additional steps to protect themselves adequately from the exposure of their PII.  As explained above, it is helpful to think in terms of three separate categories: (1) prevention; (2) detection; and (3) resolution.  I will focus on each in turn, and explain the minimum steps that victims of the Anthem data breach should take to protect themselves for at least five years after the breach:

48.     With respect to prevention:

a.      <u>Affected individuals should file taxes as close to the first of the year as possible</u> so that they can prevent any identity criminals from beating them to the punch. This is important because data useful in committing tax fraud—SSN, DOB, employer, income information and street address—were exposed in the Anthem breach. In the words of the Federal Trade Commission "When it comes to tax identity theft, consumers' best defense is to file their taxes as early as possible to get ahead of scammers who may attempt to use their Social Security number to get a fraudulent refund." [64]

b.      <u>Sign up for review and respond notifications</u> from existing and future bank or other financial services companies. These electronic (text message or smartphone and tablet 'push' messages that operate similar to a calendar reminder) notifications go beyond simple warnings or updates, by also incorporating the ability for individuals to respond in-message that

---

[64] Tax ID Theft Tops FTC Complaints in 2014; IRS Imposter Complaints Up More Than 2,300 Percent, January 26, 2015, https://www.ftc.gov/news-events/press-releases/2015/01/tax-id-theft-tops-ftc-complaints-2014-irs-imposter-complaints

the warning represents a real threat and warrants immediate action. As one credit union describes it to their members "If we suspect a transaction may be fraud, we will mark that transaction for verification. Automated Fraud Alerts allows us to contact you by sending a text message to your phone. Provide us with your mobile phone number and we will text you if a suspect transaction or series of transactions occur. You'll have the ability to immediately respond 'Yes – this is Fraud' or 'No – this is not Fraud' and we will take the appropriate action."[65]

        c.    <u>Utilize secondary authentication</u> wherever available, from existing and future sensitive providers (such as financial services providers, password maintenance software, and identity protection companies). This method—also referred to as two-step authentication or verification—involves pre-designation of a mandatory use of a second factor or communication method before future access will be permitted to the account, through methods such as a text message or automated phone call to a pre-established number to distribute a secret code beyond the password, and may also use private data in 'challenge-and-respond' questions that have been previously provided to the bona fide identity-holder, such as a PIN. In a support message aimed at its customers, Apple describes two-factor authentication as "an extra layer of security…designed to ensure that you're the only person who can access your account, even if someone knows your password."[66]

        d.    <u>Update passwords</u>, and ensure they are of appropriate strength.[67] It is now urgent for Anthem breach victims to stop using easily-guessable (or even hackable) passwords.[68] Many people are still using passwords that are easily foiled.[69] For nearly everyone, the only way

---

[65] https://www.usemycu.org/eservices/credit-card-info/

[66] *Two-factor authentication for Apple ID, Apple Corporation*, https://support.apple.com/en-us/HT204915, Last modified Sep 24, 2016

[67] Investor Alert: Identity Theft, Data Breaches and Your Investment Accounts, U.S. Securities and Exchange Commission, https://www.sec.gov/oiea/investor-alerts-bulletins/ia_databreaches.html, Sept. 22, 2015

[68] *Moving Forward: How Victims Can Regain Control & Mitigate Threats in the Wake of the OPM Breach*, The Institute for Critical Infrastructure Technology, August, 2015.(page 11)

[69] *Have you changed your password?*, Daily Mail, http://www.dailymail.co.uk/sciencetech/article-3406176/Have-changed-password-use-easily-guess-phrases-like-password1-123456-Star-Wars-themed-codes-rise.html, May 17, 2016

to maintain secure passwords–at least 8 digits long; made up with upper and lower case letters, numbers and special characters; unique to each site and not stored where anyone can find them– is to use what's called a password manager. With a good password manager, individuals only remember one strong password, and then store the unique passwords for all other sites within the password manager.[70] The presence of two-factor authentication is a must for password managers–just in case a criminal gains access to the service–which caused one security expert to remark "A password manager without strong cryptographic two-factor authentication is no help in any case when the computer is compromised."[71] While there are highly effective alternatives to password managers (such as memorizing a cipher, for instance) they are generally only practical for those with an advanced understanding of security methods and therefore are not suitable for the general population. Password managers can range in cost from $9 to $30, either one-time or annually (more likely if they provide ongoing services, such as cloud access and backup) depending on the provider.[72]

    e. <u>Obtain new account fraud protection</u>.  Two companies—Early Warning Systems and ID Analytics—offer uniquely strong capabilities to prevent the opening of new bank or other high-risk accounts.[73]  In the wake of rapid growth of new forms of commerce methods, Early Warning and ID Analytics (respectively) are to bank account opening or Digital commerce what Equifax, Experian and TransUnion are to the traditional credit reporting industry. Commenting on both the structure and purpose of Early Warning Systems, RebuildCreditScores says "Early Warning Services (EWS) is owned by Bank of America,

---

[70] *How To Choose A Good Password, Boston University Information Services & Technology*, http://www.bu.edu/tech/support/information-security/security-for-everyone/how-to-choose-a-strong-password/, Accessed November 29, 2016

[71] What the Hell do we do if Password Vaults aren't' Secure Enough?, SC Magazine, http://www.scmagazineuk.com/what-the-hell-do-we-do-if-password-vaults-arent-secure-enough/article/451907/, No 05, 2015

[72] Take Control of Password Chaos With These Six Password Managers, c|net, https://www.cnet.com/news/best-password-managers/, accessed Dec o1, 2016

[73] *Moving Forward: How Victims Can Regain Control & Mitigate Threats in the Wake of the OPM Breach*, The Institute for Critical Infrastructure Technology, August 2015.(page 9)

BB&T, JPMorgan Chase, Wells Fargo and Capital One. Formed to combat fraud in the financial industry, EWS makes it possible for banks to easily exchange information between organizations in order to prevent and combat fraud."[74] ID Analytics operates by assigning a score to each identity-holder based on their risk profile, but unlike with the three big credit bureaus this score is based on risk of identity theft rather than credit worthiness. Avivah Litan, an analyst with the IT and security research firm Gartner said "I think this is one of the best tools out there to find out if something is happening with your identity."[75]

49.     Finally, education is of paramount importance after a breach.  Consumers should be provided with a single source of current and customized advice that brings primary focus on preventative activities (but with a focus extending to detection as well).

50.     With respect to detection, individuals affected by the Anthem data breach should, at a minimum, take the following steps:

        a.     <u>Set fraud alerts with a credit bureau</u>. A consumer may contact one of the three credit bureaus (who, uniquely in the case of fraud alerts) are legally required to notify the other two), to set a fraud alert.[76] A fraud alert is designed to alert creditors that an individual's credit worthiness should be treated with higher caution, as the identity holder has set the alert to inform others that they are believed to be at a higher state of risk of identity theft or other fraud. There is significant concern that fraud alerts are often disregarded or overlooked by creditors, and are thus not as useful as one would hope.[77] Nonetheless, they may provide some measure of protection at least with respect to some institutions, and thus consumers should set fraud alerts. Consumers set fraud alerts by completing a form at the web site for either of the three bureaus, or

---

[74] *EWS Can Stop You from Opening a Bank Account*, RebuildCreditScores, http://rebuildcreditscores.com/early-warning-services/, April 9, 2015

[75] *A New Tool to Fight Identity Theft,* Today.com, http://www.today.com/id/32658937/ns/today-today_news/t/new-tool-fight-identity-theft/#.WD0lnKIrLOQ , September 3, 2009.

[76] *Place a Fraud Alert,* Federal Trade Commission, https://www.consumer.ftc.gov/articles/0275-place-fraud-alert, accessed November 18, 2016

[77] *Initial Fraud Alerts,* BusinessIDTheft.org, accessed November 21, 2016 http://businessidtheft.org/resources/personalcreditprotection/fraudalerts/tabid/109/default.aspx,

calling their phone number to provide the information through an automated phone process. The alerts become a part of the consumer's credit file immediately, as does the forwarding of the request to the other two bureaus. The initial setting of a fraud alert is not sufficient, as alerts automatically lapse over time.[78] Accordingly, the consumer must calendar the expiration of fraud alerts, and go back over time to re-set the fraud alert every 90 days.[79]

        b.    <u>Monitor all three credit bureaus.</u>  Following a breach, it's vital to monitor all three credit bureaus to detect potential unauthorized credit activity. "Checking the accuracy of your credit report regularly can detect signs of identity theft early," says a bulletin from Maine state officials.[80] While there's value in AllClearID Pro's alerting on activity reported to one of the three bureaus–TransUnion–it can't be counted on to provide a complete picture because ""Not every creditor and lending institution reports to all three credit bureaus…" and "…the Big Three credit reporting agencies are independent companies that each collect information in different ways."[81]  "The three credit reporting agencies (CRAs)–Equifax, Experian and Transunion–are competitors who regard both their data and analytics as differentiators, and will not share information with one another because they are generally not required to do so."[82] Creditors, employers or other organizations who use CRAs are referred to in the industry as 'furnishers' because they, by contract, furnish ongoing new data to the CRA(s) who in turn apply analytics to the data and repackage it for sale to authorized purchasers (such as other creditors).

---

[78] Investor Alert: Identity Theft, Data Breaches and Your Investment Accounts, Securities and Exchange Commission, https://www.sec.gov/oiea/investor-alerts-bulletins/ia_databreaches.html, Sept. 22, 2015

[79] Place a Fraud Alert, Federal Trade Commission, https://www.consumer.ftc.gov/articles/0275-place-fraud-alert, accessed November 28, 2016.  Most quality commercial protection services include the capability to both set and then periodically reset fraud alerts (but this service is not offered by AllClearID).

[80] *Dealing with a Security Breach,* State of Maine, http://www.maine.gov/pfr/consumercredit/securitybreach.html, accessed November 21, 2016

[81] *How Credit Reporting Agencies Work,* How Stuff Works, http://money.howstuffworks.com/personal-finance/debt-management/credit-reporting-agency1.htm, Dave Roos, Accessed November 27, 2016

[82] *How Credit works,* Credit.com, https://www.credit.com/credit-reports/how-credit-works/, November 11, 2016

Larger furnishers such as national banks or credit card companies frequently maintain relationships with all three CRAs as a risk-proofing mechanism, which in turn causes many CRAs to have similar (but not always identical) data on events such as new account applications, spikes in activity for previously infrequently used payment cards, or how fast an individual pays their bills. In contrast, many smaller or specialized lenders such as a local card dealer, furniture store or locally-owned payday lender will only use–and thus–furnish data to–a single CRA. As such, triple-bureau credit monitoring is superior to a single-bureau in detecting potential fraud in new accounts, or fraudulent existing account takeover (for example, in an infrequently-used credit card that is designated for use only at one merchant). In summary, the three big credit reporting agencies do not each possess all information about any one individual's complete credit-related activity "…because lenders sending information to some and not others" and "…they do not share information with each other."[83]  Thus all individuals affected by the Anthem data breach must monitor all three bureaus for potentially fraudulent activity.

   c. <u>Monitor existing-account activity regularly with all financial services providers</u>, including receiving electronic alerts and reviewing statements and other transaction summaries. Alerts should preferably arrive by text message because it's the closest to real-time. Email, phone, or mail is a less-preferred alternative, while tech-savvy people can have alerts incorporated into mobile apps for them to appear as 'push' notifications, similar to how calendar reminders 'pop up' on the main screen of a smartphone. ID criminals could use data obtained in the breach to gain access to victims' financial accounts, so now is the time to add this capability. Transaction alerts can seem overwhelming at first, but they are particularly vital after a breach. Individuals must also not forget to review financial statements and question any charges that they don't recognize, which is particularly important to remember once individuals cease the dangerous practice of having institutions send them financial details through physical mail.[84]

---

[83] *FAQs – Credit Report,* United States Senate Federal Credit Union, https://www.ussfcu.org/faq/credit , accessed November 27, 2016

[84] Particularly because the Anthem data breach included physical mail addresses, I recommend that all Anthem breach victims stop receiving sensitive financial documents through the U.S. mail that could be easily accessible to criminals. Examples include financial statements, inbound

     d.    <u>Apply Internet, P2P network, and public records scanning</u> to ensure that PII is neither exposed nor being misused (this step assists with both prevention and detection).[85] This is important because hacked information becomes more valuable when paired with additional PII (either incremental or confirmatory).  Building on what the Anthem data breach already exposed, criminals can now go to social media, Internet search engines, or email accounts (by guessing simple passwords), and breach victims therefore should wipe those potential sources clean.[86] As stated in an article in the New York Times "It's often possible to remove information yourself, though it will probably be a time consuming ordeal."[87] This scanning step is also an important detection method in order to reveal cases where individuals' data is being offered for sale or has been exposed online, so that it can be removed  in order to prevent fraud or other misuse, as well as to detect criminal misuse of PII  in activities such as opening new accounts or accessing existing ones.

     e.    <u>Child ID monitoring</u> is vital, ensuring that PII misuse has not occurred in the name of any dependent with PII exposed in the breach. According to the FTC, "A child's Social Security number can be used by identity thieves to apply for government benefits, open bank and credit card accounts, apply for a loan or utility service, or rent a place to live."[88] In

---

or outbound paper checks, and any general updates on any other account conditions.

[85] As the FTC's post-breach advice says, "Remove improperly posted information from the web."  Data Breach Response: A Guide for Business, Federal Trade Commission, https://www.ftc.gov/system/files/documents/plain-language/pdf-0154_data-breach-response-guide-for-business.pdf, page 2.

[86] Doing so manually is cumbersome, time-consuming, and almost always incomplete (e.g., the typical person does not know how to access or wipe P2P networks or public records sources). The data clean-up starts with checking to see if one's private data (in this case, beyond what was already breached) is being shared. Full service identity protection services are designed to find and eliminate criminals' online data 'supply chests': searching for the knowledge-based authentication PII consumers get asked for when opening a new account or lose access to an existing one. Examples can include mother's maiden name, driver's license, and bank account numbers. Professional identity services firms are designed to be persistently persuasive with other legitimate businesses who are making this available for commercial purposes. The more complete commercial identity services will take over the task of both finding and taking down additional PII that could be combined with that exposed in the Anthem breach to conduct fraud.

[87] How to Fix (or Kill) Web Data About You, The New York Times, http://www.nytimes.com/2011/04/14/technology/personaltech/14basics.html, April 13, 2011

[88] *Child Identity Theft,* Federal Trade Commission, https://www.consumer.ftc.gov/articles/0040-

other words, even if a child was under the age of 18 when their identity was exposed in the Anthem breach, their security cannot be overlooked and they must be subject to the same thorough prevention, detection, and resolution capabilities as any adult.

51.     The final category is resolution, which is only relevant when prevention and detection fail, and the data breach victim's PII are used to commit fraud or other forms of identity theft.[89]

52.     Many services—ranging in cost from $9-$25 a month—perform most of the above minimum prevention and detection activities that individuals affected by the Anthem data breach should take for at least the next five years.  (In addition, many of these services also offer resolution services that take over for the consumer who suffers actual fraud, rather than simply advise them on how to take matters in their own hands).  I have listed those services and some of their offerings below:

---

child-identity-theft, Accessed November 21, 2016

| Fraud Mitigation Capability | Mitigation Role | AllClear ID PRO | CSID | Identity Force | Life-Lock90 | Protect my ID91 | Trans-Union |
|---|---|---|---|---|---|---|---|
| Retail Price (/month) | | N/A | $9 | $12.95-18.95 | $9.99-29.99 | $19.95 | $19.95 |
| Set Fraud alerts (std.) | Prevent | N | Y | Y | N | Y | Y |
| Set Fraud alerts (7-year) | Prevent | N | Y | Y | Y | Y | N |
| Review and respond notifications | Prevent | N | Y | Y | Y | Y | N |
| New-account fraud protection[92] | Prevent | N | Y | N | Y | Y | n/a |
| Secondary authentication | Prevent | **Some** | Y | N | Y | Y | Y |
| Password manager | Prevent | N | N | N | N | N | N |
| ID theft Education | Prevent | N[93] | Y | Y | Y | Y | N |
| Triple credit bureau monitoring | Detect | N[94] | Y | Y | Y | Y | Y |
| Internet scanning | Prev/Det | **Some** | Y | Y | Y | Y | Y |
| P2P network scanning | Prev/Det | N | Y | N | Y | N | N |
| Public records scan | Prev/Det | N | Y | Y | Y | Y | Y |
| Medical ID fraud detection | Detect | N | N | Y | N | N | N |
| Social media detection | Detect | N | Y | N | N | N | N |
| Existing financial accts | Detect | N | N | Y | Y | N | N |
| Phone alerts | Detect | **Y** | N | N | Y | N | N |
| Mail alerts | Detect | N | Y | N | N | Y | Y |
| SMS alerts | Detect | N | Y | Y | Y | Y | N |
| Email alerts | Detect | N | N | Y | Y | Y | Y |
| Push notifications | Detect | N | Y | N | Y | N | N |
| Child or family plan | Detect | **Y** | Y | Y | Y | Y | N |

[90] https://store.lifelock.com/enrollment

[91] https://www.protectmyid.com/default.aspx?PageTypeID=HomePage107&sc=676053&afid=&bcd=&campaignid=3&recipeid=14686368

[92] Via Early Warning Systems and/or ID Analytics, two vendors known to have particularly noteworthy capabilities via structured data-sharing partnerships

[93] 'Education' provides links to 6 public websites. Clicking on 'Additional AllClearID Resources' button returns a 404 error, and clicking on 'resources' returns a page with Latin (marketing placeholder) text

[94] As configured to Anthem's specifications

**III.**   **Conclusions**

53.   As explained above, individuals whose personal data is compromised in a data breach experience increased risks resulting from that compromise, and individuals whose information was compromised in the Anthem breach are at particular risk given the nature of that breach.  Victims of the Anthem data breach no longer have the value of maintaining the confidentiality of their PII--what I understand Plaintiffs refer to as "loss of value of PII." Instead, victims of the Anthem data breach must undertake the preventative and detection steps I outline above for at least the next five years, at an estimated cost of between $9 to $20 a month.

54.   I reached the above conclusions to a reasonable degree of certainty in my field of identity fraud, using reliable methods that I have applied reliably to the facts of this case as I currently understand them. I may update my conclusions as more information becomes available to me.

By: _____
James Van Dyke

**EXHIBIT A**
**Methodology of Javelin Consumer ID Fraud Survey**

Methodology of Javelin's 2015 Annual Identity Fraud Survey

**EXHIBIT B: PERSISTENCE AND STATE-SPONSORED NATURE OF PII EXPOSED IN ANTHEM BREACH CALLS FOR FIVE YEAR PROTECTION PERIOD**

| PII Record | Estimated Persistence |
|---|---|
| SSN | 41 years, or the reminder of the average U.S. citizen's lifetime[95] |
| DOB | 41 years, or the reminder of the average U.S. citizen's lifetime[96] |
| Income | 41 years likely, lifetime[97] (for utility in targeting victims) |
| Health Account Number | 6 years |
| Employer | 2.6 years[98] |
| Home address | 7 years[99] |
| Email address | 3 years |

**Comments:** With the U.S. Census Bureau estimating that individuals move an average of 11.4 times during their lifetime, the exposure of physical address PII for an adult who lives an average 78.7 years[100] brings a heightened risk for an average of 7 years. While no similarly-rigorous data for the life of an email address was found, this expert witness would estimate the figure at 3 years based on individuals using both employer email addresses and the comments of online marketers whose email campaigns rely on this method of communication.

---

[95] *Demography of the United States*, Wikipedia, https://en.wikipedia.org/wiki/Demography_of_the_United_States , accessed November 26, 2016

[96] *Demography of the United States*, Wikipedia, https://en.wikipedia.org/wiki/Demography_of_the_United_States , accessed November 26, 2016

[97] As a field closely correlated to another persistent factor: education

[98] How Often do People Change Jobs?, https://www.thebalance.com/how-often-do-people-change-jobs-2060467, Accessed November 28, 2016

[99] How Many Times Does The Average Person Move? http://fivethirtyeight.com/datalab/how-many-times-the-average-person-moves/ Accessed November 28, 2016

[100] *U.S. Life Expectancy Ranks 26th In The World,* OECD Report Shows http://www.huffingtonpost.com/2013/11/21/us-life-expectancy-oecd_n_4317367.html, 11/21/2013 , Accessed November 28, 2016

**EXHIBIT C**
**PRIOR PUBLICATIONS**

<u>**2007 (Published by Javelin Strategy & Research)**</u>
2007 Identity Fraud Survey Report
ATM Functionality
Email Marketing
Expedited Payments
Telephone Banking Authentication
Account Onboarding
Data Breaches and Buyer Behavior
Mobile Banking
Mobile Banking Security
Payments Interchange
Personal Finance Management
Risk & Fraud Budgeting Model
Mobile Payments Forecast
2007 Online Banking and Bill Payment
2007 Card Issuer Identity Safety Scorecard
Financial Institution Blogging (a how-to-guide)
Gen Y Banking Behaviors and Attitudes
Securing the Enterprise
Online Account Opening Adoption Forecast
Online Payments Forecast
The Identity Fraud Economic Divide
Interactive Financial Messaging
2007 Banking Identity Safety Scorecard
PCI Compliance
The Future of Federated Identity
Person to Person Lending
Gen Y Payments, Behaviors, and Attitudes
Identity Fraud Protection Services

<u>**2008 (Published by Javelin Strategy & Research)**</u>
Credit Card Acquisition and Account Management
Mobile Channel Usage Forecast
2008 Identity Fraud Survey Report
2008 Identity Fraud Survey Report for Issuers
Online Banking Behaviors Segmentation
Mobile Person-to-Person Payments and Transfers
Card Issuers' Identity Safety Scorecard
Contactless Strategy and Forecast
2008 Identity Fraud Forecast
2008 US Mobile Banking Benchmark Study
The Four E's of Green Banking
Mobile Marketing
Credit Card Customer Satisfaction
Credit Card Issuer Profitability
 Consumer Authentication for Retail Banking

Mobile Banking Vendor Analysis
Rising Gas Prices and Inflation
2008 Expedited Payments Forecast
2008 Financial Alerts Forecast
Mobile Banking Consumer Behaviors
Data Breaches
Online Storage Vaults
Online Retail Payments Forecast
Online Banking and Bill Payment Forecast
2008 Banking Identity Safety Scorecard
Mobile Banking Security Standards
10 Trends That Will Shape Financial Services
Prepaid Product Evolution

**<u>2009 (Published by Javelin Strategy & Research)</u>**
Identity Fraud Survey Report
Mobile Wallet Applications
Gen Y Online Banking and Bill Pay
Marketing to Gen Y
Gen Y Security
Gen Y Acquisition Strategies
Profiling Severely Injured Fraud Victims
Credit Card Spending Decline
Health Information Breach
The Importance of Consumer Trust on FI Profitability
Online Account Opening
OTS Unfair Credit Card Practices
Identity Protection Services Scorecard
The Customer-Driven Architecture
Personal Financial Management Beyond PFM Lite
Alternative Payments Vendor Success
How PCI-Compliant Companies Can Be Breached
Fifth Annual Card Issuers' Identity Safety Scorecard
Understanding Consumer Willingness to Fight Fraud
Mobile Person to Person Payments
2009 Online Banking and Bill Payment Forecast
Contactless Mobile Payment Ecosystem
Personal Financial Management Tools
Multi-Channel Authentication Via Mobile Banking
2009 Expedited Payments Forecast
2009 Javelin Mobile Banking Scorecard
Data Breach Notifications
2009 Financial Alerts Forecast
2009 Banking Identity Safety Scorecard
Online Channel Security
Web Application Security OWASP
Multi-Channel A2A and P2P Forecast
2009 LexisNexis® True Cost of Fraud$^{SM}$ Study

**2010 (Published by Javelin Strategy & Research)**
10 Trends for 2010
Green Billing 2010
End to End Encryption and Tokenization EMV
2010 Identity Fraud Survey Report
Online Retail Payments Forecast
Financial Alerts 2010
2010 Mobile Marketing and Advertising
Social Media and Banking
2010 Prepaid and Gift Card Market
ATM and PIN Fraud
Mobile Remote Deposit Capture
Engaging Underbanked and Unbanked Consumers in the US
Sixth Annual Card Issuers Safety Scorecard
2010 Mobile Payments
2010 Online Account Opening
2010 Data Breach Prevention and Response
2010 mobile Banking Behaviors
Durbin Interchange Amendment
2010 Mobile Banking Vendor Analysis
2010 New Account Onboarding
Antivirus and Browser Security Vendors 2010
Strategic Guide to Same-Day ACH
Reg E and Overdrafts
Financial Regulatory Reform 2010
2010 Mobile Banking Scorecard
Payment Card Issuer Strategies 2010
Identity Fraud Protection Scorecard
Mobile and Smartphone Forecast 2010
2010 Online Banking and Bill Payment Forecast
Online Alternative Payments
Online and Mobile Device Identification
Person-to-Personal Mobile Money Transfers
2010 LexisNexis® True Cost of Fraud[SM] Study

**2011 (Published by Javelin Strategy & Research)**
Mobile Wallets
Payments Regulation and Consumer Expectations
Mobile Marketing and Advertising
Small Business Owners (SMBO) Identity Fraud Report
How to Attract and Keep High Value Moneyhawks
7th Annual Authentication Report
2011 Mobile Banking Financial Institution Scorecard
5th Annual Mobile Security Report
Banking and Social Media
2011 Expedited Payments Overview and Forecast
Javelin Early Take on Tablets

Interactive Financial Alerts 2011
2011 Mobile Remote Deposit Capture
Second Annual Antivirus, Browser and Mobile Security
The Durbin Amendment
2011-2012 Mobile Banking Vendor Scorecard
7th Annual Banking Identity Scorecard
10 Trends That Will Transform Banking and Payments
2011 Identity Fraud Survey
2011 Point-to-Point Encryption, Tokenization and Virtual Terminals
Contactless NFC Mobile Payments
Data Mining and Predictive Analytics for FIs
Evolving Rewards Strategies
Fifth Annual ID Protection Services Scorecard
2011 Online Retail Payments Scorecard
4th Annual Online Retail Payments Forecast 2011-2016
Mobile Banking, Smartphone and Tablet Forecast
Envisioning an App Store Inside Online Banking
Gen Y
2011 Prepaid Cards and Products
Virtual Currency and Social Network Payments
Smartphone Banking Security
9th Annual Online Banking and Bill Pay Forecast
2011 Online Account Opening
Personal Financial Management 2011
Evolution in Consumer Payments Behavior
2013 LexisNexis® True Cost of Fraud[SM] Study

**2012 (Published by Javelin Strategy & Research)**
2012 Identity Fraud Report
Coping With Regulation
Gang of Four (and Possibly Five) Apple Google Facebook Amazon –and PayPal
Bill Pay Innovators Part 1
Bill Pay Innovators Part 2
Prepaid Cards and Products
Tablet and Banking Report
Antivirus and Browser Security
Customer Driven Architecture 2012
Retail Point of Sale POS Forecast 2012-2017
Reaching Underbanked and unbanked Consumers in 2012
8th Annual Card Issuers Safety Scorecard
Bank Switching in 2012
Identity Fraud for Small Business Owners
QR Codes
Virtual Currencies
Account to Account and Person to Person Transfers
2012 Online Banking and Bill Payment Forecast
Battle for Control of the Mobile Wallet
How to Convert 22 Million Americans to FI Bill Pay

Mobile Payments Hits $20 Billion in 2012
Identity Protection Services Scorecard
2012 EMV
Road Map to Alerts 3.0
Banking Authentication and the FFIEC
2012 Mobile Banking Financial Institution Scorecard
5th Annual Retail Payments Forecast 2012-2017
2012 Mobile Banking, Smartphone and Tablets Forecast
Mobile PFM and Rewards
10 Trends for Financial Services in 2013
2012 Mobile Security
2013 LexisNexis® True Cost of Fraud[SM] Study

**2013 (Published by Javelin Strategy & Research)**
A Tale of Two Gen Ys
Mobile Imaging
2013 Identity Fraud Survey Report
21st Century PFM for a Mass Audience
How to Build Better Bill Pay for the Underbanked
2013 Banking Identity Safety Scorecard
Real Time Payments 2013
Retail Point of Sale (POS) Update and Forecast
Mobile POS (Point of Sale) Business and Market Impact 2013
Checking vs. Prepaid
2013 Data Breach Fraud Impact Report
Online and Mobile Retail Payments Authentication
Leveraging an Omnichannel Approach
How to Upgrade Online and Mobile Account Opening for an Omnichannel Era
Virtual Currencies and Bitcoin
International Remittance Transfers
2013 Online Banking and Bill Payment Forecast
Mobile Wallet Game Changers
Account-to-Account and Person-to-Personal Money Transfers in 2013
2013 Mobile Payments: Gang of Five Apple, Google, Amazon, Facebook and PayPal-eBay
How Mobile Can Open the Door to $2.1 Trillion in Bill Payments
2013 Mobile Banking Financial Institution Scorecard
2013 Identity Protection Services Scorecard
Payment Card Data Security Report
Financial Alerts Forecast 2013
2013-2014 Mobile Banking Vendor Scorecard
9th Annual Credit Card Issuers' Identity Safety Scorecard
2013 LexisNexis® True Cost of Fraud[SM] Study: Merchants Struggle Against an Onslaught of High-Cost
Identity Fraud and Online Fraud

**2014 (Published by Javelin Strategy & Research)**
Ten Trends for Financial Services in 2014
Social Media Payments

Biometrics in Banking and Payments
Mobile Payments Market
2014 Identity Fraud Report
Ecommerce Platform Review
Online Retail Payments Forecast 2013-2018
2014 Mobile Banking, Smartphone, and Tablets Forecast
Empowering Underbanked Consumers in the Mobile Era
2014 Data Breach Fraud Impact
Tablet Banking Forecast 2014-2018
Managing Money in the Mobile First Era
Prepaid Card Regulation for College Students
Investing in Wearables for Financial Services-Why Now
New Moneyhawks
Reimaging the Banking Experience
2014 Identity Safety in Banking Scorecard
Mobile Wallets Analysis and Strategy
Fixing CNP (Card Not Present) Fraud
Online Banking and Bill Payment Forecast 2014-2019
In Search of a Better Password Policy
The Digital Approach to Affluent and High Net Worth Consumers
Big Data in Banking and Payments
Mobile Bill Pay
2014 Mobile Banking Financial Institution Scorecard
SMB Payments Fraud
2014 LexisNexis® True Cost of Fraud[SM] Study: Post-Recession Revenue Growth Hampered by Fraud As All Merchants Face Higher Costs


**2015 (Published by Javelin Strategy & Research)**
Digital Account Opening Reaches the Tipping Point
Identity Fraud Survey Report
Trust, Technology and the U.S. Consumer
2015 Gang of Five
The Slow Crawl to Real Time Payments
What Apple Watch Means for Banking and Payments
Push Notifications Change the Game for Financial Alerts
2015 Identity Protection Services Scorecard
Mobile Proximity Payments Forecast 2015
The Rise of the Mobile First Consumer
Turning Digital Banking into a Financial Journey Starts with the First Paycheck
Data Breach Fraud Impact Report
State of EMV Cardholders
Paperless Banking and Billing 2015
Mobile Online Retail Payments Forecast 2015
2015 Identity Protection Services –Business-to-Business Market
Mobile Imaging
Strengthening Security Engagement with Gamification
Small Business EMV Readiness

Future-Proofing Card Authorization
Mobile P2P Payments in 2015- Growth and Adoption
U.S. EMV-ification
Online Retail Payments Forecast 2015
The Small Business Payments Ecosystem
Small Business Online Banking
Bank Switching
Mobile Banking Authentication for Small Businesses
Small Business Demands Better Digital Banking Tools
Mobile Banking and Payments
Buy Buttons Transform Social Shopping
The Evolution of Tokenization in a Mobile Payments Environment
P2P Payments in 2015
2015 LexisNexis® Merchant True Cost of Fraud[SM] Study: Merchants Contend with Increasing Fraud
Losses as Remote Channels Prove Especially Challenging


**2016**
Customer Experience (CX) and Adoption in Fintech: What's the Correlation? (as CEO of Futurion, Inc.)
Design Mobile Point-of-Sale Payments Based on Consumer Needs to Drive Adoption (as CEO of
Futurion, Inc.)
Bank Fees Are Too Damn Low (as CEO of Futurion, Inc., published in American Banker, April 13,
2016)


1331171.3