# TAB 164

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 1

1                UNITED STATES DISTRICT COURT

2                NORTHERN DISTRICT OF CALIFORNIA

3                    SAN JOSE DIVISION

4     - - - - - - - - - - - - - - - x

5     IN RE ANTHEM, INC. DATA BREACH  : Case No.

6     LITIGATION                      : 15-MD-02617

7     - - - - - - - - - - - - - - - x LHK(NC)

8                                   Washington, D.C.

9                          Tuesday, November 22, 2016

10

11    Videotaped 30(b)(6) Deposition of Blue Cross/Blue

12    Shield Association:

13              GIVEN BY WILLIAM BRESKIN

14    Called for oral examination by counsel for

15    Plaintiffs, pursuant to notice, at the law offices

16    of Cohen Millstein Sellers & Toll, 1100 New York

17    Avenue, Northwest, Washington, D.C., before

18    Denise M. Brunet, RPR, a Notary Public in and for

19    the District of Columbia, beginning at 9:10 a.m.,

20    when were present on behalf of the respective

21    parties:

22

23              VERITEXT LEGAL SOLUTIONS

                   MID-ATLANTIC REGION

24         1250 Eye street NW - Suite 350

                 Washington, D.C. 20005

25

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 2

```
 1                A P P E A R A N C E S

 2

 3    On behalf of the Plaintiffs:

 4            ANDREW N. FRIEDMAN, ESQUIRE

 5            ERIC KAFKA, ESQUIRE

 6            Cohen Milstein Sellers & Toll, PLLC

 7            1100 New York Avenue, Northwest

 8            Suite 500

 9            Washington, D.C.  20005

10            (202) 408-4600

11            afriedman@cohenmilstein.com

12

13

14    On behalf of the Defendant Blue Cross/Blue Shield

15    Association:

16            BRIAN P. KAVANAUGH, ESQUIRE

17            TIMOTHY C. PICKERT, ESQUIRE

18            Kirkland & Ellis, LLP

19            300 North LaSalle Street

20            Chicago, Illinois  60654

21            (312) 862-2015

22            brian.kavanaugh@kirkland.com

23

24

25    (Appearances continued on the next page.)
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 3

1    APPEARANCES (continued):

2

3    On behalf of the Anthem and Non-Anthem Defendants:

4             JASMEET K. AHUJA, ESQUIRE

5             (via telephone)

6             Hogan Lovells US LLP

7             1835 Market Street

8             Philadelphia, Pennsylvania  19103

9             (267) 675-4667

10            jasmeet.ahuja@hoganlovells.com

11

12   ALSO PRESENT:  Robin M. Sanders

13               David Campbell, Videographer

14

15

16

17

18

19

20

21

22

23

24

25

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 7

1            P R O C E E D I N G S

2        (Breskin Deposition Exhibit Numbers 1

3    through 3 were premarked for identification.)

4        THE VIDEOGRAPHER:  We are now on the

5    record.  Please note that the microphones are

6    sensitive and may pick up whispering and private

7    conversations.  Please turn off all cell phones or

8    place them away from the microphones as they can

9    interfere with the deposition audio.  Recording

10    will continue until all parties agree to go off

11    the record.

12        My name is David Campbell representing

13    Veritext.  The date today is November 22nd, 2016,

14    and the time is approximately 9:10 a.m.  This

15    deposition is being held at Cohen Millstein

16    located at 1100 New York Avenue, Northwest,

17    Washington, D.C. and it is being taken by counsel

18    for the plaintiff.  The caption of this case is In

19    re: Anthem, Inc. Data Breach Litigation.  This

20    case is filed in the U.S. District Court, Northern

21    District of California, San Jose Division case

22    number 15-MD-02617.  The name of the witness is

23    William Breskin.

24        At this time, attorneys present in the

25    room and attending remotely will please identify

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 8

1   themselves and the parties they represent.  Then

2   our court reporter, Denise Brunet, also

3   representing Veritext will swear in the witness

4   and we can proceed.

5           MR. FRIEDMAN:  Good morning, my name is

6   Andrew Friedman with Cohen Millstein Sellers &

7   Toll.  I represent the plaintiffs in this action.

8           MR. KAVANAUGH:  Brian Kavanaugh,

9   Kirkland & Ellis representing Blue Cross Blue

10  Shield Association.

11          MR. PICKERT:  Tim Pickert, also of

12  Kirkland & Ellis, also for Blue Cross Blue Shield

13  Association.

14          MS. SANDERS:  Robin Sanders from Blue

15  Cross Blue Shield Association.

16          MS. AHUJA:  Hi.  Jasmeet Ahuja, Hogan

17  Lovells, on behalf of the Anthem defendants and

18  some of the non-Anthem defendants.

19  WHEREUPON,

20              WILLIAM BRESKIN,

21  called as a witness, and after having been first

22  duly sworn, was examined and testified as follows:

23     EXAMINATION BY COUNSEL FOR THE PLAINTIFFS

24  BY MR. FRIEDMAN:

25     Q    Good morning, sir.  Could you state your

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 44

1      Q    Mr. Breskin, have you ever seen this

2   document before?

3      A    I have.

4      Q    Can you identify it for the record,

5   please?

6      A    Sure.  It's a copy of the plan

7   participation agreement under the Blue Cross Blue

8   Shield Association federal employee program

9   between Blue Cross of California and the Blue

10   Cross Blue Shield Association.

11      Q    Is this a standardized agreement?

12      A    It is.

13      Q    So it would be the same agreement for all

14   the FEP plans?

15      A    It would be.  The only difference would

16   be the description of the service area.

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 234

7        Were the requirements listed in the

8    administrative procedure manual that we reviewed

9    today, would those have been things that the

10   association did to require Anthem to secure FEP

11   enrollees' personal information?

12        MR. KAVANAUGH:  Objection to form.

13   Foundation.  Vague.

14        THE WITNESS:  Those were guidelines.

15   They were exactly what they said they were.  The

16   FAM indicated these were guidelines that were for

17   all plans, including the Anthem plans, for

18   securing and protecting information.

19   BY MR. FRIEDMAN:

20     Q    Okay.  But I believe you testified that

21   you didn't know how any of those were actually

22   enforced by the association.

23     A    What I hope came across is that the

24   method by which we would know whether they did

25   those things or not was through this audit

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 235

1    process.

Page 270

1    In Re Anthem, Inc. Data Breach Litigation v.

2    William Breskin

3                ACKNOWLEDGMENT OF DEPONENT

4                     I, _William A. Breskin_____, do

5    hereby certify that I have read the foregoing

6    pages and that the same is a correct

7    transcription of the answers given by

8    me to the questions therein propounded,

9    except for the corrections or changes in form

10   or substance, if any, noted in the attached

11   Errata Sheet.

12

13   1/9/17_____         _____

14   DATE                      SIGNATURE

15

16   Subscribed and sworn to before me this

17   ___9th_____ day of _January_____, 20_17_.

18

19   My commission expires: __May 31, 2019___

20   JoAnn G. Hamilton_____

21   Notary Public

22

23        JOANN G. HAMILTON
         NOTARY PUBLIC DISTRICT OF COLUMBIA
24       My Commission Expires May 31, 2019

25   2490600