# TAB 166

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*In re Anthem, Inc. Data Breach Litigation* | Case No. 5:15-md-02617-LHK

**DECLARATION OF WILLIAM BRESKIN PURSUANT TO 28 U.S.C. § 1746**

The Honorable Lucy H. Koh

I, William Breskin, declare:

1. I am over the age of 18 years old and competent to testify to the following facts, of which I have personal knowledge.

2. I currently hold the title of Senior Vice President, Government Programs for the Blue Cross Blue Shield Association.

3. Between October 1, 2011 and February 3, 2015, the following data elements relating to federal employees or annuitants ("FEP Members") who have health insurance under the Government-wide Service Benefit Plan (the "Federal Employee Program" or "FEP")) were obtained from the Office of Personnel Management ("OPM") and transmitted in the ordinary course of business by the Federal Employee Program Operations Center ("FEPOC") to the local Blue Cross and Blue Shield Plans participating in the Federal Employee Program ("Participating Plans"), including Anthem affiliates, at or around the time of a new or updated FEP Member's enrollment:

(a) Name

(b) Address

(c) Phone Number

(d) Social Security Number

(e) Date of Birth

(f) Employer Name or other employer-related information

(g) Contract ID Number

(h) Email address(es)

Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

1                                         Decl. of William Breskin

1    4.    Between October 1, 2011 and February 3, 2015, the following data elements were
2 among those required to be submitted to the FEPOC by Participating Plans, including Anthem
3 affiliates, in order to process an FEP Member's claim for benefits:

4          (a)    Name

5          (b)    Date of Birth

6          (c)    Contract ID Number

7    5.    Furthermore, between October 1, 2011 and February 3, 2015, the following data
8 elements were not required to be submitted to the FEPOC by Participating Plans, including Anthem
9 affiliates, in order to process an FEP Member's claim for benefits:

10          (a)    Address

11          (b)    Phone Number

12          (c)    Social Security Number

13          (d)    Employer name or other employer-related information

14          (e)    Income-related information

15          (f)    Email address(es)

16    6.    BCBSA's FEP Director's Office did not conduct an Information Systems (IS) Audit
17 of any Anthem affiliate between January 1, 2013 and February 3, 2016.

18

19    **I declare under penalty of perjury that the foregoing is true and correct to the best of**
20 **my knowledge.**

21

22 Executed this 19th day of December, 2016.

23

24

25                                    William Breskin

26

27

28