# TAB 169

To:     John O'Brien, OPM
Sylvia Pulley, OPM
Laurie Bodenheimer, OPM

From:  William A. Breskin
Vice President, Government Programs
Blue Cross and Blue Shield Association

Date:   February 23, 2015

Re:     Notification Update on Anthem Cyber Attack

---

On January 29, 2015, Anthem, Inc. (Anthem) discovered that it was the target of a very sophisticated external cyber attack. These attackers gained unauthorized access to Anthem's IT system and obtained personal information from consumers who are current and former members of Anthem's associated health plans, as well as information from consumers covered by other independent Blue Cross and Blue Shield plans working with Anthem.

Anthem's initial analysis indicates that approximately 2,024,607 members in FEP were impacted by this cyber attack. This includes 360,055 of non-Anthem FEP current and former members who used their Blue Cross and Blue Shield insurance in a state where Anthem operates over the last 10 years. Additionally, approximately 1,664,552 FEP members of Anthem associated health plans currently residing in California, Colorado, Connecticut, Georgia, Indiana, Kentucky, Maine, Missouri, Nevada, New Hampshire, New York, Ohio, Virginia and Wisconsin were also impacted.

Anthem's investigation shows the personal information accessed includes member names, member health ID numbers, dates of birth, social security numbers, addresses, phone numbers, email addresses and employment information, including income data. The investigation to date shows no credit card information, banking information or confidential health information was compromised.

Free identity protection services will be provided by Anthem's vendor AllClear ID - a leading and trusted identity protection provider. Those impacted can access these services prior to receiving a mailed notification from Anthem, which will be sent in the coming weeks. Members may access these services at any time during the 24 month coverage period. Visit AnthemFacts.com to learn how to access these services. Members may also access identity repair services by calling 877-263-7995.

The free identity protection services provided by Anthem include two years of:

> **Identity Theft Repair Assistance:** Should a member experience fraud, an investigator will do the work to recover financial losses, restore the member's credit, and ensure the member's identity is returned to its proper condition. This assistance will cover any fraud that has occurred since the incident first began.

> **Credit Monitoring:** At no cost, members may also enroll in additional protections, including credit monitoring. Credit monitoring alerts consumers when banks and creditors use their identity to open new credit accounts.



1

Blue Cross and Blue Shield Association
OPM Notification Update on Anthem Cyber Attack
February 23, 2015

> **Child Identity Protection:** Child-specific identity protection services will also be offered to any members with children insured through their Anthem plan.
>
> **Identity theft insurance:** For individuals who enroll, the company has arranged for $1,000,000 in identity theft insurance, where allowed by law.
>
> **Identity theft monitoring/fraud detection:** For members who enroll, data such as credit card numbers, social security numbers and emails will be scanned against aggregated data sources maintained by top security researchers that contain stolen and compromised individual data, in order to look for any indication that the members' data has been compromised.
>
> **Phone Alerts:** Individuals who register for this service and provide their contact information will receive an alert when there is a notification from a credit bureau, or when it appears from identity theft monitoring activities that the individual's identity may be compromised.

Anthem has established a dedicated website (www.anthemfacts.com) where members can access information, including frequent questions and answers.

### # # #

**Q&A:**

**When will I receive my letter in the mail?**
Anthem will begin mailing letters to all impacted current and former members in the coming weeks, including affected members of independent Blue Cross and Blue Shield plans. These letters will provide information on free identity repair services and credit monitoring.

Free identity repair services will be provided by our vendor AllClear ID - a leading and trusted identity protection provider.

Those impacted, who include current and former members dating back to 2004, can access these services prior to receiving a mailed notification from Anthem, which will be sent in the coming weeks. Members may access these services at any time during the 24 month coverage period.

Identity theft repair services are available to Anthem and independent Blue Cross and Blue Shield members who feel they have experienced fraud. For members who have been impacted by the cyber attack, these services are automatically available and do not require enrollment. Please visit AnthemFacts.com to learn how to access these services. Members may also access identity repair services by calling 877-263-7995.

**Who is responsible for this cyber attack?**
Anthem is working closely with federal law enforcement investigators. At this time, no one person or entity has been identified as the attacker.

2

MDL2617_BCBSA_0005711

Blue Cross and Blue Shield Association
OPM Notification Update on Anthem Cyber Attack
February 23, 2015

**My children are on my insurance plan, was their information also accessed?**
Anthem is currently conducting an extensive IT forensic investigation to determine which members are impacted; however, adults and children were impacted.

**Do the people who accessed my information know about my medical history?**
No - Anthem's investigation to date indicates there was no diagnosis or treatment data exposed.

**Do the people who accessed my information have my credit card numbers or banking information?**
No, Anthem's investigation currently shows the information accessed did not include credit card numbers or banking information.

**Do the people who accessed my information have my Social Security number?**
Anthem's investigation to date indicates that the information accessed included names, dates of birth, member ID and/or Social Security numbers, street addresses, email addresses and employment information. Anthem is working to determine whose Social Security numbers were accessed.

**Does this potentially impact Blue Cross and Blue Shield plans not owned by Anthem?**
Yes, some members of other Blue Cross and Blue Shield plans may be impacted. Thirty-seven independent companies operate in various locations across the United States and Puerto Rico to form the Blue Cross and Blue Shield system. This affiliation enables you to receive the same health insurance benefits for any medical care you may need while living or traveling within the coverage areas of any other Blue Cross and Blue Shield Company.

If you received care in any of the Anthem geographies within the past ten years, your claims information may have been retained in Anthem's database. A complete list of states where Anthem operates can be found at anthemfacts.com.

**Why are there "unknown" members and who are they?**

Despite our best efforts to attribute all members to a group, product or plan, a subset of unknown members still exists. Our analysis has identified approximately 14.1 million incomplete member records as of February 20, 2015. It is important to note that there is a very low likelihood that these incomplete member records tie to current, active Anthem members.

Unknown members are those that lack the necessary data elements to link a member back to a product, group or line of business (i.e. member records created by legacy systems or conversions, claims received without member information, member records sent from a third-party source, member records missing subscriber IDs or product coverage, etc.). A combination of data fields are required to accurately perform member assignment. When not enough fields are present, member assignment cannot be positively confirmed and the member record can only be categorized as incomplete.

While Anthem is not able to match incomplete records to a specific member, it does have valid mailing addresses for approximately 5 million of these records. Anthem will distribute member notifications to the valid address on file as part of its effort to notify every potentially impacted member. In addition, Anthem will use substitute notices on its website and in other locations to ensure information about

3

Blue Cross and Blue Shield Association
OPM Notification Update on Anthem Cyber Attack
February 23, 2015

free credit monitoring and identify theft repair services are available to all potentially impacted members.

4

MDL2617_BCBSA_0005713