# TAB 171

ALTSHULER BERZON LLP
EVE CERVANTEZ (SBN 164709)
ecervantez@altshulerberzon.com
JONATHAN WEISSGLASS (SBN 185008)
jweissglass@altshulerberzon.com
DANIELLE E. LEONARD (SBN 218201)
dleonard@altshulerberzon.com
MEREDITH A. JOHNSON (SBN 291018)
mjohnson@altshulerberzon.com
TONY LOPRESTI (SBN 289269)
tlopresti@altshulerberzon.com
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

COHEN MILSTEIN SELLERS & TOLL PLLC
ANDREW N. FRIEDMAN (admitted *pro hac vice*)
afriedman@cohenmilstein.com
GEOFFREY GRABER (SBN 211547)
ggraber@cohenmilstein.com
SALLY M. HANDMAKER (SBN 281186)
shandmaker@cohenmilstein.com
ERIC KAFKA (admitted *pro hac vice*)
ekafka@cohenmilstein.com
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Lead Plaintiffs' Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **IN RE ANTHEM, INC. DATA BREACH LITIGATION** | Case No. 15-md-02617-LHK (NC) |
| | **DECLARATION OF EVE H. CERVANTEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

I, Eve H. Cervantez, declare:

1.      I am an attorney admitted to practice in the State of California and before this Court, and am a partner at Altshuler Berzon LLP.  I am Co-Lead Plaintiffs' Counsel in the above-captioned litigation.  I make this declaration in support of Plaintiffs' Motion for Class Certification.

2.      Altshuler Berzon specializes in complex civil trial and appellate litigation, especially litigation that involves significant public policy issues.  Attorneys at Altshuler Berzon have litigated numerous class action cases.  The firm's resume, which lists the firm's major accomplishments and current docket, is available at http://altshulerberzon.com/wp-content/uploads/Firm-Resume-December-2016-1-6-2017-2.pdf.

3.      I am a 1992 graduate of Harvard Law School, where I served as an editor of the Harvard Law Review.  I received my Bachelor of Arts in 1985 with honors from Washington University in St. Louis, Missouri, where I was a member of Phi Beta Kappa.  I clerked for the Honorable Charles A. Legge, United States District Judge, Northern District of California.  I have been named a Northern California "Super Lawyer" in the area of Plaintiffs' side Employment Litigation every year since 2010.

4.      I have argued before the United States Courts of Appeals for the Ninth Circuit, the California Supreme Court and California Courts of Appeal, and many trial courts throughout California.  I have tried several class actions, and regularly argue motions in class cases.

5.      Representative consumer class action cases in which I have served as plaintiffs' counsel include *Fanning et al. v. HSBC Card Services, Inc. et al.* (C.D. Cal. Case No. 12-cv-0885 JVS) (ongoing case under California Invasion of Privacy Act for secret recording of telephone conversations without consent) and *Dolgin v. HealthNet of California* (Los Angeles Superior Court Case No. BC 263211) (settlement of false advertising claims against insurance company).

6.      I have also litigated numerous employment class action lawsuits, both as a partner at Altshuler Berzon and earlier as a partner at Lieff, Cabraser, Heimann & Bernstein, LLP.  In the area of wage and hour litigation, those cases include *Aguiar v. Cintas* (L.A. Superior Court,

-1-

DECLARATION OF EVE H. CERVANTEZ
Case No. 15-MD-02617-LHK

Case No. BC310696) ($6.5 million settlement of certified class action alleging violations of Living Wage Order); *Behaein v. Pizza Hut* (L.A. Superior Court, Case No. BC384563) ($6 million settlement of certified expense reimbursement and meal and rest break class action); *Brooks v. U.S. Bank* (N.D. Cal. Case No. C12-4935-EMC) ($1.9 million settlement of suitable seating and rest break claims); *Danieli v. International Business Machine Corporation* (S.D.N.Y. Case No. 08-cv-3688-SHS) ($7.5 million settlement of misclassification case); *Hines v. KFC* (S.D. Cal. Case No. 09-cv-2422-JM(POR)) ($3.55 million settlement of certified meal and rest break class); *In Re: Farmers Insurance Exchange Claims Representatives' Overtime Pay Litigation* (D. Or. MDL Case No. 1439) (trial of certified class action alleging misclassification); *Pryor v. KBR* (arbitration trial of certified class action alleging off-the-clock work); *Rosenburg v. International BusinessMachines Corp.* (N.D. Cal. Case No. 06-cv-0430 PJH) ($65 million settlement of misclassification case); *Thomas v. California State Automobile Association* (Alameda County Superior Court Case No. CH217752-0) (misclassification); *Tokoshima v. Pep Boys* (N.D. Cal. Case No. 12-4810 CRB) ($3.6 million settlement of certified minimum wage class action); and *Zuckman v. Allied Group, Inc.* (N.D. Cal. Case No. 02-cv-05800-SI) (misclassification).

7.   I have also served as class counsel and/or plaintiffs' counsel in the following employment discrimination class actions: *Curtis-Bauer v. Morgan Stanley & Co., Inc.* (N.D. Cal. Case No. C 06-3903 TEH) (settlement including comprehensive injunctive relief and $16 million monetary relief in race discrimination class action); *Frank v. United Airlines* (N.D. Cal. Case No. C92 0692 MJJ) ($36.5 million gender discrimination settlement); *Gonzalez v. Abercrombie & Fitch Stores, Inc.* (N.D. Cal. Case No. 03-2817-SI) (settlement of $40 million plus injunctive relief in case alleging race and gender discrimination); *Holloway v. Best Buy* (N.D. Cal, Case No. 05-cv-05056-PJH) (settlement for comprehensive injunctive relief in race and gender class action); *Satchell v. Federal Express Corp.* (N.D. Cal. Case Nos. C03-2659 SI, C 03-2878-SI) (settlement of $55 million, plus comprehensive injunctive relief, of race and national origin discrimination claims); and *Wynne v. McCormick & Schmick's Seafood Restaurants, Inc.* (N.D. Cal. Case No. C-06-3153 CW) (settlement included comprehensive injunctive relief and $2.1

1   million in monetary relief in race discrimination case on behalf of applicants and employees).

2       8.      I have also served as plaintiffs' counsel in class action cases on behalf of

3   Medicaid beneficiaries, including *Oster v. Lightbourne*, No. 09-cv-04668-CW, 2012 WL 691833

4   (N.D. Cal. Mar. 2, 2012) (court ordered injunctive relief in certified class action); and *MR v.*

5   *Dreyfus*, 697 F.3d 706 (9th Cir. 2011).  Additionally, I litigated class action civil rights cases as a

6   staff attorney at the Prison Law Office, including *Pennsylvania Dept. of Corrections v. Yeskey*,

7   524 U.S. 206 (1998); *Armstrong v. Wilson*, 124 F.3d 1019 (9th Cir. 1997) (settlement for

8   comprehensive injunctive relief); and *Madrid v. Gomez*, 889 F.Supp. 1146 (N.D. Cal. 1995)

9   (comprehensive injunctive relief following lengthy trial).

10      9.      I also frequently write and lecture about class action issues.  I have been invited to

11  speak about class actions at the ABA Section of Labor and Employment Law conferences, the

12  Consumer Attorneys of California convention, the National and California Employment Lawyers

13  Association (NELA and CELA) conferences, the State Bar of California Labor and Employment

14  Law Section conferences, and the Bar Association of San Francisco Labor and Employment

15  Section conferences.  Conference papers include "Structuring Class Settlements That Will Get

16  Approved" (Bridgeport, 2014); "Class and Collective Action Certification of Independent

17  Contractor Misclassification Cases" (NELA, March 2013); "Recognizing and Handling Potential

18  Conflicts of Interest in the Prosecution and Settlement of Employment Class Action Lawsuits"

19  (NELA, June 2010); Co-author with L. Julius M. Turman, "Introduction to Class Actions and

20  Collective Actions" (ABA Section of Labor and Employment Law, August 2008); and "Class

21  Action Trial Plans" (CELA Advanced Wage and Hour Seminar, 2007).

22      10.     Two other partners at Altshuler Berzon have been working on this case with me.

23  Jonathan Weissglass received his B.A. from Yale College in 1989 and his J.D. from Yale Law

24  School in 1994.  From 1994-95, he served as a law clerk to Chief Judge Myron H. Thompson of

25  the United States District Court for the Middle District of Alabama.  From 1995-96, he was the

26  Karpatkin Fellow in the National Legal Department of the American Civil Liberties Union in

27  New York.  Since then, he has been at Altshuler Berzon.

28      11.     At Altshuler Berzon, Mr. Weissglass has litigated numerous complex civil cases

in trial and appellate courts.  He has argued before the United States, California, and Florida

Supreme Courts; the United States Courts of Appeals for the Fifth and Ninth Circuits; the

California and Indiana Courts of Appeal; and federal and state trial courts in California and

throughout the country.  He received the Voting Rights Award from the ACLU of Southern

California in 2002 and was named a "California Lawyer Attorney of the Year" by California

Lawyer Magazine / The Daily Journal in 2009, 2013, and 2016.

12.     Mr. Weissglass has extensive experience prosecuting and defending class actions.

He was counsel in *Kashmiri v. Regents of the University of California*, San Francisco Superior

Court Case No. CGC-03-422747.  The Superior Court in that case awarded three subclasses of

University of California students a $33.8 million judgment, which the Court of Appeal affirmed

in *Kashmiri v. Regents*, 156 Cal.App.4th 809 (2007).  He was also counsel in *Luquetta v. Regents

of the University of California*, San Francisco Superior Court Case No. CGC-05-443007.  In that

case, the Superior Court awarded two subclasses of University of California students a judgment

of $39.4 million, which was affirmed on appeal.  He also tried a class action to a jury on behalf

of a class of California State University students in *Keller v. Board of Trustees of California

State University*, San Francisco Superior Court Case No. CGC-09-490977, which is now on

appeal.  He represented a class of physicians and patients in the long-running case of *Conant v.

McCaffrey*, 172 F.R.D. 681 (N.D. Cal. 1997) (preliminary injunction), 2000 WL 1281174 (N.D.

Cal. Sep. 7, 2000) (permanent injunction), 309 F.3d 629, 634 (9th Cir. 2002) (affirming

permanent injunction).  Additionally, he was counsel for the plaintiffs in a $22.7 million class

action settlement on behalf of low-wage immigrant warehouse workers in California's Inland

Empire who worked in Walmart warehouses.  *Carrillo v. Schneider Logistics, Inc.*, 2012 WL

556309 (C.D. Cal. Jan. 31, 2012), 2011 WL 6104839 (C.D. Cal. Dec. 7, 2011), and 823 F. Supp.

2d 1040 (C.D. Cal. 2011).

13.     Danielle Leonard is a 2001 graduate of Harvard Law School.  From 2001-02, she

was a law clerk to Judge Emmet G. Sullivan of the United States District Court for the District of

Columbia.  She has been at Altshuler Berzon since 2003.  She has served as the co-chair of the

Employment Subcommittee of the Class Actions and Derivative Suits Committee of Litigation

Section of the American Bar Association.  In 2013, she was awarded two "California Lawyer of the Year" (CLAY) awards from California Lawyer Magazine in two separate categories: Voting Rights and Educational Law.  She has been selected as a Benchmark Plaintiff Top 150 Women in Litigation and Benchmark Plaintiff Local Litigation Star.

14.     Ms. Leonard has litigated many complex civil cases, including prosecuting class actions for consumers, workers, and students.  She was counsel for three subclasses of students in *Kashmiri v. Regents of the University of California*, San Francisco Superior Court Case No. CGC-03-422747, in which the Superior Court awarded three subclasses of University of California students $33.8 million.  The Court of Appeal affirmed in *Kashmiri v. Regents*, 156 Cal.App.4th 809 (2007).  She was also counsel in *Luquetta v. Regents of the University of California*, San Francisco Superior Court Case No. CGC-05-443007, which resulted in a $39.4 million judgment.  She argued that appeal that affirmed that judgment.  Additionally, she took a class action to a jury trial on behalf of a class of California State University students in *Keller v. Board of Trustees of California State University*, San Francisco Superior Court Case No. CGC-09-490977, which is now on appeal.  She was also class counsel in *In Re The Pep Boys Overtime Actions*, C.D. Cal Case No. 07-CV 01755 VBF, a wage and hour case.

15.     Although Altshuler Berzon has been involved in all aspects of this case, as set forth in the Declaration of Andrew Friedman, Altshuler Berzon has taken primary responsibility for drafting the Complaints, drafting the briefs opposing the two motions to dismiss, drafting the class certification brief, coordinating discovery of the Non-Anthem Defendants, and reviewing documents and taking depositions regarding Anthem's organizational structure and contracts.  I have also handled along with Andrew Friedman overall coordination of this case.  Altshuler Berzon has expended a great deal of time and resources on this case.

1        16.    Altshuler Berzon has all the necessary skills and is fully prepared to continue to

2  litigate vigorously the claims of the class representatives in this case.

3        I declare under penalty of perjury under the laws of the United States of America that the

4  foregoing is true and correct.  Executed this 10th day of March, 2017, in San Francisco,

5  California.

6

7                 By:    */s/ Eve H. Cervantez*

8                         Eve H. Cervantez

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF EVE H. CERVANTEZ
Case No. 15-MD-02617-LHK