# TAB 173

ALTSHULER BERZON LLP
EVE CERVANTEZ (SBN 164709)
ecervantez@altshulerberzon.com
JONATHAN WEISSGLASS (SBN 185008)
jweissglass@altshulerberzon.com
DANIELLE E. LEONARD (SBN 218201)
dleonard@altshulerberzon.com
MEREDITH A. JOHNSON (SBN 291018)
mjohnson@altshulerberzon.com
TONY LOPRESTI (SBN 289269)
tlopresti@altshulerberzon.com
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

COHEN MILSTEIN SELLERS & TOLL PLLC
ANDREW N. FRIEDMAN (admitted *pro hac vice*)
afriedman@cohenmilstein.com
GEOFFREY GRABER (SBN 211547)
ggraber@cohenmilstein.com
SALLY M. HANDMAKER (SBN 281186)
shandmaker@cohenmilstein.com
ERIC KAFKA (admitted *pro hac vice*)
ekafka@cohenmilstein.com
1100 New York Ave. NW
Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Lead Plaintiffs' Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ANTHEM, INC. DATA BREACH LITIGATION | Case No. 15-md-02617-LHK (NC) <br><br> **DECLARATION OF MICHAEL W. SOBOL IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br> Date: June 29, 2017 <br> Time: 1:30 p.m. <br> Judge: Hon. Lucy H. Koh <br> Crtrm: 8, 8th Floor |

I, Michael W. Sobol, declare:

1. I am a member in good standing of the California State Bar and a partner in the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP ("LCHB"). I have personal knowledge of the matters set forth herein, and could and would testify competently thereto if called upon to do so. I am submitting this declaration in support of Plaintiffs' Motion for Class Certification.

2. LCHB is one of the oldest, largest, and most successful law firms in the country representing plaintiffs in class actions. LCHB has been repeatedly recognized over the years as one of the top plaintiffs' law firms by both *The National Law Journal* and *The American Lawyer*, winning the Hot List award every year from 2003-2013, the Mid-Size Hot List Award in 2014, and the Hot List Award again in 2015 and 2016. *Best Lawyers* and *U.S. News* have named LCHB as a "Law Firm of the Year" each year the publications have given this award. In 2016, Law360 selected LCHB as one of the Top 50 Law Firms Nationwide for Litigation. This "Litigation Powerhouse" distinction was further extended to include our firm as the first among five elite "Small(er) But Mighty" litigation heavyweights with fewer than 200 attorneys, victorious in case after case "against some of the largest and strongest defense law firms in the world." In 2016, *Benchmark Litigation* named LCHB to its "Top 10 Plaintiff Firms in America" list. In 2017, Law360 selected LCHB for Practice Group of the Year awards in the categories of Consumer Protection and Digital Privacy/Data Protection.

3. I have been a partner with LCHB since 1999. I am in my fifteenth year as chair of LCHB's consumer practice group, which has prosecuted challenging class action lawsuits, often of first impression, recovering billions of dollars for consumers. In addition to other consumer litigation I oversee as the chair of the consumer practice group, some of the cases that I have personally actively litigated include:

- *Gutierrez v. Wells Fargo Bank, N.A.*, (No. 07-5923 WHA, N.D. Cal.), a class action lawsuit alleging unfair practices and false representations by Wells Fargo in connection with its imposition of overdraft charges. In 2013, the court reinstated a $203 million class judgment that had been entered in 2010 following a bench trial. In 2014, the Ninth Circuit Court of Appeals affirmed the reinstated $203 million judgment.

- *In re Checking Account Overdraft Litigation* (MDL 2036, S.D. Fla.), multi-district litigation involving more than two dozen banks and allegations of unfair practices

- 1 -

and false representations in connection with the banks' imposition of overdraft charges. Class settlements totaling hundreds of millions of dollars have been approved by the court to date.

- *In re Chase Bank USA, N.A. "Check Loan" Contract Litigation* (MDL No. 2032, N.D. Cal.), a nationwide multi-district class action alleging that Chase breached its good faith obligation to credit cardholders by modifying the terms of their long-term fixed rate loans. In November 2012, the court granted final approval to a $100 million nationwide settlement that provides direct payments to approximately one million cardholders and important injunctive relief.

- *In re TracFone Unlimited Service Plan Litig.* (No. 13-cv-3440-EMC; N.D. Cal.), class action litigation in coordination with the Federal Trade Commission achieving and implementing a $40 million settlement that also provided for important practice changes.

- *Ebarle v. LifeLock*, (No. 15-cv-00258-HSG; N.D. Cal.), class action litigation in coordination with the Federal Trade Commission to achieve a $68 million class settlement, with a related settlement reached between the FTC and Lifelock in a later-filed FTC action.

- *James v. UMG Recordings, Inc.* (No. 11-cv-1613-SI; N.D. Cal.) and *In re: Warner Music Group Corp. Digital Downloads Litigation* (No. 12-cv-559-RS; N.D. Cal.), class actions alleging defendant record companies underpaid royalties to legacy artists for digital downloads of their music. Settlements totaling $23 million, and providing for increased future royalty payments to class members, have been approved in these cases.

- *Brazil v. Dell Inc.* (No. 07-cv-01700-RMW; N.D. Cal.), a class action lawsuit alleging that defendant engaged in false reference price advertising in connection with its online sale of computers. This was the first class action of its kind to receive certification.

- *Williamson v. McAfee, Inc.* (No. 14-cv-00158-EJD, N.D. Cal.), a class action lawsuit alleging that McAfee falsely represents the prices of its computer anti-virus software to customers enrolled in its "autorenewal" program in violation of California and New York unfair competition and false advertising laws. On February 3, 2017, the court granted final approval to a class-wide settlement providing for changes to McAfee's disclosures and business and compensation to class members valued at one-half of the alleged overcharge.

4. A detailed description of LCHB's practice and achievements on behalf of plaintiffs can be found at https://www.lieffcabraser.com/pdf/Lieff_Cabraser_Firm_Resume.pdf.

5. I have also represented plaintiffs in numerous cases in the areas of digital rights and data privacy, including:

- *Corona v. Sony Pictures Entertainment, Inc.* (No. 14-cv-9600, C.D. Cal.), a class action lawsuit arising out of a breach of Sony's computer networks. The breach was unprecedented in that highly-sensitive and personally identifiable information of thousands of Sony employees was stolen and made public, exposing class members to long-term risk of identity theft and credit fraud. Final approval of a settlement providing for a fund to compensate employees who had taken

preventative measures to protect themselves and providing for an additional two years of identity theft protection services was granted on April 6, 2016.

- *Campbell v. Facebook* (No. 13-cv-5996, N.D. Cal.), a class action lawsuit alleging that Facebook intercepts private data in users' personal and private e-mail messages on the social network and profits by sharing that information with third parties. Certification of a class for injunctive relief pursuant to Federal Rule of Civil Procedure 23(b)(2) was granted on May 18, 2016.

- *Matera et al. v. Google, Inc.* (No. 15-cv-4062, N.D. Cal.), a class action lawsuit alleging email interception without consent in violation of state and federal anti-wiretapping laws. A class settlement that would result in important practice changes is currently pending Court approval.

- *Perkins v. LinkedIn Corporation*, (No. 13-cv-4303, N.D. Cal.), a class action lawsuit alleging that LinkedIn used the names and likenesses of individuals who joined LinkedIn's network to endorse LinkedIn's services and send repeated emails to their contacts, without consent. On February 16, 2016, the Court granted final approval to a $13 million settlement, one of the largest per-class member settlements ever in a digital privacy class action. In addition to the monetary relief, LinkedIn agreed to make significant changes to its disclosures and functionality.

- *In re Google Inc. Street View Electronic Communications Litigation* (No. 10-md-2184, N.D. Cal.), a class action lawsuit alleging that Google intentionally equipped its Google Maps "Street View" vehicles with Wi-Fi antennas and software that collected personal, private data being transmitted over private Wi-Fi networks located in homes within range of the vehicles' receptors. On September 10, 2013, the Ninth Circuit Court of Appeals agreed with plaintiffs that Google's actions are not exempt from the Wiretap Act.

- *In re Carrier IQ Privacy Litigation* (MDL No. 2330, N.D. Cal.), multi-district litigation against Samsung, LG, Motorola, HTC, and Carrier IQ alleging that smartphone manufacturers violated privacy laws by installing tracking software, called IQ Agent, on millions of cell phones and other mobile devices that use the Android operating system. Without notifying users or obtaining consent, IQ Agent tracks users' keystrokes, passwords, apps, text messages, photos, videos, and other personal information and transmits this data to cellular carriers. In a 96-page order issued in January 2015, U.S. District Court Judge Edward Chen granted in part, and denied in part, defendants' motion to dismiss. Importantly, the Court permitted the core Wiretap Act claim to proceed as well as the claims for violations of the Magnuson- Moss Warranty Act and the California Unfair Competition Law and breach of the common law duty of implied warranty.

- *Shurtleff v. Health Net of Cal., Inc.*, (No. 34-2012-00121600-CU-CL, Sacramento Cnty. Superior Court), a patient privacy class action in which the defendant had lost service drives containing highly sensitive personal information of its patients and employees. A class settlement resulted in significant monetary relief and important data security improvements.

6. My detailed biography is available at

http://www.lieffcabraser.com/Attorneys/Michael-W-Sobol.shtml.

7. Working with Plaintiffs' Lead Counsel and other members of Plaintiffs' Steering Committee, LCHB has vigorously prosecuted this Action on behalf of the putative classes. LCHB has spent considerable time and resources thoroughly and efficiently developing theories of liability and class-wide damages in consultation with Plaintiffs' experts, and conducting and responding to expert discovery, including expert depositions. LCHB has coordinated and overseen ongoing review of 3.8 million pages of documents produced by Defendants, which, in addition to review and analysis of the documents and conferring with other Plaintiffs' counsel, has involved meeting and conferring with defense counsel regarding disputes, related legal research, and bringing matters before the Court. In addition to such work, for which LCHB has taken primary responsibility, LCHB has played and active and meaningful supporting role in this litigation, investigating the factual issues, analyzing legal claims, conducting discovery, communicating with plaintiffs, assisting in extensive briefing, and preparing for (and participating in) hearings, as appropriate and when requested by Plaintiffs' Lead Counsel.

8. As reflected by LCHB's efforts to date in this litigation, LCHB is committed to continuing to lead this case on behalf of the Classes enumerated in Plaintiffs' Motion for Class Certification. LCHB will continue to contribute all necessary resources to this litigation, and will continue to work cooperatively with other Plaintiffs' counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 7th day of March, 2017, in San Francisco, California.

By: /s/ *Michael W. Sobol*
    Michael W. Sobol