Craig A. Hoover, SBN 113965
E. Desmond Hogan (admitted *pro hac vice*)
Peter R. Bisio (admitted *pro hac vice*)
Michelle A. Kisloff (admitted *pro hac vice*)
Allison M. Holt (admitted *pro hac vice*)
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
craig.hoover@hoganlovells.com
desmond.hogan@hoganlovells.com
peter.bisio@hoganlovells.com
michelle.kisloff@hoganlovells.com
allison.holt@hoganlovells.com

Michael M. Maddigan, SBN 163450
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 785-4600
Fax: (310) 785-4601
michael.maddigan@hoganlovells.com

*Attorneys for Defendants Anthem, Inc. and related parties*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANTHEM, INC. DATA BREACH LITIGATION | Case No. 5:15-MD-02617-LHK<br><br>**DECLARATION OF NATHANIEL G. FOELL IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION TO EXCLUDE TESTIMONY OF PETER E. ROSSI**<br><br>The Honorable Lucy H. Koh<br><br>Date:  June 22 and/or 29, 2017<br>Time:  1:30 p.m.<br>Courtroom:  8, 4th Floor<br><br>[Notice of Motion and Motion, Memorandum of Points and Authorities, and [Proposed] Order Filed Concurrently Herewith] |

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW

DECLARATION OF NATHANIEL G. FOELL IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE
TESTIMONY OF PETER E. ROSSI
Case No. 15-MD-02617-LHK

I, Nathaniel G. Foell, declare:

1. I am an attorney at Hogan Lovells US LLP, lead counsel for Defendant Anthem, Inc. and related parties in these actions. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I would and could competently testify to these facts under oath. I submit this declaration in support of the Defendants' Motion to Exclude Testimony of Peter E. Rossi.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of Peter E. Rossi, dated December 2, 2016.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the deposition of Peter E. Rossi taken on February 3, 2017.

4. Attached hereto as Exhibit 3 is a true and correct copy of Google Trends data that I downloaded from the following URL on March 31, 2017: https://trends.google.com/trends/explore?date=all&geo=US&q=%22data%20breach%22.

5. Attached hereto as Exhibit 4 is a true and correct copy of Gallup Poll Social Series: Crime, dated October 5-9, 2016, that I downloaded from the following URL on March 31, 2017: http://www.gallup.com/file/poll/197456/1611134Fear%20of%20Crime.pdf.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Expert Report of Kent D. Van Liere, dated December 21, 2016.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts of LifeLock, Inc. Form 10-K for the Fiscal Year ended December 31, 2014, dated February 19, 2015, that I downloaded from the following URL on March 31, 2017: https://www.sec.gov/Archives/edgar/data/1383871/000162828015000863/lock-20141231x10k.htm.

8. Attached hereto as Exhibit 7 is a true and correct copy of a USA Today article entitled "Yahoo may be the biggest data breach" that I downloaded from the following URL on April 6, 2017: https://www.usatoday.com/story/tech/news/2016/09/22/yahoo-may-biggest-data-breach/90830270/

9. Attached hereto as Exhibit 8 is a true and correct copy of a New York Times article entitled "The Perfect Weapon: How Russian Cyberpower Invaded the U.S." that I downloaded

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW

1

DECLARATION OF NATHANIEL G. FOELL IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF PETER E. ROSSI
Case No. 15-MD-02617-LHK

from the following URL on March 31, 2017: https://www.nytimes.com/2016/12/13/us/politics/russia-hack-election-dnc.html?_r=1.

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts of the deposition of William S. Choi taken on February 23, 2017.

11. Attached hereto as Exhibit 10 is a true and correct copy of the Reply Expert Report of Peter E. Rossi, dated January 13, 2017.

12. Attached hereto as Exhibit 11 is a true and correct copy of excerpts of the deposition of Kent D. Van Liere taken on February 10, 2017.

13. Attached hereto as Exhibit 12 is a true and correct copy of the Expert Report of William S. Choi, dated December 21, 2016.

14. Attached hereto as Exhibit 13 is a true and correct copy of a Congressional Research Service report entitled "Federal Employees Health Benefits (FEHB) Program: An Overview" that I downloaded from the following URL on March 31, 2017: https://fas.org/sgp/crs/misc/R43922.pdf

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of April 2017 in Washington, D.C.

/s/ Nathaniel G. Foell
Nathaniel G. Foell

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW

2
DECLARATION OF NATHANIEL G. FOELL IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF PETER E. ROSSI
Case No. 15-MD-02617-LHK