UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LORALEE GIOTTA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHEM, INC., et al., <br><br> Defendants. | Case No. 15-MD-02617-LHK <br><br> **ORDER ADOPTING CASE SCHEDULE** |

On May 31, 2017, the parties filed a proposed schedule for the following cases:

- *Giotta v. Anthem, Inc. et al.*, No. 15-CV-00618;
- *Sojourner v. Anthem, Inc.*, No. 15-CV-00637;
- *Heaton v. Anthem, Inc. et al.*, No. 15-CV-00656;
- *George Macros, et al. v. Anthem, Inc., et al.*, No. 15-CV-00674;
- *Park v. Anthem, Inc., et al.*, No. 15-CV-00709;
- *Brown v. Anthem, Inc.*, No. 15-CV-00710;
- *Hummel, et al. v. Anthem, Inc. et al.*, No. 15-CV-01027;
- *Farber v. Anthem, Inc. d/b/a Anthem Health, Inc. et al.*, No. 15-CV-01308.

1

Case No. 15-MD-02617-LHK
ORDER ADOPTING CASE SCHEDULE

The Court hereby ADOPTS the parties' proposed schedule, which is set forth below.

| Scheduled Event | Date |
| --- | --- |
| Deadline for Plaintiffs to Identify which Named Plaintiffs Intend to Pursue Claims or, alternatively, for such Named Plaintiffs to Dismiss Claims | June 12, 2017 |
| Briefing Schedule on Motion(s) to Dismiss Non-Selected Claims | Motion: July 7, 2017<br>Opp'n: July 21, 2017<br>Reply: July 28, 2017 |
| Close of Fact Discovery of Plaintiffs Not Included in MDL Complaints | August 7, 2017 |
| Briefing Schedule on Motion(s) for Class Certification for Non-Selected Claims | Motion: August 11, 2017<br>Opp'n: August 25, 2017<br>Reply: September 1, 2017 |
| Deadline to Submit Expert Reports | October 20, 2017 |
| Deadline to Submit Rebuttal Expert Reports | November 15, 2017 |
| Last Day to Depose Experts (i.e., Close of Expert Discovery) | November 20, 2017 |
| Briefing Schedule on Motions for Summary Judgment and *Daubert* Motions | Motions: Nov. 27, 2017<br>Opp'n: Dec. 8, 2017<br>Reply: Dec. 15, 2017 |
| Deadline to File all Pre-Trial Motions and Pre-Trial Statement | December 18, 2017 |
| Deadline to File Oppositions to Pre-Trial Motions | December 21, 2017 |
| Pre-Trial Conference | December 28, 2017 |
| Trial | January 15, 2018 (9–10 days) |
| Deadline to File Post-Trial Motions | February 2, 2018 |

**IT IS SO ORDERED.**

Dated: June 1, 2017

_____
LUCY H. KOH
United States District Judge