ALTSHULER BERZON LLP
EVE CERVANTEZ, SBN 164709
JONATHAN WEISSGLASS, SBN 185008
ecervantez@altshulerberzon.com
jweissglass@altshulerberzon.com
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

*Lead Plaintiffs' Counsel*
Additional Plaintiffs' Counsel Listed on Signature Page

HOGAN LOVELLS US LLP
CRAIG A. HOOVER, SBN 113965
E. DESMOND HOGAN (admitted *pro hac vice*)
PETER R. BISIO (admitted *pro hac vice*)
Michelle A. Kisloff (admitted *pro hac vice*)
craig.hoover@hoganlovells.com
desmond.hogan@hoganlovells.com
peter.bisio@hoganlovells.com
michelle.kisloff@hoganlovells.com
555 Thirteenth Street, NW
Washington, DC 20004
Telephone:  (202) 637-5600
Facsimile:  (202) 637-5910

*Attorneys for Defendants Anthem, Inc. and related parties*

COHEN MILSTEIN SELLERS & TOLL PLLC
ANDREW N. FRIEDMAN (admitted *pro hac vice*)
GEOFFREY GRABER, SBN 211547
SALLY M. HANDMAKER, SBN 281186
afriedman@cohenmilstein.com
ggraber@cohenmilstein.com
shandmaker@cohenmilstein.com
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

KIRKLAND & ELLIS LLP
BRIAN P. KAVANAUGH (admitted *pro hac vice*)
brian.kavanaugh@kirkland.com
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Attorneys for Defendants Blue Cross Blue Shield Association and Health Care Service Corporation*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ANTHEM, INC. DATA BREACH LITIGATION | Case No.  5:15-MD-02617-LHK<br><br>**JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF ACTION CLASS SETTLEMENT AND EXHIBITS TO SETTLEMENT AGREEMENT**<br><br>The Honorable Lucy H. Koh<br><br>Date:          August 17, 2017<br>Time:         1:30 p.m.<br>Courtroom: 8, 8th Floor |

Pursuant to Local Rule 79-5, the Court's February 4, 2016 Case Management Order (Dkt. No. 463), and the Court's October 25, 2015 Order on Procedures for Administrative Motions to File Under Seal (Dkt. No. 325), Plaintiffs and Defendants respectfully request that portions of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Exhibits to the Settlement Agreement be filed under seal.

There are compelling reasons to seal discrete portions of these documents. *See Ctr. for Auto Safety v. Chrysler Grp.*, 809 F.3d 1092, 1096-97 (9th Cir. 2016)*; Thomas v. Magnachip Semiconductor Corp.,* No. 14-CV-01160-JST, 2016 WL 3879193, at *7 (N.D. Cal. July 18, 2016). As explained in the Declarations of Stephen Moore and Anthem lead counsel Craig A. Hoover, Anthem seeks to redact portions of Plaintiffs' Memorandum in Support of Motion for Preliminary Approval and Exhibit 2 to the Settlement Agreement because they contain detailed and confidential information about Anthem's information security, including information regarding the current tools and policies utilized by Anthem, which if publicly disclosed, could substantially harm Anthem and its members by giving potential cyberattackers insights into Anthem's cybersecurity practices and protocols. The risks posed by publicly filing this confidential information, including the security risks to Anthem and to class members, is sufficient to overcome the general presumption of access to judicial records. *See Ctr. For Auto Safety*, 809 F.3d at 1097 (stating that "[w]hat constitutes a 'compelling reason' is 'best left to the sound discretion of the trial court'") (internal quotation marks and citations omitted); *Bell v. Home Depot U.S.A., Inc.*, No. 212CV02499GEBCKD, 2015 WL 6082460, at *2 (E.D. Cal. Oct. 15, 2015) (finding "compelling reasons" to seal documents that contained the defendant's "security protocols in opening and closing its stores, the disclosure of which could threaten its stores' security and its employees' safety"). In addition, portions of these documents contain highly-sensitive business information regarding Anthem's yearly funding and business practice commitments that could damage Anthem's business interests or competitive standing. *See Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978) (explaining that sealing is justified where documents may be used "as sources of business information that might harm a litigant's competitive standing." ); *Icon-IP Pty Ltd. v. Specialized Bicycle Components, Inc.*, No. 12-CV-

03844-JST, 2015 WL 984121, at *2 (N.D. Cal. Mar. 4, 2015) (finding compelling interests to seal "highly sensitive business information" "that could damage [defendant's] business interests").

The parties also seek to seal the Statement Regarding Exclusion of Settlement Class Members (attached as Exhibit B to the Declaration of Eve H. Cervantez in Support of Plaintiffs' Motion for Preliminary Approval of Class Settlement), regarding the threshold number of opt-outs required, "in order to prevent third parties from utilizing it for the improper purpose of obstructing the settlement and obtaining higher payouts." *Thomas*, 2016 WL 3879193, at *7 (identifying compelling reasons to seal a similar termination of settlement provision); *In re Online DVD-Rental Antitrust Litig.*, 779 F.3d 934, 948 (9th Cir. 2015).

The parties therefore agree to seal the following:

| Document Title | Portions to be Sealed |
|---|---|
| Plaintiffs' Motion for Preliminary Approval of Class Settlement | - Portions of pages 1, 6, 7, and 21 |
| Exhibit 2 to the Settlement Agreement | - Portions of document |
| Statement Regarding Exclusion of Settlement Class Members | - Document in its entirety |

These portions are highlighted in the unredacted versions of each of these documents and referenced in the proposed order pursuant to Local Rule 79-5(d)(1)( B).

Respectfully submitted,

**ALTSHULER BERZON LLP**

Dated: June 22, 2017:            By:    /s/  *Eve Cervantez*

Eve Cervantez, SBN 164709
ecervantez@altshulerberzon.com
Jonathan Weissglass, SBN 185008
jweissglass@altshulerberzon.com
Danielle E. Leonard, SBN 218201
dleonard@altshulerberzon.com
Meredith A. Johnson, SBN 291018
mjohnson@altshulerberzon.com
Tony LoPresti, SBN 289269
tlopresti@altshulerberzon.com

177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Andrew N. Friedman (admitted *pro hac vice*)
afriedman@cohenmilstein.com
Geoffrey Graber, SBN 211547
ggraber@cohenmilstein.com
Sally M. Handmaker, SBN 281186
shandmaker@cohenmilstein.com
Eric Kafka (admitted *pro hac vice*)
ekafka@cohenmilstein.com
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Co-Lead Plaintiffs' Counsel*

**LIEFF CABRASER HEIMANN & BERNSTEIN LLP**
Michael Sobol
Jason Lichtman

**GIRARD GIBBS LLP**
Eric Gibbs
David Berger
*Plaintiffs' Steering Committee*

**HOGAN LOVELLS US LLP**
CRAIG A. HOOVER
E. DESMOND HOGAN
PETER R. BISIO
MICHELLE A. KISLOFF
ALLISON M. HOLT

Dated: June 22, 2017         By:  /s/ Craig A. Hoover

Craig A. Hoover (SBN 113965)
craig.hoover@hoganlovells.com
E. Desmond Hogan (admitted pro hac vice)
desmond.hogan@hoganlovells.com
Peter R. Bisio (admitted pro hac vice)
peter.bisio@hoganlovells.com

|   |   |
|---|---|
| 1 | Michelle A. Kisloff (admitted pro hac vice) |
| 2 | michelle.kisloff@hoganlovells.com |
|   | Allison M. Holt (admitted pro hac vice) |
| 3 | allison.holt@hoganlovells.com |
|   | 555 Thirteenth Street, NW |
| 4 | Washington, DC  20004-1109 |
|   | Telephone:    (202) 637-5600 |
| 5 | Facsimile:    (202) 637-5910 |

```
1                                            Michelle A. Kisloff (admitted pro hac vice)
                                             michelle.kisloff@hoganlovells.com
2                                            Allison M. Holt (admitted pro hac vice)
                                             allison.holt@hoganlovells.com
3                                            555 Thirteenth Street, NW
                                             Washington, DC  20004-1109
4                                            Telephone:    (202) 637-5600
                                             Facsimile:    (202) 637-5910
5

6                                            Michael Maddigan (SBN 163450)
                                             michael.maddigan@hoganlovells.com
7                                            1999 Avenue of the Stars, Suite 1400
                                             Los Angeles, CA  90067
8                                            Telephone:    (310) 785-4600
                                             Facsimile:    (310) 785-4601
9

10                                           Attorneys for Defendants Anthem, Inc., and
                                             certain of its affiliates that have been named
11                                           as defendants in the Third Amended
                                             Complaint (collectively, "Anthem") and
12                                           Defendants Blue Cross and Blue Shield of
                                             Alabama,  USAble Mutual Insurance
13                                           Company d/b/a Arkansas Blue Cross Blue
                                             Shield and BlueAdvantage Administrators of
14                                           Arkansas, California Physicians' Service
                                             d/b/a Blue Shield of California, Blue Cross
15                                           and Blue Shield of Florida, Inc. d/b/a Florida
                                             Blue, CareFirst of Maryland, Inc., Blue
16                                           Cross and Blue Shield of Massachusetts, Inc.,
                                             Blue Cross and Blue Shield of Michigan,
17                                           Blue Cross and Blue Shield of Minnesota,
                                             Horizon Healthcare Services, Inc., Blue
18                                           Cross and Blue Shield of North Carolina,
                                             Highmark Health Services, and Blue Cross
19                                           and Blue Shield of Vermont

20                                           TROUTMAN SANDERS LLP
                                             CHAD R. FULLER
21

22        Dated: June 22, 2017               By:    /s/ Chad R. Fuller

23                                           Chad R. Fuller (SBN 190830)
                                             chad.fuller@troutmansanders.com
24                                           11682 El Camino Real, Suite 400
                                             San Diego, CA 92130
25                                           Telephone:    (858) 509-6056
                                             Facsimile:    (858) 509-6040
```

HOGAN LOVELLS US
LLP
ATTORNEYS AT LAW

- 4 -

JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 15-MD-02617-LHK

|   |   |   |
|---|---|---|
| 1 | | *Attorney for Anthem* |
| 2 | | |
| 3 | | **NELSON MULLINS RILEY & SCARBOROUGH LLP** |
| 4 | | JOHN D. MARTIN |
| 5 | | LUCILE H. COHEN |
| 6 | Dated: June 22, 2017 | By:    /s/ John D. Martin             |
| 7 | | John D. Martin (admitted pro hac vice) |
| 8 | | john.martin@nelsonmullins.com |
| | | Lucile H. Cohen (admitted pro hac vice) |
| 9 | | lucie.cohen@nelsonmullins.com |
| 10 | | 1320 Main Street, 17th Floor |
| | | Columbia, SC 29201 |
| 11 | | Telephone:    (803) 255-9241 |
| | | Facsimile:    (858) 256-7500 |
| 12 | | *Attorneys for Anthem* |
| 13 | | **KIRKLAND & ELLIS LLP** |
| 14 | | BRIAN P. KAVANAUGH |
| | | KATHERINE WARNER |
| 15 | | LUKE C. RUSE |
| | | TIM PICKERT |
| 16 | | |
| 17 | Dated: June 22, 2017 | By:    /s/ Brian P. Kavanaugh           |
| 18 | | Brian Kavanaugh (admitted pro hac vice) |
| | | brian.kavanaugh@kirkland.com |
| 19 | | Katherine Warner (admitted pro hac vice) |
| 20 | | kate.warner@kirkland.com |
| | | Luke C. Ruse (admitted pro hac vice) |
| 21 | | luke.ruse@kirkland.com |
| | | Tim Pickert (admitted pro hac vice) |
| 22 | | tim.pickert@kirkland.com |
| 23 | | 300 N. LaSalle |
| | | Chicago, IL 60654 |
| 24 | | Telephone: (312) 862-2000 |
| | | Facsimile: (312) 862-2200 |
| 25 | | |
| 26 | | *Attorneys for The Blue Cross Blue Shield Association and Health Care Service* |
| 27 | | *Corporation, a Mutual Legal Reserve Company, d/b/a Blue Cross and Blue Shield* |
| 28 | | *of Illinois and Blue Cross and Blue Shield of Texas* |

## SIGNATURE ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the signatories shown above.

Date: June 22, 2017

/s/ *Eve Cervantez*
Eve Cervantez

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28