# EXHIBIT 4



**Legal Notification Services**

_____

# Settlement Notice Plan

*In re: Anthem, Inc. Data Breach Litigation*

## Case No. 15-MD-02617-LHK

United States District Court

Northern District of California

**Prepared: June 22, 2017**

© 2017 KCC LLC
Proprietary and Confidential

| Table of Contents |
|---|

|  | Page |
|---|---|
| Legal Notification Services | 3 |
| Our Experts | 4 |
| Relevant Case Experience | 5 |
| Expert Services | 6 |
| Media Terms | 7 |
| Media Resources | 8 |
| Program Overview | 9 |
| Target Analysis | 10 |
| Media Selection | 12 |
| Individual/Direct Notice | 13 |
| Consumer Magazines | 14 |
| Digital Media | 15 |
| Online Claims Video | 17 |
| Response Mechanisms | 18 |
| Conclusion | 19 |

Attachment A – Legal Notice c.v.

© 2017 KCC LLC
Proprietary and Confidential

## Legal Notification Services

KCC's Legal Notice experts, Gina M. Intrepido-Bowden and Carla A. Peak, specialize in the design and implementation of class action notice programs devised to reach class members with clear, concise, plain language notices. With over a decade of legal notice consulting experience, Ms. Intrepido-Bowden and Ms. Peak have been directly responsible for more than 100 effective and efficient notice programs, including some of the largest and most complex in history, reaching class members or claimants around the globe and providing notice in over 35 languages.

Their programs satisfy due process requirements, as well as all applicable state and federal laws. Judges, including in published decisions, have recognized the reach calculation methodology and notice design strategies they use. Their notices follow the principles in the Federal Judicial Center's (FJC) illustrative model notices, which were written and designed to embody the satisfaction of the plain language requirements of Federal Rule of Civil Procedure 23(c)(2).

## Our Experts

Consistent with the judicial standards set forth by *Daubert* and *Kumho* and as illustrated in the FJC's *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide*, KCC's experts utilize the same practices and statistical analyses that are relied upon in the advertising industry when they design and measure the effectiveness of the notice programs they develop. Gina M. Intrepido-Bowden and Carla A. Peak have personally designed the "Notice Plan" (Plan) and proposed notice documents (Notice or Notices) that follow, and will directly oversee its implementation.

### Gina Intrepido-Bowden

With more than 25 years of media research, planning and buying experience, Gina M. Intrepido-Bowden brings substantive expertise to her role as VP, Legal Notification Services. A leading expert, she is responsible for the design and implementation of evidence-based legal notice campaigns.

Gina has designed over 100 judicially approved media campaigns across the United States and Canada for antitrust, consumer and other class action matters. As a legal notice expert, she provides courts with the reach evidence they need to determine the adequacy of notice. In addition, she has successfully critiqued other notice plans, causing courts to modify programs to better meet due process obligations.

She began her advertising career working for one of New York's largest advertising agency media departments (BBDO). Gina is a frequent author and speaker on class notice issues including effective reach, notice dissemination as well as noticing trends and innovations. She earned a Bachelor of Arts in Advertising from Penn State University, graduating summa cum laude..

### Carla Peak

With over a decade of industry experience, Carla A. Peak, also VP, Legal Notification Services, specializes in the design of plain language legal notice documents to effectively address the challenges of communicating complex information to class members in a manner that they can understand.

Carla's notices satisfy the plain language requirements of Rule 23 and adhere to the guidelines set forth in the Manual for Complex Litigation, Fourth and by the FJC, as well as applicable state laws. She has successfully provided notice in both U.S. and international markets including communications in more than 35 languages.

She has presented on and written numerous articles about class notification programs, the design of effective notice documents as well as industry trends and innovations. Carla holds a Bachelor of Arts in Sociology from Temple University, graduating cum laude.

© 2017 KCC LLC
Proprietary and Confidential

# Relevant Case Experience[1]

Our experts have been involved in the design and implementation of numerous notice programs targeting data breach Class members, for example:

- *In re: The Home Depot, In., Customer Data Security Breach Litig.,* No. 1:14-md-02583 (N.D. Ga.)
- *In re Trans Union Corp. Privacy Litigation*, MDL No. 1350 (N.D. Ill.)
- *In re TJX Companies, Inc., Customer Data Security Breach Litigation*, MDL No. 1838 (D. Mass.)
- *Beringer v. Certegy Check Services, Inc.*, No. 8:07-cv-1657-T-23TGW (M.D. Fla.)
- *Lockwood v. Certegy Check Services, Inc.*, No. 2:07-CV-587-FtM-29-DNF (M.D. Fla.)
- *In re U.S. Department of Veterans Affairs (VA) Data Breach*, MDL 1796 (D. D.C.)
- *In re Countrywide Financial Corp. Customer Data Security Breach*, No. 3:08-md-1998 (W.D. Ky.)

See **Attachment A** for additional recognition and example cases.

---

[1] Includes work performed by our experts when employed at other firms.

# Expert Services

Our Legal Notification Services include:

**Pre-Settlement Consulting**
- Review and advise clients of any potential obstacles relative to class definition or legal notification processes
- Develop a noticing plan strategy
- Provide judicial decisions that are relevant to the case or terms of the settlement

**Demographic Analysis**
- Define the target audience through research and analysis of class demographics
- Identify the geographic location of potential class members giving specific consideration to the class period
- Research class member media usage to define the communication channels that will be most effective

**Notice Programs**
- Create custom notice programs that incorporate media such as newspapers, magazines, trade journals, radio, television, social media and the internet to meet due process requirements
- Develop press releases, social media enhancements, and broadcast public service announcements (PSAs) as needed
- Track media activity to verify the adequacy of placements

**Plain Language Communication**
- Consider audience's level of understanding and devise communications strategy accordingly
- Design, draft and distribute plain-language notices that capture attention and are easily understood by class members
- Incorporate response mechanisms, such as a toll-free number, case website address, and/or QR code into notice documents

**Expert Testimony**
- Provide defensible opinions and testimony from subject-matter experts to verify the effectiveness of notice programs
- Supply proof of performance for each notice served, as required by the courts
- Provide evidence and judicial decisions to overcome objections

# Media Terms

The following provides the meaning of media terms highlighted throughout the Notice Plan:

**Audience:** Net number of persons or different persons exposed to a media vehicle. It is larger than a publication's circulation because it includes pass-along readers who may obtain the publication second hand (*e.g.*, from a reception room, neighbor, friend).

**Circulation:** Total number of publication copies sold through all channels of distribution (*e.g.*, subscriptions, newsstand, bulk).

**Frequency:** Estimated average number of times a population group is exposed to a media vehicle or combination of media vehicles containing a notice within a given period of time.

**Impressions or Exposures:** Total number of opportunities to be exposed to a media vehicle or combination of media vehicles containing a notice. It is a gross or cumulative number that may include the same person more than once. Impressions can exceed the population size.

**Reach or Coverage:** Net percentage of a specific population group exposed to a media vehicle or a combination of media vehicles containing a notice at least once within a given period of time. Reach factors out duplication, representing the total different/net persons.

**Selectivity Index:** Shows the concentration of a specific population group relative to the general adult population. For example, a publication selectivity index of 175 among men indicates that the publication's readers are 75% more likely to be men as compared to the general adult population.

# Media Resources

The resources we use to quantify our plan approach include the same resources used by media professionals to guide the billions of dollars of advertising we see today:

### Alliance for Audited Media (AAM)
AAM is a nonprofit organization that connects North America's leading media companies, advertisers and ad agencies. Founded in 1914 as the Audit Bureau of Circulations, the AAM is the preeminent source of cross-media verification and information services, providing standards, audit services and data critical to the advertising industry. The organization independently verifies print and digital circulation, mobile apps, website analytics, social media, technology platforms and audience information for newspapers, magazines and digital media companies in the U.S. and Canada.

### comScore, Inc. (comScore)
comScore is a leading cross-platform measurement and analytics company that precisely measures audiences, brands and consumer behavior everywhere, capturing 1.9 trillion global interactions monthly. comScore's proprietary digital audience measurement methodology allows marketers to calculate audience reach in a manner not affected by variables such as cookie deletion and cookie blocking/rejection, allowing these audiences to be reached more effectively. comScore operates in more than 75 countries, serving over 3,200 clients worldwide.

### GfK Mediamark Research & Intelligence, LLC (MRI)
MRI is a nationally accredited research firm that provides consumer demographics, product and brand usage, and audience/exposure in all forms of advertising media. Established in 1979, MRI measures the usage of nearly 6,000 product and service brands across 550 categories, along with the readership of hundreds of magazines and newspapers, internet usage, television viewership, national and local radio listening, yellow page usage, and out-of-home exposure. Based on a yearly face-to-face interview of 26,000 consumers in their homes, MRI's *Survey of the American Consumer*™ is the primary source of audience data for the U.S. consumer magazine industry and the most comprehensive and reliable source of multi-media audience data available.

### Telmar
Telmar is the world-leading supplier of computer based advertising media information services. Its software provides for survey analysis, data integration, media planning and optimization. With over 5,000 users in 85 countries, Telmar's clients include many of the world's leading advertising agencies, publishers, broadcasters and advertisers.

# Program Overview

**Objective**

To design a notice program that will effectively reach Class members and capture their attention with notices communicated in clear, concise, plain language so that their rights and options may be fully understood. The FJC's *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide* considers 70-95% reach among class members reasonable.

**Class Definition**

The Class (or Class members) consists of all Individuals whose Personal Information was maintained on Anthem's Enterprise Data Warehouse and are included in Anthem's Member Impact Database and/or received a notice relating to the Data Breach; provided, however, that the following are excluded from the Settlement Class: (i) Defendants, any entity in which Defendants have a controlling interest, and Defendants' officers, directors, legal representatives, successors, subsidiaries, and assigns; (ii) any judge, justice, or judicial officer presiding over this matter and the members of their immediate families and judicial staff; and (iii) any individual who timely and validly opts-out from the Settlement Class.

**Case Analysis**

The following known factors were considered when determining our recommendation:
1. The Class consists of approximately 80 million Class members.
2. Class members are located throughout the U.S., including large cities and rural areas.
3. Mailing and email addresses are available for a portion of the Class; however, a reasonable effort cannot identify and locate all Class members.
4. Effective reach and notice content is vital to convey the importance of the information affecting Class members' rights, as well as to withstand challenge and collateral review.

**Target Audience**

To verify the notice program's effectiveness, GfK MediaMark Research & Intelligence, LLC (MRI) data was studied among adults who have BlueCross/Blue Shield Medical Insurance ("BCBS Medical Insurance Consumers"), because this broad, over inclusive target group best represents the Class.

**Strategies**

Individual notice will be emailed and/or mailed directly to all known Class members. In addition, an extensive schedule of paid notices will be placed in well-read consumer magazines and on a variety of websites.

**Plan Delivery**

The combined mailed and media effort will reach approximately 85-91% of BCBS Medical Insurance Consumers, and therefore likely Class members.

# Target Analysis

Knowing the characteristics, interests, and habits of a target group aids in the media selection process.

**Demographic Highlights**

Demographic highlights of BCBS Medical Insurance Consumers include the following:
- 99.0% speak English most often;
- 93.5% have graduated from high school or beyond and 67.9% have attended or graduated from college or beyond;
- 90.6% are 25 years of age or older, 73.6% are 35 years of age or older, and 54.8% are 45 years of age or older;
- 90.3% have a household income of $30,000 or more, 83.7% have a household income of $40,000 or more, and 75.9% have a household income of $50,000 or more;
- 88.5% live in a household consisting of two or more people, 72.7% live in a household consisting of two to four people, and 56.0% live in a household consisting of three or more people;
- 84.9% live in a Metropolitan CBSA;[2]
- 83.7% are White;
- 76.7% own a home;
- 70.1% live in County Size A or B, with 40.4% living in County Size A;[3]
- 66.8% own a home valued at $100,000 or more and 57.7% own a home valued between $100,000-$499,999;
- 62.6% are married;
- 61.5% have lived at their current address for five years or more; and
- 59.4% work full time.

On average, BCBS Medical Insurance Consumers:[4]

---

[2] Core Based Statistical Areas (CBSAs) consist of the county or counties or equivalent entities associated with at least one core (urbanized area or urban cluster) of at least 10,000 population, plus adjacent counties having a high degree of social and economic integration with the core as measured through commuting ties with the counties associated with the core. The general concept of a CBSA is that of a core area containing a substantial population nucleus, together with adjacent communities having a high degree of economic and social integration with that core. CBSAs are defined by the U.S. Office of Management and Budget to provide a nationally consistent set of geographic entities for the United States and Puerto Rico for use in tabulating and presenting statistical data. Metropolitan Statistical Areas are CBSAs associated with at least one urbanized area that has a population of at least 50,000. The metropolitan statistical area comprises the central county or counties or equivalent entities containing the core, plus adjacent outlying counties having a high degree of social and economic integration with the central county or counties as measured through commuting. Micropolitan Statistical Areas are CBSAs associated with at least one urban cluster that has a population of at least 10,000 but less than 50,000. The micropolitan statistical area comprises the central county or counties or equivalent entities containing the core, plus adjacent outlying counties having a high degree of social and economic integration with the central county or counties as measured through commuting.

[3] Nielsen County Size classifications are based on Census household counts and metropolitan proximity. There are four county size classes, "A," "B," "C," and "D." "A" counties are highly urbanized areas and belong to the 21 largest Metropolitan Statistical Areas. The combined counties contain 40% of United States households. "B" counties are counties not defined as A counties that have more than 85,000 households. The combined counties contain 30% of United States households. "C" counties are counties not defined as A or B counties that have more than 20,000 households or are in Consolidated Metropolitan Areas or Metropolitan Statistical Areas with more than 20,000 households. The combined counties contain 15% of United States households. "D" counties are all counties not classified as A, B, or C counties. They are considered very rural. The combined counties contain 15% of United States households.

© 2017 KCC LLC
Proprietary and Confidential

- are 47 years of age;
- have a household income of $96,024; and
- own a home valued at $272,415.

Compared to the general adult population BCBS Medical Insurance Consumers are:
- 35.8% more likely to work in management, business or finance operations, 34.5% more likely to be managers or professionals, and 21.2% more likely to work in a sales or office occupation;
- 34.3% more likely to have a household income of $150,000 or more, 33.8% more likely to have a household income of $100,000-$499,999, and 29.8% more likely to have a household income of $60,000 or more;
- 29.9% more likely to have graduated from college or beyond;
- 24.7% more likely to own a home valued between $200,000-$499,999, 19.7% more likely to own a home valued at $500,000 or more, and 18.4% more likely to own a home valued between $100,000-$199,999;
- 22.8% more likely to work full time;
- 18.2% more likely to be working women;
- 17.8% more likely to be married;
- 15.4% more likely to own a home;
- 14.4% more likely to be 45-54 years of age, 12.7% more likely to be 35-44 years of age, and 11.1% more likely to be 55-64 years of age;
- 11.2% more likely to be White;
- 9.6% more likely to live in the Midwest Census Region and 7.5% more likely to live in the North East Census Region;
- 9.0% more likely to live in County Size C;
- 8.6% more likely to have lived at their current address for five years or more;
- 7.0% more likely to live in a household consisting of three or four people and 5.5% more likely to live in a household consisting of two people; and
- 5.8% more likely to speak English most often at home.

*Source: 2016 MRI Doublebase Study*

---

[4] The average age for U.S. adults is 47, the average household income is $78,940, and the average home value is $259,873.

## Media Selection

To create the optimal notice program, we evaluated the strengths and weaknesses of the various media, as well as their reach and frequency potential, composition, format/content and efficiencies. Our recommended media mix provides:

- broad national coverage into the largest cities as well as the smallest towns throughout the nation;

- repeat notice exposures as a result of the overlapping media audiences;

- a written summary of key information that may be easily referred to or passed on to others as a result of placements in some of the largest and most well-read publications in the country;

- a variety of editorial and digital formats to extend reach among different Class demographic segments;

- a direct link to the case website through the email notice, internet banner notices, and social media advertising;

- opportunities for potential Class members to see and share information via social media platforms; and

- easy access to the notice documents through an established case website.

## Individual/Direct Notice

**Email Notice**

- An Email Notice containing a summary of the settlement in the body of the email, as well as a link to the settlement website will be sent to all available email addresses.

- It is our understanding that email addresses are available for approximately five million Class members.

- Approximately 5.0% of the Class (or four million Class members) are expected to be reached through the email notice effort.

**Mailed Notice**

- A Double Postcard Notice will be mailed to all available postal addresses.

- It is our understanding that postal addresses are available for approximately 50 million Class members.

- Prior to mailing, the names and addresses will be:
    - Checked against the United States Postal Service (USPS) National Change of Address (NCOA)[5] database;
    - Certified via the Coding Accuracy Support System (CASS);[6] and
    - Verified through Delivery Point Validation (DPV).[7]

- Notices returned as undeliverable will be re-mailed to any address available through postal service information.
    - For example, to the address provided by the USPS on returned pieces for which the automatic forwarding order has expired, but is still during the period that the USPS returns the piece with the new address indicated.

- Any returned mailing that does not contain an expired forwarding order with a new address indicated may be researched through a third party look-up service, if applicable.

- Approximately 60.8% of the Class (or 48.6 million Class members) are expected to be reached through the postal notice effort.

Depending upon the number of duplicative email and postal addresses, the individual notice effort is estimated to reach 60.8%-65.8% of the Class.

---

[5] The NCOA database contains records of all permanent change of address submissions received by the USPS for the last four years. The USPS makes this data available to mailing firms and lists submitted to it are automatically updated with any reported move based on a comparison with the person's name and last known address.

[6] Coding Accurate Support System is a certification system used by the USPS to ensure the quality of ZIP+4 coding systems.

[7] Records that are ZIP+4 coded are then sent through Delivery Point Validation to verify the address and identify Commercial Mail Receiving Agencies. DPV verifies the accuracy of addresses and reports exactly what is wrong with incorrect addresses.

## Consumer Magazines

To further extend reach among the Class, a third-page notice will be placed in two leading consumer publications among BCBS Medical Insurance Consumers.

| Consumer Magazine | Issuance | Notice Size | # of Insertions |
|---|---|---|---|
| *Good Housekeeping* | Monthly | Third Page | 1 |
| *People* | Weekly | Third Page | 1 |
| **TOTAL** | | | **2** |

The following provides details for each of the recommended consumer magazines:

**GOOD HOUSEKEEPING**

- Circulation: 4,315,307
- Adult Audience: 18,207,000
- Monthly women's magazine featuring articles on women's interest, product testing, recipes, health and more
- Reaches 8.3% of BCBS Medical Insurance Consumers
- Readers are 8.4% more likely to be BCBS Medical Insurance Consumers, as compared to the general adult population
- Extends reach among middle-aged females and homemakers



- Circulation: 3,415,411
- Adult Audience: 41,496,000
- Weekly entertainment magazine featuring celebrity news, biographies and gossip
- Reaches 17.6% of BCBS Medical Insurance Consumers
- Readers are 2.2% more likely to be BCBS Medical Insurance Consumers, as compared to the general adult population
- Provides a large number of pass along readers

| Digital Media |
|---|

According to MRI data, 92.0% of BCBS Medical Insurance Consumers have access to the internet at home using a computer and 90.0% have looked at or used the internet in the last 30 days. Compared to the general adult population, BCBS Medical Insurance Consumers are 5.6% more likely to have access to the internet from home using a computer and 6.5% more likely to have looked at or used the internet in the last 30 days. In addition, 78.4% of BCBS Medical Insurance Consumers have visited a social media site in the last 30 days and BCBS Medical Insurance Consumers are 6.4% more likely to have visited a social media site in the last 30 days, as compared to the general adult population. Furthermore, 64.4% of BCBS Medical Insurance Consumers have visited or used Facebook in the last 30 days, 20.3% have visited Instagram, 16.1% have visited LinkedIn, and 13.4% have visited or used Twitter. Compared to the general adult population, BCBS Medical Insurance Consumers are 6.4% more likely to have used Facebook in the last 30 days, 25.5% more likely to have visited LinkedIn, and 3.8% more likely to have used Twitter. Accordingly, to further extend reach, we recommend an internet media effort.

Using comScore data, we have determined the number of internet impressions necessary to effectively extend reach among likely Class members. Based on our analysis, we recommend purchasing 180 million internet impressions to be distributed over the Google Display Network (GDN), Facebook, Instagram, LinkedIn and Twitter. The impressions will appear on both mobile and desktop devices. The online ads will be targeted to adults 18 years of age or older (Adults 18+), as well as Adults 18+ whose internet behavior shows an interest in health insurance, Blue Cross Blue Shield Association, are in the market for health insurance, or who are likely to have health insurance, as well as on sites with content related to health insurance or Blue Cross health insurance and will include an embedded link to the case website.



- *Google Display Network:* GDN is a vast ad network that reaches over 90% of Internet users and harnesses the power of advertising opportunities to over two million websites, including some of the most-visited websites and most recognizable properties on the entire internet.



- *Facebook:* Facebook is the largest social media platform in terms of both audience size and engagement, with the capability of reaching millions of users daily.

![Instagram]

- *Instagram:* Instagram is a free, online photo-sharing app and social network platform. It allows users to edit and upload photos and short videos. Users can add a caption to each of their posts and use hashtags and location-based geotags to index these posts and make them searchable by other users within the app. Each post by a user appears on their followers' Instagram feeds

and can also be viewed by the public when tagged using hashtags or geotags. Users also have the option of making their profile private so that only their followers can view their posts.



- *Twitter:* Twitter is a free social networking service that allows members to broadcast short posts called tweets. Twitter members can broadcast tweets and follow other users' tweets using multiple platforms and devices. The default settings for Twitter are public, allowing anyone to follow anyone on Twitter.



- *LinkedIn:* LinkedIn is a social networking site designed specifically for the business community. The goal of the site is to allow registered members to establish and document networks of people they know and trust professionally. Over 500 million professional are on LinkedIn.

# Online Claims Video

KCC will develop and produce a video presentation that will provide visual and audio elements that will walk Class members through the claims process and provide a step-by-step guide on how to file a claim. Below are sample screen shots showing how the video may look.



## Response Mechanisms

**Case Website**
- Allows Class members the ability to watch the online claims video, obtain additional information and documents including the Detailed Notice, Summary Notice, Settlement Agreement, and any other information that the parties may agree to provide or that the Court may require
- Prominently displayed in all printed notice materials and accessible through a hyperlink embedded in the email notice and digital media

**Toll-Free Telephone Support**
- Provides a simple way for Class members to obtain additional information about the settlement
- Allows Class members the opportunity to learn more about the case in the form of frequently asked questions and answers
- Allows Class members to request to have more information mailed directly to them
- Prominently displayed in all printed notice materials

.

# Conclusion

Our recommended Notice Plan:
- Was designed by experts who are trained and experienced in their specific area of expertise
- Is consistent with other effective settlement notice programs
- Is consistent with the "desire to actually inform" due process communications standard of *Mullane*
- Provides the best notice practicable
- Meets due process requirements
- Provides the same reach and frequency evidence that courts have approved, is recommended by the FJC, and that has withstood appellate scrutiny, other expert critiques, as well as collateral review
- Leaves no holes or vulnerabilities that would leave the parties open to challenge