October 11, 2017



re: Giotta v Anthem case 15-md-02617

Dear Judge Koh and others:

I am a member of the Anthem class of people that received postcards jammed with data about the class action settlement. I am beyond appalled by this post card legal notice of the settlement of the class action. It is apparent that you desire that as few people who are members of this class file claims. There is no human to talk to on the phone using the phone number given. I tried to fill out the on line form but it doesn't work. There is no way to talk to a real person about the problems.

The on line claim form is extremely difficult to use, from the claim number (use 13 numbers when the claim number on the postcard has 25 numbers, letters and symbols) to the absolute inability of the on line form to take my birthdate. I cannot complete the form because it will not accept my birthdate. What you are saying is just go away - don't file a claim because it will cost us more. The ethics of your approach is abundantly clear.

Would it be possible for you to cram anything else on the postcard? How about providing a magnifying glass as part of the settlement so we can read what is on the card. The instructions on the card say "carefully separate at perforation". To what does that refer? How about a private letter? How about an email address to which we can ask individual questions? Does the lack of these communication devices mean that you do not want to spend the additional money that it would cost? More income for the lawyers!

Where is our privacy? At least a letter would not disclose my personal data to the world. It is quite ironic that the settlement of a data breach case uses non confidential postcards to communicate about the settlement.

I would like to file a claim but it is absolutely impossible. I certainly hope someone, other than the lawyers, are receiving some benefit from this "settlement". I have had to deal with the complete theft of my identity, from my financial data to my social security number and personal information. Does anyone really care?

Thomas H. Frankel

*[signature: Thomas H. Frankel]*