*Stacey A. Talbott*



October 13, 2017

Judge Koh Case System  
United States Courthouse  
280 South First Street, Rm. 2112  
San Jose, CA  95113

In re Anthem, Inc.  
   Data Breach Litigation  
P.O. Box 404012  
Louisville, KY  40233-9821

Re: *In re Anthem, Inc. Data Breach Litigation*  
    Case number 15-md-02617

Dear Judge Koh and Anthem, Inc.:

    In 2015, my husband, son, daughter, mother-in-law, and myself were notified that our personal and medical data held by Anthem, Inc. was breached.

    I understand that under the terms of the settlement we are entitled to a measly two years of credit monitoring.  I believe the settlement should include a lifetime of credit monitoring.  My children were in high school when the data was breach.  Now they have a lifetime of extra burden in monitoring their credit and the possible fraudulent use of their personal identifiers.  The harm cause is a lifetime burden and the settlement should include a lifetime remedy.

    I have never objected to a class action settlement before, nor has any of my family members.

    I do not intend to personally appear and/or testify at the Final Approval Hearing.

    I have not hired an attorney to represent me in this class action lawsuit and no attorney will appear on my or my family's behalf at the Final Approval Hearing.  Nevertheless, I hope that you will seriously consider the comments of those injured by the breach.

Sincerely,

*Stacey A Talbott*  *Stacey Talbott*  
Stacey A. Talbott  
Claim ID: ███████