## Christopher Shaw



October 27, 2017

KCC Settlement Administrator
In re Anthem, Inc. Data Breach Litigation
P.O. Box 404012
Louisville, KY 40233-9821

      Re:   In re: Anthem, Inc. Data Breach Litigation
              Case No.: 5:15-md-02617-LHK

            Re:  ▇▇▇▇▇▇▇▇, Minor
                Identified as part of the Class
            No.: ▇▇▇-▇▇▇▇▇▇▇▇▇▇

Dear KCC Settlement Administrator:

      Please be advised that I am the Participant who is insured with Anthem and ▇▇▇▇▇▇▇▇, my daughter, who is a minor, is covered under my policy as my dependent. ▇▇▇ will not participate in the above referenced lawsuit. Consequently, may this serve as Opt Out Notice.

                                                With kind regards,

                                                Christopher Shaw

CS:lis

cc:  LHK Courtroom Deputy-USDC-Northern District of California
     Robert F. Peckham Federal Bldg.
     280 1st Street, San Jose, California 95113

     ALTSHULER BERZON LLP
     177 Post Street, Suite 300
     San Francisco, California 94108