under judge Koh
prosecutor: Data Breach litigation

- attached letter sent
- never associated with this company before
- mail is from Louisville, KY paid by York, PA
- website said in letter does not leave contact information
  - name
  - email address
- mailing address does not show up on maps (possible map does not exist) show
- website said in letter not to contact court house or clerk for answers
- mail shows court hearing as Feb 1, 2018 says in SAN Jose California under judge Koh website
- court website calendar does not show known case (possible too far in date)
- website and mail given says to reply with response to address or lose benefits
- mail and website may be possible phising attempts to gain information

> in event company exist
> - do not want to associate with case or company who sent letter
> - please remove any association with name and company data Breach ~~or~~ or defendant
> - take name off

more on back →

## in case company exists company is committing forgery

- company is signing name on behalf and only in event of contacting mailing address will name be tak off
- company will sign name as signatory for caus without response to company
- forgery

## phising

- company asks for more information from recipient
- attempting to gain more information and a copy of signature on written document said on website

*attached ~~last~~ letter 4c*

**Court Approved Legal Notice**

**You Can Get *FREE* Credit Monitoring Services To Help Protect You Against the Possible Unlawful Use of Your Personal Information That May Have Been Taken In The ANTHEM DATA BREACH.**

**Other Benefits From the Class Action Settlement May Be Available To You.**

Complete & Return the Attached Claim Form by January 29, 2018.

www.DataBreach-Settlement.com
1-855-636-6136

*Para una notificación en Español, llamar o visitar nuestro sitio web.*

**AAB**

*In re Anthem, Inc.*
*Data Breach Litigation*
P.O. Box 404012
Louisville, KY 40233-9821



PRESORTED
FIRST-CLASS
U.S. POSTAGE
PAID
YORK, PA
PERMIT NO. 12039

Postal Service: Please Do Not Mark Barcode

Claim #: ████

*******AUTO**SCH 5-DIGIT 91766
1278  0561616 / 2246095  3  T3498  5403  0078
Andrew Tantiwassadakra
████

*proof*

*do not allow*

A Class Action Settlement has been proposed in litigation against Anthem, Inc., its subsidiaries and affiliates, and certain Blue Cross and Blue Shield companies relating to the Data Breach that Anthem announced in February 2015. Personal information of approximately 79 million people, which may have included names, birth dates, Social Security numbers, health care ID numbers, home and email addresses, and employment information, was taken during the Data Breach. Plaintiffs claim that Anthem did not adequately protect their personal information and that they were injured as a result of the Data Breach. Defendants deny any wrongdoing. No court or entity has made any judgment or determination of wrongdoing or whether any law has been violated.

**Who is Included?** Records indicate you are included in this Settlement as a Settlement Class Member. Settlement Class Members include people who received a notice about the Data Breach that was announced by Anthem in February 2015; and/or whose personal information was taken during the Data Breach.

**What does the Settlement Provide?** The Settlement establishes a $115 million Settlement Fund to pay for: credit monitoring services, alternative compensation, and out-of-pocket costs to Settlement Class Members who file valid Claim Forms; Fraud Resolution Services for all Settlement Class Members; administrative costs of the Settlement; attorneys' fees and costs; and Service Payments to the named Plaintiffs. Anthem will also change its business practices to enhance the security of data going forward. **Credit Monitoring:** Settlement Class Members may file a Claim Form to receive at least two years of free Credit Monitoring. **Alternative Compensation:** If you already have credit monitoring or identity protection services and will keep them until at least October 30, 2018, you may claim a cash payment (up to $36) instead of Credit Monitoring Services. Alternative Compensation Claims will be paid out of the money remaining in the Settlement Fund after the amount needed to pay valid claims for Credit Monitoring Services and Out-of-Pocket Costs, attorneys' fees and costs, administrative costs, and Service Payments to the Plaintiffs are deducted. The amount of Alternative Compensation payments depends on participation in the claims program. **Out-of-Pocket Costs:** If you believe you had to spend money, or that you lost time or money due to the Data Breach, you may file a claim for reimbursement (up to $10,000). The amount paid for Out-of-Pocket Costs Claims will depend on documentation of your losses and participation in the claims program. Up to $15 million of the Settlement Fund has been designated to pay Out-of-Pocket Cost Claims. **Fraud Resolution:** Regardless of whether you file a Claim Form, you may access Fraud Resolution Services after the Settlement becomes final. The Settlement will not become final until the Effective Date. The earliest possible Effective Date is March 5, 2018. Please check www.DataBreach-Settlement.com or call toll free 1-855-636-6136 after March 5, 2018, to determine whether the Effective Date has occurred, and to obtain an Engagement Number and instructions on how to access the Fraud Resolution Services.

**Your Other Options**. If you file a Claim Form, object to the Settlement or do nothing, you are choosing to stay in the Settlement Class. This means you will be legally bound by all orders of the Court and you will not be able to start, continue or be part of any other lawsuit against Defendants or any other person or entity (with certain limited exceptions) relating to the Data Breach. If you don't want to be legally bound by the Settlement or receive any benefits from it, you must exclude yourself by **December 29, 2017**. If you do not exclude yourself, then you may object to the Settlement if you are not satisfied with its terms.

**The Fairness Hearing**. The Court has scheduled a hearing in this case (*In re Anthem, Inc. Data Breach Litigation*, Case No. 15-md-02617) for **February 1, 2018**, to consider: whether to approve the Settlement, up to $597,500 as Service Payments for the named Plaintiffs, up to $37.95 million as attorneys' fees and up to $3 million as litigation costs; as well as any objections. These payments, fees and costs will come out of the Settlement Fund. You or your attorney may attend and ask to appear at the hearing by mailing a "Notice of Intent to Appear" to the Court by **December 29, 2017**, but you do not have to.

**This Notice is only a summary**. More information on filing a claim, objecting or excluding yourself from the Settlement, and the terms and benefits of the Settlement, is available in the detailed notice and Settlement Agreement at www.DataBreach-Settlement.com.