TO:  The Honorable Judge Koh,
 Case System Administrator
 United States Courthouse
 280 South 1st Street, Room 2112
 San Jose, California 95113

Date: October 29, 2017

Re:  Anthem Data Breach case # 15-md-02617

From:  Ann Booth Deibel
 ███████████████████
 ███████████

I would like to go on record as objecting to the settlement for this class action lawsuit.

I received a letter of apology from Anthem for the breach on March 30, 2015. I was also offered credit monitoring from All Clear ID as a result. In addition I received legal notice about this settlement (Claim number ████████████) so I believe I am rightfully a member.

I have never previously objected to a class action settlement before but I feel the need to this time, as I do not think the settlement is satisfactory. While being monitored by All Clear ID my information was hacked again through the attack on Equifax. So I am wondering how effective the monitoring is. Equifax has also offered a monitoring service since their breach. I realize these are two separate cases but Anthem has clearly not done enough to monitor and protect my information or it wouldn't have happened again.

The disheartening thing about these lawsuits is that the law firms are the greatest beneficiary....not the folks that were compromised. Personally, I think there should be fantastic penalty so that all these companies will wake up and figure out what it will take to protect us all from these cyber attacks. Another year of monitoring, or $36????? That is not a very loud statement.

I am not able to personally appear and testify at the Final Approval Hearing; I live on the opposite coast. No attorney is representing me. I am not exempting myself

from the settlement. I am simply asking you, Judge, to hit them way harder than this.

By way of this letter, I am also notifying the court and the Anthem Settlement Administrator that the address to which this notification was mailed is a part-time residence. My other residence is ██████████████████ ██████ ██ ████

Sincerely,

*[signature]*

Ann B. Deibel

Cc: The Settlement Administrator
   In Re Anthem Inc
   P.O. Box 404012
   Louisville, KY 40233-9821