October 20, 2017

Attention:
LHK Courtroom Deputy
United States District Court for the Northern District of California
Robert F. Peckham Federal Bldg.
280 1st Street San Jose, CA 95113

Re: In re: Anthem Data Breach Litigation, 5:15-MD-02617

On behalf of my daughter, ▮▮▮▮▮▮▮▮, who received the settlement notice, I am writing to object to the terms of the settlement as I don't believe the terms address the two important issues in a settlement:  restitution and prevention of future misdeeds.

My daughter does not need a year or two of identity monitoring because of Anthem's lack of care. She needs a <u>lifetime</u> of identity theft <u>insurance</u> to cover the significant costs of the breach.

To attempt restitution with a 2 year solution valued at less than $40, and likely purchased from a vendor who <u>also</u> has been shown to have lax security standards, is entirely inadequate.

Once the information is improperly disclosed, it can cause injury forever.

Because my family has no choice but to remain Anthem customers (it's our only source of health insurance), what we need is trust that Anthem will be following best practices. Rather than pay some $39 million to lawyers and give a functionally <u>useless remedy</u> for the class members, I propose something that actually will protect us, and as a professional technologist, I am happy to testify accordingly.

The court should instead require Anthem to submit to **public security audits** on a yearly basis, available to independent journalists to verify compliance with industry standards. That would cost much less and actually keep us safe.

Sincerely,

*[signature]*
Dr. Luis Ricardo Prada
▮▮▮▮▮▮▮▮

▮▮▮▮▮▮
▮▮▮▮▮▮▮