

November 13, 2017

In re Anthem, Inc. Data Breach Litigation
P.O. Box 404032
Louisville, KY. 40233-4032

Subject:        **Notification of Exclusion from Settlement Class**

Gentlemen:

As per your Notice of Anthem Data Breach Class Action Settlement notification, **be advised that I do not wish to be included in the settlement class.** I wish to retain my right to sue the Defendant for their data breach of my confidential personal information.

Requested information as follows:

1. Name and case number – In re Anthem, Inc. Data Breach Litigation
2. Full Name and Address –
   Louis Hose
   
3. Explanation for class membership – I am a long time employee (29 years) of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. These entities have used Anthem as the health care plan administrator for many years. I was officially notified of the Anthem data breach by my corporate office and that my personal information had been breached and released to parties unknown based upon the failures of Anthem to safeguard the data. The proposed settlement with no admission of wrongdoing is an obviously unacceptable.
4. Notification of Exclusion – I do not wish to be part of the class action settlement.

Sincerely,

*[signature]*

Louis V. Hose

Cc: Judge Koh Case System Administrator