1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| *In Re Anthem, Inc. Data Breach Litigation* | Case No: 15-md-02617-LHK (NC) <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO PROVISIONALLY FILE UNDER SEAL PORTIONS OF:** <br><br> **(1) PLAINTIFFS' MEMORANDUM IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT;** <br><br> **(2) PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR ATTORNEYS' FEES, LITIGATION EXPENSES, AND SERVICE AWARDS TO CLASS REPRESENTATIVES** <br><br> **(3) DECLARATION OF EVE H. CERVANTEZ IN SUPPORT OF FINAL SETTLEMENT APPROVAL, SERVICE AWARDS TO NAMED PLAINTIFFS, AND AN AWARD OF ATTORNEYS' FEES AND COSTS** |

Having considered Plaintiffs' Administrative Motion to Provisionally File Under Seal Portions of: (1) Plaintiffs' Memorandum in Support of Final Approval of Class Action Settlement; (2) Plaintiffs' Memorandum in Support of Motion for Attorneys' Fees, Litigation Expenses, and Service Awards to Class Representatives; and (3) Declaration of Eve H. Cervantez in Support of Final Settlement Approval, Service Awards to Named Plaintiffs, and an Award of Attorneys' Fees and Costs; and the papers filed in connection therewith, the Court hereby GRANTS Plaintiffs' motion.  The unredacted versions of these documents shall remain provisionally under seal until December 8, 2017, by which time the parties must file a Joint Motion to Seal Pursuant to Civil Local Rule 79-5(e) and the Court's Order on Procedures for Administrative Motions to File Under Seal (Dkt. No. 325).

**IT IS SO ORDERED.**

Dated: _____, 2017

_____
The Honorable Lucy H. Koh
U.S. DISTRICT COURT JUDGE