November 24, 2017



## **Notification of Exclusion**

To Whom It May Concern:

This letter is to exclude my entire family from the Anthem Data Breach settlement case number 15-md-02617. The individuals covered by this letter are: Erika Stone, John Stone, ▓▓▓▓▓▓▓▓▓ and ▓▓▓▓▓▓▓. My entire family resides at ▓▓▓▓▓▓▓▓▓▓▓ and we can be reached at ▓▓▓▓▓▓▓. My entire family was covered by the same insurance policy, but the only family member notified of this proposed settlement was ▓▓▓▓▓▓▓.

There are several reasons why we want to be excluded from this settlement.

1. The settlement is insufficient because a data breach can have an impact past the two-year duration of free credit monitoring. Furthermore, credit monitoring only warns of a potential problem and doesn't prevent the fraud from occurring.
2. The proposed settlement fees paid to the class Counsel are excessive. The class Counsel is the only group of individuals that will benefit from this case and any of the individuals defrauded by this data breach in the future will have to deal with the consequences on their own.
3. The legal team responsible for notifying individuals impacted by the data breach has done a poor job. My daughter ▓▓▓▓▓▓▓ was the only person in my family that received the post card notice of this settlement.
4. Out-of-Pocket Costs Claims received after $15 million has already been claimed will be denied. Limiting the total amount of claims is unacceptable because this data breach could have an impact on individuals many years in the future.

My family has not objected to a class action settlement in the past 3-years. In addition, we do not plan on attending the final approval hearing and we reserve our right to sue the defendants in the future.

Sincerely,

*[signature: John Stone]*   *[signature: Erika Stone]*

John Stone             Erika Stone

11/24/17               11/24/17