Alex Andrianopoulos

November 11, 2017

Judge Koh Case System Administrator
United States Courthouse
280 South 1st Street, Room 2112
San Jose, CA 95113



CC: The Settlement Administrator

**RE: In re Anthem, Inc. Data Breach Litigation, case number 15-md-02617**

Dear Judge Koh,

I am writing to object to the proposed settlement in the above mentioned case.

I am a member of the settlement class, as I received a notice from Anthem notifying me of the data breach and that my personal information may have been stolen by the actors behind such breach.

The reason I object is because is because I believe that the proposed amount for attorney fees – up to $37.95 million—in addition to reimbursement of expenses of up to $3 million, is unreasonably high and not commensurate to the time and effort placed by the attorneys.

As a result, I respectfully request you deny approval to the proposed settlement agreement and request you compel the attorneys to reduce the required amount to a reasonable amount, not exceeding $5 million.

I intend to personally appear and testify at the Final Approval Hearing and I would request that the administrators of Class Counsel, with knowledge of and responsibility for the accurate and truthful recording of time spent by Class Counsel on the proposed settlement and associated activity, testify at the Final Approval Hearing.

I have not objected to any other class action settlement during the last three years.

Sincerely,

Alex Andrianopoulos