FILED DEC 2017
SUSAN Y. SOONG
CLERK, U.S. [DISTRICT COURT]
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Nov. 29, 2017

Dear Clerk,

I am writing re Case # 5:15-MD-02617-LHK, IN RE ANTHEM INC., DATA BREACH LITIGATION.

I've just now learned of this case and settlement from the Sept. 1, 2017 DAILY JOURNAL, "Verdicts + Settlements," page 2 & 8.

I am a customer of Anthem, and was so at the data breach period that the case concerns. The above case was a class action and was settled for $115 million. I assume I am a class member.

I would like to claim any portion of the settlement that may be due me as a class member. I can verify myself as a customer of Anthem with my Anthem insurance card.

Can you please apprise me?

Thank you.

Sincerely,
Eva Contreraz
POB 5103/C45857
Delano, CA 93216