Case 5:15-md-02617-LHK   Document 923-1   Filed 12/04/17   Page 1 of 2

**Kern Valley State Prison**

Name: EVA CONTRERAZ  CDCR#: C45857
Facility: C  Bldg.: 2  Cell: 210
P.O. Box: 5103
Delano, CA 93216

Inmate Indigent Mail

CLERK,
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 S. FIRST ST., #2112
SAN JOSE, CA 95113-3008

Kern Valley State Prison
Facility C, Building 2

"CONFIDENTIAL"

11-29-17

UNAUTHORIZED ITEMS

- No mail over 13 ounces in weight. No padded/cushioned envelopes
- No musical or homemade greeting cards (No 3-D Cards)
- No receipts/birth certificates/marriage license/food/clothing/etc.
- No Cash/travelers checks/foreign currency
- No ID Cards/Business Cards/Credit Cards/Phone Cards/etc.
- No gang signs or gang related material
- No Polaroid's/slides/negatives/photo albums
- No items depicting drugs/nudity/sexually explicit material
- No tattoo patterns/trading paper/card stock/cardboard
- No jewelry/glitter/stickers/labels/lipstick/perfume/etc.
- No 3rd party mail. No pens or pencils.

AUTHORIZED ITEMS

* Greeting cards - limit 10 w/attached plain white envelope
* 40 postage stamps, 40 envelopes (no hand stamped or metered envelopes)
* 300 sheets of white or yellow lined paper (not cotton paper or color paper)
* 15 photographs (ASU - limit 5) no altered photos
* Checks/Money Orders with I/M Name and CDCR#
* Calendars - not to exceed 12 x 12 unopened
* Manila envelopes - limit 10 (clasp removed)

List is provided as a courtesy and does not reflect all restrictions or policies.