# Schulman Decl.

# EXHIBIT B

| Timekeeper | Firm | Rate | Hours Billed | Fees |
|---|---|---|---|---|
| Amy L. Owen | Bonnett | $275 | 287.9 | 79172.5 |
| Lauren Burton | Boucher | 185 | 707.6 | 130906 |
| Kourney Hennard | Branstetter | 385 | 66.7 | 25679.5 |
| Christina M. Osbourne | Branstetter | 410 | 596.9 | 244729 |
| Brian Beirne | Cohen | 245 | 803.9 | 196955.5 |
| Michael Clarke | Cohen | 285 | 121.5 | 34627.5 |
| Ross F. Coker | Cohen | 245 | 477 | 116865 |
| Shunita Craig | Cohen | 275 | 795 | 218625 |
| David A. Feldstein | Cohen | 280 | 442.5 | 123900 |
| Erik N. Frias | Cohen | 385 | 494.2 | 190267 |
| Kendra Hart | Cohen | 390 | 267.3 | 104247 |
| Derek Hora | Cohen | 245 | 820.2 | 200949 |
| John H. Lanou | Cohen | 400 | 354.6 | 141840 |
| Molly M. Malloy | Cohen | 275 | 40 | 11000 |
| Deborah L. Napier | Cohen | 495 | 23.8 | 11781 |
| Jaime A. Riera-Seivane | Cohen | 450 | 432.4 | 194580 |
| Pamela L. Smith | Cohen | 495 | 462.2 | 228789 |
| Donna F. Solen | Cohen | 420 | 152.8 | 64176 |
| Ariam M. Tsighe | Cohen | 245 | 41.5 | 10167.5 |
| Marcus McElhenney | Gibbs | 350 | 1656.7 | 579845 |
| Patrick Nagler | Gibbs | 375 | 87 | 32625 |
| Tanya Ashur | Lieff | 415 | 48 | 19920 |
| Evan Ballan | Lieff | 345 | 18.6 | 6417 |
| Corey Bennett | Lieff | 415 | 19 | 7885 |
| James Gilyard | Lieff | 415 | 1015 | 421225 |
| Eva Guo | Lieff | 415 | 1530.5 | 635157.5 |
| James Leggett | Lieff | 415 | 32 | 13280 |
| Phi Anh Nguyen | Lieff | 415 | 2317 | 961555 |
| Donna Solen | Lieff | 415 | 486.5 | 201897.5 |
| Stacy Kabele | Lockridge | 325 | 387.2 | 125840 |
| Greg Stuart | Schubert | 390 | 2230.1 | 869739 |
| Elizabeth Newman | Schubert | 350 | 1572.7 | 550445 |
| Hal Cunningham | Scott | 625 | 1.9 | 1187.5 |
| Katie Shank | Scott | 400 | 545.1 | 218040 |
| Adam Almen | Zimmerman | 300 | 162.3 | 48690 |
| Total | | | 19497.6 | 7023005 |
| Blended rate | | | | 360 |