Judge Koh Case System Administrator

United States Courthouse

280 south 1st Street, Room 2112

San Jose, CA 95113

Robert Grondona



12/21/2017

OBJECTION TO SETTLEMENT

In re Anthem Inc Data Breach Litigation case number 15-md-02617

1. I am a settlement class member (I am a named plaintiff in this case).
2. I object to the following provisions of the settlement:
    a. The settlement defines "released claims" to include any claims arising from "any of the facts alleged in any of the Actions." I am informed and believe that the existence of a 2011 data breach was alleged in at least one of the actions. I have extensive claims against both Anthem and other third parties (large companies with no connection to the health care industry who are not part of this settlement) arising from the 2011 breach. I am informed and believe that my identity has been used to run a money laundering operation, aided and abetted by money transmitters, who profited handsomely off large financial transactions conducted using my stolen identity. This settlement would not allow me to claim expenses arising from the 2011 breach but still would prevent me from suing either Anthem, or those third parties for damages from the 2011 breach. I am certain that this was not the intended outcome.
    b. The settlement (section 13.1) states that this settles claims against every person or entity OTHER THAN the cyber attackers and subsequent "persons or entities that intentionally misuses the Personal Information stolen in the Data Breach for unlawful purpose." This effectively prevents me from suing other third parties (who are not parties to this case) who handled or used my personal information unless their conduct is intentionally criminal. This prevents me from pursuing, e.g. a negligence cause of

   action against third party entities who profited from use of my personal information by criminals.
3. I have never previously objected to any class action settlement.
4. I intend to personally appear at the final approval hearing and want to testify if the court will be addressing my objections.
5. I am represented by (class action attorney)
6. I do not know if my attorney listed above will discuss these objections on my behalf but I believe he will likely attend the hearing as he is one of the class attorneys listed.
7. I would be the only witness testifying regarding the issues raised in this objection.
8. Additional information: I have also turned in a Conditional exclusion from this litigation, to be operative ONLY if this objection is overruled.

DATE: _____  12/22/17

Robert Grondona