UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANTHEM, INC. DATA BREACH LITIGATION | Case No. 15-MD-02617-LHK<br><br>**ORDER DIRECTING PLAINTIFFS' COUNSEL OR SETTLEMENT ADMINISTRATOR TO CONTACT CLASS MEMBER** |

On January 10, 2018, chambers received a telephone call from Ms. McIlvain, a class member in this action. Ms. McIlvain reported that she has encountered considerable difficulties in signing up for credit monitoring services offered to class members as a part of the settlement in this action. *See* ECF Nos. 903, 869-6. Ms. McIlvain, who is vision-impaired and cannot use a computer, reported that she has tried to call the phone number provided on the notice card to class members but despite trying that number and other numbers that were provided to her, she has been unable to successfully register for credit monitoring services.

The Court hereby ORDERS Plaintiffs' counsel or the Settlement Administrator to contact Ms. McIlvain to assist her in registering for credit monitoring services. For privacy reasons, the

1

Case No. 15-MD-02617-LHK
ORDER DIRECTING PLAINTIFFS' COUNSEL OR SETTLEMENT ADMINISTRATOR TO CONTACT CLASS MEMBER

1  Courtroom Deputy will email Ms. McIlvain's telephone number to counsel rather than filing it
2  publicly in this order.
3  **IT IS SO ORDERED.**

5  Dated: January 10, 2018

*Lucy H. Koh*
LUCY H. KOH
United States District Judge