# Leona Boone



December 28, 2017

Judge Koh Case System Administrator
United States Courthouse
280 South 1st Street, Room 2112
San Jose, CA 95113

Re: In re Anthem, Inc. Data Breach Litigation
(Case No.15-md-02617)
<u>Notice of Objection to Settlement</u>

I am a class member in the above-captioned case because I received a postcard confirming my eligibility. My attorney (George W. Cochran, 1385 Russell Drive, Streetsboro, Ohio 44241) helped me prepare this objection. He will enter his appearance once he finds a local attorney to sponsor his admission pro hac vice. To the best of my recollection, I have not objected to another class action settlement in the last five years. I object to the proposed settlement and fee request on the following grounds:

1. The procedure for cash reimbursement of out-of-pocket losses is needlessly prohibitive, intentionally vague, predominately individual and inexplicably limited to four years.
2. Though the vast majority of class members will not qualify for cash reimbursement, they are expected to release their claims without sufficient compensation or adequate representation among the named plaintiffs.
3. The disparity of benefits between the foregoing subclasses creates an intraclass conflict.
4. The predominance requirement cannot be met because the affected state consumer-protection statutes vary in their coverage.
5. The foregoing roadblocks to legitimate claims implicates class counsel's self-dealing, in opposition to their duty of exclusive loyalty to the class.
6. Application of this Court's relevant factors shows the fee request is also excessive.

I reserve the right to supplement my objections with legal authority. I also join in all other objections to the proposed settlement and fee request filed in this case. Finally, I do not plan to attend the fairness hearing.

Sincerely,

*Leona Boone*
Class Member/Objector

Leona Boone

Judge Koh, Case System Administrator
United States Courthouse
280 South 1st Street - Room 2112
San Jose, CA 95113

U.S. POSTAGE
PAID
OXNARD, CA
93036
DEC 29, 17
AMOUNT



$0.00