United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANTHEM, INC. DATA BREACH LITIGATION | Case No. 15-MD-02617-LHK<br><br>**ORDER ADVANCING HEARING ON MOTION TO APPOINT SPECIAL MASTER**<br><br>Re: Dkt. No. 929 |

On August 25, 2017, the Court set a Final Approval Hearing for February 1, 2018 at 1:30 p.m. ECF No. 903 at 6–7. On December 1, 2017, Plaintiffs filed their Motion for Final Approval of Class Action Settlement and their Motion for Attorneys' Fees, Litigation Expenses, and Service Awards to Class Representatives. ECF No. 916.

On January 4, 2018, Objector Adam Schulman filed a Motion to Appoint Special Master in connection with Plaintiffs' motion for attorneys' fees, and a hearing was set for April 5, 2018 at 1:30 p.m. ECF No. 929. Although there has been no request to shorten time and advance the April 5, 2018 hearing, the Court ADVANCES the hearing on the Motion to Appoint Special Master from April 5, 2018 at 1:30 p.m. to February 1, 2018 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: January 24, 2018

*Lucy H. Koh*
LUCY H. KOH
United States District Judge