# EXHIBIT A

| | Objection or Comment | ECF No(s). or KCC Reply Declaration Exhibit | Date Filed or Received by KCC | Postmark Date | Pages of Reply Brief in Support of Final Approval ("Final Approval Br.") or Reply Brief in Support of Motion for Award of Attorneys' Fees and Litigation Expenses ("Fee Br.") Responding to Objection |
|---|---|---|---|---|---|
| 1. | Objection from Alex Andrianopoulos | 921 | 12/14/2017 | 11/14/2017 | Fee Br. 9 |
| 2. | Objection from Leona Boone | 939 | 12/29/2017 | 12/29/2017 | Final Approval Br. 5-6, 10, 15 |
| 3. | Comment from John A. Cappellini | 908 | 10/16/2017 | Letter Dated: 10/13/2017 | Final Approval Br. 12 |
| 4. | Objection from Amitabho Chattopadhyay | 919 | 12/12/2017 | Letter Dated: 12/05/2017 | Final Approval Br. 7, 9-11, 13-14 |
| 5. | Comment from Dale Chott | Ex. B | 11/28/2017 | 11/21/2017 | Final Approval Br. 12 |
| 6. | Objection from Andrew and Dannette Coddington | 927 927-1 927-2 | 12/29/2017 | Letter Dated: 12/29/2017 | Fee Br. 2 |
| 7. | Comment from Eva Contreraz | 923 | 12/04/2017 | 11/30/2017 | N/A |
| 8. | Objection from Sean D. Cowdrey | 930 | 1/02/2018 | Letter Dated: 12/29/2017 | Final Approval Br. 4, 8 |
| 9. | Objection from Ann Booth Deibel | 912 | 11/06/2017 | 10/31/2017 | Final Approval Br. 10; Fee Br. 9 |
| 10. | Objection from Ann Douglas | Ex. C | 1/05/2018 | 12/07/2017 | Final Approval Br. 9 |
| 11. | Comment from Marna Drum | Ex. D | 11/27/2017 | Letter Dated: 11/20/2017 | Final Approval Br. 12; Fee Br. 9 |

| | Objection or Comment | ECF No(s). or KCC Reply Declaration Exhibit | Date Filed or Received by KCC | Postmark Date | Pages of Reply Brief in Support of Final Approval ("Final Approval Br.") or Reply Brief in Support of Motion for Award of Attorneys' Fees and Litigation Expenses ("Fee Brief") Responding to Objection |
|---|---|---|---|---|---|
| 12. | Objection from Madonna Graham | Ex. E | 1/12/2018 | Letter Dated: 12/05/2017 | Final Approval Br. 4 |
| 13. | Objection from Robert Grondona | 931 | 1/02/2018 | Letter Dated: 12/22/2017 | Final Approval Br. 13-14 |
| 14. | Comment from Thomas H. Frankel | 906 | 10/16/2017 | Letter Dated: 10/11/2017 | Final Approval Br. 12 |
| 15. | Comment from Louis V. Hose | 914 | 11/17/2017 | Letter Dated: 11/13/2017 | N/A |
| 16. | Objection from Marie Hurt | Ex. F | 12/04/2017 | 11/10/2017 | Final Approval Br. 10, 12; Fee Br. 9 |
| 17. | Objection from Kelly Kress | 925 | 12/29/2017 | Letter Dated: 12/29/2017 | Final Approval Br. 3-5, 11; Fee Br. 4-5, 7, 15 |
| 18. | Objection from Teresa Mayo | 932 | 1/02/2018 | Letter Dated: 12/27/2017 | Final Approval Br. 13; Fee Br. 9 |
| 19. | Objection from Sharon McClellan | 922 | 12/14/2017 | 12/05/2017 | Final Approval Br. 4 |
| 20. | Objection from Timothy John Mitchell | Ex. G | 12/04/2017 | 11/13/2017 | Final Approval Br. 4, 10 |
| 21. | Objection from Joseph Orlowske | 933 | 1/02/2018 | Letter Dated: 12/29/2017 | Final Approval Br. 4, 8, 10 |
| 22. | Objection from Daniel Pflug | 934 | 1/02/2018 | 12/28/2017 | Final Approval Br. 4 |

| | Objection or Comment | ECF No(s). or KCC Reply Declaration Exhibit | Date Filed or Received by KCC | Postmark Date | Pages of Reply Brief in Support of Final Approval ("Final Approval Br.") or Reply Brief in Support of Motion for Award of Attorneys' Fees and Litigation Expenses ("Fee Brief") Responding to Objection |
|---|---|---|---|---|---|
| 23. | Objection from Luis Ricardo Prada | 913 | 11/09/2017 | Letter Dated: 10/20/2017 | Final Approval Br. 4-5 |
| 24. | Objection from Adam Schulman | 924<br>924-1<br>924-2<br>924-3<br>924-4<br>924-5<br>924-6<br>924-7<br>924-8 | 12/29/2017 | Letter Dated: 12/29/2017 | Final Approval Br. 11; Fee Br. *passim* |
| 25. | Comment from Christopher Shaw | 910 | 10/31/2017 | Letter Dated: 10/27/2017 | N/A |
| 26. | Comment from John Stone and Family | 920 | 12/04/2017 | Letter Dated: 11/24/2017 | Final Approval Br. 12; Fee Br. 9 |
| 27. | Objection from Stacey A. Talbott | 907 | 10/16/2017 | Letter Dated: 10/13/2017 | Final Approval Br. 4 |
| 28. | Comment from Andrew Tantiwassadakra | 911 | 10/31/2017 | --- | N/A |
| 29. | Comment from Jeffery Walton | 904<br>904-1 | 10/10/2017 | 10/06/2017 | N/A |
| 30. | Objection from Jeffrey Walton | 936 | 1/02/2018 | 12/29/2017 | Final Approval Br. 7-8, 12 |
| 31. | Objection from Eric James Ziecker and Family | Ex. H | 10/19/2017 | 10/16/2017 | Final Approval Br. 4, 6, 7, 9-10 |