EXHIBIT B

**Data Breach Class Actions**  
Settlements with Classes Over 15 Million

Page **1** of 2

| Case | Class Members | Monetary Fund | Credit Monitoring | Non-Monetary Relief |
|---|---|---|---|---|
| *In re: Target Corporation Customer Data Security Breach Litig.*, No. 14-MD-02522 (D. Minn.) *"Consumer Plaintiffs." Final approval on November 17, 2015. Preliminarily approved on March 19, 2015. Eighth Circuit remanded for district court to conduct more rigorous analysis. Published opinion 2/1/17. District Court granted Consumer Plaintiffs' Renewed Motion to Certify Class in Accordance with Limited Remand Order on 5/17/17. That order has been appealed, and is under submission before the Eighth Circuit as of 12/4/17. | ~110 mil. | $23,320,816 | Not mentioned. | Yes |
| *In re: Heartland Payment Systems, Inc. Customer Data Security Breach Litigation,* No. 4:09-md-02046 (S.D. Tex.) (Consumer Track) Final approval: March 20, 2012. | 130 million | $4,541,192.50 | None | Yes |
| *In re: The Home Depot, Inc., Customer Data Sec. Breach Litig.*, No. 1:14-MD-2583 (N.D. Ga.) Final approval: August 23, 2016. Appeal voluntarily dismissed. | ~40 mil (who had payment card data stolen) ~52 mil who had email address stolen (with some overlap between the two groups) | $27,203,422.99* | Yes | Yes |
| *In re Sony Gaming Networks and Customer Data Security Breach Litigation*, No. 3:11-md-02258 (S.D. Cal.) | 60 million | $19,000,000* | None | None |

**Data Breach Class Actions**  Page **2** of **2**
Settlements with Classes Over 15 Million

| Case | Class Members | Monetary Fund | Credit Monitoring | Non-Monetary Relief |
|---|---|---|---|---|
| Final approval granted May 4, 2015. Preliminary approval granted July 10, 2014. | | | | |
| *In re: Countrywide Financial Corp. Customer Data Security Breach Litigation,* No. 3:08-MD-01998 (W.D. Ky.)<br><br>Final approval granted Aug. 23, 2010. | 17 million | $10,126,500[*] | Yes | None |
| *In re TJX Cos. Retail Security Breach Litigation,* No. 1:2007-cv-10162 (D. Mass.)<br><br>Final approval granted Sept. 2, 2008. | 100 million | $24,500,000[*] | Yes | Yes |

[*] **Figure does not include notice and administration costs which are not publicly available.**