# EXHIBIT C

English | Español
Return to equifax.com

# Cybersecurity Incident & Important Consumer Information

Enroll Now

to Protect & Monitor Credit — FREE for everyone in the U.S.

Need help? Contact Us

- Menu
- Home
- Consumer Notice
- Lock or Freeze
- Announcements
- FAQs
- Contact

Need help? Contact Us

## Read the Consumer Notice

Read more about the Notice of Data Breach and important state information.

## Am I Impacted?

How to determine if your personal information may have been impacted by this incident.

# Am I Impacted?

If you have a U.S. Social Security number, you can see if your personal information has been impacted.

1. Click the "Am I Impacted?" button below
2. Provide your last name and the last six digits of your Social Security number and submit.

Note: Because we do not store this information during this step, you may have to enter this information multiple times to validate your identity throughout the TrustedID Premier enrollment process.

Anyone with a U.S. Social Security number can enroll in TrustedID Premier, even if your personal information was not impacted, for FREE through Wednesday, January 31, 2018.

Am I Impacted?

On October 2, 2017, Equifax announced that additional consumers may have been impacted. To minimize confusion, Equifax will mail written notices to all of the additional potentially impacted U.S. consumers

identified since the Sept. 7 announcement. The feature "Am I Impacted?" has been updated to reflect the additional impacted U.S. consumers.

## What Can I Do?

You can enroll to protect & monitor credit for free.

# What Can I Do?

**You Can Enroll to Protect & Monitor Credit for Free**

To help consumers determine if their information has been potentially impacted we are offering a complimentary identity theft protection and credit file monitoring product, called **TrustedID Premier**.



**Interested in free identity theft protection & credit file monitoring?**

Yes, Enroll Now

## Learn About the TrustedID Offerings

TrustedID Premier includes five separate offerings, all complimentary.

# Learn About the TrustedID Offerings

TrustedID Premier includes five separate offerings, all complimentary. To sign up for credit file monitoring and identity theft protection click here to enroll.

**Equifax Credit Report**
Copies of your Equifax Credit Report.
**Equifax Credit Report Lock 1**
Allows you to prevent access to your Equifax credit report by third parties, with certain exceptions.
**3 Bureau Credit File Monitoring 2**
Credit file monitoring and automated alerts of key changes to your Equifax, Experian and TransUnion credit files.
**Social Security Number Monitoring 3**
Searches suspicious web sites for your Social Security number.
**$1M Identity Theft Insurance 4**
Up to $1 million in ID theft insurance. Helps pay for certain out-of-pocket expenses in the event you are a victim of identity theft.

1. Locking your credit file with Equifax Credit Report Control will prevent access to your Equifax credit file by certain third parties, such as credit grantors or other companies and agencies. Credit Report Control will not prevent access to your credit file at any other credit reporting agency, and will not prevent access to your Equifax credit file by companies like Equifax Global Consumer Solutions which provide you with access to your credit report or credit score or monitor your credit file; Federal, state and local government agencies; companies reviewing your application for employment; companies that have a current account or relationship with you, and collection agencies acting on behalf of those whom you owe; for fraud detection and prevention purposes; and companies that wish to make pre-approved offers of credit or insurance to you. To opt out of such pre-approved offers, visit www.optoutprescreen.com.
2. Credit monitoring from Experian and TransUnion will take several days to begin.
3. SSN Monitoring attempts to scan internet sites where consumers' personal information is suspected of being bought and sold, and periodically adds new sites to those it searches. However, the internet addresses of these suspected internet trading sites are not published and frequently change, so there is no guarantee that Identity Protection provided by Equifax is able to locate and search every possible internet site where consumers' personal information is at risk of being traded.
4. Identity theft insurance underwritten by American Bankers Insurance Company of Florida or its affiliates. The description herein is a summary and intended for informational purposes only and does not include all terms, conditions, and exclusions of the policies described. Please refer to the actual policies for terms, conditions and exclusions of coverage. Coverage may not be available in all jurisdictions.

## Enrollment Steps

To enroll and activate follow these enrollment steps by Wednesday, January 31, 2018.

# Enrollment Steps

To enroll and activate your complimentary identity theft protection and credit file monitoring product, called TrustedID Premier, please follow the steps outlined below. We ask for your cooperation in adhering to this process so that we can enroll all consumers who sign up as quickly as possible. Click here to enroll.

The enrollment period ends on Wednesday, January 31, 2018.

1. **Step One**
   When you begin, you will be asked to provide your last name and the last six digits of your Social Security number so we can determine if you have been impacted by this incident.
2. **Step Two**
   Regardless of whether your information has been impacted, we will provide you the option to enroll in TrustedID Premier. If you want to enroll click the enroll button.
3. **Step Three**
   To enroll in TrustedID Premier, you will be asked to provide additional information to verify your identity including a valid email address and mobile number. Within a few days, you will receive an email with a link to activate TrustedID Premier. Please be sure to check your spam and junk folders if you do not receive your activation email within that timeframe.
4. **Step Four**
   When the email arrives, follow the link to verify your email address and complete your enrollment. You will create a password and verify your identity by answering a few brief questions that only you should know. TrustedID Premier will then be active. Please keep your password in a safe and secure location.

# Important Reminders

- Because TrustedID Premier includes 3-Bureau credit monitoring, please note that credit monitoring by all three credit bureaus (Equifax, Experian and TransUnion) will take several days to begin.
- Enrollment in TrustedID Premier is only available for consumers with a U.S. Social Security number.

**EFX**

- Privacy Policy |
- Terms of Use |
- FACT Act

## Connect with Us



Copyright 2017 Equifax, Inc. All rights reserved

Equifax and the Equifax marks used herein are trademarks of Equifax Inc. Other product and company names mentioned herein are the property of their respective owners.

English | Español
Return to equifax.com

# Cybersecurity Incident & Important Consumer Information

Enroll Now

to Protect & Monitor Credit — FREE for everyone in the U.S.

Need help? Contact Us

- Menu
- Home
- Consumer Notice
- Lock or Freeze
- Announcements
- FAQs
- Contact

Need help? Contact Us

# Consumer Notice

Notice of Data Breach   State Information

At Equifax, protecting the security of the information in our possession is a responsibility we take very seriously. This is to notify you of a data security incident that may have exposed some of your personal information, including your Social Security number and other identifying information. This site explains the incident and steps Equifax has undertaken to address it. In addition, we provide guidance below on what you can do to protect your personal information.

CollapseExpand All
I. What Happened
I. What Happened

On July 29, 2017, Equifax discovered that criminals exploited a U.S. website application vulnerability to gain access to certain files. Upon discovery, we acted immediately to stop the intrusion. The company promptly engaged a leading, independent cybersecurity firm which has been conducting a comprehensive forensic review to determine the scope of the intrusion, including the specific data impacted. Equifax also reported the criminal access to law enforcement and continues to work with authorities. Based on the company's investigation, the unauthorized access occurred from mid-May through July 2017.

II. What Information Was Involved
II. What Information Was Involved

Most of the consumer information accessed includes names, Social Security numbers, birth dates, addresses, and in some instances, driver's license numbers. In addition, credit card numbers for approximately 209,000

consumers and certain dispute documents, which included personal identifying information, for approximately 182,000 consumers were accessed. In addition to this site, Equifax will send direct mail notices to consumers whose credit card numbers or dispute documents with personal identifying information were impacted. We have found no evidence of unauthorized access to Equifax's core consumer or commercial credit reporting databases.

III. What We Are Doing
III. What We Are Doing

Upon learning of this incident, Equifax took steps to stop the intrusion, and engaged an independent cybersecurity firm to forensically investigate and determine the scope. Equifax also engaged the cybersecurity firm to conduct an assessment and provide recommendations on steps that can be taken to help prevent this type of incident from happening again.

Equifax is focused on consumer protection and has established a dedicated website, www.equifaxsecurity2017.com to help consumers. We have provided a tool on this site for you to determine if your information was potentially impacted by this incident. To find out if you are potentially impacted, please go to www.equifaxsecurity2017.com, and click on "Am I Impacted?," and enter your last name and last 6 digits of your Social Security number.

We are also offering free identity theft protection and credit file monitoring to all U.S. consumers, even if you are not impacted by this incident. This offering, called TrustedID Premier, includes 3-Bureau credit monitoring of your Equifax, Experian and TransUnion credit reports; copies of your Equifax credit report; the ability to lock and unlock your Equifax credit report; identity theft insurance; and Internet scanning for your Social Security number – all complimentary to U.S. consumers for one year. To find out more information on this complimentary offer and to sign up, please click on the tab "What Can I Do?" on this site. You must complete the enrollment process by January 31, 2018.

IV. What You Can Do
IV. What You Can Do

In addition to enrolling in identity theft protection and credit file monitoring, please see the "Identity Theft Prevention Tips" below, and the "State Information" tab of this site. This information provides additional steps you can take, including how to obtain a free copy of your credit report and place a fraud alert and/or credit freeze on your credit report. In addition, please monitor your account statements and report any unauthorized charges to your credit card companies and financial institutions.

V. For More Information
V. For More Information

Equifax is committed to ensuring that your personal information is protected, and we apologize to our consumers and our business customers for the concern and frustration this incident causes. If you have additional questions, please call our dedicated call center at 866-447-7559, available from 7:00 a.m. to 1:00 a.m. Eastern time, seven days a week.

Identity Theft Prevention Tips
Identity Theft Prevention Tips

We recommend that you remain vigilant for incidents of fraud and identity theft by reviewing account statements and monitoring your credit reports. You may obtain a free copy of your credit report from each company listed below once every 12 months by requesting your report online at www.annualcreditreport.com, calling toll-free 1-877-322-8228, or mailing an Annual Credit Report Request Form (available at www.annualcreditreport.com) to: Annual Credit Report Request Service, P.O. Box 105281, Atlanta, GA, 30348-5281. You may also purchase a copy of your credit report by contacting any of the credit reporting agencies below:

Equifax
PO Box 740241
Atlanta, GA 30374
www.equifax.com
888-766-0008
Experian
PO Box 9554
Allen, TX 75013
www.experian.com
888-397-3742
TransUnion
PO Box 2000
Chester, PA 19016
www.transunion.com
800-680-7289

If you believe you are the victim of identity theft, you should contact the proper law enforcement authorities, including local law enforcement, and you should consider contacting your state attorney general and/or the Federal Trade Commission ("FTC"). You also may contact the FTC to obtain additional information about avoiding identity theft.

**Federal Trade Commission**, Consumer Response Center
600 Pennsylvania Avenue NW, Washington, DC 20580; 1-877-IDTHEFT (438-4338)
www.ftc.gov/idtheft

**State Attorneys General:** Information on how to contact your state attorney general may be found at www.naag.org/naag/attorneys-general/whos-my-ag.php.

You may obtain information from the FTC and the credit reporting agencies listed above about placing a fraud alert and/or credit freeze on your credit report. Please also visit the "State Information" tab of this site.

CollapseExpand All
For Maryland Residents
For Maryland Residents

You may obtain information about avoiding identity theft from the Maryland Attorney General's Office. This office can be reached at:

**Office of the State of Maryland Attorney General**
200 St. Paul Place, Baltimore, MD 21202; 1-888-743-0023
www.marylandattorneygeneral.gov

For Massachusetts Residents
For Massachusetts Residents

Under Massachusetts law, you also have the right to obtain a police report in regard to this incident. If you are the victim of identity theft, you also have the right to file a police report and obtain a copy of it. You may also consider placing a fraud alert message or security freeze on your credit file by calling the toll-free telephone numbers for each of the three national consumer credit reporting agencies listed under the "Notice of Data Breach" tab. A security freeze prohibits a credit reporting agency from releasing any information from a consumer's credit report without written authorization. However, please be aware that placing a security freeze on your credit report may delay, interfere with, or prevent the timely approval of any requests you make for new loans, credit, mortgages, employment, housing or other services.

If you have been a victim of identity theft and you provide the credit reporting agency with a valid police report, it cannot charge you to place, lift or remove a security freeze. In all other cases, a credit reporting agency may charge you up to $5.00 each to place, temporarily lift, or permanently remove a security freeze. To place a security freeze on your credit file, you must send a written request to **each** of the three national consumer reporting agencies listed under the "Notice of Data Breach" tab by regular, certified or overnight mail. In order to request a security freeze, you will need to provide the following information:

1. Your full name (including middle initial as well as Jr., Sr., II, III, etc.);
2. Social Security number;
3. Date of birth;
4. If you have moved in the past five (5) years, provide the addresses where you have lived over the prior five years;
5. Proof of current address such as a current utility bill or telephone bill;
6. A legible photocopy of a government issued identification card (state driver's license or ID card, military identification, etc.);
7. If you are a victim of identity theft, include a copy of either the police report, investigative report, or complaint to a law enforcement agency concerning identity theft;
8. If you are not a victim of identity theft, include payment by check, money order, or credit card (Visa, MasterCard, American Express or Discover only). Do not send cash through the mail.

The credit reporting agencies have three (3) business days after receiving your request to place a security freeze on your credit report. The credit bureaus must also send written confirmation to you within five (5) business days and provide you with a unique personal identification number (PIN) or password, or both, that can be used by you to authorize the removal or lifting of the security freeze.

To lift the security freeze in order to allow a specific entity or individual access to your credit report, you must call or send a written request to the credit reporting agencies by mail and include proper identification (name, address, and Social Security number) **and** the PIN number or password provided to you when you placed the security freeze as well as the identities of those entities or individuals you would like to receive your credit report or the specific period of time you want the credit report available. The credit reporting agencies have three (3) business days after receiving your request to lift the security freeze for those identified entities or for the specified period of time.

To remove the security freeze, you must send a written request to each of the three credit bureaus by mail and include proper identification (name, address, and Social Security number) **and** the PIN number or password provided to you when you placed the security freeze. The credit bureaus have three (3) business days after receiving your request to remove the security freeze.

<u>For New Mexico Residents</u>
For New Mexico Residents

Under New Mexico law, you also have the right to obtain a police report in regard to this incident. If you are the victim of identity theft, you also have the right to file a police report and obtain a copy of it. You may also consider placing a fraud alert message or security freeze on your credit file by calling the toll-free telephone numbers for each of the three national consumer credit reporting agencies listed under the "Notice of Data Breach" tab. A security freeze prohibits a credit reporting agency from releasing any information from a consumer's credit report without written authorization. However, please be aware that placing a security freeze on your credit report may delay, interfere with, or prevent the timely approval of any requests you make for new loans, credit, mortgages, employment, housing or other services.

If you have been a victim of identity theft and you provide the credit reporting agency with a valid police report, it cannot charge you to place, lift or remove a security freeze. Alternatively, if you are over the age of 65, then the fee will also be waived. In all other cases, a credit reporting agency may charge you up to $10.00 each to place, temporarily lift, or permanently remove a security freeze. To place a security freeze on your credit file, you must send a written request to **each** of the three national consumer reporting agencies listed under the

"Notice of Data Breach" tab by regular, certified or overnight mail. In order to request a security freeze, you will need to provide the following information:

1. Your full name (including middle initial as well as Jr., Sr., II, III, etc.);
2. Social Security number;
3. Date of birth;
4. If you have moved in the past five (5) years, provide the addresses where you have lived over the prior five years;
5. Proof of current address such as a current utility bill or telephone bill;
6. A legible photocopy of a government issued identification card (state driver's license or ID card, military identification, etc.);
7. If you are a victim of identity theft, include a copy of either the police report, investigative report, or complaint to a law enforcement agency concerning identity theft;
8. If you are not a victim of identity theft, include payment by check, money order, or credit card (Visa, MasterCard, American Express or Discover only). Do not send cash through the mail.

The credit reporting agencies have three (3) business days after receiving your request to place a security freeze on your credit report. The credit bureaus must also send written confirmation to you within five (5) business days and provide you with a unique personal identification number (PIN) or password, or both, that can be used by you to authorize the removal or lifting of the security freeze.

To lift the security freeze in order to allow a specific entity or individual access to your credit report, you must call or send a written request to the credit reporting agencies by mail and include proper identification (name, address, and Social Security number) **and** the PIN number or password provided to you when you placed the security freeze as well as the identities of those entities or individuals you would like to receive your credit report or the specific period of time you want the credit report available. The credit reporting agencies have three (3) business days after receiving your request to lift the security freeze for those identified entities or for the specified period of time.

To remove the security freeze, you must send a written request to each of the three credit bureaus by mail and include proper identification (name, address, and Social Security number) **and** the PIN number or password provided to you when you placed the security freeze. The credit bureaus have three (3) business days after receiving your request to remove the security freeze.

For North Carolina Residents
For North Carolina Residents

You may obtain information about avoiding identity theft from the North Carolina Attorney General's Office. This office can be reached at:

**North Carolina Attorney General's Office**
9001 Mail Service Center, Raleigh, NC 27699-9001; 919-716-6400
www.ncdoj.gov

For Rhode Island Residents
For Rhode Island Residents

You may obtain information about avoiding identity theft from the Rhode Island Attorney General's Office. This office can be reached at:

**Office of the State of Rhode Island Attorney General**, 150 South Main Street, Providence, RI 02903; www.riag.ri.gov; 401-274-4400

Under Rhode Island law, you also have the right to obtain a police report in regard to this incident. If you are the victim of identity theft, you also have the right to file a police report and obtain a copy of it. You may also

consider placing a fraud alert message or security freeze on your credit file by calling the toll-free telephone numbers for each of the three national consumer credit reporting agencies listed under the "Notice of Data Breach" tab. A security freeze prohibits a credit reporting agency from releasing any information from a consumer's credit report without written authorization. However, please be aware that placing a security freeze on your credit report may delay, interfere with, or prevent the timely approval of any requests you make for new loans, credit, mortgages, employment, housing or other services.

If you have been a victim of identity theft and you provide the credit reporting agency with a valid police report, it cannot charge you to place, lift or remove a security freeze. Alternatively, if you are over the age of 65, then the fee will also be waived. In all other cases, a credit reporting agency may charge you up to $10.00 each to place, temporarily lift, or permanently remove a security freeze. To place a security freeze on your credit file, you must send a written request to **each** of the three national consumer reporting agencies listed under the "Notice of Data Breach" tab by regular, certified or overnight mail. In order to request a security freeze, you will need to provide the following information:

1. Your full name (including middle initial as well as Jr., Sr., II, III, etc.);
2. Social Security number;
3. Date of birth;
4. If you have moved in the past five (5) years, provide the addresses where you have lived over the prior five years;
5. Proof of current address such as a current utility bill or telephone bill;
6. A legible photocopy of a government issued identification card (state driver's license or ID card, military identification, etc.);
7. If you are a victim of identity theft, include a copy of either the police report, investigative report, or complaint to a law enforcement agency concerning identity theft;
8. If you are not a victim of identity theft, include payment by check, money order, or credit card (Visa, MasterCard, American Express or Discover only). Do not send cash through the mail.

The credit reporting agencies have three (3) business days after receiving your request to place a security freeze on your credit report. The credit bureaus must also send written confirmation to you within five (5) business days and provide you with a unique personal identification number (PIN) or password, or both, that can be used by you to authorize the removal or lifting of the security freeze.

To lift the security freeze in order to allow a specific entity or individual access to your credit report, you must call or send a written request to the credit reporting agencies by mail and include proper identification (name, address, and Social Security number) **and** the PIN number or password provided to you when you placed the security freeze as well as the identities of those entities or individuals you would like to receive your credit report or the specific period of time you want the credit report available. The credit reporting agencies have three (3) business days after receiving your request to lift the security freeze for those identified entities or for the specified period of time.

To remove the security freeze, you must send a written request to each of the three credit bureaus by mail and include proper identification (name, address, and Social Security number) **and** the PIN number or password provided to you when you placed the security freeze. The credit bureaus have three (3) business days after receiving your request to remove the security freeze.

EFX

- Privacy Policy |
- Terms of Use |
- FACT Act

**Connect with Us**



Copyright 2017 Equifax, Inc. All rights reserved

Equifax and the Equifax marks used herein are trademarks of Equifax Inc. Other product and company names mentioned herein are the property of their respective owners.

# Learn About the TrustedID Offerings

TrustedID Premier includes five separate offerings, all complimentary. To sign up for credit file monitoring and identity theft protection click here to enroll.


**Equifax Credit Report**
Copies of your Equifax Credit Report.


**Equifax Credit Report Lock 1**
Allows you to prevent access to your Equifax credit report by third parties, with certain exceptions.


**3 Bureau Credit File Monitoring 2**
Credit file monitoring and automated alerts of key changes to your Equifax, Experian and TransUnion credit files.


**Social Security Number Monitoring 3**
Searches suspicious web sites for your Social Security number.


**$1M Identity Theft Insurance 4**
Up to $1 million in ID theft insurance. Helps pay for certain out-of-pocket expenses in the event you are a victim of identity theft.

1. Locking your credit file with Equifax Credit Report Control will prevent access to your Equifax credit file by certain third parties, such as credit grantors or other companies and agencies. Credit Report Control will not prevent access to your credit file at any other credit reporting agency, and will not prevent access to your Equifax credit file by companies like Equifax Global Consumer Solutions which provide you with access to your credit report or credit score or monitor your credit file; Federal, state and local government agencies; companies reviewing your application for employment; companies that have a current account or relationship with you, and collection agencies acting on behalf of those whom you owe; for fraud detection and prevention purposes; and companies that wish to make pre-approved offers of credit or insurance to you. To opt out of such pre-approved offers, visit www.optoutprescreen.com.

2. Credit monitoring from Experian and TransUnion will take several days to begin.

3. SSN Monitoring attempts to scan internet sites where consumers' personal information is suspected of being bought and sold, and periodically adds new sites to those it searches. However, the internet addresses of these suspected internet trading sites are not published and frequently change, so there is no guarantee that Identity Protection provided by Equifax is able to locate and search every possible internet site where consumers' personal information is at risk of being traded.

4. Identity theft insurance underwritten by American Bankers Insurance Company of Florida or its affiliates. The description herein is a summary and intended for informational purposes only and does not include all terms, conditions, and exclusions of the policies described. Please refer to the actual policies for terms, conditions and exclusions of coverage. Coverage may not be available in all jurisdictions.