# EXHIBIT D

## TrustedID Premier Terms of Use

Effective Date: September 8, 2017

TrustedID, Inc. ("TrustedID," "we," "us," "our"), an Equifax company, provides its products to you ("You," "Your") through various websites (including www.TrustedID.com) and its related applications and products (collectively, the "Product(s)" which term includes any new features, products and applications offered by us from time to time), subject to the following Terms of Use (as amended from time to time, the "Agreement").

YOU MUST ACCEPT THIS AGREEMENT BEFORE YOU WILL BE PERMITTED TO REGISTER FOR, USE OR PURCHASE ANY PRODUCT. BY REGISTERING ON THIS WEBSITE AND SUBMITTING YOUR ORDER, YOU ARE ACKNOWLEDGING ELECTRONIC RECEIPT OF, AND YOUR AGREEMENT TO BE BOUND BY, THIS AGREEMENT. YOU ALSO AGREE TO BE BOUND BY THIS AGREEMENT BY USING OR PAYING FOR OUR PRODUCTS OR TAKING OTHER ACTIONS THAT INDICATE ACCEPTANCE OF THIS AGREEMENT.

MANY GOVERNMENT RECORDS ARE AVAILABLE FREE OR AT A NOMINAL COST FROM CERTAIN GOVERNMENT AGENCIES. IN ADDITION, CONSUMER REPORTING AGENCIES ARE REQUIRED BY LAW TO GIVE YOU A COPY OF YOUR CONSUMER DISCLOSURE (SOMETIMES REFERRED TO AS A CREDIT REPORT) UPON REQUEST AT NO CHARGE OR FOR A NOMINAL FEE. NONE OF THE PRODUCTS OFFERED THROUGH THIS WEBSITE ARE INTENDED AS A SUBSTITUTE FOR THE CONSUMER DISCLOSURE INFORMATION THAT MAY BE AVAILABLE TO YOU WITHOUT CHARGE. PRIOR TO PURCHASING ANY PRODUCT, YOU SHOULD REVIEW THE PORTIONS OF THIS AGREEMENT ABOUT THE FAIR CREDIT REPORTING ACT ORVISIT WWW.ANNUALCREDITREPORT.COM FOR FURTHER DETAILS REGARDING YOUR RIGHT TO OBTAIN A COPY OF YOUR CONSUMER DISCLOSURE.

**PROVIDERS OF PRODUCTS.** TrustedID, Inc. provides the Products. TrustedID, Inc. obtains certain Product features from other companies, including obtaining credit Product features from Equifax Consumer Services LLC. TrustedID, Inc. may also partner with other companies ("Suppliers") to provide Products or Product features to you or sell you a Product provided by a Supplier. Suppliers are included in references in this Agreement to "we", "us" and "our".

**PERSONAL INFORMATION; AUTHORIZATION.** As needed to provide Products to You, You authorize and instruct Us to obtain, monitor, and compile Your: (i) credit information from one or more consumer reporting agencies; (ii) "non-public personal information", "personal information", and/or "highly restricted personal information" about or concerning You as defined by the Gramm-Leach-Bliley Act (15 U.S.C. sec 6801 et seq); and (iii) other personal information. By placing Your order You acknowledge and agree that Your access to the Products and any consumer credit information contained therein is subject to Your prior written authorization and Our verification of Your identity. As such, You understand and agree that by submitting Your order, You are providing "written instructions" in accordance with the Fair Credit Reporting Act ("FCRA") for Us to obtain credit information about You from one or more of the three nationwide consumer reporting agencies and You hereby authorize Us to access Your personal credit information in order to provide the Products.

**YOUR RIGHT TO OBTAIN A CONSUMER DISCLOSURE FREE OF CHARGE.** None of Our Products are intended to substitute, or constitute an offer for a consumer disclosure (sometimes referred to as a "credit report") that may be available to You without cost or obligation under federal or state law. Prior to purchasing any Product via this website, You should carefully review Your right to obtain a free copy of Your consumer disclosure once every twelve (12) months from each of the three nationwide consumer reporting agencies by visiting www.annualcreditreport.com. A more complete description of your rights to obtain or gain access to your consumer disclosure without charge is contained in the "Additional Consumer Report-Related Disclosures" section of this Agreement.

**USE OF THE PRODUCTS.** By registering for the Product You certify that You are at least 18 years of age. You agree that the information You provide during the registration process, and the information You provide from time to time while using the Product, will be true, accurate and current. We may use information from third-party sources, including your mobile carrier, to verify your identity. It is a violation of federal criminal laws to knowingly or willfully obtain information from a consumer reporting agency under false pretenses. If TrustedID has any reason to suspect You have provided untrue, inaccurate or non-current information it may, in its sole discretion, terminate this Agreement (or suspend, terminate, or otherwise restrict Your

use of and access to any part(s) of the Product) at any time, without notice. You agree not to: use the Product in any unlawful manner or in any manner that could damage, disable, overburden, or impair the Product or interfere with any other party's use and enjoyment of the Product; harvest or collect email addresses or other contact information of other users from the Product by electronic or other means for the purposes of sending unsolicited emails or other unsolicited communications; interfere with or disrupt the Product or servers or networks connected to the Product; violate any terms which may be applicable for any particular area of the Product; violate any applicable local, state, national or international law, or any regulations having the force of law; further or promote any criminal activity or enterprise or provide instructional information about illegal activities; or obtain or attempt to access or otherwise obtain any materials or information through any means not intentionally made available or provided for through the Product.

**THIRD PARTY SOFTWARE.** In the event that the Product you are procuring hereunder includes third party software, You acknowledge that Your use of third party software may be subject to the license terms associated with such third party software. TrustedID hereby disclaims any liability or responsibility with respect to any such third party software.

**MEMBERSHIP TERM.** Unless terminated earlier pursuant to the terms and conditions of this Agreement, Your Product membership will continue for the period of time specified on TrustedID's website. If You receive the Product as a benefit of enrolling in, or purchasing, third-party products or services, Your Product membership may be terminated pursuant to the terms and conditions of Your agreement with the third party. As specified on the website, Your membership subscription may be subject to automatic renewal. TrustedID may, in its sole discretion, terminate this Agreement (or suspend, terminate, or otherwise restrict Your use of and access to the Product) at any time, without notice.

**PRODUCT CANCELLATION.** You may cancel any subscription at any time. To cancel Your subscription, please contact our Customer Service Team 7 days a week, 5am - 6pm Pacific Standard Time at 1-888-548-7878.

**FEEDBACK.** Unsolicited comments, suggestions, ideas or materials (including without limitation original or creative materials) sent or transmitted to TrustedID (collectively "Feedback ") will be deemed to be non-confidential and TrustedID has no obligations of any kind with respect to such Feedback and will be free to use, copy, modify and/or distribute the Feedback to others without limitation for any purpose, commercial or otherwise, without compensation or acknowledgement to you, including, but not limited to developing and marketing products incorporating such Feedback.

**ELECTRONIC AND TELEPHONIC COMMUNICATIONS.** Unless otherwise noted, our Products are internet-based and in order to access our Products You must have: an internet browser that supports 128-bit encryption; an email account and appropriate email software; a personal computer, operating system and connection to the internet capable of supporting the foregoing; and sufficient electronic storage capacity on Your computer's hard drive or other data storage unit or a printer that is capable of printing from Your browser and email software. As such, You understand and agree that this Agreement will be entered into electronically, and that the following information ("communications") will be provided by Us to You by electronic means: this Agreement and any amendments, modifications or supplements to it; any initial, periodic or other disclosures or notices provided in connection with the Products, including without limitation Our privacy policy, all regulatory disclosures, and all communications related to the Products. In furtherance of the foregoing, You expressly consent to receive all communications regarding Your membership electronically, either by e-mail or by notices posted on the website and You agree that any requirement that a notice, disclosure, agreement, or other communication be sent to You by Us in writing is satisfied by such electronic communication. In order to ensure Your continuing access to Your Product, You agree to update Your email address on file whenever Your email address changes. You further agree that we may send You product-related announcements periodically. For instance, if our website is temporarily suspended for maintenance, we may send you email. Generally, you may not opt-out of these communications, which are not promotional in nature. If you do not wish to receive them, you have the option to deactivate your account.

**TRADEMARK RIGHTS.** The TrustedID product names referenced in this website, including without limitation TRUSTEDID, the TRUSTEDID Logo, IDFREEZE, IDESSENTIALS and IDENTITYTHREATSCORE ("TrustedID Marks ") are trademarks or registered trademarks of TrustedID, Inc. in the United States and/or in other countries. Your use of the TrustedID Marks is governed by the TrustedID's trademark usage requirements. Other products and company names mentioned on the website may be the trademarks of their respective owners.

**COPYRIGHT NOTICE.** Copyright Notice: Copyright (c) 2004 -2017 TrustedID, Inc. All Rights Reserved. Except as otherwise provided, TrustedID owns all content contained in this website, including without limitation the information, materials, text, graphics, website design, and the selection, assembly and arrangement thereof ("Content "). The Content is protected by copyright and other laws of the U.S. and other countries and may not be used for any commercial purpose or copied,

distributed, displayed, modified, reproduced, performed, published, posted or reverse engineered in whole or in part without the prior written permission of TrustedID. For more information regarding our copyright policies please email help@trustedid.com or send regular mail to General Counsel, 1550 Peachtree Road, Atlanta, Georgia 30309.

**IDENTITY THEFT INSURANCE.** Certain Products include an identity theft insurance benefit for active users. The insurance limits are different depending on the Product. These identity theft insurance benefits are provided under master group policies issued to Equifax and its affiliates for the benefit of their active users. The complete insurance policies are available from Us on request. The insurance provider administers all claims, and We shall have no responsibility with respect to such identity theft benefit. Please click here to view the policy summary of benefits for policies providing an aggregate limit of insurance of up to $25,000 and here to view a summary of benefits of the policies providing an aggregate limit of insurance of up to $1,000,000.

**CREDIT MONITORING PRODUCTS AND PRODUCT FEATURES.** When offered or included as part of Our Products, "Credit Monitoring" monitors Your consumer credit files maintained by one or more of the three nationwide consumer reporting agencies, depending on the type of Product You have purchased (e.g, single bureau monitoring, tri-bureau monitoring, etc.). In each case the credit file or files that are monitored on Your behalf are separately owned and/or maintained by one or more of the three nationwide consumer reporting agencies: EIS, TransUnion LLC, and Experian. Credit Monitoring will not advise You if an item of identifying information is contained in the credit file of another person and in no event will Credit Monitoring ever monitor, compare or cross-reference Your credit file(s) with the credit file(s) of another person, nor will it ever provide You with any information contained in another person's credit file(s).

Your credit monitoring alerts from EIS will usually begin on the day you enroll in an applicable Product. If Your Product also includes credit monitoring from Transunion LLC and Experian, the credit monitoring of credit files at those consumer reporting agencies may take several days to begin.

**CREDIT REPORT CONTROL.** Certain Products contain Equifax Credit Report Control (also known as Equifax Credit File Lock). Locking Your Equifax credit report with Equifax Credit Report Control will prevent access to Your Equifax credit report by certain third parties, such as credit grantors or other companies and agencies. Credit Report Control will not prevent access to Your credit report at any other consumer reporting agency, and will not prevent access to Your Equifax credit report by companies like TrustedID, Inc. which provide You with access to your credit report or credit score or monitor your credit file; Federal, state and local government agencies; companies reviewing your application for employment; companies that have a current account or relationship with You, and collection agencies acting on behalf of those whom You owe; for fraud detection and prevention purposes; and companies that wish to make pre-approved offers of credit or insurance to You. To opt out of such pre-approved offers, visit www.optoutprescreen.com. Locking and unlocking Your Equifax credit report may take up to 48 hours. Locking and unlocking your Equifax credit report may also not be available during certain hours every night. When Your subscription is no longer active, Your Equifax credit report will be automatically unlocked.

**ADDITIONAL CONSUMER REPORT RELATED DISCLOSURES.** You have a right to obtain a free copy of your consumer disclosure once every 12 months from each of the nationwide consumer reporting agencies. To request your free annual consumer disclosure, you may go to www.annualcreditreport.com, or call 1-877-322-8228, or complete the Annual Credit Report Request Form and mail it to: Annual Credit Report Request Service, P.O. Box 105281, Atlanta, GA 30348-5281. You can obtain additional copies of your consumer disclosure from a consumer reporting agency, for which you may be charged a reasonable fee. There is no fee, however, if you have been turned down for credit, employment, insurance, or a rental dwelling because of information in your credit file within the preceding 60 days. The consumer reporting agency must provide someone to help you interpret the information in your credit file. You are entitled to receive a free copy of your consumer disclosure if you are unemployed and intend to apply for employment in the next 60 days, if you are a recipient of public welfare assistance, or if you have reason to believe that there is inaccurate information in your credit report due to fraud. For more information You may also contact the Federal Trade Commission ("FTC") by calling the FTC toll free - 1-877-FTC-HELP or visit their website: www.ftc.gov. In addition, the states of MA, VT, CO, NJ, MD and ME permit consumers to obtain one credit report per consumer reporting agency per year, free of charge and the state of GA permits consumers to obtain two credit reports per consumer reporting agency per year, free of charge. None of Our Products are intended to substitute for any free credit report or disclosure that any credit reporting agency or bureau is required by law to provide to You.

**THIRD PARTY WEBSITES AND SERVICES.** This Product may provide, or third parties may provide, links or other access to other websites, services and resources on the Internet and otherwise, including reporting agencies ("Third Party Services "). TrustedID has no control over such Third Party Services and TrustedID is not responsible for and does not endorse such Third Party Services. You further acknowledge and agree that TrustedID shall not be responsible or liable, directly or indirectly, for any damage or loss caused or alleged to be caused by or in connection with use of or reliance on any information, content, goods or services available on or through any such Third Party Services.

**APPLICABLE LAW.** This Agreement and its enforcement shall be governed by the laws of the state in which You most recently told TrustedID, Inc. You live according to TrustedID, Inc.'s records, without regard to conflict of law principles.

**ENTIRE AGREEMENT BETWEEN US.** This Agreement constitutes the entire agreement between You and Us regarding the Products and information contained on or acquired through this website or provided by Us, including through other linked third party Internet sites. This website may contain hyperlinks or other references to third party Internet sites that TrustedID, Inc. does not own or operate. You may be subject to additional terms and conditions that apply when You use third party Internet sites. You agree that You are responsible for reviewing and understanding any terms and conditions governing any third party Internet site and products and TrustedID, Inc. has no responsibility therefore. This Agreement takes effect on Your first use of this website, and it applies to all persons accessing the website from Your computer, and to all persons using Your User ID or password. The headings used in this Agreement are for convenience only and such headings are not to be used in determining the meaning or interpretation of these terms and conditions of use. You agree that this Agreement is not intended to and does not confer any rights on any persons other than Us and You and the third party beneficiaries referenced in this Section. If any provision of this Agreement is held invalid, unenforceable or void by applicable laws, the remaining portions shall continue in full force and effect. You may not assign this Agreement or the Product to someone else. Unless otherwise explicitly stated, the provisions contained in the following sections "Use of the Products", "Trademark Rights", "Copyright Notice", "Applicable Law" and this Section, "Entire Agreement Between Us", will survive termination of this Agreement and Your access to and use of the Products and the information contained on this website or provided by Us. Suppliers are third party beneficiaries under this Agreement.



Privacy Policy | Terms of Use

© 2017 Equifax, Inc. All rights reserved

Equifax and the Equifax marks used herein are trademarks of Equifax Inc. Other product and company names mentioned herein are the property of their respective owners.

Contact Us

# Privacy Notice

| | |
|---|---|
| **FACTS** | **WHAT DOES TrustedID, Inc. DO WITH YOUR PERSONAL INFORMATION?** |
| **Why?** | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| **What?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>• Social Security number and credit card information<br>• Payment history and transaction history<br>• Credit scores and credit history |
| **How?** | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons TrustedID, Inc. chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does TrustedID, Inc. share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes—**<br>such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | YES | NO |
| **For our marketing purposes—**<br>to offer our products and services to you | YES | NO |
| **For joint marketing with other financial companies** | YES | NO |
| **For our affiliates' everyday business purposes —**<br>information about your transactions and experiences | YES | NO |
| **For our affiliates' everyday business purposes—**<br>information about your creditworthiness | NO | We do not share. |
| **For our affiliates to market to you** | NO | We do not share. |
| **For nonaffiliates to market to you** | NO | We do not share. |

| | |
|---|---|
| **Questions?** | Call: 1.888.548.7878 from 7:00 a.m. – 8:00 p.m., Central Time seven days a week — our menu will prompt you through your choice(s) |

**What we do**

| | |
|---|---|
| **How does TrustedID, Inc. protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. For additional information, contact us at 1-888-548-7878 from 7:00 a.m. – 8:00 p.m., Central Time seven days a week—our menu will prompt you through your choice(s). |
| **How does TrustedID, Inc. collect my personal information?** | We collect your personal information, for example, when you<br>• open an account or provide account information<br>• use your credit or debit card, or pay your bills<br>• give us your contact information<br><br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only<br>• sharing for affiliates' everyday business purposes—information about your creditworthiness<br>• affiliates from using your information to market to you<br>• sharing for nonaffiliates to market to you<br><br>State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |

**Definitions**

| | |
|---|---|
| **Affiliates** | Companies related by common ownership or control. They can be financial and nonfinancial companies. |

| | |
|---|---|
| | - Our affiliates include companies with an Equifax name; and others such as IXI Corporation and TALX Corporation. |
| Nonaffiliates | Companies not related to by common ownership or control. They can be financial and nonfinancial companies.<br>- Nonaffiliates we may share with may include marketing and analytics companies. |

Equifax

Privacy Policy │ Terms of Use

Powering the World with Knowledge

© 2017 Equifax, Inc. All rights reserved

Equifax and the Equifax marks used herein are trademarks of Equifax Inc. Other product and company names mentioned herein are the property of their respective owners.