# EXHIBIT F

| Task Code Key for Exhibit F | |
|---|---|
| (For more detailed description, see Cervantez Dec. ¶52) | |
| **Task Code 1** | Identifying and communicating with potential plaintiffs and with Plaintiffs. |
| **Task Code 2** | Review of documents produced by Defendants. |
| **Task Code 3** | Factual investigation. |
| **Task Code 4** | Discovery (other than depositions and review of Defendants' documents). |
| **Task Code 5** | Depositions. |
| **Task Code 6** | Pleadings and Briefs. |
| **Task Code 7** | Experts. |
| **Task Code 8** | Preparation for and appearance at court hearings. |
| **Task Code 9** | Litigation Strategy and Analysis. |
| **Task Code 10** | Class Certification. |
| **Task Code 11** | Settlement. |
| **Task Code 12** | Clerical. |
| **Task Code 13** | Miscellaneous. |
| **Task Code 14** | Case management. |

## Hours Billed by Task Code

(For more detailed description, see Cervantez Dec. ¶52)

| Firm | Task Code 1 | Task Code 2 | Task Code 3 | Task Code 4 | Task Code 5 | Task Code 6 | Task Code 7 | Task Code 8 | Task Code 9 | Task Code 10 | Task Code 11 | Task Code 12 | Task Code 13 | Task Code 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Abington Cole & Ellery LLP | 7.6 | 0 | 0 | 12.5 | 1.2 | 1.3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Altshuler Berzon, LLP | 64.3 | 272.5 | 162.7 | 827.8 | 3058.1 | 2645.6 | 360.3 | 317.1 | 214.7 | 2178.3 | 580 | 118.9 | 1.8 | 396.9 |
| Barrack, Rodos & Bacine | 7.6 | 951.3 | 0 | 33.8 | 193.6 | 54.6 | 71.6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Berger & Montague, P.C. | 41.5 | 0 | 0 | 42.3 | 90.8 | 2 | 0 | 0 | 0 | 0 | 7.4 | 0 | 0 | 0 |
| Bonnett, Fairbourn, Friedman & Balint, P.C. | 3.8 | 1069.1 | 0 | 0 | 63.4 | 7.1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Boucher LLP | 10.2 | 707.9 | 0 | 23.8 | 54.8 | 2.9 | 0 | 0 | 0.5 | 1.2 | 0 | 0 | 0 | 0 |
| Branstetter, Stranch & Jennings, PLLC | 1.1 | 1687.1 | 0 | 0 | 351.1 | 86.1 | 0 | 0 | 70.9 | 0 | 0 | 0 | 0 | 0 |
| Cafferty Clobes Meriwether & Sprengel LLP | 5.5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Carlson Lynch Sweet Kilpela & Carpenter LLP | 5.4 | 115.7 | 0 | 0 | 84.7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Chestnut Cambronne Attorneys at Law | 16.8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Cohen & Malad | 342.7 | 263.2 | 44.5 | 373.7 | 1004.3 | 184.5 | 0 | 0 | 0 | 0 | 40.9 | 0 | 0 | 0 |
| Cohen Milstein Sellers & Toll PLLC | 46.2 | 5977.5 | 427 | 2733 | 2743.9 | 1763.7 | 613.3 | 454.6 | 195.9 | 413.8 | 643.4 | 7.7 | 15.1 | 379.1 |
| Consumer Law Practice of Dan LeBel | 10.5 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 4.1 | 0 | 0 | 0 | 0 | 0 |

# Hours Billed by Task Code

(For more detailed description, see Cervantez Dec. ¶52)

| Firm | Task Code 1 | Task Code 2 | Task Code 3 | Task Code 4 | Task Code 5 | Task Code 6 | Task Code 7 | Task Code 8 | Task Code 9 | Task Code 10 | Task Code 11 | Task Code 12 | Task Code 13 | Task Code 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cotchett, Pitre & McCarthy LLP | 0 | 32.1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Desai Law | 8.1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Emerson Scott LLP | 0 | 0 | 0 | 0 | 112.4 | 1.1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fagan, Emert, & Davis, LLC | 14.2 | 0 | 0 | 2.1 | 0.8 | 1.4 | 0 | 0 | 1 | 0 | 0.4 | 0 | 0 | 0 |
| Farmer, Jaffe, Weissing LLP | 7 | 0 | 0 | 4.8 | 19.8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Federman & Sherwood | 81 | 0 | 0 | 56.8 | 161.2 | 11.9 | 0 | 0 | 0 | 0 | 5.2 | 0 | 0 | 0 |
| Finkelstein Thompson LLP | 2.6 | 0 | 0 | 0 | 0 | 16.8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fitapelli & Schaffer LLP | 0.7 | 0 | 0 | 2.3 | 13.8 | 0 | 0 | 0 | 0 | 1.1 | 0 | 0 | 0 | 0 |
| Forbes Law Group | 92 | 0 | 0 | 67.9 | 118.9 | 16.8 | 0 | 0 | 0 | 0 | 14.9 | 0 | 0 | 0 |
| Gibbs Law Group LLP | 128.4 | 3971 | 137.2 | 1111.7 | 2394.6 | 870.1 | 445.9 | 58.5 | 85.7 | 637.6 | 977.8 | 0 | 0 | 169.3 |
| Goldman, Scarlato, Penny LLP | 350.7 | 477 | 0 | 270.4 | 831 | 27.8 | 0 | 0 | 1.5 | 11.5 | 37 | 0 | 0 | 0 |
| Harwood Feffer LLP | 24 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Heins, Mills, & Olson PLC | 16 | 647.6 | 0 | 0 | 0 | 1.4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Janet, Jenner & Suggs, LLC | 4.4 | 0 | 0 | 3.4 | 11.8 | 0.7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Kantrowitz, Goldhamer, Graifman, PC | 0 | 171.4 | 1.5 | 0 | 0 | 5.6 | 0 | 0 | 4.1 | 0 | 0 | 0 | 0 | 0 |
| Kaplan Fox & Kilsheimer LLP | 7.4 | 360.3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Karon LLC | 9.9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.4 | 0 | 0 | 0 |
| Keller Rohrback Law Offices, LLP | 24.5 | 3072.1 | 0 | 31.2 | 462.7 | 13.2 | 0 | 0 | 0 | 2.4 | 0.9 | 0 | 0 | 0 |

## Hours Billed by Task Code

(For more detailed description, see Cervantez Dec. ¶52)

| Firm | Task Code 1 | Task Code 2 | Task Code 3 | Task Code 4 | Task Code 5 | Task Code 6 | Task Code 7 | Task Code 8 | Task Code 9 | Task Code 10 | Task Code 11 | Task Code 12 | Task Code 13 | Task Code 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Law Office of Paul C. Whalen, P.C. | 63.7 | 0 | 0 | 54 | 12.1 | 2.8 | 0 | 0 | 0 | 0 | 0.5 | 0 | 0 | 0 |
| Law Office of Angela Edwards | 29.6 | 0 | 0 | 68.4 | 85.7 | 3 | 0 | 0 | 0 | 1.3 | 3 | 0 | 0 | 0 |
| Levi & Korsinsky LLP | 67.7 | 0 | 0 | 31.1 | 73.5 | 2.7 | 0 | 0 | 1.1 | 0 | 0 | 0 | 0 | 0 |
| Lieff Cabraser Heimann & Bernstein | 45.4 | 5707.2 | 11.6 | 605.5 | 661.4 | 879.6 | 1594.4 | 166.2 | 183.1 | 113.5 | 458.8 | 15.3 | 1.2 | 173.3 |
| Litigation Law Group | 3.4 | 0 | 0 | 0 | 0 | 5.2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Lockridge, Grindal, Nauen, PLLP | 2.7 | 387.7 | 0 | 1.4 | 2.5 | 15.6 | 0 | 0 | 0.5 | 0 | 0 | 0 | 0 | 0 |
| Milberg LLP | 89.2 | 312.3 | 0 | 51.4 | 149 | 90 | 0 | 15.8 | 11.1 | 0.2 | 0 | 0 | 0 | 0 |
| Morgan & Morgan | 2.8 | 360.3 | 0 | 32.7 | 292 | 0 | 0.9 | 0 | 0 | 1.3 | 2 | 0 | 0 | 0 |
| Murray Law Office | 1.9 | 545.6 | 0 | 7.4 | 21 | 0.8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Pomerantz LLP | 1 | 1108.7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Robinson Calcagnie Robinson Shapiro Davis, Inc. | 35.9 | 0 | 0 | 95.9 | 164.6 | 34.9 | 13.6 | 0 | 21.6 | 3 | 1 | 0 | 0 | 0 |
| Schubert Jonckheer & Kolbe LLP | 5.1 | 3780.3 | 0.5 | 0 | 1 | 0.4 | 21 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Scott + Scott, Attorneys at Law LLP | 0.9 | 547 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Skepnek Law Firm | 13 | 0 | 3 | 9 | 51.1 | 9.1 | 0 | 0 | 9.2 | 0 | 10.2 | 0 | 2.8 | 0 |

# Hours Billed by Task Code

(For more detailed description, see Cervantez Dec. ¶52)

| Firm | Task Code 1 | Task Code 2 | Task Code 3 | Task Code 4 | Task Code 5 | Task Code 6 | Task Code 7 | Task Code 8 | Task Code 9 | Task Code 10 | Task Code 11 | Task Code 12 | Task Code 13 | Task Code 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Strimatter Kessler Whelan Koehler Moore Kahler | 33.2 | 0 | 2.2 | 67.6 | 58.2 | 1.5 | 3.8 | 0.5 | 4 | 0 | 4.8 | 0 | 0 | 0 |
| Stueve, Siegel, Hanson LLP | 666.4 | 439.7 | 0.6 | 550.4 | 299.9 | 185.4 | 0 | 0 | 2.1 | 2.5 | 28.1 | 69 | 0 | 0 |
| Stull, Stull, & Brody | 10.5 | 826.7 | 51.3 | 138.8 | 7.7 | 370.6 | 0 | 47.8 | 73.4 | 10.5 | 0.6 | 0 | 0 | 0 |
| The Giatras Law Firm | 4.1 | 0 | 0 | 8.3 | 13.6 | 1.3 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| Tousley, Brain, Stephens | 8.8 | 0 | 0 | 0 | 0 | 1.9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Webb, Klase, & Lemond, LLC | 102.7 | 0 | 0 | 54.5 | 67.8 | 9.5 | 0 | 0 | 2.3 | 0 | 1.7 | 0 | 0 | 0 |
| Weitz & Luxenberg, P.C. | 19.3 | 0 | 0 | 14.5 | 95.7 | 4.5 | 0 | 0 | 0 | 0.4 | 1 | 0 | 0 | 0 |
| Zimmerman Reed, LLP | 10.9 | 471 | 0 | 18.4 | 40.8 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL** | **2552.3** | **34262.3** | **842.1** | **7406.8** | **13870.5** | **7336.4** | **3124.8** | **1060.5** | **886.8** | **3378.6** | **2821** | **210.9** | **20.9** | **1118.6** |