# EXHIBIT G

| Firm | Total Firm Hours | Lodestar |
|---|---:|---:|
| Altshuler Berzon LLP | 11,199.00 | $ 6,570,595.00 |
| Cohen Milstein Sellers & Tolls PLLC (PSC) | 16,414.20 | $ 7,753,346.00 |
| Gibbs Law Group | 10,987.80 | $ 4,990,193.50 |
| Lieff Cabraser (LCHB) | 10,616.50 | $ 5,111,586.50 |
| | | |
| **GRAND TOTAL** | **49,217.50** | **$ 24,425,721.00** |