EXHIBIT H

| Task Code Key for Exhibit H<br>(For more detailed description, see Cervantez Dec. ¶52) | |
|---|---|
| **Task Code 1** | Identifying and communicating with potential plaintiffs and with Plaintiffs. |
| **Task Code 2** | Review of documents produced by Defendants. |
| **Task Code 3** | Factual investigation. |
| **Task Code 4** | Discovery (other than depositions and review of Defendants' documents). |
| **Task Code 5** | Depositions. |
| **Task Code 6** | Pleadings and Briefs. |
| **Task Code 7** | Experts. |
| **Task Code 8** | Preparation for and appearance at court hearings. |
| **Task Code 9** | Litigation Strategy and Analysis. |
| **Task Code 10** | Class Certification. |
| **Task Code 11** | Settlement. |
| **Task Code 12** | Clerical. |
| **Task Code 13** | Miscellaneous. |
| **Task Code 14** | Case management. |

**Altshuler Berzon LLP**
177 Post Street, Suite 300
San Francisco, California 94108
http://altshulerberzon.com

| Attorneys | Position | Graduation Year | Rate | Hours Billed | Total Attorney Fees |
|---|---|---|---|---|---|
| Eve Cervantez | Partner | 1992 | $ 860.00 | 3,090.4 | $ 2,657,744.00 |
| Jonathan Weissglass | Partner | 1994 | $ 820.00 | 623.6 | $ 511,352.00 |
| Stacey Leyton | Partner | 1998 | $ 770.00 | 27.4 | $ 21,098.00 |
| Danielle E. Leonard | Partner | 2001 | $ 690.00 | 2,396.9 | $ 1,653,861.00 |
| Peder J. Thoreen | Partner | 2001 | $ 690.00 | 13.5 | $ 9,315.00 |
| Zoe Palitz | Associate | 2010 | $ 460.00 | 11.1 | $ 5,106.00 |
| Corinne Johnson | Fellow | 2012 | $ 405.00 | 47.7 | $ 19,318.50 |
| Meredith Johnson | Associate | 2012 | $ 405.00 | 2,024.8 | $ 820,044.00 |
| Tony LoPresti | Associate | 2012 | $ 405.00 | 774.5 | $ 313,672.50 |
| Adan Martinez | Legal Clerk | Legal Clerk | $ 285.00 | 119.3 | $ 34,000.50 |
| George A. Warner | Legal Clerk | Legal Clerk | $ 285.00 | 28.7 | $ 8,179.50 |
| Hannah Kieschnick | Legal Clerk | Legal Clerk | $ 285.00 | 33.8 | $ 9,633.00 |
| Lisa Bixby | Legal Clerk | Legal Clerk | $ 285.00 | 31.6 | $ 9,006.00 |
| Ming Cheung | Legal Clerk | Legal Clerk | $ 285.00 | 47.0 | $ 13,395.00 |

| | | | | | |
|---|---|---|---|---|---|
| Rebecca Chan | Legal Clerk | Legal Clerk | $ 285.00 | 16.1 | $ 4,588.50 |
| Zach Manfredi | Legal Clerk | Legal Clerk | $ 285.00 | 60.9 | $ 17,356.50 |
| Hannah Cole | Paralegal | Paralegal | $ 250.00 | 113.6 | $ 28,400.00 |
| Jocelyn Smith | Paralegal | Paralegal | $ 250.00 | 303.6 | $ 75,750.00 |
| Luke R. Taylor | Paralegal | Paralegal | $ 250.00 | 41.2 | $ 10,300.00 |
| Matt Broad | Paralegal | Paralegal | $ 250.00 | 1,333.10 | $ 333,275.00 |
| Rachel Busch | Paralegal | Paralegal | $ 250.00 | 11.0 | $ 2,750.00 |
| Raquel Maldonado Navarro | Paralegal | Paralegal | $ 250.00 | 49.8 | $ 12,450.00 |

| Total Hourly Billing By Task Code | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** | **13** | **14** |
| 64.3 | 272.5 | 162.7 | 827.8 | 3,058.1 | 2,645.6 | 360.3 | 317.1 | 214.7 | 2,178.3 | 580 | 118.9 | 1.8 | 396.9 |

| Total Firm Hours | Total Firm Fees |
|---|---|
| 11,199.0 | $ 6,570,595.00 |

| Judicial Approvals of Hourly Rates |
|---|
| See Cervantez Dec. ¶88. |

**Cohen, Milstein, Sellers & Toll**
1100 New York Ave NW # 500E
Washington, DC 20005
https://www.cohenmilstein.com

| Attorneys | Position | Graduation Year | Rate | Hours Billed | Total Attorney Fees |
|---|---|---|---|---|---|
| Brian Beirne | Contract Attorney | 2015 | $ 245 | 803.9 | $ 196,955.50 |
| Michael Clarke | Contract Attorney | 2010 | $ 285 | 121.5 | $ 34,627.50 |
| Ross F. Coker | Contract Attorney | 2001 | $ 245 | 477 | $ 116,865.00 |
| Shunita Craig | Contract Attorney | 2012 | $ 275 | 795 | $ 218,625.00 |
| David A. Feldstein | Contract Attorney | 2011 | $ 280 | 442.5 | $ 123,900.00 |
| Erik N. Frias | Contract Attorney | 2003 | $ 385 | 494.2 | $ 190,267.00 |
| Andrew, N. Friedman | Partner | 1983 | $ 870 | 2,259.5 | $ 1,965,765.00 |
| Geoffrey Graber | Partner | 2000 | $ 720 | 1,681.9 | $ 1,210,968.00 |
| Sally Handmaker | Associate | 2011 | $ 490 | 1,874.5 | $ 918,505.00 |
| Karen, L. Handorf | Partner | 1975 | $ 855 | 65.2 | $ 55,746.00 |
| Kendra Hart | Contract Attorney | 2012 | $ 390 | 267.3 | $ 104,247.00 |
| Derek Hora | Contract Attorney | 2012 | $ 245 | 820.2 | $ 200,949.00 |

| Eric Kafka | Associate | 2014 | $ 425 | 1,884.7 | $ 800,997.50 |
|---|---|---|---|---|---|
| John H. Lanou | Contract Attorney | 2000 | $ 400 | 354.6 | $ 141,840.00 |
| Molly M. Malloy | Contract Attorney | 2011 | $ 275 | 40 | $ 11,000.00 |
| Douglas, J. McNamara | Of Counsel | 1995 | $ 700 | 52.8 | $ 36,960.00 |
| Deborah L. Napier | Contract Attorney | 1990 | $ 495 | 23.8 | $ 11,781.00 |
| Jaime A. Riera-Seivane | Contract Attorney | 1993 | $ 450 | 432.4 | $ 194,580.00 |
| Pamela L. Smith | Contract Attorney | 1984 | $ 495 | 462.2 | $ 228,789.00 |
| Donna F. Solen | Contract Attorney | 1997 | $ 420 | 152.8 | $ 64,176.00 |
| Steven J. Toll | Partner | 1975 | $ 970 | 135.7 | $ 131,629.00 |
| Ariam M. Tsighe | Contract Attorney | 2012 | $ 245 | 41.5 | $ 10,167.50 |
| Kelly Ann Shea | Contract Paralegal | Contract Paralegal | $ 260 | 55.3 | $ 14,378.00 |
| Thea Bournazian | Investigator | Investigator | $ 440 | 154.2 | $ 67,848.00 |
| Anjali Bushan | Legal Clerk | Legal Clerk | $ 270 | 53 | $ 14,310.00 |
| Adam Lewis | Legal Clerk | Legal Clerk | $ 270 | 48.2 | $ 13,014.00 |
| Madeline H. Meth | Legal Clerk | Legal Clerk | $ 270 | 16.5 | $ 4,455.00 |
| Charles Conway | Paralegal | Paralegal | $ 270 | 306.3 | $ 82,701.00 |

| Shireen Hamdan | Paralegal | Paralegal | $ 280 | 1,457.7 | $ 408,156.00 |
| Mariah Wozniak | Paralegal | Paralegal | $ 280 | 639.8 | $ 179,144.00 |

| **Total Hourly Billing By Task Code** | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** | **13** | **14** |
| 46.2 | 5,977.5 | 427 | 2,733 | 2,743.9 | 1,763.7 | 613.3 | 454.6 | 195.9 | 413.8 | 643.4 | 7.7 | 15.1 | 379.1 |

| **Total Firm Hours** | **Total Firm Fees** |
|---|---|
| 16,414.2 | $ 7,753,346.00 |

| **Judicial Approvals of Hourly Rates** |
|---|
| See Friedman Dec. ¶7. |

# Gibbs Law Group LLP
505 14th St #1110
Oakland, CA 94612
https://www.classlawgroup.com

| Attorney | Position | Graduation Year | Rate | Hours Billed | Total Attorney Fees |
|---|---|---|---|---|---|
| David Berger | Partner | 2008 | $ 575.00 | 2,805.4 | $ 1,613,105.00 |
| Joshua Bloomfield | Associate | 2000 | $ 395.00 | 945.4 | $ 373,433.00 |
| Aaron Blumenthal | Associate | 2015 | $ 350 / $ 365 | 1967.3 | $ 717,875.50 |
| Caroline Corbitt | Associate | 2015 | $ 365.00 | 292.9 | $ 106,908.50 |
| AJ De Bartolomeo | Partner | 1988 | $ 740.00 | 175.5 | $ 129,870.00 |
| Eric Gibbs | Partner | 1995 | $ 805.00 | 428.1 | $ 344,620.50 |
| Scott Grzenczyk | Associate | 2011 | $ 525.00 | 12.6 | $6,615.00 |
| Shane Howarter | Associate | 2016 | $ 340.00 | 10.7 | $ 3,638.00 |
| Dylan Hughes | Partner | 2000 | $ 685.00 | 14.3 | $ 9,795.50 |
| Amanda Karl | Associate | 2014 | $ 415.00 | 89.3 | $ 37,059.50 |
| J. Mani Goehring (née Khamvongsa) | Associate | 2008 | $ 375.00 | 213.4 | $ 80,025.00 |
| Linda Lam | Associate | 2014 | $ 415.00 | 40.7 | $ 16,890.50 |
| Steve Lopez | Associate | 2014 | $ 415.00 | 31.4 | $ 13,031.00 |

| Michael Marchese | Associate | 2015 | $ 350.00 | 859.9 | $ 300,965.00 |
|---|---|---|---|---|---|
| Marcus McElhenney | Contract Attorney | 2014 | $ 350.00 | 1,656.7 | $ 579,845.00 |
| Geoffrey Munroe | Partner | 2003 | $ 660.00 | 490.6 | $ 323,796.00 |
| Andre Mura | Partner | 2004 | $ 635.00 | 46.5 | $ 29,527.50 |
| Patrick Nagler | Contract Attorney | 2011 | $ 375.00 | 87 | $ 32,625.00 |
| Dave Stein | Partner | 2007 | $ 605.00 | 39 | $ 23,595.00 |
| Clay Stockton | Associate | 2012 | $ 400.00 | 197.3 | $ 78,920.00 |
| Linh Vuong | Associate | 2012 | $ 450.00 | 190.2 | $ 85,590.00 |
| Amy Zeman | Partner | 2010 | $ 550.00 | 11.2 | $ 6,160.00 |
| Kristen Boffi | Paralegal | Paralegal | $ 220.00 | 10.7 | $ 2,354.00 |
| Jason Gibbs | Paralegal | Paralegal | $ 190.00 | 39.1 | $ 7,429.00 |
| Walter Murcia | Paralegal | Paralegal | $ 200.00 | 207 | $ 41,400.00 |
| Monsura Sirajee | Paralegal | Paralegal | $ 200.00 | 125.6 | $ 25,120.00 |

| Total Hourly Billing By Task Code | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 128.4 | 3,971 | 137.2 | 1,111.7 | 2,394.6 | 870.1 | 445.9 | 58.5 | 85.7 | 637.6 | 977.8 | 0 | 0 | 169.3 |

| Total Firm Hours | Total Firm Fees |
|:---:|:---:|
| 10,987.8 | $ 4,990,193.50 |

| Judicial Approvals of Hourly Rates |
|:---:|
| See Gibbs Dec. ¶16. |

# Goldman, Scarlato & Penny PC
161 Washington Street
Conshohocken, PA 19428
https://www.lawgsp.com

| Attorneys | Position | Graduation Year | Rate | Hours Billed | Total Attorney Fees |
|-----------|----------|-----------------|------|--------------|---------------------|
| Mark Goldman | Partner | 1986 | $ 725.00 | 1,264.6 | $ 916,835.00 |
| Douglas Bench | Associate | 2006 | $ 475.00 | 150.3 | $ 71,392.50 |
| Laura Mummert | Of Counsel | 2000 | $ 495.00 | 592.0 | $ 293,040.00 |

| Total Hourly Billing By Task Code | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 350.7 | 477 | 0 | 270.4 | 831 | 27.8 | 0 | 0 | 1.5 | 11.5 | 37 | 0 | 0 | 0 |

| Total Firm Hours | Total Firm Fees |
|------------------|-----------------|
| 2,006.9 | $ 1,281,267.50 |

| **Judicial Approvals of Hourly Rates** |
| --- |
| Goldman, Scarlato & Penny has received fee awards based on their current rates or similar rates. *See, e.g.*, *In re Nu Skin Enters., Inc. Securities Litig.*, No. 2:14-cv-00033, Dkt. 147 at 2 (Oct. 13, 2016); *id.*, Dkt. 140-4 at 7 (identifying hourly rates, including Mark Goldman's rate of $775, and rates for associates at between $550 and $725); *In re Capacitors Antitrust Litigation*, No. 3:14-cv-03264, Dkt. 1938 at 2 (N.D. Cal. Oct. 30, 2017); *id.*, Dkt. 1649-11 (May 17, 2017) (identifying historical rates).  Federal courts have also approved higher rates for another Pennsylvania-based firm involved in this case. *See supra*, judicial approvals of hourly rates for Berger & Montague. |

**Lieff, Cabraser, Heimann & Bernstein**
275 Battery St 29th floor
San Francisco, CA 94111
https://www.lieffcabraser.com

| Attorney | Position | Graduation Year | Rate | Hours Billed | Total Attorney Fees |
|---|---|---|---|---|---|
| Tanya Ashur | Staff Attorney | 2000 | $ 415.00 | 48 | $ 19,920.00 |
| Evan Ballan | Staff Attorney | 2017 | $ 345.00 | 18.6 | $ 6,417.00 |
| Corey Bennett | Staff Attorney | 2009 | $ 415.00 | 19 | $ 7,885.00 |
| Nicholas Diamand | Partner | 2002 | $ 650.00 | 14.2 | $ 9,230.00 |
| Wilson Dunlavey | Associate | 2015 | $ 370.00 | 297.5 | $ 110,075.00 |
| Melissa Gardner | Associate | 2011 | $ 455.00 | 918.6 | $ 417,963.00 |
| James Gilyard | Staff Attorney | 2002 | $ 415.00 | 1,015 | $ 421,225.00 |
| Eva Guo | Staff Attorney | 1994 | $ 415.00 | 1,530.5 | $ 635,157.50 |
| Roger Heller | Partner | 2001 | $ 675.00 | 25.5 | $ 17,212.50 |
| James Leggett | Staff Attorney | 2012 | $ 415.00 | 32 | $ 13,280.00 |
| Jason Lichtman | Partner | 2006 | $ 565.00 | 624.3 | $ 352,729.50 |
| Jessica Meltser | Research Assistant | 2016 | $ 345.00 | 19.9 | $ 6,865.50 |
| Phi Anh Nguyen | Staff Attorney | 2008 | $ 415.00 | 2,317 | $ 961,555.00 |
| David Rudolph | Partner | 2004 | $ 625.00 | 580.4 | $ 362,750.00 |

| | | | | | |
|---|---|---|---|---|---|
| Michael Sobol | Partner | 1989 | $ 900.00 | 648.7 | $ 583,830.00 |
| Donna Solen | Staff Attorney | 1997 | $ 415.00 | 486.5 | $ 201,897.50 |
| Nicole Diane Sugnet | Partner | 2006 | $ 510.00 | 1,708.8 | $ 871,488.00 |
| Siobhan Innes-Gawn | Paralegal | Paralegal | $ 360.00 | 16.6 | $ 5,976.00 |
| Elizabeth Keenley | Paralegal | Paralegal | $ 350.00 | 21.4 | $ 7,490.00 |
| Todd Carnam | Paralegal | Paralegal | $ 360.00 | 29.5 | $ 10,620.00 |
| Jennifer Rudnick | Paralegal | Paralegal | $ 360.00 | 185.3 | $ 66,708.00 |
| Yun Swenson | Paralegal | Paralegal | $ 360.00 | 59.2 | $ 21,312.00 |

| Total Hourly Billing By Task Code | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **11** | **12** | **13** | **14** |
| 45.4 | 5,707.2 | 11.6 | 605.5 | 661.4 | 879.6 | 1,594.4 | 166.2 | 183.1 | 113.5 | 458.8 | 15.3 | 1.2 | 173.3 |

| Total Firm Hours | Total Firm Fees |
|---|---|
| 10,616.5 | $ 5,111,586.50 |

| Judicial Approvals of Hourly Rates |
|---|
| See Sobol Dec. ¶24. |

# Scott + Scott, Attorneys at Law, LLP
The Helmsley Building
230 Park Ave., 17th Floor
New York, NY 10169
https://scott-scott.com

| Attorney | Position | Graduation Year | Rate | Hours Billed | Total Attorney Fees |
|---|---|---|---|---|---|
| Joseph Guglielmo | Partner | 1996 | $ 875.00 | 0.6 | $ 525.00 |
| Erin Comite | Partner | 2002 | $ 725.00 | 0.3 | $ 217.50 |
| Hal Cunningham | Associate | 2006 | $ 625.00 | 1.9 | $ 1,187.50 |
| Katie Shank | Contract Attorney | 2015 | $ 400.00 | 545.1 | $ 218,040.00 |

| Total Hourly Billing By Task Code | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 0.9 | 547 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| Total Firm Hours | Total Firm Fees |
|---|---|
| 547.9 | $ 219,970.00 |

**Judicial Approvals of Hourly Rates**

Federal courts have approved fee awards based on Scott + Scott's rates or similar rates. *See, e.g.*, *Axiom Investment Advisors LLC v. Barclays Bank PLC*, No. 15-cv-9323, Dkt. 129 at 4 (S.D.N.Y. July 24, 2017); *id.*, Dkt. 112 at 4 (Feb. 28, 2017) (identifying rates); *In re: Takata Airbag Prods. Liab. Litig.*, No. 1:15-md-02599, Dkt. 2166 at 9-10 (S.D. Fla. Nov. 1, 2017); *Birmingham Retirement and Relief Sys. v. S.A.C. Capital Advisors, L.P.*, No. 1:13-cv-02459, Dkt. 80 at 2 (S.D.N.Y. Oct. 3, 2016).  Further, comparable rates have been approved for another New York firm involved in this case. *See infra*, judicial approvals of hourly rates for Levi Korsinsky LLP.

**Stueve, Siegel, Hanson LLP**
550 West C Street, Suite 1750
San Diego, CA 92101
460 Nichols Road, Suite 200
Kansas City, MO 64112
http://www.stuevesiegel.com

| Attorney | Position | Graduation Year | Rate | Hours Billed | Total Attorney Fees |
|----------|----------|-----------------|------|--------------|---------------------|
| Jennifer Carter | Associate | 2004 | $ 475.00 | 10.4 | $ 4,940.00 |
| Crystal Cook | Associate | 2013 | $ 425.00 | 4.7 | $ 1,997.50 |
| Sean Cooper | Associate | 2013 | $ 425.00 | 13.2 | $ 5,610.00 |
| Tanner Edwards | Associate | 2015 | $ 375.00 | 452.3 | $ 169,612.50 |
| Jason Hartley | Partner | 1997 | $ 825.00 | 0.5 | $ 412.50 |
| Lauren Luhrs | Associate | 2013 | $ 425.00 | 11.1 | $ 4,717.50 |
| Abby McClellan | Associate | 2013 | $ 425.00 | 139.6 | $ 59,330.00 |
| J. Austin Moore | Associate | 2011 | $ 475.00 | 700.6 | $ 332,785.00 |
| Norman Siegel | Partner | 1993 | $ 865.00 | 139 | $ 120,235.00 |
| Barrett Vahle | Partner | 2004 | $ 645.00 | 97.3 | $ 62,758.50 |
| Brad Wilders | Partner | 2007 | $ 625.00 | 1.6 | $ 1,000.00 |
| Michael Wise | Associate | 2014 | $ 350.00 | 8.9 | $ 3,115.00 |
| Lauren Wolf | Associate | 2010 | $ 395.00 | 79.1 | $ 31,244.50 |

| Michelle Campbell | Paralegal | Paralegal | $ 275.00 | 370.6 | $ 101,915.00 |
| Katrina Cervantes | Paralegal | Paralegal | $ 245.00 | 5.9 | $ 1,445.50 |
| Tina Glover | Paralegal | Paralegal | $ 245.00 | 0.2 | $ 49.00 |
| Mary Rose Marquart | Paralegal | Paralegal | $ 275.00 | 21.2 | $ 5,830.00 |
| Cheri Perez | Legal Assistant | Legal Assistant | $ 225.00 | 6.3 | $ 1,417.50 |
| Erika Reyes | Paralegal | Paralegal | $ 245.00 | 124.2 | $ 30,429.00 |
| Margaret Smith | Paralegal | Paralegal | $ 245.00 | 39.6 | $ 9,702.00 |
| Melissa Warner | Legal Assistant | Legal Assistant | $ 225.00 | 2 | $ 450.00 |
| Sheri Williams | Legal Assistant | Paralegal | $ 225.00 | 2.2 | $ 495.00 |
| Peter Rupp | Systems Director | Systems Director | $ 295.00 | 13.6 | $ 4,012.00 |

| Total Hourly Billing By Task Code | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 666.4 | 439.7 | 0.6 | 550.4 | 299.9 | 185.4 | 0 | 0 | 2.1 | 2.5 | 28.1 | 69 | 0 | 0 |

| Total Firm Hours | Total Firm Fees |
|---|---|
| 2,244.1 | $ 953,503.00 |

| Judicial Approvals of Hourly Rates |
|---|
| Federal courts have approved fee awards based on Stueve, Siegel & Hanson's rates or similar rates. *See, e.g.*, *Magill v. DIRECTV, LLC*, No. 5:16-cv-00356, Dkt. 66 at 3 n.1 (C.D. Cal. June 23, 2017) (finding 2016 hourly rates reasonable); *id.*, Dkt. 56-1 at 9 (May 11, 2017) (identifying hourly rates, including $825 for an attorney with 24 years experience, $600 for attorneys with 12 and 17 years experience, $375 for an attorney with four years experience, and $245 for a paralegal).  Further, rates above or similar to Stueve, Siegel's  rates have been approved by federal courts in the firm's region. *See, e.g.*, *Pollard v. Remington Arms Co., LLC*, 320 F.R.D. 198, 222 (W.D. Mo. 2017) (approving fee award with rates ranging from $261 to $897 per hour, and finding that "the average hourly fees, although some are on the high side, are not dissimilar to those hourly rates charged in the Kansas City area");  *Abbott v. Lockheed Martin Corp.*, No. 06-cv-701, 2015 WL 4398475, at **3-4 (S.D. Ill. July 17, 2015) (approving hourly rates of $826 for attorneys with 15-24 years of experience, $595 for attorneys with 5-14 years of experience, $447 for attorneys with 2-4 years of experience, and $300 for paralegals and law clerks). |

**Zimmerman Reed LLP**
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
https://www.zimmreed.com

| Attorneys | Position | Graduation Year | Rate | Hours Billed | Total Attorney Fees |
|---|---|---|---|---|---|
| Brian C. Gudmundson | Partner | 2004 | $ 695.00 | 10.8 | $ 7,506.00 |
| Wm Dane Dekrey | Associate | 2014 | $ 375.00 | 53.2 | $ 19,950.00 |
| Bryce D. Riddle | Associate | 2014 | $ 375.00 | 7 | $ 2,625.00 |
| James P. Watts | Of Counsel | 1981 | $ 450.00 | 308.3 | $ 138,735.00 |
| Adam Almen | Contract Attorney | 2013 | $ 300.00 | 162.3 | $ 48,690.00 |
| Leslie A. Harms | Paralegal | Paralegal | $ 275.00 | 0.5 | 137.50 |

| Total Hourly Billing By Task Code | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 10.9 | 471 | 0 | 18.4 | 40.8 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| Total Firm Hours | Total Firm Fees |
|---|---|
| 542.1 | $ 217,643.50 |

| Judicial Approvals of Hourly Rates |
|---|
| Zimmerman Reed has received fee awards based on its rates or similar rates. *See, e.g.*, *Soular v. Northern Tier Energy, LP*, No. 0:15-cv-00556, Dkt. 85 at 5 (D. Minn. July 28, 2017); *id.*, Dkt. 81 at 4 (July 14, 2017) (identifying hourly rates, including $695 to $795 for partners and $225 to $450 for associates). |