# EXHIBIT I

ANTHEM EXPENSES - TOTAL COSTS FOR ALL FIRMS
(INCLUDING JOINT COST FUND)
(updated to include costs not previously submitted with December 1, 2017 filing)

| **Category** | **Amount** |
|---|---|
| Experts[1] | $840,969.37 |
| Travel (lodging, meals, transportation) | $355,585.81 |
| Transcripts | $251,311.37 |
| Document Management | $218,164.53 |
| Photocopy/Print/Facsimile | $105,900.49 |
| Mediation Services | $69,987.47 |
| Call Center[2] | $56,250.00 |
| Online Legal Research | $55,591.16 |
| Courier/Overnight Deliveries | $16,652.23 |
| Telephone | $8,443.57 |
| Service of Process | $8,178.12 |
| Secretarial Overtime | $4,649.61 |
| Miscellaneous | $4,595.29 |
| Filing Fees | $3,146.00 |
| Outside Copy Service | $2,729.69 |
| Court Electronic Fees (PACER) | $2,486.30 |
| Postage | $427.58 |
| **TOTAL** | **$2,005,068.59** |

[1.] Does not include $60,000.00 in reserved costs for expert monitoring.

[2.] Does not include $72,000.00 in reserved costs to maintain Call Center through Out of Pocket claims filing deadline if necessary.

ANTHEM - TOTAL COSTS (updated to include costs not previously submitted with December 1, 2017 filing)

| Firm | Courier/Overnight Deliveries | Court Electronic Fees (PACER) | Filing Fees | Online Legal Research | Photocopy/Print/Facsimile | Postage | Secretarial Overtime | Service of Process | Telephone | Transcripts | Travel (lodging, meals, transportation) | Miscellaneous Expenses | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Altshuler Berzon LLP | 3,885.35 | 1,089.60 | | 10,695.97 | 69,461.20 | 11.12 | 3,773.92 | 342.25 | 378.27 | 132.05 | 49,089.43 | 175.67 | $139,034.83 |
| Barrack, Rodos & Bacine | 232.87 | | | | | | | | 70.84 | | 4,398.63 | | $4,702.34 |
| Berger & Montague, P.C. | | | | | 216.60 | 69.21 | | | | | 2,748.58 | | $3,034.39 |
| Boucher LLP | | | | | 200.90 | | | | | | 757.42 | | $958.32 |
| Branstetter Stranch & Jennings, PLLC | | | | | | | | | | | 4,111.97 | | $4,111.97 |
| Cafferty Clobes Meriwether & Sprengel LLP | | | | | 9.25 | | | | | | | | $9.25 |
| Cohen & Malad, LLP | 1,414.02 | | | | | | | | 704.08 | | 27,156.58 | | $29,274.68 |
| Cohen Milstein Sellers & Toll, PLLC[1] | 1,870.91 | | 446.00 | 9,121.29 | 1,510.32 | 82.80 | 875.69 | 3,312.00 | 4,680.07 | 1,471.93 | 93,272.33 | 737.78 | $117,381.12 |
| Emerson Scott, LLP | | | | | 41.20 | | | | | | 33.18 | 4.34 | $78.72 |
| Fagan Emert & Davis, L.L.C. | | | | | | 60.27 | | | | | | | $60.27 |
| Farmer, Jaffe, et al. | | | | | | | | | | | 885.37 | | $885.37 |
| Federman & Sherwood | 24.71 | | | | 744.50 | 1.40 | | | 22.31 | | 2,896.15 | 10.00 | $3,699.07 |
| Forbes Law Group, LLC | | | | | | | | | | | 1,642.04 | | $1,642.04 |
| The Giatras Law Firm, PLLC | | | | | 132.50 | 2.12 | | | | | | | $134.62 |
| Gibbs Law Group[2] | 3,128.30 | 577.80 | | 19,345.56 | 6,312.80 | 10.18 | | 1,321.15 | 6.20 | | 44,913.01 | 922.00 | $76,537.00 |
| Goldman Scarlato & Penny, P.C. | 377.11 | | 800.00 | 34.73 | 1,530.58 | 15.38 | | | | | 23,384.17 | | $26,141.97 |
| Janet, Jenner & Suggs, LLC | | | | | | 74.56 | | | 1.21 | | 920.15 | | $995.92 |
| Kaplan Fox & Kilsheimer LLP | 39.51 | | | | | | | | | | | | $39.51 |
| Keller Rohrback LLP | 1,628.50 | | | | 5,453.45 | | | | 10.01 | | 2,642.41 | | $9,734.37 |
| Law Office of Angela Edwards | | | | | | | | | | | 920.64 | | $920.64 |
| Levi & Korsinsky LLP | | | | | | | | | | | 2,247.73 | | $2,247.73 |
| Lieff, Cabraser, Heimann & Bernstein, LLP | 704.98 | | 700.00 | 9,443.86 | 14,826.40 | 11.89 | | 410.22 | 2,428.66 | | 65,256.01 | 15.50 | $93,797.52 |
| Lockridge Grindal Nauen PLLP | | | 400.00 | 5.10 | 39.00 | | | | 18.78 | | | | $462.88 |
| Milberg LLP | | | | 3,706.43 | 401.60 | | | | | | 2,177.14 | | $6,285.17 |
| Morgan & Morgan Complex Litigation Group | 212.58 | | | | 3,288.47 | | | | | | 7,499.49 | | $11,000.54 |
| Murray Law Firm | | | 400.00 | | | | | | 183.50 | | | | $583.50 |
| Robinson Calcagnie, Inc | | | | | | | | | | | 7,146.27 | | $7,146.27 |
| Scott & Scott, Attorneys at Law, LLP | | | | | 148.50 | 10.29 | | | 24.26 | | | | $183.05 |
| Skepnek Law Firm | | | | | | | | | | | 128.95 | | $128.95 |
| Stritmatter Kessler Whelan Koehler Moore Kahler | | | | | 4.20 | 23.51 | | | | | 227.74 | | $255.45 |
| Stueve Siegel Hanson LLP[3] | 64.92 | 680.30 | | 1,604.96 | 1,569.62 | 54.85 | | | 22.84 | | 5,813.76 | 2,730.00 | $12,541.25 |
| Stull, Stull & Brody | 310.87 | 138.60 | | 1,633.26 | | | | | 47.92 | | 787.58 | | $2,918.23 |
| Weitz & Luxenberg, P.C. | | | | | | | | | 28.12 | | 3,390.02 | | $3,418.14 |
| Zimmerman Reed LLP | | | | | 9.40 | | | | | | 1,139.06 | | $1,148.46 |
| Anthem Joint Cost Fund | | | | | | | | | | | | | $1,443,575.05 |
| **Total** | **$13,894.63** | **$2,486.30** | **$2,746.00** | **$55,591.16** | **$105,900.49** | **$427.58** | **$4,649.61** | **$5,569.12** | **$8,443.57** | **$1,603.98** | **$355,585.81** | **$4,595.29** | **$2,005,068.59** |

[1] The $737.78 miscellaneous charge is for office products and expert materials

[2] The $922.00 miscellaneous charge is for publicity re: Anthem Settlement

[3] The $2,730 miscellaneous charge is for establishment of an online plaintiff vetting portal (BitNative LLC)