# EXHIBIT J

**Anthem Joint Cost Fund**
**(including costs previously submitted with December 1, 2017 filing)**

**Deposits**

| Firm | Total Contributed |
|---|---|
| Altshuler Berzon LLP | $228,000.00 |
| Cohen Milstein | $228,000.00 |
| Gibbs Law Group | $223,000.00 |
| Lieff Cabraser | $223,000.00 |
| Branstetter, Stranch | $40,000.00 |
| Schubert | $30,000.00 |
| Stull, Stull, Brody | $30,000.00 |
| Barrack, Rodos | $20,000.00 |
| Bonnett Fairbourn | $20,000.00 |
| Cohen & Malad | $20,000.00 |
| Keller Rohback | $20,000.00 |
| Stueve Siegel Hanson | $20,000.00 |
| Boucher LLP | $10,000.00 |
| Goldman Scarlato | $10,000.00 |
| Kaplan Fox | $10,000.00 |
| Milberg | $10,000.00 |
| **Total Deposits:** | **$1,142,000.00** |

**Disbursements**

| Cost/Entity | Total Disbursements |
|---|---|
| **Courier** | **$2,757.60** |
|    Western Messenger | $2,757.60 |
| **Document Management** | **$218,164.53** |
|    Casepoint / @Legal | $207,414.53 |
|    Omega | $10,750.00 |
| **Experts** | **$707,606.68** |
|    Strebe Corporation | $217,749.89 |
|    Analysis Group | $244,398.59 |
|    Futurion.digital | $138,634.50 |
|    Risk Control Strategies, Inc. | $68,658.70 |
|    Consulting Expert | $10,400.00 |
|    Consulting Expert | $10,000.00 |
|    Javelin | $8,330.00 |
|    Consulting Expert | $8,535.00 |
|    FTI, Consulting | $900.00 |
| **Filing Fees** | **$400.00** |
|    Janet, Jenner & Smuggs | $400.00 |
| **Mediation Services** | **$69,987.47** |
|    Phillips ADR Enterprises, Inc. | $69,987.47 |
| **Outside Copy Service** | **$2,729.69** |
|    Midwest Trial Services | $1,514.40 |
|    First Digital Solutions | $806.25 |
|    DTI | $409.04 |
| **Service of Process** | **$2,609.00** |
|    Capitol Process Services | $2,609.00 |
| **Transcripts** | **$126,524.53** |
|    David Feldman | $125,004.73 |
|    Summer Fisher | $439.30 |
|    Kath. Sullivan | $248.05 |
|    Lee-Anne Shortridge | $270.50 |
|    Columbini, Joan Marie | $187.55 |
|    Echo Reporting, Inc. | $34.20 |
|    Rodriguez, Irene | $24.00 |
|    Leo T. Mankiewicz | $316.20 |
| **Total Disbursements:** | **$1,130,779.50** |

**Bills To Be Paid**

| | |
|---|---|
| Analysis Group - Experts | $133,362.69 |
| Sanders Phillips Grossman LLC - Call Center | $56,250.00 |
| Veritext - Transcripts | $123,182.86 |
| **Total Bills To Be Paid:** | **$312,795.55** |

| | |
|---|---|
| **Total Disbursements/Bills to be Paid** | **$1,443,575.05** |

## DISBURSEMENTS

### (costs not submitted with December 1, 2017 filing)

| Check Number | Check Amount | To | Notes/Decription | Cost Type |
|---|---|---|---|---|
| 1305 | $117.61 | Western Messenger | Courier | Courier |
| 1307 | $94.00 | Western Messenger | Courier | Courier |
|  | $211.61 |  |  |  |