# EXHIBIT K

# Anthem Expenses Updated Summary Sheet

**(including costs previously submitted with December 1, 2017 filing)**

**Firm Name: Altshuler Berzon LLP**

| Category | | Amount |
|---|---|---|
| Courier/Overnight Deliveries | $ | 3,885.35 |
| Court Electronic Fees (PACER) | $ | 1,089.60 |
| Filing Fees | $ | - |
| Online Legal Research | $ | 10,695.97 |
| Photocopy/Print/Facsimile | $ | 69,461.20 |
| Postage | $ | 11.12 |
| Misc. | $ | 175.67 |
| Secretarial Overtime | $ | 3,773.92 |
| Service of Process | $ | 342.25 |
| Telephone | $ | 378.27 |
| Transcripts | $ | 132.05 |
| Travel (lodging, meals, transportation) | $ | 49,089.43 |
| **Total:** | $ | 139,034.83 |

**Supplemental Detailed Expenses Chart - Altshuler Berzon**

**(costs not submitted with December 1, 2017 filing)**

| Date | Atty | Amount | Cost | Detail Cost |
|---|---|---|---|---|
| 11/2/2017 | | $3.00 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 11/6/2017 | | $5.00 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 11/6/2017 | | $5.00 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 11/6/2017 | | $2.40 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 11/6/2017 | | $5.00 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 11/6/2017 | | $5.00 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 11/9/2017 | | $4.00 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 11/9/2017 | | $6.40 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 11/13/2017 | | $6.40 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 11/13/2017 | | $5.40 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 11/14/2017 | | $2.20 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 11/15/2017 | | $3.40 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 11/16/2017 | | $7.80 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 11/16/2017 | | $6.40 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 11/17/2017 | | $6.00 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 11/17/2017 | | $6.00 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 11/20/2017 | | $5.20 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 11/20/2017 | | $2.80 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 11/21/2017 | | $3.80 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 11/21/2017 | | $24.20 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 11/21/2017 | | $36.80 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 11/28/2017 | | $6.40 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 11/29/2017 | | $5.40 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 11/29/2017 | | $6.40 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 11/29/2017 | | $6.40 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 11/30/2017 | | $5.20 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 11/30/2017 | | $5.20 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 11/30/2017 | | $24.20 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 11/30/2017 | | $23.20 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 11/30/2017 | | $6.60 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 11/30/2017 | | $5.20 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 11/30/2017 | | $6.60 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 11/30/2017 | | $14.80 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 11/30/2017 | | $2.40 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 11/30/2017 | | $6.60 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 11/30/2017 | | $5.20 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 11/30/2017 | | $2.00 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 11/30/2017 | | $5.20 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 11/30/2017 | | $2.00 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 12/1/2017 | | $11.60 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 12/1/2017 | | $14.80 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 12/1/2017 | | $2.00 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 12/1/2017 | | $2.20 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 12/1/2017 | | $5.80 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 12/1/2017 | | $23.80 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 12/1/2017 | | $3.00 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 12/1/2017 | | $6.40 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 12/1/2017 | | $6.40 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 12/1/2017 | | $7.40 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 12/1/2017 | | $6.60 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 12/1/2017 | | $14.80 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 12/1/2017 | | $20.20 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 12/1/2017 | | $2.00 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 12/1/2017 | | $2.20 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 12/1/2017 | | $7.40 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 12/1/2017 | | $5.20 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 12/1/2017 | | $3.00 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 12/1/2017 | | $2.00 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 12/1/2017 | | $2.00 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 12/1/2017 | | $2.00 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 12/4/2017 | | $7.40 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 12/4/2017 | | $6.40 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 12/4/2017 | | $2.20 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 12/4/2017 | | $23.80 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 12/4/2017 | | $11.20 | Photocopy/Print/Facsimile | Photocopy/Printing |

| Date | Atty | Amount | Cost | Detail Cost |
|---|---|---|---|---|
| 12/4/2017 | | $3.00 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 12/4/2017 | | $14.80 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 12/4/2017 | | $24.40 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 12/4/2017 | | $11.00 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 12/4/2017 | | $3.00 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 12/4/2017 | | $4.20 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 12/4/2017 | | $2.20 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 12/4/2017 | | $5.20 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 12/4/2017 | | $3.20 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 12/4/2017 | | $3.00 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 12/4/2017 | | $3.00 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 12/4/2017 | | $16.60 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 12/4/2017 | | $2.00 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 12/4/2017 | | $6.40 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 12/4/2017 | | $7.40 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 12/4/2017 | | $5.80 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 12/4/2017 | | $20.20 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 12/4/2017 | | $5.80 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 12/5/2017 | | $2.40 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 12/5/2017 | | $2.40 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 12/11/2017 | | $5.00 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 12/13/2017 | | $2.20 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 12/14/2017 | | $2.20 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 12/31/2017 | | $0.25 | Photocopy/Print/Facsimile | Photocopy/Printing |
| 12/8/2017 | | $8.56 | Courier/Overnight Deliveries | Courier (UPS) 31498507 |
| 11/30/2017 | | $63.57 | Online Legal Research | On Line Legal Research |
| 11/30/2017 | | $386.19 | Online Legal Research | On Line Legal Research |
| 12/31/2017 | | $5.64 | Online Legal Research | On Line Legal Research |
| 12/31/2017 | | $77.12 | Online Legal Research | On Line Legal Research |
| 12/31/2017 | | $4.40 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $0.20 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $4.30 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $0.60 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $87.20 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $23.30 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $0.40 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $0.20 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $6.00 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $4.40 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $0.10 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $11.60 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $0.10 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $4.20 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $0.20 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $16.80 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $3.40 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $4.20 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $12.30 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $8.20 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $0.10 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $0.20 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $5.00 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $10.00 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $0.10 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $10.50 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $12.00 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $13.00 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $3.00 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $4.20 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $0.10 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $9.90 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $18.20 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $16.90 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $3.10 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $5.60 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $2.90 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $10.80 | Court Electronic Fees (PACER) | Court Electronic Records |

| Date | Atty | Amount | Cost | Detail Cost |
|---|---|---|---|---|
| 12/31/2017 | | $16.70 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $3.20 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $10.40 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $6.10 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $5.50 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $3.00 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $25.30 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $5.10 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $7.20 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $3.10 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $3.00 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $6.00 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $5.00 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $14.50 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $5.00 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $8.00 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $23.70 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $6.00 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $6.50 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $1.60 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $5.00 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $6.00 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $0.90 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $3.20 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $20.00 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $0.60 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $0.30 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $5.20 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $23.20 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $8.20 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $11.20 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $3.70 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $5.80 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $16.10 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $1.80 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $3.00 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $6.20 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $6.00 | Court Electronic Fees (PACER) | Court Electronic Records |
| 12/31/2017 | | $0.46 | Postage | Postage |
| 11/27/2017 | | $153.82 | Secretarial Overtime | Secretarial Overtime |
| 11/27/2017 | | $61.52 | Secretarial Overtime | Secretarial Overtime |
| 11/27/2017 | | $19.23 | Secretarial Overtime | Secretarial Overtime |
| 11/28/2017 | | $79.31 | Secretarial Overtime | Secretarial Overtime |
| 11/28/2017 | | $30.76 | Secretarial Overtime | Secretarial Overtime |
| 11/28/2017 | | $134.61 | Secretarial Overtime | Secretarial Overtime |
| 11/29/2017 | | $70.74 | Secretarial Overtime | Secretarial Overtime |
| 11/29/2017 | | $19.23 | Secretarial Overtime | Secretarial Overtime |
| 11/30/2017 | | $230.81 | Secretarial Overtime | Secretarial Overtime |
| 12/1/2017 | | $57.68 | Secretarial Overtime | Secretarial Overtime |
| 12/1/2017 | | $205.12 | Secretarial Overtime | Secretarial Overtime |
| 10/31/2017 | | $2.78 | Telephone | Telephone (AT & T Bill) |
| 10/31/2017 | | $1.64 | Telephone | Telephone (AT & T Bill) |
| 10/31/2017 | | $15.17 | Telephone | Telephone (AT & T Bill) |
| 10/31/2017 | | $0.52 | Telephone | Telephone (AT & T Bill) |
| 11/30/2017 | | $3.50 | Telephone | Telephone (AT & T Bill) |
| 11/30/2017 | | $7.80 | Telephone | Telephone (AT & T Bill) |
| 11/30/2017 | | $1.33 | Telephone | Telephone (AT & T Bill) |
| 12/31/2017 | | $4.63 | Telephone | Telephone (AT & T Bill) |
| 12/31/2017 | | $0.14 | Telephone | Telephone (AT & T Bill) |
| 12/31/2017 | | $3.03 | Telephone | Telephone (AT & T Bill) |
| 12/31/2017 | | $0.07 | Telephone | Telephone (AT & T Bill) |
| 8/29/2017 | TL | $56.08 | Travel (lodging, meals, transportation) | Travel National Cab Company late night cab home |
| 10/26/2017 | EC | $20.96 | Travel (lodging, meals, transportation) | Travel National Cab Company late night cab home |
| 11/13/2017 | EC | $20.96 | Travel (lodging, meals, transportation) | Travel National Cab Company late night cab home |
| 11/14/2017 | EC | $19.83 | Travel (lodging, meals, transportation) | Travel National Cab Company late night cab home |
| 11/16/2017 | P/L - RMN | $34.76 | Travel (lodging, meals, transportation) | Travel National Cab Company late night cab home |
| 11/18/2017 | EC | $19.83 | Travel (lodging, meals, transportation) | Travel National Cab Company late night cab home |

| Date | Atty | Amount | Cost | Detail Cost |
|---|---|---|---|---|
| 11/21/2017 | EC | $20.96 | Travel (lodging, meals, transportation) | Travel National Cab Company late night cab home |
| 11/21/2017 | EC | $20.96 | Travel (lodging, meals, transportation) | Travel National Cab Company late night cab home |
| 11/27/2017 | Secretary | $33.83 | Travel (lodging, meals, transportation) | Travel (Cash Reimb.) flywheel home late |
| 11/27/2017 | EC | $20.39 | Travel (lodging, meals, transportation) | Travel National Cab Company late night cab home |
| 11/27/2017 | P/L - RMN | $30.20 | Travel (lodging, meals, transportation) | Travel National Cab Company late night cab home |
| 11/28/2017 | MJ | $21.36 | Travel (lodging, meals, transportation) | Travel American Express Charge re: VTS taxi home late |
| 11/28/2017 | Secretary | $52.22 | Travel (lodging, meals, transportation) | Travel National Cab Company late night cab home |
| 11/29/2017 | TL | $31.57 | Travel (lodging, meals, transportation) | Travel American Express Charge re: Pasilla dinner working late (EC, TL, MJ) |
| 11/29/2017 | MJ | $20.20 | Travel (lodging, meals, transportation) | Travel American Express Charge re: SF taxi home late |
| 11/29/2017 | EC | $21.65 | Travel (lodging, meals, transportation) | Travel American Express Charge re: chipotle late dinner for staff working late |
| 11/29/2017 | P/L - RMN | $31.51 | Travel (lodging, meals, transportation) | Travel National Cab Company late night cab home |
| 11/30/2017 | TL | $33.27 | Travel (lodging, meals, transportation) | Travel American Express Charge re: organic coup dinner working late (three people) |
| 11/30/2017 | TL | $54.54 | Travel (lodging, meals, transportation) | Travel American Express Charge re: taxi home late |
| 11/30/2017 | MJ | $20.75 | Travel (lodging, meals, transportation) | Travel American Express Charge re: SF taxi home late |
| 11/30/2017 | P/L - RMN | $71.84 | Travel (lodging, meals, transportation) | Travel American Express Charge re: dinner for staff and attorneys working late |
| 11/30/2017 | P/L - MSR | $40.43 | Travel (lodging, meals, transportation) | Travel National Cab Company late night cab home |
| 11/30/2017 | Secretary | $53.82 | Travel (lodging, meals, transportation) | Travel National Cab Company late night cab home |
| 11/30/2017 | P/L - RMN | $26.94 | Travel (lodging, meals, transportation) | Travel Veteran's cab home late |
| 12/1/2017 | MJ | $21.30 | Travel (lodging, meals, transportation) | Travel American Express Charge re: Taxi home late |
| 12/1/2017 | EC | $20.96 | Travel (lodging, meals, transportation) | Travel National Cab Company late night cab home |
| 12/1/2017 | EC | $20.96 | Travel (lodging, meals, transportation) | Travel Veteran's cab home late |
| 12/2/2017 | MJ | $19.20 | Travel (lodging, meals, transportation) | Travel American Express Charge re: taxi home late |
| | | | | |
| | | $3,763.91 | | |

# Anthem Expenses Updated Summary Sheet

**(including costs previously submitted with December 1, 2017 filing)**

**Firm Name: Cohen Milstein Sellers & Toll, PLLC**

| | |
|---|---|
| Courier/Overnight Deliveries | $1,870.91 |
| Court Electronic Fees (PACER) | $0.00 |
| Filing Fees | $446.00 |
| Misc. | $737.78 |
| Online Legal Research | $9,121.29 |
| Photocopy/Print/Facsimile | $1,510.32 |
| Postage | $82.80 |
| Secretarial Overtime | $875.69 |
| Service of Process | $3,312.00 |
| Telephone | $4,680.07 |
| Transcripts | $1,471.93 |
| Travel (lodging, meals, transportation) | $93,272.33 |
| **Total:** | **$ 117,381.12** |

## Supplemental Detailed Expenses Chart - Cohen Milstein Sellers & Toll, PLLC

**(costs not submitted with December 1, 2017 filing)**

| Date | Expense Category | Expense Summary / Explanation | Cost |
|---|---|---|---|
| 10/31/2017 | Online Legal Research | VENDOR: Lexis/Nexis INVOICE#: 3091192703 DATE: 10/31/2017 | 10.12 |
| 10/6/2017 | Online Legal Research | VENDOR: Pacer Service Center INVOICE#: 3941711-Q32017 DATE: 10/6/2017 | 90.40 |
| 12/1/2017 | Online Legal Research | VENDOR: Thomson Reuters - West Acct#1000528360 INVOICE#: 837325875 DATE: 12/1/2017 | 132.21 |
| 10/11/2017 | Photocopy/Print/Facsimile | | 2.30 |
| 10/11/2017 | Photocopy/Print/Facsimile | | 5.30 |
| 10/16/2017 | Photocopy/Print/Facsimile | | 0.20 |
| 11/13/2017 | Photocopy/Print/Facsimile | | 0.90 |
| 11/13/2017 | Photocopy/Print/Facsimile | | 0.10 |
| 11/20/2017 | Photocopy/Print/Facsimile | | 4.10 |
| 11/29/2017 | Photocopy/Print/Facsimile | | 0.10 |
| 11/29/2017 | Photocopy/Print/Facsimile | | 0.30 |
| 8/31/2017 | Secretarial Overtime | | 192.80 |
| 10/31/2017 | Secretarial Overtime | | 45.36 |
| 10/11/2017 | Telephone | Telephone call | 0.77 |
| 10/16/2017 | Telephone | Telephone call | 0.35 |
| 10/23/2017 | Telephone | Telephone call | 0.14 |
| 9/12/2017 | Telephone | VENDOR: Soundpath Conferencing INVOICE#: 2024084600091217 DATE: 9/12/2017 | 40.63 |
| 10/12/2017 | Telephone | VENDOR: Soundpath Conferencing INVOICE#: 2024084600101217 DATE: 10/12/2017 | 22.02 |
| 11/12/2017 | Telephone | VENDOR: Soundpath Conferencing INVOICE#: 2024084600111217 DATE: 11/12/2017 | 7.04 |
| 1/18/2018 | Transcripts | VENDOR: TypeWrite Word Processing Service INVOICE#: 22947 DATE: 1/18/2018 | 86.58 |
| 9/12/2017 | Travel - Meals | VENDOR: Andrew Friedman INVOICE#: 2147269612081652 DATE: 12/8/2017 | (11.75) |
| 11/29/2017 | Travel - Taxis, Tips | VENDOR: Linda Aono INVOICE#: 2155395112081632 DATE: 12/8/2017 | 15.00 |
| Jan. 2018 | Travel - Transportation | Airfare for Andrew N. Friedman for Final Approval hearing | 352.96 |
| Jan. 2018 | Travel - Hotel | Hotel for Andrew N. Friedman for Final Approval hearing | 329.00 |
| | | | |
| **GRAND TOTAL** | | | **$1,326.93** |

# Anthem Expenses Updated Summary Sheet

**(including costs previously submitted with December 1, 2017 filing)**

**Firm Name: Gibbs Law Group**

| Category | | Amount |
|---|---|---|
| Courier/Overnight Deliveries | $ | 3,128.30 |
| Court Electronic Fees (PACER) | $ | 577.80 |
| Filing Fees | $ | - |
| Miscellaneous | $ | 922.00 |
| Online Legal Research | $ | 19,345.56 |
| Photocopy/Print/Facsimile | $ | 6,312.80 |
| Postage | $ | 10.18 |
| Secretarial Overtime | $ | - |
| Service of Process | $ | 1,321.15 |
| Telephone | $ | 6.20 |
| Transcripts | $ | - |
| Travel (lodging, meals, transportation) | $ | 44,913.01 |
| Advertising | $ | - |
| **Total:** | **$** | **76,537.00** |

| Supplemental Detailed Expenses Chart - Girard Gibbs (costs not submitted with December 1, 2017 filing) | | | |
|---|---|---|---|
| **Date** | **Expense Category** | **Expense Summary/Explanation** | **Cost** |
| 11/03/2017 | Court Electronic Fees (PACER) | 3rd Qtr 2017 | $ 72.90 |
| 12/31/2017 | Photocopy/Print/ Facsimile | Dec 2017 Copy Charges | $ 16.10 |
| | | **GRAND TOTAL** | **$ 89.00** |

# Anthem Expenses Updated Summary Sheet

**(including costs previously submitted with December 1, 2017 filing)**

**Firm Name: Lieff, Cabraser, Heimann & Bernstein, LLP**

| | | |
|---|---|---|
| Courier/Overnight Deliveries | $ | 704.98 |
| Court Electronic Fees (PACER) | | |
| Misc. | $ | 15.50 |
| Filing Fees | $ | 700.00 |
| Online Legal Research | $ | 9,443.86 |
| Photocopy/Print/Facsimile | $ | 14,826.40 |
| Postage | $ | 11.89 |
| Secretarial Overtime | | |
| Service of Process | $ | 410.22 |
| Telephone | $ | 2,428.66 |
| Transcripts | | |
| Travel (lodging, meals, transportation) | $ | 65,256.01 |
| **Total:** | **$** | **93,797.52** |

| Supplemental Detailed Expenses Chart- Lieff Cabraser, Heimann & Bernstein, LLP (costs not submitted with December 1, 2017 filing) | | | |
|---|---|---|---|
| **Date** | **Expense Category** | **Expense Summary/Explanation** | **Cost** |
| 11/21/2017 | Photocopying/Printing | Print - SF AA 29TH Floor T654 #1 SW Logon:jrudnick | $6.20 |
| 11/28/2017 | Photocopying/Printing | Print - SF AA 29TH Floor T654 #1 SW Logon:jrudnick | $5.80 |
| 11/29/2017 | Photocopying/Printing | Print - SF SVC 28TH Floor Konica 951 Logon:drudolph | $3.00 |
| 11/29/2017 | Photocopying/Printing | Print - SF WP 28TH Floor 4350 #2 Logon:lschuring | $3.20 |
| 11/30/2017 | Photocopying/Printing | Print - SF AA 29TH Floor T654 #1 SW Logon:jrudnick | $0.20 |
| 12/12/2017 | Travel (Transportation) | Travel - - VENDOR: Melissa A. Gardner Reimbursement: Mileage | $20.97 |
| **TOTAL** | | | **$ 39.37** |