ALTSHULER BERZON LLP
EVE CERVANTEZ (SBN 164709)
ecervantez@altshulerberzon.com
JONATHAN WEISSGLASS (SBN 185008)
jweissglass@altshulerberzon.com
DANIELLE E. LEONARD (SBN 218201)
dleonard@altshulerberzon.com
MEREDITH A. JOHNSON (SBN 291018)
mjohnson@altshulerberzon.com
TONY LOPRESTI (SBN 289269)
tlopresti@altshulerberzon.com
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

COHEN MILSTEIN SELLERS & TOLL PLLC
ANDREW N. FRIEDMAN (admitted *pro hac vice*)
afriedman@cohenmilstein.com
GEOFFREY GRABER (SBN 211547)
ggraber@cohenmilstein.com
SALLY M. HANDMAKER (SBN 281186)
shandmaker@cohenmilstein.com
ERIC KAFKA (admitted *pro hac vice*)
ekafka@cohenmilstein.com
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Co-Lead Plaintiffs' Counsel*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| *In Re Anthem, Inc. Data Breach Litigation* | Case No: 15-md-02617-LHK (NC) <br><br> **SUPPLEMENTAL DECLARATION OF KCC CLASS ACTION SERVICES (LANA LUCCHESI) RE: NOTICE PROCEDURES** <br><br> Date: February 1, 2017 <br> Time: 1:30 p.m. <br> Judge: Lucy H. Koh <br> Crtrm: 8, 4th Floor |

I, Lana Lucchesi, declare as follows:

1.      I am employed as a Senior Project Manager by KCC Class Action Services, LLC ("KCC"), located at 3301 Kerner Blvd., San Rafael, California. KCC was appointed as the Settlement Administrator in this matter and is not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto. The purpose of this declaration is to provide the Court with updated statistics and other information about the claims process and to supplement the Declaration of Jay Geraci Re: Notice Procedures ("Geraci Declaration"), filed at ECF 916-32.

**Mailed Notice**

2.      Of the 54,925,559 Summary Notice Postcards mailed to the Class Members, *see* Geraci Declaration, KCC has received 674,671 Summary Notice Postcards returned by the USPS with forwarding addresses. KCC immediately caused Summary Notice Postcards to be re-mailed to the forwarding addresses supplied by the USPS.

3.      Since mailing the Summary Notice Postcards to the Class Members, KCC has received 6,983,332 Summary Notice Postcards returned by the USPS with undeliverable addresses. Through credit bureau and/or other public source databases, KCC performed address searches for these undeliverable Summary Notice Postcards and was able to find updated addresses for 1,564,940 Class Members. KCC promptly re-mailed Summary Notice Postcards to the found new addresses. Of the re-mailed Summary Notice Postcards, 183,864 were returned a second time and 1,381,076 appear to have been successfully delivered. In total, 49,323,303 Summary Notice Postcards appear to have been successfully delivered, while 5,602,256 were not, which translates to an overall success rate of approximately 90%.

4.      As of the date of this declaration, $14,318,391.45 has been incurred in costs for postage. This amount will increase as class members send in the postage-prepaid Summary Notice Postcards, and when KCC issues letters asking for additional information substantiating certain out-of-pocket expense claims, instructions for credit monitoring to class members without email addresses, and settlement checks.

1

**Case Website**

5.      On or about September 25, 2017, KCC established a website (www.DataBreach-Settlement.com) dedicated to this matter to provide information to the Class Members and to answer frequently asked questions. The website URL was set forth in the Summary Notice Postcard, Email Notice, Long Form Notice, Claim Forms, Publication Notice, and all social media advertising (which included a direct link to the website). Visitors to the website can download copies of the Long Form Notice, Spanish Long Form Notice, and Out of Pocket Claim Form. Visitors can also review and download case-related documents, including the Settlement Agreement, the Amendment to Settlement Agreement, the Fourth Amended Complaint, and briefs in support of preliminary approval, final approval, and for attorneys' fees, litigation costs, and service payments to class representatives.

6.      Visitors can also submit claims online (including on mobile devices), and, if applicable, upload supporting documentation. The website contains instructional videos demonstrating how to file the various claims forms. Visitors can also check to see if they are on the Class List, by entering their name and either their date of birth or address.

7.      As of the date of this declaration, the website has received 1,026,168 visits, and 556,207 claim forms have been submitted online.

**Toll-Free Telephone Number**

8.      On September 29, 2017 KCC established an automated toll-free telephone number (855-636-6136) dedicated to providing information and answers to inquiries from Class Members. Class members can use this phone number to request that copies of applicable case documents, such as the long form notice, the Spanish long form notice, or claims forms, be mailed to them. The automated response system also provides callers who need further assistance with the phone number to the call center established by Class Counsel, so that class members can speak to a live person for further information about the claims process. As of the date of this declaration, KCC has received a total of 101,127 calls.

**Claim Forms**

9.      The postmark deadline for Class Members to file Credit Monitoring or Alternative

SUPPLEMENTAL DECLARATION OF KCC CLASS ACTION SERVICES (LANA LUCCHESI) RE: NOTICE PROCEDURES
CASE NO. 15-md-02617-LHK (NC)

1  Compensation claims in this matter is January 29, 2018. To date, KCC has received 1,125,275 Credit

2  Monitoring claim forms and 131,221 Alternative Compensation claim forms.

3  **Out of Pocket Claim Forms**

4      10.    To date, KCC has received a total of 18,844 Out of Pocket Claims, though the postmark

5  deadline for Class Members to file Out of Pocket claims in this matter is one year after entry of the

6  Final Approval Order. The Out of Pocket claims rate we are experiencing in this matter appears to be a

7  higher participation rate compared to previous data breach settlements that provided for reimbursement

8  of out of pocket expenses.

9      11.    To provide some metrics about claims patterns, KCC analyzed a random sample of

10  5,000 Out of Pocket Claims that were submitted through the settlement website. The most common loss

11  types being claimed are credit monitoring ordered after January 2015 and unreimbursed fraud losses or

12  charges. KCC set aside outlier claims that request $10,000 or more in damages and claims submitted

13  without any supporting documentation. The remaining claims, which often provide a better proxy for

14  final claims amounts, requested a median award of $350.

15      12.    Of the 5,000 claims in the sample, 20% were submitted with supporting documents. In

16  our experience, even where, as here, there are minimal requirements for documenting a claim, it isn't

17  unusual for class members to initially submit undocumented claims, and then document those claims

18  during the follow-up process when we mail "deficiency letters" to class members reminding them to

19  document their claims, and giving them instructions on how to do so. Nevertheless, even factoring for

20  the long claims submission period, liberal documentation requirements, and mailing deficiency letters,

21  we anticipate that the $15 million Out of Pocket claims fund will not be depleted before the end of the

22  claims period.

23  **Requests for Exclusion from Class**

24      13.    The postmark deadline for Class Members to request to be excluded from the class was

25  December 29, 2017. As of the date of this declaration, KCC has received 390 requests for exclusion. A

26  list of the Class Members requesting to be excluded is attached hereto as Exhibit A. We are not filing

27  the actual exclusion requests at this time because they contain individually identifying information.

28

3

**Objections and Comments to the Settlement**

14. The postmark deadline for Class Members to object to the settlement was December 29, 2017. Although the Settlement Agreement requires that Objections be mailed to or filed with the Court, as of the date of this declaration, KCC has received seven objections and comments to the settlement that do not appear on the case docket, but which we have forwarded to the parties. Copies of the unfiled objections and comments that KCC received are attached hereto as Exhibits B-H.

15. During the claims period, KCC received a letter from the Attorney General of Missouri enclosing a consumer complaint submitted by Dale Chott. These documents are attached hereto as Exhibit B. In his letter, Mr. Chott is concerned because his wife received a postcard notice, but he did not. I have verified that Mr. Chott's name is not on the class list.

16. During the claims period, KCC received an objection to the settlement from Ann Douglas, a true and correct copy of which is attached hereto at Exhibit C.

17. During the claims period, KCC received a letter from Marna Drum, a true and correct copy of which is attached at Exhibit D. I have verified that Ms. Drum successfully submitted a claim for credit monitoring.

18. During the claims period, KCC received an objection to the settlement dated January 10, 2018, from Madonna Graham, a true and correct copy of which is attached at Exhibit E.

19. During the claims period, KCC received an objection to the settlement from Marie Hurt, a true and correct copy of which is attached at Exhibit F. I have verified that the class list includes only one person at Ms. Hurt's address.

20. During the claims period, KCC received an objection to the settlement from Timothy John Mitchell, a true and correct copy of which is attached at Exhibit G.

21. During the claims period, KCC received an objection to the settlement from Eric James Ziecker, a true and correct copy of which is attached at Exhibit H. Mr. Ziecker's objection also was signed by Mara Ziecker and J.Z., who we believe to be a minor. I have verified that Eric James Ziecker and J.Z. are class members, but Mara Ziecker is not.

22. I have reviewed the objection filed on behalf of John Stone at ECF 920, and verified that

SUPPLEMENTAL DECLARATION OF KCC CLASS ACTION SERVICES (LANA LUCCHESI) RE: NOTICE PROCEDURES
CASE NO. 15-md-02617-LHK (NC)

the only person at his address who should have received a postcard notice is his daughter, L.S.

23.     I have reviewed the letter filed on behalf of John Cappellini at ECF 908, and verified that the postcard notice that was mailed to a Tina Alonso at Mr. Cappellini's address was not a claims administration error. The class database that Anthem provided KCC lists a Tina Alonso at that address.

24.     I have reviewed the objection filed on behalf of Jeffrey Walton at ECF 936. I have verified that no postcard notice was sent to Mr. Walton at the address provided, though postcard notices were sent to other individuals with the same last name and address. Because there are numerous Jeffrey Waltons on the class list, I cannot assess whether this objector is a class member unless provided with additional details.

25.     I have reviewed the objection filed on behalf of Sean D. Cowdrey at ECF 930. I have verified that Mr. Cowdrey is not a class member. Neither his name, email address, or postal address appears on the class list.

26.     I have reviewed the objection filed on behalf of Thomas Frankel at ECF 906. I have verified that Mr. Frankel is a class member and that he successfully submitted a claim for credit monitoring.

27.     On January 10, 2018, I spoke with Plaintiffs' counsel, who provided me with the information needed to submit a claim for Ms. McIlvain, the class member mentioned in the Court's January 10, 2018 Order, ECF 935. I have submitted Ms. McIlvain's claim for credit monitoring services.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 25th day of January 2018 at San Rafael, California.

LANA LUCCHESI

EXHIBIT A

**KCC Class Action Services**
**In Re Anthem, Inc. Data Breach Litigation**
**Exclusion Report**

**Count**
**390**

| ClaimID | Last Name | First Name |
|---|---|---|
| 1000000563301 | AABOE | STELLA |
| 1000000562301 | AABOE | RICHARD |
| 1000253832101 | ADAMS | MARVIN |
| 1000400114001 | AGUILAR | BETTY G |
| 1000424683301 | AGUILAR JR | JIM |
| 1000529802801 | AKINS | SHARON |
| 1000879112801 | ALLISON | DAKOTA |
| 1000885758501 | ALLISON | SYDNEY |
| 9000125001 | ALQALLAF | CATHERINE |
| 9000124701 | ALQALLAF | ADAM |
| 9000121901 | ALQALLAF | REBEKA |
| 1000936004701 | ALQALLAF | SARA |
| 1058212232901 | ALQALLAF | OMRAN |
| 1000958497501 | ALTHOEN | JEANNE |
| 1001187060201 | ANDERSON | BONNIE |
| 1001294980001 | ANDERSON | SHARON |
| 1001884814601 | ASKEW | DONALD |
| 1002592947001 | BANASIAK | JOSEPH |
| 1002592972301 | BANASIAK | MEENA |
| 1002705030801 | BARBER | PHILLIP |
| 1002734462601 | BARDEN | KIMBERLY |
| 1003070471401 | BASHAW | DIANE |
| 1003407628501 | BECK | PATRICIA |
| 1003592698501 | BELL | MARK |
| 1003566824201 | BELL | CAROLINE |
| 1003574968601 | BELL | ELIZABETH |
| 1003597588601 | BELL | PAIGE |
| 1003700534901 | BENEFIELD | ROBBIN |
| 1003769523401 | BENNETT | MELISSA |
| 1003831886701 | BENTON | RAYMOND |
| 1004085224901 | BEVINS | JAMES |
| 1004085680101 | BEVINS | SHEILA |
| 1004931731001 | BORDERS | JORDAN |
| 1004932352801 | BORDERS | PAULA |
| 1004934960501 | BORDWELL | MARY |
| 1005396481301 | BRAND | NICHOLAS |
| 1005412291501 | BRANDT | CHARLOTTE |
| 1005420724601 | BRANHAM | EARL |
| 1005535839001 | BREIT | AVA |

| | | |
|---|---|---|
| 1006016005101 | BROWN | JOHN |
| 1006048296001 | BROWN | LEANNE |
| 1006038464701 | BROWN | KILLIAN |
| 1006605097001 | BURKE | CARRIE |
| 1007270658701 | CAMPBELL | BRANDON |
| 1007282835801 | CAMPBELL | DENNIS |
| 1007313508101 | CAMPBELL | MATTHEW |
| 1007328014001 | CAMPBELL | SHARON |
| 1007860355501 | CARTER | DAVID |
| 1008061263601 | CASTELLANO | DONNA M |
| 1008061852601 | CASTELLANO | LEIGHTON |
| 1008230416001 | CAVENDER | MATTHEW |
| 1008248414601 | CAZIN | DAVID |
| 1008418729001 | CHAMPAGNE | MARC |
| 1008426147001 | CHAN | ANDREW |
| 1008443752001 | CHAN CHEN | JENNE |
| 1008523401801 | CHAPMAN | FRANCES |
| 1008560277701 | CHARLES | ILTANA |
| 1008689265201 | CHELEMEDOS | LORI |
| 1009348862801 | CLEMONS | PAUL |
| 1009346480701 | CLEMONS | ELAINE |
| 1009438698801 | COATES | HANNAH |
| 1009438473201 | COATES | ETHAN |
| 1009438421801 | COATES | EMILY |
| 1009437133001 | COATES | ALLISON |
| 1009693022801 | COLLAR | ROBERT |
| 1009912441901 | CONLEY | ADAM |
| 1009917530301 | CONLEY | JAMES |
| 1009991538601 | CONROY | REGINA |
| 1010039396401 | CONWAY | MARY BETH |
| 1010036858101 | CONWAY | JAMES |
| 9000118401 | COOPER | LINDA |
| 9000117101 | COOPER | EMILY |
| 1010161867401 | COOPER | HOWARD A |
| 1010158536101 | COOPER | ERIN |
| 1010158468201 | COOPER | ERIK |
| 1010334824701 | CORONA | MELISSA |
| 1010488434401 | COUCH | ELIZABETH |
| 1010732851201 | CRAWFORD | BETHANY |
| 1010742820301 | CRAWFORD | JAMES |
| 1010920712701 | CROSSLAND | ANN |
| 1011302323701 | D AGUANNO | EDEN |
| 1002882559401 | DARBY | REESE |
| 1011703377201 | DAVIS | BJOREN |
| 1011904958301 | DAWES | JAMES |
| 1012171589501 | DEGNAN | BRIAN |
| 1012798535401 | DIECKMAN | CONNOR |

| | | |
|---|---|---|
| 1012798613401 | DIECKMAN | MICHAEL |
| 1012959468201 | DISMUKES III | EDWARD |
| 1013478052101 | DREIER | MARK |
| 1013653068001 | DUKAY | VICTOR |
| 1013856642701 | DURICEK | THERESA |
| 1014174997201 | EDWARDS | MARTIN |
| 1014914829901 | EVANS | JILL |
| 1015078876001 | FALCO | CHARLENE |
| 1015146109001 | FARINA | GARY |
| 1015150271501 | FARK | BRENDA |
| 1015268016601 | FAWCETT | GINGER |
| 1015565619201 | FIELD | JOANNE |
| 1015655385401 | FINCHER | DARRELL |
| 1015736316801 | FISCHETTI | KELLY |
| 1016346265101 | FOUTS | MARJORIE |
| 1016721824601 | FRIES | DIANNE |
| 1016761100601 | FRONTINO | VINCENT |
| 1016989281301 | GAGNON BROWN | STEPHANIE |
| 1017013951601 | GAJIEV | ZAUR |
| 9000119701 | GALLO | DAVID JUDE |
| 1017530474001 | GARRISON | MARY |
| 1017760316301 | GENOVESE | CHRISTINA |
| 1018394661201 | GOGGIN | DAVID |
| 1018413766701 | GOLD | LARRY |
| 1019450091901 | GRIFFIN | NANCY |
| 1019563583301 | GRONDONA | ROBERT |
| 1019572350801 | GROSCHEL | AMERICA |
| 1019773052401 | GUIMONT | LAURIE ELYSE |
| 1019866506801 | GUTHIER | SORA |
| 1019866458001 | GUTHIER | ELIZABETH |
| 1019866459001 | GUTHIER | ERIC |
| 1020469159201 | HAN | JONAH |
| 1020484903601 | HANCOCK | MARSHA |
| 9000112801 | HANCOCK | DAVID |
| 1020593445601 | HANSHEW | PATRICIA |
| 1020824276601 | HARRINGTON | JOHN |
| 1020822525101 | HARRINGTON | FERNANDA |
| 1021087018601 | HARVEY | HEATHER |
| 1021095669001 | HARVEY | PAUL |
| 1021567590801 | HELGESON | LINDA |
| 1022013139901 | HEROD | WILLIAM |
| 1022748637401 | HOLKUP | JAMES |
| 1022748635401 | HOLKUP | CINDY |
| 1022950892401 | HOOD | JOSEPH |
| 1023001797101 | HOPKINS | DONALD |
| 1023074600501 | HORNYAK | MICHAEL |
| 1023110041001 | HOSE | LOUIS |

| | | |
|---|---|---|
| 1023109970001 | HOSE | JANET |
| 1023345688801 | HUANG | PRESTON |
| 1023338421301 | HUANG | DILLON |
| 1023336642301 | HUANG | BRYANT |
| 1023951747601 | INGLESE | OSWALD |
| 1023985508001 | INSLEY | DANIEL |
| 1024032134401 | IRWIN | ROBIN |
| 1024521210001 | JAYASANKAR | NANDANA |
| 1024521206001 | JAYASANKAR | GOPALAKRISHNA |
| 9000186401 | JAYASANKAR | GOPIKA |
| 9000187701 | JAYASHANKAR | MANJU |
| 1024913533801 | JOHNSON | ELLEN |
| 1025110512701 | JOHNSON | STEPHEN |
| 1024920041501 | JOHNSON | ETHAN |
| 1024977201201 | JOHNSON | JOSHUA |
| 1025346152001 | JONES | KEVIN |
| 1067165618701 | JONES | AMY |
| 1025286815901 | JONES | EVAN |
| 1025286814901 | JONES | EVAN |
| 1025631087701 | JUNEAU | SANDRA |
| 1025633769301 | JUNG | JENNIFER |
| 1025802713401 | KANG | MICHELLE |
| 1025934122501 | KATZ | DAVID |
| 1026181873101 | KELLY | CAROLEANN |
| 1026265969001 | KENDLEHART | PHILIP |
| 1026573299201 | KILONZI | JULIUS |
| 1026821166801 | KIRBY | VEZAFINA |
| 1026927782101 | KLEAMAN | GARY |
| 1027007173701 | KLOTZ | ALEXANDER |
| 1027230345901 | KOLONELOS | MARIANNA |
| 1027301142101 | KORNBLAU | RACHAEL |
| 1027454795801 | KRAYNAK | PETER |
| 1027478086201 | KRESS | DALE |
| 1027498171001 | KRINSKY | DOUGLAS |
| 1027498215701 | KRINSKY | JILLIAN |
| 1027611963501 | KUHN | NATHAN |
| 1027679795801 | KURSHINSKY | KATHRYN |
| 1027689254901 | KURZ | KERRY |
| 1027688970001 | KURZ | DEBORAH |
| 1027884211001 | LAKE | LARRY |
| 1028175533001 | LAPORTE | JACOB |
| 1028234895901 | LARSEN | ERIC |
| 1028303661301 | LATIMER | JEREMY |
| 1028719636901 | LEE | MYONGJA |
| 1028702670001 | LEE | KYONGEUN |
| 1028879586801 | LEMMON | MARTHA |
| 1029066733401 | LEVINE | DANIEL |

| | | |
|---|---|---|
| 1029387192201 | LINDENBERG | NORBERT |
| 1030260781901 | LUEHMAN | LISA |
| 1030301147001 | LUM | SHELLY |
| 1030426597701 | LYLES | DEMETRIS |
| 1030428551901 | LYLES | WYONNA |
| 1030450983801 | LYNCH | PAULINE |
| 1030438836601 | LYNCH | DOROTHEA |
| 1030510522501 | MABARDY | MAXWELL |
| 1030951929801 | MALONEY | F |
| 1032011386801 | MATUTE | CHARLENE |
| 1032016610001 | MAUCEC | JAN |
| 1032163568801 | MAZINGO | KAREN |
| 1032323616001 | MCCARTHY | JOHN |
| 1032348620101 | MCCAULEY | ANNE |
| 1032376680201 | MCCLELLAN | DOUGLAS |
| 1032378149501 | MCCLELLAN | LINDA |
| 1032389475001 | MCCLINTOCK | DIANA |
| 1069852184501 | MCCLINTOCK | SEAN |
| 1032557554201 | MCDANIELS | MIKE |
| 1032569089501 | MCDONAGH | JANE |
| 1032569297001 | MCDONAGH | SEAN |
| 1032591712001 | MCDONALD | MICHAEL |
| 1032806021301 | MCINTOSH | SHARON |
| 1032893871701 | MCKINNEY | THELMA |
| 1033041475501 | MCNEIL | SCOTT |
| 1033340670001 | MELLO | AIDE |
| 1033550444601 | MERRICK | KYLE |
| 1033594947001 | MESSENGER | JEFFREY |
| 1033621025301 | METHENY | SUZANNE |
| 1033717195901 | MICHAEL | THOMAS |
| 1033751808101 | MICKLE | DORLEEN |
| 1034052355301 | MILLER | STEPHEN |
| 1033919128701 | MILLER | EDDIE |
| 1033990915501 | MILLER | LORENA |
| 1034113816101 | MILLS | KENNETH |
| 1002065908101 | MIRAMONTES | CRYSTAL |
| 1034241337401 | MIRONOV | SERGEY |
| 1034241376801 | MIRONOVA | SVETLANA |
| 1034241369701 | MIRONOVA | MAYA |
| 1034396704501 | MODUGNO | ROSANNE |
| 1034525778201 | MONGAN | RALPH |
| 1034836424201 | MOORKATH | NEIL |
| 1034836425201 | MOORKATH | RAJESH |
| 1034994442501 | MORGAN | BENJAMIN |
| 1035015843001 | MORGAN | JONATHAN |
| 1035034110001 | MORGAN | RODERICK |
| 1034991993001 | MORGAN | ANDREA |

| | | |
|---|---|---|
| 1034999633101 | MORGAN | CHRISTOPHER |
| 1035076325401 | MORONG | THERESE |
| 1035315166301 | MOULDEN | JOCELYN |
| 1035399476001 | MUFFI | NICHOLAS |
| 1035399475001 | MUFFI | DENISE |
| 1035657667601 | MURPHY | WILLIAM |
| 1035952226501 | NASSIMI | JOEL |
| 1036166458501 | NELSON | LOLA |
| 1036371128601 | NGUYEN | ALEX |
| 1036920903501 | NYBAKKEN | MARY |
| 1036920898101 | NYBAKKEN | JERRY |
| 1036957116101 | O HARE | JOHN |
| 1037067195701 | OCONNELL | KELLY |
| 1037121498601 | OEHRLEIN | KIRK |
| 1037639697801 | OSTEN | DAVID |
| 1037788985201 | OXENDER | LINA |
| 1037860699301 | PADILLA | DONNA |
| 1038343042101 | PARZYGNAT | KENNETH |
| 1038410817901 | PATEL | LEENA |
| 1038396750101 | PATEL | BHUPENDRA |
| 1038486214001 | PATTERSON | JANET |
| 1038675650301 | PEARSON | TERRIANNE |
| 1038773837401 | PELOSI | JOHN |
| 1039002670001 | PEREZ | STACEY |
| 1039276037001 | PETRUN | GREGORY |
| 1039637393801 | PINEDA | ANNA |
| 1039839124201 | PODGORNY | ANDREW |
| 9000008601 | POLLAK JR | HENRY |
| 1039976507901 | POOLE | LEONARD |
| 1040025139001 | PORTA | NICHOLAS |
| 1040033841101 | PORTER | CHYNNA |
| 1040129012101 | POTYSMAN | STEVEN |
| 1040129013101 | POTYSMAN | SUE |
| 1040143901801 | POWAGA | MICHAEL |
| 1040154748401 | POWELL | DANIEL |
| 1040253100101 | PRATT | GIOVANNA |
| 1040251709701 | PRATT | DAVID |
| 1040252248401 | PRATT | DONALD |
| 1040354038001 | PRICE | MIRANDA |
| 1040401551901 | PRINCE | WARREN |
| 1040393895101 | PRINCE | BARBARA |
| 1041312041601 | RAYNES | JAMMIE |
| 1041326922501 | READ | BRYCE |
| 70000647301 | REESE | JEANNE |
| 1041578599701 | REIDELL | JOYCE |
| 9000113001 | REIDELL | FREDRICK |
| 1041778497401 | REYES | MARGIE |

| | | |
|---|---|---|
| 1041796721501 | REYES JR | ALBERT |
| 1041866117701 | RHETT | JAMES |
| 9000035901 | RICHARDS | DEBBRA |
| 1041973748001 | RICHARDS | DARRELL |
| 1042008905301 | RICHARDSON | ERIC |
| 1042543363101 | ROBERTS | TIMOTHY |
| 1042574351401 | ROBERTSON | RUSSELL |
| 1043196136901 | ROMITA | JOSEPH |
| 1043296786901 | ROSE | CRYSTAL |
| 1043407243501 | ROSS | ROBERT |
| 1043443124501 | ROTH | DENISE |
| 1043565689701 | ROZELL | DARYL |
| 1043565699801 | ROZELL | DEBORAH |
| 1043592316801 | RUBINSTEIN | MITCHELL |
| 1043931947501 | SABATINO | MONICA |
| 9000001701 | SABATINO | MICHAEL |
| 1043974379001 | SAECHAO | FAY |
| 1044081367901 | SALCE | PATRICK |
| 1044106004701 | SALERNO | MICHAEL |
| 1044666074801 | SAUNDERS | ZINA |
| 9000034601 | SAXBERG | HAAKON |
| 1044804152001 | SCHAFFER | JEFF |
| 1044803676801 | SCHAFFER | EMAN |
| 1044892199001 | SCHILDHAUER | WAYNE |
| 1044926939001 | SCHLESINGER KRINSKY | JENNIFER |
| 1045157427201 | SCHULTZ | HEIKO |
| 9000189201 | SCHULTZ | HEIKO KAY |
| 1045163881801 | SCHULTZ | MICHELLE |
| 1045160066301 | SCHULTZ | KAI |
| 1045324914001 | SCOTT | MARTA |
| 1045402119801 | SEARCY | JESSICA |
| 1045462013801 | SEETCH | KARIN |
| 1045895792501 | SHAW PLANCHART | MALI |
| 1045995353901 | SHEN | ZONGJING |
| 1046135792701 | SHIPLEY | MARIEELIZA |
| 1046359083001 | SIGLER | PEGGY |
| 1046594747001 | SINATRA | ISME |
| 1076051895001 | SKAFF | SANDRA |
| 1047039646201 | SMITH | DOROTHY |
| 1047206276801 | SMITH | MARTIN |
| 9000007301 | SNEED | MARAGRET |
| 1047408735801 | SNEED | JASON |
| 1047408325001 | SNEED | ELIZABETH |
| 1047409931401 | SNEED | ROBERT |
| 9000123401 | SPOHN | ISABELLA |
| 1047921890601 | SPOHN | ALEX |
| 9000122101 | SPOHN | JENNIFER |

| | | |
|---|---|---|
| 1047922317201 | SPOHN | PETER |
| 1047922259401 | SPOHN | MEREDITH |
| 1048139739301 | STANLEY | THOMAS |
| 9000029601 | STARKEY JR | JOE |
| 1048327430801 | STELLA | KRISTEN |
| 1048422680701 | STEVENS | AUTUMN |
| 1048577626801 | STIMSON | THOMAS |
| 9000037401 | STONE | ERIKA |
| 9000039001 | STONE | SOPHIA |
| 1048676904301 | STONE | LAUREN |
| 9000036101 | STONE | JOHN |
| 9000038701 | STONE | ANNELISE |
| 1048803469501 | STREET | DARLENE |
| 1076900651201 | SUBAR | JUDRY |
| 1048976303601 | SUBAR | AYAL |
| 1048976299201 | SUBAR | AMY |
| 1049151219301 | SUTHERLAND | JEFFREY |
| 1049229206801 | SWANSON | SCOTT |
| 1049469910501 | TAM | HOLLY |
| 1049919956301 | TESCIONE | GLORIA |
| 9000114301 | TESCIONE | HAMLETO |
| 1049977107001 | THATCHER | KEN |
| 1050061795601 | THOMAS | CLEVON |
| 1050151088301 | THOMAS | SEAN |
| 1050320493701 | THOMSON | MARILYN |
| 1050374334901 | THROCKMORTON | CARL |
| 1050401696001 | TIBBS | BETTY |
| 1051054368601 | TROP | ANNA |
| 1051973980401 | VASS | JOHN |
| 1052498783401 | VOLLMER | SUE |
| 1052855675701 | WALLACE | KENNETH |
| 1052961516701 | WALTERS | THERESA |
| 1052982528801 | WALTRIP | HOLLY |
| 1052988120701 | WAMBUA | PAULINE |
| 1053018876301 | WANG | TOW |
| 1053073759801 | WARD | PAULINE |
| 1053065592001 | WARD | LESLIE |
| 1053082581801 | WARD | TIMOTHY |
| 1053360209601 | WAYMACK | JOSEPH |
| 1053374733201 | WEATHERLY | CARROLL |
| 9000003201 | WEATHERLY | HELEN |
| 9000002001 | WEATHERLY | CHRISTOPHER |
| 1053401269701 | WEAVER | ROBERT |
| 1053428758101 | WEBB | MARK |
| 1053431063401 | WEBB | NANCY |
| 1053467220101 | WEBER | SYDNEY |
| 1053466968501 | WEBER | STEVEN |

| | | |
|---|---|---|
| 1053769932401 | WEST | DEBRA |
| 1053891135301 | WHEELER | MARK |
| 1054211960001 | WIESNER | CAROLYN |
| 1054565890301 | WILLIAMS | MICHAEL |
| 1054536117501 | WILLIAMS | LATOYA |
| 1054652971601 | WILLIAMS | ZACH |
| 1054579007501 | WILLIAMS | OBREN |
| 1054551878701 | WILLIAMS | MARGARET |
| 1054526691801 | WILLIAMS | KEVIN |
| 1054592609401 | WILLIAMS | RENAE |
| 1054683272701 | WILLIAMSON | TERRENCE |
| 1054760073201 | WILSON | BRIAN |
| 1054959766401 | WINKLER | LAINA |
| 1055080242401 | WITTMANN | DEMETRA |
| 1055161726101 | WOLLENBERG | ELIZABETH |
| 1055511399001 | WRIGHT | SOFIANA |
| 1055478387601 | WRIGHT | JOSHUA |
| 1055453903901 | WRIGHT | DANIEL |
| 1055569090501 | WYATT | DONALD |
| 1055641485701 | YAEGER | CONSTANCE |
| 1056173430101 | ZELASKO | JAMES |
| 1056173437101 | ZELASKO | JENNIFER |

# EXHIBIT B



**ATTORNEY GENERAL OF MISSOURI**
**JEFFERSON CITY**
65102

JOSHUA D. HAWLEY
ATTORNEY GENERAL

P.O.Box 899
(573) 751-3321

November 21, 2017

Anthem Data Breach Litigation
P.O. Box 404012
Louisville, KY  40233

RE: Complaint No. ███████████ Dale  Chott

Dear Anthem Data Breach Litigation:

The Missouri Attorney General's office has received the attached complaint concerning your company and its business practices. Please review the complaint and provide a written response within fourteen (14) days. If this matter has been resolved in a fair and appropriate manner, please advise our office of that resolution. Please make sure you reference the above-mentioned complaint number in all correspondence.

We appreciate your immediate response and cooperation in this matter.

Sincerely,

*Katherine Blackwell*
Katherine Blackwell
Office of the Attorney General
Senior Advocate
Consumer Protection Division
P.O. Box 899 | Jefferson City, MO 65102
Email: Katherine.Blackwell@ago.mo.gov
Phone: (573) 751-9645 | Fax: (573) 751-7948

**Consumer Complaint No.** ███████████████ **Details**

## Consumer Information

| | |
|---|---|
| **Name:** | Dale Chott |
| **Address:** | ████████████████ |
| **Primary Phone:** | |
| **Secondary Phone:** | |
| **Email:** | |

## Business Information

| | |
|---|---|
| **Business Name:** | Anthem Data Breach Litigation |
| **Address:** | P.O. Box 404012<br>Louisville, KY 40233 |
| **Phone:** | 8556366136 |
| **Fax:** | |
| **Email:** | |
| **Website:** | |
| **Contact Person:** | |

## Complaint Information

| | |
|---|---|
| **Complaint Number:** | ███████████ |
| **Consumer Info:** | ███████████████████ |
| **Category:** | Identity Theft - Security Data Breaches |
| **Transaction Date:** | |
| **Financial Loss:** | No |
| **Contract Signed:** | No |

**Brief description of complaint:**

Consumer states, I did not receive said paperwork only my wife Mary. We are both with Anthem and have the same service agent. We contacted Anthem twice and received no reply. We are very much concerned as to how to handle this situation and would appreciate an explanation and if any recourse in how to handle our privacy with Anthem.

**Consumer has indicated that the following statements apply to this complaint:**

Consumer has taken these action(s):
Consumer has contacted agencies:
Consumer would like complaint resolved via:  - Investigate business

Printed 11/21/2017

DALE CHOTT
    CELL PHONE #
    ████████, ████████        Oct 30, 2017

I SPOKE WITH ASHLEY (OPERATOR)

ON OCT. 30, 2017 around 10 A.M. PER

INSTRUCTIONS: I AM SENDING A

COPY OF PAPERWORK IN QUESTION.

I DID NOT RECEIVE SAID PAPERWORK

ONLY MY WIFE (MARY). WE ARE BOTH

WITH ANTHEM AND HAVE THE SAME

SERVICE AGENT. WE CONTACTED

ANTHEM (TWICE) AND RECEIVED NO

REPLY. WE ARE VERY MUCH CON-

CERNED AS TO HOW TO HANDLE THIS

SITUATION AND WOULD APPECIATE

AN EXPLANATION AND IF ANY RE-

COURSE IN HOW TO HANDLE OUR

PRIVACY WITH ANTHEM.

                        THANK YOU,
                        DALE CHOTT

<u>Court Approved Legal Notice</u>

**You Can Get *FREE* Credit Monitoring Services To Help Protect You Against the Possible Unlawful Use of Your Personal Information That May Have Been Taken In The ANTHEM DATA BREACH.**

**Other Benefits From the Class Action Settlement May Be Available To You.**

Complete & Return the Attached Claim Form by January 29, 2018.

www.DataBreach-Settlement.com
1-855-636-6136

*Para una notificación en Español, llamar o visitar nuestro sitio web.*

**AAB**

*In re Anthem, Inc.*
*Data Breach Litigation*
P.O. Box 404012
Louisville, KY 40233-9821

```
PRESORTED
FIRST-CLASS
U.S. POSTAGE
PAID
YORK, PA
PERMIT NO. 12039
```

Postal Service: Please Do Not Mark Barcode

Claim#: ▮▮▮▮▮▮▮▮▮▮

******AUTO**SCH 5-DIGIT 65622
1254 · 1126514 /4505336 4·T7263. 12209  0172 ▮▮ ▮
Mary Chott

---

AABCRD2                     *Carefully separate at perforation.*   Claim ID: ▮▮▮▮▮▮

*Complete this Claim Form, tear at perforation above, and return by U.S. Mail no later than January 29, 2018.*

## ANTHEM DATA BREACH CREDIT MONITORING SERVICES CLAIM FORM

**CREDIT MONITORING SERVICES:** You have been identified as someone who is included in this class action settlement and eligible to receive free Credit Monitoring Services. Credit Monitoring Services are designed to protect you from the possible unlawful use of your personal information taken as a result of the Anthem Data Breach, along with other valuable identity protection services. Credit Monitoring Services will be provided for at least a two year period starting on the date you enroll for Credit Monitoring Services or 5 business days after the Settlement becomes final, whichever comes later.

To receive free Credit Monitoring Services you must (i) return this Claim Form, or (ii) complete a Claim Form online at www.DataBreach-Settlement.com. If you would prefer to receive instructions for Credit Monitoring Services by email, please provide your email address:

| | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| @ | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**ALTERNATIVE COMPENSATION:** If you already have Credit Monitoring Services and certify that you will keep them until at least October 30, 2018, you may apply for an "Alternative Compensation" payment instead of Credit Monitoring Services. The payment will be up to $36, depending on participation in the claims program. To make an Alternative Compensation claim, visit www.DataBreach-Settlement.com or call 1-855-636-6136.

**REIMBURSEMENT OF VERIFIABLE OUT-OF-POCKET COSTS:** In addition to the option above, you may also claim reimbursement for verifiable out-of-pocket costs you believe you incurred as a result of the Data Breach. Go to www.DataBreach-Settlement.com to make a claim.

**NOTE:** If you do <u>not</u> file a Claim Form you may still access Fraud Resolution Services after the Settlement becomes final in connection with the possible unlawful use of your personal information. Fraud Resolution Services will not be available until after the Effective Date. The earliest possible Effective Date is March 5, 2018. Go to www.DataBreach-Settlement.com or call the toll free number above after March 5, 2018, to determine whether the Effective Date has occurred, and to obtain instructions on how to access the Fraud Resolution Services.

Signature: _____     Date (mm/dd/yyyy): _____

**AAB**

A Class Action Settlement has been proposed in litigation against Anthem, Inc., its subsidiaries and affiliates, and certain Blue Cross and Blue Shield companies relating to the Data Breach that Anthem announced in February 2015. Personal information of approximately 79 million people, which may have included names, birth dates, Social Security numbers, health care ID numbers, home and email addresses, and employment information, was taken during the Data Breach. Plaintiffs claim that Anthem did not adequately protect their personal information and that they were injured as a result of the Data Breach. Defendants deny any wrongdoing. No court or entity has made any judgment or determination of wrongdoing or whether any law has been violated.

Who Is Included? Records indicate you are included in this Settlement as a Settlement Class Member. Settlement Class Members include people who received a notice about the Data Breach that was announced by Anthem in February 2015; and/or whose personal information was taken during the Data Breach.

What does the Settlement Provide? The Settlement establishes a $115 million Settlement Fund to pay for: credit monitoring services, alternative compensation, and out-of-pocket costs to Settlement Class Members who file valid Claim Forms; Fraud Resolution Services for all Settlement Class Members; administrative costs and costs of the Settlement; attorneys' fees and costs; and Service Payments to the named Plaintiffs. Anthem will also change its business practices to enhance the security of data going forward. Credit Monitoring: Settlement Class Members may file a Claim Form to receive at least two years of free Credit Monitoring. Alternative Compensation: If you already have credit monitoring or identity protection services and will keep them until at least October 30, 2018, you may claim a cash payment (up to $36) instead of Credit Monitoring Services. Alternative Compensation Claims will be paid out of the money remaining in the Settlement Fund after the amount needed to pay valid claims for Credit Monitoring Services and Out-of-Pocket Costs, attorneys' fees and costs, administrative costs, and Service Payments to the Plaintiffs are deducted. The amount of Alternative Compensation payments depends on participation in the claims program. Out-of-Pocket Costs: If you believe you had to spend money, or that you lost time or money due to the Data Breach, you may file a claim for reimbursement (up to $10,000). The amount paid for Out-of-Pocket Claims will depend on documentation of your losses and participation in the claims program. Up to $15 million of the Settlement Fund has been designated to pay Out-of-Pocket Cost Claims. Fraud Resolution: Regardless of whether you file a Claim Form, you may access Fraud Resolution Services after the Settlement becomes final. The Settlement will not become final until the Effective Date. The earliest possible Effective Date is March 5, 2018. Please check www.DataBreach-Settlement.com or call toll free 1-855-636-6136 after March 5, 2018, to determine whether the Effective Date has occurred, and to obtain an Engagement Number and instructions on how to access the Fraud Resolution Services.

Your Other Options: If you file a Claim Form, object to the Settlement or do nothing, you are choosing to stay in the Settlement Class. This means you will be legally bound by all orders of the Court and you will not be able to start, continue or be part of any other lawsuit against Defendants or any other person or entity (with certain limited exceptions) relating to the Data Breach. If you don't want to be legally bound by the Settlement or receive any benefits from it, you must exclude yourself by December 29, 2017. If you do not exclude yourself, then you may object to the Settlement if you are not satisfied with its terms.

The Fairness Hearing. The Court has scheduled a hearing in this case (In re Anthem, Inc. Data Breach Litigation, Case No. 15-md-02617) for February 1, 2018, to consider: whether to approve the Settlement, up to $597,500 as Service Payments for the named Plaintiffs, up to $37.95 million as attorneys' fees and up to $3 million as litigation costs; as well as any objections. These payments, fees and costs will come out of the Settlement Fund. You or your attorney may attend and ask to appear at the hearing by mailing a "Notice of Intent to Appear" to the Court by December 29, 2017, but you do not have to.

This Notice is only a summary. More information on filing a claim, objecting or excluding yourself from the Settlement, and the terms and benefits of the Settlement, is available in the detailed notice and Settlement Agreement at www.DataBreach-Settlement.com.

AAB



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 959    LOUISVILLE, KY

POSTAGE WILL BE PAID BY ADDRESSEE

IN RE ANTHEM, INC. DATA BREACH LITIGATION
P O BOX 404012
LOUISVILLE KY 40233-9821



**JOSHUA D. HAWLEY**
ATTORNEY GENERAL OF MISSOURI
SUPREME COURT BUILDING
P O BOX 899
JEFFERSON CITY  MO 65102

MO 282-0012 (12-16)



U.S. POSTAGE >> PITNEY BOWES

ZIP 65101 $ 000.46°
02 4W
0000334085 NOV 21 2017



# EXHIBIT C

Ann Douglas

███████████████

December 6, 2017

Settlement Administrator
In re Anthem, Inc. Data Breach Litigation
P. O. Box 404012
Louisville, KY 40233-9821

Settlement Administrator,

Regarding the case of *In re Anthem, Inc. Data Breach Litigation, Case No 15-md-02617* that is to be the subject of a Fairness Hearing on 2/1/18; I, as an included Member of the Settlement Class, but not named Plaintiff, am exercising my right to be an Objector to the proposed Settlement as it is egregiously, on its face, unfair and seems evident the bulk of this Settlement will benefit the Class Members' Counsel as well as said Defendant's interests, and in lesser form some few named Plaintiffs with "Service Payments"; and those apparently only with "proof" of loss of "time or money".

What if those potential losses only occur in the unforeseen future to an otherwise undetermined substantial number of those whom had their most personal and private data divulged, whether intentional or not- which is not the question since the populace was never included in said decision to become or have their information included in a national EHR in the first place; occurring without consent- and now due to a forced embroilment of ones personal data has become at severe risk of potential loss of time or money in the unforeseeable future?

This outrageous breach of public trust and the sanctity of the privacy of medical and or personally identifiable, and societally necessary, information/data could implicate and devastate Class Members' ability to perform social and legal agency if the breached data is utilized/bartered in a way that could abuse the Members' future rights/well-being, after the proposed Settlement is all said, done, and spent.

This Settlement favors only those who were/are explicitly involved in the start of said case, the Counsel, Defendants, and named Plaintiffs. This is not in the Class Members', nor my, best interest whom had the act of breach foisted upon them by said Defendants and their negligence and offers only "Credit Monitoring" as recompense!

The proposed "sanction" for said egregious breach is merely to provide a relatively small sum to dispense with the recompense for potential and or actual devastation of a citizen's right to equal protection of ones' agency. This Settlement only recompenses the "few" at the egregious expense of the many. The damage (Harm) is that the information was breached and should be recompensed for *generally*, and not based upon "proof" of other distinct occurred harms; although that could be a separate/ additional form of recompense. Those harmed get the least, the Plaintiff Counsel and Defendants gain the most; the former regardless of "proved harms" and the latter; potentially skirting full faith and credit laws thus avoiding the penalty of just recompense to other aggrieved litigants.

Page 2 continues this communication

Settlement Administrator
In re Anthem, Inc. Data Breach Litigation
Ann Douglas objection
December 6, 2017
P2 . of 2

    I find this appalling and an outrage and respectfully request the Court of Record whom shall decide this case to reject said proposed Settlement for lack of fairness for it is neither fair, reasonable, nor adequate to the bulk of those whom are aggrieved in this case. And I request that this lawsuit be continued.

                                    Respectfully,

                                      *Ann Douglas*

                                    Ann Douglas

                                    Class Member; In Re Anthem, Inc. Data Breach Litigation    Case No 15-md-02617

Pursuant to the case website instructions to include the following (if applicable):

c) I received notice of this inclusion of myself, from the Settlement Administrator in the last 60 days as well I believe a letter a longer amount of time back; and also believe I was a former participant in this system before the 2015 breach, and which this action is stated to affect said former members...

e) I do not remember the "number of class action settlements you have objected to in the last three years", if any, and more likely I would have been completely excluding myself from certain settlements that included myself as a class action member that I disagreed with on its terms...

f) I am not able to, thus not intending to appear/testify at Final Approval Hearing

h) No attorney will be appearing on my behalf at said Hearing

cc Judge Koh Case System Administrator, San Jose



NEW YORK NY 100

Settlement Administrator
In re Anthem, Inc. Data Breach Litigation
PO Box 404012
Louisville, KY 40233-9821

40233-401212

2015 1 2 C01

# EXHIBIT D

# KENT STATE
UNIVERSITY

## ASHTABULA

November 20, 2017

To Whom It May Concern,

My name is Marna Drum. On Oct. 26th I received a post card regarding the In Re Anthem Data Breach Litigation. After thoroughly reading the postcard, I wanted to point some things out to you. These are common sense errors on your part and should be addressed accordingly...

① In todays day and age, it is very irresponsible of a company to request a person sign a postcard and then send their signature through the open mail.

② If one would like more information about this settlement, you are to fill out the post card by turning over your email address - again via open mail.

* Does your company not wish to protect the identities of their customers? It sure doesn't seem like it!

And, by the way, your website, www.DataBreach-Settlement.com, doesn't work all the time. When I called your phone number listed in the claim form, I was then referred to a 2nd phone number for customer service. I was disconnected 11 times, by your computer generated answering service, before I finally got to speak to a live person.

3300 Lake Road West • Ashtabula, Ohio 44004
Phone: 440-964-3322 • Fax: 440-964-4269 • www.ashtabula.kent.edu

Is this really the way your company does business? The attorneys for this case are profiting to a dollar figure that is up to $37.95 million while the customers are approved for up to $597,500. That settlement is ridiculous. Shame on you.

This letter is to notify you that I will be filing a complaint with investigators regarding my experience with your company.

Sincerely,

Marna Drum

CLAIM # ████████████

cc: Eve Cervantez, Co-Lead Plaintiffs Counsel
Andrew Friedman, Co-Lead Plaintiffs Counsel
Eric Gibbs, Plaintiffs Steering Committee
Michael Sobol, Plaintiffs Steering Committee



M. DRUM

**KENT STATE**
UNIVERSITY
ASHTABULA

3300 Lake Road West • Ashtabula, OH 44004-2318

RETURN SERVICE REQUESTED

US POSTAGE ⟫ PITNEY BOWES

ZIP 44004 $ 000.46⁰
02 1W
000 1385056 NOV 21 2017

CLEVELAND
OH 440
21 NOV '17
PM 7 L

Michael Sobol, Partner
c/o Lieff Cabraser Heimann & Bernstein
275 Battery Street 29th Floor
San Francisco, CA 94111

94111-331400

# EXHIBIT E

*Carefully separate at perforation.*

*Complete this Claim Form, tear at perforation above, and return by U.S. Mail no later than January 29, 2018.*

# ANTHEM DATA BREACH CREDIT MONITORING SERVICES CLAIM FORM

**CREDIT MONITORING SERVICES:** You have been identified as someone who is included in this class action settlement and eligible to receive free Credit Monitoring Services. Credit Monitoring Services are designed to protect you from the possible unlawful use of your personal information taken as a result of the Anthem Data Breach, along with other valuable identity protection services. Credit Monitoring Services will be provided for at least a two year period starting on the date you enroll for Credit Monitoring Services or 5 business days after the Settlement becomes final, whichever comes later.

To receive free Credit Monitoring Services you must (i) return this Claim Form, or (ii) complete a Claim Form online at www.DataBrench-Settlement.com. If you would prefer to receive instructions for Credit Monitoring Services by email, please provide your email address:

| | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**ALTERNATIVE COMPENSATION:** If you already have Credit Monitoring Services and certify that you will keep them until at least October 30, 2018, you may apply for an "Alternative Compensation" payment instead of Credit Monitoring Services. The payment will be up to $36, depending on participation in the claims program. To make an Alternative Compensation claim, visit www.DataBreach-Settlement.com or call 1-855-636-6136.

**REIMBURSEMENT OF VERIFIABLE OUT-OF-POCKET COSTS:** In addition to the option above, you may also claim reimbursement for verifiable out-of-pocket costs you believe you incurred as a result of the Data Breach. Go to www.DataBreach-Settlement.com to make a claim.

NOTE: If you do not file a Claim Form you may still access Fraud Resolution Services after the Settlement becomes final in connection with the possible unlawful use of your personal information. Fraud Resolution Services will not be available until after the Effective Date. The earliest possible Effective Date is March 5, 2018. Go to www.DataBreach-Settlement.com or call the toll free number above after March 5, 2018, to determine whether the Effective Date has occurred, and to obtain instructions on how to access the Fraud Resolution Services.

Signature: *McDonna Graham (with objections) NS*   Date (mm/dd/yyyy): **01-18-2018**

AAB

AAB

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

# BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 959    LOUISVILLE, KY

POSTAGE WILL BE PAID BY ADDRESSEE

IN RE ANTHEM, INC. DATA BREACH LITIGATION
P O BOX 404012
LOUISVILLE KY 40233-9821

Date : 01-10-2018

SUBJECT: OBJECTION to terms of SETTLEMENT ANTHEM / BLUE CROSS AND BLUE SHIELD DATA BREACH LITIGATION PROPOSAL

The proposed two years of free credit monitoring is inadequate compensation due to the enormity of problems presented by the negligence to protect my personal data.

Unlawful usage of my personal information is compromised and ongoing well beyond the proposed time frame.

I am requesting inclusion in the greater litigation pool for a more fair monetary compensation secondary to the financial hardship potential and time required to resolve any unlawful use of my personal data.

Madonna Graham

CLAIM#: ███████████████

MADONNA GRAHAM

████████████████████

MADONNA GRAHAM



IN RE: ANTHEM, INC. DATA BREACH LITIGATION

P.O. BOX 404012

Louisville, KY 40233-9821

RECEIVED
JAN 12 2018
3y

40233-401212



# EXHIBIT F

Marie Hurt



To two recipients:

**Judge Koh Case System Administrator**
**United States Courthouse**
**280 South 1st Street, Room 2112**
**San Jose, CA 95113**

**In re Anthem, Inc. Data Breach Litigation**
**P.O. Box 404012**
**Louisville, KY 40233-9821**

a. The name and case number of this lawsuit (In re Anthem, Inc. Data Breach Litigation, case number
**15-md-02617**);
b. Your full name and mailing address, and email address or telephone number; **SEE ABOVE**
c. An explanation of why you believe you are a Settlement Class Member; **I RECEIVED ONE POST CARD**
d. All reasons for your objection or comment; **SEE LETTER BELOW**
e. A statement identifying the number of class action settlements you have objected to in the last three years; **ZERO**
f. Whether you intend to personally appear and/or testify at the Final Approval Hearing; **PERHAPS**
g. The name and contact information of any and all attorneys representing, advising, or assisting you, including any counsel who may be entitled to compensation for any reason related to your objection or comment; **COUNSEL IS UNDER CONSIDERATION AT THIS TIME**
h. Whether any attorney will appear on your behalf at the Final Approval Hearing, and if so the identity of that attorney; **SEE G**
i. The identity of any persons who wish to be called to testify at the Final Approval Hearing; and **SEE G**
j. Your handwritten or electronically imaged written (e.g. "DocuSign") signature. An attorney's signature, or a typed signature, is not sufficient. **AT THE END OF THIS LETTER**

To the United States District Court of Northern California:

This letter is to the court to encourage the court to deny settlement this case so that the parties can revise the terms of the settlement.

We received one post card for four family members being affected by the breach. Therefore, like our family, we assume that approximately 75% of affected persons are not aware of this class settlement and their options, summarized below:

**Options:**
We see our options as:

1) **Opt-in:** by signing up to be a part of the settlement, we opt-in to credit monitoring or reimbursement for credit monitoring up to $36. With this option, we also retain the option to submit a claim for related expenses due to the breach to up to $10,000. (This assumes families have kept documentation for several years of related expenses from 2015, and that documentation requirements are reasonably attained.) Also, by opting in, we lose the right to sue Anthem.

2) **Opt-out:** by opting out, we retain the right to sue but lose all access to credit monitoring services, alternative compensation, or out-of-pocket costs.

3) **Do nothing:** By default, given that of four affected family members, only one post card was received, we estimate 75% of those affected by this aren't even aware of this settlement. Therefore, 75% of those who should be notified will automatically fall into this category. Those in this category give up all access to credit monitoring services, alternative compensation, or out-of-pocket costs AND give up the right to sue.

Because, based on the averages in our family in terms of receipt of post card notice, 75% of those affected in this settlement have not been notified, and therefore are automatically in category 3 above, they are by default being excluded from all compensation, from all choice to opt in or opt out, without their knowledge.

In addition, in looking at the fine print, the legal team in this settlement is being awarded a third of total settlement compensation (approximately 40 million dollars: one-third of the compensation plus 3 million in expenses), while those actually affected by this breach are awarded a maximum of either credit monitoring services if they opt-in (or $36.00 equivalent).

For this opt-in option, one can also claim up to $10,000. The paperwork trail required for a $10,000 claim is such that it is unlikely that families will have the "right" paperwork required to even claim this $10,000. The time off of work, the mountains of paper, and the uncertainty that the paperwork was even done correct to freeze accounts, etc cannot be quantified. And even if it could, I expect that the paperwork requirements will be a set of requirements that it would be difficult to fulfill. We, as affected persons,

have not been notified what those documentation requirements are prior to making a choice between opting in or opting out. We are simply told that we must "be able to document our claim" and that "The Settlement Administrator has the sole authority to determine the validity of claims for Out-Of-Pocket Costs. Only valid claims will be paid. The deadline to file an Out-of-Pocket Costs Claim will be one year after the Settlement is finally approved."

An example: our SS# were used by someone to falsify a tax return. We had to wait MONTHS and go through many hoops for our tax return. In the interim, we had bills to be paid with that tax return money that were not paid. How can one 'document' in quantifiable form what was lost when one's tax return arrives a half year late? For those who have very low incomes, I assume that that money is very important to their budgets and its delay may have had quite an effect on their financial plans for that half year.

The experience of this data breach, both for us and for our children, which was an even more difficult process as they are under 18 (the credit bureaus make it very difficult to monitor the credit of/get a credit report for a child under 18), baffled us- a couple that, between the two of us, have three Masters' degrees and a PhD. I cannot imagine what this process has been like for families who do not have the capability to read, understand, and follow up on that paper trail. It is to the affected persons that this funding should go, NOT millions to the legal team and pennies to the affected persons.

As a family that was affected, I find it absurd that this settlement would award the legal team such a huge sum, while leaving the affected families either with credit monitoring services or, alternatively, $36.

Therefore, I ask that this settlement NOT be approved by the court unless:
1) affected persons are better informed (all of them—not just 25% of them as in our family, where four persons were affected but only one post card received)
2) We have one claim number but four affected persons in our household. We can only make one claim.
3) affected persons be awarded an amount decent in comparison to the legal team. $36 or monitoring services is laughable compared to what the legal team is making. Affected persons should know up front what the paperwork requirement is for submitting for up to $10,000 without having to first opt in, or alternatively automatically be paid a larger amount.


Marie Hurt
Columbus, OH

The Hurt Family

COLUMBUS OH 431

10 NOV 2017 PM 11

Administrator Settlement
Anthem Data Breach Legislation
PO Box    404012
Louisville, KY    40233-
9821

40233-401212

# EXHIBIT G

Timothy John Mitchell



Judge Koh Case System Administrator
United States Court House
280 South 1ˢᵗ Street, Room 2112
San Jose, Ca 95113                                                November 9, 2017

In re:  Anthem, Inc. Data Breach Litigation, Case Number 15-md-02617

I believe myself to be a member of this class settlement due to my notification via mail with a Claim ID of ▮▮▮▮▮▮▮▮▮▮ Pursuant to the instruction provided at the data breach settlement website (www.databreach-settlement.com), I wish to file an objection to the proposed settlement and believe that the lawsuit should continue forward for the following reasons:

1) The two year term for the proposed credit monitoring services is woefully inadequate to protect those who are at risk.  Criminals can, in fact, use the stolen information for many years to come, even indefinitely.  A criminal need only wait for 2 years for the majority of victims to be unprotected again, or simply sell or use the information at an even later date.  Additionally, credit monitoring services are inadequate to cover 100% of the risk to the consumer.  Only freezing an individual's credit will protect them fully, and that is quite inconvenient to the consumer, through no fault of their own.  Freezing credit and unfreezing it will likely incur charges to the consumer for each occurrence.  This settlement does not take that into consideration and leaves the consumer vulnerable even once monitoring begins.

2) I do not believe the settlement is sufficiently strong enough for this company, or any others who are following this class settlement lawsuit, to make them consider changing practices to better protect consumers in the future.  As it stands, this lawsuit would be (and is) considered by many large corporations entrusted with the safeguarding of some of the most confidential personal information of their clients as "the cost of doing business".  This attitude empowers companies to continue to provide inadequate safeguards.  The fact that this type of settlement now seems to be the norm for failing to safeguard consumer data would seem to bear this out.  The cost to those who are charged with protecting our sensitive data must be higher if we wish to reduce the number of these incidences.

3) Defacto settlements are not good practice in law.  Meaning, as a member of this lawsuit, if I accept the monitoring services, I waive any right to future damages should that prove inadequate to cover my risk.  If I take no action and allow the lawsuit to move forward without objection, I also waive my right for further litigation should the need arise.  I assert that class action members should be automatically covered by the class action settlement and should have to opt in to accept it the outcome, or if they do not, then they receive no settlement but reserve the right to continue litigation in the future.  Doing otherwise makes it too easy for Anthem and others to escape a large

[Recipient Name]
[Date]
Page 2

segment of the class action members because it would be very rare for a member to write a letter to formally exclude themselves. In the case of this particular suit, I was notified by mail of being a member and allowed to opt into a proposed settlement, but hidden deep in some fine print was a reference to an additional source of information that I had to go find and read to understand what additional options I had under the law. This practice should be weighted for simplicity to the victims of an alleged wrongful action. Instead it's made especially painful in order to protect their rights to seek legal redress, but very easy for the company that is being alleged to have caused harm, to escape from a very large segment of the class action litigants.

With the above reasons being my stated objections to this settlement, I affirm that I have made no (zero) objections to any other class action settlements in the past three years, or ever in my lifetime. At this time I do not intend to personally appear to testify as I believe my objections stand upon their own merit and for me to appear in court would incur unnecessary hardship and inconvenience on me.

There are no attorneys representing, advising or otherwise assisting me in this objection and no attorneys will be appearing at court to represent me. There are no other persons who wish to be called to testify in this matter.

It is my hope that the court give due consideration to this objection and upholds my request for class action council to move forward with litigation that seeks a more meaningful settlement on behalf of myself and other members of this class action. Such a settlement would be substantial enough for all major corporations to begin to take seriously the nature of the data they are entrusted to, and how extraordinarily important it is to safeguard. At this time they do not take their responsibility to safeguard seriously, and nothing about this settlement will change that in the future. With the current proposed settlement, the consumer is not protected well enough nor for a long enough period of time. Nor is any inconvenience to the potentially injured parties addressed in any manner. The settlement is insufficient.

Two copies of this objection are filed, one with the court and the other with the Settlement Administrator.

Sincerely,

*J. Mitchell*

Timothy John Mitchell
Citizen Litigant



Timothy J. Mitchell



ALBANY NY 122

13 NOV 2017 PM 4 T

IN RE ANTHEM, INC. DATA BREECH LITIGATION
PO BOX 404012
LOUISEVILLE, KY 40233-9821



# EXHIBIT H

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**Anthem Data Breach Class Action Settlement**

October 12, 2017

In re Anthem, Inc. Data Breach Litigation

P.O. Box 404012

Louisville, KY 40233-9821


CC: Judge Koh Case System Administrator United States Courthouse

280 South 1st Street, Room 2112

San Jose, CA 95113


Please find responses after each point (electronic version responses are in blue):


a. The name and case number of this lawsuit (In re Anthem, Inc. Data Breach Litigation, case number 15-md-02617); Claim ID: ██████████

b. Your full name and mailing address, and email address or telephone number;

Eric James Ziecker (wife: Mara Elizabeth Ziecker) (daughter: J██████ Z████)



c. An explanation of why you believe you are a Settlement Class Member;

My wife and I, was well as our daughter received letters from Anthem (dated March 7, 2015) indicating that *"current or former members of Anthem's affiliated health plans may be impacted. In addition, some members of other independent Blue Cross and Blue Shield plans who received healthcare services in any of the areas that Anthem serves over the last 10 years may be impacted."*

d. All reasons for your objection or comment;

I object to the Settlement and disagree with the option of Settlement Benefits for the following reasons:

Suggested Settlement Benefits do not begin to reflect the degree of negligence for which Anthem alone is responsible. The jeopardizing of names, dates of birth, Social Security numbers, health care ID numbers, home addresses, email addresses and income data all have the potential of misuse and abuse for the remainder of a person's lifetime.

The suggested Settlement Benefits are far too minimal and far too confining. An individual has no way of predicting how his personal information may be misused in the future.

The following remedies have been suggested:

**Data Security Practice Changes and Commitments by Anthem** – Why should anyone trust Anthem or any of its affiliates ever again with any personal information? This attempt at reform is "too little, too late."

**Free Credit Monitoring Services** – What if a person chooses to place a freeze on his credit instead of monitoring? How is he compensated for his time, effort and inconvenience for securing his own information in the way that he chooses? Why would a person grant even more of his personal information to a monitoring service? What assurance does he have that the monitoring service will protect his data? Once the monitoring services expire, what protection does he have in the future? It is entirely insufficient to offer two or four years of credit monitoring.

**Cash Payment as an Alternative to Free Credit Monitoring Services** – A cash payment of $36 or $50 dollars doesn't begin to compensate anyone for the time required to watch his or her accounts and credit from potential fraud. To offer such an amount for the breach of names, dates of birth, Social Security numbers, health care ID numbers, home addresses, email addresses or income data is insulting.

**Free Fraud Resolution Services** – How is a person compensated for all his time in repairing his own credit or identity? Such Resolution Services should be offered free of charge for the remainder of his lifetime.

**Cash Reimbursement for Out-Of-Pocket Losses** – Previous evidences of fraud or current out-of-pocket losses may be covered by this remedy, but what about future, unforeseen and unpredictable expenses?

Due to the level of negligence in the defendants' actions of allowing the data breach of those in the Settlement Class, I do not believe that the Court should give Final Approval to the Settlement. The court case should continue until a more complete restitution, or greater cash reimbursements, be provided Settlement Class Members.

e. A statement identifying the number of class action settlements you have objected to in the last three years;

None

f. Whether you intend to personally appear and/or testify at the Final Approval Hearing;

No

g. The name and contact information of any and all attorneys representing, advising, or assisting you, including any counsel who may be entitled to compensation for any reason related to your objection or comment;

None

h. Whether any attorney will appear on your behalf at the Final Approval Hearing, and if so the identity of that attorney;

Only the already Court appointed "Class Counsel" Eve Cervantez of Altshuler Berzon LLP; Andrew N. Friedman of Cohen Milstein Sellers & Toll PLLC; Michael W. Sobol of Lieff Cabraser Heimann & Bernstein LLP; and Eric Gibbs of Girard Gibbs LLP who represent me and the other Settlement Class Members.

i. The identity of any persons who wish to be called to testify at the Final Approval Hearing; and

None

j. Your handwritten or electronically imaged written (e.g. "DocuSign") signature. An attorney's signature, or a typed signature, is not sufficient.

Eric James Ziecker
Mara Elizabeth Ziecker

IN RE ANTHEM, INC. DATA BREACH LITIGATION

P.O. BOX 404012

LOUISVILLE, KY 40233-9821

40233-401212


RECEIVED
OCT 19 2017
By _____