

Re: Anthem Data Breach
robert leslie
to:
LHKpo
10/31/2017 02:15 PM
Hide Details
From: robert leslie

To: LHKpo@cand.uscourts.gov

History: This message has been forwarded.

I have been notified that I am a litigant in the above case, as my interest and qualifications.

My reason for this missive is to reach The Honorable District Court Judge Lucy Koh, about case # 15-MD-02617-LHK, to register my disapproval of the imbalance of the proposed pay-out monies, and other settlements involved. Please forward as necessary.

To The Honorable U.S. District Court Judge Lucy koh,

From Robert Leslie,
litigant in the following case being considered,

re: case # 15-MD-02617-LHK.. The Anthem Data Breach.

The figures I was sent reveal that the attorneys involved are to receive 80 Times the money that the litigants will receive. I believe that this type of practice, and the huge amount of the award is not only one of the causes of the runaway inflation in this country, but unfair and unnecessary to Anthem (and subsidiarys) unless its purpose is punishment; in which case the money should go to those harmed, and not a slew of rapacious attorneys. The cost of this action will benefit only those attorneys, while the other 79 million people must split one eightieth of their take. The defendants are huge corporations that will not be hurt, as they will raise their prices to cover this cost, and every person with insurance will Lose! They will bear the cost, and that's everyone!

The "other" settlements involved:  that Anthem will "enhance" the security of data going forward, is

meaningless unless there is also accountability involved, which I don't find, only "Credit Monitoring," which does not seem at all  apropos to protecting data, and that for only two years;   the payments for actual (damage) costs are good, but Only if they are provable, which leaves only those few even-with-the-board and no more; and all  the rest is also limited to two years, which is piddling against the very real possibility of entire lifetimes of potential loss being involved.

I urge you then to reconsider this settlement in light of the above.

Thank you for you attention to this,
Yours Sincerely,
Robert Leslie



.