

Anthem, Inc. Data Breach Litigation, Case No. 15-md-02617
Alan Hood
to:
LHKpo
10/26/2017 08:26 AM
Hide Details
From: Alan Hood

To: LHKpo@cand.uscourts.gov

History: This message has been forwarded.

Judge Koh,

I recently received information on the Anthem Data Breach explaining what my options are under the settlement. I find it quite disturbing that the information as far as website to contact, contact phone number, Claim Number and the actual claim form were sent exposed in clear view of anyone that wanted to see them. In addition, the mail-in form with my email address and signature would be exposed on the reply. From a personal security aspect this form of correspondence is totally unacceptable and simply furthers the possibility of the data breach. While I try to be very diligent with my personal information, items like this correspondence could present problems for anyone that does not take the same precautions.

Thank You,

Alan Hood