UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANTHEM, INC. DATA BREACH LITIGATION | Case No. 15-MD-02617-LHK<br><br>**ORDER RE: UPDATED INFORMATION ON CLASS SETTLEMENT** |

Under the Settlement Agreement, the deadline for class members to submit claims for credit monitoring or alternative compensation expires today—January 29, 2018. ECF Nos. 869-8 ¶¶ 4.3, 5.1; 916-3 at 11. Plaintiffs shall provide an update on the total number of class members who have submitted claims for credit monitoring and the total number of class members who have submitted claims for alternative compensation.

Although the claims for reimbursement of out-of-pocket costs are not yet due, Plaintiffs shall also provide an update on the current number of class members who have submitted claims for reimbursement of out-of-pocket costs. Plaintiffs shall include the total amount that the class members have claimed in out-of-pocket reimbursement costs. Plaintiffs' Reply in Support of Motion for Final Approval of Class Action Settlement ("Reply"), identifies only the median claim.

1

Case No. 15-MD-02617-LHK
ORDER RE: UPDATED INFORMATION ON CLASS SETTLEMENT

ECF No. 944 at 2.

Plaintiffs shall also provide an update on any other changes in relevant figures, such as opt outs or objection letters.

Based on the claims that have been made thus far, Plaintiffs shall file a chart showing the current allocation of funds.

Plaintiffs shall file a supplemental brief not to exceed three pages that discusses what effect the Ninth Circuit's decision in *In re Hyundai & Kia Fuel Economy Litigation*, No. 15-56014, 2018 WL 505343 (9th Cir. Jan. 23, 2018), has on this case. Plaintiffs' Reply did not adequately address this decision.

In light of this Court's July 16, 2015 Order, Plaintiffs are ordered to file documentation of what time, if any, was stricken as duplicative or inefficient billing. Plaintiffs shall also file detailed contemporaneous billing records of all individuals who have billed time in this case and the applicable billing rates at the time the work was performed. For contract attorneys, Plaintiffs shall file documentation of Plaintiffs' markup for each contract attorney for each calendar year.

The deadline for all of the filings listed in this order is Wednesday, January 31, 2018.

**IT IS SO ORDERED.**

Dated: January 29, 2018

_____
LUCY H. KOH
United States District Judge

2
Case No. 15-MD-02617-LHK
ORDER RE: UPDATED INFORMATION ON CLASS SETTLEMENT