UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANTHEM, INC. DATA BREACH LITIGATION | Case No. 15-MD-02617-LHK<br><br>**ORDER RE: UPDATED INFORMATION ON BILLING RECORDS** |

In addition to the information requested in the January 29, 2018 Order Re: Updated Information on Class Settlement, Plaintiffs shall provide a chart that breaks down, by each biller for whom fees are claimed, the biller's work on this case by general category, and by specific types of tasks performed within that category, and the hours worked on each category. Plaintiffs' current breakdown shows the tasks performed by each law firm, but not the tasks performed by each biller at each law firm, so the Court does not know what work each biller did and cannot assess whether each biller's hours are reasonable.

Further, Plaintiffs shall file documentation of Plaintiffs' markup for each staff attorney for each calendar year.

The deadline for the filings listed in this order is Thursday, February 1, 2018 at 9 a.m.

1
Case No. 15-MD-02617-LHK
ORDER RE: UPDATED INFORMATION ON BILLING RECORDS

**IT IS SO ORDERED.**

Dated: January 30, 2018

_____
LUCY H. KOH
United States District Judge

2
Case No. 15-MD-02617-LHK
ORDER RE: UPDATED INFORMATION ON BILLING RECORDS