| | |
|---|---|
| HOGAN LOVELLS US LLP<br>CRAIG A. HOOVER, SBN 113965<br>E. DESMOND HOGAN (admitted *pro hac vice*)<br>PETER R. BISIO (admitted *pro hac vice*)<br>craig.hoover@hoganlovells.com<br>desmond.hogan@hoganlovells.com<br>peter.bisio@hoganlovells.com<br>555 Thirteenth Street, NW<br>Washington, DC 20004<br>Telephone: (202) 637-5600<br>Facsimile: (202) 637-5910<br><br>*Attorneys for Defendants Anthem, Inc. and related parties*<br><br>Additional Defendants and Defendants' Counsel Listed on Signature Page<br><br>ALTSHULER BERZON LLP<br>EVE CERVANTEZ, SBN 164709<br>JONATHAN WEISSGLASS, SBN 185008<br>ecervantez@altshulerberzon.com<br>jweissglass@altshulerberzon.com<br>177 Post Street, Suite 300<br>San Francisco, CA 94108<br>Telephone: (415) 421-7151<br>Facsimile: (415) 362-8064<br><br>*Lead Plaintiffs' Counsel*<br><br>Additional Plaintiffs' Counsel Listed on Signature Page | KIRKLAND & ELLIS LLP<br>BRIAN P. KAVANAUGH (admitted *pro hac vice*)<br>KATHERINE WARNER (admitted *pro hac vice*)<br>brian.kavanaugh@kirkland.com<br>kate.warner@kirkland.com<br>300 North LaSalle Street<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br><br>*Attorneys for Defendants Blue Cross Blue Shield Association and Health Care Service Corporation, a Mutual Reserve Legal Company*<br><br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>ANDREW N. FRIEDMAN (admitted *pro hac vice*)<br>GEOFFREY GRABER, SBN 211547<br>afriedman@cohenmilstein.com<br>ggraber@cohenmilstein.com<br>1100 New York Ave. NW<br>Suite 500, West Tower<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699 |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ANTHEM, INC. DATA BREACH LITIGATION | Case No. 5:15-MD-02617-LHK<br><br>**JOINT STATEMENT OF CASES CURRENTLY PENDING IN THE MDL** |

At the request of the Court, Plaintiffs and Defendants jointly submit the following list of cases currently pending in the MDL:

1. *Ames, et al. v. Anthem, Inc., et al.,* Case No. 1:15-cv-00465-SEB-TAB (S.D. Ind.)

2. *Ansah-Dawson, et al. v. Anthem, Inc., et al.,* Case No. 5:16-CV_01511-LB (N.D. Cal)

3. *Babbitt v. Anthem, Inc.* Case No. 1:15-cv-00394-RLY-MJD (S.D. Ind.)

4. *Bazley v. Anthem, Inc., et al.,* Case No. 2:15-cv-00226-CB (W.D. Pa.)

5. *Becker et al. v. Anthem, Inc.* Case No. 1:15-cv-00230-TWP-DML (S.D. Ind.)

6. *Bell, et al. v. Anthem, Inc., et al.* Case No. 2:15-cv-01214-MWF-AGR (C.D. Cal.)

7. *Bell v. Anthem, Inc., et al.* Case No. 4:15-cv-00067-JRH-GRS (S.D. Ga.)

8. *Bellegarde, et al. v. Anthem, Inc.* Case No. 1:15cv-00587 TWP-TAB (S.D. Ind.)

9. *Benton v. Blue Cross of California, et al.* Case No. 5:15:cv-02403 (N.D. Cal)

10. *Blain, et al. v. Anthem, Inc.* Case No. 1:15-cv-00288-RLY-MJD (S.D. Ind.)

11. *Brescia v. Anthem, Inc., et al.* Case No. 15-cv-00203 (S.D. Ind.)

12. *Brock, et al.* v. *Anthem, Inc., et al.,* Case No. 1:15-cv-00289-TWP-MJD (S.D. Ind.)

13. *Cahill v. Anthem, Inc.* Case No. 1:15-cv-00214-SEB-DML (S.D. Ind.)

14. *Chehrazi, et al. v. Anthem, Inc.* Case No. 1:15-cv-00326-TWP-DKL (S.D. Ind.)

15. *Conley v. Anthem, Inc. et al.,* Case No. 1:16-cv-00164-PB (D.N.H)

16. *Crane v. Anthem, Inc., et al.,* Case No. 5:16-CV-01866-PSG (N.D. Cal)

17. *D'Angelo, et al. v. Anthem, Inc., et al.* Case No. 1:15-cv-00371-LMM (N.D. Ga.)

18. *Daniels v. Anthem, Inc.* Case No. 1:15cv-10530 (N.D. Cal.)

19. *Devito-Jigarjian v. Anthem, Inc.* Case No. 3:15-cv-00316-GPC-JMA (S.D. Cal)

20. *Doe v. Anthem, Inc., et al.* Case No. 2:15-cv-00934-SVW-JPR (C.D. Cal.)

21. *Douglass v. Anthem, Inc., et al.* Case No. 1:15-cv-00307 (S.D. Ind.)

22. *Edwards, et al. v. Anthem, Inc., et al.,* Case No. 3:15-cv-00318-GPC-JMA (S.D. Cal.)

23. *Fessia v. Anthem, Inc., et al.* Case No. 3:15-cv-00431-GPC-JMA (N.D. Cal.)

24. *Fisse, et al. v. Anthem, Inc., et al.* Case No. 2:16-cv-00806 (E.D La.)

25. *Foley v. Anthem, Inc.* Case No. 1:15-cv-00330 (S.D. Ind.)

26. *Fowles v. The Anthem Companies, Inc. et. al.* Case No. 15-cv-02249 (N.D. Cal.)

| | |
|---|---|
| 1 | 27. *Gil v. Blue Cross of California,* Case No. 3:15-cv-00982-GPC-JMA (S.D. Cal.) |
| 2 | 28. *Gnipp v. Anthem, Inc.* Case No. 4:15-cv-01031 (N.D. Cal.) |
| 3 | 29. *Grondona v. Anthem, Inc. et al.,* Case No. 2:15-cv-02251 (E.D. Cal.) |
| 4 | 30. *Haag v. Anthem, Inc., et al.* Case No. 6:15-cv-00238 (M.D. Fla.) |
| 5 | 31. *Haas v. Anthem, Inc. Case* No. 15-cv-0518 (S.D. Ind.) |
| 6 | 32. *Hadley v. Anthem, Inc.,* Case No. 15-cv-0403-SEB-TAB (S.D. Ind.) |
| 7 | 33. *Harker v. Anthem, Inc.* Case No. 1:15-cv-00223 (S.D. Ind.) |
| 8 | 34. *Hayes v. Anthem, Inc., et al.* Case No. 1:15-cv-00526-WTL-TAB (S.D. Ind.) |
| 9 | 35. *Hayes, et al. v. Anthem, Inc., et al.* Case No. 1:15-cv-00284 (N.D. Ohio) |
| 10 | 36. *Hills v. Anthem, Inc.,et al.* Case No. 1:15-cv-00314-PAB-ME (D. Colo.) |
| 11 | 37. *Hodges v. Anthem, Inc., et al.* Case No. 4:15-CV-83JM (E.D. Ark.) |
| 12 | 38. *Holguin, et al. v. Anthem, Inc. et al.,* Case No. 5:15-CV-04460-BLF (N.D. Cal.) |
| 13 | 39. *Hood v. Anthem, Inc., et al.* Case No. 2:15-cv-00918-CAS-PLA (C.D. Cal.) |
| 14 | 40. *Hudson v. Anthem, Inc., et al.* Case No. 8:15-cv-00296-MWF-AGR (C.D. Cal.) |
| 15 | 41. *Hunter et al. v. Anthem, Inc et al.,* Case No. 1:16-cv-10046 (D. Mass.) |
| 16 | 42. *Hurley v. Anthem, Inc. et al,* Case No. 1:15-cv-00247 (S.D. Ind.) |
| 17 | 43. *Hyde v. Anthem, Inc., et al.,* Case No. 1:15-cv-00319 (S.D. Ind.) |
| 18 | 44. *Ifversen v. Anthem, Inc., et al.* Case No. 1:15-cv-0209-SEB-DML (S.D. Ind.) |
| 19 | 45. *Immerman, et al. v. Anthem, Inc., et al.* Case No. 1:15-cv-00208 (S.D. Ind.) |
| 20 | 46. *Jones v. Anthem, Inc., et al.* Case No. 1:15-cv-00663 (N.D. Ga.) |
| 21 | 47. *Juliano v. Anthem, Inc., et al.* Case No. 2:15-cv-00219 (N.D. Ala.) |
| 22 | 48. *Kamal, et al. v. Anthem, Inc., et al.* Case No. 1:15-cv-00984 (S.D.N.Y) |
| 23 | 49. *Kaseta-Collins et al. v. Anthem, Inc., et al.,* Case No. 2:16-cv-10082 (E.D. Mich.) |
| 24 | 50. *Kaslowitz v. Anthem, Inc., et al.* Case No. 1:15-cv-00188 (S.D. Ind.) |
| 25 | 51. *Kaufman v. Amerigroup Washington, Inc. et al.* Case No. 5:16-cv-02962-LHK (N.D. Cal.) |
| 26 | 52. *Keeton v. Anthem, Inc., et al.* Case No. 4:15-cv-00513 (E.D. Mo.) |
| 27 | 53. *Keyser v. Anthem, Inc., et al.* Case No. 1:15-cv-00178-JMS-DML (S.D. Ind.) |
| 28 | 54. *Kirby v. Anthem, Inc, et al.,* Case No. 2:15-cv-00820 (C.D. Cal.) |

55. *Krissman, et. Al v. Anthem* Case No. 5:15-cv-02741-LHK (N.D. Cal.)

56. *Leniski v. Anthem, Inc., et al.* Case No. 5:15cv-02992-LHK (N.D. Cal.)

57. *Lesher, et. al. v. Anthem, Inc. et. al.* Case No. 1:15-cv-00204 (S.D. Ind.)

58. *MacAusland v. Anthem, Inc. et al.,* Case No. 5:15-cv-03882-HRL (N.D. Cal.)

59. *Maric v. Anthem Inc. et. al.* Case No. 3:15-cv-00134-DJH (W.D. Ky.)

60. *Mason v. Anthem, Inc., et al.* Case No. 2:15-cv-00086-JAW (D. Me.)

61. *McGill, et al. v. Anthem, inc., et al.* Case No. 4:15-cv-00050 (S.D. Ind.)

62. *McInnis v. Anthem, Inc., et al.* Case No. 2:15-cv-02577-DDC-JPO (D. Kan.)

63. *McKinley et. al. v. Anthem Inc., et al.* Case No. 1:15-cv-00096-TSB (S.D. Ohio)

64. *Meadows v. Anthem, Inc.* Case No. 1:15-cv-00163-JMS-TAB (S.D. Ind.)

65. *Mellon v. Anthem, Inc., et al.* Case No. 1:15-cv-00323-REB-MJW (D. Colo.)

66. *Mertz v. Anthem, Inc., et al* Case No. 1:15-cv-00422-SEB-MJD (S.D. Ind.)

67. *Mertlich v. Anthem Ins. Co. Inc.,* Case No. 15-01783 (W.D. Wash.)

68. *Mitchel v. Anthem, Inc. et al* Case No. 1:15-cv-00207-JMS-DML (S.D. Ind.)

69. *Moran v. Anthem, Inc., et al* Case No. 2:15:cv-00460-TLN-AC (E.D. Cal.)

70. *Morris v. Anthem, Inc., et al.* Case No. 8:15-cv-00196 (C.D. Cal.)

71. *Myers v. Blue Cross of California, et al.* Case No. 3:15-cv-01766 (N.D. Cal.)

72. *Napolean v. Anthem, Inc., et al.* Case No. 3:15-cv-00293 (S.D. Cal.)

73. *New v. Anthem, Inc., et al.* Case No. 2:15-cv-04787 (C.D. Cal.)

74. *Nicoll v. Anthem, Inc., et al.* Case No. 2:15-cv-00704 (E.D.N.Y.)

75. *Noble, et al. v. RightChoice Managed Care, Inc., et al.* Case No. 4:15-cv-00626-CDP (E.D. Mo.)

76. *Ourth, et al. v. Anthem, Inc., et al.* Case No. 4:15-cv-00957 (E.D. Mo.)

77. *Pantuso v. Anthem, Inc., et al.* Case No. 1:15-cv-00181 (S.D. Ind.)

78. *Paracha, et al. v. Anthem Inc., et al.* Case No. 1:15-cv-00349-JMS-TAB (S.D. Ind.)

79. *Patrick v. Anthem, Inc.* Case No. 3:15-cv-00718 (N.D. Ohio)

80. *Peterman v. Anthem, Inc., et al.* Case No. 3:15-cv-00250 (D. Conn.)

81. *Petty v. Anthem, Inc.* Case No. 1:15-cv-01177 (S.D.N.Y.)

ATTORNEYS AT LAW

- 3 -
JOINT STATEMENT OF CASES CURRENTLY PENDING IN THE MDL
CASE NO. 15-MD-02617-LHK

1. 82. *Pierpoint v. Anthem, Inc., et al.* Case No. 3:15-cv-00292 (D. Conn.)
2. 83. *Powell et al. v. Anthem, Inc., et al.* Case No. 2:15-cv-00314 (E.D. Cal.)
3. 84. *Pratt, et al. v. Anthem Inc.* Case No. 2:15-cv-00401 (D. Nev.)
4. 85. *Redhead, et al. v. Anthem, Inc., et al.* Case No. 1:15-cv-01309-WFK-JOED (E.D.N.Y.)
5. 86. *Renninger v. Anthem, Inc.* Case No. 2:15-cv-00669-DSC (W.D. Pa.)
6. 87. *Roberts, et al. v. Anthem Inc., et al.,* Case No. 15-04592 (D. Minn.)
7. 88. *Ruhlemann v. Anthem, Inc., et al.* Case No. 3:15-cv-00345-VLB (D. Conn.)
8. 89. *Salermo, et al. v. Anthem, Inc., et al.* Case No. 2:15-cv-01144 (C.D. Cal.)
9. 90. *Schneider, et al. v. Anthem, Inc., et al.* Case No. 1:15-cv-00920 (S.D.N.Y.)
10. 91. *Scofield v. Anthem, Inc., et al.* Case No. 4:15-cv-00040 (E.D.N.C.)
11. 92. *Shiltz, et al. v. Anthem, Inc., et al.* Case No. 2:15-cv-04083 (S.D. W. Va.)
12. 93. *Sizemore v. Anthem, Inc., et al.* Case No. 2:15-cv-00897-TSB (S.D. Ohio)
13. 94. *Slater v. Anthem, Inc., et al.* Case No. 3:15-cv-00279 (S.D. Cal.)
14. 95. *Smilow, et al. v. Anthem Life & Disability Ins. Co., et al.* Case No. 1:15-cv-02380 (E.D.N.Y.)
15. 96. *Smith v. Anthem, Inc., et al.* Case No. 2:15-cv-00508-JFC (W.D. Pa.)
16. 97. *Staffieri v. Anthem, Inc., et al.,* Case No. 1:15-cv-00287-JMS-TAB (S.D. Ind.)
17. 98. *Stanturf v. Amerigroup Corporation, et al.,* Case No. 2:15-cv-07933-JAR-TJJ (D. Kan.)
18. 99. *Swank v. Anthem, Inc., et al.,* Case No. 1:15-cv-00480-JMS-DML (S.D. Ind.)
19. 100. *Szalankiewicz, et al. v. Anthem, Inc.* Case No. 1:15-cv-00393 (S.D. Ind.)
20. 101. *Tharp, et al. v. Anthem, Inc., et al.,* Case No. 5:15-cv-01046-LHK (C.D. Cal.)
21. 102. *Trawick v. Anthem, Inc., et al.* Case No. 3:15-cv-00321-GPC-JMA (S.D. Cal.)
22. 103. *Vasquez, et al. v. Blue Cross of California, et al.* Case No. 1:15-02055-BRO (C.D. Cal)
23. 104. *Weinberger v. Anthem, Inc., et al.* Case No. 1:15-cv-00201-JMS-DKL (S.D. Ind.)
24. 105. *West v. Anthem, Inc et al.,* Case No. 1:16-cv-00071-ELH (D. Md.)
25. 106. *Whalen v. Anthem, Inc., et al.* Case No. 2:15-cv-02529-MMB (E.D. Pa.)
26. 107. *Xides v. Anthem, Inc., et al.* Case No. 4:15-cv-00638 (N.D. Ohio)
27. 108. *Yarber v. Anthem, Inc.,* Case No. 1:15-cv-00947-TWP-DML (S.D. Ind.)
28.

|  |  |
|---|---|
| 1 | Respectfully submitted, |
| 2 | **HOGAN LOVELLS US LLP** |
| 3 | CRAIG A. HOOVER |
|   | E. DESMOND HOGAN |
| 4 | PETER R. BISIO |
|   | MICHELLE A. KISLOFF |
| 5 | ALLISON M. HOLT |

Dated: January 31, 2018           By:    /s/ Craig A. Hoover

    Craig A. Hoover (SBN 113965)
    craig.hoover@hoganlovells.com
    E. Desmond Hogan (admitted pro hac vice)
    desmond.hogan@hoganlovells.com
    Peter R. Bisio (admitted pro hac vice)
    peter.bisio@hoganlovells.com
    Michelle A. Kisloff (admitted pro hac vice)
    michelle.kisloff@hoganlovells.com
    Allison M. Holt (admitted pro hac vice)
    allison.holt@hoganlovells.com
    555 Thirteenth Street, NW
    Washington, DC  20004-1109
    Telephone:    (202) 637-5600
    Facsimile:    (202) 637-5910

    Michael Maddigan (SBN 163450)
    michael.maddigan@hoganlovells.com
    1999 Avenue of the Stars, Suite 1400
    Los Angeles, CA  90067
    Telephone:    (310) 785-4600
    Facsimile:    (310) 785-4601

*Attorneys for Defendants Anthem, Inc., and certain of its affiliates that have been named as defendants in the Fourth Consolidated Amended Complaint (collectively, "Anthem") and Defendants Blue Cross and Blue Shield of Alabama, USAble Mutual Insurance Company d/b/a Arkansas Blue Cross Blue Shield and BlueAdvantage Administrators of Arkansas, California Physicians' Service d/b/a Blue Shield of California, Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue, CareFirst of Maryland, Inc., Blue Cross and Blue Shield of Massachusetts, Inc., Blue Cross and Blue Shield of Michigan, Blue Cross and Blue Shield of Minnesota,*

| | | |
|---|---|---|
| 1 | | *Horizon Healthcare Services, Inc., Blue Cross and Blue Shield of North Carolina, Highmark Health Services, and Blue Cross and Blue Shield of Vermont* |
| 2 | | |
| 3 | | |
| 4 | | **TROUTMAN SANDERS LLP** |
| | | CHAD R. FULLER |
| 5 | | |
| 6 | Dated: January 31, 2018 | By:   /s/ Chad R. Fuller |
| 7 | | Chad R. Fuller (SBN 190830) |
| | | chad.fuller@troutmansanders.com |
| 8 | | 11682 El Camino Real, Suite 400 |
| | | San Diego, CA 92130 |
| 9 | | Telephone:   (858) 509-6056 |
| | | Facsimile:   (858) 509-6040 |
| 10 | | |
| 11 | | *Attorney for Anthem* |
| 12 | | **NELSON MULLINS RILEY &** |
| | | **SCARBOROUGH LLP** |
| 13 | | JOHN D. MARTIN |
| | | LUCILE H. COHEN |
| 14 | | |
| 15 | Dated: January 31, 2018 | By:   /s/ John D. Martin |
| 16 | | John D. Martin (admitted pro hac vice) |
| | | john.martin@nelsonmullins.com |
| 17 | | Lucile H. Cohen (admitted pro hac vice) |
| | | lucie.cohen@nelsonmullins.com |
| 18 | | 1320 Main Street, 17th Floor |
| 19 | | Columbia, SC 29201 |
| | | Telephone:   (803) 255-9241 |
| 20 | | Facsimile:   (858) 256-7500 |
| 21 | | *Attorneys for Anthem* |
| 22 | | |
| | | **KIRKLAND & ELLIS LLP** |
| 23 | | BRIAN P. KAVANAUGH |
| | | KATHERINE WARNER |
| 24 | | JESSICA STAIGER |
| | | LUKE C. RUSE |
| 25 | | TIM PICKERT |
| 26 | Dated: January 31, 2018 | By:   /s/ Brian P. Kavanaugh |
| 27 | | |
| 28 | | Brian Kavanaugh (admitted pro hac vice) |
| | | brian.kavanaugh@kirkland.com |

|   |   |
|---|---|
| 1 | Katherine Warner (admitted pro hac vice) |
|   | kate.warner@kirkland.com |
| 2 | Jessica Staiger (admitted pro hac vice) |
|   | iessica.staiger@kirkland.com |
| 3 | Luke C. Ruse (admitted pro hac vice) |
| 4 | luke.ruse@kirkland.com |
|   | Tim Pickert (admitted pro hac vice) |
| 5 | tim.pickert@kirkland.com |
|   | 300 N. LaSalle |
| 6 | Chicago, IL 60654 |
|   | Telephone: (312) 862-2000 |
| 7 | Facsimile: (312) 862-2200 |

*Attorneys for The Blue Cross Blue Shield Association and Health Care Service Corporation, a Mutual Legal Reserve Company, d/b/a Blue Cross and Blue Shield of Illinois and Blue Cross and Blue Shield of Texas*

**ALTSHULER BERZON LLP**
EVE H. CERVANTEZ
JONATHAN WEISSGLASS
DANIELLE E. LEONARD
MEREDITH A. JOHNSON

Dated: January 31, 2018                By: /s/ Eve H. Cervantez

Eve Cervantez (SBN 164709)
ecervantez@altshulerberzon.com
Jonathan Weissglass (SBN 185008)
jweissglass@altshulerberzon.com
Danielle E. Leonard (SBN 218201)
dleonard@altshulerberzon.com
Meredith A. Johnson (SBN 291018)
mjohnson@altshulerberzon.com
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

**COHEN MILSTEIN SELLERS & TOLL PLLC**
ANDREW N. FRIEDMAN
GEOFFREY GRABER
SALLY M. HANDMAKER
ERIC KAFKA

| | | |
|---|---|---|
| Dated: January 31, 2018 | | By: /s/ Andrew N. Friedman |

Andrew N. Friedman (admitted *pro hac vice*)
afriedman@cohenmilstein.com
Geoffrey Graber (SBN 211547)
ggraber@cohenmilstein.com
Sally M. Handmaker (SBN 281186)
shandmaker@cohenmilstein.com
Eric Kafka
ekafka@cohenmilstein.com
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Lead Plaintiffs' Counsel*

**GIRARD GIBBS LLP**
ERIC GIBBS
DAVID M. BERGER
1 Kaiser Plaza, Suite 1125
Oakland, California 94612
Telephone:  (510) 981-4800
Facsimile:  (415) 981-4846

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
MICHAEL W. SOBOL
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339

*Plaintiffs' Steering Committee*

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the signatories shown above.

Dated: January 31, 2018         /s/ Craig Hoover
                                                    Craig Hoover