ALTSHULER BERZON LLP
EVE CERVANTEZ (SBN 164709)
ecervantez@altshulerberzon.com
JONATHAN WEISSGLASS (SBN 185008)
jweissglass@altshulerberzon.com
DANIELLE E. LEONARD (SBN 218201)
dleonard@altshulerberzon.com
MEREDITH A. JOHNSON (SBN 291018)
mjohnson@altshulerberzon.com
TONY LOPRESTI (SBN 289269)
tlopresti@altshulerberzon.com
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

COHEN MILSTEIN SELLERS & TOLL PLLC
ANDREW N. FRIEDMAN (admitted pro hac vice)
afriedman@cohenmilstein.com
GEOFFREY GRABER (SBN 211547)
ggraber@cohenmilstein.com
SALLY M. HANDMAKER (SBN 281186)
shandmaker@cohenmilstein.com
ERIC KAFKA (admitted pro hac vice)
ekafka@cohenmilstein.com
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Lead Plaintiffs' Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| *In Re Anthem, Inc. Data Breach Litigation* | Case No. 15-MD-02617-LHK<br><br>**EXHIBIT A TO SECOND SUPPLEMENTAL DECLARATION OF KCC CLASS ACTION SERVICES (LANA LUCCHESI) RE: UPDATED CLAIM INFORMATION**<br><br>Date: February 1, 2018<br>Time: 1:30 p.m.<br>Judge: Hon. Lucy H. Koh<br>Crtrm: 8, 4th Floor |

**KCC Class Action Services**
**In Re Anthem, Inc. Data Breach Litigation**
**Exclusion Report**

**Count**
4

| ClaimID | Last Name | First Name |
|---|---|---|
| 1037031983301 | OBROCHTA | ROBERT |
| 1037031972201 | OBROCHTA | MARGARET |
| 1044890412301 | SCHIFFLER | MATTHEW |
| 1049473670201 | TAMAS | BEVERLY |