# EXHIBIT 3

# Detailed Lodestar Information by Firm and Biller

(updated to include historic rates)

| Firm | Total Firm Hours | Total Firm Fees | Biller | Position | Grad Year | Rate (2015) | Rate (2016) | Rate (2017) | Rate used for lodestar cross-check[1] | Hours Billed | Total Attorney Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abington Cole & Ellery LLP | 22.6 | $ 12,430.00 | Cornelius P. Dukelow | Partner | 2001 | 550 | 550 | 550 | $ 550.00 | 22.6 | $ 12,430.00 |
| Altshuler Berzon LLP | 11,199.0 | $6,570,595.00 | Eve Cervantez | Partner | 1992 | $795 | $825 | $860 | $ 860.00 | 3,090.4 | $ 2,657,744.00 |
| | | | Jonathan Weissglass | Partner | 1994 | $775 | $795 | $820 | $ 820.00 | 623.6 | $ 511,352.00 |
| | | | Stacey Leyton | Partner | 1998 | $715 | $740 | $770 | $ 770.00 | 27.4 | $ 21,098.00 |
| | | | Danielle E. Leonard | Partner | 2001 | $630 | $665 | $690 | $ 690.00 | 2,396.9 | $ 1,653,861.00 |
| | | | Peder J. Thoreen | Partner | 2001 | $630 | $665 | $690 | $ 690.00 | 13.5 | $ 9,315.00 |
| | | | Zoe Palitz | Associate | 2010 | $410 | $435 | $460 | $ 460.00 | 11.1 | $ 5,106.00 |
| | | | Corinne Johnson | Fellow | 2012 | N/A | N/A | $405 | $ 405.00 | 47.7 | $ 19,318.50 |
| | | | Meredith Johnson | Associate | 2012 | $350 | $385 | $405 | $ 405.00 | 2,024.8 | $ 820,044.00 |
| | | | Tony LoPresti | Associate | 2012 | $350 | $385 | $405 | $ 405.00 | 774.5 | $ 313,672.50 |
| | | | Adan Martinez | Legal Clerk | Legal Clerk | N/A | $275 | N/A | $ 285.00 | 119.3 | $ 34,000.50 |
| | | | George A. Warner | Legal Clerk | Legal Clerk | N/A | $275 | N/A | $ 285.00 | 28.7 | $ 8,179.50 |
| | | | Hannah Kieschnick | Legal Clerk | Legal Clerk | N/A | $275 | N/A | $ 285.00 | 33.8 | $ 9,633.00 |
| | | | Lisa Bixby | Legal Clerk | Legal Clerk | N/A | $275 | N/A | $ 285.00 | 31.6 | $ 9,006.00 |
| | | | Ming Cheung | Legal Clerk | Legal Clerk | N/A | $275 | N/A | $ 285.00 | 47.0 | $ 13,395.00 |
| | | | Rebecca Chan | Legal Clerk | Legal Clerk | N/A | N/A | $285 | $ 285.00 | 16.1 | $ 4,588.50 |
| | | | Zach Manfredi | Legal Clerk | Legal Clerk | N/A | $275 | N/A | $ 285.00 | 60.9 | $ 17,356.50 |
| | | | Hannah Cole | Paralegal | Paralegal | N/A | $250 | $250 | $ 250.00 | 113.6 | $ 28,400.00 |
| | | | Jocelyn Smith | Paralegal | Paralegal | $250 | $250 | $250 | $ 250.00 | 303.0 | $ 75,750.00 |
| | | | Luke R. Taylor | Paralegal | Paralegal | $250 | $250 | $250 | $ 250.00 | 41.2 | $ 10,300.00 |
| | | | Matt Broad | Paralegal | Paralegal | $250 | $250 | $250 | $ 250.00 | 1,333.1 | $ 333,275.00 |
| | | | Rachel Busch | Paralegal | Paralegal | $250 | $250 | $250 | $ 250.00 | 11.0 | $ 2,750.00 |
| | | | Raquel Maldonado Navarro | Paralegal | Paralegal | N/A | N/A | $250 | $ 250.00 | 49.8 | $ 12,450.00 |
| Barrack, Rodos & Bacine | 1,312.5 | $ 653,171.50 | William J. Ban | Partner | 1982 | N/A | $660 | N/A | $ 660.00 | 69.8 | $ 46,068.00 |
| | | | Stephen R. Basser | Partner | 1976 | $750 | $770 | $770 | $ 770.00 | 100.0 | $ 77,000.00 |
| | | | Daniel J. Brooker | Associate | 2008 | N/A | $375 | N/A | $ 375.00 | 345.5 | $ 129,562.50 |
| | | | Chad A. Carder | Partner | 2002 | N/A | $575 | N/A | $ 500.00 | 248.8 | $ 124,400.00 |
| | | | Jeffrey W. Golan | Partner | 1980 | $750 | N/A | N/A | $ 770.00 | 11.1 | $ 8,547.00 |
| | | | Samuel M. Ward | Partner | 2001 | $560 | $600 | N/A | $ 600.00 | 179.2 | $ 107,520.00 |
| | | | Julie B. Palley | Associate | 2007 | N/A | $470 | N/A | $ 470.00 | 202.2 | $ 95,034.00 |
| | | | Matthew A. Toomey | Associate | 2010 | $395 | $440 | N/A | $ 440.00 | 130.5 | $ 57,420.00 |
| | | | Jennifer R. Mueller | Paralegal | Paralegal | $290 | $300 | N/A | $ 300.00 | 25.4 | $ 7,620.00 |
| Berger & Montague, P.C. | 184.0 | $ 114,831.50 | Eric Lechtzin | Partner | 1991 | $650 | $660 | $665 | $ 665.00 | 1.1 | $ 731.50 |
| | | | Jon Lambiras | Partner | 2003 | $575 | $585 | $600 | $ 600.00 | 167.9 | $ 100,740.00 |
| | | | Michael Dell'Angelo | Partner | 1997 | $685 | $700 | $715 | $ 715.00 | 3.1 | $ 2,216.50 |
| | | | Shanon Carson | Partner | 2000 | $750 | $775 | $795 | $ 795.00 | 1.7 | $ 1,351.50 |
| | | | Sherrie Savett | Partner | 1973 | $925 | $950 | $960 | $ 960.00 | 10.2 | $ 9,792.00 |
| Bonnett, Fairbourn, Friedman & Balint, P.C. | 1,143.4 | $ 443,085.00 | Amy L. Owen | Contract Attorney | 2011 | N/A | $275 | N/A | $ 275.00 | 287.9 | $ 79,172.50 |
| | | | Francis J. Balint, Jr. | Partner | 1982 | $700 | N/A | N/A | $ 750.00 | 1.0 | $ 750.00 |
| | | | Manfred P. Muecke | Associate | 2002 | $425 | $425 | N/A | $ 425.00 | 854.5 | $ 363,162.50 |
| Boucher LLP | 801.3 | $ 198,754.00 | Shehnaz Bhujwala | Partner | 2002 | $750 | $750 | $750 | $ 750.00 | 87.1 | $ 65,325.00 |
| | | | Lauren Burton | Contract Attorney | 2014 | N/A | $185 | N/A | $ 185.00 | 707.6 | $ 130,906.00 |
| | | | Priscilla Szeto | Associate | 2015 | N/A | $395 | N/A | $ 395.00 | 6.2 | $ 2,449.00 |
| | | | Christine Cramer | Paralegal | Paralegal | N/A | $185 | N/A | $ 185.00 | 0.4 | $ 74.00 |

# Detailed Lodestar Information by Firm and Biller

(updated to include historic rates)

| Firm | Total Firm Hours | Total Firm Fees | Biller | Position | Grad Year | Rate (2015) | Rate (2016) | Rate (2017) | Rate used for lodestar cross-check[1] | Hours Billed | Total Attorney Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Branstetter, Stranch & Jennings, PLLC | 2,196.3 | $ 977,342.00 | Raquel Bellamy | Associate | 2011 | $350 | N/A | N/A | $ 350.00 | 6.3 | $ 2,205.00 |
| | | | Karla Campbell | Associate (2015); Partner (2016-2017) | 2008 | $525 | $685 | N/A | $ 575.00 | 240.3 | $ 138,172.50 |
| | | | Kourtney Hennard | Contract Attorney | 2013 | N/A | $385 | N/A | $ 385.00 | 66.7 | $ 25,679.50 |
| | | | Callie Jennings | Associate | 2016 | N/A | $275 | N/A | $ 275.00 | 31.3 | $ 8,607.50 |
| | | | Seamus Kelly | Associate | 2013 | N/A | $575 | N/A | $ 425.00 | 1,035.1 | $ 439,917.50 |
| | | | Megan Killion | Associate | 2008 | $525 | $630 | N/A | $ 575.00 | 8.9 | $ 5,117.50 |
| | | | Michael Isaac Miller | Associate | 2009 | N/A | $660 | N/A | $ 525.00 | 111.9 | $ 58,747.50 |
| | | | Anthony Orlandi | Associate | 2006 | $525 | N/A | N/A | $ 525.00 | 5.5 | $ 2,887.50 |
| Branstetter, Stranch & Jennings, PLLC | | | Christina M. Osbourne | Contract Attorney | 2013 | N/A | $410 | N/A | $ 410.00 | 596.9 | $ 244,729.00 |
| | | | Michael Stewart | Partner | 1994 | N/A | $700 | N/A | $ 700.00 | 44.0 | $ 30,800.00 |
| | | | J. Gerard Stranch | Partner | 2003 | $625 | $770 | N/A | $ 660.00 | 5.3 | $ 3,498.00 |
| | | | James G. Stranch | Partner | 1973 | N/A | $905 | $905 | $ 905.00 | 0.5 | $ 452.50 |
| | | | K. Grace Stranch | Associate | 2014 | N/A | $420 | N/A | $ 420.00 | 35.7 | $ 14,994.00 |
| | | | Jennifer Steele | Paralegal | Paralegal | N/A | $300 | N/A | $ 300.00 | 0.3 | $ 90.00 |
| | | | Amanda Winski | Paralegal | Paralegal | N/A | $190 | N/A | $ 190.00 | 2.2 | $ 418.00 |
| | | | Mariah Young | Paralegal | Paralegal | N/A | $190 | N/A | $ 190.00 | 5.4 | $ 1,026.00 |
| Cafferty Clobes Meriwether & Sprengel LLP | 5.5 | $ 3,632.50 | Bryan Clobes | Partner | 1988 | $725 | N/A | N/A | $ 775.00 | 1.3 | $ 1,007.50 |
| | | | Daniel Herrera | Associate | 2008 | $560 | N/A | N/A | $ 625.00 | 4.2 | $ 2,625.00 |
| Carlson Lynch Sweet Kilpela & Carpenter LLP | 205.8 | $ 77,197.50 | Gary Lynch | Partner | 1989 | $675 | $675 | N/A | $ 675.00 | 15.9 | $ 10,732.50 |
| | | | Jamisen Etzel | Associate | 2011 | $350 | $350 | N/A | $ 350.00 | 74.7 | $ 26,145.00 |
| | | | Pamela Miller | Associate | 2003 | N/A | $350 | N/A | $ 350.00 | 115.2 | $ 40,320.00 |
| Chestnut Cambronne Attorneys at Law | 16.8 | $ 8,715.00 | Francis Rondoni | Partner | 1980 | $500 | N/A | N/A | $ 550.00 | 13.3 | $ 7,315.00 |
| | | | Gary Luloff | Associate | 2008 | $350 | N/A | N/A | $ 400.00 | 3.5 | $ 1,400.00 |
| Cohen & Malad | 2,253.8 | $ 1,040,895.00 | Alex C. Trueblood | Associate | 2014 | $350 | $350 | $350 | $ 350.00 | 218.5 | $ 76,475.00 |
| | | | Aaron J. Williamson | Associate | 2015 | N/A | $350 | $350 | $ 350.00 | 550.6 | $ 192,710.00 |
| | | | Edward B. Mulligan V. | Associate | 2010 | $350 | N/A | N/A | $ 350.00 | 0.8 | $ 280.00 |
| | | | Irwin B. Levin | Partner | 1978 | $775 | N/A | N/A | $ 775.00 | 1.1 | $ 852.50 |
| | | | Jeffrey A. Hammond | Partner | 2004 | $595 | N/A | N/A | $ 595.00 | 0.6 | $ 357.00 |
| | | | Lynn A. Toops | Associate (2015); Partner (2015-2017) | 2006 | $545/$595 | $595 | $595 | $ 595.00 | 730.9 | $ 434,885.50 |
| | | | Laura C. Jeffs | Of Counsel | 1990 | N/A | $325 | N/A | $ 325.00 | 216.2 | $ 70,265.00 |
| | | | Richard E. Shevitz | Partner | 1985 | $775 | $775 | $775 | $ 775.00 | 85.8 | $ 66,495.00 |
| | | | Scott D. Gilchrist | Partner | 1992 | $675 | N/A | N/A | $ 675.00 | 0.3 | $ 202.50 |
| | | | Vess A. Miller | Partner | 2006 | $595 | $595 | $595 | $ 595.00 | 276.5 | $ 164,517.50 |
| | | | Cindy Meadows | Paralegal | Paralegal | $200 | $200 | N/A | $ 200.00 | 107.1 | $ 21,420.00 |
| | | | Aaron J. Williamson | Law Clerk | Law Clerk | 200 | N/A | N/A | $ 200.00 | 9.8 | $ 1,960.00 |
| | | | Elizabeth Hyde | Law Clerk | Law Clerk | N/A | N/A | 95 | $ 95.00 | 4.0 | $ 380.00 |
| | | | Eric Coleman | Law Clerk | Law Clerk | N/A | 110 | N/A | $ 110.00 | 2.5 | $ 275.00 |
| | | | Jennifer Redmond | Law Clerk | Law Clerk | $200 | N/A | N/A | $ 200.00 | 47.4 | $ 9,480.00 |
| | | | Jonathon Welling | Law Clerk | Law Clerk | $200 | N/A | N/A | $ 200.00 | 1.7 | $ 340.00 |
| Cohen Milstein Sellers & Toll PLLC | 16,414.2 | $ 7,753,346.00 | Beirne, Brian | Contract Attorney | 2015 | N/A | $245 | N/A | $ 245.00 | 803.9 | $ 196,955.50 |
| | | | Clarke, Michael | Contract Attorney | 2010 | N/A | $285 | N/A | $ 285.00 | 121.5 | $ 34,627.50 |
| | | | Coker, Ross F. | Contract Attorney | 2001 | N/A | $245 | N/A | $ 245.00 | 477.0 | $ 116,865.00 |
| | | | Craig, Shunita | Contract Attorney | 2012 | N/A | $275 | N/A | $ 275.00 | 795.0 | $ 218,625.00 |
| | | | Feldstein, David A. | Contract Attorney | 2011 | N/A | $280 | N/A | $ 280.00 | 442.5 | $ 123,900.00 |
| | | | Frias, Erik N. | Contract Attorney | 2003 | N/A | $385 | N/A | $ 385.00 | 494.2 | $ 190,267.00 |
| | | | Friedman, Andrew, N. | Partner | 1983 | $815 | $845 | $870 | $ 870.00 | 2,259.5 | $ 1,965,765.00 |
| | | | Graber, Geoffrey | Partner | 2000 | $655 | $685 | $720 | $ 720.00 | 1,681.9 | $ 1,210,968.00 |
| | | | Handmaker, Sally | Associate | 2011 | $445 | $450 | $490 | $ 490.00 | 1,874.5 | $ 918,505.00 |

# Detailed Lodestar Information by Firm and Biller

(updated to include historic rates)

| Firm | Total Firm Hours | Total Firm Fees | Biller | Position | Grad Year | Rate (2015) | Rate (2016) | Rate (2017) | Rate used for lodestar cross-check[1] | Hours Billed | Total Attorney Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cohen Milstein Sellers & Toll PLLC | | | Handorf, Karen, L. | Partner | 1975 | $795 | $855 | N/A | $855.00 | 65.2 | $55,746.00 |
| | | | Hart, Kendra | Contract Attorney | 2012 | N/A | $390 | N/A | $390.00 | 267.3 | $104,247.00 |
| | | | Hora, Derek | Contract Attorney | 2012 | N/A | $245 | N/A | $245.00 | 820.2 | $200,949.00 |
| | | | Kafka, Eric | Associate | 2014 | $355 | $385 | $425 | $425.00 | 1,884.7 | $800,997.50 |
| | | | Lanou, John H. | Contract Attorney | 2000 | N/A | $400 | N/A | $400.00 | 354.6 | $141,840.00 |
| | | | Malloy, Molly M. | Contract Attorney | 2011 | N/A | $275 | N/A | $275.00 | 40.0 | $11,000.00 |
| | | | McNamara, Douglas, J. | Of Counsel | 1995 | $640 | $670 | $700 | $700.00 | 52.8 | $36,960.00 |
| | | | Napier, Deborah L. | Contract Attorney | 1990 | N/A | $495 | N/A | $495.00 | 23.8 | $11,781.00 |
| | | | Riera-Seivane, Jaime A. | Contract Attorney | 1993 | N/A | $450 | N/A | $450.00 | 432.4 | $194,580.00 |
| | | | Smith, Pamela L. | Contract Attorney | 1984 | N/A | $495 | N/A | $495.00 | 462.2 | $228,789.00 |
| | | | Solen, Donna F. | Contract Attorney | 1997 | N/A | $420 | N/A | $420.00 | 152.8 | $64,176.00 |
| | | | Toll, Steven, J. | Partner | 1975 | N/A | $945 | $970 | $970.00 | 135.7 | $131,629.00 |
| | | | Tsighe, Ariam M. | Contract Attorney | 2012 | N/A | $245 | N/A | $245.00 | 41.5 | $10,167.50 |
| | | | Shea, Kelly Ann | Contract Paralegal | Contract Paralegal | $260 | N/A | N/A | $260.00 | 55.3 | $14,378.00 |
| | | | Bournazian, Thea | Investigator | Investigator | $425 | $440 | N/A | $440.00 | 154.2 | $67,848.00 |
| | | | Bushan, Anjali | Legal Clerk | Legal Clerk | N/A | $270 | N/A | $270.00 | 53.0 | $14,310.00 |
| | | | Lewis, Adam | Legal Clerk | Legal Clerk | N/A | $270 | N/A | $270.00 | 48.2 | $13,014.00 |
| | | | Meth, Madeline H. | Legal Clerk | Legal Clerk | N/A | $270 | N/A | $270.00 | 16.5 | $4,455.00 |
| | | | Conway, Charles | Paralegal | Paralegal | $260 | $270 | N/A | $270.00 | 306.3 | $82,701.00 |
| | | | Hamdan, Shireen | Paralegal | Paralegal | N/A | $270 | $280 | $280.00 | 1,457.7 | $408,156.00 |
| | | | Wozniak, Mariah | Paralegal | Paralegal | N/A | $270 | $280 | $280.00 | 639.8 | $179,144.00 |
| Consumer Law Practice of Dan LeBel | 16.6 | $8,531.00 | Daniel T. LeBel | Partner | 2006 | $545 | N/A | $605 | $605.00 | 10.3 | $6,231.50 |
| | | | Zachary R. Scribner | Associate | 2015 | $330 | N/A | N/A | $365.00 | 6.3 | $2,299.50 |
| Cotchett, Pitre & McCarthy LLP | 32.1 | $12,840.00 | Divya Rao | Associate | 2013 | N/A | $375 | N/A | $400.00 | 32.1 | $12,840.00 |
| Desai Law | 8.1 | $4,175.00 | Aashish Desai | Partner | 1996 | $750 | N/A | N/A | $750.00 | 4.3 | $3,225.00 |
| | | | Sonia Nava | Paralegal | Paralegal | $250 | N/A | N/A | $250.00 | 3.8 | $950.00 |
| Emerson Scott LLP | 113.5 | $74,099.50 | John G. Emerson | Partner | 1980 | $795 | $795 | N/A | $795.00 | 18.6 | $14,787.00 |
| | | | David G. Scott | Partner | 2006 | N/A | $625 | N/A | $625.00 | 94.9 | $59,312.50 |
| Fagan, Emert, & Davis, LLC | 19.9 | $7,960.00 | Paul T. Davis | Partner | 1997 | $400 | $400 | $400 | $400.00 | 18.6 | $7,440.00 |
| | | | Brennan P. Fagan | Partner | 2001 | $400 | N/A | N/A | $400.00 | 1.3 | $520.00 |
| Farmer, Jaffe, Weissing LLP | 31.6 | $16,410.00 | Steven R. Jaffe | Partner | 1983 | N/A | $650 | N/A | $650.00 | 19.8 | $12,870.00 |
| | | | Brittany Henderson | Associate | 2015 | $300 | N/A | N/A | $300.00 | 11.8 | $3,540.00 |
| Federman & Sherwood | 316.1 | $180,795.00 | William B. Federman | Partner | 1982 | $850 | $850 | $850 | $850.00 | 97.8 | $83,130.00 |
| | | | Carin L. Marcussen | Associate | 2003 | $510 | $510 | $510 | $510.00 | 167.0 | $85,170.00 |
| | | | Kyle Eckman | Associate | 2012 | $350 | N/A | N/A | $350.00 | 0.3 | $105.00 |
| | | | Gregg Lytle | Associate | 2008 | $450 | N/A | N/A | $450.00 | 0.5 | $225.00 |
| | | | Allicia Bolton | Paralegal | Paralegal | $250 | N/A | N/A | $250.00 | 1.0 | $250.00 |
| | | | Traylor Frandelind | Paralegal | Paralegal | $135 | N/A | N/A | $135.00 | 4.0 | $540.00 |
| | | | Robin Hester | Paralegal | Paralegal | $250 | $250 | N/A | $250.00 | 45.5 | $11,375.00 |
| Finkelstein Thompson LLP | 19.4 | $13,530.00 | Mila Bartos | Partner | 1993 | N/A | N/A | $850 | $850.00 | 4.3 | $3,655.00 |
| | | | Douglas Thompson | Partner | 1969 | N/A | N/A | $850 | $850.00 | 1.2 | $1,020.00 |
| | | | Rosemary Rivas | Partner | 2000 | $600 | N/A | N/A | $600.00 | 0.9 | $540.00 |
| | | | Alyssa Dang | Associate | 2013 | $300 | N/A | N/A | $300.00 | 1.7 | $510.00 |
| | | | Roseanne Mah | Of Counsel | 2005 | N/A | N/A | $475 | $475.00 | 4.8 | $2,280.00 |
| | | | Gordon Fauth | Of Counsel | 1997 | N/A | N/A | $850 | $850.00 | 6.5 | $5,525.00 |

# Detailed Lodestar Information by Firm and Biller

(updated to include historic rates)

| Firm | Total Firm Hours | Total Firm Fees | Biller | Position | Grad Year | Rate (2015) | Rate (2016) | Rate (2017) | Rate used for lodestar cross-check[1] | Hours Billed | Total Attorney Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fitapelli & Schaffer LLP | 17.9 | $ 4,800.00 | Joseph A. Fitapelli | Partner | 2001 | $500 | N/A | N/A | $ 500.00 | 1.3 | $ 650.00 |
|  |  |  | Nicholas P. Melito | Associate | 2013 | N/A | $250 | $300 | $ 250.00 | 16.6 | $ 4,150.00 |
| Forbes Law Group | 310.5 | $ 116,405.00 | Frankie Forbes | Partner | 2001 | $500 | $500 | $500 | $ 500.00 | 38.2 | $ 19,100.00 |
|  |  |  | Keynen "KJ" Wall | Associate (2015-2016); Partner (2017) | 2001 | N/A | $450 | $500 | $ 450 / $ 500 | 3.5 | $ 1,605.00 |
|  |  |  | Mike Fleming | Of Counsel | 2001 | $450 | $450 | N/A | $ 450.00 | 13.9 | $ 6,255.00 |
|  |  |  | Mark Van Blaricum | Of Counsel | 2002 | $450 | N/A | N/A | $ 450.00 | 2.3 | $ 1,035.00 |
|  |  |  | Quentin Templeton | Associate | 2014 | $350 | $350 | $350 | $ 350.00 | 252.3 | $ 88,305.00 |
|  |  |  | Melissa Ebling | Legal Clerk | Legal Clerk | N/A | N/A | $350 | $ 350.00 | 0.3 | $ 105.00 |
| Gibbs Law Group | 10,987.8 | $ 4,990,193.50 | David Berger | Partner | 2008 | $395 | $515 | $575 | $ 575.00 | 2,805.4 | $ 1,613,105.00 |
|  |  |  | Joshua Bloomfield | Associate | 2000 | N/A | $350 | $395 | $ 395.00 | 945.4 | $ 373,433.00 |
|  |  |  | Aaron Blumenthal | Associate | 2015 | N/A | $320 | $350/$365 | $ 350 / $ 365 | 1,967.3 | $ 717,875.50 |
|  |  |  | Caroline Corbitt | Associate | 2015 | $320 | $350 | $365 | $ 365.00 | 292.9 | $ 106,908.50 |
|  |  |  | AJ De Bartolomeo | Partner | 1988 | N/A | $720 | $740 | $ 740.00 | 175.5 | $ 129,870.00 |
|  |  |  | Eric Gibbs | Partner | 1995 | $710 | $785 | $805 | $ 805.00 | 428.1 | $ 344,620.50 |
|  |  |  | Scott Grzenczyk | Associate | 2011 | $470 | N/A | N/A | $ 525.00 | 12.6 | $ 6,615.00 |
|  |  |  | Shane Howarter | Associate | 2016 | N/A | $320 | $340 | $ 340.00 | 10.7 | $ 3,638.00 |
|  |  |  | Dylan Hughes | Partner | 2000 | $615 | $665 | $685 | $ 685.00 | 14.3 | $ 9,795.50 |
|  |  |  | Amanda Karl | Associate | 2014 | N/A | $395 | $415 | $ 415.00 | 89.3 | $ 37,059.50 |
|  |  |  | J. Mani Goehring (née Khamvongsa) | Associate | 2008 | N/A | $375 | N/A | $ 375.00 | 213.4 | $ 80,025.00 |
|  |  |  | Linda Lam | Associate | 2014 | N/A | $395 | N/A | $ 415.00 | 40.7 | $ 16,890.50 |
|  |  |  | Steve Lopez | Associate | 2014 | $350 | $395 | N/A | $ 415.00 | 31.4 | $ 13,031.00 |
|  |  |  | Michael Marchese | Associate | 2015 | N/A | $350 | N/A | $ 350.00 | 859.9 | $ 300,965.00 |
|  |  |  | Marcus McElhenney | Contract Attorney | 2014 | N/A | $350 | N/A | $ 350.00 | 1,656.7 | $ 579,845.00 |
|  |  |  | Geoffrey Munroe | Partner | 2003 | $595 | $650 | $660 | $ 660.00 | 490.6 | $ 323,796.00 |
|  |  |  | Andre Mura | Partner | 2004 | N/A | N/A | $635 | $ 635.00 | 46.5 | $ 29,527.50 |
|  |  |  | Patrick Nagler | Associate | 2011 | N/A | $360 | N/A | $ 375.00 | 87.0 | $ 32,625.00 |
|  |  |  | Dave Stein | Partner | 2007 | $520 | $575 | $605 | $ 605.00 | 39.0 | $ 23,595.00 |
|  |  |  | Clay Stockton | Associate | 2012 | N/A | $400 | N/A | $ 400.00 | 197.3 | $ 78,920.00 |
|  |  |  | Linh Vuong | Associate | 2012 | $365 | $450 | $450 | $ 450.00 | 190.2 | $ 85,590.00 |
|  |  |  | Amy Zeman | Partner | 2010 | N/A | N/A | $550 | $ 550.00 | 11.2 | $ 6,160.00 |
|  |  |  | Kristen Boffi | Paralegal | Paralegal | $220 | N/A | $220 | $ 220.00 | 10.7 | $ 2,354.00 |
|  |  |  | Jason Gibbs | Paralegal | Paralegal | $190 | N/A | N/A | $ 190.00 | 39.1 | $ 7,429.00 |
|  |  |  | Walter Murcia | Paralegal | Paralegal | N/A | $200 | $200 | $ 200.00 | 207.0 | $ 41,400.00 |
|  |  |  | Monsura Sirajee | Paralegal | Paralegal | N/A | $200 | N/A | $ 200.00 | 125.6 | $ 25,120.00 |
| Goldman, Scarlato, Penny LLP | 2,006.9 | $ 1,281,267.50 | Mark Goldman | Partner | 1986 | $695 | $710 | $725 | $ 725.00 | 1,264.6 | $ 916,835.00 |
|  |  |  | Douglas Bench | Associate | 2006 | $420 | $450 | N/A | $ 475.00 | 150.3 | $ 71,392.50 |
|  |  |  | Laura Mummert | Of Counsel | 2000 | N/A | $575 | $595 | $ 495.00 | 592.0 | $ 293,040.00 |
| Harwood Feffer LLP | 24.0 | $ 18,600.00 | Sam Rosen | Partner | 1968 | $775 | N/A | N/A | $ 775.00 | 24.0 | $ 18,600.00 |
| Heins, Mills, & Olson PLC | 665.0 | $ 254,815.00 | Vincent J. Esades | Partner | 1994 | $650 | N/A | N/A | $ 700.00 | 8.9 | $ 6,230.00 |
|  |  |  | David Woodward | Partner | 1975 | $700 | $700 | N/A | $ 700.00 | 8.3 | $ 5,810.00 |
|  |  |  | Maureen E. Sandey | Associate | 2011 | N/A | $375 | N/A | $ 375.00 | 646.8 | $ 242,550.00 |
|  |  |  | Irene M. Kovarik | Paralegal | Paralegal | $225 | N/A | N/A | $ 225.00 | 1.0 | $ 225.00 |

# Detailed Lodestar Information by Firm and Biller

(updated to include historic rates)

| Firm | Total Firm Hours | Total Firm Fees | Biller | Position | Grad Year | Rate (2015) | Rate (2016) | Rate (2017) | Rate used for lodestar cross-check[1] | Hours Billed | Total Attorney Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Janet, Jenner & Suggs, LLC | 20.3 | $ 6,885.00 | Lisa Lee | Associate | 2012 | N/A | $350 | N/A | $ 350.00 | 19.2 | $ 6,720.00 |
| | | | Ahleah Knapp | Paralegal | Paralegal | $150 | N/A | N/A | $ 150.00 | 0.4 | $ 60.00 |
| | | | Cameron Swanson | Paralegal | Paralegal | N/A | $150 | N/A | $ 150.00 | 0.2 | $ 30.00 |
| | | | Olivia Colonero | Paralegal | Paralegal | N/A | $150 | N/A | $ 150.00 | 0.5 | $ 75.00 |
| Kantrowitz, Goldhamer, Graifman, PC | 182.6 | $ 94,092.50 | Gary Graifman | Partner | 1981 | $825 | $825 | N/A | $ 825.00 | 10.0 | $ 8,250.00 |
| | | | Sarah Haque | Associate | 2014 | N/A | $500 | N/A | $ 500.00 | 171.1 | $ 85,550.00 |
| | | | Margaret Hernandez | Paralegal | Paralegal | $195 | N/A | N/A | $ 195.00 | 1.5 | $ 292.50 |
| Kaplan Fox & Kilsheimer LLP | 367.7 | $ 184,459.50 | Laurence D. King | Partner | 1988 | N/A | $795 | N/A | $ 500.00 | 0.4 | $ 200.00 |
| | | | Linda M. Fong | Of Counsel | 1985 | $625 | N/A | N/A | $ 625.00 | 3.7 | $ 2,312.50 |
| | | | Matthew George | Of Counsel | 2005 | $620 | N/A | N/A | $ 620.00 | 1.5 | $ 930.00 |
| | | | Mario M. Choi | Associate | 2005 | N/A | $525 | N/A | $ 500.00 | 359.9 | $ 179,950.00 |
| | | | Lauren Dubick | Associate | 2007 | $485 | N/A | N/A | $ 485.00 | 2.2 | $ 1,067.00 |
| Karon LLC | 10.3 | $ 6,508.50 | Daniel Karon | Partner | 1991 | $695 | N/A | $695 | $ 695.00 | 7.8 | $ 5,421.00 |
| | | | Beau Hollowell | Associate | 2006 | $435 | N/A | N/A | $ 435.00 | 2.5 | $ 1,087.50 |
| Keller Rohrback Law Offices, LLP | 3,607.0 | $ 1,521,311.00 | Cari Laufenberg | Partner | 2003 | $675 | $685 | $750 | $ 750.00 | 254.2 | $ 190,650.00 |
| | | | Amy Hanson | Associate | 1998 | $525 | $525 | N/A | $ 525.00 | 72.4 | $ 38,010.00 |
| | | | Chris Springer | Associate | 2008 | $395 | $395 | N/A | $ 400.00 | 23.0 | $ 9,200.00 |
| | | | Jeff Lewis | Partner | 1975 | $895 | $895 | $895 | $ 895.00 | 12.3 | $ 11,008.50 |
| | | | Jason Chukas | Associate | 1995 | N/A | $395 | $400 | $ 400.00 | 1,605.3 | $ 642,120.00 |
| | | | Tyrone Smith | Associate | 2006 | N/A | $395 | $400 | $ 400.00 | 1,466.2 | $ 586,480.00 |
| | | | Carly Eyler | Paralegal | Paralegal | N/A | $230 | N/A | $ 230.00 | 1.7 | $ 391.00 |
| | | | Cate Brewer | Paralegal | Paralegal | $215 | $225 | N/A | $ 225.00 | 3.9 | $ 877.50 |
| | | | Colleen Mold | Paralegal | Paralegal | N/A | $225 | N/A | $ 225.00 | 5.0 | $ 1,125.00 |
| | | | Jennifer Dallape | Paralegal | Paralegal | $215 | N/A | N/A | $ 215.00 | 3.5 | $ 752.50 |
| | | | Sandra Douglas | Paralegal | Paralegal | N/A | $225 | N/A | $ 225.00 | 22.1 | $ 4,972.50 |
| | | | Tana Daugherty | Paralegal | Paralegal | N/A | $255 | $260 | $ 260.00 | 137.4 | $ 35,724.00 |
| Law Office of Paul C. Whalen, P.C. | 133.1 | $ 106,480.00 | Paul C. Whalen | Partner | 1996 | N/A | N/A | $800 | $ 800.00 | 133.1 | $ 106,480.00 |
| Law Office of Angela Edwards | 191.0 | $ 100,275.00 | Angela Edwards | Partner | 1993 | $525 | $525 | $525 | $ 525.00 | 191.0 | $ 100,275.00 |
| Levi & Korsinsky LLP | 176.1 | $ 97,039.50 | Nancy A. Kulesa | Partner | 2001 | $750 | $750/$765 | $765 | $ 765.00 | 33.1 | $ 25,321.50 |
| | | | Shannon L. Hopkins | Partner | 2003 | $795 | N/A | N/A | $ 850.00 | 1.0 | $ 850.00 |
| | | | Courtney Maccarone | Associate | 2011 | $400 | $475 | $475/$500/$575 | $ 525.00 | 119.3 | $ 62,632.50 |
| | | | Stephanie Bartone | Associate | 2012 | $415 | $475 | N/A | $ 450.00 | 12.0 | $ 5,400.00 |
| | | | Joanna Chlebus | Paralegal | Paralegal | $265 | N/A | N/A | $ 265.00 | 0.4 | $ 106.00 |
| | | | Judith Bennett | Paralegal | Paralegal | N/A | $265 | N/A | $ 265.00 | 2.4 | $ 636.00 |
| | | | Samantha Halliday | Paralegal | Paralegal | $265 | $265 | N/A | $ 265.00 | 7.9 | $ 2,093.50 |
| Lieff Cabraser (LCHB) | 10,616.5 | $ 5,111,586.50 | Ashur, Tanya | Contract Attorney (2015); Staff Attorney (2016-2017) | 2000 | $515 | N/A | N/A | $ 415.00 | 48.0 | $ 19,920.00 |
| | | | Ballan, Evan | Law Clerk | 2017 | N/A | $345 | N/A | $ 345.00 | 18.6 | $ 6,417.00 |
| | | | Bennett, Corey | Contract Attorney (2015); Staff Attorney (2016-2017) | 2009 | $415 | N/A | N/A | $ 415.00 | 19.0 | $ 7,885.00 |
| | | | Diamand, Nicholas | Partner | 2002 | $600 | $625 | $650 | $ 650.00 | 14.2 | $ 9,230.00 |
| | | | Dunlavey, Wilson | Associate | 2015 | $325 | $345 | $370 | $ 370.00 | 297.5 | $ 110,075.00 |
| | | | Gardner, Melissa | Associate | 2011 | N/A | $435 | $455 | $ 455.00 | 918.6 | $ 417,963.00 |
| | | | Gilyard, James | Contract Attorney | 2002 | N/A | $415 | N/A | $ 415.00 | 1,015.0 | $ 421,225.00 |
| | | | Guo, Eva | Contract Attorney | 1994 | N/A | $415 | $415 | $ 415.00 | 1,530.5 | $ 635,157.50 |

# Detailed Lodestar Information by Firm and Biller

(updated to include historic rates)

| Firm | Total Firm Hours | Total Firm Fees | Biller | Position | Grad Year | Rate (2015) | Rate (2016) | Rate (2017) | Rate used for lodestar cross-check[1] | Hours Billed | Total Attorney Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lieff Cabraser (LCHB) | | | Heller, Roger | Partner | 2001 | $625 | $650 | $675 | $ 675.00 | 25.5 | $ 17,212.50 |
| | | | Leggett, James | Contract Attorney (2015); Staff Attorney (2016-2017) | 2012 | $375 | N/A | N/A | $ 415.00 | 32.0 | $ 13,280.00 |
| | | | Lichtman, Jason | Partner | 2006 | N/A | $540 | $565 | $ 565.00 | 624.3 | $ 352,729.50 |
| | | | Meltser, Jessica | Paralegal | 2016 | N/A | $345 | $345 | $ 345.00 | 19.9 | $ 6,865.50 |
| | | | Nguyen, Phi Anh | Staff Attorney | 2008 | N/A | $415 | $415 | $ 415.00 | 2,317.0 | $ 961,555.00 |
| | | | Rudolph, David | Partner | 2004 | N/A | N/A | $625 | $ 625.00 | 580.4 | $ 362,750.00 |
| | | | Sobol, Michael | Partner | 1989 | $850 | $875 | $900 | $ 900.00 | 648.7 | $ 583,830.00 |
| | | | Solen, Donna | Contract Attorney | 1997 | N/A | $415 | N/A | $ 415.00 | 486.5 | $ 201,897.50 |
| | | | Sugnet, Nicole Diane | Partner | 2006 | $460 | $485 | $510 | $ 510.00 | 1,708.8 | $ 871,488.00 |
| | | | Innes-Gawn, Siobhan | Paralegal | Paralegal | N/A | $345 | N/A | $ 360.00 | 16.6 | $ 5,976.00 |
| | | | Keenley, Elizabeth | Paralegal | Paralegal | N/A | $330 | N/A | $ 350.00 | 21.4 | $ 7,490.00 |
| | | | Carnam, Todd | Paralegal | Paralegal | N/A | $345 | $360 | $ 360.00 | 29.5 | $ 10,620.00 |
| | | | Rudnick, Jennifer | Paralegal | Paralegal | $325 | $345 | $360 | $ 360.00 | 185.3 | $ 66,708.00 |
| | | | Swenson, Yun | Paralegal | Paralegal | N/A | $345 | $360 | $ 360.00 | 59.2 | $ 21,312.00 |
| Litigation Law Group | 8.6 | $ 5,195.00 | Gordon M. Fauth, Jr. | Principal | 1997 | $700 | N/A | N/A | $ 775.00 | 3.7 | $ 2,867.50 |
| | | | Rosanne L. Mah | Associate | 2005 | $400 | N/A | N/A | $ 475.00 | 4.9 | $ 2,327.50 |
| Lockridge, Grindal, Nauen, PLLP | 410.4 | $ 138,920.00 | Karen H. Riebel | Partner | 1991 | $740 | $780 | $780 | $ 780.00 | 12.0 | $ 9,360.00 |
| | | | Kate M. Baxter-Kauf | Associate | 2011 | $450 | $475 | $475 | $ 475.00 | 4.2 | $ 1,995.00 |
| | | | Rachel A. Kitze Collins | Associate | 2014 | N/A | $450 | N/A | $ 450.00 | 1.3 | $ 585.00 |
| | | | Stacy Kabele | Contract Attorney | 1996 | N/A | $325 | $325 | $ 325.00 | 387.2 | $ 125,840.00 |
| | | | Carey R. Johnson | Paralegal | Paralegal | $200 | $200 | $200 | $ 200.00 | 5.7 | $ 1,140.00 |
| Milberg LLP | 719.0 | $ 302,157.50 | Ariana Tadler | Partner | 1992 | $825 | $825 | $825 | $ 825.00 | 14.9 | $ 12,292.50 |
| | | | Henry Kelston | Partner | 1978 | N/A | $675 | $675 | $ 675.00 | 108.5 | $ 73,237.50 |
| | | | Andrei Rado | Partner | 1999 | $625 | $625 | N/A | $ 625.00 | 14.4 | $ 9,000.00 |
| | | | John Hughes | Associate | 2012 | N/A | $375 | N/A | $ 375.00 | 312.3 | $ 117,112.50 |
| | | | John Seredynski | Associate | 2010 | $350 | $350 | N/A | $ 350.00 | 60.1 | $ 21,035.00 |
| | | | Carey Alexander | Associate | 2012 | $350 | N/A | N/A | $ 350.00 | 63.8 | $ 22,330.00 |
| | | | Adam Bobkin | Associate | 2010 | $375 | N/A | N/A | $ 375.00 | 0.5 | $ 187.50 |
| | | | Cindy Bomzer | Paralegal | Paralegal | N/A | $325 | N/A | $ 325.00 | 6.0 | $ 1,950.00 |
| | | | Jason A. Joseph | Paralegal | Paralegal | N/A | $325 | N/A | $ 325.00 | 61.0 | $ 19,825.00 |
| | | | Chris Thompson | Investor Analysis | Investor Analysis | $325 | N/A | N/A | $ 325.00 | 77.5 | $ 25,187.50 |
| Morgan & Morgan | 692.0 | $ 353,080.00 | Marisa Glassman | Partner | 2009 | N/A | $500 | $500 | $ 500.00 | 284.3 | $ 142,150.00 |
| | | | Angela Mirabole | Associate | 2003 | N/A | $500 | N/A | $ 500.00 | 330.1 | $ 165,050.00 |
| | | | John Yanchunis | Partner | 1980 | $950 | $950 | N/A | $ 950.00 | 42.8 | $ 40,660.00 |
| | | | Candice Clendenning | Paralegal | Paralegal | $150 | N/A | N/A | $ 150.00 | 5.1 | $ 765.00 |
| | | | Emily Lockwood | Paralegal | Paralegal | N/A | $150 | N/A | $ 150.00 | 29.7 | $ 4,455.00 |
| Murray Law Office | 576.7 | $ 203,745.00 | Arthur M. Murray | Partner | 2001 | $600 | $600 | N/A | $ 600.00 | 3.0 | $ 1,800.00 |
| | | | Stephen B. Murray, Jr. | Partner | 1995 | N/A | $600 | N/A | $ 600.00 | 4.6 | $ 2,760.00 |
| | | | C. Joseph Murray | Associate | 1980 | N/A | $350 | N/A | $ 350.00 | 545.6 | $ 190,960.00 |
| | | | Caroline W. Thomas | Associate | 2014 | N/A | $350 | N/A | $ 350.00 | 0.4 | $ 140.00 |
| | | | D. Alex Onstott | Associate | 2015 | N/A | $350 | $350 | $ 350.00 | 23.1 | $ 8,085.00 |
| Pomerantz LLP | 1,109.7 | $ 528,869.00 | Jayne Goldstein | Partner | 1986 | $805 | N/A | N/A | $ 820.00 | 1.0 | $ 820.00 |
| | | | Jessica Dell | Associate | 2005 | N/A | $560 | N/A | $ 500.00 | 869.6 | $ 434,800.00 |
| | | | Perry Gattegno | Associate | 2013 | N/A | $390 | N/A | $ 390.00 | 239.1 | $ 93,249.00 |

# Detailed Lodestar Information by Firm and Biller

(updated to include historic rates)

| Firm | Total Firm Hours | Total Firm Fees | Biller | Position | Grad Year | Rate (2015) | Rate (2016) | Rate (2017) | Rate used for lodestar cross-check[1] | Hours Billed | Total Attorney Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Robinson Calcagnie Robinson Shapiro Davis, Inc. | 370.5 | $ 203,270.00 | Daniel Robinson | Partner | 2003 | $700 | $700 | $750 | $ 700.00 | 37.8 | $ 26,460.00 |
| | | | Wesley Polishuk | Associate | 2007 | $550 | $550 | $550 | $ 550.00 | 313.7 | $ 172,535.00 |
| | | | Jennifer Rogers | Paralegal | Paralegal | $250 | $250 | $250 | $ 225.00 | 19.0 | $ 4,275.00 |
| Schubert Jonckheer & Kolbe LLP | 3,808.3 | $ 1,423,234.00 | Noah Schubert | Associate (2015); Partner (2017) | 2011 | $460 | N/A | $600 | $ 600.00 | 4.5 | $ 2,700.00 |
| | | | Greg Stuart | Contract Attorney | 2005 | N/A | $390 | $390 | $ 390.00 | 2,230.1 | $ 869,739.00 |
| | | | Elizabeth Newman | Contract Attorney | 2007 | N/A | $350 | $350 | $ 350.00 | 1,572.7 | $ 550,445.00 |
| | | | Andy Katz | Of Counsel | 2009 | $350 | N/A | N/A | $ 350.00 | 1.0 | $ 350.00 |
| Scott + Scott, Attorneys at Law LLP | 547.9 | $ 219,970.00 | Joseph Guglielmo | Partner | 1996 | $710 | N/A | N/A | $ 875.00 | 0.6 | $ 525.00 |
| | | | Erin Comite | Partner | 2002 | $660 | N/A | N/A | $ 725.00 | 0.3 | $ 217.50 |
| | | | Hal Cunningham | Associate | 2006 | N/A | $550 | N/A | $ 625.00 | 1.9 | $ 1,187.50 |
| | | | Katie Shank | Contract Attorney | 2015 | N/A | $400 | N/A | $ 400.00 | 545.1 | $ 218,040.00 |
| Skepnek Law Firm | 107.4 | $ 60,015.00 | William J. Skepnek | Partner | 1978 | $600 | $600 | $600 | $ 600.00 | 89.7 | $ 53,820.00 |
| | | | Stephan Lindell Skepnek | Associate | 2015 | $350 | $350 | N/A | $ 350.00 | 17.7 | $ 6,195.00 |
| Strimatter Kessler Whelan Koehler Moore Kahler (Strimatter Kessler) | 175.8 | $ 77,250.00 | Catherine J. Fleming | Of Counsel | 2007 | N/A | $500 | $500 | $ 500.00 | 140.3 | $ 70,150.00 |
| | | | Jill Sullivan | Paralegal | Paralegal | N/A | $200 | N/A | $ 200.00 | 23.7 | $ 4,740.00 |
| | | | Jeanne Laird | Paralegal | Paralegal | N/A | $200 | $200 | $ 200.00 | 11.8 | $ 2,360.00 |
| Stueve, Siegel, Hanson LLP | 2,244.1 | $ 953,503.00 | Jennifer Carter | Associate | 2004 | $400 | N/A | N/A | $ 475.00 | 10.4 | $ 4,940.00 |
| | | | Crystal Cook | Associate | 2013 | $350 | N/A | N/A | $ 425.00 | 4.7 | $ 1,997.50 |
| | | | Sean Cooper | Associate | 2013 | $375 | N/A | N/A | $ 425.00 | 13.2 | $ 5,610.00 |
| | | | Tanner Edwards | Associate | 2015 | N/A | $315 | $375 | $ 375.00 | 452.3 | $ 169,612.50 |
| | | | Jason Hartley | Partner | 1997 | $725 | N/A | N/A | $ 825.00 | 0.5 | $ 412.50 |
| | | | Lauren Luhrs | Associate | 2013 | $350 | N/A | N/A | $ 425.00 | 11.1 | $ 4,717.50 |
| | | | Abby McClellan | Associate | 2013 | N/A | $375 | N/A | $ 425.00 | 139.6 | $ 59,330.00 |
| | | | J. Austin Moore | Associate | 2011 | $400 | $415 | $475 | $ 475.00 | 700.6 | $ 332,785.00 |
| | | | Norman Siegel | Partner | 1993 | $725 | $825 | $865 | $ 865.00 | 139.0 | $ 120,235.00 |
| | | | Barrett Vahle | Partner | 2004 | $550 | $595 | N/A | $ 645.00 | 97.3 | $ 62,758.50 |
| | | | Brad Wilders | Partner | 2007 | $500 | N/A | N/A | $ 625.00 | 1.6 | $ 1,000.00 |
| | | | Michael Wise | Associate | 2014 | $315 | N/A | N/A | $ 350.00 | 8.9 | $ 3,115.00 |
| | | | Lauren Wolf | Associate | 2010 | $350 | N/A | N/A | $ 395.00 | 79.1 | $ 31,244.50 |
| | | | Michelle Campbell | Paralegal | Paralegal | $225 | $245 | $275 | $ 275.00 | 370.6 | $ 101,915.00 |
| | | | Katrina Cervantes | Paralegal | Paralegal | $200 | $225 | N/A | $ 245.00 | 5.9 | $ 1,445.50 |
| | | | Tina Glover | Paralegal | Paralegal | $225 | N/A | N/A | $ 245.00 | 0.2 | $ 49.00 |
| | | | Mary Rose Marquart | Paralegal | Paralegal | $225 | $245 | N/A | $ 275.00 | 21.2 | $ 5,830.00 |
| | | | Cheri Perez | Legal Assistant | Paralegal | $200 | N/A | N/A | $ 225.00 | 6.3 | $ 1,417.50 |
| | | | Erika Reyes | Paralegal | Paralegal | $200 | $225 | $245 | $ 245.00 | 124.2 | $ 30,429.00 |
| | | | Margaret Smith | Paralegal | Paralegal | $200 | N/A | N/A | $ 245.00 | 39.6 | $ 9,702.00 |

## Detailed Lodestar Information by Firm and Biller

(updated to include historic rates)

| Firm | Total Firm Hours | Total Firm Fees | Biller | Position | Grad Year | Rate (2015) | Rate (2016) | Rate (2017) | Rate used for lodestar cross-check[1] | Hours Billed | Total Attorney Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Stueve, Siegel, Hanson LLP | | | Melissa Warner | Legal Assistant | Paralegal | N/A | $195 | N/A | $ 225.00 | 2.0 | $ 450.00 |
| | | | Sheri Williams | Legal Assistant | Paralegal | $150 | N/A | N/A | $ 225.00 | 2.2 | $ 495.00 |
| | | | Peter Rupp | Systems Director | Systems Director | $225 | $295 | N/A | $ 295.00 | 13.6 | $ 4,012.00 |
| Stull, Stull, & Brody | 1,537.9 | $ 1,059,189.00 | Howard Longman | Senior Attorney | 1982 | $925 | $925 | $950 | $ 925 / $ 950 | 92.1 | $ 87,490.00 |
| | | | Patrick Slyne | Senior Attorney | 1988 | $895 | $895 | $925 | $ 925.00 | 497.8 | $ 460,465.00 |
| | | | Melissa Emert | Senior Attorney | 1988 | $775 | N/A | N/A | $ 925.00 | 27.5 | $ 25,437.50 |
| | | | Patrice Bishop | Senior Attorney | 1994 | N/A | $825 | N/A | $ 500 / $ 850 | 133.8 | $ 69,175.00 |
| | | | Michael Klein | Associate | 2004 | N/A | $765 | N/A | $ 825.00 | 1.4 | $ 1,155.00 |
| | | | Jason D'Agnenica | Associate | 1998 | N/A | $705 | $765 | $ 500 / $ 765 | 785.3 | $ 415,466.50 |
| The Giatras Law Firm | 28.3 | $ 7,895.00 | Matthew Stonestreet | Associate | 2010 | $300 | $300 | N/A | $ 300.00 | 14.5 | $ 4,350.00 |
| | | | Troy Giatras | Partner | 1990 | $450 | $450 | $450 | $ 450.00 | 5.6 | $ 2,520.00 |
| | | | Pam Hutton | Paralegal | Paralegal | $125 | $125 | $125 | $ 125.00 | 8.2 | $ 1,025.00 |
| Tousley, Brain, Stephens | 10.7 | $ 6,096.50 | Chase C. Alvord | Partner | 1996 | $710 | N/A | N/A | $ 710.00 | 2.8 | $ 1,988.00 |
| | | | Kim D. Stephens | Partner | 1981 | $785 | N/A | N/A | $ 795.00 | 2.7 | $ 2,146.50 |
| | | | Jacob D. C. Humphreys | Associate | 2009 | $405 | N/A | N/A | $ 450.00 | 3.3 | $ 1,485.00 |
| | | | Jason T. Dennett | Partner | 2000 | $625 | N/A | N/A | $ 710.00 | 0.3 | $ 213.00 |
| | | | MWA | Paralegal | Paralegal | $165 | N/A | N/A | $ 165.00 | 1.6 | $ 264.00 |
| Webb, Klase, & Lemond, LLC | 238.5 | $ 127,192.50 | E. Adam Webb | Partner | 1996 | $550 | $600 | $600 | $ 600.00 | 38.5 | $ 23,100.00 |
| | | | G. Franklin Lemond, Jr. | Partner | 2004 | $475 | $525 | $525 | $ 525.00 | 190.4 | $ 99,960.00 |
| | | | Kristina Ludwig | Associate | 2016 | N/A | $295 | N/A | $ 295.00 | 4.5 | $ 1,327.50 |
| | | | Matthew C. Klase | Partner | 2002 | $495 | $550 | N/A | $ 550.00 | 5.1 | $ 2,805.00 |
| Weitz & Luxenberg, P.C. | 135.4 | $ 61,435.00 | James Bilsborrow | Associate | 2008 | $500 | $500 | $500 | $ 500.00 | 117.5 | $ 58,750.00 |
| | | | Corinne Sullivan | Paralegal | Paralegal | $150 | $150 | N/A | $ 150.00 | 17.9 | $ 2,685.00 |
| Zimmerman Reed, LLP | 542.1 | $ 217,643.50 | Brian C. Gudmundson | Partner | 2004 | $550 | $650 | N/A | $ 695.00 | 10.8 | $ 7,506.00 |
| | | | Wm Dane DeKrey | Associate | 2014 | $375 | $375 | N/A | $ 375.00 | 53.2 | $ 19,950.00 |
| | | | Bryce D. Riddle | Associate | 2014 | N/A | $375 | N/A | $ 375.00 | 7.0 | $ 2,625.00 |
| | | | James P. Watts | Of Counsel | 1981 | N/A | $450 | N/A | $ 450.00 | 308.3 | $ 138,735.00 |
| | | | Adam Almen | Contract Attorney | 2013 | N/A | $300 | N/A | $ 300.00 | 162.3 | $ 48,690.00 |
| | | | Leslie A. Harms | Paralegal | Paralegal | N/A | $275 | N/A | $ 275.00 | 0.5 | $ 137.50 |
| TOTAL | 78,892.5 | $38,015,714.00 | | | | | | | | | |

[1] Plaintiffs previously submitted support for these rates at ECF 916-12 (non-PSC firms) and ECF 916-8, 916-29, 916-30, 916-31 (PSC firms).