# EXHIBIT 43

**Document Partially Redacted for Confidentiality**

| Time Period: Sept. 2015 through June 2017 | Morgan Morgan | | | | Page: 1 of 8 |

*Position Key*
**Partner (PT)**
**Associate (A)**
**Paralegal (PL)**

| Date | Name | Position | Task Code | Description of Task | Billable Hours |
|---|---|---|---|---|---|
| 09/22/2015 | Candice Clendenning | PL | 1 | | 0.50 |
| 09/22/2015 | Candice Clendenning | PL | 1 | | 0.30 |
| 11/11/2015 | Candice Clendenning | PL | 4 | | 2.30 |
| 11/12/2015 | Candice Clendenning | PL | 4 | | 2.00 |
| 12/03/2015 | John Yanchunis | PT | 4 | | 0.90 |
| 04/15/2016 | John Yanchunis | PT | 7 | | 0.90 |
| 07/14/2016 | Marisa Glassman | PT | 5 | | 0.20 |
| 07/15/2016 | Marisa Glassman | PT | 5 | | 0.80 |
| 07/18/2016 | Marisa Glassman | PT | 2 | | 0.20 |
| 07/18/2016 | Marisa Glassman | PT | 4 | | 0.50 |
| 07/20/2016 | Marisa Glassman | PT | 2 | | 0.20 |
| 07/25/2016 | Marisa Glassman | PT | 2 | | 1.70 |
| 07/25/2016 | Marisa Glassman | PT | 5 | | 0.20 |
| 07/26/2016 | Marisa Glassman | PT | 5 | | 0.20 |
| 07/27/2016 | Marisa Glassman | PT | 5 | | 2.20 |
| 07/28/2016 | Marisa Glassman | PT | 2 | | 0.50 |
| 07/28/2016 | Marisa Glassman | PT | 2 | | 1.50 |
| 07/28/2016 | Marisa Glassman | PT | 4 | | 11.00 |
| 07/29/2016 | Marisa Glassman | PT | 2 | | 0.80 |
| 08/01/2016 | Marisa Glassman | PT | 5 | | 1.20 |
| 08/02/2016 | Marisa Glassman | PT | 4 | | 1.70 |
| 08/03/2016 | Marisa Glassman | PT | 2 | | 0.70 |
| 08/03/2016 | Marisa Glassman | PT | 4 | | 2.70 |
| 08/04/2016 | Marisa Glassman | PT | 5 | | 1.50 |
| 08/05/2016 | Marisa Glassman | PT | 2 | | 0.50 |

| Date | Name | Position | Task Code | Description of Task | Billable Hours |
|---|---|---|---|---|---|
| 08/05/2016 | Marisa Glassman | PT | 5 | | 4.70 |
| 08/08/2016 | Marisa Glassman | PT | 5 | | 4.20 |
| 08/09/2016 | John Yanchunis | PT | 5 | | 12.30 |
| 08/09/2016 | Marisa Glassman | PT | 5 | | 10.00 |
| 08/09/2016 | Marisa Glassman | PT | 5 | | 3.50 |
| 08/10/2016 | Marisa Glassman | PT | 5 | | 0.70 |
| 08/10/2016 | Marisa Glassman | PT | 5 | | 0.70 |
| 08/11/2016 | Marisa Glassman | PT | 5 | | 9.00 |
| 08/11/2016 | Marisa Glassman | PT | 5 | | 7.50 |
| 08/12/2016 | Marisa Glassman | PT | 2 | | 0.20 |
| 08/16/2016 | Marisa Glassman | PT | 2 | | 0.70 |
| 08/17/2016 | Marisa Glassman | PT | 2 | | 1.70 |
| 08/18/2016 | Marisa Glassman | PT | 2 | | 2.00 |
| 08/18/2016 | Marisa Glassman | PT | 2 | | 0.20 |
| 08/19/2016 | Marisa Glassman | PT | 2 | | 2.20 |
| 08/23/2016 | Marisa Glassman | PT | 2 | | 1.90 |
| 09/04/2016 | Marisa Glassman | PT | 2 | | 0.70 |
| 09/05/2016 | Marisa Glassman | PT | 2 | | 1.80 |
| 09/06/2016 | Marisa Glassman | PT | 2 | | 0.20 |
| 09/06/2016 | Marisa Glassman | PT | 5 | | 1.50 |
| 9/7/2016 | Angela Mirabole | A | 2 | | 2.5 |
| 09/07/2016 | Marisa Glassman | PT | 2 | | 1.10 |
| 09/07/2016 | Marisa Glassman | PT | 5 | | 0.70 |
| 9/8/2016 | Angela Mirabole | A | 2 | | 4.5 |
| 9/9/2016 | Angela Mirabole | A | 2 | | 2.5 |
| 09/09/2016 | Marisa Glassman | PT | 2 | | 0.40 |
| 09/09/2016 | Marisa Glassman | PT | 5 | | 0.30 |
| 9/12/2016 | Angela Mirabole | A | 2 | | 4 |
| 09/12/2016 | Marisa Glassman | PT | 2 | | 0.50 |
| 9/13/2016 | Angela Mirabole | A | 2 | | 2.5 |
| 09/13/2016 | Marisa Glassman | PT | 5 | | 5.70 |
| 9/14/2016 | Angela Mirabole | A | 2 | | 3.5 |
| 09/14/2016 | Marisa Glassman | PT | 2 | | 0.70 |
| 09/14/2016 | Marisa Glassman | PT | 5 | | 0.70 |

Time Period: Morgan Morgan  Page: 3 of 8
Sept. 2015 through June 2017

| Date | Name | Position | Task Code | Description of Task | Billable Hours |
|---|---|---|---|---|---|
| 09/14/2016 | Marisa Glassman | PT | 5 | | 0.60 |
| 9/15/2016 | Angela Mirabole | A | 2 | | 2.5 |
| 9/15/2016 | Angela Mirabole | A | 2 | | 4 |
| 09/15/2016 | Marisa Glassman | PT | 2 | | 1.60 |
| 09/15/2016 | Marisa Glassman | PT | 5 | | 0.30 |
| 9/16/2016 | Angela Mirabole | A | 2 | | 3.5 |
| 09/16/2016 | Marisa Glassman | PT | 2 | | 0.60 |
| 09/16/2016 | Marisa Glassman | PT | 5 | | 0.70 |
| 9/19/2016 | Angela Mirabole | A | 2 | | 3 |
| 09/19/2016 | Marisa Glassman | PT | 1 | | 1.20 |
| 09/19/2016 | Marisa Glassman | PT | 5 | | 0.60 |
| 09/19/2016 | Marisa Glassman | PT | 5 | | 0.70 |
| 09/19/2016 | Marisa Glassman | PT | 5 | | 4.20 |
| 9/20/2016 | Angela Mirabole | A | 2 | | 3.5 |
| 09/20/2016 | Marisa Glassman | PT | 5 | | 0.80 |
| 9/21/2016 | Angela Mirabole | A | 2 | | 2.5 |
| 9/21/2016 | Angela Mirabole | A | 2 | | 4 |
| 9/22/2016 | Angela Mirabole | A | 2 | | 4.5 |
| 09/22/2016 | Marisa Glassman | PT | 2 | | 2.50 |
| 9/25/2016 | Angela Mirabole | A | 2 | | 5 |
| 9/26/2016 | Angela Mirabole | A | 2 | | 3.5 |
| 9/27/2016 | Angela Mirabole | A | 2 | | 3 |
| 9/28/2016 | Angela Mirabole | A | 2 | | 5.5 |
| 9/29/2016 | Angela Mirabole | A | 2 | | 1.5 |
| 10/05/2016 | Marisa Glassman | PT | 5 | | 0.70 |
| 10/07/2016 | Marisa Glassman | PT | 2 | | 1.80 |
| 10/07/2016 | Marisa Glassman | PT | 5 | | 2.50 |
| 10/10/2016 | Angela Mirabole | A | 2 | | 4 |
| 10/10/2016 | Marisa Glassman | PT | 5 | | 1.20 |
| 10/11/2016 | Angela Mirabole | A | 2 | | 2.5 |
| 10/11/2016 | Marisa Glassman | PT | 5 | | 2.50 |
| 10/12/2016 | Angela Mirabole | A | 2 | | 3 |
| 10/13/2016 | Angela Mirabole | A | 2 | | 1.5 |
| 10/13/2016 | Marisa Glassman | PT | 2 | | 0.20 |

Time Period: Morgan Morgan
Sept. 2015 through June 2017

| Date | Name | Position | Task Code | Description of Task | Billable Hours |
|---|---|---|---|---|---|
| 10/13/2016 | Marisa Glassman | PT | 5 | | 5.70 |
| 10/14/2016 | Angela Mirabole | A | 2 | | 4.5 |
| 10/14/2016 | Marisa Glassman | PT | 5 | | 14.00 |
| 10/15/2016 | Angela Mirabole | A | 2 | | 1 |
| 10/16/2016 | Angela Mirabole | A | 2 | | 4 |
| 10/17/2016 | Angela Mirabole | A | 2 | | 3.5 |
| 10/17/2016 | Marisa Glassman | PT | 5 | | 15.00 |
| 10/18/2016 | Angela Mirabole | A | 2 | | 4.5 |
| 10/18/2016 | Marisa Glassman | PT | 5 | | 0.90 |
| 10/19/2016 | Marisa Glassman | PT | 5 | | 1.70 |
| 10/20/2016 | Angela Mirabole | A | 2 | | 7 |
| 10/21/2016 | Angela Mirabole | A | 2 | | 1.5 |
| 10/21/2016 | Marisa Glassman | PT | 5 | | 1.10 |
| 10/22/2016 | Angela Mirabole | A | 2 | | 1.5 |
| 10/23/2016 | Angela Mirabole | A | 2 | | 5.5 |
| 10/24/2016 | Angela Mirabole | A | 2 | | 6 |
| 10/24/2016 | Marisa Glassman | PT | 5 | | 3.70 |
| 10/25/2016 | Angela Mirabole | A | 2 | | 3 |
| 10/25/2016 | Marisa Glassman | PT | 5 | | 3.00 |
| 10/26/2016 | Angela Mirabole | A | 2 | | 3.5 |
| 10/26/2016 | Marisa Glassman | PT | 5 | | 7.50 |
| 10/27/2016 | Marisa Glassman | PT | 5 | | 0.10 |
| 10/28/2016 | Angela Mirabole | A | 2 | | 1 |
| 10/28/2016 | Marisa Glassman | PT | 5 | | 0.20 |
| 10/29/2016 | Angela Mirabole | A | 2 | | 1 |
| 10/30/2016 | Angela Mirabole | A | 2 | | 2.5 |
| 10/31/2016 | Angela Mirabole | A | 2 | | 6 |
| 10/31/2016 | Marisa Glassman | PT | 5 | | 0.10 |
| 11/1/2016 | Angela Mirabole | A | 2 | | 3.5 |
| 11/01/2016 | Marisa Glassman | PT | 5 | | 6.20 |
| 11/2/2016 | Angela Mirabole | A | 2 | | 1 |
| 11/02/2016 | Marisa Glassman | PT | 5 | | 3.70 |
| 11/3/2016 | Angela Mirabole | A | 2 | | 3.7 |
| 11/03/2016 | Marisa Glassman | PT | 5 | | 0.20 |

Time Period: Sept. 2015 through June 2017

Morgan Morgan

| Date | Name | Position | Task Code | Description of Task | Billable Hours |
|---|---|---|---|---|---|
| 11/04/2016 | Emily Lockwood | PL | 5 | | 0.40 |
| 11/5/2016 | Angela Mirabole | A | 2 | | 1 |
| 11/6/2016 | Angela Mirabole | A | 2 | | 6 |
| 11/06/2016 | Marisa Glassman | PT | 5 | | 1.20 |
| 11/7/2016 | Angela Mirabole | A | 2 | | 1 |
| 11/07/2016 | Marisa Glassman | PT | 5 | | 1.50 |
| 11/8/2016 | Angela Mirabole | A | 2 | | 6.5 |
| 11/9/2016 | Angela Mirabole | A | 2 | | 4 |
| 11/09/2016 | Marisa Glassman | PT | 5 | | 2.20 |
| 11/09/2016 | Marisa Glassman | PT | 5 | | 1.20 |
| 11/10/2016 | Marisa Glassman | PT | 5 | | 9.00 |
| 11/11/2016 | Angela Mirabole | A | 2 | | 2.5 |
| 11/11/2016 | Marisa Glassman | PT | 5 | | 9.50 |
| 11/12/2016 | Angela Mirabole | A | 2 | | 1.5 |
| 11/13/2016 | Angela Mirabole | A | 2 | | 7 |
| 11/13/2016 | Marisa Glassman | PT | 5 | | 7.20 |
| 11/14/2016 | Angela Mirabole | A | 2 | | 2.2 |
| 11/14/2016 | Emily Lockwood | PL | 5 | | 7.20 |
| 11/14/2016 | Marisa Glassman | PT | 5 | | 11.20 |
| 11/15/2016 | Angela Mirabole | A | 2 | | 6 |
| 11/15/2016 | Emily Lockwood | PL | 5 | | 8.10 |
| 11/15/2016 | John Yanchunis | PT | 5 | | 7.30 |
| 11/15/2016 | Marisa Glassman | PT | 5 | | 14.50 |
| 11/16/2016 | Angela Mirabole | A | 2 | | 4 |
| 11/16/2016 | John Yanchunis | PT | 5 | | 10.30 |
| 11/16/2016 | Marisa Glassman | PT | 5 | | 10.20 |
| 11/17/2016 | Angela Mirabole | A | 2 | | 2.5 |
| 11/17/2016 | Emily Lockwood | PT | 5 | | 0.60 |
| 11/17/2016 | John Yanchunis | PT | 5 | | 2.70 |
| 11/17/2016 | John Yanchunis | PT | 5 | | 8.40 |
| 11/17/2016 | Marisa Glassman | PT | 5 | | 8.50 |
| 11/18/2016 | Marisa Glassman | PT | 4 | | 0.50 |
| 11/18/2016 | Marisa Glassman | PT | 5 | | 4.50 |
| 11/19/2016 | Angela Mirabole | A | 2 | | 2 |

Time Period: Sept. 2015 through June 2017

Morgan Morgan

Page: 6 of 8

| Date | Name | Position | Task Code | Description of Task | Billable Hours |
|---|---|---|---|---|---|
| 11/20/2016 | Angela Mirabole | A | 2 | | 4 |
| 11/21/2016 | Angela Mirabole | A | 2 | | 6.5 |
| 11/22/2016 | Angela Mirabole | A | 2 | | 2.5 |
| 11/24/2016 | Angela Mirabole | A | 2 | | 3.5 |
| 11/25/2016 | Angela Mirabole | A | 2 | | 3 |
| 11/26/2016 | Angela Mirabole | A | 2 | | 3 |
| 11/27/2016 | Angela Mirabole | A | 2 | | 4 |
| 11/28/2016 | Angela Mirabole | A | 2 | | 3 |
| 11/28/2016 | Marisa Glassman | PT | 5 | | 0.20 |
| 11/28/2016 | Marisa Glassman | PT | 5 | | 0.10 |
| 11/29/2016 | Angela Mirabole | A | 2 | | 2 |
| 11/29/2016 | Emily Lockwood | PL | 5 | | 0.40 |
| 11/29/2016 | Marisa Glassman | PT | 5 | | 0.70 |
| 11/30/2016 | Angela Mirabole | A | 2 | | 3 |
| 11/30/2016 | Emily Lockwood | PL | 5 | | 0.60 |
| 11/30/2016 | Emily Lockwood | PL | 5 | | 2.60 |
| 11/30/2016 | Emily Lockwood | PL | 5 | | 6.20 |
| 11/30/2016 | Marisa Glassman | PT | 5 | | 3.80 |
| 11/30/2016 | Marisa Glassman | PT | 5 | | 1.50 |
| 12/1/2016 | Angela Mirabole | A | 2 | | 2 |
| 12/02/2016 | Marisa Glassman | PT | 2 | | 3.10 |
| 12/02/2016 | Marisa Glassman | PT | 5 | | 0.20 |
| 12/4/2016 | Angela Mirabole | A | 2 | | 9 |
| 12/5/2016 | Angela Mirabole | A | 2 | | 1.5 |
| 12/05/2016 | Marisa Glassman | PT | 4 | | 0.20 |
| 12/6/2016 | Angela Mirabole | A | 2 | | 8 |
| 12/06/2016 | Marisa Glassman | PT | 4 | | 0.70 |
| 12/7/2016 | Angela Mirabole | A | 2 | | 6 |
| 12/07/2016 | Marisa Glassman | PT | 4 | | 0.20 |
| 12/8/2016 | Angela Mirabole | A | 2 | | 3 |
| 12/08/2016 | Marisa Glassman | PT | 4 | | 1.70 |
| 12/9/2016 | Angela Mirabole | A | 2 | | 5 |
| 12/09/2016 | Emily Lockwood | PT | 5 | | 3.60 |
| 12/09/2016 | Marisa Glassman | PT | 5 | | 0.70 |

Time Period: Sept. 2015 through June 2017

Morgan Morgan

Page: 7 of 8

| Date | Name | Position | Task Code | Description of Task | Billable Hours |
|---|---|---|---|---|---|
| 12/10/2016 | Angela Mirabole | A | 2 | | 2 |
| 12/11/2016 | Angela Mirabole | A | 2 | | 0.7 |
| 12/12/2016 | Angela Mirabole | A | 2 | | 3.5 |
| 12/13/2016 | Angela Mirabole | A | 2 | | 5.5 |
| 12/14/2016 | Angela Mirabole | A | 2 | | 6 |
| 12/15/2016 | Angela Mirabole | A | 2 | | 2 |
| 12/15/2016 | Marisa Glassman | PT | 4 | | 0.80 |
| 12/16/2016 | Angela Mirabole | A | 2 | | 5 |
| 12/17/2016 | Angela Mirabole | A | 2 | | 1 |
| 12/18/2016 | Angela Mirabole | A | 2 | | 3 |
| 12/19/2016 | Angela Mirabole | A | 2 | | 7.5 |
| 12/19/2016 | Marisa Glassman | PT | 4 | | 0.20 |
| 12/20/2016 | Angela Mirabole | A | 2 | | 4.5 |
| 12/20/2016 | Marisa Glassman | PT | 4 | | 1.00 |
| 12/21/2016 | Angela Mirabole | A | 2 | | 1.5 |
| 12/21/2016 | Marisa Glassman | PT | 4 | | 0.30 |
| 12/22/2016 | Angela Mirabole | A | 2 | | 3.5 |
| 12/22/2016 | Marisa Glassman | PT | 4 | | 2.70 |
| 12/23/2016 | Angela Mirabole | A | 2 | | 4.5 |
| 12/24/2016 | Angela Mirabole | A | 2 | | 1 |
| 12/24/2016 | Marisa Glassman | PT | 4 | | 0.80 |
| 12/26/2016 | Angela Mirabole | A | 2 | | 4 |
| 12/27/2016 | Angela Mirabole | A | 2 | | 5 |
| 12/27/2016 | Marisa Glassman | PT | 4 | | 0.80 |
| 12/28/2016 | Angela Mirabole | A | 2 | | 4.5 |
| 12/29/2016 | Angela Mirabole | A | 2 | | 7 |
| 12/29/2016 | Marisa Glassman | PT | 4 | | 0.50 |
| 12/30/2016 | Angela Mirabole | A | 2 | | 1.5 |
| 12/31/2016 | Angela Mirabole | A | 2 | | 1 |
| 01/03/2017 | Marisa Glassman | PT | 4 | | 0.70 |
| 02/07/2017 | Marisa Glassman | PT | 1 | | 0.20 |
| 02/07/2017 | Marisa Glassman | PT | 11 | | 0.20 |
| 02/09/2017 | Marisa Glassman | PT | 4 | | 0.50 |
| 02/15/2017 | Marisa Glassman | PT | 11 | | 0.20 |

Time Period: Morgan Morgan                                             Page: 8 of 8
Sept. 2015 through June 2017

| Date | Name | Position | Task Code | Description of Task | Billable Hours |
|---|---|---|---|---|---|
| 02/28/2017 | Marisa Glassman | PT | 10 | | 0.30 |
| 03/01/2017 | Marisa Glassman | PT | 1 | | 0.20 |
| 03/02/2017 | Marisa Glassman | PT | 11 | | 0.10 |
| 03/06/2017 | Marisa Glassman | PT | 10 | | 1.00 |
| 03/22/2017 | Marisa Glassman | PT | 1 | | 0.30 |
| 05/18/2017 | Marisa Glassman | PT | 1 | | 0.10 |
| 06/23/2017 | Marisa Glassman | PT | 11 | | 1.50 |
| | | | | | |
| | | | | **GRAND TOTAL** | **692.00** |