ALTSHULER BERZON LLP
EVE CERVANTEZ (SBN 164709)
ecervantez@altshulerberzon.com
JONATHAN WEISSGLASS (SBN 185008)
jweissglass@altshulerberzon.com
DANIELLE E. LEONARD (SBN 218201)
dleonard@altshulerberzon.com
MEREDITH A. JOHNSON (SBN 291018)
mjohnson@altshulerberzon.com
TONY LOPRESTI (SBN 289269)
tlopresti@altshulerberzon.com
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

COHEN MILSTEIN SELLERS & TOLL PLLC
ANDREW N. FRIEDMAN (admitted *pro hac vice*)
afriedman@cohenmilstein.com
GEOFFREY GRABER (SBN 211547)
ggraber@cohenmilstein.com
SALLY M. HANDMAKER (SBN 281186)
shandmaker@cohenmilstein.com
ERIC KAFKA (admitted *pro hac vice*)
ekafka@cohenmilstein.com
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile:  (202) 408-4699

*Co-Lead Plaintiffs' Counsel*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| *In Re Anthem, Inc. Data Breach Litigation* | Case No:  15-md-02617-LHK (NC) |
| | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO PROVISIONALLY FILE UNDER SEAL PORTIONS OF PLAINTIFFS' COUNSEL'S TIME RECORDS** |
| | Date: February 1, 2017<br>Time: 1:30 p.m.<br>Judge: Lucy H. Koh<br>Crtrm: 8, 4th Floor |

1    Having considered Plaintiffs' Administrative Motion to Provisionally File Under Seal Portions

2  of Plaintiffs' Counsel's Time Records and the Declaration of Eve. H. Cervantez in Support of that

3  Motion, the Court hereby GRANTS Plaintiffs' motion.

4    **IT IS SO ORDERED**.

5

6  Dated: _____, 2018        _____

7                                     The Honorable Lucy H. Koh
                                       U.S. DISTRICT COURT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO PROVISIONALLY FILE UNDER SEAL
CASE NO. 15-MD-02617-LHK