Hon. James P. Kleinberg (Ret.)
JAMS
160 West Santa Clara Street, Suite 1600
San Jose, CA 95113
Telephone: (408) 288-2240
jkleinberg@jamsadr.com
www.jamsadr.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Anthem, Inc. Data Breach Litigation, | Case No.: 15-md-02617-LHK<br><br>AFFIDAVIT OF HON. JAMES P. KLEINBERG REGARDING PROPOSED APPOINTMENT AS SPECIAL MASTER FOR ATTORNEY FEES REVIEW |

I, James P. Kleinberg, declare under penalty of perjury:

1. I am a retired judge of the Superior Court of the State of California. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. I have personal knowledge of the following facts, and if called as a witness, could and would testify competently as follows.

2. I have been proposed as a special master in the above-captioned matter to produce Reports and Recommendations as to the granting of attorneys' fees and costs

AFFIDAVIT OF HON. JAMES P. KLEINBERG REGARDING PROPOSED APPOINTMENT AS SPECIAL MASTER FOR ATTORNEY FEES REVIEW - 1

To class counsel in this class action.

3. I am competent and willing to serve in the capacity of special master as described above.

4. I have familiarized myself with the issues and parties in the above-captioned case.

5. I attest and affirm that I know of no grounds for disqualification under 28 United States Code §455 that would prevent me from serving as an attorneys' fee master in the above-captioned case.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed on February 6, 2018 in San Jose, California.

_____
Hon. James P. Kleinberg (Ret.)

AFFIDAVIT OF HON. JAMES P. KLEINBERG REGARDING PROPOSED APPOINTMENT AS SPECIAL MASTER FOR ATTORNEY FEES REVIEW - 2