UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: ANTHEM, INC. DATA BREACH LITIGATION | Case No. 15-MD-02617-LHK<br><br>**ORDER RE: OBJECTIONS TO PROPOSED SPECIAL MASTER** |

The Affidavit of Hon. James P. Kleinberg Regarding Proposed Appointment as Special Master for Attorney Fees Review was filed on February 6, 2018.  ECF No. 982.  The parties shall file any objections by Wednesday, February 7, 2018.

**IT IS SO ORDERED.**

Dated: February 6, 2018

_____
Hon. Lucy H. Koh
United States District Judge

Case No. 15-MD-02617-LHK
ORDER RE: OBJECTIONS TO PROPOSED SPECIAL MASTER