1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE ANTHEM, INC. DATA BREACH
LITIGATION

Case No. 15-MD-02617-LHK

**ORDER APPOINTING SPECIAL
MASTER**

At the February 1, 2018 hearing on Plaintiffs' Motion for Final Approval and related

Motion for Attorneys' Fees, the Court notified the parties of the Court's intention to appoint a

special master to review the billing records and suggested Hon. James Kleinberg (Ret.). Pursuant

to Federal Rule of Civil Procedure 53, the Court offered the parties an opportunity to object to

Judge Kleinberg and to suggest other candidates for the appointment. Plaintiffs volunteered to do

so by February 2, 2018. On February 2, 2018, Plaintiffs filed a statement indicating that they have

no objection to Judge Kleinberg, unless Judge Kleinberg reveals a ground for disqualification

under 28 U.S.C. § 455. ECF No. 970 at 2. Plaintiffs did not suggest another candidate. *Id.*

On February 6, 2018, Judge Kleinberg filed an affidavit stating that he knows of "no

grounds for disqualification under 28 United States Code § 455 that would prevent [him] from

Case No. 15-MD-02617-LHK
ORDER APPOINTING SPECIAL MASTER

serving as an attorneys' fee master in [this] case." ECF No. 982 at 2. On the same day, the Court

issued an Order Re: Objections to Proposed Special Master. ECF No. 983. The Court noted that

Judge Kleinberg had filed the required affidavit and gave the parties until February 7, 2018 to file

any objections. *Id.* at 1. That deadline has passed, and no party has filed an objection.

Accordingly, pursuant to Federal Rules of Civil Procedure 23(h)(4) and 53, the Court

hereby APPOINTS Judge Kleinberg to serve as special master in this case. Pursuant to Federal

Rule of Civil Procedure 53(b)(2), the Court provides the following:

1. The Special Master shall proceed with all reasonable diligence to analyze the evidence in the record regarding the time and expenses spent litigating this case in order to prepare a report calculating the lodestar for the representation of the Class in this action. In performing these duties, the Special Master shall have all of the authority specified by Federal Rules of Civil Procedure 53(c) and 54(d)(2)(D).

2. The Special Master may review the entire record in determining the appropriate lodestar and shall determine the hours reasonably expended, deducting the time and expenses that are excessive, unnecessary, or duplicative. If the Special Master requires any additional information, the Special Master shall file on the electronic docket a request for additional information. Any responses to the Special Master's requests for additional information shall be filed on the docket.

3. The Special Master may not communicate ex parte with any party or objector.

4. The Special Master will be responsible for filing a Report and Recommendation setting forth in full his calculation of the lodestar together with the basis for that calculation.

5. As stated at the February 1, 2018 hearing, the Court will follow the timeline set in Federal Rule of Civil Procedure 53(f)(2) for objecting or moving to adopt or modify the Special Master's Report and Recommendation. Under Rule 53(f)(2), any party may file objections to—or a motion to adopt or modify—the Special Master's Report and Recommendation no later than 21 days after a copy is served. The Court has set a hearing for April 9, 2018 at 2:00 p.m., but may revise the date if the Special Master

Case No. 15-MD-02617-LHK
ORDER APPOINTING SPECIAL MASTER

1    requires more time or may vacate the hearing.

2    6.  The Special Master shall bill his time at his customary billing rate.  The Special Master

3        shall issue an invoice to Plaintiffs to cover the initial fee and initial retainer, and

4        Plaintiffs shall promptly pay those fees.

5    7.  The Court will allocate the fees of the Special Master in a fair and reasonable manner,

6        taking into account the reasonableness of the parties' respective positions and the

7        Special Master's recommendation in this regard.  *See* Fed. R. Civ. P. 53(g)(3).

8    **IT IS SO ORDERED.**

9

10   Dated: February 8, 2018

11

12                                                    LUCY H. KOH
                                                      United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3