UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANTHEM, INC. DATA BREACH LITIGATION | Case No. 15-MD-02617-LHK<br><br>**ORDER VACATING HEARING RE SPECIAL MASTER'S REPORT AND RECOMMENDATION AND ADVISING PARTIES OF SCHEDULE** |

On February 8, 2018, the Court appointed Judge Kleinberg as Special Master to calculate the lodestar figure for the representation of the Class in this action. *See* ECF No. 985. The Court set a hearing on the Special Master's Report and Recommendation for April 9, 2018 at 2:00 p.m. *Id.* at 2. The Court noted that it may "revise the date if the Special Master requires more time." *Id.* at 2–3.

Judge Kleinberg has informed the Court that more time is needed to prepare a Report and Recommendation. Accordingly, the Court VACATES the April 9, 2018 hearing.

The Court also advises the parties of the schedule going forward. The Special Master will file his Report and Recommendation by May 10, 2018. As the Court noted in its previous Order,

1

Case No. 15-MD-02617-LHK
ORDER VACATING HEARING RE SPECIAL MASTER'S REPORT AND RECOMMENDATION AND ADVISING PARTIES OF SCHEDULE

any party may file objections to—or a motion to adopt or modify—the Special Master's Report and Recommendation no later than 21 days after a copy is served. *Id.* at 2. After the Special Master files his Report and Recommendation, the Court will set a new hearing date.

**IT IS SO ORDERED.**

Dated: March 16, 2018

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2

Case No. 15-MD-02617-LHK
ORDER VACATING HEARING RE SPECIAL MASTER'S REPORT AND RECOMMENDATION AND ADVISING PARTIES OF SCHEDULE