UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANTHEM, INC. DATA BREACH LITIGATION | Case No. 15-MD-02617-LHK<br><br>**ORDER REQUESTING RESPONSE AND ADDITIONAL INFORMATION** |

Plaintiffs and Defendants shall each file a response to the Supplemental Objection of Adam E. Schulman to Settling Parties' Interpretation of the Settlement. ECF No. 976. Plaintiffs shall also file an updated chart showing the allocation of funds. *See* ECF No. 960-3. The deadline for these filings is May 2, 2018.

**IT IS SO ORDERED.**

Dated: April 18, 2018

*Lucy H. Koh*
LUCY H. KOH
United States District Judge