UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANTHEM, INC. DATA BREACH LITIGATION | Case No. 15-MD-02617-LHK<br><br>**ORDER SETTING SCHEDULE RE: SPECIAL MASTER'S REPORT AND RECOMMENDATION** |

The Special Master's Report and Recommendation has been filed today, April 24, 2018. ECF No. 1008.

In accordance with the 21-day deadline set by Federal Rule of Civil Procedure 53(f)(2) and this Court's prior orders, ECF Nos. 985, 993, any party may file objections to—or a motion to adopt or modify—the Special Master's Report and Recommendation by May 15, 2018.

Responses shall be filed by May 22, 2018.

The Court sets a hearing for Thursday, May 31, 2018, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: April 24, 2018

_____
LUCY H. KOH
United States District Judge

1
Case No. 15-MD-02617-LHK
ORDER SETTING SCHEDULE RE: SPECIAL MASTER'S REPORT AND RECOMMENDATION