Craig A. Hoover, SBN 113965
E. Desmond Hogan (admitted *pro hac vice*)
Peter R. Bisio (admitted *pro hac vice*)
Michelle A. Kisloff (*admitted pro hac vice*)
Allison M. Holt (admitted *pro hac vice*)
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
craig.hoover@hoganlovells.com
desmond.hogan@hoganlovells.com
peter.bisio@hoganlovells.com
michelle.kisloff@hoganlovells.com
allison.holt@hoganlovells.com

Michael M. Maddigan, SBN 163450
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 785-4600
Fax: (310) 785-4601
michael.maddigan@hoganlovells.com

*Attorneys for Defendants Anthem, Inc. and related parties (collectively, "The Anthem Defendants") and certain Non-Anthem Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ANTHEM, INC. DATA BREACH LITIGATION | Case No. 5:15-md-02617-LHK<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

The Anthem Defendants and certain Non-Anthem Defendants hereby give notice that Nathan G. Foell and Mary Van Houten, who both previously entered appearances on behalf of the Anthem Defendants and certain Non-Anthem Defendants, are withdrawing as counsel and no longer represent the Anthem Defendants and certain Non-Anthem Defendants.

The Anthem Defendants and certain Non-Anthem Defendants continue to be represented by their remaining counsel of record from Hogan Lovells US LLP. No changes are requested at this time regarding the Anthem Defendants' and certain Non-Anthem Defendants' other counsel of record.

**HOGAN LOVELLS US LLP**

Dated: April 25, 2018

By: /s/ Craig A. Hoover
Craig A. Hoover (SBN 113965)
craig.hoover@hoganlovells.com
E. Desmond Hogan (admitted *pro hac vice)*
desmond.hogan@hoganlovells.com
Peter R. Bisio (admitted *pro hac vice*)
peter.bisio@hoganlovells.com
Michelle A. Kisloff (*admitted pro hac vice*)
michelle.kisloff@hoganlovells.com
Allison M. Holt (admitted *pro hac vice*)
allison.holt@hoganlovells.com
555 Thirteenth Street, NW
Washington, DC 20004-1109
Telephone:   (202) 637-5600
Facsimile:    (202) 637-5910

*Attorneys for Defendants Anthem, Inc., and certain of its affiliates that have been named as defendants in the Fourth Consolidated Amended Complaint (collectively,"Anthem") and Defendants Blue Cross and Blue Shield of Alabama, USAble Mutual Insurance Company d/b/a Arkansas Blue Cross Blue Shield and BlueAdvantage Administrators of Arkansas, California Physicians' Service d/b/a Blue Shield of California, Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue, CareFirst of Maryland, Inc., Blue Cross and Blue Shield of Massachusetts, Inc., Blue Cross and Blue Shield of Michigan, Blue Cross and Blue Shield of Minnesota, Horizon Healthcare*

*Services, Inc., Blue Cross and Blue Shield of North Carolina, Highmark Health Services, and Blue Cross and Blue Shield of Vermont.*

HOGAN LOVELLS US
LLP
ATTORNEYS AT LAW

- 2 -

NOTICE OF WITHDRAWAL OF COUNSEL
Case No. 5:15-MD-02617-LHK

## **CERTIFICATE OF SERVICE**

I certify that on April 25, 2018, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record who are registered CM/ECF users.

/s/ Craig A. Hoover
Craig A. Hoover (SBN 113965)
craig.hoover@hoganlovells.com
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004-1109
Telephone:   (202) 637-5600
Facsimile:   (202) 637-5910

*Attorneys for Defendants Anthem, Inc., and certain of its affiliates that have been named as defendants in the Fourth Consolidated Amended Complaint (collectively, "Anthem") and Defendants Blue Cross and Blue Shield of Alabama, USAble Mutual Insurance Company d/b/a Arkansas Blue Cross Blue Shield and BlueAdvantage Administrators of Arkansas, California Physicians' Service d/b/a Blue Shield of California, Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue, CareFirst of Maryland, Inc., Blue Cross and Blue Shield of Massachusetts, Inc., Blue Cross and Blue Shield of Michigan, Blue Cross and Blue Shield of Minnesota, Horizon Healthcare Services, Inc., Blue Cross and Blue Shield of North Carolina, Highmark Health Services, and Blue Cross and Blue Shield of Vermont.*