UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANTHEM, INC. DATA BREACH LITIGATION | Case No. 15-MD-02617-LHK<br><br>**ORDER CONTINUING HEARING RE: SPECIAL MASTER'S REPORT AND RECOMMENDATION** |

Pursuant to the parties' request, the Court hereby CONTINUES the hearing on the Special Master's Report and Recommendation to Thursday, June 14, 2018, at 1:30 p.m.  The briefing schedule in the Court's order, ECF No. 1009, remains as set.

**IT IS SO ORDERED.**

Dated: April 27, 2018

_____
LUCY H. KOH
United States District Judge