UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANTHEM, INC. DATA BREACH LITIGATION | Case No. 15-MD-02617-LHK<br><br>**ORDER RE: NOTICE PROPOSAL** |

In April 2018, the parties amended their Settlement Agreement. *See* ECF No. 1007-2. "[T]he parties have agreed and recommend that the approximately 400 individuals who opted out of the Settlement Class be given the opportunity to rejoin the Settlement Class and enjoy the benefits of the enhanced Settlement." ECF No. 1007 at 11. Objector Adam Schulman suggests "that corrective website notice and a reopening of the claims process is appropriate." ECF No. 976 at 4.

By June 14, 2018 at 9:30 a.m., the parties and objector Adam Schulman are ordered to file a joint statement laying out their proposals, should the Court choose to adopt them, for (1) contacting individuals who have excluded themselves from the Settlement Class and providing an opportunity to rejoin the Settlement Class and (2) posting website notice and reopening the claims

1

Case No. 15-MD-02617-LHK
ORDER RE: NOTICE PROPOSAL

process to allow additional Settlement Class Members to submit claims. The joint statement should include proposed language for the two forms of notice and the deadline by which these individuals must respond.

The parties and objector Adam Schulman shall also email a Word version of their joint statement to the Courtroom Deputy by the June 14, 2018 at 9:30 a.m. deadline.

**IT IS SO ORDERED.**

Dated: June 12, 2018

*Lucy H. Koh*
LUCY H. KOH
United States District Judge