UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANTHEM, INC. CUSTOMER DATA SECURITY BREACH LITIGATION, | Case No.  15-MD-02617-LHK<br><br>[PROPOSED] **ORDER GRANTING ADMINISTRATIVE MOTION TO APPEAR TELEPHONICALLY AT THE JUNE 14, 2018 HEARING**<br><br>Date:    June 14, 2018<br>Time:    1:30 pm<br>Courtroom:  8, 4th Floor<br>Judge:   Hon. Lucy H. Koh |

# [PROPOSED] ORDER

Before the Court is the request of Adam A. Cooke of HOGAN LOVELLS US LLP to appear telephonically at the hearing set for June 14, 2018, at 1:30 p.m. IT IS HEREBY ORDERED that the Motion is GRANTED.

**IT IS SO ORDERED.**

Dated: June ~~11~~ 12, 2018

*Lucy H. Koh*
THE HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE

-1-

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO APPEAR TELEPHONICALLY AT HEARING
CASE NO. 15-MD-02617-LHK