CASE UPDATE - CLAIMS DEADLINE EXTENDED

The District Court overseeing this litigation has extended the deadline for Settlement Class Members to file a claim for Credit Monitoring Services or Alternative Compensation to _____, 2018 [90 days from Order]. Claims for Out-of-Pocket Costs should be filed as soon as possible, but no later than [insert date that is one year after final approval order].

If you are a Settlement Class Member, please click here or on the link below to access the claims forms.

CASE UPDATE—SETTLEMENT MODIFIED TO FURTHER EXTEND CREDIT MONITORING

The Settlement Agreement has now been modified so that after the Settlement Fund pays for four years of Credit Monitoring and all of the other claims, costs, and fees described in the Settlement Agreement, any Settlement Funds remaining will be used:

- First, to pay valid claims for Out-of-Pocket Costs that exceed the original $15 million reserve; and

- Second, if funds still remain, to extend both Credit Monitoring Services and Fraud Resolution Services beyond the four-year maximum contemplated by the original Settlement Agreement. Any remaining money that is not sufficient to extend Credit Services for at least one additional full month will be donated to the two non-profit organizations named in the original Settlement Agreement.

If you would like to review the specific language of the Modified Settlement click <here> or call the Settlement Administrator at 1-855-636-6136.