ALTSHULER BERZON LLP
EVE CERVANTEZ (SBN 164709)
ecervantez@altshulerberzon.com
DANIELLE E. LEONARD (SBN 218201)
dleonard@altshulerberzon.com
MEREDITH A. JOHNSON (SBN 291018)
mjohnson@altshulerberzon.com
TONY LOPRESTI (SBN 289269)
tlopresti@altshulerberzon.com
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

COHEN MILSTEIN SELLERS & TOLL PLLC
ANDREW N. FRIEDMAN (admitted *pro hac vice*)
afriedman@cohenmilstein.com
GEOFFREY GRABER (SBN 211547)
ggraber@cohenmilstein.com
SALLY M. HANDMAKER (SBN 281186)
shandmaker@cohenmilstein.com
ERIC KAFKA (admitted *pro hac vice*)
ekafka@cohenmilstein.com
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile:  (202) 408-4699

*Co-Lead Plaintiffs' Counsel*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| *In Re Anthem, Inc. Data Breach Litigation* | Case No:  15-md-02617-LHK (NC)<br><br>**SIXTH SUPPLEMENTAL DECLARATION OF KCC CLASS ACTION SERVICES (LANA LUCCHESI) RE: UPDATED CLAIM INFORMATION**<br><br><br>Judge: Lucy H. Koh<br>Crtrm: 8, 4th Floor |

I, Lana Lucchesi, declare as follows:

1.      I am employed as a Senior Project Manager by KCC Class Action Services, LLC ("KCC"), located at 3301 Kerner Blvd., San Rafael, California. KCC was appointed as the Settlement Administrator in this matter and is not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto. The purpose of this declaration is to provide the Court with updated claim information since my last declaration submitted on June 13, 2018. The statistics used in this declaration are current as of July 23, 2018.

**Updated Website and Mailing to Class Members Who Opted Out**

1.      On June 19, 2018, KCC mailed the Revocation of Request to Opt Out of Settlement ("Revocation Request") to the 420 individuals who submitted Requests for Exclusion from the Class. A true and correct copy of the Revocation Request is attached hereto as Exhibit A.

2.      On June 19, 2018, KCC updated the Settlement Website to re-open the claims period for thirty days.  A true and correct copy of the opening/home page of the Settlement Website is attached hereto as Exhibit B.

3.      At midnight on July 19, 2019, KCC updated the Settlement Website to prevent the filing of further claims for Credit Monitoring or Alternative Compensation.  Settlement Class Members may still use the Settlement Website to file claims for Out of Pocket Expenses.

**Overall Claims Rate**

4.      KCC has received a total of 1,408,862 claim forms it has determined to be timely. Of these, 1,257,208 are Credit Monitoring claims, 144,208 are Alternative Compensation claims, and 7,446 are Out of Pocket Expenses claims. Based on a reported total class size of 79,150,325, the overall claims rate is approximately 1.8%. The claims rate for Credit Monitoring is 1.6%, and the claims rate for Alternative Compensation is .18%.

5.      The numbers above are subject to change as KCC continues our review of claims and removes potential duplicative claims.

**Revocation Requests to Opt Out**

6.      The postmark deadline for Settlement Class Members to request to be excluded from

1

1 the class was December 29, 2017. KCC had originally received a total of 420 requests for exclusion.

2       7.     As of July 23, 2018, KCC has received 14 Revocation Requests. As a result, KCC has

3 now received a total of 406 requests for exclusion. A list of the 406 exclusions is attached hereto as

4 Exhibit C.

5

6 I declare under penalty of perjury under the laws of the United States of America that the foregoing is

7 true and correct. Executed this 24th day of July at San Rafael, California.

8

9                                    LANA LUCCHESI

10

SIXTH SUPPLEMENTAL DECLARATION OF KCC CLASS ACTION SERVICES (LANA LUCCHESI) RE:
UPDATED CLAIM INFORMATION
CASE NO. 15-md-02617-LHK (NC)

# EXHIBIT A

<mark>«ClaimID»</mark>

June 19, 2018

Re: *In re Anthem, Inc. Data Breach Litigation*

Dear <mark>«First1» «Last1»</mark>:

You are receiving this letter because you previously submitted a request to exclude yourself from the Settlement Class in *In re Anthem, Inc. Data Breach Litigation*.

The District Court overseeing the *In re Anthem, Inc. Data Breach Litigation* has requested that this letter be sent to inform you about certain modifications to the Settlement Agreement that have been made since the time you excluded yourself from the Settlement Class and to tell you that you can rejoin the Settlement Class and file a claim for Credit Monitoring Services or Alternative Compensation and Out-of-Pocket Costs if you would like to do so.

You are under no obligation to change your decision to exclude yourself from the Settlement Class, and you do not need to do anything if you do not want to change that decision.  However, if you wish to rejoin the Settlement Class and file a claim for Credit Monitoring Services or Alternative Compensation, the deadline for doing so is July 19, 2018.

The original Settlement Agreement provided that the Settlement Fund would be used to provide Settlement Class Members who submitted claims with up to four years of Credit Monitoring Services or Alternative Compensation of up to $50 for Settlement Class Members who already had credit monitoring services.   It also provided that each Settlement Class Member who submitted a valid claim could be reimbursed for up to $10,000 of their Out-of-Pocket Costs, but that the total paid for Out-of-Pocket Costs would not exceed $15 million.  Any money remaining in the Settlement Fund after providing these benefits (and after paying for notice and administration costs and Plaintiffs' counsel's attorneys' fees and costs) would have been donated to two non-profit organizations.

The Settlement Agreement has now been modified so that any money remaining in the Settlement Fund after four years of Credit Monitoring has been provided and all of the other claims, costs, and fees described above have been paid will be used as follows:

(i)   first, if the total value of valid claims for Out-of-Pocket Costs exceeds $15 million, the remaining money will be used to pay such claims;

(ii)   next, if there is money left after all of the valid claims for Out-of-Pocket Costs have been paid, that money will be used to extend Credit Monitoring Services (for Settlement Class Members who filed valid claims for Credit Monitoring Services) and Fraud Resolution Services for all Settlement Class Members beyond the four year maximum contemplated by the original Settlement Agreement in one month increments; and

(iii)   finally, any remaining money that is not sufficient to extend Credit Services for at least one additional full month will be donated to the two non-profit organizations named in the original Settlement Agreement.

The above is only a summary of the changes to the Settlement Agreement. The specific language of the Settlement amendment, and information about the Settlement in general, may be found at the Settlement website, www.databreach-settlement.com, or by calling the Settlement Administrator at 1-855-636-6136 or Class Counsel at 1-866-763-3563.

Whether you want to participate in the Settlement is for you to decide. If you decide to rejoin the Settlement Class, you will be releasing all of your legal claims against Defendants and any other person or entity (with certain limited exceptions) relating to the Anthem Data Breach, and you will not be able to bring a lawsuit relating to the Data Breach. More details about the release are set forth in Sections 1.32, 1.44, and 13.1-13.3 of the Settlement, available on the Settlement website, www.databreach-settlement.com.

If you want to  rejoin the Settlement Class and file a claim for Credit Services or Alternative Compensation you may do so by filling out and returning the enclosed form postmarked no later than July 19, 2018 to:

*In re Anthem, Inc. Data Breach Litigation*
P.O. Box 404012
Louisville, KY 40233-9821

If you want to rejoin the Settlement Class, you may also file a claim for Out-of-Pocket Costs. The deadline for filing a claim for Out-of-Pocket Costs is approximately mid-July 2019. To file a claim for Out-of-Pocket Costs, you must first fill out and return the enclosed form to rejoin the Settlement Class, as described above, and then go to www.databreach-settlement.com to file an online claim for Out-of-Pocket Costs, or call 1-855-636-6136 to have a paper Out-of-Pocket Costs Claim Form mailed to you.

If you do not want to change your decision to exclude yourself from the Settlement Class, you do not need to do anything. Unless you fill out and return the enclosed form postmarked by July 19, 2018, the request to exclude yourself from the Settlement Class that you already submitted will continue to be effective.

Further information about the Settlement and the Settlement amendment can be reviewed on the official Settlement website, www.databreach-settlement.com, or by calling the Settlement Administrator at 1-855-636-6136 or Class Counsel at 1-866-763-3563.


Sincerely,

Settlement Administrator

P.O. Box 404012
Louisville, KY 40233-9821

# AAB

**«Barcode»**
Postal Service: Please do not mark barcode

Claim#: AAB-«ClaimID»-«MailRec»
«First1» «Last1»
«Addr1» «Addr2»
«City», «St»  «Zip»
«Country»

*In re Anthem, Inc. Data Breach Litigation*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. 15-md-02617

**Must Be Postmarked
no later than
July 19, 2018**

## USE THIS FORM TO REVOKE YOUR EARLIER REQUEST TO EXCLUDE YOURSELF FROM THE SETTLEMENT AND TO CLAIM SETTLEMENT BENEFITS FOR CREDIT SERVICES OR ALTERNATIVE COMPENSATION

### I. GENERAL INSTRUCTIONS

**The attached letter describes certain modifications to the *In re Anthem, Inc. Data Breach Litigation* Settlement Agreement, and explains that you may revoke your request to exclude yourself from the Settlement Class by using this form.  If you want to revoke your request to exclude yourself from the Settlement Class, and claim an estimated minimum of four years of Credit Monitoring Services at no cost to you, or Alternative Compensation in an amount up to $50, you may do so by using this form.**

In order to revoke your request to exclude yourself from the Settlement Class so that you can participate in the Settlement, and for any claim for Credit Monitoring Services or Alternative Compensation to be considered, you must fully complete this Revocation of Exclusion and Claim Form, including signing and dating in both Sections III and VI. Type or legibly print all information in blue or black ink, answering all questions below.  Please submit the completed Revocation of Exclusion and Claim Form to the Settlement Administrator by U.S. mail, postmarked on or before July 19, 2018, at the following address:

*In re Anthem, Inc. Data Breach Litigation*
P.O. Box 404012
Louisville, KY 40233-9821

AABPEC1

| FOR CLAIMS PROCESSING ONLY | OB | | CB | | DOC | RED |
|---|---|---|---|---|---|---|
| | | | | | LC | A |
| | | | | | REV | B |

1

## II. CLASS MEMBER INFORMATION

The Settlement Administrator will use this information for all communications regarding this Revocation of Exclusion and Claim Form and the Settlement.  Please fill in any information that has been left blank below, and correct any information below that is incorrect.  If this information changes, you MUST notify the Settlement Administrator in writing at the address above.

Claimant First Name                                                          M.I.      Last Name

Alternative name(s)

Name of Representative (if submitting a claim on behalf of the above-named Claimant)

Mailing Address – Line 1: Street Address/P.O. Box

Mailing Address – Line 2 (If Applicable): Apartment/Suite/Floor Number

City                                                          State      Zip Code

Telephone Number (Home)                          Telephone Number (Work)

Email Address

Date of Birth (mm/dd/yyyy)              Claim Number Provided By Settlement Administrator (if known)

## III. REVOCATION OF REQUEST TO OPT OUT OF SETTLEMENT

If you wish to revoke your request to exclude yourself from the Settlement Class in *In re Anthem, Inc. Data Breach Litigation*, fill in the circle, date, and sign your name:

○   I wish to revoke my request to be excluded from the Settlement Class in *In re Anthem, Inc. Data Breach Litigation*.

Dated: _____

Signed: _____

## IV.  CLAIM FORM FOR CREDIT MONITORING SERVICES OR ALTERNATIVE COMPENSATION

### USE THIS FORM TO MAKE A CLAIM FOR CREDIT MONITORING SERVICES OR AN ALTERNATIVE COMPENSATION PAYMENT

YOU MAY ALSO MAKE A CLAIM FOR OUT-OF-POCKET COSTS
(Go to: www.DataBreach-Settlement.com)

**If you revoke your request to opt out of the Settlement (See Section III above), you may participate in the Settlement and make a claim to receive Credit Monitoring Services to help protect you from the possible unlawful use of your personal information that may have been compromised as a result of the Anthem Data Breach.  Credit Monitoring Services are designed to provide you with alerts if someone is unlawfully using your personal information, along with other valuable identity protection services.**

**Alternatively, if you verify that you already have credit monitoring or identity protection services that you will keep until at least October 30, 2018, you may instead make a claim for Alternative Compensation, which will be a cash payment in an amount up to $50.**

*ALTERNATIVE COMPENSATION CLAIMS ARE SUBJECT TO VERIFICATION AND POTENTIAL SUBMISSION OF DOCUMENTATION.*

### V.  CLAIM DETAILS

In order to obtain Credit Monitoring Services or Alternative Compensation from the Settlement, you must select ONE AND ONLY ONE of the options below and return this Claim Form by U.S. mail, postmarked on or before July 19, 2018.

○  **Option 1 (Credit Monitoring Services):** I wish to receive Credit Monitoring Services.  I understand Credit Monitoring Services will be provided for an estimated minimum period of four years starting from when I activate the services.  I understand that I will receive an activation code and instructions on how to enroll in the Credit Monitoring Services from the Settlement Administrator at a later date.  Instructions will be sent by email unless I did not provide an email address, in which case instructions will be sent by U.S. mail.

○  **Option 2 (Alternative Compensation):** I wish to receive alternative compensation in an amount up to $50.

I hereby CERTIFY that (all must be filled in if you wish to receive Alternative Compensation):

○  I have some form of credit monitoring or identity protection as of today.

    ○  I signed up for credit monitoring or identity protection on this date: ☐☐ / ☐☐ / ☐☐

    ○  The name of my credit monitoring or identity protection company is:

    [_____]

    ○  I will keep my credit monitoring or identity protection services active until at least the following date (month/day/year): ☐☐ / ☐☐ / ☐☐

    Alternative Compensation claims are subject to verification and potential submission of documentation.

**<u>NOTE: EVEN IF YOU CHOOSE NOT TO MAKE A CLAIM OF ANY KIND, YOU ARE ENTITLED TO ACCESS AFTER THE SETTLEMENT BECOMES FINAL FRAUD RESOLUTION SERVICES IN CONNECTION WITH THE POSSIBLE UNLAWFUL USE OF YOUR PERSONAL INFORMATION. Fraud Resolution Services will not be available until after the Effective Date. The earliest possible Effective Date is August 2018. Please check www.DataBreach-Settlement.com or call toll-free 1-855-636-6136 in August 2018, to determine whether the Effective Date has occurred, and to obtain an Engagement Number and instructions on how to access the Fraud Resolution Services.</u>**

## VI. CERTIFICATION

I hereby certify under penalty of perjury that I have personal knowledge of all of the information I provided in this Claim Form and that such information is true and correct to the best of my knowledge.

_____

Signature of Claimant                                    Date (mm/dd/yyyy)

*If the Claimant is not the person completing this form, the following also must be provided:*

_____

Signature of Representative                          Date (mm/dd/yyyy)

_____

Capacity of person signing on behalf of Claimant, if other than an individual, *e.g.*, executor, president, trustee, guardian, custodian, etc. (must provide evidence of authority to act on behalf of Claimant).

# EXHIBIT B

Select Language ∨  Powered by Google Translate

# Welcome to In re Anthem, Inc. Data Breach Litigation Settlement Website

## SETTLEMENT UPDATE

The Court held hearings on final approval on February 1 and June 14, 2018, and extended the claims filing deadline to July 19, 2018 for claims for credit monitoring and alternative compensation (see below for more details). The Court expects to rule on final settlement approval by the end of July, 2018. No settlement benefits, including Credit Services, Alternative Compensation, or Fraud Resolution Services, will be available until after the Effective Date. If the Court approves the settlement at the end of July, 2018, and there is no appeal, then the earliest possible Effective Date will be the end of August, 2018. Please check back at the end of August 2018 to determine whether the Effective Date has occurred.

## CASE UPDATE—CLAIMS DEADLINE EXTENDED

The District Court overseeing this litigation has extended the deadline for Settlement Class Members to file a claim for Credit Monitoring Services or Alternative Compensation to July 19, 2018. Claims for Out-of-Pocket Costs should be filed as soon as possible, but no later than mid-July 2019.

If you are a Settlement Class Member, please click here or on the link below to access the claims forms.

## CASE UPDATE—SETTLEMENT MODIFIED TO FURTHER EXTEND CREDIT MONITORING

The Settlement Agreement has now been modified so that after the Settlement Fund pays for four years of Credit Monitoring and all of the other claims, costs, and fees described in the Settlement Agreement, any Settlement Funds remaining will be used:

- First, to pay valid claims for Out-of-Pocket Costs that exceed the original $15 million reserve; and
- Second, if funds still remain, to extend both Credit Monitoring Services and Fraud Resolution Services beyond the four-year maximum contemplated by the original Settlement Agreement. Any remaining money that is not sufficient to extend Credit Services for at least one additional full month will be donated to the two non-profit organizations named in the original Settlement Agreement.

If you would like to review the specific language of the modified Settlement click here or call the Settlement Administrator at 1-855-636-6136.

# EXHIBIT C

**KCC Class Action Services**
**In Re Anthem, Inc. Data Breach Litigation**
**Exclusion Report**

**Count**
**406**

| ClaimID | Last Name | First Name |
|---|---|---|
| 1000000562301 | AABOE | RICHARD |
| 1000000563301 | AABOE | STELLA |
| 1000253832101 | ADAMS | MARVIN |
| 1000400114001 | AGUILAR | BETTY G |
| 1000424683301 | AGUILAR JR | JIM |
| 1000529802801 | AKINS | SHARON |
| 1000879112801 | ALLISON | DAKOTA |
| 1000885758501 | ALLISON | SYDNEY |
| 9000125001 | ALQALLAF | CATHERINE |
| 9000124701 | ALQALLAF | ADAM |
| 9000121901 | ALQALLAF | REBEKA |
| 1000936004701 | ALQALLAF | SARA |
| 1058212232901 | ALQALLAF | OMRAN |
| 1000958497501 | ALTHOEN | JEANNE |
| 1001187060201 | ANDERSON | BONNIE |
| 1001294980001 | ANDERSON | SHARON |
| 1001884814601 | ASKEW | DONALD |
| 1002592947001 | BANASIAK | JOSEPH |
| 1002592972301 | BANASIAK | MEENA |
| 1002705030801 | BARBER | PHILLIP |
| 1002734462601 | BARDEN | KIMBERLY |
| 1003070471401 | BASHAW | DIANE |
| 1003407628501 | BECK | PATRICIA |
| 1003597588601 | BELL | PAIGE |
| 1003566824201 | BELL | CAROLINE |
| 1003592698501 | BELL | MARK |
| 1003574968601 | BELL | ELIZABETH |
| 1003700534901 | BENEFIELD | ROBBIN |
| 1003769523401 | BENNETT | MELISSA |
| 1003831886701 | BENTON | RAYMOND |
| 1004018203001 | BERTSCH | DEBORAH |
| 1004018403301 | BERTSCH | JOHN |
| 1004085224901 | BEVINS | JAMES |
| 1004085680101 | BEVINS | SHEILA |
| 1004931731001 | BORDERS | JORDAN |
| 1004932352801 | BORDERS | PAULA |
| 1004934960501 | BORDWELL | MARY |
| 1005396481301 | BRAND | NICHOLAS |
| 1005412291501 | BRANDT | CHARLOTTE |

| | | |
|---|---|---|
| 1005420724601 | BRANHAM | EARL |
| 1005535839001 | BREIT | AVA |
| 1006048296001 | BROWN | LEANNE |
| 1006038464701 | BROWN | KILLIAN |
| 1006016005101 | BROWN | JOHN |
| 1006605097001 | BURKE | CARRIE |
| 1007282835801 | CAMPBELL | DENNIS |
| 1007313508101 | CAMPBELL | MATTHEW |
| 1007270658701 | CAMPBELL | BRANDON |
| 1007328014001 | CAMPBELL | SHARON |
| 1007310356401 | CAMPBELL | LUNELLA |
| 1007860355501 | CARTER | DAVID |
| 1008061852601 | CASTELLANO | LEIGHTON |
| 1008061263601 | CASTELLANO | DONNA M |
| 1008230416001 | CAVENDER | MATTHEW |
| 1008248414601 | CAZIN | DAVID |
| 1008418729001 | CHAMPAGNE | MARC |
| 1008426147001 | CHAN | ANDREW |
| 1008443752001 | CHAN CHEN | JENNE |
| 1008523401801 | CHAPMAN | FRANCES |
| 1008560277701 | CHARLES | ILTANA |
| 1008689265201 | CHELEMEDOS | LORI |
| 1008811386801 | CHIEFFALLO C | T |
| 1009346480701 | CLEMONS | ELAINE |
| 1009348862801 | CLEMONS | PAUL |
| 1009437133001 | COATES | ALLISON |
| 1009438698801 | COATES | HANNAH |
| 1009438473201 | COATES | ETHAN |
| 1009438421801 | COATES | EMILY |
| 1009693022801 | COLLAR | ROBERT |
| 1009917530301 | CONLEY | JAMES |
| 1009912441901 | CONLEY | ADAM |
| 1009991538601 | CONROY | REGINA |
| 1010036858101 | CONWAY | JAMES |
| 1010039396401 | CONWAY | MARY BETH |
| 1010161867401 | COOPER | HOWARD A |
| 9000117101 | COOPER | EMILY |
| 1010158536101 | COOPER | ERIN |
| 9000118401 | COOPER | LINDA |
| 1010158468201 | COOPER | ERIK |
| 1010334824701 | CORONA | MELISSA |
| 1010488434401 | COUCH | ELIZABETH |
| 1010742820301 | CRAWFORD | JAMES |
| 1010732851201 | CRAWFORD | BETHANY |
| 1010920712701 | CROSSLAND | ANN |
| 1011302323701 | D AGUANNO | EDEN |
| 1002882559401 | DARBY | REESE |

| | | |
|---|---|---|
| 1011703377201 | DAVIS | BJOREN |
| 1011904530401 | DAWES | ANNE |
| 1011904958301 | DAWES | JAMES |
| 1012171589501 | DEGNAN | BRIAN |
| 1012798613401 | DIECKMAN | MICHAEL |
| 1012798535401 | DIECKMAN | CONNOR |
| 1012959468201 | DISMUKES III | EDWARD |
| 1013314283001 | DOTY | HANNAH |
| 1013315227801 | DOTY | MARK |
| 1013314151601 | DOTY | ETHAN |
| 1013315025401 | DOTY | LAURA |
| 1013478052101 | DREIER | MARK |
| 1013653068001 | DUKAY | VICTOR |
| 1013856642701 | DURICEK | THERESA |
| 1014001881101 | EASTER | RYAN |
| 1014088593501 | EDDY | SETH |
| 1014174997201 | EDWARDS | MARTIN |
| 1014914829901 | EVANS | JILL |
| 1015078876001 | FALCO | CHARLENE |
| 1015146109001 | FARINA | GARY |
| 1015150271501 | FARK | BRENDA |
| 1015268016601 | FAWCETT | GINGER |
| 1015565619201 | FIELD | JOANNE |
| 1015655385401 | FINCHER | DARRELL |
| 1015736316801 | FISCHETTI | KELLY |
| 1016346265101 | FOUTS | MARJORIE |
| 1016721824601 | FRIES | DIANNE |
| 1016761100601 | FRONTINO | VINCENT |
| 1016808105801 | FUENTES | BRENDA |
| 1016989281301 | GAGNON BROWN | STEPHANIE |
| 1017013951601 | GAJIEV | ZAUR |
| 9000119701 | GALLO | DAVID JUDE |
| 1017530474001 | GARRISON | MARY |
| 1017760316301 | GENOVESE | CHRISTINA |
| 1018394661201 | GOGGIN | DAVID |
| 1018413766701 | GOLD | LARRY |
| 1019450091901 | GRIFFIN | NANCY |
| 1019563583301 | GRONDONA | ROBERT |
| 1019572350801 | GROSCHEL | AMERICA |
| 1019773052401 | GUIMONT | LAURIE ELYSE |
| 1019866458001 | GUTHIER | ELIZABETH |
| 1019866459001 | GUTHIER | ERIC |
| 1019866506801 | GUTHIER | SORA |
| 1020469159201 | HAN | JONAH |
| 1020484903601 | HANCOCK | MARSHA |
| 9000112801 | HANCOCK | DAVID |
| 1020593445601 | HANSHEW | PATRICIA |

| | | |
|---|---|---|
| 1020822525101 | HARRINGTON | FERNANDA |
| 1020824276601 | HARRINGTON | JOHN |
| 1021087018601 | HARVEY | HEATHER |
| 1021095669001 | HARVEY | PAUL |
| 1021567590801 | HELGESON | LINDA |
| 1022013139901 | HEROD | WILLIAM |
| 1022748637401 | HOLKUP | JAMES |
| 1022748635401 | HOLKUP | CINDY |
| 1022950892401 | HOOD | JOSEPH |
| 1023001797101 | HOPKINS | DONALD |
| 1023074600501 | HORNYAK | MICHAEL |
| 1023109970001 | HOSE | JANET |
| 1023110041001 | HOSE | LOUIS |
| 1023345688801 | HUANG | PRESTON |
| 1023338421301 | HUANG | DILLON |
| 1023336642301 | HUANG | BRYANT |
| 1023951747601 | INGLESE | OSWALD |
| 1023985508001 | INSLEY | DANIEL |
| 1024032134401 | IRWIN | ROBIN |
| 9000186401 | JAYASANKAR | GOPIKA |
| 1024521206001 | JAYASANKAR | GOPALAKRISHNA |
| 1024521210001 | JAYASANKAR | NANDANA |
| 9000187701 | JAYASHANKAR | MANJU |
| 1024913533801 | JOHNSON | ELLEN |
| 1024920041501 | JOHNSON | ETHAN |
| 1024977201201 | JOHNSON | JOSHUA |
| 1025110512701 | JOHNSON | STEPHEN |
| 1067165618701 | JONES | AMY |
| 1025346152001 | JONES | KEVIN |
| 1025286815901 | JONES | EVAN |
| 1025286814901 | JONES | EVAN |
| 1025631087701 | JUNEAU | SANDRA |
| 1025633769301 | JUNG | JENNIFER |
| 1025802713401 | KANG | MICHELLE |
| 1025934122501 | KATZ | DAVID |
| 1026181873101 | KELLY | CAROLEANN |
| 1026265969001 | KENDLEHART | PHILIP |
| 1026573299201 | KILONZI | JULIUS |
| 1026821166801 | KIRBY | VEZAFINA |
| 1026927782101 | KLEAMAN | GARY |
| 1027007173701 | KLOTZ | ALEXANDER |
| 1027230345901 | KOLONELOS | MARIANNA |
| 1027454795801 | KRAYNAK | PETER |
| 1027478086201 | KRESS | DALE |
| 1027498171001 | KRINSKY | DOUGLAS |
| 1027498215701 | KRINSKY | JILLIAN |
| 1027611963501 | KUHN | NATHAN |

| | | |
|---|---|---|
| 1027679795801 | KURSHINSKY | KATHRYN |
| 1027688970001 | KURZ | DEBORAH |
| 1027689254901 | KURZ | KERRY |
| 1027884211001 | LAKE | LARRY |
| 1028175533001 | LAPORTE | JACOB |
| 1028234895901 | LARSEN | ERIC |
| 1028303661301 | LATIMER | JEREMY |
| 1028702670001 | LEE | KYONGEUN |
| 1028719636901 | LEE | MYONGJA |
| 1028879586801 | LEMMON | MARTHA |
| 1029066733401 | LEVINE | DANIEL |
| 1029387192201 | LINDENBERG | NORBERT |
| 1030260781901 | LUEHMAN | LISA |
| 1030301147001 | LUM | SHELLY |
| 1030426597701 | LYLES | DEMETRIS |
| 1030428551901 | LYLES | WYONNA |
| 1030438836601 | LYNCH | DOROTHEA |
| 1030450983801 | LYNCH | PAULINE |
| 1030510522501 | MABARDY | MAXWELL |
| 1030951929801 | MALONEY | F |
| 1032011386801 | MATUTE | CHARLENE |
| 1032016610001 | MAUCEC | JAN |
| 1032163568801 | MAZINGO | KAREN |
| 1032323616001 | MCCARTHY | JOHN |
| 1032348620101 | MCCAULEY | ANNE |
| 1032376680201 | MCCLELLAN | DOUGLAS |
| 1032378149501 | MCCLELLAN | LINDA |
| 1032389475001 | MCCLINTOCK | DIANA |
| 1069852184501 | MCCLINTOCK | SEAN |
| 1032557554201 | MCDANIELS | MIKE |
| 1032569297001 | MCDONAGH | SEAN |
| 1032569089501 | MCDONAGH | JANE |
| 1032591712001 | MCDONALD | MICHAEL |
| 1032806021301 | MCINTOSH | SHARON |
| 1032893871701 | MCKINNEY | THELMA |
| 1033041475501 | MCNEIL | SCOTT |
| 1033340670001 | MELLO | AIDE |
| 1033550444601 | MERRICK | KYLE |
| 1033594947001 | MESSENGER | JEFFREY |
| 1033621025301 | METHENY | SUZANNE |
| 1033717195901 | MICHAEL | THOMAS |
| 1033751808101 | MICKLE | DORLEEN |
| 1034052355301 | MILLER | STEPHEN |
| 1033990915501 | MILLER | LORENA |
| 1033919128701 | MILLER | EDDIE |
| 1034113816101 | MILLS | KENNETH |
| 1002065908101 | MIRAMONTES | CRYSTAL |

| | | |
|---|---|---|
| 1034241337401 | MIRONOV | SERGEY |
| 1034241369701 | MIRONOVA | MAYA |
| 1034241376801 | MIRONOVA | SVETLANA |
| 1034396704501 | MODUGNO | ROSANNE |
| 1034525778201 | MONGAN | RALPH |
| 1034836424201 | MOORKATH | NEIL |
| 1034836425201 | MOORKATH | RAJESH |
| 1034991993001 | MORGAN | ANDREA |
| 1034994442501 | MORGAN | BENJAMIN |
| 1034999633101 | MORGAN | CHRISTOPHER |
| 1035015843001 | MORGAN | JONATHAN |
| 1035034110001 | MORGAN | RODERICK |
| 1034992043201 | MORGAN | ANDREA |
| 1035076325401 | MORONG | THERESE |
| 1035315166301 | MOULDEN | JOCELYN |
| 1035399475001 | MUFFI | DENISE |
| 1035399476001 | MUFFI | NICHOLAS |
| 1035657667601 | MURPHY | WILLIAM |
| 1035952226501 | NASSIMI | JOEL |
| 1036166458501 | NELSON | LOLA |
| 1036371128601 | NGUYEN | ALEX |
| 1036920898101 | NYBAKKEN | JERRY |
| 1036920903501 | NYBAKKEN | MARY |
| 1036957116101 | O HARE | JOHN |
| 1037031972201 | OBROCHTA | MARGARET |
| 1037031983301 | OBROCHTA | ROBERT |
| 1037067195701 | OCONNELL | KELLY |
| 1037121498601 | OEHRLEIN | KIRK |
| 1037639697801 | OSTEN | DAVID |
| 1037765787301 | OWENS | KATHY |
| 1037788985201 | OXENDER | LINA |
| 1037860699301 | PADILLA | DONNA |
| 1038144582801 | PARIS | JILL |
| 1038343042101 | PARZYGNAT | KENNETH |
| 1038396750101 | PATEL | BHUPENDRA |
| 1038410817901 | PATEL | LEENA |
| 1038486214001 | PATTERSON | JANET |
| 1038675650301 | PEARSON | TERRIANNE |
| 1039002670001 | PEREZ | STACEY |
| 1039276037001 | PETRUN | GREGORY |
| 1039637393801 | PINEDA | ANNA |
| 1039839124201 | PODGORNY | ANDREW |
| 9000008601 | POLLAK JR | HENRY |
| 1039976507901 | POOLE | LEONARD |
| 1040033841101 | PORTER | CHYNNA |
| 1040129012101 | POTYSMAN | STEVEN |
| 1040129013101 | POTYSMAN | SUE |

| | | |
|---|---|---|
| 1040143901801 | POWAGA | MICHAEL |
| 1040154748401 | POWELL | DANIEL |
| 1040252248401 | PRATT | DONALD |
| 1040253100101 | PRATT | GIOVANNA |
| 1040251709701 | PRATT | DAVID |
| 1040354038001 | PRICE | MIRANDA |
| 1040393895101 | PRINCE | BARBARA |
| 1040401551901 | PRINCE | WARREN |
| 1040798354001 | RADEN | RAQUEL |
| 1041312041601 | RAYNES | JAMMIE |
| 1041326922501 | READ | BRYCE |
| 70000647301 | REESE | JEANNE |
| 9000113001 | REIDELL | FREDRICK |
| 1041578599701 | REIDELL | JOYCE |
| 1041866117701 | RHETT | JAMES |
| 9000035901 | RICHARDS | DEBBRA |
| 1041973748001 | RICHARDS | DARRELL |
| 1042008905301 | RICHARDSON | ERIC |
| 1042543363101 | ROBERTS | TIMOTHY |
| 1042574351401 | ROBERTSON | RUSSELL |
| 1043196136901 | ROMITA | JOSEPH |
| 1043296786901 | ROSE | CRYSTAL |
| 1043407243501 | ROSS | ROBERT |
| 1043443124501 | ROTH | DENISE |
| 1043565689701 | ROZELL | DARYL |
| 1043565699801 | ROZELL | DEBORAH |
| 1043592316801 | RUBINSTEIN | MITCHELL |
| 9000001701 | SABATINO | MICHAEL |
| 1043931947501 | SABATINO | MONICA |
| 1043938898701 | SABINI | PATRICIA |
| 1043974379001 | SAECHAO | FAY |
| 1044081367901 | SALCE | PATRICK |
| 1044106004701 | SALERNO | MICHAEL |
| 1044666074801 | SAUNDERS | ZINA |
| 9000034601 | SAXBERG | HAAKON |
| 1044804152001 | SCHAFFER | JEFF |
| 1044803676801 | SCHAFFER | EMAN |
| 1044890412301 | SCHIFFLER | MATTHEW |
| 1044892199001 | SCHILDHAUER | WAYNE |
| 1044926939001 | SCHLESINGER KRINSKY | JENNIFER |
| 9000189201 | SCHULTZ | HEIKO KAY |
| 1045160066301 | SCHULTZ | KAI |
| 1045157427201 | SCHULTZ | HEIKO |
| 1045163881801 | SCHULTZ | MICHELLE |
| 1045324914001 | SCOTT | MARTA |
| 1045402119801 | SEARCY | JESSICA |
| 1045462013801 | SEETCH | KARIN |

| | | |
|---|---|---|
| 1045895792501 | SHAW PLANCHART | MALI |
| 1045995353901 | SHEN | ZONGJING |
| 1046135792701 | SHIPLEY | MARIEELIZA |
| 1046359083001 | SIGLER | PEGGY |
| 1046594747001 | SINATRA | ISME |
| 1076051895001 | SKAFF | SANDRA |
| 1047039646201 | SMITH | DOROTHY |
| 9000007301 | SNEED | MARAGRET |
| 1047409931401 | SNEED | ROBERT |
| 1047408325001 | SNEED | ELIZABETH |
| 1047408735801 | SNEED | JASON |
| 1048139739301 | STANLEY | THOMAS |
| 9000029601 | STARKEY JR | JOE |
| 1048327430801 | STELLA | KRISTEN |
| 1048342214601 | STENSLIK | ROBERT |
| 1048422680701 | STEVENS | AUTUMN |
| 1048577626801 | STIMSON | THOMAS |
| 1048676904301 | STONE | LAUREN |
| 9000036101 | STONE | JOHN |
| 9000037401 | STONE | ERIKA |
| 9000039001 | STONE | SOPHIA |
| 9000038701 | STONE | ANNELISE |
| 1076900651201 | SUBAR | JUDRY |
| 1048976303601 | SUBAR | AYAL |
| 1048976299201 | SUBAR | AMY |
| 1049151219301 | SUTHERLAND | JEFFREY |
| 1049165148901 | SUTTON | BETHANY |
| 1049229206801 | SWANSON | SCOTT |
| 1049469910501 | TAM | HOLLY |
| 1049473670201 | TAMAS | BEVERLY |
| 9000114301 | TESCIONE | HAMLETO |
| 1049919956301 | TESCIONE | GLORIA |
| 1049977107001 | THATCHER | KEN |
| 1049989895001 | THEISEN | VUOKKO |
| 1050007448001 | THIBAULT | NANCY |
| 1050007581601 | THIBAULT | ROBERT |
| 1050151088301 | THOMAS | SEAN |
| 1050320493701 | THOMSON | MARILYN |
| 1050374334901 | THROCKMORTON | CARL |
| 1050401696001 | TIBBS | BETTY |
| 1050406091301 | TICE | MARILYN |
| 1051973980401 | VASS | JOHN |
| 1052498783401 | VOLLMER | SUE |
| 1052855675701 | WALLACE | KENNETH |
| 1052961516701 | WALTERS | THERESA |
| 1052982528801 | WALTRIP | HOLLY |
| 1052988120701 | WAMBUA | PAULINE |

| | | |
|---|---|---|
| 1053018876301 | WANG | TOW |
| 1053082581801 | WARD | TIMOTHY |
| 1053065592001 | WARD | LESLIE |
| 1053073759801 | WARD | PAULINE |
| 1053360209601 | WAYMACK | JOSEPH |
| 9000003201 | WEATHERLY | HELEN |
| 1053374733201 | WEATHERLY | CARROLL |
| 9000002001 | WEATHERLY | CHRISTOPHER |
| 1053401269701 | WEAVER | ROBERT |
| 1053431063401 | WEBB | NANCY |
| 1053428758101 | WEBB | MARK |
| 1053467220101 | WEBER | SYDNEY |
| 1053466968501 | WEBER | STEVEN |
| 1053769932401 | WEST | DEBRA |
| 1053891135301 | WHEELER | MARK |
| 1054211960001 | WIESNER | CAROLYN |
| 1054579007501 | WILLIAMS | OBREN |
| 1054592609401 | WILLIAMS | RENAE |
| 1054565890301 | WILLIAMS | MICHAEL |
| 1054551878701 | WILLIAMS | MARGARET |
| 1054536117501 | WILLIAMS | LATOYA |
| 1054526691801 | WILLIAMS | KEVIN |
| 1054652971601 | WILLIAMS | ZACH |
| 1054683272701 | WILLIAMSON | TERRENCE |
| 1054760073201 | WILSON | BRIAN |
| 1054959766401 | WINKLER | LAINA |
| 1054980363301 | WINSTON | DAVID |
| 1055080242401 | WITTMANN | DEMETRA |
| 1055161726101 | WOLLENBERG | ELIZABETH |
| 1055511399001 | WRIGHT | SOFIANA |
| 1055453903901 | WRIGHT | DANIEL |
| 1055478387601 | WRIGHT | JOSHUA |
| 1055569090501 | WYATT | DONALD |
| 1055641485701 | YAEGER | CONSTANCE |
| 1055902730001 | YOUNG | GABRIELLE |
| 1055890870801 | YOUNG | COURTNEY |
| 1056173437101 | ZELASKO | JENNIFER |
| 1056173430101 | ZELASKO | JAMES |