ALTSHULER BERZON LLP
EVE CERVANTEZ (SBN 164709)
ecervantez@altshulerberzon.com
DANIELLE LEONARD (SBN 218201)
dleonard@altshulerberzon.com
MEREDITH JOHNSON (SBN 291018)
mjohnson@altshulerberzon.com
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

COHEN MILSTEIN SELLERS & TOLL PLLC
ANDREW N. FRIEDMAN (admitted *pro hac vice*)
afriedman@cohenmilstein.com
GEOFFREY GRABER (SBN 211547)
ggraber@cohenmilstein.com
SALLY M. HANDMAKER (SBN 281186)
shandmaker@cohenmilstein.com
ERIC KAFKA (admitted *pro hac vice*)
ekafka@cohenmilstein.com
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005

Telephone:  (202) 408-4600
Facsimile:   (202) 408-4699

*Lead Plaintiffs' Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **IN RE ANTHEM, INC. DATA BREACH LITIGATION** | Case No:  15-md-02617-LHK (NC) <br><br> **DECLARATION OF DAVID M. BERGER RE: SETTLEMENT ALLOCATION** <br><br> . <br> Judge: Lucy H. Koh <br> Crtrm: 8, 8th Floor |

I, David M. Berger, declare as follows:

1. I am a member in good standing of the California State Bar and the bar of this Court, and an attorney with Girard Gibbs LLP.  My partner, Eric Gibbs, has been appointed to the Plaintiffs' Steering Committee in this multi-district litigation.  I have personal knowledge of the matters set forth herein, and could and would testify competently thereto if called upon to do so.

2. I submit this declaration to accompany the Sixth Supplemental Declaration of KCC, providing updated claims numbers as of July 23, 2018.

3. Attached as **<u>Exhibit A</u>** to this declaration is a chart that I prepared showing how funds in the proposed class settlement would be allocated under the Settlement Agreement as modified by the April Amendment (Dkt. 1007).

4. I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of July, 2018, at Oakland, California.

By: */s/ David M. Berger*

DAVID M. BERGER

# EXHIBIT A

**Anthem Settlement Allocation**
**Under Proposed Amended Settlement Agreement**
7/24/2018

| Item | Basis | Claims Submitted Through 7/19/2018 |
|---|---|---:|
| **Total Settlement Fund** | | **$ 115,000,000.00** |
| Notice | | $ 23,000,000.00 |
| 2 Years Credit Monitoring Services | 1,257,208 Timely Claims Submitted | $ 17,000,000.00 |
| Alternative Compensation | 144,208 Claims submitted to date @ $50.00 per Claimant | $ 7,210,400.00 |
| Initial Out-of-Pocket Costs Reserve | | $ 15,000,000.00 |
| Requested Attorneys' Fees | | $ 37,950,000.00 |
| Requested Service Payments | | $ 597,500.00 |
| Requested Litigation Expenses (Incurred) | | $ 2,005,068.00 |
| Requested Reserve for Anticipated Litigation Expenses | | $ 132,000.00 |
| Taxes on Settlement Fund | | nominal |
| Credit Monitoring Extension to 4 Years | $4.6 million per year | $ 9,200,000.00 |
| Amount Added to Out-of-Pocket Costs Reserve | | $ 2,905,032.00 |
| Further Credit Monitoring Extension | | Remainder to extend Credit Monitoring and Fraud Resolution Services for maximum duration possible |
| **Cy Pres** | | Less than $416,666.67 (the cost of extending Credit Monitoring and Fraud Resolution by one month) |