ALTSHULER BERZON LLP
EVE CERVANTEZ (SBN 164709)
ecervantez@altshulerberzon.com
DANIELLE E. LEONARD (SBN 218201)
dleonard@altshulerberzon.com
MEREDITH A. JOHNSON (SBN 291018)
mjohnson@altshulerberzon.com
TONY LOPRESTI (SBN 289269)
tlopresti@altshulerberzon.com
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

COHEN MILSTEIN SELLERS & TOLL PLLC
ANDREW N. FRIEDMAN (admitted pro hac vice)
afriedman@cohenmilstein.com
GEOFFREY GRABER (SBN 211547)
ggraber@cohenmilstein.com
SALLY M. HANDMAKER (SBN 281186)
shandmaker@cohenmilstein.com
ERIC KAFKA (admitted pro hac vice)
ekafka@cohenmilstein.com
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile:  (202) 408-4699

*Lead Plaintiffs' Counsel*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| *In Re Anthem, Inc. Data Breach Litigation* | Case No. 15-MD-02617-LHK |
| | **STATEMENT OF RECENT DECISION IN SUPPORT OF MOTION FOR FINAL SETTLEMENT APPROVAL** |
| | **Local Rule 7-3(d)(2)** |
| | The Honorable Lucy H. Koh |
| | Date: N/A<br>Time: N/A<br>Courtroom: 8, 4th Floor |

1 | Pursuant to Local Rule 7-3(d)(2), Plaintiffs hereby provide notice to the Court of a recently issued Order in *In re: Hyundai and Kia Fuel Economy Litigation*, No. 15-56014, --- F.3d ---, ECF No. 136 (9th Cir. July 27, 2018), attached hereto as Exhibit A.

The Ninth Circuit ruling states in pertinent part:

> Upon the vote of a majority of nonrecused active judges, it is ordered that these cases be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel disposition in these cases shall not be cited as precedent by or to any court of the Ninth Circuit.

*In re: Hyundai and Kia Fuel Economy Litigation*, No. 15-5601, --- F.3d ---, ECF No. 136 at 16 (9th Cir. July 27, 2018).

Dated: July 27, 2018

By: */s/ Eve H. Cervantez*
**ALTSHULER BERZON LLP**
EVE H. CERVANTEZ
JONATHAN WEISSGLASS
DANIELLE E. LEONARD
MEREDITH A. JOHNSON

**COHEN MILSTEIN SELLERS & TOLL PLLC**
ANDREW N. FRIEDMAN
GEOFFREY GRABER
SALLY M. HANDMAKER
ERIC KAFKA

*c*
*Lead Plaintiffs' Counsel*

**LIEFF CABASER HEIMANN & BERNSTEIN, LLP**
MICHAEL SOBOL
JASON LICHTMAN

By: */s/ Eric H. Gibbs*
**GIRARD GIBBS LLP**
ERIC GIBBS
DAVID BERGER

*Plaintiffs' Steering Committee*

1
2  **SIGNATURE ATTESTATION**
3  Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this
4  document has been obtained from the signatories shown above.
5                  */s/ Eric Gibbs*
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28