1  HOGAN LOVELLS US LLP
   CRAIG A. HOOVER, SBN 113965
2  E. DESMOND HOGAN (admitted *pro hac vice*)
3  PETER R. BISIO (admitted *pro hac vice*)
   craig.hoover@hoganlovells.com
4  desmond.hogan@hoganlovells.com
   peter.bisio@hoganlovells.com
5  555 Thirteenth Street, NW
   Washington, DC 20004
6  Telephone: (202) 637-5600
   Facsimile: (202) 637-5910
7
   *Attorneys for Defendants Anthem, Inc. and
8  related parties*

9  Additional Defendants and Defendants'
   Counsel Listed on Signature Page
10
   ALTSHULER BERZON LLP
11 EVE CERVANTEZ, SBN 164709
   DANIELLE E. LEONARD, SBN 218201
12 ecervantez@altshulerberzon.com
   dleonard@altshulerberzon.com
13 177 Post Street, Suite 300
   San Francisco, CA 94108
14 Telephone: (415) 421-7151
   Facsimile: (415) 362-8064
15
   *Lead Plaintiffs' Counsel*
16
   Additional Plaintiffs' Counsel Listed on
17 Signature Page

   KIRKLAND & ELLIS LLP
   BRIAN P. KAVANAUGH (admitted *pro hac vice*)
   KATHERINE WARNER (admitted *pro hac vice*)
   brian.kavanaugh@kirkland.com
   kate.warner@kirkland.com
   300 North LaSalle Street
   Chicago, IL 60654
   Telephone: (312) 862-2000
   Facsimile: (312) 862-2200

   *Attorneys for Defendants Blue Cross Blue
   Shield Association and Health Care Service
   Corporation, a Mutual Reserve Legal
   Company*

   COHEN MILSTEIN SELLERS & TOLL PLLC
   ANDREW N. FRIEDMAN (admitted *pro hac vice*)
   GEOFFREY GRABER, SBN 211547
   afriedman@cohenmilstein.com
   ggraber@cohenmilstein.com
   1100 New York Ave. NW
   Suite 500, West Tower
   Washington, DC 20005
   Telephone: (202) 408-4600
   Facsimile: (202) 408-4699

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE ANTHEM, INC. DATA BREACH LITIGATION | Case No. 5:15-MD-02617-LHK  **JOINT STATEMENT OF CASES CURRENTLY PENDING IN THE MDL** |

At the request of the Court, Plaintiffs and Defendants jointly submit the following list of cases currently pending in the MDL:

1. *Ames, et al. v. Anthem, Inc., et al.*, Case No. 1:15-cv-00465-SEB-TAB (S.D. Ind.)

2. *Ansah-Dawson, et al. v. Anthem, Inc., et al.*, Case No. 5:16-CV_01511-LB (N.D. Cal)

3. *Babbitt v. Anthem, Inc.* Case No. 1:15-cv-00394-RLY-MJD (S.D. Ind.)

4. *Bazley v. Anthem, Inc., et al.*, Case No. 2:15-cv-00226-CB (W.D. Pa.)

5. *Becker et al. v. Anthem, Inc.* Case No. 1:15-cv-00230-TWP-DML (S.D. Ind.)

6. *Bell, et al. v. Anthem, Inc., et al.* Case No. 2:15-cv-01214-MWF-AGR (C.D. Cal.)

7. *Bell v. Anthem, Inc., et al.* Case No. 4:15-cv-00067-JRH-GRS (S.D. Ga.)

8. *Bellegarde, et al. v. Anthem, Inc.* Case No. 1:15cv-00587 TWP-TAB (S.D. Ind.)

9. *Benton v. Blue Cross of California, et al.* Case No. 5:15:cv-02403 (N.D. Cal)

10. *Blain, et al. v. Anthem, Inc.* Case No. 1:15-cv-00288-RLY-MJD (S.D. Ind.)

11. *Brescia v. Anthem, Inc., et al.* Case No. 15-cv-00203 (S.D. Ind.)

12. *Brock, et al.* v. *Anthem, Inc., et al.,* Case No. 1:15-cv-00289-TWP-MJD (S.D. Ind.)

13. *Cahill v. Anthem, Inc.* Case No. 1:15-cv-00214-SEB-DML (S.D. Ind.)

14. *Chehrazi, et al. v. Anthem, Inc.* Case No. 1:15-cv-00326-TWP-DKL (S.D. Ind.)

15. *Conley v. Anthem, Inc. et al.,* Case No. 1:16-cv-00164-PB (D.N.H)

16. *Crane v. Anthem, Inc., et al.,* Case No. 5:16-CV-01866-PSG (N.D. Cal)

17. *D'Angelo, et al. v. Anthem, Inc., et al.* Case No. 1:15-cv-00371-LMM (N.D. Ga.)

18. *Daniels v. Anthem, Inc.* Case No. 1:15cv-10530 (N.D. Cal.)

19. *Devito-Jigarjian v. Anthem, Inc.* Case No. 3:15-cv-00316-GPC-JMA (S.D. Cal)

20. *Doe v. Anthem, Inc., et al.* Case No. 2:15-cv-00934-SVW-JPR (C.D. Cal.)

21. *Douglass v. Anthem, Inc., et al.* Case No. 1:15-cv-00307 (S.D. Ind.)

22. *Edwards, et al. v. Anthem, Inc., et al.,* Case No. 3:15-cv-00318-GPC-JMA (S.D. Cal.)

23. *Fessia v. Anthem, Inc., et al.* Case No. 3:15-cv-00431-GPC-JMA (N.D. Cal.)

24. *Fisse, et al. v. Anthem, Inc., et al.* Case No. 2:16-cv-00806 (E.D La.)

25. *Foley v. Anthem, Inc.* Case No. 1:15-cv-00330 (S.D. Ind.)

26. *Fowles v. The Anthem Companies, Inc. et. al.* Case No. 15-cv-02249 (N.D. Cal.)

1. *27. Gil v. Blue Cross of California,* Case No. 3:15-cv-00982-GPC-JMA (S.D. Cal.)
2. *28. Gnipp v. Anthem, Inc.* Case No. 4:15-cv-01031 (N.D. Cal.)
3. *29. Grondona v. Anthem, Inc. et al.,* Case No. 2:15-cv-02251 (E.D. Cal.)
4. *30. Haag v. Anthem, Inc., et al.* Case No. 6:15-cv-00238 (M.D. Fla.)
5. *31. Haas v. Anthem, Inc. Case* No. 15-cv-0518 (S.D. Ind.)
6. *32. Hadley v. Anthem, Inc.,* Case No. 15-cv-0403-SEB-TAB (S.D. Ind.)
7. *33. Harker v. Anthem, Inc.* Case No. 1:15-cv-00223 (S.D. Ind.)
8. *34. Hayes v. Anthem, Inc., et al.* Case No. 1:15-cv-00526-WTL-TAB (S.D. Ind.)
9. *35. Hayes, et al. v. Anthem, Inc., et al.* Case No. 1:15-cv-00284 (N.D. Ohio)
10. *36. Hills v. Anthem, Inc.,et al.* Case No. 1:15-cv-00314-PAB-ME (D. Colo.)
11. *37. Hodges v. Anthem, Inc., et al.* Case No. 4:15-CV-83JM (E.D. Ark.)
12. *38. Holguin, et al. v. Anthem, Inc. et al.,* Case No. 5:15-CV-04460-BLF (N.D. Cal.)
13. *39. Hood v. Anthem, Inc., et al.* Case No. 2:15-cv-00918-CAS-PLA (C.D. Cal.)
14. *40. Hudson v. Anthem, Inc., et al.* Case No. 8:15-cv-00296-MWF-AGR (C.D. Cal.)
15. *41. Hunter et al. v. Anthem, Inc et al.,* Case No. 1:16-cv-10046 (D. Mass.)
16. *42. Hurley v. Anthem, Inc. et al,* Case No. 1:15-cv-00247 (S.D. Ind.)
17. *43. Hyde v. Anthem, Inc., et al.,* Case No. 1:15-cv-00319 (S.D. Ind.)
18. *44. Ifversen v. Anthem, Inc., et al.* Case No. 1:15-cv-0209-SEB-DML (S.D. Ind.)
19. *45. Immerman, et al. v. Anthem, Inc., et al.* Case No. 1:15-cv-00208 (S.D. Ind.)
20. *46. Jones v. Anthem, Inc., et al.* Case No. 1:15-cv-00663 (N.D. Ga.)
21. *47. Juliano v. Anthem, Inc., et al.* Case No. 2:15-cv-00219 (N.D. Ala.)
22. *48. Kamal, et al. v. Anthem, Inc., et al.* Case No. 1:15-cv-00984 (S.D.N.Y)
23. *49. Kaseta-Collins et al. v. Anthem, Inc., et al.,* Case No. 2:16-cv-10082 (E.D. Mich.)
24. *50. Kaslowitz v. Anthem, Inc., et al.* Case No. 1:15-cv-00188 (S.D. Ind.)
25. *51. Kaufman v. Amerigroup Washington, Inc. et al.* Case No. 5:16-cv-02962-LHK (N.D. Cal.)
26. *52. Keeton v. Anthem, Inc., et al.* Case No. 4:15-cv-00513 (E.D. Mo.)
27. *53. Keyser v. Anthem, Inc., et al.* Case No. 1:15-cv-00178-JMS-DML (S.D. Ind.)
28. *54. Kirby v. Anthem, Inc, et al.,* Case No. 2:15-cv-00820 (C.D. Cal.)

55. *Krissman, et. Al v. Anthem* Case No. 5:15-cv-02741-LHK (N.D. Cal.)

56. *Leniski v. Anthem, Inc., et al.* Case No. 5:15cv-02992-LHK (N.D. Cal.)

57. *Lesher, et. al. v. Anthem, Inc. et. al.* Case No. 1:15-cv-00204 (S.D. Ind.)

58. *MacAusland v. Anthem, Inc. et al.,* Case No. 5:15-cv-03882-HRL (N.D. Cal.)

59. *Maric v. Anthem Inc. et. al.* Case No. 3:15-cv-00134-DJH (W.D. Ky.)

60. *Mason v. Anthem, Inc., et al.* Case No. 2:15-cv-00086-JAW (D. Me.)

61. *McGill, et al. v. Anthem, inc., et al.* Case No. 4:15-cv-00050 (S.D. Ind.)

62. *McInnis v. Anthem, Inc., et al.* Case No. 2:15-cv-02577-DDC-JPO (D. Kan.)

63. *McKinley et. al. v. Anthem Inc., et al.* Case No. 1:15-cv-00096-TSB (S.D. Ohio)

64. *Meadows v. Anthem, Inc.* Case No. 1:15-cv-00163-JMS-TAB (S.D. Ind.)

65. *Mellon v. Anthem, Inc., et al.* Case No. 1:15-cv-00323-REB-MJW (D. Colo.)

66. *Mertz v. Anthem, Inc., et al* Case No. 1:15-cv-00422-SEB-MJD (S.D. Ind.)

67. *Mertlich v. Anthem Ins. Co. Inc.,* Case No. 15-01783 (W.D. Wash.)

68. *Mitchel v. Anthem, Inc. et al* Case No. 1:15-cv-00207-JMS-DML (S.D. Ind.)

69. *Moran v. Anthem, Inc., et al* Case No. 2:15:cv-00460-TLN-AC (E.D. Cal.)

70. *Morris v. Anthem, Inc., et al.* Case No. 8:15-cv-00196 (C.D. Cal.)

71. *Myers v. Blue Cross of California, et al.* Case No. 3:15-cv-01766 (N.D. Cal.)

72. *Napolean v. Anthem, Inc., et al.* Case No. 3:15-cv-00293 (S.D. Cal.)

73. *New v. Anthem, Inc., et al.* Case No. 2:15-cv-04787 (C.D. Cal.)

74. *Nicoll v. Anthem, Inc., et al.* Case No. 2:15-cv-00704 (E.D.N.Y.)

75. *Noble, et al. v. RightChoice Managed Care, Inc., et al.* Case No. 4:15-cv-00626-CDP (E.D. Mo.)

76. *Ourth, et al. v. Anthem, Inc., et al.* Case No. 4:15-cv-00957 (E.D. Mo.)

77. *Pantuso v. Anthem, Inc., et al.* Case No. 1:15-cv-00181 (S.D. Ind.)

78. *Paracha, et al. v. Anthem Inc., et al.* Case No. 1:15-cv-00349-JMS-TAB (S.D. Ind.)

79. *Patrick v. Anthem, Inc.* Case No. 3:15-cv-00718 (N.D. Ohio)

80. *Peterman v. Anthem, Inc., et al.* Case No. 3:15-cv-00250 (D. Conn.)

81. *Petty v. Anthem, Inc.* Case No. 1:15-cv-01177 (S.D.N.Y.)

82. *Pierpoint v. Anthem, Inc., et al.* Case No. 3:15-cv-00292 (D. Conn.)

83. *Powell et al. v. Anthem, Inc., et al.* Case No. 2:15-cv-00314 (E.D. Cal.)

84. *Pratt, et al. v. Anthem Inc.* Case No. 2:15-cv-00401 (D. Nev.)

85. *Redhead, et al. v. Anthem, Inc., et al.* Case No. 1:15-cv-01309-WFK-JOED (E.D.N.Y.)

86. *Renninger v. Anthem, Inc.* Case No. 2:15-cv-00669-DSC (W.D. Pa.)

87. *Roberts, et al. v. Anthem Inc., et al.,* Case No. 15-04592 (D. Minn.)

88. *Ruhlemann v. Anthem, Inc., et al.* Case No. 3:15-cv-00345-VLB (D. Conn.)

89. *Salermo, et al. v. Anthem, Inc., et al.* Case No. 2:15-cv-01144 (C.D. Cal.)

90. *Schneider, et al. v. Anthem, Inc., et al.* Case No. 1:15-cv-00920 (S.D.N.Y.)

91. *Scofield v. Anthem, Inc., et al.* Case No. 4:15-cv-00040 (E.D.N.C.)

92. *Shiltz, et al. v. Anthem, Inc., et al.* Case No. 2:15-cv-04083 (S.D. W. Va.)

93. *Sizemore v. Anthem, Inc., et al.* Case No. 2:15-cv-00897-TSB (S.D. Ohio)

94. *Slater v. Anthem, Inc., et al.* Case No. 3:15-cv-00279 (S.D. Cal.)

95. *Smilow, et al. v. Anthem Life & Disability Ins. Co., et al.* Case No. 1:15-cv-02380 (E.D.N.Y.)

96. *Smith v. Anthem, Inc., et al.* Case No. 2:15-cv-00508-JFC (W.D. Pa.)

97. *Staffieri v. Anthem, Inc., et al.,* Case No. 1:15-cv-00287-JMS-TAB (S.D. Ind.)

98. *Stanturf v. Amerigroup Corporation, et al.,* Case No. 2:15-cv-07933-JAR-TJJ (D. Kan.)

99. *Swank v. Anthem, Inc., et al.,* Case No. 1:15-cv-00480-JMS-DML (S.D. Ind.)

100. *Szalankiewicz, et al. v. Anthem, Inc.* Case No. 1:15-cv-00393 (S.D. Ind.)

101. *Tharp, et al. v. Anthem, Inc., et al.,* Case No. 5:15-cv-01046-LHK (C.D. Cal.)

102. *Trawick v. Anthem, Inc., et al.* Case No. 3:15-cv-00321-GPC-JMA (S.D. Cal.)

103. *Vasquez, et al. v. Blue Cross of California, et al.* Case No. 1:15-02055-BRO (C.D. Cal)

104. *Weinberger v. Anthem, Inc., et al.* Case No. 1:15-cv-00201-JMS-DKL (S.D. Ind.)

105. *West v. Anthem, Inc et al.,* Case No. 1:16-cv-00071-ELH (D. Md.)

106. *Whalen v. Anthem, Inc., et al.* Case No. 2:15-cv-02529-MMB (E.D. Pa.)

107. *Xides v. Anthem, Inc., et al.* Case No. 4:15-cv-00638 (N.D. Ohio)

108. *Yarber v. Anthem, Inc.,* Case No. 1:15-cv-00947-TWP-DML (S.D. Ind.)

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2 | **HOGAN LOVELLS US LLP** |
| 3 | CRAIG A. HOOVER<br>E. DESMOND HOGAN |
| 4 | PETER R. BISIO<br>MICHELLE A. KISLOFF |
| 5 | ALLISON M. HOLT |

Dated: July 27, 2018                By:      /s/ Craig A. Hoover

Craig A. Hoover (SBN 113965)
craig.hoover@hoganlovells.com
E. Desmond Hogan (admitted pro hac vice)
desmond.hogan@hoganlovells.com
Peter R. Bisio (admitted pro hac vice)
peter.bisio@hoganlovells.com
Michelle A. Kisloff (admitted pro hac vice)
michelle.kisloff@hoganlovells.com
Allison M. Holt (admitted pro hac vice)
allison.holt@hoganlovells.com
555 Thirteenth Street, NW
Washington, DC 20004-1109
Telephone:     (202) 637-5600
Facsimile:     (202) 637-5910

Michael Maddigan (SBN 163450)
michael.maddigan@hoganlovells.com
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone:     (310) 785-4600
Facsimile:     (310) 785-4601

*Attorneys for Defendants Anthem, Inc., and certain of its affiliates that have been named as defendants in the Fourth Consolidated Amended Complaint (collectively, "Anthem") and Defendants Blue Cross and Blue Shield of Alabama, USAble Mutual Insurance Company d/b/a Arkansas Blue Cross Blue Shield and BlueAdvantage Administrators of Arkansas, California Physicians' Service d/b/a Blue Shield of California, Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue, CareFirst of Maryland, Inc., Blue Cross and Blue Shield of Massachusetts, Inc., Blue Cross and Blue Shield of Michigan, Blue Cross and Blue Shield of Minnesota,*

*Horizon Healthcare Services, Inc., Blue Cross and Blue Shield of North Carolina, Highmark Health Services, and Blue Cross and Blue Shield of Vermont*

**TROUTMAN SANDERS LLP**
CHAD R. FULLER

Dated: July 27, 2018           By:     /s/ Chad R. Fuller

Chad R. Fuller (SBN 190830)
chad.fuller@troutmansanders.com
11682 El Camino Real, Suite 400
San Diego, CA 92130
Telephone:     (858) 509-6056
Facsimile:     (858) 509-6040

*Attorney for Anthem*

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
JOHN D. MARTIN
LUCILE H. COHEN

Dated: July 27, 2018           By:     /s/ John D. Martin

John D. Martin (admitted pro hac vice)
john.martin@nelsonmullins.com
Lucile H. Cohen (admitted pro hac vice)
lucie.cohen@nelsonmullins.com
1320 Main Street, 17th Floor
Columbia, SC 29201
Telephone:     (803) 255-9241
Facsimile:     (858) 256-7500

*Attorneys for Anthem*

**KIRKLAND & ELLIS LLP**
BRIAN P. KAVANAUGH
KATHERINE WARNER
JESSICA STAIGER
LUKE C. RUSE

Dated: July 27, 2018           By:     /s/ Brian P. Kavanaugh

Brian Kavanaugh (admitted pro hac vice)
brian.kavanaugh@kirkland.com
Katherine Warner (admitted pro hac vice)

| | |
|---|---|
| 1 | kate.warner@kirkland.com |
| 2 | Jessica Staiger (admitted pro hac vice)<br>iessica.staiger@kirkland.com |
| 3 | Luke C. Ruse (admitted pro hac vice)<br>luke.ruse@kirkland.com |
| 4 | 300 N. LaSalle<br>Chicago, IL 60654 |
| 5 | Telephone: (312) 862-2000 |
| 6 | Facsimile: (312) 862-2200 |

*Attorneys for The Blue Cross Blue Shield Association and Health Care Service Corporation, a Mutual Legal Reserve Company, d/b/a Blue Cross and Blue Shield of Illinois and Blue Cross and Blue Shield of Texas*

**ALTSHULER BERZON LLP**
EVE H. CERVANTEZ
DANIELLE E. LEONARD
MEREDITH A. JOHNSON

Dated: July 27, 2018          By: /s/ Eve H. Cervantez

Eve Cervantez (SBN 164709)
ecervantez@altshulerberzon.com
Danielle E. Leonard (SBN 218201)
dleonard@altshulerberzon.com
Meredith A. Johnson (SBN 291018)
mjohnson@altshulerberzon.com
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

**COHEN MILSTEIN SELLERS & TOLL PLLC**
ANDREW N. FRIEDMAN
GEOFFREY GRABER
SALLY M. HANDMAKER
ERIC KAFKA

Dated: July 27, 2018          By: /s/ Andrew N. Friedman

Andrew N. Friedman (admitted *pro hac vice*)
afriedman@cohenmilstein.com
Geoffrey Graber (SBN 211547)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ggraber@cohenmilstein.com
Sally M. Handmaker (SBN 281186)
shandmaker@cohenmilstein.com
Eric Kafka
ekafka@cohenmilstein.com
1100 New York Ave. NW
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Lead Plaintiffs' Counsel*

**GIRARD GIBBS LLP**
ERIC GIBBS
DAVID M. BERGER
1 Kaiser Plaza, Suite 1125
Oakland, California 94612
Telephone:  (510) 981-4800
Facsimile:  (415) 981-4846

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
MICHAEL W. SOBOL
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339

*Plaintiffs' Steering Committee*

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the signatories shown above.

Dated: July 27, 2018                                             /s/ Craig Hoover
                                                                                    Craig Hoover