Robert Grondona
1909 Fallen Leaf Lane
Lincoln CA 95648

**FILED**

SEP 1 4 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE ANTHEM INC. DATA BREACH LITIGATION

Case No.: 5:15-MD-02617-LHK

OBJECTION TO SETTLEMENT AND CONDITIONAL EXCLUSION BY NAMED PLAINTIFF

I am ROBERT GRONDONA, named plaintiff in (case). I am the only, or one of the few, class representative who is not receiving compensation for serving in the position of Class Representative. I am motivated by obtaining justice for victims and helping to fight the on-going criminality resulting from an earlier Anthem breach as well another Anthem breach in 2015.

My identity has been the subject of <u>two</u> data breaches at Anthem Blue Cross, one in 2011, and one in 2015.

Following the 2011 data breach, I discovered that financial crimes were being committed using my identity; I discovered this because PayPal sent me 1099-K forms in 2011 and 2012 for money I did not send or receive, totaling about $330,000. I also received 1099-K's from WePay (a money transmitter similar to PayPal) in 2013 and 2014, totaling $762,000 and the total will go higher if I can obtain the 1099-Ks for 2015-2017.  Due to the 2011 data breach, financial crimes involving more than $1,000,000 have been committed using my identity. On further investigation, it appeared that both PayPal and WePay were both transmitting money to/from people using my identity.  When I tried to get further information from PayPal, they stonewalled me. On further research, with the assistance of the self-help center at my local court, I discovered that PayPal, a "Money Transmitter," is not subject to CA State consumer protection regulations on banks, nor are is it subject to reporting requirements that would allow law enforcement to detect suspicious international transfers of money.  In short, I believe my identity is being used to launder money for criminal enterprises, with the knowledge and assistance of PayPal through company policies that "look the other way."

I have been trying to pursue this problem for many years now and have gotten very little assistance from law enforcement. In order to find out who is committing crimes in my name, I will

need to pursue remedies against PayPal, since they have the records of what money has been transferred in my name.

**The proposed settlement would prevent me from pursuing my claims against PayPal arising from my 2011 identity theft.**

1. By the terms of this settlement, the settlement proceeds are to be paid to class members via PayPal. PayPal may not be an "affiliate" under the definition in the settlement, but there is a close business relationship between Anthem and PayPal. Since PayPal profits from identity theft, and it, as a result of "poisonous relationships" now will also profit from distribution of settlement proceeds.

2. The settlement and release language can be read to preclude me from pursuing my claims against PayPal for the 2011 breach.

The release language is at 13.1 (page 24) of the Settlement Agreement and Release:

> "As of the Effective Date, all Settlement Class Representatives and all Settlement Class Members absolutely and unconditionally release and discharge any and all **Released Claims** against each and every Defendant, their current, former, and future Affiliates, Parents, and Subsidiaries, **and every other person or entity**." (emphasis added)

The FAQ's on the data breach website (www.databreach-settlement.com), FAQ #20, state:

> **What am I giving up to stay in the Settlement Class?**

>If you make a claim, or if you do nothing, you will be releasing all of your legal claims relating to the Data Breach against all of the Defendants and every other person or entity (except the cyber attackers who committed the criminal acts involved in the Data Breach and persons or entities that intentionally misuse the Personal Information stolen in the Data Breach for unlawful purposes) when the Settlement becomes final. **By releasing your legal claims, you are giving up the right to file lawsuits against, or seek further compensation from, the Defendants and every other person or entity (<u>except the cyber attackers who committed the criminal acts involved in the Data Breach and persons or entities that intentionally misuse the Personal Information stolen in the Data Breach for unlawful purposes</u>)** for any harm related to the Data Breach—whether or not you are currently aware of those claims. Unless you exclude yourself from the Settlement (see Questions 26-29), all of the orders and decisions by the Court will bind you. That means you will be bound to the terms of the Settlement, and accompanying Court orders, and cannot bring a lawsuit, or be part of another lawsuit against Defendants or any other person or entity (except the cyber attackers who committed the criminal acts involved in the Data Breach and persons or entities that intentionally misuse the Personal Information stolen in the Data Breach for unlawful purposes) relating to the Data Breach.
>(emphasis added)

I have two problems with this language. First, it may estop me from suing third parties, such as PayPal, profited from transactions in which my identity was fraudulently because those parties were not the perpetrators of the identity theft. PayPal would get the benefit of this settlement although they have put NO money into the settlement and are in fact making a profit on this settlement because they are being paid to distribute settlement funds. (According to the settlement information, they are distributing settlement funds electronically; they do not do this for free, therefore PayPal is being paid.) See FAQ 17 where

Paypal is presented to provide ALTERNATIVE COMPENSATION via the class member providing a Paypal account.

My second problem comes from the definition of "Released Claims." According to the definitions in the settlement agreement, 1.32 "Released Claim" means:

> "Released Claim" means any claim liability, right, demand, suit, obligation, damage, including consequential damages, losses or costs, punitive damages, attorney's fees and costs, actions or causes of action, of every kind or description whether known or Unknown (as the term, "Unknown Claims" is defined herein), suspected or unsuspected, asserted or unasserted, liquidated or unliquidated, legal, statutory, or equitable—**related to or arising from any of the facts alleged in any of the Actions**.  (emphasis added)

"Actions" (1.1 of definitions) means all of the actions listed in Exhbit 1, which have been filed in, transferred to, or otherwise assigned to the court and included in coordinated or consolidated pretrial proceedings as part of *In re Anthem Inc Data Breach Litigation*, case No. 5:15-MD-02617-LHK.

My Third problem with the Settlement is that I am still trying to find out who the perps are and the "paper trail" runs through Paypal,Wepay,etc. If they won't provide victim/plaintiff with the documents, I will have to file suit against them(declaratory relief, which would require them to comply with FCRA rules and this settlement would prevent me from doing so because it settles ALL disputes between myself and "all other entities" other than the original ID Thieves.

I am informed that some of the complaints in these coordinated cases have alleged the existence of the 2011 breach as part of the factual background to discussion of the 2015 data breach. Because of the extremely broad definition of "released claims" (including anything merely mentioned/alleged in any lawsuit that is coordinated here), I may be precluded from pursuing claims against money transmitters who profited from illegal transactions traceable to the 2011 breach.

I declare under penalty of perjury that the foregoing is true and correct.

DATE: 9-12-18

_____
Robert Grondona