UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANTHEM, INC. DATA BREACH LITIGATION | Case No. 15-MD-02617-LHK<br><br>**ORDER RE: RESPONSE TO OBJECTION AND MOTION FOR ATTORNEY FEES** |

After issuing an order granting the motion for final approval and an order granting in part and denying in part the request for attorneys' fees and litigation expenses, this Court entered judgment on August 16, 2018. ECF Nos. 1046, 1048, 1049. A notice of appeal was filed by objectors on September 11, 2018. ECF No. 1051. Two additional notices of appeal were filed by objectors on September 13, 2018. ECF Nos. 1053, 1055.

After the filing of these three notices of appeal, the Court received two additional filings in this case on September 14, 2018. First, Robert Grondona filed an Objection to Settlement and Conditional Exclusion by Named Plaintiff. ECF No. 1056. Second, objector Teresa Mayo filed a Motion for Attorney Fees. ECF No. 1057.

The Court requests that the parties file a joint response to these two filings by September 20, 2018. In that response, the parties should address the merits of the two filings and whether the Court has jurisdiction in light of the three pending notices of appeal.

**IT IS SO ORDERED.**

Dated: September 17, 2018

_____
LUCY H. KOH
United States District Judge