UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE A ARNOLD,<br>   Plaintiff,<br> v.<br>ANTHEM INC.,<br>   Defendant. | Case No. 18-cv-02981-JSW<br><br>**SUA SPONTE REFERRAL ORDER** |

  Pursuant to Northern District Local Rule 3-12(c), the Court HEREBY REFERS this matter to the Honorable Lucy H. Koh for the purposes of determining whether it is related to *In re Anthem Data Breach Litigation*, No. 15-md-2617.

  **IT IS SO ORDERED.**

Dated: October 31, 2018

               _____
               JEFFREY S. WHITE
               United States District Judge