# Exhibit 1

Marie Arnold
1631 Ivyglenn Dr.
San Ramon, CA 94582
925-263-2150
Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARIE ARNOLD, | Case No. 4:18 CV- 02981-JSW |
| Plaintiff, | "FIRST AMENDED COMPLAINT" |
| vs. | BREACH OF INSURANCE CONTRACT |
| | DISCLOUSURE OF CONFIDENTIAL |
| ANTHEM INC. | MEDICAL RECORDS |
| Defendant, | |

## JURISDICTION

1. Jurisdiction is conferred upon this Court pursuant to 28 U.S.C section 1332 (d) Class Action Fairness of 2005

2. This Court has Diversity jurisdiction over Defendant Anthem Inc. is Wisconsin Corporation.

## VENUE

3. Venue is proper pursuant 28. U.S.C. 1391 in Northern District of California

## INTRA- DISTRICT ASSIGNMENT

4. This lawsuit is assigned to Oakland Division Court.

## PARTIES

5. Plaintiff Marie Arnold is natural person and reside in San Ramon, California,

6. Defendant Anthem, Inc P.O. Box 260 Monroe, WI 53566-0260

7. Defendant headquarter is Indianapolis

## STATEMENT OF FACT

Defendant Anthem Inc Data Breach Litigation. existence of 2015 Class Action Claim ID: 1011531945701. A family of 5, kids name initials JMD, LAD,WTJ,MHA, and Plaintiff Marie Arnold. Plaintiff asserted her administrative remedies send a demand letter to Anthem Inc. Plaintiff request to included William Jackson, Liliana Dantes, Jasmyn Dantes, Mark Arnold. This claim be included in Class Members regardless of deadline. This claim is filed in Court. for the compensation for punitive damages cause by the Defendant's negligence and breach of Contract. Defendant did not respond to demand letter. Therefore, Plaintiff filed civil action. Plaintiff had use medical service approve by Blue Cross and Blue Shield Anthem Inc. Plaintiff use Anthem in doctor appointments, Laboratories, diagnostic and health check –ups pedi care appointments, medications anywhere health care insurance is excepted. Mostly clinics and hospitals. Anthem holds plaintiff's personal information such as SSN, address, phone number, Anthem has access medical diagnosis, medical condition updates. Health care ID, Testing result and billing Information, medical procedures, radiology, ultrasounds, emergency procedures. Plaintiff was

misdiagnosis that was lingering her medical records without her knowing. Plaintiff being libel and slander due to unlawful disclosure of medical records. Breach of contract, California Privacy law. Medicare Annual Enrollment. The protected Health Information (PHI) disclosed included only the following your name, home mailing address, Blue shield subscriber number, telephone Medicare advantage Plan offered by another health insurance company. Disclosure PHI to an insurance broker is violation Blue Shield polices. Plaintiff as of present is still being harassed and defamation in place and were her family go. Plaintiff had filed witness protection program 2016. Plaintiff misdiagnosis Two women people would state" pertaining medical records go away" in front of in line, in a Whole Food store. Plaintiff know is not true, it's false statement. Plaintiff felt embarrassed, ashamed, upset. and discriminated even it's false. It's public harassment and breach. Plaintiff and her family been recovering from nightmares, mental abuse. This a very serious crime, Plaintiff health reflects on her kid's health. Plaintiff and her family encountered hate crime break in apartments, people put nail in her tire before court hearing. Plaintiff water source were compromised water. Medical breach discriminates, obsessed criminal activity, break in, theft in bank accounts, your asset is compromised, good public records, medical records, healthcare insurances. *(Kelly vs. Kaiser Permanente )* California Attorney General vs. Kaiser Foundation Health Plan breach 2014. Compliance Officer to follow and with state and federal regulation. Reported to Privacy Officer of breaching in public.

Plaintiff reported State of California Public Health and Mayors City hall for water test. This breach of contract has cause severe emotional distress. Plaintiff and her family is part of Anthem Inc. Data Breach. Plaintiff suffered emotional distress was treated by medical doctor with medication and counseling. libel, slander or similar claim alleging that form of speech are false have caused danger to reputation or emotional distress have presented any person a false light or have resulted Defamation criticism.

There are several thing a person must prove to establish that libel has taken place in United States, a person must prove that. **1)** statement was false. **2)** cause harm **3)** made with adequate research into truthfulness of statement. "reckless disregard for the truth actual malice." "intend to do harm." Plaintiff false medical condition is libel, unaware that misdiagnosis is part of insurance diagnostic causing confusion with her health check ups. Unpreventable if the medical records has been requested by other Hospitals and clinics. This has cause Plaintiff emotional distress, discriminated, pain and suffering, paranoid, fear of disease, fear of hospital falsely accuse of loathsome Defamation may create a negative public image for person without a prior public image.

Plaintiff indeed had normal life until **breach of medical records**, all her sensitive psy records got expose by cyber attack. This stress out plaintiff, public humiliation. And the government is also defamation because of breach, This does not protect on First Amendment of freedom of speech it actually violates and liable for federal law charges when it's reputational harm to the " direct victim." as hate crime. Defendant careless, reckless, committed breach of contract violated HIPPA LAW, SLAPP, California Privacy Law. Plaintiff and family suffered harm emotional distress. Negligence and carelessness of Defendant's technology caused harm to customers. Plaintiff **had to report hate crime** to DOJ and FBI.

## FIRST CAUSE OF ACTION
## BREACH OF CONTRACT

Duty of care owed by the Defendant to the plaintiff. Defendant violated and breach on protecting personal health information, diagnosis, lab results, and companies the Defendant is contracted 80 million customer and plaintiff and her family been cyber attack and defamation. Defendant had a legal obligation to secure sensitive confidential medical records even false statement. on patients medical record. Defendant negligence had cost plaintiff tremendous emotional

distress and pain suffering breaching and disclosing medical record. This is violation of Health Insurance Portability Act. Safeguarding and securing personal medical information. Defendant breach the contract, SLAPP, California Privacy Act, HIPPA LAW in written contract. Which Defendant is obligated by contract. This compromise all Anthem Inc. customer personal information and life even to (ERISA) plaintiff is being judge for Psy Medical treatments and diagnosis, hinders ability to find job by stalkers who discriminates mental disability. Which should be protected ADA American Disability Act. Securing personal information reducing criminal activity, Identity theft. This has cause in fact in plaintiff suffered emotional distress and Defendant is liable for negligence. Plaintiff has to defend her family and herself from false libel against public and government. Plaintiff faced public harassment and rejections of services. Plaintiff would get services in banks, restaurants, shopping mall. People would delay the false medical information, using wireless inception communication. Damages are emotional distress, pain and suffering, mental anguished, and punitive damages. Plaintiff and her family was harm by Defendants negligence by paranoid and fear of misdiagnosis, electro shocks from government projects. Unlawful stalking and unlawful behavior of slander and libel from the public. Plaintiff had requested witness protection program and reported all the Plaintiff falsely accuse loathsome or Psy Medical treatment records. libel and dignity, assassination of good character and discrimination and hate crime. The liability of HIPPA violation, imprisonment of breaching unlawful libel and slanders. Anthem county services clinics and county and government organization as well in Medicare part A and Part B. Defendant is a failure to exercise the care that a reasonably prudent person would exercise in like In like circumstance, caused by carelessness. Defendant breach SSA and SSI Retirement Disability, customers are at risk from stalkers and identity thefts, discriminated due to disability, mental, and conditions. It's bunch of men and women uses homeland security to stalk, insurance practice. They force people to commit crimes to injury people on SSA and SSI. Defendant should be

fine for breach. Plaintiff and her family got hurt from their negligence health wise. FDA and recalls are not updating recalls. The water company neglecting to run quality water, therefore SSA and SSI customers are in danger in society. Perhaps insurance company in contract by SSA and SSI to be observed. Defendant wrongdoing and failure cause targeting individuals. The government who uses PMR transmission radio frequency to broadcast your personal life. Medicare is part SSA and SSI and source of income of confidentially has been breached all over United States. Defendant committed malice, disregard of rights of other. This is low income insurance with life information. Plaintiff family gets stalks 1. travel in interstate territorial jurisdiction injure, harass, intimidate or place under surveillance and using electronic communication services. that person under 2. cause attempts to or would be reasonably expected to cause substantial emotional distress. The Defendant is accountable and liable for this action because of unlawful disclosure and sharing customers personal information to other insurance brokers, intentional crime, devious and breach of contract. It's HIPPA violation of personal health information. This violates Standard Care, Defendant should be aware of Medical Law Ethics and Law. Federal U.S. Constitution Fourth Amendment the ultimate of this provision is to protect people right to privacy, To claim violation of Fourth Amendment as basis, for suppressing a relevant evidences, the court had long required that the claimant must prove that he himself was victim of an invasion of privacy. Plaintiff and her family are being stalked and harassed by using video surveillance due Defendant negligence PHI breaches. Plaintiff privacy is being invaded every time Plaintiff withdraw from her bank account someone broadcast her pin number. Plaintiff goes medical appointments in hospital for her check up, Plaintiff gets stalked and breach all over town. Even out of state, in airplane, in bus, in the train, in the apartment which I'm leasing. The neighbors delaying false breach medical record. This cause emotional distress

cause by electronic error misdiagnosis since 2008 and 2015 caught in medical record physical evidences CD, and man medical record was discover in Plaintiff medical record. The same time of Anthem Inc. Cyber attacked. Which Plaintiff fights and exercise rights to protect her healthy Children. Plaintiff mental health records she established has been breached.

It mandatory to remove all false medical records that can jeopardize your good health. Mental healthcare data got breach. How impact people like me and my family. This breach discriminate people and prevent them to get job and they don't understand the circumstance and incidents of victims. This carelessness of medical record that was discovered on live lingering in insurance companies that has access Healthcare Data System. Plaintiff will continue addresses the importance health records and continue on reviewing looking out for false information in the medical records. Our government Human Health Services Depart. works on investigating on medical breach and professional negligence. Defendant violated Plaintiff secure at home and medical clinics and Hospitals. Defendant breach their obligations by committed Bad faith. Defendant breach and violated Privacy Act policy Anthem Inc contract, Plaintiff and family notice of breach claim and letter **(EXHIBIT A). (45 C.F.R. 160,103,164,501) HIPPA Privacy.**

    Defendant failed and committed breach of contract by violating patients privacy and unlawful in sharing personal health information to insurance broker. Due to Defendant breach of contract Plaintiff is stalked and harassed and health is being compromise due to stalkers in homeland security using video survelliance, accessing all cameras. This cost tremendous amount of emotional distress, mental anguished, fear of society, boundaries violated. Plaintiff has to report to law enforcement of violators who tamper and destroy property and car. The stalkers in video survelliance are forcing people to commit crimes to harm Plaintiff and her family. Defendant implied obligation by breaching personal health information in carelessness, wrongful conduct intentionally breaching

patients health information Anthem Inc. Data Breach *(Anthem Inc. Data Breach* (EXHIBIT) A *Litigation)* **Case No. 15-MD-02617-LHK** Defendant breach of contract, data breach.

## CLAIMS

## BREACH OF CONTRACT

## RELIEF

Plaintiff seeks punitive damages $500,000.00 and emotional damages $500,000.00 to remove medical records, To use Identity theft for whole family. Settlement Claim Class members of $10,000 person. $50,000.00 Plaintiff request Administrative to included everyone in Class Action binding proposal in writing due deadline. If not meet binding to relate case to **15-MD-02617-LHK.** Prefer to do separate claim.

Date Oct.29,2018                                                         **DEMAND FOR JURY TRIAL**
Respectfully,

*/s/ Marie Arnold*
Marie Arnold, Plaintiff
Pro Se

# EXHIBIT A

**Anthem.**　1-01

Anthem, Inc.
P.O. Box 260
Monroe, WI 53566 - 0260

883217:S008A  P0000L 0000** -P01853  L  7709  A
MARK RUSTIA
1201 SYCAMORE TER SPC 102
SUNNYVALE CA 94086-8712

March 17, 2015

Dear MARK RUSTIA:

On January 29, 2015, Anthem, Inc. (Anthem) discovered that cyber attackers executed a sophisticated attack to gain unauthorized access to Anthem's IT system and obtained personal information relating to consumers who were or are currently covered by Anthem or other independent Blue Cross and Blue Shield plans that work with Anthem. Anthem believes that this suspicious activity may have occurred over the course of several weeks beginning in early December 2014.

As soon as we discovered the attack, we immediately began working to close the security vulnerability and contacted the FBI. We have been fully cooperating with the FBI's investigation. Anthem has also retained Mandiant, one of the world's leading cybersecurity firms, to assist us in our investigation and to strengthen the security of our systems.

**Consumers Impacted**

Current or former members of one of Anthem's affiliated health plans may be impacted. In addition, some members of other independent Blue Cross and Blue Shield plans who received healthcare services in any of the areas that Anthem serves over the last 10 years may be impacted. Anthem is providing identity protection services to all individuals that are impacted. For a listing of potentially impacted Anthem affiliated health plans and other Blue Cross and Blue Shield companies for which Anthem is providing this service, visit AnthemFacts.com to view a list. Anthem is a service provider to other group health plans and Blue Cross and Blue Shield plans across the country.

**Information Accessed**

The information accessed may have included names, dates of birth, Social Security numbers, health care ID numbers, home addresses, email addresses and employment information, including income data. We have no reason to believe credit card or banking information was compromised, nor is there evidence at this time that medical information such as claims, test results, or diagnostic codes, was targeted or obtained.

**Identity Protection Services**

Anthem has arranged to have AllClear ID protect your identity for two (2) years at no cost to you. The following identity protection services start on the date of this notice, or the date you previously enrolled in services based on information posted on AnthemFacts.com. You can use them at any time during the next two (2) years after your service begins.

1

0033105410142774695994086871227

ANTMSBN01_3/15

- AllClear SECURE: The team at AllClear ID is ready and standing by if you need identity repair assistance. This service is automatically available to you with no enrollment required. If a problem arises, simply call 1-877-263-7995 and a dedicated investigator will do the work to recover financial losses, restore your credit and make sure your identity is returned to its proper condition. AllClear ID maintains an A+ rating at the Better Business Bureau.

- AllClear PRO: This service offers additional layers of protection including credit monitoring and a $1 million identity theft insurance policy. For a child under 18 years old, AllClear ID ChildScan identifies acts of fraud against children by searching thousands of databases for use of your child's information. To use the PRO service, you will need to provide your personal information to AllClear ID. To learn more about these services, or to enroll, visit our source of truth https://www.AnthemFacts.com and click on the AllClear ID link from there. Please note: Additional steps may be required by you in order to activate your phone alerts.

**Mailed Notification**
Anthem will individually notify all potentially impacted current and former members by U.S. Postal mail, so your household may get more than one letter with this same specific information on how to enroll in free credit monitoring and identity protection services. These services will be provided to potentially impacted current and former members free of charge. Anthem has also established a dedicated website (AnthemFacts.com) where members can access additional information, including frequently asked questions and answers.

**Toll-Free Hotline**
Anthem has established a dedicated toll-free number that you can call if you have questions related to this incident. That number is 877-263-7995. We have included contact information for the three nationwide credit bureaus below.

*Si necesita información en español, ingrese en antheminforma.com.*

**Fraud Prevention Tips**
We want to make you aware of steps you may take to guard against identity theft or fraud.

We recommend that potentially impacted members remain vigilant for incidents of fraud and identity theft, including by reviewing account statements and monitoring free credit reports. In addition, you can report suspected incidents of identity theft to local law enforcement, the Federal Trade Commission, or your state attorney general. To learn more, you can go to the FTC's Web site, at www.consumer.gov/idtheft, or call the FTC, at (877) IDTHEFT (438-4338) or write to the Federal Trade Commission, Consumer Response Center, 600 Pennsylvania Avenue, NW, Washington, DC 20580.

You should be aware of scam email campaigns targeting current and former Anthem members. These scams, designed to capture personal information (known as "phishing"), are designed to appear as if they are from Anthem and the emails include a "click here" link for credit monitoring. These emails are **NOT** from Anthem.

- DO NOT reply to the email or reach out to the senders in any way.

- DO NOT supply any information on the website that may open, if you have clicked on a link in email.

- DO NOT open any attachments that arrive with email.

Anthem is not calling members regarding the cyber attack and is not asking for credit card information or Social Security numbers over the phone. For more guidance on recognizing scam email, please visit the FTC Website: http://www.consumer.ftc.gov/articles/0003-phishing.

2

Case 5:15-md-02617-LHK Document 1074-1 Filed 01/29/18 Page 213 of 516

*Data Breach Litigation*
P.O. Box 404012
Louisville, KY 40233-9821



PRESORTED
FIRST-CLASS
U.S. POSTAGE
PAID
YORK, PA
PERMIT NO. 12039

# You Can Get *FREE* Credit Monitoring Services To Help Protect You Against the Possible Unlawful Use of Your Personal Information That May Have Been Taken In The ANTHEM DATA BREACH.

# Other Benefits From the Class Action Settlement May Be Available To You.

**Complete & Return the Attached Claim Form by January 29, 2018.**

**www.DataBreach-Settlement.com**

**1-855-636-6136**

*Para una notificación en Español, llamar o visitar nuestro sitio web.*

**AAB**

Postal Service: Please Do Not Mark Barcode

Claim#: AAB-1001727881401-388434

************AUTO**5-DIGIT 94086
1254  0196331 / 0785194  2  T1362  2529  0032
Marie Arnold
1201 Sycamore Ter Spc 102
Sunnyvale, CA 94086-8712

---

*Complete this Claim Form, tear at perforation above, and return by U.S. Mail no later than January 29, 2018.*

*Carefully separate at perforation.*  Claim ID: 1001727881401

AABCF-02

## ANTHEM DATA BREACH CREDIT MONITORING SERVICES CLAIM FORM

**CREDIT MONITORING SERVICES:** You have been identified as someone who is included in this class action settlement and eligible to receive free Credit Monitoring Services. Credit Monitoring Services are designed to protect you from the possible unlawful use of your personal information taken as a result of the Anthem Data Breach, along with other valuable identity protection services. Credit Monitoring Services will be provided for at least a two year period starting on the date you enroll for Credit Monitoring Services or 5 business days after the Settlement becomes final, whichever comes later.

To receive free Credit Monitoring Services you must (i) return this Claim Form, or (ii) complete a Claim Form online at www.DataBreach-Settlement.com. If you would prefer to receive instructions for Credit Monitoring Services by email, please provide your email address:

| @ | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**ALTERNATIVE COMPENSATION:** If you already have Credit Monitoring Services and certify that you will keep them until at least October 30, 2018, you may apply for an "Alternative Compensation" payment instead of Credit Monitoring Services. The payment will be up to $36, depending on participation in the claims program. To make an Alternative Compensation claim, visit www.DataBreach-Settlement.com or call 1-855-636-6136.

**REIMBURSEMENT OF VERIFIABLE OUT-OF-POCKET COSTS:** In addition to the option above, you may also claim reimbursement for verifiable out-of-pocket costs you believe you incurred as a result of the Data Breach. Go to www.DataBreach-Settlement.com to make a claim.

**NOTE:** If you do not file a Claim Form you may still access Fraud Resolution Services after the Settlement becomes final in connection with the possible unlawful use of your personal information. Fraud Resolution Services will not be available until after the Effective Date. The earliest possible Effective Date is March 5, 2018. Go to www.DataBreach-Settlement.com or call the toll free number above after March 5, 2018, to determine whether the Effective Date has occurred, and to obtain instructions on how to access the Fraud Resolution Services.

Signature: _____  Date (mm/dd/yyyy): _____





1001727881401    AAB

A Class Action Settlement has been proposed in litigation against Anthem, Inc., its subsidiaries and affiliates, and certain Blue Cross and Blue Shield companies relating to the Data Breach that Anthem announced in February 2015. Personal information of approximately 79 million people, which may have included names, birth dates, Social Security numbers, health care ID numbers, home and email addresses, and employment information, was taken during the Data Breach. Plaintiffs claim that Anthem did not adequately protect their personal information and that they were injured as a result of the Data Breach. Defendants deny any wrongdoing. No court or entity has made any judgment or determination of wrongdoing or whether any law has been violated.

**Who is Included?** Records indicate you are included in this Settlement as a Settlement Class Member. Settlement Class Members include people who received a notice about the Data Breach that was announced by Anthem in February 2015; and/or whose personal information was taken during the Data Breach.

**What does the Settlement Provide?** The Settlement establishes a $115 million Settlement Fund to pay for: credit monitoring services, alternative compensation, and out-of-pocket costs to Settlement Class Members who file valid Claim Forms; Fraud Resolution Services for all Settlement Class Members; administrative costs of the Settlement; attorneys' fees and costs; and Service Payments to the named Plaintiffs. Anthem will also change its business practices to enhance the security of data going forward. **Credit Monitoring:** Settlement Class Members may file a Claim Form to receive at least two years of free Credit Monitoring. **Alternative Compensation:** If you already have credit monitoring or identity protection services and will keep them until at least October 30, 2018, you may claim a cash payment (up to $36) instead of Credit Monitoring Services. Alternative Compensation Claims will be paid out of the money remaining in the Settlement Fund after the amount needed to pay valid claims for Credit Monitoring Services and Out-of-Pocket Costs, attorneys' fees and costs, administrative costs, and Service Payments to the Plaintiffs are deducted. The amount of Alternative Compensation payments depends on participation in the claims program. **Out-of-Pocket Costs:** If you believe you had to spend money, or that you lost time or money due to the Data Breach, you may file a claim for reimbursement (up to $10,000). The amount paid for Out-of-Pocket Costs Claims will depend on documentation of your losses and participation in the claims program. Up to $15 million of the Settlement Fund has been designated to pay Out-of-Pocket Cost Claims. **Fraud Resolution:** Regardless of whether you file a Claim Form, you may access Fraud Resolution Services after the Settlement becomes final. The Settlement will not become final until the Effective Date. The earliest possible Effective Date is March 5, 2018. Please check www.DataBreach-Settlement.com or call toll free 1-855-636-6136 after March 5, 2018, to determine whether the Effective Date has occurred, and to obtain an Engagement Number and instructions on how to access the Fraud Resolution Services.

**Your Other Options.** If you file a Claim Form, object to the Settlement or do nothing, you are choosing to stay in the Settlement Class. This means you will be legally bound by all orders of the Court and you will not be able to start, continue or be part of any other lawsuit against Defendants or any other person or entity (with certain limited exceptions) relating to the Data Breach. If you don't want to be legally bound by the Settlement or receive any benefits from it, you must exclude yourself by **December 29, 2017**. If you do not exclude yourself, then you may object to the Settlement if you are not satisfied with its terms.

**The Fairness Hearing.** The Court has scheduled a hearing in this case (*In re Anthem, Inc. Data Breach Litigation*, Case No. 15-md-02617) for **February 1, 2018**, to consider: whether to approve the Settlement, up to $597,500 as Service Payments for the named Plaintiffs, up to $37.95 million as attorneys' fees and up to $3 million as litigation costs; as well as any objections. These payments, fees and costs will come out of the Settlement Fund. You or your attorney may attend and ask to appear at the hearing by mailing a "Notice of Intent to Appear" to the Court by **December 29, 2017**, but you do not have to.

This Notice is only a summary. More information on filing a claim, objecting or excluding yourself from the Settlement, and the terms and benefits of the Settlement, is available in the detailed notice and Settlement Agreement at www.DataBreach-Settlement.com.

AAB



BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 959   LOUISVILLE, KY

POSTAGE WILL BE PAID BY ADDRESSEE

IN RE ANTHEM, INC. DATA BREACH LITIGATION
P O BOX 404012
LOUISVILLE KY 40233-9821

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**Court Approved Legal Notice**

**You Can Get *FREE* Credit Monitoring Services To Help Protect You Against the Possible Unlawful Use of Your Personal Information That May Have Been Taken In The ANTHEM DATA BREACH.**

**Other Benefits From the Class Action Settlement May Be Available To You.**

**Complete & Return the Attached Claim Form by January 29, 2018.**

**www.DataBreach-Settlement.com**

**1-855-636-6136**

*Para una notificación en Español, llamar o visitar nuestro sitio web.*

**AAB**



PRESORTED
FIRST-CLASS
U.S. POSTAGE
PAID
YORK, PA
PERMIT NO. 12039

*In re Anthem, Inc.*
*Data Breach Litigation*
P.O. Box 404012
Louisville, KY 40233-9821




Postal Service: Please Do Not Mark Barcode

Claim#: AAB-10115319457O1-2552865

\*\*\*\*\*\*\*\*\*\*\*\*AUTO\*\*5-DIGIT 94086
1326  0195965 / 0783730  2  T1352  2546  0031
Parent or Guardian Of Lilianna Dantes
1201 Sycamore Ter Spc 102
Sunnyvale, CA 94086-8712

---

*Carefully separate at perforation.*     Claim ID: 10115319457O1

**AABCRD2**

*Complete this Claim Form, tear at perforation above, and return by U.S. Mail no later than January 29, 2018.*

## ANTHEM DATA BREACH CREDIT MONITORING SERVICES CLAIM FORM

**CREDIT MONITORING SERVICES:** You have been identified as someone who is included in this class action settlement and eligible to receive free Credit Monitoring Services. Credit Monitoring Services are designed to protect you from the possible unlawful use of your personal information taken as a result of the Anthem Data Breach, along with other valuable identity protection services. Credit Monitoring Services will be provided for at least a two year period starting on the date you enroll for Credit Monitoring Services or 5 business days after the Settlement becomes final, whichever comes later.

To receive free Credit Monitoring Services you must (i) return this Claim Form, or (ii) complete a Claim Form online at www.DataBreach-Settlement.com. If you would prefer to receive instructions for Credit Monitoring Services by email, please provide your email address:

@ _____

**ALTERNATIVE COMPENSATION:** If you already have Credit Monitoring Services and certify that you will keep them until at least October 30, 2018, you may apply for an "Alternative Compensation" payment instead of Credit Monitoring Services. The payment will be up to $36, depending on participation in the claims program. To make an Alternative Compensation claim, visit www.DataBreach-Settlement.com or call 1-855-636-6136.

**REIMBURSEMENT OF VERIFIABLE OUT-OF-POCKET COSTS:** In addition to the option above, you may also claim reimbursement for verifiable out-of-pocket costs you believe you incurred as a result of the Data Breach. Go to www.DataBreach-Settlement.com to make a claim.

**NOTE:** If you do not file a Claim Form you may still access Fraud Resolution Services after the Settlement becomes final in connection with the possible unlawful use of your personal information. Fraud Resolution Services will not be available until after the Effective Date. The earliest possible Effective Date is March 5, 2018. Go to www.DataBreach-Settlement.com or call the toll free number above after March 5, 2018, to determine whether the Effective Date has occurred, and to obtain instructions on how to access the Fraud Resolution Services.

Signature: _____     Date (mm/dd/yyyy): _____

10115319457O1   AAB







A Class Action Settlement has been proposed in litigation against Anthem, Inc., its subsidiaries and affiliates, and certain Blue Cross and Blue Shield companies relating to the Data Breach that Anthem announced in February 2015. Personal information of approximately 79 million people, which may have included names, birth dates, Social Security numbers, health care ID numbers, home and email addresses, and employment information, was taken during the Data Breach. Plaintiffs claim that Anthem did not adequately protect their personal information and that they were injured as a result of the Data Breach. Defendants deny any wrongdoing. No court or entity has made any judgment or determination of wrongdoing or whether any law has been violated.

**Who is Included?** Records indicate you are included in this Settlement as a Settlement Class Member. Settlement Class Members include people who received a notice about the Data Breach that was announced by Anthem in February 2015; and/or whose personal information was taken during the Data Breach.

**What does the Settlement Provide?** The Settlement establishes a $115 million Settlement Fund to pay for: credit monitoring services, alternative compensation, and out-of-pocket costs to Settlement Class Members who file valid Claim Forms; Fraud Resolution Services for all Settlement Class Members; administrative costs of the Settlement; attorneys' fees and costs; and Service Payments to the named Plaintiffs. Anthem will also change its business practices to enhance the security of data going forward. **Credit Monitoring:** Settlement Class Members may file a Claim Form to receive at least two years of free Credit Monitoring. **Alternative Compensation:** If you already have credit monitoring or identity protection services and will keep them until at least October 30, 2018, you may claim a cash payment (up to $50) instead of Credit Monitoring Services. Alternative Compensation Claims will be paid out of the money remaining in the Settlement Fund after the amount needed to pay valid claims for Credit Monitoring Services and Out-of-Pocket Costs, attorneys' fees and costs, administrative costs, and Service Payments to the Plaintiffs are deducted. The amount of Alternative Compensation payments depends on participation in the claims program. **Out-of-Pocket Costs:** If you believe you had to spend money, or that you lost time or money due to the Data Breach, you may file a claim for reimbursement (up to $10,000). The amount paid for Out-of-Pocket Costs Claims will depend on documentation of your losses and participation in the claims program. Up to $15 million of the Settlement Fund has been designated to pay Out-of-Pocket Cost Claims. **Fraud Resolution:** Regardless of whether you file a Claim Form, you may access Fraud Resolution Services after the Settlement becomes final. The Settlement will not become final until the Effective Date. The earliest possible Effective Date is March 5, 2018. Please check www.DataBreach-Settlement.com or call toll free 1-855-636-6136 after March 5, 2018, to determine whether the Effective Date has occurred, and to obtain an Engagement Number and instructions on how to access the Fraud Resolution Services.

**Your Other Options.** If you file a Claim Form, object to the Settlement or do nothing, you are choosing to stay in the Settlement Class. This means you will be legally bound by all orders of the Court and you will not be able to start, continue or be part of any other lawsuit against Defendants or any other person or entity (with certain limited exceptions) relating to the Data Breach. If you don't want to be legally bound by the Settlement or receive any benefits from it, you must exclude yourself by **December 29, 2017**. If you do not exclude yourself, then you may object to the Settlement if you are not satisfied with its terms.

**The Fairness Hearing.** The Court has scheduled a hearing in this case (*In re Anthem, Inc. Data Breach Litigation*, Case No. 15-md-02617) for **February 1, 2018**, to consider: whether to approve the Settlement, up to $597,500 as Service Payments for the named Plaintiffs, up to $37.95 million as attorneys' fees and up to $3 million as litigation costs; as well as any objections. These payments, fees and costs will come out of the Settlement Fund. You or your attorney may attend and ask to appear at the hearing by mailing a "Notice of Intent to Appear" to the Court by **December 29, 2017**, but you do not have to.

**This Notice is only a summary.** More information on filing a claim, objecting or excluding yourself from the Settlement, and the terms and benefits of the Settlement, is available in the detailed notice and Settlement Agreement at www.DataBreach-Settlement.com.

AAB

BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 959    LOUISVILLE, KY

POSTAGE WILL BE PAID BY ADDRESSEE

IN RE ANTHEM, INC. DATA BREACH LITIGATION
P O BOX 404012
LOUISVILLE KY 40233-9821

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES