UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANTHEM, INC. DATA BREACH LITIGATION | Case No. 15-MD-02617-LHK<br><br>**ORDER DENYING AS MOOT MOTION TO CONSOLIDATE CASE AND TO CERTIFY CLASS**<br><br>Re: Dkt. No. 1078 |

On November 27, 2018, the Plaintiff in *Arnold v. Anthem Inc.*, Case No. 18-CV-02981, filed the instant motion to consolidate *Arnold v. Anthem Inc.* with the instant case, and to certify class. ECF No. 1078. On March 5, 2019, final judgment in favor of Anthem Inc. was entered in *Arnold v. Anthem Inc.*; this case has been closed. Therefore, the instant motion to consolidate case and to certify class is DENIED as moot.

**IT IS SO ORDERED.**

Dated: March 6, 2019

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No. 15-MD-02617-LHK
ORDER DENYING AS MOOT MOTION TO CONSOLIDATE CASE AND TO CERTIFY CLASS