| | |
|---|---|
| **From:** | Alexandria Ahtirski-Hacker |
| **Sent:** | Friday, February 28, 2020 2:19 PM |
| **To:** | CAND LHKpo; Diane Miyashiro; CRD LHK |
| **Subject:** | Obstruction of Justice pertaining to Anthem Data Breech-Immediate Assistance Needed |

To the Honorable Addressed Persons, especially Judge Luck Koh,

I sincerely apologize for the unorthodox and if, in appropriate manner of this correspondence but in lieu of the time restriction and events, and not being a lawyer and having no time to retain one to file the necessary papers, I beseech the Honorable to view kindly on me and understand what has transpired.
and provide me the 30 days from February 14th, 2020 when I was given the right to amend this situation and became aware of the second letter of deficiency.

I am a claimant of the Anthem Data Breech settlement and have no legal representation, am not a lawyer, do have time to retain a lawyer, and being of sound mind, no-one holds my power of attorney.

Out of desperation I am contacting you directly to inform that a person has impersonated me to the court, filed a fraudulent claim form using my name and number, stole my mail from the court and misdirected mail addressed to me from the court. I was informed that the Court lost my original claim form, with my letter stating my correct contact information, and am being given the date of March 4th, 2020, approximately less than 2 weeks to refile my original claim form and documentation.

I am seriously concerned that the Court is unable to contact me successfully with my correct address and contact data.

I discovered this when I telephone the Anthem Data Breech number and received a call from Ramfis Fuentes who has given me the following information that that is preventing my claim from being processed and my ability to make corrections.

O January 20, 2020, Ramfis first informed that he is the only contact liaison between myself and the Court. He also stated that he had 11,000 pdf files which he stated that was a response to a letter of deficiency which I had no knowledge and never received and apparently was mail in the year 2019. He stated my claim was denied.

I responded that I have the right to receive a letter of deficiency and the right to respond to it and called every number I located in reference to the Anthem Data Breech stating this.

A second letter of deficiency was drafted on February 3rd, 2020, and mailed to the incorrect address. For two weeks, this letter floated through multiple hands until it reached my mail on February 15, 2020.

Ramfis states that he telephoned to inform me of its existence by was unable to reach me and left messages. The evidence I have this is are two messages on my voicemail with no date stamp.

Concurrently, my Samsung cell phone was cyberattacked and destroyed. Approximately for 10 days I attempted to have it repaired and finally had to mail into Samsung Corporation. The replacement cell phone shows no calls from Ramfis during this time.

On the 14th of February, I received a call from Ramfis who asked for my email and emailed me this letter and stated that I have 30 days from the date of the letter and not the receipt of it.

I am baffled why Ramfis did not email me this second letter of deficiency on the 3rd of February and why the Court doesnot have my corect contact information as I submitted the Court in writing my correct contact information and email address.

I am baffled why the court has lost my original claim for out of pocket expenses that included multiple police reports, a FTC identity theft report, A TSA theft report,  an excel recap of my expenses with corresponding spread sheet, and supplementing documentation?

I am horrified that Ramfis told me that he received a 2 million dollar claim for jewelry with 17,000 pages in response to a mysterious letter of deficiency I never received and he will not disclose whom was impersonating me, how my original was lost or deleted or whom submitted a $2 million claim for jewelry impersonating me, using my name and data and spammed the court with 17,000 pages.


I am begging the Court to realize that I am the victim of identity theft and have my life destroyed by this which began with the Anthem Data Breech. The persons using my identity are in connection with or are the source of the Anthem Data Breech.

I submitted my original claim with the required FTC identity theft report and police reports with adequate document showing how the persons using my identity are part and parcel of the source of the Anthem Data Breech and have gone to the extreme actions to deceive the Honorable Judge Lucy Koh by impersonating me, making false representations to the Court about myself, and have disrespected the Judicial system by losing or deleting my original claim form, allowing an impersonated to waste the courts time and deceive the court with numerous and wasteful documents,  creating confusion, chaos and defaming myself and deny, reject my out of pocket claim that was in full compliance.

I am requesting that you investigate this matter and provide me my right to amend this situation and provide me the 30 days which would be from the date I became aware of the letter of deficiency which would March 4th, 2020.

I am the real Alexandria Ahtirski-Hacker who has had my life destroyed by the Anthem Data Breech by the persons using my identity who are part and parcel of the source of the Anthem Data Breech as their highly sophisticated cyber Attacks have been used on every electronic device and account I own to steal my identity and impersonate me even going to the extreme to cyberattack my medical records and use my name and insurance to obtain medical and prescriptions which I turned in to the Department of Justice for medical fraud scheme.


Sincerely,
Alexandria Ahtirski-Hacker.
aka Alexandria Hacker.
Claim AAB-1020017754101-1

