# Kassandra Dibble

| | |
|---|---|
| **From:** | George Mardikian |
| **Sent:** | Tuesday, February 2, 2021 11:30 PM |
| **To:** | CRD LHK |
| **Cc:** | dmb@classlawgroup.com; ecervantez@altshulerberzon.com |
| **Subject:** | Re: Anthem Blue cross Data Breach class action case 15-MD-02617-LHK |
| **Attachments:** | letter to court 0202.pdf; Call Log.pdf; Yahoo Mail Anthem.pdf |
| **Categories:** | Blue category |

CAUTION - EXTERNAL:


Dear Ms. Dibble
I am a Class Member in this case.
Attached please find my February 2 letter to Judge Lucy Koh , concerning class Counsels false Declaration which Mr. Berger filed with this Court. Please also find two attachments (Call Log and Yahoo Mail).

Please provide these papers to Judge Koh and if uploaded to PACER please ensure to redact the phone numbers and addresses therein.

 I kindly request the Court to review and make the appropriate orders. Thank you George Mardikian
CC: David Berger, Esq. and Eve Cervantez, Esq.
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

George Mardikian

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Honorable Lucy H. Koh
United States District Judge
280 South First Street
San Jose CA 95113

Case # 15-MD-02617-LHK    *In Re Anthem Data Breach Litigation*

Your Honor,

      After sending my letter to the Court in September 2020, I received no response from Class Counsel.  So In November 2020  I logged onto PACER.  I discovered Mr. Berger prepared a KNOWINGLY FALSE DECLARATION for the Court.  Copies of Mr. Berger's Declaration and response were not served upon me, and I would have never seen the documents if I did not log on to PACER.

Mr. Berger's FALSE Declaration states:

"I repeatedly tried to contact Mardikian to explain the basis for KCC's
determination, including on August 28, August 31, and September 1, 2020, and left him
voicemail messages asking him to call me. Mardikian did not answer or return any of my calls."

To be crystal clear, at no time on August 28, 31, or September 1 did I receive a call or voice mail from Mr. Berger.

My phone number is ▓▓▓▓▓▓▓▓▓▓▓▓ and it  retains all incoming calls and voicemails I have received , going back to at least June 10, 2020.  I have attached a printout of my phone log.  My phone log shows that on August 11 I placed a call to the Settlement Administrator (877-703-0745) which lasted six minutes.  On August 12 I received the first  incoming call from the Clerk at Lieff Cabraser (212-355-9500) which lasted four minutes.  On August 19 I received a second incoming call from the  Clerk at Lieff Cabraser (212-355-9500) which again lasted four minutes.  On August 20 I received an  incoming call from David Berger (510-350-9713) which lasted forty three minutes.  This is the only time Mr. Berger ever called my phone.

The only phone I used to contact the Settlement Administrator  was  ▓▓▓▓▓▓▓▓▓▓▓▓.  The only phone  Mr. Berger, or the Settlement Administrator, used to reach  me was  ▓▓▓▓▓▓▓▓▓▓▓▓.  No  person related to this matter called my phone on August 28, 31, or September 1 as Mr. Berger has sworn to under penalty of perjury.

After reviewing Mr. Berger's false Declaration on PACER I contacted him via email.  I have attached the email string to this letter.  Mr. Berger alleges he called a "650" area code to reach me , but he refused to disclose the number he called.  He claimed to call me at the number I used to reach the call center, but

that too was false, as the only phone I used to reach the call center was my ▮▮▮▮▮ phone.

The only "650" number I have is ▮▮▮▮▮ (my home phone) which was listed on my Class Action Claim Form. However, this phone number does not accept incoming messages, so there is no possible way Mr. Berger could have left a message at that number, as his Declaration claims.

Further, I do not know why Mr. Berger would allegedly call a "650" area code number when he previously called me at ▮▮▮▮▮ on August 20, and the Clerk from Lieff Cabraser called me twiee at ▮▮▮▮▮. The only possible reason Mr. Berger would call another number is specifically so he could prepare a Declaration stating that he tried to call me, and I did not reply, to cast blame upon me for allegedly failing to return his call.

At all times, Mr. Berger had both my personal and business email addresses, yet chose not to send an email to me. Mr. Berger also has my mailing address and has mailed me nothing. I further received NO reply to the email I sent to Mr. Berger and Class Counsel Eve Cervantez on September 3, 2020. They both chose to ignore my September 3 email, and instead chose to file false pleadings with this Court in late September. And further chose not to send me copies of those pleadings.

As of today, I still have received no "Notice of Deficiency" explaining any continued deficiency with my claim. I only received the erroneous "Notice of Denial" in August. My claim is not deficient in any way as I provided the $8775 invoice from my attorney for professional fees to resolve the ID theft incident.

Mr. Berger's false Declaration was made with an intent to deceive this Court, a direct violation of Business and Professions Code 6128(a) which states:
> Every attorney is guilty of a misdemeanor who either:
> (a) Is guilty of any deceit or collusion, or consents to any deceit or collusion, with intent to deceive the court or any party.

I gave every opportunity to Mr. Berger to admit an error. I continue to be financially damaged by Mr. Berger's falsity. By his attempt to "double down" in his deceitful reply to the Court and his deceitful emails to me, it is now clear this is not a mere error but rather intentional. This likely affects hundreds of other claimants who never received proper notices of deficiency when their claims were likewise unpaid.

Ms. Cervantez has received copies of all correspondence, and has not intervened to correct the matter, and thus has consented to such deceit with intent to deceive this court, and this party.

    This letter is electronically signed this 2nd day of February, 2021.

                                      Respectfully,
                                      /s/ GEORGE MARDIKIAN



Account Number: ▮▮▮▮
Bill Period: Aug 10 - Sep 09, 2020

## Call Details - ▮▮▮▮ - Voice

Call time displays as Central Time (CT) or local time depending on how and where the call was made.

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| Aug 10 | 02:29 pm | (707) 887-2128 | Incoming | AU | 01:00 | - |
| | 02:30 pm | (855) 897-2815 | Toll Free Call | AU | 06:00 | - |
| | 02:49 pm | (650) 876-1907 | Incoming | AU | 01:00 | - |
| | 03:09 pm | (650) 726-9056 | Incoming | AU | 07:00 | - |
| Aug 11 | 12:59 pm | (661) 695-2995 | Incoming | AU | 01:00 | - |
| | 04:11 pm | (602) 824-0893 | Incoming | AU | 03:00 | - |
| | 04:15 pm | (415) 215-0981 | Incoming | AU | 05:00 | - |
| | 04:42 pm | (415) 238-3838 | SNFC CNTRL,CA | AU | 01:00 | - |
| | 05:06 pm | (877) 703-0745 | Toll Free Call | AU | 08:00 | - |
| Aug 12 | 03:36 pm | (212) 355-9500 | Incoming | AU | 04:00 | - |
| | 04:11 pm | (415) 215-0981 | Incoming | AU | 01:00 | - |
| | 07:42 pm | (714) 819-2861 | Incoming | AU | 01:00 | - |
| | 07:50 pm | (661) 451-6139 | Incoming | AU | 01:00 | - |
| | 10:49 pm | (650) 876-1907 | Incoming | NW/AU | 01:00 | - |
| Aug 13 | 01:05 am | (650) 876-1907 | Incoming | NW/AU | 01:00 | - |
| Aug 14 | 01:00 am | (415) 215-0981 | SNFC CNTRL,CA | NW/AU | 36:00 | - |
| | 08:05 pm | (650) 876-1907 | Incoming | AU | 01:00 | - |
| Aug 15 | 12:02 am | (650) 876-1907 | Incoming | NW/AU | 01:00 | - |
| | 02:49 pm | (650) 273-0044 | Incoming | NW/AU | 02:00 | - |
| Aug 16 | 02:23 am | (415) 215-0981 | SNFC CNTRL,CA | NW/AU | 45:00 | - |
| Aug 17 | 01:53 am | (415) 215-0981 | Incoming | NW/AU | 74:00 | - |
| | 12:35 pm | (925) 529-9740 | Incoming | AU | 01:00 | - |
| | 01:34 pm | (310) 975-0272 | BEVERLYHLS,CA | AU | 08:00 | - |
| | 02:52 pm | (650) 952-4447 | SOSAN FRAN,CA | AU | 01:00 | - |
| | 03:48 pm | (650) 952-4447 | Incoming | AU | 01:00 | - |
| | 06:21 pm | (610) 261-3825 | Incoming | AU | 01:00 | - |
| Aug 18 | 01:41 am | (559) 907-1989 | Incoming | NW/AU | 07:00 | - |
| | 02:26 am | (415) 215-0981 | SNFC CNTRL,CA | NW/AU | 33:00 | - |
| | 12:43 pm | (406) 431-4699 | HELENA,MT | AU | 03:00 | - |
| | 08:20 pm | (650) 876-1907 | Incoming | AU | 01:00 | - |
| Aug 19 | 02:40 am | (415) 215-0981 | SNFC CNTRL,CA | NW/AU | 06:00 | - |
| | 01:20 pm | (212) 355-9500 | Incoming | AU | 04:00 | - |
| | 02:36 pm | (559) 907-1989 | Incoming | AU | 02:00 | - |
| | 03:38 pm | (866) 891-8126 | Toll Free Call | AU | 01:00 | - |
| | 03:38 pm | (866) 897-8126 | Toll Free Call | AU | 08:00 | - |
| | 03:46 pm | (866) 897-8126 | Toll Free Call | AU | 01:00 | - |
| | 03:46 pm | (888) 497-0011 | Toll Free Call | AU | 26:00 | - |
| Aug 20 | 12:00 am | (559) 907-1989 | Incoming | NW/AU | 21:00 | - |
| | 02:53 am | (415) 215-0981 | SNFC CNTRL,CA | NW/AU | 51:00 | - |
| | 10:11 am | (415) 968-3334 | Incoming | AU | 01:00 | - |
| | 11:41 am | (888) 497-0011 | Toll Free Call | AU | 35:00 | - |
| | 12:16 pm | (406) 431-4699 | Incoming | CW/AU | 01:00 | - |
| | 12:24 pm | (888) 497-0011 | Toll Free Call | AU | 11:00 | - |
| | 12:25 pm | (415) 968-3334 | Incoming | CW/AU | 01:00 | - |
| | 12:41 pm | (844) 809-4315 | Toll Free Call | AU | 02:00 | - |
| | 01:04 pm | (657) 667-2142 | Incoming | AU | 01:00 | - |
| | 02:07 pm | (800) 841-3000 | Incoming | AU | 06:00 | - |
| | 03:29 pm | (800) 560-0960 | Incoming | AU | 62:00 | - |
| | 07:14 pm | (209) 214-7057 | Incoming | AU | 01:00 | - |
| | 07:41 pm | (510) 350-9713 | Incoming | AU | 43:00 | - |
| Aug 21 | 02:59 am | (415) 215-0981 | SNFC CNTRL,CA | NW/AU | 13:00 | - |
| | 10:23 am | (818) 877-4708 | Incoming | AU | 01:00 | - |

Call Details - ▮▮▮▮ - Voice continues...

**Rate Type**
AU  Anytime/Plan Usage
CW  Call Waiting
NW  Night and Weekends

Call Details - ▮▮▮▮▮▮▮ - Voice ...continued

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| | 01:54 pm | (602) 824-0893 | Incoming | AU | 04:00 | - |
| Aug 22 | 11:07 am | (415) 534-3567 | Incoming | NW/AU | 01:00 | - |
| | 10:50 pm | (415) 215-0981 | SNFC CNTRL,CA | NW/AU | 42:00 | - |
| Aug 24 | 12:42 pm | (415) 238-3838 | SNFC CNTRL,CA | AU | 01:00 | - |
| | 12:47 pm | (415) 238-3838 | Incoming | AU | 01:00 | - |
| | 02:40 pm | (415) 221-4050 | SNFC MT-EV,CA | AU | 03:00 | - |
| | 02:43 pm | (408) 839-6721 | Incoming | AU | 01:00 | - |
| | 02:44 pm | (866) 601-4894 | Toll Free Call | AU | 02:00 | - |
| | 02:56 pm | (866) 601-4894 | Toll Free Call | AU | 02:00 | - |
| | 03:01 pm | (866) 601-4894 | Toll Free Call | AU | 02:00 | - |
| | 03:29 pm | (315) 292-8243 | Incoming | AU | 04:00 | - |
| | 03:33 pm | (650) 703-3727 | SAN MATEO,CA | AU | 01:00 | - |
| Aug 25 | 02:07 am | (415) 215-0981 | SNFC CNTRL,CA | NW/AU | 19:00 | - |
| | 02:53 am | (415) 300-5599 | SAN RAFAEL,CA | AU | 01:00 | - |
| | 02:53 pm | (650) 240-5505 | SAN MATEO,CA | AU | 01:00 | - |
| | 02:55 pm | (510) 978-4411 | OKLD ALMD,CA | AU | 03:00 | - |
| | 02:58 pm | (415) 407-1937 | SNFC CNTRL,CA | AU | 01:00 | - |
| | 02:59 pm | (415) 699-7616 | SNFC CNTRL,CA | AU | 01:00 | - |
| | 03:00 pm | (650) 992-2451 | SNFC JUNPR,CA | AU | 01:00 | - |
| | 03:00 pm | (415) 423-0182 | SNFC CNTRL,CA | AU | 02:00 | - |
| | 03:02 pm | (415) 826-8106 | SNFC CNTRL,CA | AU | 02:00 | - |
| | 03:12 pm | (914) 557-7154 | Incoming | AU | 02:00 | - |
| | 03:38 pm | (650) 745-8087 | Incoming | AU | 01:00 | - |
| | 06:51 pm | (415) 215-0981 | SNFC CNTRL,CA | AU | 38:00 | - |
| Aug 26 | 02:37 am | (415) 215-0981 | SNFC CNTRL,CA | NW/AU | 69:00 | - |
| | 02:53 pm | (650) 608-0255 | SNFC JUNPR,CA | AU | 01:00 | - |
| | 03:09 pm | (650) 608-0255 | SNFC JUNPR,CA | AU | 01:00 | - |
| | 04:02 pm | (408) 330-0811 | Incoming | AU | 02:00 | - |
| | 08:27 pm | (209) 579-2373 | MODESTO,CA | AU | 01:00 | - |
| | 08:35 pm | (559) 338-6612 | Incoming | AU | 02:00 | - |
| | 08:36 pm | (209) 579-2373 | MODESTO,CA | AU | 01:00 | - |
| | 08:38 pm | (209) 602-0299 | MODESTO,CA | AU | 02:00 | - |
| | 08:40 pm | (510) 302-5099 | Incoming | AU | 113:00 | - |
| Aug 27 | 02:18 am | (415) 215-0981 | SNFC CNTRL,CA | NW/AU | 02:00 | - |
| | 05:08 pm | (559) 907-1989 | FRESNO,CA | AU | 05:00 | - |
| | 05:40 pm | (619) 330-5441 | Incoming | AU | 02:00 | - |
| Aug 28 | 11:25 am | (315) 292-8243 | Incoming | AU | 05:00 | - |
| | 12:42 pm | (877) 355-8032 | Toll Free Call | AU | 16:00 | - |
| | 01:08 pm | (510) 215-4609 | Incoming | AU | 01:00 | - |
| | 03:39 pm | (559) 907-1989 | Incoming | AU | 02:00 | - |
| | 04:09 pm | (650) 608-0255 | SNFC JUNPR,CA | AU | 01:00 | - |
| | 04:11 pm | (650) 608-0255 | Incoming | AU | 01:00 | - |
| | 04:35 pm | (661) 451-6139 | Incoming | AU | 01:00 | - |
| | 08:22 pm | (707) 327-2968 | Incoming | AU | 02:00 | - |
| | 08:52 pm | (866) 314-0237 | Toll Free Call | AU | 06:00 | - |
| Aug 29 | 08:33 pm | (650) 876-1907 | Incoming | NW/AU | 01:00 | - |
| Aug 30 | 01:17 am | (415) 215-0981 | SNFC CNTRL,CA | NW/AU | 71:00 | - |
| | 02:34 pm | (559) 907-1989 | Incoming | NW/AU | 03:00 | - |
| Aug 31 | 02:30 am | (415) 215-0981 | Incoming | NW/AU | 08:00 | - |
| | 12:39 pm | (510) 654-8950 | OKLD MN-PD,CA | AU | 01:00 | - |
| | 01:10 pm | (650) 952-4447 | SOSAN FRAN,CA | AU | 01:00 | - |
| | 01:43 pm | (415) 776-7700 | SNFC CNTRL,CA | AU | 06:00 | - |
| | 01:49 pm | (925) 444-2000 | LAFAYETTE,CA | AU | 03:00 | - |
| | 02:07 pm | (408) 358-7777 | LOS GATOS,CA | AU | 04:00 | - |

Call Details - ▮▮▮▮▮▮▮ - Voice continues...

**Rate Type**
AU  Anytime/Plan Usage
NW  Night and Weekends

**Sprint** Now part of **T Mobile**

Account Number:
Bill Period: Aug 10 - Sep 09, 2020

Call Details - ▇▇▇▇▇ - Voice ...continued

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
|  | 02:36 pm | (866) 692-9374 | Toll Free Call | AU | 03:00 | - |
|  | 02:54 pm | (650) 342-3844 | SAN MATEO,CA | AU | 02:00 | - |
|  | 05:15 pm | (650) 342-3844 | Incoming | AU | 01:00 | - |
|  | 06:16 pm | (762) 499-9482 | Incoming | AU | 01:00 | - |
|  | 10:40 pm | (559) 907-1989 | Incoming | NW/AU | 09:00 | - |
| Sep 01 | 02:42 am | (415) 215-0981 | SNFC CNTRL,CA | NW/AU | 02:00 | - |
|  | 10:48 am | (650) 342-3844 | Incoming | AU | 02:00 | - |
|  | 01:11 pm | (415) 868-4114 | Incoming | AU | 01:00 | - |
| Sep 02 | 02:35 am | (415) 215-0981 | SNFC CNTRL,CA | NW/AU | 16:00 | - |
| Sep 03 | 03:15 am | (415) 215-0981 | SNFC CNTRL,CA | NW/AU | 19:00 | - |
|  | 01:25 pm | (714) 518-7111 | Incoming | AU | 01:00 | - |
|  | 03:02 pm | (970) 288-5365 | Incoming | AU | 01:00 | - |
|  | 06:56 pm | (559) 634-9072 | Incoming | AU | 01:00 | - |
| Sep 04 | 03:33 am | (415) 215-0981 | SNFC CNTRL,CA | NW/AU | 44:00 | - |
|  | 02:06 pm | (208) 280-3766 | TWIN FALLS,ID | AU | 04:00 | - |
|  | 03:29 pm | (559) 907-1989 | FRESNO,CA | AU | 02:00 | - |
|  | 04:38 pm | (650) 342-3844 | Incoming | AU | 01:00 | - |
| Sep 05 | 11:27 pm | (415) 215-0981 | SNFC CNTRL,CA | NW/AU | 61:00 | - |
| Sep 07 | 01:51 am | (650) 876-1907 | Incoming | NW/AU | 01:00 | - |
|  | 11:46 am | (415) 534-3572 | Incoming | AU | 01:00 | - |
|  | 01:10 pm | (276) 926-8054 | Incoming | AU | 01:00 | - |
|  | 01:11 pm | (888) 970-9566 | Toll Free Call | AU | 04:00 | - |
|  | 06:10 pm | (415) 215-0981 | SNFC CNTRL,CA | AU | 01:00 | - |
|  | 06:11 pm | (415) 215-0981 | SNFC CNTRL,CA | AU | 01:00 | - |
| Sep 08 | 12:44 am | (415) 215-0981 | SNFC CNTRL,CA | NW/AU | 38:00 | - |
|  | 01:33 pm | (920) 968-1660 | APPLETON,WI | AU | 01:00 | - |
|  | 01:35 pm | (920) 968-1660 | APPLETON,WI | AU | 05:00 | - |
|  | 01:39 pm | (920) 968-1660 | APPLETON,WI | AU | 01:00 | - |
|  | 01:39 pm | (920) 968-1660 | APPLETON,WI | AU | 02:00 | - |
| Sep 09 | 02:30 am | (415) 215-0981 | SNFC CNTRL,CA | NW/AU | 46:00 | - |
|  | 11:29 am | (920) 815-3082 | APPLETON,WI | AU | 01:00 | - |
|  | 11:30 am | (920) 729-6403 | NEENAH,WI | AU | 03:00 | - |
|  | 12:12 pm | (920) 659-7172 | APPLETON,WI | AU | 08:00 | - |
|  | 12:20 pm | (920) 832-9300 | APPLETON,WI | AU | 04:00 | - |
|  | 12:25 pm | (920) 729-6403 | NEENAH,WI | AU | 07:00 | - |
|  | 01:05 pm | (323) 752-2520 | Incoming | AU | 01:00 | - |
|  | 03:15 pm | (650) 952-4447 | SOSAN FRAN,CA | AU | 01:00 | - |
|  | 05:07 pm | (844) 969-2151 | Incoming | AU | 05:00 | - |
|  | 07:01 pm | (650) 952-4447 | Incoming | AU | 03:00 | - |
|  | 07:54 pm | (415) 215-0981 | Incoming | AU | 02:00 | - |

Call Details - ▇▇▇▇▇ - Voice
Call time displays as Central Time (CT) or local time depending on how and where the call was made.

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| Aug 10 | 12:27 pm | (800) 992-3400 | Toll Free Call | AU | 43:00 | - |
|  | 01:27 pm | (408) 496-1155 | SAN JOSE W,CA | AU | 02:00 | - |
|  | 01:45 pm | (408) 496-1155 | SAN JOSE W,CA | AU | 02:00 | - |
| Aug 11 | 01:53 pm | (650) 267-1942 | Incoming | AU | 01:00 | - |
|  | 02:28 pm | (408) 561-8009 | SAN JOSE W,CA | AU | 02:00 | - |
|  | 04:04 pm | (408) 561-8009 | SAN JOSE W,CA | AU | 02:00 | - |
|  | 04:06 pm | (408) 561-8009 | SAN JOSE W,CA | AU | 08:00 | - |
|  | 04:15 pm | (415) 756-6550 | SNFC CNTRL,CA | AU | 05:00 | - |
|  | 04:19 pm | (800) 992-3400 | Toll Free Call | AU | 14:00 | - |

Call Details - ▇▇▇▇▇ - Voice continues...

**Rate Type**

AU  Anytime/Plan Usage
NW  Night and Weekends

**Re: Anthem Blue Cross Class Action**                                                                                                                                               .../Sent

**George Mardikian** <​███████████████n>                                                                                                                Dec 10, 2020 at 2:54 PM
To: David Berger <dmb@classlawgroup.com>, Eve Cervantez <ecervantez@altshulerberzon.com>

Mr. Berger,
I contacted the call center using my cell phone ███████████. The clerk
From Lief Cabraser returned my call on my cell phone, again ███████████. When we had our conversation in mid August, You called me on my cell phone, again ███████████.

For you to now claim you called a 650 number, and you now refuse to disclose the full number to me, Is ridiculous. You swore under penalty of perjury you called me. I demand you disclose the number you called.

I am giving you every opportunity to admit you made a call to the wrong number. Or that the call center provided you the wrong number.

For the last time, I am demanding the full phone number at which you allege you called me on the dates in your sworn declaration.

That issue is not peripheral to the matter, as it is evidence of your knowingly false representations made to the court or further gross negligence of the settlement administrator call center. You attempted to cast me in the light of someone who refused to return your calls in your response to the court.

You further made false statements to the court when disputing the contents of the Notice of Denial letter, a letter which advised claimants that all funds had been disbursed and the decision was final.

I am giving you this one final opportunity to disclose the phone number where you allegedly left a message for me, as stated in your declaration, before I am left with no other choice but to take further action. Please provide that phone number by tomorrow.
George Mardikian

.

On Dec 10, 2020, at 2:22 PM, David Berger <dmb@classlawgroup.com> wrote:


Mr. Mardikian,

Everything I have said to you and the Court has been scrupulously accurate. I dialed the number that you used to contact the call center at the dates and times I specified and I left messages as stated. Because the details of my courtesy calls to you are entirely peripheral to the merits of your claim, I am not going to continue discussing them.

As you can see from my September 9, 2020 filing with the Court, the Settlement Administrator reviewed the invoice you provided. I understand that you disagree with the Settlement Administrator's determination that your out-of-pocket damages were $4,000 instead of the $8,775 you seek. That decision, however, is final.

Best Regards,

David Berger

---

**From:** George Mardikian <​███████████████>
**Sent:** Wednesday, December 9, 2020 8:23 PM
**To:** David Berger <dmb@classlawgroup.com>; Eve Cervantez <ecervantez@altshulerberzon.com>
**Subject:** Re: Anthem Blue Cross Class Action

Mr. Berger,
I have reviewed your letter.

The phone number we used to speak to each other was my cell phone ███████████, and my call records support same. It is clear you did not call me on the dates and times you mention.

I do not know what "650" number you allegedly called. My phone number is ███████████ Please provide the full phone number you allegedly called.

You did not call me at My home phone, as our home phone specifically alerts callers a message cannot be left at that number, and your Declaration states under penalty of perjury that you left a message, which is simply not possible at our home phone number.

Further, your statement that I produced "no documentation" of professional fees I incurred in excess of $4000 is false. The invoice for $8775 from my attorney was attached to my class action claim form, precisely as requested on the claim form. Are you stating you or the settlement administrator have never seen that invoice?
George Mardikian
.

On Dec 9, 2020, at 7:51 PM, David Berger <dmb@classlawgroup.com> wrote:


Dear Mr. Mardikian,

The attached correspondence is Class Counsel's response to your November 17 email. Please feel free to contact me if you have further questions or concerns.

Best Regards,

David M. Berger
**Gibbs Law Group LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Phone: (510) 350-9713
www.classlawgroup.com

---

**From:** George Mardikian <████████████████>
**Sent:** Tuesday, November 17, 2020 9:56 PM
**To:** David Berger <dmb@classlawgroup.com>; Eve Cervantez <ecervantez@altshulerberzon.com>
**Subject:** Anthem Blue Cross Class Action

Dear Mr. Berger and Ms. Cervantez,

Having received no response to my email dated September 3 (copy attached), Today I logged onto PACER to see the status of my letter to the Court. I discovered Mr. Berger prepared a KNOWINGLY FALSE DECLARATION for the Court.

Mr. Berger's FALSE Declaration states:

"I repeatedly tried to contact Mardikian to explain the basis for KCC's
determination, including on August 28, August 31, and September 1, 2020, and left him
voicemail messages asking him to call me. Mardikian did not answer or return any of my calls."

At no time on August 28, 31, or September 1 did I receive a call or voice mail from Mr. Berger. My phone retains all incoming calls and voicemails I have received , going back to at least June 10, 2020, Mr. Berger further had my personal and business email address, yet chose not to send an email to me. Mr. Berger also has my mailing address and has mailed me nothing. Mr. Berger did not reply to my email dated September 3. No one has replied to me. I further did not receive a copy of Mr. Berger's Declaration and response to my letter to the Court. I had to access PACER at my own cost to review it. It was never sent to me.

Mr. Berger clearly received my September 3 email prior to preparing his declaration to the Court, and still made no attempt to contact me.

IT IS NOT BELIEVABLE that Mr. Berger attempted to call me pursuant to his Declaration, to explain any alleged deficiency with my claim. If my claim remained allegedly deficient, a WRITTEN notice of deficiency is required pursuant to the Settlement. I have NEVER received any written notice of deficiency.

As Mr. Berger and Ms. Cervantez still represent me as my counsel in this case, there are obligations still owed to me. Business and Professions Code 6128(a) has been violated by Mr. Berger. Please correct this matter immediately. I request all communication to be in writing or via email so there is no alleged "voice mail" issue.

GEORGE MARDIKIAN
<2020-1209 Letter to G Mardikian .pdf>