UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAURA FOWLES, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ANTHEM, INC., et al.,<br><br>        Defendants. | Case No. 15-MD-02617-LHK<br><br>**ORDER FOR RESPONSES TO LETTER**<br><br>Re: Dkt. No. 1102 |

By February 17, 2021, David Berger and Eve Cervantez shall file responses to the letter from George Mardikian, ECF No. 1102, as well as proof of service certifying that their responses were served on George Mardikian.

**IT IS SO ORDERED.**

Dated: February 9, 2021

_____
LUCY H. KOH
United States District Judge